# EXHIBIT F

Docusign Envelope ID: 8B5E1264-41A5-4866-8162-EB8B7082C5DA



U.S. General Services Administration

3/31/2025

| | |
|---|---|
| MEMORANDUM FOR: | DR. ALAN M. GARBER<br>PRESIDENT<br>HARVARD UNIVERSITY<br>OFFICE OF THE PRESIDENT<br>MASSACHUSETTS HALL<br>CAMBRIDGE, MA 02138<br><br>PENNY PRITZKER<br>LEAD MEMBER, HARVARD CORPORATION<br>HARVARD CORPORATION<br>MASSACHUSETTS HALL<br>CAMBRIDGE, MA 02138 |
| FROM: | JOSH GRUENBAUM<br>COMMISSIONER, FEDERAL ACQUISITION SERVICE<br>U.S. GENERAL SERVICES ADMINISTRATION (GSA) |
| SUBJECT: | Review of Federal Government Contracts |

Pursuant to President Trump's Executive Order, "Additional Measures to Combat Anti-Semitism", on February 3, 2025, a multi-agency Task Force to Combat Anti-Semitism was created, consisting of the Departments of Justice, Education, Health and Human Services, and the General Services Administration. GSA is leading a Task Force comprehensive review of Federal contracts with certain institutions of higher education that are being investigated for potential infractions and dereliction of duties to curb or combat anti-Semitic harassment, including Harvard University.

In light of this review, the Federal Government is ready to work with each appropriate contracting agency on the potential issuance of Stop Work Orders for all contracts identified in the attached schedule, which total $255.6 million of contract ceiling value. In addition, we are requiring you to send a list of all other contracts between the Federal Government and Harvard University or its affiliates which are not listed on the schedule to GSA's Federal Acquisition Service Commissioner and Task Force member, Josh Gruenbaum. Commissioner Gruenbaum will lead GSA's review. All materials should be sent to: universitycontracts@gsa.gov. Please be advised that alongside our fellow agencies, we will also be reviewing the greater than $8.7 billion of multi-year grant commitments between Harvard University, its affiliates and the Federal Government for potential compliance concerns, false claims or other infractions.

The Federal Government reserves the right to terminate for convenience any contracts it has with your institution at any time during the period of performance. Additionally, the Federal Government reserves the right to take any relevant administrative action it deems necessary in response to any wrongdoing identified during the pendency of the investigations.

## Harvard University Contracts

| PIID | Total |
|---|---|
| 75N93019C00071 | $59,780,198.00 |
| 75D30123C15938 | $35,974,963.35 |
| 75D30122C13330 | $24,899,418.92 |
| 75N93020C00038 | $24,785,826.00 |
| 75A50123F61001 | $15,160,532.00 |
| 75N93018C00047 | $13,600,565.07 |
| 75N93019C00044 | $10,921,287.73 |
| 75N92022F00004 | $8,878,380.66 |
| 75N93024C00020 | $8,330,482.00 |
| H9240523C0009 | $8,000,000.00 |
| 75N95023C00008 | $6,000,000.00 |
| 75N92023F00002 | $5,328,657.65 |
| 75F40124F19004 | $4,725,363.72 |
| 75N93023C00040 | $3,300,145.00 |
| 75A50124F61002 | $3,196,979.25 |
| 36C24123C0107 | $3,183,776.76 |
| 75N92023F00004 | $2,828,859.60 |
| 75D30124C18869 | $2,333,872.00 |
| 75N95022C00011 | $1,283,262.00 |
| 75N92023F00005 | $1,153,450.00 |
| 75F40124C00128 | $978,324.00 |
| 36C24123C0010 | $965,701.00 |
| 36C24E24N0164 | $901,303.84 |
| 1332KP24C0023 | $749,987.00 |
| 75H70625F03015 | $733,936.08 |
| 75N95024P00263 | $700,106.00 |
| 36C24E23C0010 | $693,667.00 |
| 75N91024C00050 | $624,994.00 |
| 75N92024F00003 | $593,049.59 |
| HQ003421P0116 | $527,008.00 |
| 75F40121C00195 | $523,446.46 |
| 75N92024F00001 | $454,782.87 |

| PIID | Total |
|---|---|
| 75P00122P00130 | $450,000.00 |
| HR001124F0472 | $393,316.00 |
| 1305M324P0353 | $250,000.00 |
| 36C24E24C0020 | $249,369.84 |
| 61320624N0021 | $240,000.00 |
| 36C24125N0584 | $200,000.00 |
| 75N92024F00002 | $198,248.23 |
| 36C24E23P0093 | $176,364.70 |
| N0622A25F00M9 | $175,576.00 |
| 693JK424P600056 | $150,734.00 |
| 36C24124P1077 | $133,437.84 |
| 75N92020P00316 | $105,616.00 |
| 36C24124P0799 | $95,468.00 |
| 36C24124N0860 | $95,196.00 |
| 36C24125N0450 | $95,196.00 |
| 36C26224P2055 | $74,860.00 |
| 33131225P00515580 | $63,601.64 |
| HQ003424P0162 | $52,500.00 |
| 75N91024P00647 | $49,852.00 |
| 36C24124N0918 | $45,755.00 |
| 33131225P00515921 | $32,550.00 |
| 33312724P00511562 | $32,000.00 |
| 36C24124N0861 | $27,356.00 |
| 80NSSC24PC295 | $25,800.00 |
| 70RDA225P00000009 | $25,800.00 |
| 75N91024P00712 | $19,425.00 |
| 693JK425P600004 | $18,600.00 |
| 75N95024K00002 | $16,000.00 |
| 720SEC25PC00016 | $11,200.00 |
| 123A9425P0002 | $10,500.00 |
| 36C24125N0008 | $10,000.00 |