# EXHIBIT G

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Monday, March 31, 2025 3:17 PM
**To:** Garber, Alan M <alan_garber@harvard.edu>
**Cc:** Alan M. Garber <president@harvard.edu>
**Subject:** Official notice: Task Force to Combat Anti-Semitism review of Federal Contracts and Grants Held by Harvard University

Dr. Garber,

Consistent with my role as the Commissioner of the General Service Administration's Federal Acquisition Service, and as a member of the Federal Government's Task Force to Combat Anti-Semitism, I am notifying you that GSA is leading a Task Force comprehensive review of all Federal contracts and grants held by Harvard University and its affiliates. This review is being conducted in support of President Trump's Executive Order, "Additional Measures to Combat Anti-Semitism", on February 3, 2025.

Please find attached to this email the signed memorandum supporting this action. This memorandum includes additional requirements that Harvard University and its affiliates need to meet as part of this review.


Respectfully,

Josh Gruenbaum
Commissioner, Federal Acquisition Service
U.S. General Services Administration