# EXHIBIT H

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Thursday, April 3, 2025 5:27:50 PM
**To:** Alan Garber <alan_garber@harvard.edu>; Robert Hur <RHur@kslaw.com>; williamburck@quinnemanuel.com <williamburck@quinnemanuel.com>; president@harvard.edu <president@harvard.edu>
**Cc:** Keveney, Sean (HHS/OGC) <sean.keveney@hhs.gov>; Wheeler, Thomas <Thomas.Wheeler@ed.gov>
**Subject:** Official Notice: Task Force to Combat Anti-Semitism Letter of Demands to Harvard University

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Dr. Garber,

On behalf of the Federal Government's Task Force to Combat Anti-Semitism, I am sending you an official notice of pre-conditions your institution must comply with in order to be in good standing and continue to be the recipient of federal taxpayer dollars.

We look forward to your response.

Respectfully,

Josh Gruenbaum
Commissioner, Federal Acquisition Service
U.S. General Services Administration



**U.S. General Services Administration**

**Josh Gruenbaum, Esq.**

Commissioner of Federal Acquisition Service

202-815-3780

josh.gruenbaum@gsa.gov