**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                              *Plaintiff*,<br><br>         v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF EDUCATION; LINDA M. MCMAHON, in her official capacity as Secretary of the United States Department of Education; UNITED STATES GENERAL SERVICES ADMINISTRATION; STEPHEN EHIKIAN, in his official capacity as Acting Administrator of the United States General Services Administration; UNITED STATES DEPARTMENT OF ENERGY; CHRISTOPHER A. WRIGHT, in his official capacity as Secretary of the United States Department of Energy; UNITED STATES NATIONAL SCIENCE FOUNDATION; SETHURAMAN PANCHANATHAN, in his official capacity as Director of the United States National Science Foundation; UNITED STATES DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; and JANET E. PETRO, in her official capacity as Acting Administrator of the National Aeronautics and Space Administration,<br><br>                              *Defendants*. | Case No. _____ |

**CERTIFICATE OF RELATED CASE**

1.  Pursuant to Local Rule 40.1(g)(5)(B), Plaintiff President and Fellows of Harvard College hereby certifies that this case is related to a previously filed case, *American Association of University Professors—Harvard Faculty Chapter v. United States Department of Justice*¸ No. 1:25-cv-10910-ADB (D. Mass. Apr. 11, 2025) (the "*AAUP* case"), currently pending before the Honorable Allison D. Burroughs.

2.  Under Local Rule 40.1(g)(1), "a civil case shall be deemed related to another civil case" if (A) "some or all of the parties are the same," and (B) "the cases involve the same or substantially similar issues of fact" or "arise out of the same occurrence, transaction or property." L.R. 40.1(g)(1)(A), (B)(i)-(ii). Both criteria are satisfied here.

3.  The first criterion is satisfied because some of the defendants in each case are the same.

4.  The second criterion is satisfied because the cases do not just involve "common question[s] of law" or the "same or substantially similar challenges to a law, regulation, or government policy or practice," L.R. 40.1(g)(3), but also involve "substantially similar issues of fact," L.R. 40.1(g)(1)(B)(i), creating the risk of inconsistent factual determinations and judgments should the cases not be deemed related.

5.  Plaintiffs in both actions challenge the unlawful actions related to federal funding for Harvard University. Both the plaintiffs in the *AAUP* case (members of Harvard's faculty) and Plaintiff here (Harvard University itself) allege that they will be harmed in a substantially similar manner. *Cf. Conservation Law Found., Inc. v. Mass. Water Res. Auth.*, No. 1:22-cv-10626-AK, 2023 WL 1111135, at *2 (D. Mass. Jan. 30, 2023) (Kelley, J.) (deeming related two cases concerning "the same authority['s]" regulatory "compliance" at the "same treatment plant").

6.  Moreover, failing to deem these cases related would subject both defendants and

plaintiffs to the risk of inconsistent factual determinations. Those inconsistent factual determinations could, in turn, subject the parties to conflicting court orders, further demonstrating that the two cases "involve the same or substantially similar issues of fact." L.R. 40.1(g)(1)(B)(i); *see* Order, *New Jersey v. Trump*, No. 25-cv-10139-LTS (D. Mass Jan. 24, 2025) (ECF No. 71) (determining cases related under L.R. 40.1(g)(1) where "random reassignment of th[e] case poses a risk of different determinations as to the same factual issues, as well as a possible risk that Defendants might become subject to conflicting court orders regarding their treatment of Ms. Doe and members of the organizations that are also plaintiffs in the Doe case").

7. Furthermore, because both the plaintiffs in the *AAUP* case and Plaintiff here face substantially similar irreparable harms from actions related to federal funding at Harvard, both sets of plaintiffs seek equitable relief barring defendants from implementing their actions. There is thus further overlap in the factual determinations that the Court will need to make in both cases.

8. Accordingly, Plaintiff respectfully requests that this case be deemed related to the prior pending *AAUP* case and assigned to Judge Burroughs.

Dated: April 21, 2025

William A. Burck*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
williamburck@quinnemanuel.com

Robert K. Hur*
KING & SPALDING LLP
1700 Pennsylvania Ave. NW, Suite 900
Washington, DC 20006
rhur@kslaw.com

Joshua S. Levy (BBO #563017)
Mark Barnes (BBO #568529)*
John P. Bueker (BBO #636435)
Elena W. Davis (BBO #695956)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Joshua.Levy@ropesgray.com
Mark.Barnes@ropesgray.com
John.Bueker@ropesgray.com
Elena.Davis@ropesgray.com

Douglas Hallward-Driemeier
(BBO #627643)
Stephen D. Sencer*
ROPES & GRAY LLP
2009 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Douglas.Hallward-Driemeier@ropesgray.com
Stephen.Sencer@ropesgray.com

Respectfully submitted,

*/s/ Steven P. Lehotsky*
Steven P. Lehotsky (BBO # 655908)
Scott A. Keller*
Jonathan F. Cohn*
Mary Elizabeth Miller* (BBO # 696864)
Shannon G. Denmark*
Jacob B. Richards (BBO # 712103)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
steve@lkcfirm.com
scott@lkcfirm.com
jon@lkcfirm.com
mary@lkcfirm.com
shannon@lkcfirm.com
jacob@lkcfirm.com

Katherine C. Yarger*
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
katie@lkcfirm.com

Joshua P. Morrow*
LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
josh@lkcfirm.com

Danielle K. Goldstein*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
danielle@lkcfirm.com

*Pro Hac Vice Applications Forthcoming*