IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　　　　　*Plaintiff*,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　　　　　　*Defendants*. | Case No. 1:25-cv-11048 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff President and Fellows of Harvard College states that it is a non-profit corporation with no parent corporation and that no public company owns any interest in it.

Dated: April 21, 2025

Respectfully submitted,

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE

By its attorneys,

*/s/ Steven P. Lehotsky*

| | |
|---|---|
| William A. Burck*<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, DC 20005<br>williamburck@quinnemanuel.com<br><br>Robert K. Hur*<br>KING & SPALDING LLP<br>1700 Pennsylvania Ave. NW, Suite 900<br>Washington, DC 20006<br>rhur@kslaw.com | Steven P. Lehotsky (BBO # 655908)<br>Scott A. Keller*<br>Jonathan F. Cohn*<br>Mary Elizabeth Miller* (BBO # 696864)<br>Shannon G. Denmark*<br>Jacob B. Richards (BBO # 712103)<br>LEHOTSKY KELLER COHN LLP<br>200 Massachusetts Ave. NW, Suite 700<br>Washington, DC 20001<br>T: (512) 693-8350<br>F: (512) 727-4755<br>steve@lkcfirm.com<br>scott@lkcfirm.com<br>jon@lkcfirm.com<br>mary@lkcfirm.com<br>shannon@lkcfirm.com<br>jacob@lkcfirm.com |

Joshua S. Levy (BBO #563017)
Mark Barnes (BBO #568529)*
John P. Bueker (BBO #636435)
Elena W. Davis (BBO #695956)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Joshua.Levy@ropesgray.com
Mark.Barnes@ropesgray.com
John.Bueker@ropesgray.com
Elena.Davis@ropesgray.com

Douglas Hallward-Driemeier
(BBO #627643)
Stephen D. Sencer*
ROPES & GRAY LLP
2009 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Douglas.Hallward-Driemeier@ropesgray.com
Stephen.Sencer@ropesgray.com

Katherine C. Yarger*
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
katie@lkcfirm.com

Joshua P. Morrow*
LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
josh@lkcfirm.com

Danielle K. Goldstein*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
danielle@lkcfirm.com

*Pro Hac Vice Applications Forthcoming*