AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| President and Fellows of Harvard College | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-11048 |
| U.S. Dep't of Health and Human Services, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College.

Date: 04/22/2025

/s/ Douglas Hallward-Driemeier
*Attorney's signature*

Douglas Hallward-Driemeier (BBO # 627643)
*Printed name and bar number*
Ropes & Gray LLP
2099 Pennsylvania Ave, NW
Washington, District of Columbia 20006

*Address*

douglas.hallward-driemeier@ropesgray.com
*E-mail address*

(202) 508-4776
*Telephone number*

*FAX number*