IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-11048 |

**CERTIFICATION IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Jonathan F. Cohn, hereby certify:

1. I submit this certification in support of Plaintiff's Motion for Admission *Pro Hac Vice*.

2. I am a partner in the law firm of Lehotsky Keller Cohn LLP and a member of the bars of the District of Columbia; Arkansas; New York; the U.S. Supreme Court; and the U.S. Courts of Appeals for the Second, Third, Fifth, Seventh, Ninth, Tenth, D.C., and Federal Circuits.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

1

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2025

*/s/ Jonathan F. Cohn*
Jonathan F. Cohn (AR # 2020003; DC # 476551; NY # 2972578)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
jon@lkcfirm.com