IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-11048 |

**CERTIFICATION IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Mary Elizabeth Miller, hereby certify:

1. I submit this certification in support of Plaintiff's Motion for Admission *Pro Hac Vice*.

2. I am a partner in the law firm of Lehotsky Keller Cohn LLP and a member of the bars of the District of Columbia; Massachusetts; the U.S. Courts of Appeals for the Fourth, Fifth, Seventh, Ninth, and Eleventh Circuits; and the U.S. District Court for the District of Columbia.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

      6.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2025                    */s/ Mary Elizabeth Miller*
                                                   Mary Elizabeth Miller (DC # 252694;
                                                      BBO # 696864)
                                                 LEHOTSKY KELLER COHN LLP
                                                 200 Massachusetts Ave. NW, Suite 700
                                                 Washington, DC 20001
                                                 T: (512) 693-8350
                                                 F: (512) 727-4755
                                                 mary@lkcfirm.com