IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-11048 |

**CERTIFICATION IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Robert K. Hur, hereby certify:

1. I submit this certification in support of Plaintiff's Motion for Admission *Pro Hac Vice*.

2. I am a partner in the law firm of King & Spalding LLP and a member of the bars of Washington, D.C. and Maryland.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

1

| | |
|---|---|
| Dated: April 23, 2025 | <u>*/s/ Robert K. Hur*</u><br>Robert K. Hur<br>  D.C. Bar No. 496269<br>  MD Bar No. 1112210006<br>KING & SPALDING LLP<br>1700 Pennsylvania Ave. NW, Suite 900<br>Washington, DC 20006<br>T: (202) 383-8969<br>F: (202) 626 3737<br>rhur@kslaw.com |