**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

---

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

                Plaintiff,

      v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.,

              Defendants.

25-cv-11048-ADB

---

**PLAINTIFF'S MOTION TO ADMIT COUNSEL**
***PRO HAC VICE***

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned attorney, duly admitted to practice before this Court and whose appearance has been filed in this action on behalf of Plaintiff President and Fellows of Harvard College, hereby moves that attorney John Mark Barnes of the law firm of Ropes & Gray LLP be admitted to practice *pro hac vice* before this Court in the above-captioned action.

In support of this motion, the undersigned attorney states that as evidenced in the attached Certification, attorney Barnes is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a member of the bar, has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct, and has read and agreed to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: April 23, 2025

Respectfully submitted,

**ROPES & GRAY LLP**

*/s/ John P. Bueker*
John P. Bueker (BBO #636435)
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000
John.Bueker@ropesgray.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this document will be served on all registered parties through the court's CM/ECF system.

*/s/ John P. Bueker*
John P. Bueker

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

                     Plaintiff,

        v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.,

                     Defendants.

**CERTIFICATION OF JOHN MARK BARNES IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, John Mark Barnes, certify the following:

1.      I am a member of the law firm of Ropes & Gray LLP.  My office address is 800 Boylston Street, Boston, MA 02199.

2.      I am a member in good standing in each jurisdiction to which I have been admitted to practice, including the bars of Massachusetts, New York, and Connecticut.

3.      I have not been disciplined by, and there are currently no pending disciplinary proceedings against me in, any jurisdiction to which I have been admitted generally, *pro hac vice*, or otherwise.

4.      I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

5.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: April 23, 2025

Respectfully submitted,

**ROPES & GRAY LLP**

*/s/ John Mark Barnes*
John Mark Barnes (BBO #568529)
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000
Mark.Barnes@ropesgray.com