# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　　　　　　　　Defendants. | 25-cv-11048-ADB |

## PLAINTIFF'S MOTION TO ADMIT COUNSEL
## *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned attorney, duly admitted to practice before this Court and whose appearance has been filed in this action on behalf of Plaintiff President and Fellows of Harvard College, hereby moves that attorney Stephen Sencer of the law firm of Ropes & Gray LLP be admitted to practice *pro hac vice* before this Court in the above-captioned action.

In support of this motion, the undersigned attorney states that as evidenced in the attached Certification, attorney Sencer is a member of the bar in good standing in every jurisdiction where he has been admitted to practice, is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a member of the bar, has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct, and has read and agreed to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: April 23, 2025

                                          Respectfully submitted,

                                          **ROPES & GRAY LLP**

                                          */s/ John P. Bueker*
                                          John P. Bueker (BBO #636435)
                                          Ropes & Gray LLP
                                          Prudential Tower
                                          800 Boylston Street
                                          Boston, MA 02199
                                          (617) 951-7000
                                          John.Bueker@ropesgray.com

                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that this document will be served on all registered parties through the court's CM/ECF system.

                                          */s/ John P. Bueker*
                                          John P. Bueker

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                    Plaintiff,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>                    Defendants. | |

**CERTIFICATION OF STEPHEN SENCER IN SUPPORT OF**
**<u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Stephen Sencer, certify the following:

1. I am a member of the law firm of Ropes & Gray LLP. My office address is 2099 Pennsylvania Avenue, N.W., Washington, DC 20006-6807.

2. I am a member in good standing in each jurisdiction to which I have been admitted to practice, including the bars of the state of Georgia and the District of Columbia.

3. I have not been disciplined by, and there are currently no pending disciplinary proceedings against me in, any jurisdiction to which I have been admitted generally, *pro hac vice*, or otherwise.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: April 23, 2025

                                        Respectfully submitted,

                                        **ROPES & GRAY LLP**

                                        */s/ Stephen Sencer*
                                        Stephen Sencer
                                        Ropes & Gray LLP
                                        2099 Pennsylvania Avenue N.W.
                                        Washington, DC 20006-6807
                                        (202) 508-4688
                                        Stephen.Sencer@ropesgray.com