AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| President and Fellows of Harvard College ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:25-cv-11048 |
| U.S. Dep't of Health and Human Services, et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College              .

Date:   04/24/2025

/s/ William A. Burck
*Attorney's signature*

William A. Burck (4015426 (NY), 979677 (DC))
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, DC 20005

*Address*

williamburck@quinnemanuel.com
*E-mail address*

(202) 538-8120
*Telephone number*

*FAX number*