UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                            Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF EDUCATION; LINDA M. MCMAHON, in her official capacity as Secretary of the United States Department of Education; UNITED STATES GENERAL SERVICES ADMINISTRATION; STEPHEN EHIKIAN, in his official capacity as Acting Administrator of the United States General Services Administration; UNITED STATES DEPARTMENT OF ENERGY; CHRISTOPHER A. WRIGHT, in his official capacity as Secretary of the United States Department of Energy; UNITED STATES NATIONAL SCIENCE FOUNDATION; SETHURAMAN PANCHANATHAN, in his official capacity as Director of the United States National Science Foundation; UNITED STATES DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; and JANET E. PETRO, in her official capacity as Acting Administrator of the National Aeronautics and Space Administration,<br><br>                            Defendants. | Civil Action No. 1:25-cv-11048-ADB |

## **NOTICE OF APPEARANCE**

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney in the above-captioned case as counsel for the Defendants.

Filing of this notice does not waive any defects in service.

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>LEAH B. FOLEY<br>United States Attorney |
| Dated: April 24, 2025    By: | */s/ Anuj K. Khetarpal*<br>Anuj Khetarpal<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel.: 617-748-3658<br>Email: Anuj.Khetarpal@usdoj.gov |

## **CERTIFICATE OF SERVICE**

I, Anuj Khetarpal, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

| | |
|---|---|
| Dated: April 24, 2025    By: | */s/ Anuj K. Khetarpal*<br>Anuj Khetarpal<br>Assistant United States Attorney |