AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| President and Fellows of Harvard College<br>*Plaintiff*<br>v.<br>US Department of Health and Human Services et al<br>*Defendant* | )<br>)<br>) Case No. 1:25-cv-11048-ADB<br>)<br>) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College.

Date: 04/25/2025

/s/Robert K. Hur
*Attorney's signature*

Robert K. Hur
*Printed name and bar number*

King & Spalding LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC  20006
*Address*

RHur@kslaw.com
*E-mail address*

(202) 383-8969
*Telephone number*

*FAX number*