AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

President and Fellows of Harvard College  )
*Plaintiff*  )
v.  )   Case No.   25-cv-11048-ADB
United States Dep't of Health & Human Services, et al  )
*Defendant*  )

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College    .

Date:    04/25/2025

/s/ Stephen Sencer
*Attorney's signature*

Stephen Sencer (PHV admission)
*Printed name and bar number*

Ropes & Gray LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
*Address*

Stephen.Sencer@ropesgray.com
*E-mail address*

(202) 508-4688
*Telephone number*

*FAX number*