AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| President and Fellows of Harvard College   ) | |
| *Plaintiff*   ) | |
| v.   ) | Case No.  25-cv-11048-ADB |
| United States Dep't of Health & Human Services, et al   ) | |
| *Defendant*   ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College                                                                            .

Date:     04/25/2025

/s/ John Mark Barnes
*Attorney's signature*

John Mark Barnes (BBO #636435)
*Printed name and bar number*

Ropes & Gray LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199
*Address*

Mark.Barnes@ropesgray.com
*E-mail address*

(617) 951-7000
*Telephone number*

*FAX number*