UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Civil Action No. 1:25-cv-11048-ADB |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Deputy Associate Attorney General Abhishek Kambli as counsel for Defendants in this action.

Dated: April 25, 2025

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

By:     /s/ Abhishek Kambli
ABHISHEK KAMBLI
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-5496

*Attorney for the United States of America*