AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| President and Fellows of Harvard College | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-11048 |
| U.S. Dep't of Health and Human Services, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College.

Date: 04/25/2025

/s/ Scott A. Keller
*Attorney's signature*

Scott A. Keller (DC SBN 1632053)
*Printed name and bar number*

LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave, NW, Suite 700
Washington, DC 20001

*Address*

scott@lkcfirm.com
*E-mail address*

(512) 693-8350
*Telephone number*

(512) 727-4755
*FAX number*