AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| President and Fellows of Harvard College )<br>*Plaintiff* )<br>v. )<br>U.S. Dep't of Health and Human Services, et al. )<br>*Defendant* ) | Case No. 1:25-cv-11048 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College.

Date: 04/25/2025

/s/ Katherine C. Yarger
*Attorney's signature*

Katherine C. Yarger (CO SBN 40387)
*Printed name and bar number*

LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
*Address*

katie@lkcfirm.com
*E-mail address*

(512) 693-8350
*Telephone number*

(512) 727-4755
*FAX number*