AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| President and Fellows of Harvard College | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-11048 |
| U.S. Dep't of Health and Human Services, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College.

Date: 04/25/2025

/s/ Mary Elizabeth Miller
*Attorney's signature*

Mary Elizabeth Miller (DC SBN 252694)
*Printed name and bar number*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave, NW, Suite 700
Washington, DC  20001

*Address*

mary@lkcfirm.com
*E-mail address*

(512) 693-8350
*Telephone number*

(512) 727-4755
*FAX number*