AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| President and Fellows of Harvard College | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-11048 |
| U.S. Dep't of Health and Human Services, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College.

Date:   04/25/2025

/s/ Shannon G. Denmark
*Attorney's signature*

Shannon G. Denmark (DC SBN 1617283)
*Printed name and bar number*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave, NW, Suite 700
Washington, DC  20001

*Address*

shannon@lkcfirm.com
*E-mail address*

(512) 693-8350
*Telephone number*

(512) 727-4755
*FAX number*