IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No. 1:25-cv-11048 |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Trial Attorney Eitan R. Sirkovich as counsel for the Defendants in this action.

Dated: April 25, 2025

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

ABHISHEK KAMBLI
Deputy Associate Attorney General

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Director, Federal Programs Branch

/s/ *Eitan R. Sirkovich*
EITAN R. SIRKOVICH (D.C. Bar No. 90030102)
RYAN M. UNDERWOOD
Trial Attorneys

                                      United States Department of Justice
                                      Civil Division, Federal Programs Branch
                                      1100 L Street, NW
                                      Washington, DC 20005
                                      Tel: (202) 353-5525
                                      E-mail:  eitan.r.sirkovich@usdoj.gov

                                      *Counsel for Defendants*