# UNITED STATES DISTRICT COURT
### for the
# DISTRICT OF MASSACHUSETTS

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE**

*Plaintiff*

v.

Civil Action No.:
**1:25–CV–11048–ADB**

**US DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.**

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **DEPARTMENT OF HEALTH & HUMAN SERVICES**
**200 Independence Ave,**
**S.W. Washington, D.C. 20201**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – **Kayla Mortellite**

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2025–04–22 10:37:58, Clerk USDC DMA

Civil Action No.: **1:25−CV−11048−ADB**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date)_____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :    Mailed to the U.S. agency via Certified Mail on 4/23/2025, receipt is
                        attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

4/24/2025
_____
Date

_____
Server's Signature

Marc K. Duffy, Managing Attorney
_____
Printed name and title

Ropes & Gray LLP, Prudential Tower
800 Boylston Street, Boston, MA 02199
_____
Server's Address

Additional information regarding attempted service, etc:



# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE
*Plaintiff*

v.

Civil Action No.:
**1:25–CV–11048–ADB**

US DEPARTMENT OF HEALTH AND HUMAN
SERVICES, ET AL.
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NATIONAL INSTITUTES OF HEALTH
9000 Rockville Pike
Bethesda, Maryland 20892

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – **Kayla Mortellite**

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2025–04–22 10:37:58, Clerk USDC DMA

Civil Action No.: **1:25−CV−11048−ADB**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date)_____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :      Mailed to the U.S. agency via Certified Mail on 4/23/2025, receipt is
attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

4/24/2025
_____
Date

_____
Server's Signature

Marc K. Duffy, Managing Attorney
_____
*Printed name and title*

Ropes & Gray LLP, Prudential Tower
800 Boylston Street, Boston, MA 02199
_____
*Server's Address*

Additional information regarding attempted service, etc:



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

National Institutes of Health
9000 Rockville Pike
Bethesda, Maryland 20892

PS Form 3800, April 2015 PSN 7530-02-000-9047

7021 0950 0000 3733 2141

CERTIFIED MAIL
National Institutes of Health
9000 Rockville Pike
Bethesda, Maryland 20892

54468

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
National Institutes of Health
9000 Rockville Pike
Bethesda, Maryland 20892

9590 9402 5527 9249 3947 15

2. Article Number (Transfer from service label)
7021 0950 0000 3733 2141

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X                                          ☐ Agent
                                           ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

*Plaintiff*

v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.

*Defendant*

Civil Action No.:
**1:25-CV-11048-ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **ROBERT F. KENNEDY, JR.
SECRETARY OF HEALTH AND HUMAN SERVICES
200 Independence Ave, S.W. Washington, D.C. 20201**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ——— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – **Kayla Mortellite**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025-04-22 10:37:58**, Clerk USDC DMA

Civil Action No.: **1:25-CV-11048-ADB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date)_____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :    Mailed to the U.S. agency via Certified Mail on 4/23/2025, receipt is
attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

4/24/2025
—————————
Date

*Marc K. Duffy*
—————————
Server's Signature

Marc K. Duffy, Managing Attorney
—————————————
Printed name and title

Ropes & Gray LLP, Prudential Tower
800 Boylston Street, Boston, MA 02199
—————————————
Server's Address

Additional information regarding attempted service, etc:



# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE
*Plaintiff*

v.

Civil Action No.:
**1:25–CV–11048–ADB**

US DEPARTMENT OF HEALTH AND HUMAN
SERVICES, ET AL.
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **UNITED STATES DEPARTMENT OF JUSTICE**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – **Kayla Mortellite**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025–04–22 10:37:58**, Clerk USDC DMA

Civil Action No.:  **1:25−CV−11048−ADB**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify) :     Mailed to the U.S. agency via Certified Mail on 4/23/2025, receipt is
attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

4/24/2025
_____
Date

_____
*Server's Signature*

Marc K. Duffy, Managing Attorney
_____
*Printed name and title*

Ropes & Gray LLP, Prudential Tower
800 Boylston Street, Boston, MA 02199
_____
*Server's Address*

Additional information regarding attempted service, etc:



# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE
*Plaintiff*

v.

