# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD COLLEGE
*Plaintiff*

v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.
*Defendant*

Civil Action No.:
**1:25-CV-11048-ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **LEAH B. FOLEY**
**UNITED STATES ATTORNEY**
**FOR THE DISTRICT OF MASSACHUSETTS**
**1 Courthouse Way, Suite 9200**
**Boston, MA 02210**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ -- Kayla Mortellite
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025-04-22 10:37:58**, Clerk USDC DMA

Civil Action No.: **1:25−CV−11048−ADB**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) _Douglas Wood_____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_U.S. Attorney's Office_____ on (date) _04/23/2025_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

_04/23/2025_
Date

*Server's Signature*

_Michael Accardi - Litigation Clerk_
Printed name and title

_Prudential Tower, 800 Boylston Street, Boston, MA 02199_
Server's Address

Additional information regarding attempted service, etc: