# EXHIBIT B

## DECLARATION OF ROBERT A. PIETZ

*(Clarification for Following Exhibit C)*

I, Robert A. Pietz, hereby declare as follows:

1. I am the *pro se Amicus Curiae* submitting the attached materials in support of my request for leave to file amicus briefs in the above-captioned matter.

2. **Exhibit C** is the previously prepared [Proposed] Amicus Curiae Brief in Case No. 1:25-cv-10910-ADB, submitted here without amendment.

3. This Declaration (**Exhibit B**) is submitted as a clarification for the following **Exhibit C**.

4. Specifically, Exhibit C references Harvard University's public statement, *"Upholding Our Values, Defending Our University"* (https://www.harvard.edu/president/news/2025/upholding-our-values-defending-our-university/), cited at Point 6 on page 2, which suggested that Harvard misrepresented its litigation posture by implying direct party status in the AAUP-led suit.

5. After the preparation of **Exhibit C**, I became aware that Harvard University had, in fact, filed a separate lawsuit, Case No. 1:25-cv-11048-ADB, on the same day referenced in **Exhibit C**.

6. While this fact clarifies that Harvard had filed its own direct action contemporaneously, it does not excuse the broader procedural misrepresentations identified in **Exhibit C**, nor does it refute the structural concerns and constitutional arguments raised therein.

7. Harvard's filing of a parallel lawsuit does not cure the jurisdictional defects, standing issues, or coordinated litigation strategy criticized in **Exhibit C**, and the substantive points advanced remain fully applicable.

8. This Declaration is submitted in the interest of transparency and to ensure an accurate procedural record before the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

**Respectfully submitted,**

Robert A. Pietz
pietzreceipts@gmail.com
(754) 277-9578
Independence, MO 64056

Dated: April 28, 2025