IN THE FEDERAL DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Case No. 1:25-cv-11048 (ADB/JKK)

President and Fellows of Harvard College,

    *Plaintiff,*

v.

U.S. Department of Health and Human Services, et al.,

    *Defendants.*

---

## INTERVENOR'S MOTION TO PROCEED UNDER PSEUDONYM
### (INCORPORATING AUTHORITY)

Intervenor, *in propria persona*, respectfully submits this Motion for an order allowing him to proceed under a pseudonym in this matter. As grounds, Intervenor states:

### SUMMARY OF THE ARGUMENT



*In free Governments the rulers are the servants, and the people their superiors and sovereigns.*
                        ~Benjamin Franklin, July 26, 1787

The Constitution does not tolerate willful disobedience of judicial orders—especially by officials of a coordinate branch who have sworn an oath to uphold it. To permit such officials to freely "annul the judgments of the courts of the United States" would not just "destroy the rights acquired under those judgments"; it would make "a solemn mockery" of "the constitution itself."

*J.G.G. v. Trump*, No. 1:25-cv-766 (JEB), *slip op.* at 2 (D.D.C. Apr. 16, 2025), ECF No. 81

(quoting *United States v. Peters*, 9 U.S. 115 (1809)).

Judge Boasberg's statement raises an unavoidable question:

*Peters* was a case of a judge willfully disregarding a binding ruling from a superior court. Or for a typical federal judge, "Tuesday." So, if judges can disregard even the pellucid text of the Constitution itself, *e.g., Alden v. Maine*, 527 U.S. 706 (1999) (rewriting of the Eleventh Amendment); *Trump v. Anderson,* 601 U.S. 100, (2024), (round-filing Section 3 of the Fourteenth Amendment); *Trump v. United States*, 603 U.S. 593 (2024) (effectively amending the Constitution to bestow an insanely broad criminal immunity on the President), **why should the President have to obey your missives?**

Second, this paragraph from the pen of conservative legend J. Harvie Wilkerson, written yesterday, should be dispositive of this Motion.

> If today the Executive claims the right to deport without due process and in disregard of court orders, what assurance will there be tomorrow that it will not deport American citizens and then disclaim responsibility to bring them home?* And what assurance shall there be that the Executive will not train its broad discretionary powers upon its political enemies? **The threat, even if not the actuality, would always be present**, and the Executive's obligation to "take Care that the Laws be faithfully executed" would lose its meaning. U.S. CONST. art. II, § 3; *see also id.* art. II, § 1, cl. 8.

---

\* *See, e.g.,* Michelle Stoddart, *'Homegrowns are Next': Trump Doubles Down on Sending American 'Criminals' to Foreign Prisons*, ABC NEWS (Apr. 14, 2025, 6:04 PM); David Rutz, *Trump Open to Sending Violent American Criminals to El Salvador Prisons*, FOX NEWS (Apr. 15, 2025, 11:01 AM EDT).

*Abrego-Garcia v. Noem*, No. 25-1404, slip op. at 5 (4th Cir. Apr. 17, 2025) (emphasis added). **It is that omnipresent THREAT that this "Homegrown" "enemy of the Regime" is attempting to minimize.** Donald Trump is a walking RICO charge, who has learned that laws are for lesser men. And given his unique constellation of (alleged) mental illnesses, Bandy X. Lee, *The Dangerous Case of Donald Trump: 27 Psychiatrists and Mental Health Experts Assess a President* (2017), none of us are safe. There are no guardrails. If that isn't enough on its own, Intervenor is mystified as to what would be.

