May 2, 2025

Clerk of the Court
U.S. District Court
    for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210


Dear Sir or Madam:

   Enclosed please find an original (unstapled, for scanning) and two copies of documents to be filed in *Harvard v. HHS*, Case No. 1:25-cv-11048 (ADB/JKK), and a third copy of same to be stamped and returned in the enclosed envelope. As I am filing *in pro per* and do not have PACER privileges in this Court, it is my understanding that this is my only option.

   I can be contacted at manncoulter.fox@gmail.com if you have any questions.

Regards, "John Doe"