# EXHIBIT F



| United States Department of Agriculture | Forest Service | Washington Office | 1400 Independence Avenue, SW Washington, D.C. 20250 |
|---|---|---|---|

**File Code:** 1580
**Date:** May 9, 2025

Dr. Alan Garber
Office of the President
Harvard University
Massachusetts Hall
Cambridge, MA 02138

Dr. Garber:

The Forest Service is hereby providing notice that funding for the projects in the attached spreadsheet will be terminated.

These awards no longer effectuate agency priorities. The Forest Service is responsible for ensuring that its limited resources are appropriately allocated. Our policy is that Federal assistance should support institutions that foster safe, equal, and healthy working and learning conditions conducive to high-quality research.

We are aware of recent events at Harvard University involving antisemitic action that suggest the institution has a disturbing lack of concern for the safety and wellbeing of Jewish students. Harvard's ongoing inaction in the face of repeated and severe harassment and targeting of Jewish students has ground day-to-day campus operations to a halt, deprived Jewish students of learning and research opportunities to which they are entitled, and brought shame upon the University and our nation as a whole. Indeed, as the Harvard Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias concluded, actions at Harvard during the 2023-2024 academic year resulted in widespread abuse of Jewish and Israeli students by an institution "that mainstreamed and normalized what many Jewish and Israeli students experience as antisemitism and anti-Israeli bias."

Supporting research in such an environment is plainly inconsistent with Forest Service priorities and *raison d'etre* of funding and championing the very best American research and educational institutions.

Upon being made aware of systematic institutional failures to address deeply rooted antisemitism and racial discrimination, the University has refused to take appropriate action. We perceive these categorical rejections to manifest the University's unwillingness to take corrective action or implement necessary reforms. Therefore, no modification of the projects could align the projects with agency priorities.

**Administrative Appeal.**

You may object and provide information and documentation challenging these


Caring for the Land and Serving People          Printed on Recycled Paper


2

terminations.

You must submit a request for such review to my attention at the address above no later than 30 days after this letter is received, except that if you show good cause why an extension of time should be granted, you may be granted an extension of time. The request for review must include a copy of this decision, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.

Sincerely,


Andria Weeks
Associate Deputy Chief, Business Operations