# EXHIBIT H



**SECRETARY OF DEFENSE**
**1000 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1000**

MAY 1 2 2025

Dr. Alan M. Garber
Office of the President
Harvard University
Massachusetts Hall
Cambridge, MA  02138

Dear Dr. Garber:

    The Department of Defense (DoD) is hereby providing notice that funding for the projects in the enclosed spreadsheet will be terminated pursuant to 2 C.F.R. § 200.340(a)(4).  At the time the Notices of Award were issued, 2 C.F.R. § 200.340(a) permitted termination "by the Federal awarding agency or pass-through entity, to the greatest extent authorized by law, if an award no longer effectuates the program goals or agency priorities."

    These awards to Harvard University no longer effectuate agency priorities of the DoD. DoD is responsible for ensuring that its limited resources are appropriately allocated, and DoD priorities include ensuring that grant dollars should only support institutions that comply with principles and laws of nondiscrimination.

    In context of these policies and priorities, we understand that Harvard continues to engage in race discrimination, including in its admissions process, and in other areas of student life, such as access to the Law Review at Harvard Law School.  We are also aware of recent events at Harvard University involving antisemitic action that suggest the institution has a disturbing lack of concern for the safety and wellbeing of Jewish students. Harvard's ongoing inaction in the face of repeated and severe harassment and targeting of Jewish students has ground day-to-day campus operations to a halt, deprived Jewish students of learning and research opportunities to which they are entitled, and brought shame upon the University and our nation as a whole. Indeed, as the Harvard Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias concluded, actions at Harvard during the 2023-2024 academic year resulted in widespread abuse of Jewish and Israeli students by an institution "that mainstreamed and normalized what many Jewish and Israeli students experience as antisemitism and anti-Israeli bias." Supporting research in such an environment is plainly inconsistent with DoD's priorities.

    Costs resulting from financial obligations incurred after termination are not allowable.[1] Nothing in this notice excuses either DoD or you from complying with the closeout obligations imposed by 2 C.F.R. § 200.344. DoD will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.[2]

---

[1] *See* 2 C.F.R. § 200.343.
[2] 2 C.F.R. § 200.341(c).

**Administrative Appeal (if applicable)**

If applicable, you may object and provide information and documentation challenging these terminations.

You must submit a request for such review to the Office of the Secretary of Defense no later than 30 days after this letter is received, except that if you show good cause why an extension of time should be granted, the DoD may grant an extension of time.

The request for review must include a copy of this decision, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.

