# EXHIBIT J

**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**
WASHINGTON, DC 20410-3000

OFFICE OF HEALTHY HOMES AND
LEAD HAZARD CONTROL

May 12, 2025

Dr. Alan Garber
Office of the President
Harvard University
Massachusetts Hall
Cambridge, MA 02138

Dr. Garber:

  This letter is to notify you that HUD's Office of Lead Hazard Control and Healthy Homes (OLHCHH) plans to terminate two Lead and Healthy Homes Technical Studies grants MAHHU0068-21 and MAHHU0069-22, pursuant to its authority under 2 C.F.R. § 200.340(a)(4) and the grant terms and conditions.

  As provided in Section 45 of the Lead and Healthy Homes Technical Studies (LHHTS) Grant Programs Terms and Conditions, the award may be "terminated in whole or in part before the end of the performance period when the Grantee and/or subgrantee has failed to comply with the terms, conditions, standards, or provisions of this award, or if an award no longer effectuates the program goals or agency priorities." Additionally, 2 C.F.R. § 200.340(a)(4) provides that a Federal award may be terminated if "an award no longer effectuates the program goals or agency priorities."

  HUD has determined that these awards no longer effectuate agency priorities. Harvard may object and provide information and documentation challenging these terminations as provided in Section 14 of the Lead and Healthy Homes Technical Studies (LHHTS) Grant Programs Terms and Conditions.

  Harvard should commence closeout activities as described in Form HUD-1044, section II.8 and OLHCHH grant policy notice 2020-06, "Closeout Procedures for OLHCHH Grantees". Your Government Technical Representative will provide additional information in a follow-up communication to your assigned project managers.

            Sincerely,

            Tara J. Radosevich
            Acting Division Director, Grant Services Division