# EXHIBIT L



**PRESS RELEASE**

# Federal Task Force to Combat Antisemitism Announces Visits to 10 College Campuses that Experienced Incidents of Antisemitism

Friday, February 28, 2025

**For Immediate Release**

Office of Public Affairs

The Federal Task Force to Combat Anti-Semitism announced that it will be visiting 10 university campuses that have experienced antisemitic incidents since October 2023. Created pursuant to President Trump's Executive Order on Additional Measures to Combat Anti-Semitism, the Task Force set as its first priority to eradicate antisemitic harassment in schools and on college campuses.

Leading Task Force member and Senior Counsel to the Assistant Attorney General for Civil Rights Leo Terrell informed the 10 universities yesterday that the Task Force was aware of allegations that the schools may have failed to protect Jewish students and faculty members from unlawful discrimination, in potential violation of federal law. Mr. Terrell said he intends for the Task Force to meet with university leadership, impacted students and staff, local law enforcement, and community members as it gathers information about these incidents and considers whether remedial action is warranted.

"The President, Attorney General Pamela Bondi, and the entire Administration are committed to ensuring that no one should feel unsafe or unwelcome on campus because of their religion," said Mr. Terrell. "The Task Force's mandate is to bring the full force of the federal government to bear in

4/7/25, 7:53 PM                    Office of Public Affairs | Federal Task Force to Combat Antisemitism Announces Visits to 10 College Campuses that Experienced Inci…

Case 1:25-cv-11048-ADB    Document 59-12    Filed 05/13/25    Page 3 of 5

our effort to eradicate Anti-Semitism, particularly in schools. These visits are just one of many steps this Administration is taking to deliver on that commitment."

The 10 universities identified by the Task Force are: Columbia University; George Washington University; Harvard University; Johns Hopkins University; New York University; Northwestern University; the University of California, Los Angeles; the University of California, Berkeley; the University of Minnesota; and the University of Southern California.

If you have been discriminated against, you can file a complaint with the Civil Rights Division at [civilrights.justice.gov](civilrights.justice.gov). President Trump's Executive Order can be found at [www.whitehouse.gov/presidential-actions/2025/01/additional-measures-to-combat-anti-semitism/](www.whitehouse.gov/presidential-actions/2025/01/additional-measures-to-combat-anti-semitism/).

Updated February 28, 2025

**Topic**

> **CIVIL RIGHTS**

**Component**

[Civil Rights Division](Civil Rights Division)

Press Release Number: 25-202

# Related Content

Case 1:25-cv-11048-ADB    Document 59-12    Filed 05/13/25    Page 4 of 5

**PRESS RELEASE**

### Arizona Man Convicted of Crimes Arising Out of Plot Targeting Christian Churches

After an 11-day trial, a federal jury returned a guilty verdict yesterday against Zimnako Salah, 45, of Phoenix, Arizona, convicting him of strapping a backpack around the toilet of a...

April 4, 2025

**PRESS RELEASE**

### U.S. Department of Justice Announces Second Amendment Pattern-or-Practice Investigation into California's Los Angeles County

Protecting the Second Amendment rights of ordinary, law-abiding Americans is a high priority for this Administration.

March 27, 2025

**PRESS RELEASE**

### Mississippi Man Indicted for Federal Civil Rights and Arson Charges for Setting Fire to Mormon Church

A federal grand jury in Gulfport, Mississippi, returned a six-count superseding indictment today charging Stefan Day, also known as Stefan Pete Day Rowold, with federal civil rights and arson violations...

March 19, 2025



## Office of Public Affairs

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington DC 20530



**Office of Public Affairs Direct Line**

202-514-2007

**Department of Justice Main Switchboard**

202-514-2000