# EXHIBIT O

**From:** Josh Gruenbaum - Q <josh.gruenbaum@gsa.gov>
**Sent:** Thursday, April 3, 2025 5:27:50 PM
**To:** Alan Garber <alan_garber@harvard.edu>; Robert Hur <RHur@kslaw.com>;
williamburck@quinnemanuel.com <williamburck@quinnemanuel.com>;
president@harvard.edu <president@harvard.edu>
**Cc:** Keveney, Sean (HHS/OGC) <sean.keveney@hhs.gov>; Wheeler, Thomas
<Thomas.Wheeler@ed.gov>
**Subject:** Official Notice: Task Force to Combat Anti-Semitism Letter of Demands to Harvard
University

<div style="border:1px solid #c90; background:#fde9a9; padding:4px;">
<span style="color:#c90;">CAUTION:</span> **MAIL FROM OUTSIDE THE FIRM**
</div>

Dr. Garber,

On behalf of the Federal Government's Task Force to Combat Anti-
Semitism, I am sending you an official notice of pre-conditions your
institution must comply with in order to be in good standing and continue to
be the recipient of federal taxpayer dollars.


We look forward to your response.


Respectfully,

Josh Gruenbaum
Commissioner, Federal Acquisition Service
U.S. General Services Administration



**U.S. General Services Administration**

**Josh Gruenbaum, Esq.**

Commissioner of Federal Acquisition Service

202-815-3780

*josh.gruenbaum@gsa.gov*