IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>       *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>       *Defendants*. | Case No. 1:25-CV-11048-ADB |

## JOINT MOTION FOR STAY OF DEFENDANTS' DEADLINE TO FILE ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT

  President and Fellows of Harvard College ("Harvard") and Defendants United States Health and Human Services, et al. ("Defendants") hereby move this Court to stay Defendants' deadline to file their Answer or otherwise respond to Plaintiffs' First Amended Complaint, ECF No. 59, until the Court has ruled on the parties' dispositive motions.

  In support of the motion, the parties state as follows:

  1. After the Court's April 29, 2025 Order setting a deadline of May 19, 2025 for Defendants to produce the Administrative Record in this case, ECF No. 47, Harvard received a letter from Defendant Linda E. McMahon (dated May 5, 2025) informing Harvard that any future grant applications submitted by Harvard would be denied.

  2. Harvard has also received grant award termination letters from several Defendants, including the National Institutes of Health (dated May 6, 2025); the United States Department of Agriculture (dated May 9, 2025); and the Department of Defense, Department of Energy, Department of Housing and Urban Development, and the National Science Foundation (dated May 12, 2025).

1

3.     On May 13, 2025, Harvard filed its First Amended Complaint, which addressed each of these letters and attached them as exhibits. See ECF No. 59 ¶¶ 7-10; 87-94; Ex. D-J.

4.     The parties have conferred and agreed that all non-privileged materials directly or indirectly considered in the issuance of these letters shall be included in the Administrative Record that will be produced by Defendants on May 19, 2025. In light of these agreements, the current briefing schedule continues to be amenable to the parties.

5.     In addition, the parties have conferred and have agreed to stay Defendants' deadline to file their Answer or otherwise respond to Plaintiffs' First Amended Complaint, ECF No. 59, until 30 days after the Court has ruled on the parties' dispositive motions.

6.     In light of the parties' agreements, they respectfully request that the Court enter an Order staying Defendants' deadline to answer or otherwise respond to Plaintiffs' First Amended Complaint until 30 days after the Court has ruled on the parties' dispositive motions.

Dated: May 16, 2025

William A. Burck*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
williamburck@quinnemanuel.com

Robert K. Hur*
KING & SPALDING LLP
1700 Pennsylvania Ave. NW, Suite 900
Washington, DC 20006
rhur@kslaw.com

Joshua S. Levy (BBO #563017)
Mark Barnes (BBO #568529)*
John P. Bueker (BBO #636435)
Elena W. Davis (BBO #695956)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Joshua.Levy@ropesgray.com
Mark.Barnes@ropesgray.com
John.Bueker@ropesgray.com
Elena.Davis@ropesgray.com

Douglas Hallward-Driemeier
(BBO #627643)
Stephen D. Sencer*
ROPES & GRAY LLP
2009 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Douglas.Hallward-Driemeier@ropesgray.com
Stephen.Sencer@ropesgray.com

Respectfully submitted,

/s/ Steven P. Lehotsky
Steven P. Lehotsky (BBO # 655908)
Scott A. Keller*
Jonathan F. Cohn*
Mary Elizabeth Miller* (BBO # 696864)
Shannon G. Denmark*
Jacob B. Richards (BBO # 712103)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
steve@lkcfirm.com
scott@lkcfirm.com
jon@lkcfirm.com
mary@lkcfirm.com
shannon@lkcfirm.com
jacob@lkcfirm.com

Katherine C. Yarger*
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
katie@lkcfirm.com

Joshua P. Morrow*
LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701
josh@lkcfirm.com

Danielle K. Goldstein*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
danielle@lkcfirm.com

*Admitted Pro Hac Vice
Counsel for Plaintiff

3

CHAD MIZELLE
Acting Associate Attorney General

ABHISHEK KAMBLI
Deputy Associate Attorney General

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Director, Federal Programs Branch

/s/ *Eitan R. Sirkovich*
EITAN R. SIRKOVICH (D.C. Bar No. 90030102)
RYAN M. UNDERWOOD
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-5525
E-mail:  eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Steven P. Lehotsky, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 16, 2025.

/s/ *Steven P. Lehotsky*
Steven P. Lehotsky