IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No. 1:25-cv-11048 |

**CONSENT MOTION TO EXTEND DEFENDANT USDA'S DEADLINE FOR PRODUCTION OF THE ADMINISTRATIVE RECORD**

Defendant United States Department of Agriculture ("USDA") respectfully requests an additional day to produce its portion of the administrative record, such that it is due May 20, 2025. USDA was not added as a party to this suit until after the First Amended Complaint, Dkt. No. 59 (May 13, 2025), and the agency requests additional time to ensure the completeness of its record. The undersigned counsel conferred with Plaintiff's counsel, and Plaintiff consents to this motion.

Dated: May 19, 2025                    Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

ABHISHEK KAMBLI
Deputy Associate Attorney General

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JOSEPH BORSON

Assistant Director, Federal Programs Branch

/s/ *Eitan R. Sirkovich*

EITAN R. SIRKOVICH (D.C. Bar No. 90030102)
RYAN M. UNDERWOOD
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-5525
E-mail: eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*