IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No. 1:25-cv-11048 |

**NOTICE OF PRODUCTION OF ADMINISTRATIVE RECORD**

The undersigned counsel hereby certifies that the administrative record, with the exception of the portion to be produced by United States Department of Agriculture ("USDA"), *see* Consent Motion for Extension, Dkt. No. 62, was served directly upon Plaintiff's counsel via box.com, a cloud-based content management and file-sharing platform, on May 19, 2025.


Dated:  May 19, 2025

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

ABHISHEK KAMBLI
Deputy Associate Attorney General

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Director, Federal Programs Branch

/s/ *Eitan R. Sirkovich*

2

                                      EITAN R. SIRKOVICH (D.C. Bar No. 90030102)
                                      RYAN M. UNDERWOOD
                                      Trial Attorneys
                                      United States Department of Justice
                                      Civil Division, Federal Programs Branch
                                      1100 L Street, NW
                                      Washington, DC 20005
                                      Tel: (202) 353-5525
                                      E-mail:  eitan.r.sirkovich@usdoj.gov

                                      *Counsel for Defendants*