IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No. 1:25-cv-11048 |

## NOTICE OF PRODUCTION OF ADMINISTRATIVE RECORD

The undersigned counsel hereby certifies that the remaining portion of the administrative record belonging to the United States Department of Agriculture ("USDA") was served directly upon Plaintiff's counsel via box.com, a cloud-based content management and file-sharing platform, on May 20, 2025.

Dated: May 20, 2025

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

ABHISHEK KAMBLI
Deputy Associate Attorney General

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Director, Federal Programs Branch

/s/ *Eitan R. Sirkovich*

2

                    EITAN R. SIRKOVICH (D.C. Bar No. 90030102)
                    RYAN M. UNDERWOOD
                    Trial Attorneys
                    United States Department of Justice
                    Civil Division, Federal Programs Branch
                    1100 L Street, NW
                    Washington, DC 20005
                    Tel: (202) 353-5525
                    E-mail:  eitan.r.sirkovich@usdoj.gov

                    *Counsel for Defendants*