# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

*Plaintiff*

v.

US DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.

*Defendant*

Civil Action No.:
**1:25‒CV‒11048‒ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Brooke L. Rollins
Secretary of Agriculture
1400 Independence Ave., SW, Whitten Bldg.
Washington, DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ――― or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ――― you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ ‒ Caetlin McManus**

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2025‒05‒22 16:57:12, Clerk USDC DMA

Civil Action No.: **1:25‒CV‒11048‒ADB**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify) : **I served summons and amended complaint on 5/27/2025 via certified mail, receipts attached hereto.**

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_____5/27/2025_____            _____
Date                                                    *Server's Signature*

                                                    Marc K. Duffy
                                                    _____
                                                    *Printed name and title*

                                        800 Boylston Street, Boston,, MA 02199
                                        _____
                                                    *Server's Address*

Additional information regarding attempted service, etc:

ROPES
& GRAY

HC-945

FILE

53468

EMPLOYEE NUMBER

Brooke L. Rollins
Secretary of Agriculture
1400 Independence Ave., SW, Whitten Bldg.
Washington, DC 20250

**CERTIFIED MAIL/
RETURN RECEIPT REQUESTED**

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark
Here

Sent To    Brooke L. Rollins
           Secretary of Agriculture
           1400 Independence Ave., SW, Whitten
Street and Bldg.
City, State Washington, DC 20250

9151
9151
8566
8566
0001
0001
0950
0950
7021
7021

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

CERTIFIED MAIL

---

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:
   Brooke L. Rollins
   Secretary of Agriculture
   1400 Independence Ave., SW, Whitten
   Bldg.
   Washington, DC 20250

9590 9402 7454 2055 6224 60

2. Article Number *(Transfer from service label)*
   7021 0950 0001 8566 9151

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ____ured Mail
☐ ____ured Mail Restricted Delivery
   ____ or $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**PRESIDENT AND FELLOWS OF HARVARD COLLEGE**
_____
*Plaintiff*

v.

Civil Action No.:
**1:25−CV−11048−ADB**

**US DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.**
_____
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    U.S. Department of Agriculture
1400 Independence Ave., SW, Whitten Bldg.
Washington, DC 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
_____
*CLERK OF COURT*

**/s/ − Caetlin McManus**
_____
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025−05−22 16:57:12,** Clerk USDC DMA

Civil Action No.: **1:25−CV−11048−ADB**

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))**

This summons for (name of individual and title, if any) _____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify) : **I served summons and amended complaint on 5/27/2025 via certified mail, receipts attached hereto.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

_____5/27/2025_____
Date

_____
Server's Signature

Marc K. Duffy
_____
Printed name and title

800 Boylston Street, Boston,, MA 02199
_____
Server's Address

Additional information regarding attempted service, etc:



ROPES
&GRAY

HC-945    53468

U.S. Department of Agriculture
1400 Independence Ave., SW, Whitten Bldg.
Washington, DC 20250

**CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt *(hardcopy)*        $ _____
☐ Return Receipt *(electronic)*      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total
U.S. Department of Agriculture
1400 Independence Ave., SW, Whitten
Bldg.
Washington, DC 20250

7021 0950 0001 8566 9175

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:
U.S. Department of Agriculture
1400 Independence Ave., SW, Whitten
Bldg.
Washington, DC 20250

9590 9402 7454 2055 6224 46

2. Article Number *(Transfer from service label)*
7021 0950 0001 8566 9175

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted
☐ Certified Mail Restricted Delivery    Delivery
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation
☐ Insured Mail                          Restricted Delivery
☐ Insured Mail Restricted Delivery
   (over $500)

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PRESIDENT AND FELLOWS OF HARVARD COLLEGE** | |
| *Plaintiff* | |
| v. | Civil Action No.:<br>**1:25−CV−11048−ADB** |
| **US DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      Scott Turner
Secretary of Housing and Urban Development
451 Seventh Street, S.W.
Washington, DC 20410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Caetlin McManus**

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2025−05−22 16:57:12, Clerk USDC DMA

Civil Action No.: **1:25−CV−11048−ADB**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place) _____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify) : **I served summons and amended complaint on 5/27/2025 via certified mail, receipts attached hereto.**

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

| | |
|---|---|
| _____5/27/2025_____ | _____ |
| Date | *Server's Signature* |
| | Marc K. Duffy |
| | *Printed name and title* |

_800 Boylston Street, Boston,, MA 02199_
*Server's Address*

Additional information regarding attempted service, etc:

53468

EMPLOYEE NUMBER

ROPES
&GRAY

HC-945

FILE

Scott Turner
Secretary of Housing and Urban Development
451 Seventh Street, S.W.
Washington, DC 20410

**CERTIFIED MAIL/**
**RETURN RECEIPT REQUESTED**

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total
$

Sent

Stree

City,

Scott Turner
Secretary of Housing and Urban
Development
451 Seventh Street, S.W.
Washington, DC 20410

7021 0950 0001 8566 9168

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

CERTIFIED MAIL

7021 0950 0001 8566 9168

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Scott Turner
Secretary of Housing and Urban
Development
451 Seventh Street, S.W.
Washington, DC 20410

9590 9402 7454 2055 6224 53

2. Article Number (Transfer from service label)
7021 0950 0001 8566 9168

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE
*Plaintiff*

v.

US DEPARTMENT OF HEALTH AND HUMAN
SERVICES, ET AL.
*Defendant*

Civil Action No.:
**1:25−CV−11048−ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    The Associate General Counsel for Litigation
Office of Litigation
U.S. Department of Housing and Urban Development
451 Seventh Street, S.W.
Washington, DC 20410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Steven Paul Lehotsky
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ − Caetlin McManus**

*Signature of Clerk or Deputy Clerk*



ISSUED ON 2025−05−22 16:57:12, Clerk USDC DMA

Civil Action No.: **1:25–CV–11048–ADB**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) _____

was received by me on (date)_____ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____ ; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) : **I served summons and amended complaint on 5/27/2025 via certified mail, receipts attached hereto.**

My fees are $ _____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

_____          _____
    5/27/2025                              Server's Signature
      Date

                                          Marc K. Duffy
                                   _____
                                          Printed name and title


                              800 Boylston Street, Boston,, MA 02199
                              _____
                                          Server's Address

Additional information regarding attempted service, etc:

ROPES
&GRAY

HC-945

53468
EMPLOYEE NUMBER

FILE

The Associate General Counsel for Litigation
Office of Litigation
U.S. Department of Housing and Urban Development
451 Seventh Street, S.W.
Washington, DC 20410

**CERTIFIED MAIL/
RETURN RECEIPT REQUESTED**

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)     $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required     $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total F
$

Sent T
The Associate General Counsel for Litigation
Office of Litigation
U.S. Department of Housing and Urban
Development
451 Seventh Street, S.W.
Washington, DC 20410

*Street*
*City, S*

9144 8566 0001 0950 7021

PS Form 3800, April 2015 PSN 7530-02-000-9047     **See Reverse for Instructions**

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:
The Associate General Counsel for Litigation
Office of Litigation
U.S. Department of Housing and Urban
Development
451 Seventh Street, S.W.
Washington, DC 20410

9590 9402 7454 2055 6224 77

2. Article Number *(Transfer from service label)*
7021 0950 0001 8566 9144

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                     ☐ Agent
                                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ red Mail Restricted Delivery
  r $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
  Delivery
☐ Signature Confirmation™
☐ Signature Confirmation
  Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

ROPES & GRAY LLP
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA 02199-3600