# EXHIBIT 2



**U.S. Department of Justice**

Civil Rights Division

*Office of the Assistant Attorney General*  　　　　　　　　*Washington, D.C. 20530*

April 11, 2025

**VIA email to: jennifer_oconnor@harvard.edu**

Harvard University
677 Huntington Ave.
Boston, MA 02115
　　c/o Jennifer O'Conner, Esq.
　　Vice President and General Counsel
　　617-495-1280

Dear Ms. O'Conner:

　　　　This is to inform you that the United States Department of Justice is commencing a compliance review investigation of Harvard University pursuant to Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d *et seq.* Title VI prohibits a recipient of federal financial assistance from discriminating on the basis of race, color, or national origin. 42 U.S.C. § 2000d. As you know, Harvard University currently receives federal financial assistance from the Department of Justice and other federal government sources and accordingly must abide by Title VI's anti-discrimination requirements. At this time, our investigation will focus on possible race discrimination in medical school admissions at Harvard University.

　　　　In conducting the compliance investigation, we will seek to determine whether Harvard University is violating Title VI. We have not reached any conclusions about the subject matter of the investigation. If we conclude that Harvard University is not violating Title VI, we will notify you that we are closing the investigation. 28 C.F.R. § 42.107. If we conclude that Harvard University is violating Title VI, we will inform you and work with you to secure compliance by informal voluntary means. 28 C.F.R. §§ 42.107 & 42.108. If we cannot secure compliance by voluntary means, we may take formal action to secure compliance, which could include suspending, terminating, or refusing to grant or continue your federal financial assistance, as well as commencing a civil action. 28 C.F.R. § 42.108.

　　　　We expect Harvard University to cooperate fully with this compliance investigation. The Department's Title VI implementing regulations require, among other obligations, that recipients of federal financial assistance permit access by the Department to sources of information and facilities as may be pertinent to ascertain compliance with Title VI and the implementing regulations. 28 C.F.R. §§ 42.106 & 42.108. These Title VI implementing regulations also require that every application for federal financial assistance be accompanied by an assurance that the program will be conducted in compliance with all requirements that Title VI and the implementing regulations impose. 28 C.F.R. § 42.105(a)(1). Pursuant to this requirement, Harvard University signed

contractual assurances agreeing to permit the Department to examine records and access other sources of information and facilities.

Pursuant to this authority, we request any and all documents guiding medical school admissions policies and procedures, including any documents related to the use or lack of use of race in evaluating applicants. We also request all documents regarding any changes in policies or procedures following the decision in *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 600 U.S. 181, 206 (2023), which found certain race-based admissions policies unlawful under Title VI and the Equal Protection Clause. We also request all admissions data for the past five academic years, including applicant test scores (MCAT), GPA, extracurricular activities, essays, and admission outcomes, disaggregated by race and ethnicity. Finally, we request any statistical analyses or internal reviews conducted by Harvard University regarding admissions trends or outcomes by race.

Please provide all responsive documents in an accessible electronic format (such as searchable PDF, Microsoft Word, or Excel) that preserves metadata and allows for efficient review. If electronic versions are available, we prefer these over paper copies to expedite the review process. If certain documents are only available in physical form, please indicate this in your response.

Please send the requested information by April 25, 2025. If you anticipate challenges meeting this deadline, contact us by April 21, 2025, to discuss a reasonable extension. If you have any questions as to formatting or concerns with the deadline, please contact us.

We recognize that some of the requested materials may contain student information protected under the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232g. Please be advised that the Department of Justice is authorized under 34 C.F.R. § 99.31(a)(3)(ii) to obtain such information without prior consent for the purpose of enforcing federal legal requirements, including Title VI. Any information disclosed pursuant to this request will be used solely for compliance review purposes and maintained in accordance with applicable federal confidentiality requirements.

If you have any questions about this letter, please contact this office at (202) 514-2151. Thank you in advance for your attention to and cooperation in this compliance investigation.

Sincerely,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division