# EXHIBIT 4



Secretary
U.S. Department of Homeland Security
Washington, DC 20528

# Homeland Security

May 22, 2025

Maureen Martin
School Code: BOS214F00162000
Harvard University
c/o Harvard International Office
1350 Massachusetts Ave., Rm. 864
Cambridge, MA 0213 8
Maureen_Martin@Harvard.edu

### Harvard's Student and Exchange Visitor Program Decertification

I am writing to inform you that effective immediately, Harvard University's Student and Exchange Visitor Program certification **is revoked**.

As I explained to you in my April letter, it is a privilege to enroll foreign students, and it is also a privilege to employ aliens on campus. All universities must comply with Department of Homeland Security requirements, including reporting requirements under the Student and Exchange Visitor Program regulations, to maintain this privilege. As a result of your refusal to comply with multiple requests to provide the Department of Homeland Security pertinent information while perpetuating an unsafe campus environment that is hostile to Jewish students, promotes pro-Hamas sympathies, and employs racist "diversity, equity, and inclusion" policies, you have lost this privilege.

The revocation of your Student and Exchange Visitor Program certification means that Harvard is prohibited from having any aliens on F- or J- nonimmigrant status for the 2025-2026 academic school year. This decertification also means that existing aliens on F- or J- nonimmigrant status must transfer to another university in order to maintain their nonimmigrant status.

This action should not surprise you and is the unfortunate result of Harvard's failure to comply with simple reporting requirements.

On April 16, 2025, I requested records pertaining to nonimmigrant students enrolled at Harvard University, including information regarding misconduct and other offenses that would render foreign students inadmissible or removable. On April 30, 2025, Harvard's counsel provided information that he represented as responsive to my request. It was not.

As a courtesy that Harvard was not legally entitled to, the Acting DHS General Counsel responded on my behalf and afforded Harvard another opportunity to comply. Harvard again provided an insufficient response.

Consequences must follow to send a clear signal to Harvard and all universities that want to enjoy the privilege of enrolling foreign students, that the Trump Administration will enforce the law and root out the evils of anti-Americanism and antisemitism in society and campuses.

Page 2

If Harvard would like the opportunity of regaining Student and Exchange Visitor Program certification before the upcoming academic school year, you must provide all of the information requested below **within 72 hours**.

Please be advised that providing materially false, fictitious, or fraudulent information may subject you to criminal prosecution under 18 U.S.C. § 1001. Other criminal and civil sanctions may also apply.

I expect full and complete responses to the following requests:

1. Any and all records, whether official or informal, in the possession of Harvard University, including electronic records and audio or video footage, regarding illegal activity whether on or off campus, by a nonimmigrant student enrolled in Harvard University in the last five years.

2. Any and all records, whether official or informal, in the possession of Harvard University, including electronic records and audio or video footage, regarding dangerous or violent activity whether on or off campus, by a nonimmigrant student enrolled in Harvard University in the last five years.

3. Any and all records, whether official or informal, in the possession of Harvard University, including electronic records and audio or video footage, regarding threats to other students or university personnel whether on or off campus, by a nonimmigrant student enrolled in Harvard University in the last five years.

4. Any and all records, whether official or informal, in the possession of Harvard University, including electronic records and audio or video footage, regarding deprivation of rights of other classmates or university personnel whether on or off campus, by a nonimmigrant student enrolled in Harvard University in the last five years.

5. Any and all disciplinary records of all nonimmigrant students enrolled in Harvard University in the last five years.

6. Any and all audio or video footage, in the possession of Harvard University, of any protest activity involving a nonimmigrant student on a Harvard University campus in the last five years.

Sincerely,

Kristi Noem
Secretary of Homeland Security

cc:   Steve Bunnell
      Raj Ferber, PLLC
      1629 K Street NW, Suite 300
      Washington, DC 20006