# EXHIBIT 6

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30329-4027

May 19, 2025

Via email at alan_garber@harvard.edu
Dr. Alan Garber
Office of the President
Harvard University
Massachusetts Hall
Cambridge, MA 02138

Dr. Garber:

The Centers for Disease Control and Prevention (CDC), as an agency within the Department of Health and Human Services (HHS), is hereby providing notice that funding for the projects listed herein will be terminated pursuant to the HHS Grants Policy Statement (GPS) and 45 C.F.R. Part 75.

CDC is responsible for ensuring that its limited resources are appropriately allocated. HHS policy is that grant dollars should support institutions that foster safe, equal, and healthy working and learning conditions conducive to high-quality research, and free inquiry.[4] HHS policy is also that grant dollars should only support institutions that comply with principles and laws of nondiscrimination.

CDC is aware of recent events at Harvard University involving antisemitic action that suggest the institution has a disturbing lack of concern for the safety and wellbeing of Jewish students. Harvard's ongoing inaction in the face of repeated and severe harassment and targeting of Jewish students has ground day-to-day campus operations to a halt, deprived Jewish students of learning and research opportunities to which they are entitled, and brought shame upon the University and our nation as a whole. Indeed, as the Harvard Presidential Task Force on Combating Antisemitism and Anti-Israeli Bias concluded, actions at Harvard during the 2023-2024 academic year resulted in widespread abuse of Jewish and Israeli students by an institution "that mainstreamed and normalized what many Jewish and Israeli students experience as antisemitism and anti-Israeli bias."

Supporting activities consistent with CDC's mission in such an environment is plainly inconsistent with HHS' policies and *raison d'etre* of funding and championing the very best of American public health practice.

Based on the above, no corrective action is possible here. That is because, upon being made aware of systematic institutional failures to address deeply rooted antisemitism and racial discrimination, the University has refused to take appropriate action. CDC perceives these categorical rejections to manifest the University's unwillingness to take corrective action or implement necessary reforms. Therefore, no modification of the projects could align the projects with agency priorities.

Costs resulting from financial obligations incurred after termination are not allowable. Nothing in this notice excuses either CDC or you from complying with the closeout obligations consistent with 45 C.F.R. Part 75. CDC will provide any information required by the Federal Funding Accountability and Transparency Act or the Office of Management and Budget's regulations to *USAspending.gov*.

**Administrative Appeal**

You may object and provide information and documentation challenging these terminations. The awards subject to termination are as follows:

- NU38PW000040
- NH78TU000001
- U19OH008861
- U54CK000611
- U48DP006376
- U48DP006785
- U48DP006873
- R21OH012626
- T42OH008416
- R01TS000315
- R01TS000318
- R01TS000338

You must submit a request for such review to Matthew Buzzelli, CDC's Chief of Staff and the Senior Official carrying out the duties of the CDC Director, no later than 30 days after this letter is received, except that if you show good cause why an extension of time should be granted, Mr. Buzzelli may grant an extension of time.

The request for review must include a copy of this decision, must identify the issue(s) in dispute, and must contain a full statement of your position with respect to such issue(s) and the pertinent facts and reasons in support of your position. In addition to the required written statement, you shall provide copies of any documents supporting your claim.

Sincerely,

/S/
Jamie W. Legier
Director, Office of Grants Services
Centers for Disease Control and Prevention
Department of Health and Human Services