# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 1:25-cv-11048-ADB<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF GREGORY F. NOONAN

Please enter the appearance of Gregory F. Noonan as counsel for Amicus Curiae American Council on Education in the above-captioned action.

Dated: June 4, 2025

Respectfully submitted,

AMERICAN COUNCIL ON EDUCATION

By its attorney,

*/s/ Gregory F. Noonan*
Gregory F. Noonan (BBO No. 651035)
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA 02110
(617) 371-1000
gregory.noonan@hoganlovells.com

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document was filed through the Court's CM/ECF system on June 4, 2025 and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

<u>/s/ Gregory F. Noonan</u>
Gregory F. Noonan