# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>                Defendants. | No. 1:25-cv-11048-ADB |

## NOTICE OF APPEARANCE OF KAYLA H. GHANTOUS

Please enter the appearance of Kayla H. Ghantous as counsel for Amicus Curiae American Council on Education in the above-captioned action.

Dated: June 4, 2025

Respectfully submitted,

AMERICAN COUNCIL ON EDUCATION

By its attorney,

*/s/ Kayla H. Ghantous*
Kayla H. Ghantous (BBO No. 709197)
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA 02110
(617) 371-1000
kayla.ghantous@hoganlovells.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the Court's CM/ECF system on June 4, 2025 and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

                                               */s/ Kayla H. Ghantous*
                                               Kayla H. Ghantous