IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:25-cv-11048-ADB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR LEAVE TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(e) of the United States District Court for the District of Massachusetts, undersigned counsel respectfully moves this Court to grant leave for Stephanie J. Gold to appear as counsel on behalf of Amicus Curiae American Council on Education and to practice before this Court in the above-captioned action. As grounds for this Motion, undersigned counsel relies on the attached certification, which states:

1. Stephanie J. Gold is an attorney at the law firm Hogan Lovells US LLP, located at 555 Thirteenth Street, N.W., Washington, D.C. 20004, with telephone number (202) 637-5496;

2. She is a member in good standing in every jurisdiction in which she has been admitted to practice;

3. She has not been disciplined by and is not the subject of disciplinary proceedings pending in any jurisdiction in which she is a member of the bar;

4. She has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5. She has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Therefore, undersigned counsel respectfully moves that Stephanie J. Gold be admitted to practice before this Court *pro hac vice*.

| | |
|---|---|
| Dated: June 4, 2025 | Respectfully submitted, |
| | AMERICAN COUNCIL ON EDUCATION |
| | By its attorneys, |
| | */s/ Gregory F. Noonan* <br> Gregory F. Noonan (BBO No. 651035) <br> Kayla H. Ghantous (BBO No. 709197) <br> HOGAN LOVELLS US LLP <br> 125 High Street, Suite 2010 <br> Boston, MA 02110 <br> (617) 371-1000 <br> gregory.noonan@hoganlovells.com <br> kayla.ghantous@hoganlovells.com |

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that counsel for the American Council on Education conferred with counsel for the Parties, who do not oppose this motion.

                                               */s/ Gregory F. Noonan*
                                               Gregory F. Noonan

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the Court's CM/ECF system on June 4, 2025 and will be sent electronically to registered participants on the Notice of Electronic Filing.

                                               */s/ Gregory F. Noonan*
                                               Gregory F. Noonan