**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) No. 1:25-cv-11048-ADB |

## <u>CERTIFICATION OF STEPHANIE J. GOLD</u>

Pursuant to Local Rule 83.5.3(e) of the United States District Court for the District of Massachusetts, I, Stephanie J. Gold, certify the following:

1. I am a member of the law firm Hogan Lovells US LLP. My office address is 555 Thirteenth Street, N.W., Washington, D.C. 20004, and my telephone number is (202) 637-5496.

2. I am a member in good standing in every jurisdiction to which I have been admitted to practice, including the bars of the District of Columbia, New York, and Massachusetts (inactive).

3. I have not been disciplined by, and there are currently no pending disciplinary proceedings against me in, any jurisdiction to which I have been admitted generally, *pro hac vice*, or in any other way.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5.  I have read and agree to comply with the Local Rules of the United States District Court

for the District of Massachusetts.

Dated: June 4, 2025                                Respectfully submitted,

                                                   */s/ Stephanie J. Gold*
                                                   Stephanie J. Gold
                                                   HOGAN LOVELLS US LLP
                                                   555 Thirteenth Street, N.W.
                                                   Washington, D.C. 20004
                                                   (202) 637-5496
                                                   stephanie.gold@hoganlovells.com