**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br>                Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:25-cv-11048-ADB<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>UNOPPOSED MOTION FOR LEAVE TO ADMIT COUNSEL *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5.3(e) of the United States District Court for the District of Massachusetts, undersigned counsel respectfully moves this Court to grant leave for Jessica L. Ellsworth to appear as counsel on behalf of Amicus Curiae American Council on Education and to practice before this Court in the above-captioned action. As grounds for this Motion, undersigned counsel relies on the attached certification, which states:

1. Jessica L. Ellsworth is an attorney at the law firm Hogan Lovells US LLP, located at 555 Thirteenth Street, N.W., Washington, D.C. 20004, with telephone number (202) 637-5886;

2. She is a member in good standing in every jurisdiction in which she has been admitted to practice;

3. She has not been disciplined by and is not the subject of disciplinary proceedings pending in any jurisdiction in which she is a member of the bar;

4. She has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct; and

5.  She has read and agrees to comply with the Local Rules of the United States District

Court for the District of Massachusetts.

Therefore, undersigned counsel respectfully moves that Jessica L. Ellsworth be admitted

to practice before this Court *pro hac vice*.


Dated: June 4, 2025                                    Respectfully submitted,

AMERICAN COUNCIL ON EDUCATION

By its attorneys,

*/s/ Gregory F. Noonan*
Gregory F. Noonan (BBO No. 651035)
Kayla H. Ghantous (BBO No. 709197)
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA 02110
(617) 371-1000
gregory.noonan@hoganlovells.com
kayla.ghantous@hoganlovells.com

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that counsel for the American Council on Education conferred with counsel for the Parties, who do not oppose this motion.

/s/ Gregory F. Noonan
Gregory F. Noonan

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the Court's CM/ECF system on June 4, 2025 and will be sent electronically to registered participants on the Notice of Electronic Filing.

/s/ Gregory F. Noonan
Gregory F. Noonan