**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 1:25-cv-11048-ADB |
| UNITED STATES DEPARMENT OF HEALTH AND HUMAN SERVICES, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**CERTIFICATION OF JESSICA L. ELLSWORTH**

Pursuant to Local Rule 83.5.3(e) of the United States District Court for the District of Massachusetts, I, Jessica L. Ellsworth, certify the following:

1. I am a member of the law firm Hogan Lovells US LLP. My office address is 555 Thirteenth Street, N.W., Washington, D.C. 20004, and my telephone number is (202) 637-5886.

2. I am a member in good standing in every jurisdiction to which I have been admitted to practice, including the bars of the District of Columbia and Virginia.

3. I have not been disciplined by, and there are currently no pending disciplinary proceedings against me in, any jurisdiction to which I have been admitted generally, *pro hac vice*, or in any other way.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: June 4, 2025

Respectfully submitted,

*/s/ Jessica L. Ellsworth*
Jessica L. Ellsworth
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5886
jessica.ellsworth@hoganlovells.com