**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | ) ) ) ) ) ) ) No. 1:25-cv-11048-ADB ) ) ) ) ) |

## <u>CERTIFICATION OF REEDY C. SWANSON</u>

Pursuant to Local Rule 83.5.3(e) of the United States District Court for the District of Massachusetts, I, Reedy C. Swanson, certify the following:

1. I am a member of the law firm Hogan Lovells US LLP. My office address is 555 Thirteenth Street, N.W., Washington, D.C. 20004, and my telephone number is (202) 637-5764.

2. I am a member in good standing in every jurisdiction to which I have been admitted to practice, including the bars of the District of Columbia and Virginia.

3. I have not been disciplined by, and there are currently no pending disciplinary proceedings against me in, any jurisdiction to which I have been admitted generally, *pro hac vice*, or in any other way.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: June 4, 2025                     Respectfully submitted,

                                        */s/ Reedy C. Swanson*
                                        Reedy C. Swanson
                                        HOGAN LOVELLS US LLP
                                        555 Thirteenth Street, N.W.
                                        Washington, D.C. 20004
                                        (202) 637-5764
                                        reedy.swanson@hoganlovells.com