UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No. 1:25-cv-11048 |

## NOTICE OF APPEARANCE OF RAGINI N. SHAH

Pursuant to Local Rules 83.5.2(a) and 83.5.3(e)(2) of the Rules of this Court, please enter the appearance of Ragini N. Shah as local counsel for *amicus curiae* Palestine Legal in the above-captioned matter.

Dated: June 5, 2025

Respectfully submitted,

*/s/ Ragini Shah*

Ragini N. Shah
Suffolk University Law School Immigrant Justice Clinic

120 Tremont Street Suite 150E
Boston, MA 02108
Tel (617) 305-1651

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 5, 2025

_____

Ragini N. Shah