# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No. 1:25-cv-11048 |

## MOTION TO CORRECT MOTION FOR LEAVE TO FILE AMICUS BRIEF OF HARVARD UNDERGRADUATE PALESTINE SOLIDARITY COMMITTEE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Proposed amicus curiae, Havard Undergraduate Palestine Solidarity Committee (PSC), respectfully requests this court grant this motion to correct the motion for leave to file an amicus brief in support of Plaintiff's *Motion for Summary Judgment* (ECF 69) in the above-captioned matter. In furtherance of this motion, PSC states as follows:

1. Counsel for amici inadvertently chose "Consented to" as the caption for the motion for leave to file an amicus brief.

2. As consent of all parties is not required by local rule 7.1, PSC submits this motion to correct the previous filing to be captioned "Motion for Leave to File Amicus Brief of Harvard Undergraduate Palestine Solidarity Committee in Support of Plaintiff's Motion for Summary Judgement."

Dated: June 5, 2025

Respectfully submitted,



Radhika Sainath*  
Dylan Saba*  
PALESTINE LEGAL  
55 Exchange Pl, Suite 402  
New York, NY 10005  
(312) 964-2667  
radhika@palestinelegal.org  
dsaba@palestinelegal.org  

*Pro Hac Vice Pending*

Ragini N. Shah (BBO# 671382)  
Suffolk University Law School  
Immigrant Justice Clinic  
120 Tremont Street Suite 150E  
Boston, MA 02108  
(617) 305-1651  
rnshah@suffolk.edu

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for proposed amicus curiae has conferred with counsel for the parties. No parties oppose the request for leave to file.

Dated: June 5, 2025                                         Respectfully submitted,

                                                            Ragini N. Shah (BBO# 671382)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF).

Dated: June 5, 2025                                         Respectfully submitted,

                                                            Ragini N. Shah (BBO# 671382)