UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No. 1:25-cv-11048 |

**MOTION TO ADMIT ATTORNEY DYLAN F. SABA
PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3**

Ragani N. Shah, a member of the bar of this Court hereby moves for the admission *pro hac vice* of Dylan F. Saba, to appear and practice in this case as counsel for the prospective *amicus curiae* Palestine Legal. In support of this motion, undersigned counsel states as follows:

1. I am an attorney admitted to practice and in good standing before this Court, and have appeared in this action.

2. I move for the admission *pro hac vice* of Mr. Saba, of the non-profit legal and advocacy organization Palestine Legal to appear before this Court.

3. As set forth in the accompanying certification, Mr. Saba is a member in good standing of the bar of New York; there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; and he has read with and agrees to comply with the local rules of this Court.

4.  Mr. Saba has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct.

WHEREFORE, undersigned counsel respectfully requests that this Court grant leave pursuant to Local Rule 83.5.3 for Dylan F. Saba to appear before the Court in this matter *pro hac vice*.

Dated: June 5, 2025                                          Respectfully submitted,

*/s/ Ragini Shah*

Ragini N. Shah (BBO# 671382)
Suffolk University Law School
Immigrant Justice Clinic
120 Tremont Street Suite 150E
Boston, MA 02108
(617) 305-1651
rnshah@suffolk.edu

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 5, 2025.

                                                  */s/Ragini N. Shah*
                                                Ragini N. Shah