UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No. 1:25-cv-11048 |

## CERTIFICATE OF DYLAN F. SABA

I, Dylan F. Saba, make the following declaration in support of the motion for admission *pro hac vice* filed on my behalf:

1. I am a staff attorney of the non-profit legal and advocacy organization Palestine Legal. My office is located at 55 Exchange Place, Suite No. 402, New York, NY 10005.

2. I am a member in good standing of the bar of the State of New York.

3. I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding.

4. I have not previous had *pro hac vice* admission to the U.S. District Court for the District of Massachusetts (or other admission for limited purpose under Local Rule 83.5.3)

    revoked for misconduct.

5.    I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: June 5, 2025　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Dylan F. Saba*
　　　　　　　　　　　　　　　　　　　　　　　　Dylan F. Saba
　　　　　　　　　　　　　　　　　　　　　　　　PALESTINE LEGAL
　　　　　　　　　　　　　　　　　　　　　　　　55 Exchange Pl
　　　　　　　　　　　　　　　　　　　　　　　　(312) 964-2667
　　　　　　　　　　　　　　　　　　　　　　　　dsaba@palestinelegal.org

　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Amicus Curiae*