UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No. 1:25-cv-11048 |

## **CERTIFICATE OF RADHIKA SAINATH**

I, Radhika Sainath, make the following declaration in support of the motion for admission *pro hac vice* filed on my behalf:

1. I am a staff attorney of the non-profit legal and advocacy organization Palestine Legal. My office is located at 55 Exchange Place, Suite No. 402, New York, NY 10005.

2. I am a member in good standing of the bar of the State of New York and an inactive member in good standing of the bar of the State of California.

3. I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding.

4. I have not previous had *pro hac vice* admission to the U.S. District Court for the District

      of Massachusetts (or other admission for limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.     I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: June 5, 2025                                               Respectfully submitted,

                                                                        /s/ *Radhika Sainath*
                                                                       Radhika Sainath
                                                                       PALESTINE LEGAL
                                                                       55 Exchange Pl
                                                                       (312) 964-2667
                                                                       radhika@palestinelegal.org

                                                                       *Attorney for Amicus Curiae*