IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br>et al.,<br><br><br>    Defendants. | Case No. 1:25-cv-11048 |

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney and counsel of record for proposed *Amicus Curiae* Middle East Studies Association of North America, Inc. ("MESA") in support of the Plaintiff in the above-captioned case.

June 6, 20205

                Respectfully submitted,

                MIDDLE EASTERN STUDIES ASSOCIATION OF NORTH AMERICA, INC.,

                */s/ Corey Martin*

                Corey S. Martin (BBO #686100)
                HM Law, P.C.
                24 Shipyard Drive, Suite 202
                Hingham, MA 02043
                T: 781-789-8070
                cmartin@myhmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned submitted the foregoing document with the clerk of court for the District of Massachusetts, using the CM/ECF system of the court. I, undersigned counsel, hereby certify the foregoing document will be sent electronically to the registered participants as identified on the NEF(NEF) or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

/s/ Corey Martin_____

Corey Martin BBO #686100