# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　　　Defendants. | Case No. 1:25-cv-11048 |

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT FOR PROPOSED AMICUS CURIAE MIDDLE EAST STUDIES ASSOCIATION OF NORTH AMERICA, INC.

In compliance with Fed. R. Civ. P. 7.1, Middle East Studies Association of North America, Inc., hereby states as follows:

1. Middle East Studies Association of North America, Inc. ("MESA") is an active Internal Revenue Code Section 501(c)(3) organization formed in Arizona.

2. MESA does not have a parent corporation.

3. No publicly held corporation owns 10% or more of MESA's stock.

1

Dated: June 6, 2025

                                 Respectfully submitted,

MIDDLE EASTERN STUDIES ASSOCIATION OF NORTH AMERICA, INC.,

*/s/ Corey Martin*

Corey S. Martin (BBO #686100)
HM Law, P.C.
24 Shipyard Drive, Suite 202
Hingham, MA 02043
T: 781-789-8070
cmartin@myhmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned submitted the foregoing document with the clerk of court for the District of Massachusetts, using the CM/ECF system of the court. I, undersigned counsel, hereby certify the foregoing document will be sent electronically to the registered participants as identified on the NEF(NEF) or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

                                 /s/ Corey Martin_____

                                 Corey Martin BBO #686100