**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>          Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br>et al.,<br><br><br>          Defendants. | Case No. 1:25-cv-11048 |

**MOTION TO ADMIT ATTORNEY DARRYL LI
PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3**

Corey S. Martin, a member in good standing of the bar of this Court, hereby moves pursuant to Local Rule 83.5.3 for the admission in this case of Darryl Li ("Li") as attorney and counsel of record for *Amicus Curiae* Middle East Studies Association of North America, Inc. ("MESA") in support of the Plaintiff in the above captioned case.

Li is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice; there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; he has not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and he has read and agrees to comply with Local Rules of the U.S. District Court for the District of Massachusetts.

WHEREFORE, Corey Martin requests that Li be granted leave to appear and practice *pro hac vice* on behalf of MESA in the above-captioned matter.

Dated: June 6, 2025

                Respectfully submitted,

                MIDDLE EASTERN STUDIES ASSOCIATION OF NORTH AMERICA, INC.,

                */s/ Corey Martin*

                Corey S. Martin (BBO #686100)
                HM Law, P.C.
                24 Shipyard Drive, Suite 202
                Hingham, MA 02043
                T: 781-789-8070
                cmartin@myhmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned submitted the foregoing document with the clerk of court for the District of Massachusetts, using the CM/ECF system of the court. I, undersigned counsel, hereby certify the foregoing document will be sent electronically to the registered participants as identified on the NEF(NEF) or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

                /s/ Corey Martin_____

                Corey Martin BBO #686100