## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

---

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE,

        Plaintiff,

    v.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
et al.,

        Defendants.

Case No. 1:25-cv-11048

---

## CERTIFICATE OF DARRYL LI

I, Darryl Li, hereby certify pursuant to 28 U.S.C. ¶ 1746 as follows:

1.  I make this certification in support of the accompanying Motion for Leave to Appear *Pro Hac Vice* pursuant to Local Rule 83.5.3. I have personal knowledge of each of the facts stated below.

2.  I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice:

| Jurisdiction | Admission Date |
|---|---|
| *New York,* Bar # 5047485 | *7/10/2012* |
| *Illinois,* Bar # 6327236 | *11/9/2017* |

3.  I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding and no discipline has ever been imposed upon me in any jurisdiction.

4.  I have not previously had *pro hac vice* admission to the U.S. District Court for the District of Massachusetts (or other admission for limited purpose under Local Rule 83.5.3) revoked for misconduct.

1

5.   I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: June 6, 2025

Respectfully submitted,

*/s/ Darryl Li*_____

Darryl Li (NY Bar #5047485, IL Bar #6327236)
1126 E. 59th St.
Chicago, IL 60637
T: (773) 702-4001
darrylli@protonmail.com

*Attorney for Amicus Curiae Middle East Studies*
*Association of North America, Inc.*