UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 25-cv-11048-ADB |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as an attorney for the proposed amicus curiae, the Commonwealth of Massachusetts, in the above-entitled matter.

Respectfully submitted,

THE COMMONWEALTH OF MASSACHUSETTS

By and through its attorneys,

ANDREA JOY CAMPBELL
Attorney General for the Commonwealth of Massachusetts

 /s/ *Anna Lumelsky*
Anna Lumelsky, BBO# 677708
*Deputy State Solicitor*
One Ashburton Place
Boston, MA 02108
617-963-2334
anna.lumelsky@mass.gov

1

## CERTIFICATE OF SERVICE

      I, Anna Lumelsky, hereby certify that I have this day, June 6, 2025, served the foregoing document upon all parties of record, by electronically filing to all ECF-registered parties and by sending a copy, first-class mail, postage prepaid to all unregistered parties.

                                                     */s/ Anna Lumelsky*
                                                     Anna Lumelsky
                                                     Deputy State Solicitor
                                                   Commonwealth of Massachusetts