AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| PRESIDENT and FELLOWS OF HARVARD COLLEGE ) | |
| *Plaintiffs,* ) | |
| v. ) | Case No.1:25-cv-11048 |
| UNITED STATES DEPARTMENT OF HUMAN ) | |
| SERVICES, et al., ) | |
| *Defendants.* ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Columbia Alumni for Academic Freedom (movant-amicus curiae).

Date:  June 6, 2025

/s/ Jocelyn B. Jones

*Attorney's signature*

Jocelyn B. Jones, 640958

*Printed name and bar number*

SEGAL ROITMAN, LLP
33 Harrison Avenue, 7th Floor
Boston, MA 02111

*Address*

*jjones@segalroitman.com*

*E-mail address*

(617) 899-1382

*Telephone number*

(617) 742-2187

*FAX number*