IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> *Defendants.* | <br><br><br><br><br><br> Case No. 1:25-cv-11048 |

**MOTION OF JOCELYN B. JONES FOR ADMISSION *PRO HAC VICE*
OF SEAN H. DONAHUE**

COMES NOW Jocelyn B. Jones, a member in good standing of the bar of this Court and moves pursuant to Local Rule 83.5.3 for the admission *pro hac vice* in this case of Sean H. Donahue as counsel for Amicus Curiae Columbia Alumni for Academic Freedom.

Mr. Donahue is a partner in the law firm Donahue, Goldberg & Herzog. He is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; he has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE,** Jocelyn B. Jones requests that Mr. Donahue be granted leave to appear and practice *pro hac vice* on behalf of Columbia Alumni for Academic Freedom in the above- captioned matter.

| | |
|---|---|
| Dated: June 6, 2025 | Respectfully submitted,<br><br>*/s/ Jocelyn B. Jones*<br><br>Jocelyn B. Jones (BBO #640958)<br>Segal Roitman, LLP<br>33 Harrison Avenue<br>7th Floor<br>Boston, MA 02111<br>T: (617) 899-1382<br>F: (617) 742-2187<br><br>*Counsel for Proposed Amicus* |

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7. l(a)(2), counsel for Plaintiff conferred with counsel for Defendants regarding the filing of this motion. Counsel for the parties have consented to the filing of this motion.

*/s/ Jocelyn B. Jones*
Jocelyn B. Jones

## CERTIFICATE OF SERVICE

I, Jocelyn B. Jones, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 6, 2025.

*/s/ Jocelyn B. Jones*
Jocelyn B. Jones

4