**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| HARVARD COLLEGE,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants.* | Case No. 1:25-cv-11048 |

**CERTIFICATION IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Sean H. Donahue, hereby certify:

1. I submit this certification in support of Motion for Admission *Pro Hac Vice.*

2. I am a partner in the law firm of Donahue, Goldberg & Herzog and a member of the bars of the District of Columbia and the State of California.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 6, 2025                    */s/ Sean H. Donahue*
                                                         Sean H. Donahue (450940 (DC), 264284 (CA))
                                                         DONAHUE, GOLDBERG & HERZOG
                                                         1008 Pennsylvania Ave., SE
                                                         Washington, DC 20003
                                                         T: (202) 277-7085
                                                         F: (202) 538-8100
                                                         williamburck@quinnemanuel.com