UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | Civil Action No. 1:25-cv-11048-ADB |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for *amici curiae* Boston University; Brown University; California Institute of Technology; Colorado State University; Dartmouth College; Johns Hopkins University; Massachusetts Institute of Technology; Michigan State University; Oregon State University; Princeton University; Rice University; Rutgers University; Tufts University; University of Maryland, College Park; University of Oregon; University of Pennsylvania; University of Pittsburgh; and Yale University in the above-captioned action.

                                              Respectfully submitted,

                                              /s/ *Daniel J. Cloherty*
                                              Daniel J. Cloherty (BBO #565772)
                                              CLOHERTY & STEINBERG LLP
                                              One Financial Center, Suite 1120
                                              Boston, MA 02111
                                              617-481-0160
                                              dcloherty@clohertysteinberg.com

Dated: June 6, 2025

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document was filed through the Court's CM/ECF system on June 6, 2025 and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

                                                    /s/ *Daniel J. Cloherty*
                                                   Daniel J. Cloherty