UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>　　Defendants. | Civil Action No. 1:25-cv-11048-ADB |

## NOTICE OF APPEARANCE

　　Please enter my appearance as counsel for *amici curiae* Boston University; Brown University; California Institute of Technology; Colorado State University; Dartmouth College; Johns Hopkins University; Massachusetts Institute of Technology; Michigan State University; Oregon State University; Princeton University; Rice University; Rutgers University; Tufts University; University of Maryland, College Park; University of Oregon; University of Pennsylvania; University of Pittsburgh; and Yale University in the above-captioned action.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Alexandra Arnold*
　　　　　　　　　　　　　　　　　　　Alexandra Arnold (BBO #706208)
　　　　　　　　　　　　　　　　　　　CLOHERTY & STEINBERG LLP
　　　　　　　　　　　　　　　　　　　One Financial Center, Suite 1120
　　　　　　　　　　　　　　　　　　　Boston, MA 02111
　　　　　　　　　　　　　　　　　　　617-481-0160
　　　　　　　　　　　　　　　　　　　aarnold@clohertysteinberg.com

Dated: June 6, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the Court's CM/ECF system on June 6, 2025 and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

/s/ *Alexandra Arnold*
Alexandra Arnold
