AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| President and Fellows of Harvard College | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-11048-ADB |
| U.S. Department of Health and Human Services, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

A Jewish Voice for Peace, Amici Curiae                                  .

Date:   06/06/2025

/s/ Rachel Weber
*Attorney's signature*

Rachel Weber   [BBO# 674057]
*Printed name and bar number*

P.O. Box 1565
Northampton, MA   01061

*Address*

rweber@rweberlaw.com
*E-mail address*

(413) 325-5431
*Telephone number*

*FAX number*

Print        Save As...                                    Reset

<u>Certificate of Service</u>

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on June 6, 2025.

Signed on this 6th day of June 2025,

_____
Rachel Weber