IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-11048-ADB |

## NOTICE OF APPEARANCE OF MARTIN F. MURPHY

Martin F. Murphy of Manatt, Phelps & Phillips, LLP hereby enters his appearance as counsel for non-party Conference of Boston Teaching Hospitals, Inc.

Dated: June 6, 2025

/s/ Martin F. Murphy
Martin F. Murphy, BBO #363250
MANATT, PHELPS & PHILLIPS, LLP
One Beacon Street, Suite 28-200
Boston, MA 02108
Tel.: 617-646-1447
MFMurphy@manatt.com

*Counsel for*
*Conference of Boston Teaching Hospitals, Inc.*