IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-11048-ADB |

### NOTICE OF APPEARANCE OF MAX A. JACOBS

Max A. Jacobs of Manatt, Phelps & Phillips, LLP hereby enters his appearance as counsel for non-party Conference of Boston Teaching Hospitals, Inc.

Dated: June 6, 2025

                                         */s/ Max A. Jacobs*
                                         Max A. Jacobs, BBO #707327
                                         MANATT, PHELPS & PHILLIPS, LLP
                                         One Beacon Street, Suite 28-200
                                         Boston, MA 02108
                                         Tel.: 617-646-1450
                                         MJacobs@manatt.com

                                         *Counsel for*
                                         *Conference of Boston Teaching Hospitals, Inc.*