## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | ) |
| | ) |
| | ) **Case No.: 1:25-cv-11048-ADB** |
| Plaintiffs, | ) [Assigned to the |
| | ) Honorable Judge Burroughs] |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| HEALTH AND HUMAN SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Rachel L. Weber, am a member in good standing of the bar of this Court and the attorney of record for Amicus Curiae A Jewish Voice for Peace in this case. My bar number is 674057. Pursuant to Local Rule 83.5.3, I am moving for the admission of Bina Ahmad to appear *pro hac vice* in this case as counsel for A Jewish Voice for Peace. Ms. Ahmad is a member of the bars of California, New York, and the District of Columbia. I have verified that Ms. Ahmad is a member in good standing of the bars to which she is admitted, that she does not face any pending disciplinary proceedings, and that she is familiar with local rules of practice. Her Rule 83.5.3 (e)(3) signed certification is attached to this motion.

WHEREFORE, it is respectfully requested that this Court enter an Order specially admitting Bina Ahmad as co-counsel for Amicus Curiae A Jewish Voice for Peace in the above-captioned case.

Respectfully submitted,

Rachel Weber
BBO# 674057
Law Office of Rachel Weber
P.O. Box 1565
Northampton, MA  01061
413-325-5431
rweber@rweberlaw.com

## CERTIFICATE OF SERVICE

I, Rachel Weber, hereby certify that on this 6th day of June 2025, this Motion for Admission Pro Hac Vice was served electronically to all parties via the CM/ECF system which will forward copies to all Counsels of Record.

Rachel Weber

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>     Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>     Defendants. | Case No.: 1:25-cv-11048-ADB<br><br>[Assigned to the Honorable Judge Burroughs] |

## <u>CERTIFICATE OF BINA AHMAD</u>

I, Bina Ahmad, make the following declaration in support of the motion for admission *pro hac vice* filed on my behalf:

1. I am an associate attorney with the law firm HADSELL STORMER RENICK & DAI LLP. My office is located at 128 N. Fair Oaks Ave., Pasadena, CA 91103

2. I am a member in good standing and active member of the bars of the State of California, New York and the District of Columbia.

3. I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding.

4. I have not previously had *pro hac vice* admission to the U.S. District Court for the District of Massachusetts, or other admission for limited purpose under Local Rule 83.5.3, revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Dated: June 6, 2025      Respectfully submitted
               */s/ Bina Ahmad*
               Bina Ahmad
               HADSELL STORMER RENICK & DAI LLP
               128 N. Fair Oaks Ave.
               Pasadena, CA 91103

T (626) 585-9600
F (626) 577-7079
bahmad@hadsellstormer.com