US DEPARTMENT OF HEALTH AND HUMAN
SERVICES, ET AL.
*Defendant*

Civil Action No.:
**1:25–CV–11048–ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **PAMELA J. BONDI**
**ATTORNEY GENERAL OF THE UNITED STATES**
**UNITED STATES DEPARTMENT OF JUSTICE**
**950 Pennsylvania Avenue, NW Washington, DC 20530**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60
days if you are the United States or a United States agency, or an officer or employee of the United States
described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached
complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be
served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – **Kayla Mortellite**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025–04–22 10:37:58,** Clerk USDC DMA

Civil Action No.: **1:25-CV-11048-ADB**

### PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify) :    Mailed to the U.S. agency via Certified Mail on 4/23/2025, receipt is
                        attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

4/24/2025
_____
Date

_____
Server's Signature

Marc K. Duffy, Managing Attorney
_____
Printed name and title

Ropes & Gray LLP, Prudential Tower
800 Boylston Street, Boston, MA 02199
_____
Server's Address

Additional information regarding attempted service, etc:



# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE
*Plaintiff*

v.

Civil Action No.:
**1:25−CV−11048−ADB**

US DEPARTMENT OF HEALTH AND HUMAN
SERVICES, ET AL.
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **UNITED STATES DEPARTMENT OF EDUCATION**
**400 Maryland Avenue, SW**
**Washington, D.C. 20202**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − **Kayla Mortellite**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025−04−22 10:37:58**, Clerk USDC DMA

Civil Action No.: **1:25-CV-11048-ADB**

### PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date)_____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :    Mailed to the U.S. agency via Certified Mail on 4/23/2025, receipt is
attached hereto.

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

4/24/2025
_____
Date

*Marc K. Duffy* [signature]
_____
*Server's Signature*

Marc K. Duffy, Managing Attorney
_____
*Printed name and title*

Ropes & Gray LLP, Prudential Tower
800 Boylston Street, Boston, MA 02199
_____
*Server's Address*

Additional information regarding attempted service, etc:



# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MASSACHUSETTS

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE**

*Plaintiff*

v.

Civil Action No.:
**1:25−CV−11048−ADB**

**US DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.**

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **LINDA M. MCMAHON**
**SECRETARY OF EDUCATION**
**UNITED STATES DEPARTMENT OF EDUCATION**
**400 Maryland Avenue, SW Washington, D.C. 20202**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − **Kayla Mortellite**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025−04−22 10:37:58, Clerk USDC DMA**

Civil Action No.: **1:25−CV−11048−ADB**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date)_____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :    Mailed to the U.S. agency via Certified Mail on 4/23/2025, receipt is
attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

4/24/2025
_____
Date

_____
Server's Signature

Marc K. Duffy, Managing Attorney
_____
Printed name and title

Ropes & Gray LLP, Prudential Tower
800 Boylston Street, Boston, MA 02199
_____
Server's Address

Additional information regarding attempted service, etc:



## UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE

*Plaintiff*

v.

Civil Action No.:
**1:25−CV−11048−ADB**

US DEPARTMENT OF HEALTH AND HUMAN
SERVICES, ET AL.

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **UNITED STATES GENERAL SERVICES ADMINISTRATION**
**1800 F Street NW**
**Washington, DC 20405**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − **Kayla Mortellite**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025−04−22 10:37:58,** Clerk USDC DMA

Civil Action No.: **1:25-CV-11048-ADB**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify) :     Mailed to the U.S. agency via Certified Mail on 4/23/2025, receipt is
attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

4/24/2025
_____
Date

*Marc K. Duffy*
_____
*Server's Signature*

Marc K. Duffy, Managing Attorney
_____
*Printed name and title*

Ropes & Gray LLP, Prudential Tower
800 Boylston Street, Boston, MA 02199
_____
*Server's Address*

Additional information regarding attempted service, etc:



# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE
*Plaintiff*

v.

US DEPARTMENT OF HEALTH AND HUMAN
SERVICES, ET AL.
*Defendant*

Civil Action No.:
**1:25-CV-11048-ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **STEPHEN EHIKIAN
ACTING ADMINISTRATOR
UNITED STATES GENERAL SERVICES ADMINISTRATION
1800 F Street NW
Washington, DC 20405**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Kayla Mortellite

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025-04-22 10:37:58, Clerk USDC DMA**

Civil Action No.: **1:25−CV−11048−ADB**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date)_____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :    Mailed to the U.S. agency via Certified Mail on 4/23/2025, receipt is
attached hereto.