## ARGUMENT

### I. BEING IDENTIFIED PERSONALLY WOULD EXPOSE INTERVENOR TO HARM

> *Il est dangereux d'avoir raison dans des choses où des hommes accrédités ont tort.*
> ~Voltaire, *Le Siècle de Louis XIV*, ch. 28(1751)[1]

The law is well-settled that parties to litigation may proceed using pseudonyms with leave of the court. *Doe v. U.S. Dep't of State*, No. 1:15-cv-01971, 2015 WL 9647660, at *1 (D.D.C. Nov. 3, 2015). "Leave is generally granted if the litigant makes a **colorable** argument in support of the request." *Id.* (*quoting Qualls v. Rumsfeld*, 228 F.R.D. 8, 10 (D.D.C. 2005) (emphasis added). "Colorable" has always been defined by what it is not: "**wholly insubstantial, immaterial, or frivolous.**" *Boettcher v. Sec'y of Health and Hum. Servs.*, 759 F.2d 719, 722 (9th Cir.1985) (emphasis added); *see e.g., Holloway v. Schweiker*, 724 F.2d 1102 (4th Cir. 1983) (same) *Jensen v. Schweiker*, 709 F.2d 1227, 1230 n. 2 (8th Cir.1983) ("not without some merit").

Lawsuits are public events. The presumption should lean toward disclosure. Personal embarrassment or harm to reputation are not valid grounds for anonymity. *Coe v. U.S. Dist. Ct. for Dist. of Colo.*, 676 F.2d 411 (10th Cir. 1982). But this case isn't about what Intervenor did but rather, what the Defendants have done. Apart from the high probability of retaliation by fanatical followers (*e.g.,* H. Res. 229, 119th Cong. (2025) (Impeachment of James E. Boasberg)), there would be no need for anonymity; none would be sought. Being doxxed, swatted, assaulted, or handed a one-way ticket to San Salvador—this prospect would have been almost unthinkable before—are foreseeable risks here.

---

[1] Intervenor's rough translation: "It is dangerous to be right when the authorities are wrong."

Courts generally consider five factors in deciding whether to grant a putative plaintiff's request to proceed using a pseudonym:

> (1) whether the justification asserted by the requesting party is merely to avoid the annoyance and criticism that may attend any litigation or is to preserve privacy in a matter of a sensitive and highly personal nature;
>
> (2) whether identification poses a risk of retaliatory physical or mental harm to the requesting party or even more critically, to innocent non-parties;
>
> (3) the ages of the persons whose privacy interests are sought to be protected;
>
> (4) whether the action is against a governmental or private party; and
>
> (5) the risk of unfairness to the opposing party from allowing an action against it to proceed anonymously.

*Doe,* 2015 WL 9647660, at *2; *James v. Jacobson*, 6 F.3d 233, 238 (4th Cir.1993);

Here, only one factor matters: **the risk of retaliatory harm.** The only thing Intervenor is annoyed about is our judiciary's stubborn refusal to apply the plain text of the Constitution. Intervenor is suing powerful men who have literally overthrown our government; it wouldn't matter whether my name was Smith, Jones, Brown, or Dagwood Bumstein. And the subject matter would be a proper subject of a law review article, if not for the fact that Donald Trump has made it frighteningly real. Given the low bar ("colorable argument") for success, the Minute Order was surprising. To even state the case for the other factors bearing material relevance here is to refute it.

The entire point of a written Constitution and body of authoritative precedent interpreting it is to offer "a clear guide for the conduct of individuals, to enable them to plan their affairs with assurance against untoward surprise." *Moragne v. States Marine Lines*, 398 U.S. 375, 403 (1970). Intervenor entered this case in reasonable reliance on the published law. If a private citizen can no longer rely on the courts for protection from state-sanctioned lawlessness, law is reduced to a shibboleth.

4

### A. *Trump v. United States*: The *Führerprinzip*, Codified.

Godwin's Law be damned; Intervenor has to "go there." Adolf Hitler tried to overthrow the government, **was given a slap on the wrist by a sympathetic judge,** and was able to try again. The only difference is that in our country, sympathetic judges committed crimes, *e.g.*, 18 U.S.C. § 3, to keep our iteration out of prison.

Once Hitler attained power, the Reichstag became irrelevant, as laws were increasingly issued as *Führer decrees* (Executive Orders), bypassing legislative or judicial review. The rule of law fell with astonishing rapidity in Germany, as their judiciary's transition to Nazi control was marked by a mix of compliance, opportunism, coercion, and limited resistance. Some judges maintained a veneer of legalism, interpreting Nazi laws strictly to avoid direct confrontation with the regime. Passive compliance effectively solidified the *Führerprinzip*—the Führer's word is above all law—as judges enforced decrees without questioning their legitimacy.