Sincerely,

*[signature]*

Enclosure:
As stated

# ENCLOSURE

| Award ID (PIID) | Recipient Name | Period of Performance Start Date | Period of Performance End Date | Total Award Amount | Award Description | Awarding Agency Name | Funding Subagency Name |
|---|---|---|---|---|---|---|---|
| FA23862414070 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/25/2024 | 9/24/2027 | $200,000 | TOWARDS A NEW QUANTUM PLATFORM BASED ON ULTRACOLD MOLECULES | Department of Defense | Department of the Air Force |
| FA23862414073 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/23/2024 | 9/22/2027 | $200,000 | BASIC RESEARCH FOR AOARD PROPOSAL 24IOA073 "QUANTUM SENSING FOR ENTANGLED MILLIMETER-WAVE PHOTONS", DATED 02 JUL 2024 (THE GRANTEE'S TECHNICAL PROPOSA | Department of Defense | Department of the Air Force |
| FA87502210500 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/20/2022 | 12/19/2025 | $441,000 | DIAL ACCELERATORS FOR DEEP NUERAL NETWORKS: DISTRIBUTED AND NETWORKED, IN-EMBEDDED-HARDWARE, ADVERSARIAL GENERATIVE, LOW-PRECISION ARI | Department of Defense | Department of the Air Force |
| FA95502010323 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/1/2020 | 8/31/2025 | $7,500,000 | (MURI) NEW APPROACHES TO QUANTUM CONTROL WITH INDIVIDUAL MOLECULE SENSITIVITY | Department of Defense | Department of the Air Force |
| FA95502110429 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/15/2021 | 9/14/2025 | $6,000,000 | TUNNELING PHENOMENA IN INTERFACE SUPERCONDUCTORS | Department of Defense | Department of the Air Force |
| FA95502210228 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 7/1/2022 | 6/30/2025 | $450,000 | OPTICALLY-CONTROLLED, GENETICALLY-TARGETED CHEMICAL ASSEMBLY OF ELECTRICALLY FUNCTIONAL MATERIALS FOR NEUROMODULATION. | Department of Defense | Department of the Air Force |
| FA95502210288 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 6/15/2022 | 6/14/2027 | $603,134 | LASER COOLING AND TRAPPING OF ASYMMETRIC TOP MOLECULES FOR QUANTUM SCIENCE | Department of Defense | Department of the Air Force |
| FA95502210345 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/1/2022 | 8/31/2025 | $663,231 | CELLULAR FOUNDATIONS OF MEMORY | Department of Defense | Department of the Air Force |
| FA95502310040 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 12/15/2022 | 12/14/2025 | $675,915 | CORRELATED TOPOLOGICAL STATES IN MOIRE SUPERLATTICES OF INTRINSIC MAGNETIC TOPOLOGICAL INSULATOR | Department of Defense | Department of the Air Force |
| FA95502310429 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 7/1/2023 | 6/30/2026 | $233,624 | ANALYZING MULTI-LAYER NETWORKS VIA GRAPHEX MODELS | Department of Defense | Department of the Air Force |
| FA95502310538 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/1/2023 | 8/31/2028 | $955,756 | INTERACTING AND ENTANGLING POLAR MOLECULES WITH SINGLE-SITE CONTROL IN 1D AND 2D ARRAYS | Department of Defense | Department of the Air Force |
| FA95502310699 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/1/2023 | 8/31/2027 | $233,330 | CASCADED MODE CONVERTER INTEGRATED OPTICS | Department of Defense | Department of the Air Force |
| FA95502410060 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 3/1/2024 | 2/28/2026 | $1,798,146 | (DURIP) QUANTUM INFORMATION SCIENCE WITH ULTRACOLD LASER-COOLED MOLECULES | Department of Defense | Department of the Air Force |