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

4/24/2025
_____
Date

_____
Server's Signature

Marc K. Duffy, Managing Attorney
_____
Printed name and title

Ropes & Gray LLP, Prudential Tower
800 Boylston Street, Boston, MA 02199
_____
Server's Address

Additional information regarding attempted service, etc:

53468

EMPLOYEE NUMBER

HC-6000

FEE

**CERTIFIED MAIL**

Stephen Ehikian
Acting Administrator
United States General Services Administration
1800 F Street NW
Washington, DC 20405

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $          Postmark
☐ Certified Mail Restricted Delivery $          Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and

Sent To
Stephen Ehikian
Acting Administrator
United States General Services
Administration
1800 F Street NW
Washington, DC 20405

Street and Apt.

City, State, ZIP+4

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 0950 0000 3733 1724
7021 0950 0000 3733 1724

---

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Stephen Ehikian
Acting Administrator
United States General Services
Administration
1800 F Street NW
Washington, DC 20405

9590 9402 5527 9249 3947 84

2. Article Number (Transfer from service label)

7021 0950 0000 3733 1724

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                      ☐ Agent
                                       ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:           ☐ No

3. Service Type
☐ Adult Signature                 ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®                 ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery      Delivery
☐ Collect on Delivery             ☐ Return Receipt for
☐ Collect on Delivery Restricted Delivery    Merchandise
☐ Insured Mail                    ☐ Signature Confirmation™
☐ Insured Mail Restricted Delivery ☐ Signature Confirmation
(over $500)                          Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

## UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE**

*Plaintiff*

v.

Civil Action No.:
**1:25-CV-11048-ADB**

**US DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.**

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **UNITED STATES DEPARTMENT OF ENERGY**
**1000 Independence Ave., SW**
**Washington, DC 20585**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – **Kayla Mortellite**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025–04–22 10:37:58**, Clerk USDC DMA

Civil Action No.: **1:25−CV−11048−ADB**

### PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date)_____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :    Mailed to the U.S. agency via Certified Mail on 4/23/2025, receipt is
attached hereto.

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

4/24/2025
_____
Date

_____
Server's Signature

Marc K. Duffy, Managing Attorney
_____
Printed name and title

Ropes & Gray LLP, Prudential Tower
800 Boylston Street, Boston, MA 02199
_____
Server's Address

Additional information regarding attempted service, etc:



# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE
*Plaintiff*

v.

US DEPARTMENT OF HEALTH AND HUMAN
SERVICES, ET AL.
*Defendant*

Civil Action No.:
**1:25–CV–11048–ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **CHRISTOPHER WRIGHT**
**SECRETARY OF ENERGY**
**U.S. DEPARTMENT OF ENERGY**
**1000 Independence Ave., SW**
**Washington, DC 20585**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – **Kayla Mortellite**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025–04–22 10:37:58**, Clerk USDC DMA

Civil Action No.: **1:25-CV-11048-ADB**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date)_____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :     Mailed to the U.S. agency via Certified Mail on 4/23/2025, receipt is
                        attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

4/24/2025
_____                    _____
        Date                                      *Server's Signature*

                                            Marc K. Duffy, Managing Attorney
                                            _____
                                                *Printed name and title*

                                            Ropes & Gray LLP, Prudential Tower
                                            800 Boylston Street, Boston, MA 02199
                                            _____
                                                *Server's Address*

Additional information regarding attempted service, etc:

51468

CERTIFIED MAIL
Christopher Wright
Secretary Of Energy
U.S. Department of Energy
1000 Independence Ave., SW
Washington, DC 20585

HC-66/00

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage

Total Postage

Sent To

Street and Apt

City, State, ZIP

Christopher Wright
Secretary Of Energy
U S Department of Energy
1000 Independence Ave., SW
Washington, DC 20585

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 0950 0000 3733 1748
7021 0950 0000 3733 1748

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Christopher Wright
Secretary Of Energy
U S Department of Energy
1000 Independence Ave., SW
Washington, DC 20585

9590 9402 5527 9249 3948 07

2. Article Number (Transfer from service label)

7021 0950 0000 3733 1748

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE
_____
*Plaintiff*

v.

US DEPARTMENT OF HEALTH AND HUMAN
SERVICES, ET AL.
_____
*Defendant*

Civil Action No.:
**1:25−CV−11048−ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **UNITED STATES NATIONAL SCIENCE FOUNDATION**
**2415 Eisenhower Ave**
**Alexandria, VA 22314**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
_____
*CLERK OF COURT*

/s/ − **Kayla Mortellite**
_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025−04−22 10:37:58,** Clerk USDC DMA

Civil Action No.: **1:25-CV-11048-ADB**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date)_____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :     Mailed to the U.S. agency via Certified Mail on 4/23/2025, receipt is
                        attached hereto.