America adopted our version of the *Führerprinzip* before our Hitler ever returned to the Oval, in the case of *Trump v. United States, supra.* In short, as Justice Sotomayor observed (among others) in her dissent, combined with the pardon power, it placed our Führer's word above all law. *Id.*, slip op. at 29-30 (Sotomayor, J., dissenting). If Defendant Trump ordered his F.B.I. chief to assassinate you, their act would be a crime. 18 U.S.C. § 1111. But when he signs the pardon, the crime goes away. And as it was a colorably official act (i.e., he claims that you are *an enemy of the State*), he is absolutely immune from even investigation. The perfect crime.

Let's apply John Roberts' *Führerprinzip* 2.0 to the Abrego-Garcia incident. 18 U.S.C. § 1201(a) provides, in pertinent part: "Whoever unlawfully seizes, confines, inveigles, decoys,

5

kidnaps, abducts, or carries away ... any person ... when—(1) the person is willfully transported in interstate or foreign commerce...."

- "Unlawful": If he was denied legal process—no warrant, no extradition hearing, no judicial oversight—that alone renders the seizure unlawful, even if carried out by agents of the state.
- "Carries away and holds": If the intent or effect was to deliver him to a foreign government for detention, especially without consent, this prong is satisfied.
- "In foreign commerce": Transporting someone out of the U.S. and into El Salvador—clear international commerce. [Subsection (b)(2): If the victim is held for 24 hours, a rebuttable presumption is created.]

Subsection (c) provides that if two people conspire to do this, the punishment can be life imprisonment. The Defendants in *Abrego-Garcia v. Noom*, through counsel, have admitted in court filings to a felony warranting life imprisonment, literally claiming "a right to stash away residents of this country in foreign prisons without the semblance of due process." *Abrego-Garcia*, slip op. at 2. Defendant Pam Bondi is one of the Trump underlings who may be exposed to criminal liability. *Pardon me* if you don't see the problem.

Again, this is an elemental point of constitutional exegesis. Fearing the rise of a King, the Framers made it a point not to grant immunity from criminal prosecution to the President. No reference to Presidential immunity can be found in the Constitution, its penumbrae, or its emanations. *See* Antonin G. Scalia, *Historical Anomalies in Administrative Law*, Y.B. Sup. Ct. Hist. Soc'y. 103 (1985). Presidential immunity has no "grounding in constitutional text, history, or precedent." *Dobbs v. Jackson Women's Health Organization*, 597 U.S. 215, 280, 142 S. Ct. 2228 (2022). And when they were applying for the job of Justice, the Conspiring Justices unanimously averred that "no man was above the law." But without any colorable support in or reference to the law—and in inexplicable disregard of their own public positions—the *Trump v. United States* majority decided *sua sponte* that Presidents ought to be above the law.

For all Intervenor knows, there might be valid policy reasons for granting Presidents some measure of immunity from criminal prosecution. But don't take Intervenor's word for it. **Take the word of one John Glover Roberts, Jr.** Writing for the Court, Roberts admitted that "Members of this Court are vested with the authority to interpret the law; we possess neither the expertise nor the prerogative to make policy judgments. Those decisions are entrusted to our Nation's elected leaders, who can be thrown out of office if the people disagree with them." *Nat. Fedn. of Indep. Business v. Sebelius,* 567 U.S. 519, 132 S.Ct. 2566, 2579 (2012).

The Constitution is a stern mistress, brooking no infidelity. No "judicial officer can war against the Constitution without violating his undertaking to support it"—and the alternative is to reduce that venerable document to "a solemn mockery." *Cooper v. Aaron,* 358 U.S. 1, 18 (1958) (quotation omitted). That appears to be the point of Judge Boasberg's reference to *United States v. Peters,* 9 U.S. 115 (1809), in *J.G.G. v. Trump.*

"In America **THE LAW IS KING**." Thomas Paine, <u>Common Sense</u> 25 (Philadelphia: W. and T. Bradford 1776). Not King Don … nor King John of Exxon.