| Award ID | Recipient | Start Date | End Date | Amount | Description | Department | Agency |
|---|---|---|---|---|---|---|---|
| FA95502410311 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/30/2024 | 9/29/2029 | $190,000 | FUNDAMENTAL PHYSICS & APPLICATIONS OF ATOMIC COOPERATIVE ARRAYS IN BIO-INSPIRED GEOMETRIES | Department of Defense | Department of the Air Force |
| FA95502510019 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 11/1/2024 | 10/31/2027 | $320,000 | HIGH TEMPERATURE SUPERCONDUCTOR TWISTRONICS | Department of Defense | Department of the Air Force |
| HDTRA12110016 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 4/12/2021 | 9/30/2025 | $2,000,000 | FUNDAMENTAL STUDIES OF STORED ENERGY FOR PHOTOCHEMICAL DESTRUCTION OF CWA SIMULANTS | Department of Defense | Defense Threat Reduction Agency |
| HQ00342110012 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/15/2021 | 9/14/2025 | $5,999,407 | NATIONAL DEFENSE EDUCATION PROGRAM - BUILDING A STRONGER STEM FOUNDATION: ONLINE DATA SCIENCE EDUCATION AT SCALE | Department of Defense | Immediate Office of the Secretary of Defense |
| HQ00342310012 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 10/1/2023 | 9/30/2026 | $5,981,962 | NATIONAL DEFENSE EDUCATION PROGRAM SCIENCE, TECHNOLOGY, ENGINEERING, AND MATHEMATICS: EDUCATING FOR AMERICAN DEMOCRACY - A NATIONAL PROGRAM FOR CIVIC EDUCATOR PROFESSIONAL DEVELOPMENT | Department of Defense | Immediate Office of the Secretary of Defense |
| HR00112220036 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 8/8/2022 | 6/13/2026 | $3,928,164 | THE PURPOSE OF THIS AGREEMENT IS TO FUND RESEARCH SUPPORTING THE DEFENSE ADVANCED RESEARCH PROJECTS AGENCY (DARPA) AUTOMATING SCIENTIFIC KNOWLEDGE EXTRACTION AND MODELING (ASKEM) PROGRAM. THIS EFFORT SHALL BE CARRIED OUT GENERALLY AS SET FORTH IN EXHIBIT B, RESEARCH DESCRIPTION DOCUMENT, DATED JULY 12, 2022 AND IN THE RECIPIENTS PROPOSAL TITLED, MIRA: MODELING WITH AN INTELLIGENT REASONING ASSISTANT, DATED FEBRUARY 7, 2022 COPIES OF WHICH ARE IN THE POSSESSION OF BOTH PARTIES | Department of Defense | Defense Advanced Research Projects Agency |
| HR00112420367 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 8/12/2024 | 8/13/2027 | $3,415,297 | ASSURED MICROBIAL PRESERVATION IN HARSH OR REMOTE AREAS PROGRAM (AMPHORA) | Department of Defense | Defense Advanced Research Projects Agency |
| HT94252310226 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 4/1/2023 | 3/31/2027 | $4,407,375 | GUT SYMBIONT LIPID A FAMILY: STRUCTURES AND IMMUNOMODULATION IN IBD | Department of Defense | Defense Health Agency |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HT94252310349 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 8/1/2023 | 7/31/2027 | $1,694,970 | DEFINING NOVEL CELLULAR CIRCUITRY AND COMMUNICATION IN FIBROUS DYSPLASIA | Department of Defense | Defense Health Agency |
| HT94252310447 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 5/15/2023 | 5/14/2027 | $2,690,243 | BIOMARKERS OF SLEEP LOSS | Department of Defense | Defense Health Agency |
| HT94252310523 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 7/1/2023 | 6/30/2027 | $1,174,848 | OPTIMIZING INDIVIDUALIZED COLORECTAL CANCER TREATMENT AND PROGNOSTIC PREDICTION VIA CAUSAL MACHINE LEARNING | Department of Defense | Defense Health Agency |
| HT94252310871 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/15/2023 | 9/14/2026 | $999,799 | ELUCIDATING THE BIOLOGICAL MECHANISMS UNDERLYING THE ASSOCIATION BETWEEN EPSTEIN-BARR VIRUS AND MULTIPLE SCLEROSIS | Department of Defense | Defense Health Agency |
| HT94252410177 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 4/1/2024 | 3/31/2026 | $714,986 | SAFE TREATMENT FOR TBI-INDUCED NEURODEGENERATION AND COGNITIVE DECLINE | Department of Defense | Defense Health Agency |
| N000142112478 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 6/1/2021 | 5/31/2025 | $560,000 | MATERIALS DESIGN FOR THERMAL RADIATION BLOCKING THERMAL BARRIER COATINGS | Department of Defense | Department of the Navy |
| N000142112664 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 7/1/2021 | 6/30/2025 | $499,999 | EXPLORATION OF KACS WALK AND ANALYSIS OF BAYESIAN DISTRIBUTED COMPUTING | Department of Defense | Department of the Navy |
| N000142112958 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/15/2021 | 9/14/2026 | $2,400,000 | PROGRAMMABLE ASSEMBLY OF FUNCTIONAL HUMAN TISSUES | Department of Defense | Department of the Navy |
| N000142212470 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 6/1/2022 | 5/31/2025 | $1,200,000 | CARBON DIOXIDE REDUCTION CATALYSIS TO ELIMINATE THE NEED FOR REBREATHERS IN DIVING OPERATIONS | Department of Defense | Department of the Navy |
| N000142212739 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/1/2022 | 8/31/2027 | $800,000 | AQUEOUS POROUS LIQUIDS FOR UNDERSEA MEDICINE | Department of Defense | Department of the Navy |