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

4/24/2025
_____
Date

_____
Server's Signature

Marc K. Duffy, Managing Attorney
_____
Printed name and title

Ropes & Gray LLP, Prudential Tower
800 Boylston Street, Boston, MA 02199
_____
Server's Address

Additional information regarding attempted service, etc:



# UNITED STATES DISTRICT COURT
for the
# DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE
*Plaintiff*

v.

US DEPARTMENT OF HEALTH AND HUMAN
SERVICES, ET AL.
*Defendant*

Civil Action No.:
**1:25–CV–11048–ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **SETHURAMAN PANCHANATHAN
DIRECTOR OF NATIONAL SCIENCE FOUNDATION
2415 Eisenhower Ave Alexandria, VA 22314**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – **Kayla Mortellite**

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2025–04–22 10:37:58, Clerk USDC DMA

Civil Action No.: **1:25–CV–11048–ADB**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date)_____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :      Mailed to the U.S. agency via Certified Mail on 4/23/2025, receipt is
attached hereto.

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

4/24/2025
_____
Date

*Marc K. Duffy* (signature)
_____
Server's Signature

Marc K. Duffy, Managing Attorney
_____
Printed name and title

Ropes & Gray LLP, Prudential Tower
800 Boylston Street, Boston, MA 02199
_____
Server's Address

Additional information regarding attempted service, etc:



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

OFFICIAL USE

Sethuraman Panchanathan
Director of National Science Foundation
2415 Eisenhower Ave
Alexandria, VA 22314

7021 0950 0000 3733 1755

53468

HC-6000

CERTIFIED MAIL
Sethuraman Panchanathan
Director of National Science Foundation
2415 Eisenhower Ave
Alexandria, VA 22314

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

SENDER: COMPLETE THIS SECTION
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Sethuraman Panchanathan
Director of National Science Foundation
2415 Eisenhower Ave
Alexandria, VA 22314

9590 9402 5527 9249 3948 52

2. Article Number (Transfer from service label)
7021 0950 0000 3733 1755

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X                                              ☐ Agent
                                               ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE
*Plaintiff*

v.

US DEPARTMENT OF HEALTH AND HUMAN
SERVICES, ET AL.
*Defendant*

Civil Action No.:
**1:25–CV–11048–ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **DEPARTMENT OF DEFENSE**
**1400 Defense Pentagon**
**Washington, DC 20301-1000**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – **Kayla Mortellite**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025–04–22 10:37:58,** Clerk USDC DMA

Civil Action No.: **1:25-CV-11048-ADB**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date)_____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :    Mailed to the U.S. agency via Certified Mail on 4/23/2025, receipt is
attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

4/24/2025
_____
Date

_____
*Server's Signature*

Marc K. Duffy, Managing Attorney
_____
*Printed name and title*

Ropes & Gray LLP, Prudential Tower
800 Boylston Street, Boston, MA 02199
_____
*Server's Address*

Additional information regarding attempted service, etc:

53468

EMPLOYEE NUMBER

HC-6000

**CERTIFIED MAIL**
Department of Defense
1400 Defense Pentagon
Washington, DC 20301-1000

FILE

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage
$

Sent To    Department of Defense
1400 Defense Pentagon
Washington, DC 20301-1000

Street and Apt

City, State, ZIP

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 0950 0000 3733 1809
7021 0950 0000 3733 1809

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ☐ Agent ☐ Addressee <br> B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to: <br><br> Department of Defense <br> 1400 Defense Pentagon <br> Washington, DC 20301-1000 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |

9590 9402 5527 9249 3948 69

| 3. Service Type | |
|---|---|
| ☐ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☐ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Insured Mail | |
| ☐ Insured Mail Restricted Delivery (over $500) | |

2. Article Number (Transfer from service label)
7021 0950 0000 3733 1809

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE
*Plaintiff*

v.

US DEPARTMENT OF HEALTH AND HUMAN
SERVICES, ET AL.
*Defendant*

Civil Action No.:
**1:25–CV–11048–ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **PETER B. HEGSETH**
**SECRETARY OF DEFENSE**
**DEPARTMENT OF DEFENSE**
**1000 Defense Pentagon Washington, DC 20301-1000**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – **Kayla Mortellite**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025–04–22 10:37:58**, Clerk USDC DMA

Civil Action No.: **1:25−CV−11048−ADB**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date)_____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :     Mailed to the U.S. agency via Certified Mail on 4/23/2025, receipt is
attached hereto.