Back in law school, Intervenor learned that judges "are subject to criminal prosecutions as are other citizens." *Dennis v. Sparks,* 449 U.S. 24, 31 (1980). That no officer of the law "may set that law at defiance with impunity," *United States v. Lee,* 106 U.S. 196, 220 (1882), and "[t]he law [was] no respecter of persons." *Trist v. Child,* 88 U.S. 441, 453 (1875). I am here to defend the Framers' Constitution—not just against an otherwise absurd orange ball of rage, but against a band of black-robed *gavelitis* sufferers who have declared themselves to be my rulers. I dissent, and not respectfully.

I'm just trying to figure out how I can stay alive long enough to do so.

7

## B. America Is the Victim of a Fascist Coup

America is being dismantled, as was 1930s Germany. The *Führerprinzip* supplanted the rule of law by centralizing power in Hitler, reducing laws to his decrees, and aligning institutions through purges, indoctrination, and coercion [shout out here to Columbia and Paul, Weiss]. Judges did not "just roll over" but were complicit through a mix of ideological sympathy, careerism, fear, and selective purges. Megan Messerly and Kyle Cheney, Trump calls for impeachment of judge who tried to halt deportations, *Politico*, Mar. 18, 2025 [not mentioning any names]. While some judges clung to formalism or quietly dissented, the judiciary became a tool of Nazi policy, abandoning any semblance of independence. By 1935, the rule of law was effectively dead, and the Führer's will became law.

The descent into fascism is a process. Here, it is occurring pursuant to a scheme which one of its principal architects, Heritage Foundation president Kevin Roberts, refers to as a *coup d'état*: "'We are in the process of the second American Revolution, **which will remain bloodless, if the left allows it to be.**'" Flynn Nicholls, Project 2025 Leader Promises 'Second American Revolution', *Newsweek*, Jul. 3, 2024 (emphasis added).

## A. The Fascist Playbook: Winning By Intimidation

In light of recent events, one is reminded: *"What's past is prologue."* William Shakespeare, *The Tempest*, Act II, Scene I.



The photo above is of the damage caused in the Governor's Mansion in Pennsylvania by a recent arson attack. Chas Danner, Suspect in Shapiro Attack Planned to Attack Him with Hammer, *New York Magazine*, Apr. 14, 2025. While it is premature to ascribe motive here, the incident reflects a growing trend: political violence is becoming normalized in America. And if a state governor wrapped tightly in a cocoon of security forces isn't safe, what chance does the humble citizen stand?

The ordeal of Ruby Freeman stands as a cautionary tale. "Miss Ruby" was an election worker in Fulton County, Georgia. Defendant Trump and his campaign falsely accused her of being a "professional vote scammer" and "hustler" who stuffed ballot boxes with fraudulent votes for Joe Biden. *See generally*, Indictment, *People v. Donald John Trump,* No. 23-SC-188947 (Fulton County (GA) Super. Ct. filed Aug. 14, 2023). Freeman received hundreds of threatening messages, including death threats, racial slurs, and calls for her execution. Examples include messages like "We know where you live, we coming to get you," "I pray that I will be close enough to hear your necks snap," and "trash will be taken out in bags." Jason Szep and Linda So, Trump campaign demonized two Georgia election workers – and death threats followed, *Reuters*, Dec. 1, 2021. "Lord Jesus, where's the police?", she asked the 911 call center in exasperation, as her phone was inundated with over 420 emails and 75 text messages, and she made multiple 911 calls, including one on December 4, 2020, reporting "hundreds of threats" and another on January 5, 2021, after hearing loud banging on her door. *Id.* On January 5, 2021, following an FBI warning, she fled the home she had lived in for 20 years—spending months in hiding, sometimes sleeping in her car to avoid endangering others—and eventually relocated permanently. Lucien Bruggeman and Marjorie McAfee, Mother-daughter election workers describe how they lived through Trump-

backed accusations of conspiracy, *ABC News*, Nov. 3, 2022. All that, for a $16/hour temp job? *Reuters, supra.*

As Justice Holmes famously observed, "A page of history is worth a volume of logic." *New York Trust Co. v. Eisner*, 256 U.S. 345, 349 (1921) (Holmes, J.). Fascists win by intimidation, and rule by fear. Even mighty white-shoe law firms quail in the face of Defendant Trump's predations, because no one is safe from *The Wrath of Don*. One of your colleagues in Seattle, Senior Judge James Robart, granted a temporary restraining order against President Donald Trump's executive order on travel and immigration. Daniel Person, 'No One Is Above the Law': Federal Judge in Seattle Puts Trump's Immigration Order on Ice, *Seattle Weekly*, Feb. 3, 2017. Trump went to Twitter and derided him as a "so-called judge." Mica Rosenberg & Nathan Layne, 'So-called judge' derided by Trump known for fairness, work with youth, *Reuters*, Feb. 4, 2017; Trump: Blame Judge Robart if 'Something Happens', *Reuters*, Feb. 10, 2017. "Robart received upwards of 40,000 threatening messages, including at least 100 death threats, after temporarily suspending Trump's travel order," Natalie Colarossi, Russians Sent Thousands of Threats Against U.S. Judge James Robart After Trump Tweeted About Him, *Newsweek*, Feb 19, 2021, and apparently, a significant number of them came from Putin's troll farm in St. Petersburg. Id. "I took a two-thirds pay cut to get death threats once a month, but I'm benefiting society," Judge Robart once quipped, Jim Brunner, Trump's 'so-called judge' is a highly regarded GOP appointee, *Seattle Times*, Feb. 5, 2017, but this is a bit much.

If you dare to cross Trump, his MAGA Brownshirts see you as a traitor. And if they can't get at you, they will go after your lawyers. Attorney Mark Zaid, representing the whistleblower whose disclosures caused the first Trump impeachment, relates this threat:

10

> "All traitors must die miserable deaths," the message said. "Those that represent traitors shall meet the same fate, we will hunt you down and bleed you out like the pigs you are. We have nothing but time and you are running out of it. Keep looking over your shoulder ... We are all strangers in a crowd to you. The next move is yours."

Adam Klasfeld, 'We Will Hunt You Down': Whistleblower's Lawyer from First Trump Impeachment Recounts Death Threats Against Him That Recently Sent a Man to Prison, *Law and Crime*, Jul. 1, 2021.

Zaid's remarks are chilling: "This case, from the moment I've been in it, has been nonstop every single day. Obviously, it involves the president of the United States ... We've been warned, 'They're coming after you.'" Alex Seitz-Wald, Whistleblowers welcome: Mark Zaid represents Trump accuser, others with secrets to share, *NBC News*, Oct. 29, 2019. "Among the security precautions Zaid, 52, takes is revealing nothing about his family, and he asked that no details be included in this article." Id.

It is said that Defendant Trump is a walking RICO charge; intimidation is his calling card. By way of example, before former acting Attorney General Sally Yates was to testify to the Senate Judiciary Subcommittee on Crime and Terrorism, he engaged in a tweetstorm that might well have crossed the line into felony witness tampering. Bob Cesca, Did Donald Trump try to threaten Sally Yates on Twitter? If so, he committed a felony, *Salon*, May 9, 2017. But now that he has returned to power, and has surrounded himself with dedicated loyalists, the Trump cabal has ratcheted up its pattern of harassment and intimidation. Every day, it's a new story:

> The new revelations about DOGE's activities at the labor agency come from a whistleblower in the IT department of the NLRB, who disclosed his concerns to Congress and the U.S. Office of Special Counsel in a detailed report that was then provided to NPR. Meanwhile, his attempts to raise concerns internally within the NLRB preceded someone "physically taping a threatening note" to his door that included sensitive personal information and *overhead photos of him walking his dog that appeared to be taken with*

*a drone*, according to a cover letter attached to his disclosure filed by his attorney, Andrew Bakaj of the nonprofit Whistleblower Aid.

Jenna McLaughlin, A whistleblower's disclosure details how [Trump's] DOGE may have taken sensitive labor data, *NPR*, Apr. 15, 2025. (Mark Zaid is a founder of Whistleblower Aid. Kate Corliss, Mark Zaid Knows a Thing or Two About Political Retribution, *Washingtonian*, Jan. 31, 2025.)

General Mark Milley, former chairman of the Joint Chiefs of Staff in the Trump administration, in an interview with legendary reporter Bob Woodward, described Trump as "a total fascist. He is now the most dangerous person to this country." Martin Pengelly, Mark Milley fears being court-martialed if Trump wins, Woodward book says, *The Guardian*, Oct. 11, 2024. Trump suggested the former Joint Chiefs Chairman deserved the death penalty for criticizing him, calling it treason. "This is an act so egregious that, in times gone by, the punishment would have been DEATH!" Timothy H.J. Nerozzi, Trump comment about punishing Gen. Milley with 'death' causes major outcry from GOP rivals, *Fox News*, Sept. 29, 2023.

When asked about it, Milley responded: "I wish those comments had not been made, and I'll take appropriate measures to ensure my safety and the safety of my family." *Id.* "Since retiring, Milley had received a non-stop barrage of death threats that he, at least in part, attributed to Trump's repeated attempts to discredit him." Pengelly, *supra*. And as a member of this Court can personally attest, his were not idle concerns. Jack Date, et al., Federal judge overseeing Trump case has DC home swatted, *ABC.com*, Jan. 8, 2024.

*"What's past is prologue."*

### C. Is Donald Trump a Fascist?

> *If you want a picture of the future, imagine a boot stamping on a human face — for ever.*
> ~George Orwell, *Nineteen Eighty-Four* at 152, 155

Is Defendant Trump a fascist? If you ask basically every expert on the planet, the answer is yes. Yale historian Timothy Snyder, who has made the study of fascism his life's work, writes, "The past enlightens the present." Timothy Snyder, The American Abyss, *N.Y. Times Magazine*, Jan. 9, 2021. Concurrences include Yale's Jason Stanley, who is voting with his feet,[2] and such luminaries as Robert Kagan,[3] Ruth Ben-Ghiat,[4] Richard Steigmann-Gall,[5] and Robert Paxton.[6] While Richard Evans, emeritus professor at Cambridge, contended that "he doesn't display the classic fascist hunger for conquest and expansionist violence," Benedetta Carnaghi, Is Donald Trump a fascist? Here's what an expert thinks, *The Conversation* (UK), Oct. 25, 2024, but that was before he moved on Canada and Greenland "like a b*tch."[7]

---

[2] Keziah Weir, The Fascism Expert at Yale Who's Fleeing America, *Vanity Fair*, Mar. 31, 2025 (Philosophy professor Jason Stanley is leaving the US for Canada, 'the Ukraine of North America,' because he believes Trump's America is 'pretty far along' in the grips of fascism.") Snyder is also *exiting, stage right*, though he denies that that is his motive, and would recommend it to others due to Trump's fascism. Timothy Snyder, SNYDER: On leaving Yale, *Yale News*, Apr. 4, 2025. However, wife Marci Shore "hinted that the November 2024 elections and fears of democratic erosion played a role, calling the climate an 'American descent into fascism.'" Three esteemed Yale professors flee to Canada over Trump concerns, set to join University of Toronto's renowned Munk School in major academic shake-up, *The Economic Times* (India), Mar. 28, 2025.

[3] Robert Kagan, This is how fascism comes to America, *Wash. Post*, May 18, 2016.

[4] Ruth Ben-Ghiat, *Strongmen: Mussolini to the Present*, (W.W. Norton, 2020).

[5] Richard Steigmann-Gall, One Expert Says, Yes, Donald Trump is a Fascist. And It's Not Just Trump, *Tikkun*, Jan. 5, 2016, original is here (copy on file; visited Apr. 17, 2025).

[6] "Trump's incitement of the invasion of the Capitol on January 6, 2020 removes my objection to the fascist label." Andrew Marantz, Why We Can't Stop Arguing About Whether Trump Is a Fascist, *The New Yorker*, Mar. 27, 2024 (paywall).

[7] A famous historical reference. David A. Fahrenthold, Trump recorded having extremely lewd conversation about women in 2005, *Wash. Post*, Oct. 7, 2016 ("I moved on her like a bitch, but I couldn't get there, and she was married."). One presumes that the Professor would have changed his mind, as Professor Paxton did. See also, Richard J Evans, Why Trump isn't a fascist, *The New Statesman*, Jan. 13, 2021 ("The storming of the Capitol on 6 January was not a coup"), but again in his defense, he wasn't privy to Jack Smith's indictments.

Among his former staffers, General Milley was not an outlier. Trump's own chief of staff, Gen. John Kelly, described him as a fascist. CNN Transcript, *CNN Newsroom with Ana Cabrera, CNN,* Oct. 22, 2024. Kelly elaborated: "Well, I'm looking at the definition of fascism. It's a far right, authoritarian, ultranationalist political ideology and movement characterized by a dictatorial leader, centralized autocracy, militarism, **forcible suppression of opposition**, belief in a natural social hierarchy." *Id* (emphasis added). And like all autocrats, Trump prized loyalty over competence. Sarah Fortinsky, John Kelly says Trump praised 'Hitler's generals' for loyalty, *The Hill*, Oct. 22, 2024. And Kelly is not alone. Grace Harrington, *13 Ex-Trump Officials Back John Kelly's 'Fascism' Warnings, The Daily Beast*, Oct. 25, 2024.

There appear to be no dissenters or outliers in the academic community[8]; among the ranks of his former staff, only National Security Advisor John Bolton dissented, and not for the reason you would expect: "To be a fascist, you have to have a philosophy. Trump's not capable of that." Filip Timotija, *Bolton: Trump 'not capable' of having a philosophy to be a fascist, The Hill*, Oct. 23, 2024.



---

[8] Where they can be found, the denials are old-and-cold. For instance, with fascism being defined as "a marriage of business and government in which ideals become uniform, dissent is swiftly punished, with the whole thing centered around a personality cult similar to that of the National Fascist Party headed by Italian dictator Benito Mussolini," Cornell professor Isabel Hull observed that Trump "is not principled enough to be a Fascist," as he was not "equipped with a set of adamantine principles to be put into practice, no matter what, and no matter the cost," Mike Pearl, We Asked a Fascism Expert if Donald Trump Is a Fascist, *Vice*, Dec. 5, 2015, but time can change a lot of answers.

Both Joe Biden[9] and Kamala Harris[10] are on record calling Trump a fascist; that is almost to be expected. But politics is the art of self-debasement; Trump has cuckolded the entire upper echelon of the Republican Party. Anything they might have to say in his defense would be saccharine at best, but when Yale Law graduate J.D. Vance was outside the world of politics, he said that Trump might be "America's Hitler."[11] As of the date of this writing, there can be no reasonable doubt: **Donald Trump IS a fascist.**

## CONCLUSION

"They better look out." In the grand tradition of Hitler's SS and Stalin's KGB, Defendant Pam Bondi reportedly threatened Trump's opposition at CPAC. Mia Williams, Donald Trump's attorney general makes eerie three-word threat to anyone who 'opposes' president, *Tyla.com*, Feb. 21, 2025. So has FBI director Kash Patel. Lalee Ibssa and Soo Rin Kim, Kash Patel tells members of media, government: 'We're going to come after you' in Trump's 2nd term, *ABC News*, Dec. 6, 2023. Intervenor is looking out, and trying to stay off their radar as long as possible. In consideration of the above, this Motion should be GRANTED.

Respectfully submitted this 25th day of April, 2025,

                                                        John Doe (signed under seal, pending outcome of motion to preserve anonymity)

---

[9] Technically, Biden "said it" through White House Press Secretary Karine Jean-Pierre. White House Says President Biden Believes Donald Trump Is a Fascist, *C-SPAN*, October 23, 2024.

[10] Francesca Chambers, *Harris joins ex-White House chief of staff in calling Trump a fascist*, USA Today, October 24, 2024.

[11] Patrick Quinn and Akim Powell, Trump VP pick JD Vance once said former president could be 'America's Hitler,' according to former college roommate, *KBTX*, July 17, 2024; Martin Pengelly, JD Vance calls Trump 'morally reprehensible' in resurfaced emails, *The Guardian*, July 29, 2024 ("Vance called Trump a "morally reprehensible human being" and said: "I hate the police.").