| Award ID | Recipient | Start Date | End Date | Amount | Title | Agency | Sub-Agency |
|---|---|---|---|---|---|---|---|
| N000142312051 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 4/1/2023 | 3/31/2027 | $1,199,999 | BRAIN INSPIRED NEURAL COMPUTATION OF STRUCTURED KNOWLEDGE | Department of Defense | Department of the Navy |
| N000142312489 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 7/1/2023 | 6/30/2026 | $238,643 | ESTIMATING THE TREATMENT EFFECT IN HIGH-DIMENSIONS UNDER INTERFERENCE | Department of Defense | Department of the Navy |
| N000142312684 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 7/1/2023 | 6/30/2025 | $100,000 | FISH SKIN AS A MULTIFUNCTIONAL HYDRODYNAMIC MATERIAL | Department of Defense | Department of the Navy |
| N000142312802 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 8/1/2023 | 7/31/2026 | $672,000 | TOWARDS DISTRIBUTED AND ONLINE PARTIALLY OBSERVABLE STOCHASTIC CAMOUFLAGE GAMES | Department of Defense | Department of the Navy |
| N000142412081 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 1/1/2024 | 12/31/2027 | $340,000 | NON-ABELIAN ANYON BRAIDING IN CORBINO TOPOLOGICAL JOSEPHSON JUNCTIONS | Department of Defense | Department of the Navy |
| N000142412282 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 4/1/2024 | 3/31/2027 | $420,000 | MICROPOROUS WATER FOR IN VIVO GAS ABSORPTION | Department of Defense | Department of the Navy |
| N000142412704 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/1/2024 | 8/31/2028 | $193,324 | COLLECTIVE DECISION MAKING WITH LARGE LANGUAGE MODELS | Department of Defense | Department of the Navy |
| N000142412726 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/1/2024 | 8/31/2027 | $160,205 | SUPPORTING HUMAN LEARNING IN THE CONTEXT OF AI-ASSISTED DECISION-MAKING | Department of Defense | Department of the Navy |
| N000142512128 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 2/1/2025 | 1/31/2028 | $80,000 | SELF-REGULATING SURFACES THAT MITIGATE DETRIMENTAL CHANGES IN MARINE CONDITIONS | Department of Defense | Department of the Navy |
| N000142512129 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 1/1/2025 | 12/31/2025 | $590,452 | DURIP: ENHANCING ELECTROMAGNETIC WAVE COUPLING TO TOPOLOGICAL QUANTUM STATES IN LOW DIMENSIONAL MATERIALS | Department of Defense | Department of the Navy |
| N000142512152 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 2/1/2025 | 1/31/2028 | $150,000 | GENERATING BREATHABLE OXYGEN FROM SEAWATER FOR UNDERWATER OPERATIONS | Department of Defense | Department of the Navy |
| N000142512153 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 2/1/2025 | 1/31/2028 | $66,161 | SOCIAL CHOICE FOR AI ALIGNMENT | Department of Defense | Department of the Navy |
| N000142512173 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 3/1/2025 | 2/29/2028 | $20,000 | REPRESENTATION-BASED REINFORCEMENT LEARNING FOR AUTONOMOUS SYSTEMS | Department of Defense | Department of the Navy |
| W81XWH2110449 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/15/2021 | 9/14/2025 | $2,393,700 | PIEZO-1-MEDIATED MECHANOTRANSDUCTION AS KEY REGULATOR OF BONE HEALTH IN ADULT MICE | Department of Defense | Department of the Army |

| Award # | Recipient | Start | End | Amount | Description | Agency | Sub-Agency |
|---|---|---|---|---|---|---|---|
| W911NF1920168 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 6/1/2019 | 11/30/2025 | $1,450,000 | NO COST PERIOD OF PERFORMANCE EXTENSION - WIDELY-TUNABLE, COMPACT SUB-MILLIMETER SOURCE OPERATING AT ROOM-TEMPERATURE FROM 100 GHZ TO 1 THZ | Department of Defense | Department of the Army |
| W911NF2010021 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 3/1/2020 | 5/31/2025 | $9,849,000 | OPTION 1 FULL FUNDING (QUANTUM OPTIMIZATION WITH PROGRAMMABLE SIMULATORS BASED ON ATOM ARRAYS) | Department of Defense | Defense Advanced Research Projects Agency |
| W911NF2010082 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 6/1/2020 | 11/30/2025 | $6,250,000 | TOWARD MATHEMATICAL INTELLIGENCE AND CERTIFIABLE AUTOMATED REASONING: FROM THEORETICAL FOUNDATIONS TO EXPERIMENTAL REALIZATION | Department of Defense | Department of the Army |
| W911NF2010163 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 6/15/2020 | 8/31/2025 | $512,640 | RESEARCH IN "HYBRID QUANTUM-CLASSICAL ALGORITHM FOR ANALYZING MANY-BODY SYSTEMS" | Department of Defense | Department of the Army |
| W911NF2120146 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 7/1/2021 | 7/31/2025 | $3,750,000 | UNDERSTANDING AND ENGINEERING TRANSIENT MECHANICAL RESPONSES IN NANOPARTICLE-REINFORCED HETEROGENOUS PARTICULATE SYSTEMS | Department of Defense | Department of the Army |
| W911NF2120147 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 3/1/2025 | 2/28/2026 | $5,494,833 | INCREMENTAL FUNDING AND OPTIOIN #2 EXERCUSED: MULTIFUNCTIONAL DEVICES IN PRECISELY ENGINEERED VAN DER WAALS HOMOJUNCTIONS | Department of Defense | Department of the Army |
| W911NF2210219 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/1/2022 | 8/31/2025 | $3,789,760 | HIGH SCHOOL AND UNDERGRADUATE INTERNSHIP OPPORTUNITIES ON THE AWARD TITLED "PROGRAMMING MULTISTABLE ORIGAMI AND KIRIGAMI STRUCTURES VIA TOPOLOGICAL DESIGN" | Department of Defense | Department of the Army |
| W911NF2210248 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 9/28/2022 | 9/27/2026 | $1,260,000 | NEXT GENERATION NV CENTER BASED QUANTUM SENSING | Department of Defense | Department of the Army |
| W911NF2320219 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 11/1/2023 | 1/31/2026 | $5,685,227 | THE EFFORT UNDER THE ENTANGLED NEUTRAL ATOMS FOR LOGICAL QUANTUM TELEPORTATION (ENAQT) PROPOSAL, SUBMITTED BY HARVARD COLLEGE, IS FOR A PUBLIC PURPOSE, THE STIMULATION AND SUPPORT OF SCIENTIFIC RESEARCH IN THE AREA OF QUANTUM INFORMATION SCIENCE (QIS), AS OPPOSED TO ACQUIRING GOODS AND SERVICES FOR THE BENEFIT OF THE GOVERNMENT. | Department of Defense | Department of the Army |
| W911NF2410079 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 4/1/2024 | 3/31/2028 | $400,000 | EMERGENT ORDER AND QUANTUM INFORMATION FLOW IN NON-EQUILIBRIUM SYSTEMS | Department of Defense | Department of the Army |
| W911NF2420195 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE | 8/15/2024 | 8/14/2027 | $1,375,000 | RESEARCH IN QUANTUM ENZ MATERIALS FOR MIDWAVE IR SINGLE-PHOTON DETECTION (QEMISD) | Department of Defense | Department of the Army |

$105,372,130