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

4/24/2025
_____
Date

*Marc K. Duffy*
_____
Server's Signature

Marc K. Duffy, Managing Attorney
_____
Printed name and title

Ropes & Gray LLP, Prudential Tower
800 Boylston Street, Boston, MA 02199
_____
Server's Address

Additional information regarding attempted service, etc:

53468

EMPLOYEE NUMBER

HC-6000

FILE

**CERTIFIED MAIL**
Peter B. Hegseth
Secretary of Defense
Department Of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

&GRAY

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage
$

Sent To
Peter B. Hegseth
Secretary of Defense
Department of Defense
Street and Apt.
1000 Defense Pentagon
City, State, ZIP
Washington, DC 20301-1000

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 0950 0000 3733 1786
7021 0950 0000 3733 1786

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Peter B. Hegseth
Secretary of Defense
Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000



9590 9402 5527 9249 3948 38

2. Article Number (Transfer from service label)
7021 0950 0000 3733 1786

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE**

*Plaintiff*

v.

**US DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.**

*Defendant*

Civil Action No.:
**1:25−CV−11048−ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **NATIONAL AERONAUTICS AND SPACE ADMINISTRATION 300 E Street SW Washington, DC 20546**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Steven Paul Lehotsky
> LEHOTSKY KELLER COHN LLP
> 200 Massachusetts Ave. NW, Suite 700
> Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ − **Kayla Mortellite**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025−04−22 10:37:58,** Clerk USDC DMA

Civil Action No.: **1:25-CV-11048-ADB**

### PROOF OF SERVICE

#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____ :

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date)_____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :        Mailed to the U.S. agency via Certified Mail on 4/23/2025, receipt is
                           attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.


4/24/2025                              *Marc K. Duffy*
_____                       _____
    Date                                  Server's Signature

                                      Marc K. Duffy, Managing Attorney
                                      _____
                                          Printed name and title

                                      Ropes & Gray LLP, Prudential Tower
                                      800 Boylston Street, Boston, MA 02199
                                      _____
                                          Server's Address

Additional information regarding attempted service, etc:

53468

EMPLOYEE I.D./REG

CERTIFIED MAIL

National Aeronautics and Space Administration
300 E Street SW
Washington, DC 20546

HC-6000

FILE

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To
National Aeronautics and Space
Administration
Street and Apt. No.
300 E Street SW
City, State, ZIP+4®
Washington, DC 20546

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7021 0950 0000 3733 1779
7021 0950 0000 3733 1779

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Aeronautics and Space
Administration
300 E Street SW
Washington, DC 20546

9590 9402 5527 9249 3948 21

2. Article Number (Transfer from service label)
7021 0950 0000 3733 1779

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE
*Plaintiff*

v.

US DEPARTMENT OF HEALTH AND HUMAN
SERVICES, ET AL.
*Defendant*

Civil Action No.:
**1:25–CV–11048–ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **JANET E. PETRO**
**ACTING ADMINISTRATOR**
**NATIONAL AERONATICS AND SPACE ADMINISTRATION**
**300 E Street SW**
**Washington, DC 20546**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60
days if you are the United States or a United States agency, or an officer or employee of the United States
described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached
complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be
served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – **Kayla Mortellite**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025–04–22 10:37:58**, Clerk USDC DMA

Civil Action No.: **1:25−CV−11048−ADB**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date)_____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) :    Mailed to the U.S. agency via Certified Mail on 4/23/2025, receipt is
attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

4/24/2025
_____
Date

*Marc K. Duffy*
_____
Server's Signature

Marc K. Duffy, Managing Attorney
_____
*Printed name and title*

Ropes & Gray LLP, Prudential Tower
800 Boylston Street, Boston, MA 02199
_____
*Server's Address*

Additional information regarding attempted service, etc:

53468

EMPLOYEE NUMBER

**CERTIFIED MAIL**

Janet E. Petro
Acting Administrator
National Aeronautics and Space Administration
300 E Street SW
Washington, DC 20546

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage

Sent To     Janet E. Petro
            Acting Administrator
            National Aeronautics and Space
Street and A  Administration
            300 E Street SW
City, State,  Washington, DC 20546

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7021 0950 0000 3733 1762
7021 0950 0000 3733 1762

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janet E. Petro
Acting Administrator
National Aeronautics and Space
Administration
300 E Street SW
Washington, DC 20546

9590 9402 5527 9249 3948 14

2. Article Number *(Transfer from service label)*

7021 0950 0000 3733 1762

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____      ☐ Agent
                                ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt