IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br><br>　　　　Defendants. | Case No. 1:25-cv-11048 |

**NOTICE OF APPEARANCE**

　　Please enter my appearance as attorney and counsel of record for *Amicus Curiae* Middle East Studies Association of North America, Inc. ("MESA") in support of the Plaintiff in the above-captioned case.

June 7, 2025

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MIDDLE EAST STUDIES ASSOCIATION OF
　　　　　　　　　　　　　　　　　　NORTH AMERICA, INC.,

　　　　　　　　　　　　　　　　　　*/s/ Darryl Li*_____

　　　　　　　　　　　　　　　　　　Darryl Li
　　　　　　　　　　　　　　　　　　Attorney admitted *Pro Hac Vice* (NY Bar #5047485,
　　　　　　　　　　　　　　　　　　IL Bar #6327236)
　　　　　　　　　　　　　　　　　　1126 E. 59th St.
　　　　　　　　　　　　　　　　　　Chicago, IL 60637
　　　　　　　　　　　　　　　　　　T: (773) 702-4001
　　　　　　　　　　　　　　　　　　darrylli@protonmail.com

　　　　　　　　　　　　　　　　　　*Attorney for Amicus Curiae, Middle East Studies*
　　　　　　　　　　　　　　　　　　*Association of North America, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned submitted the foregoing document with the clerk of court for the District of Massachusetts, using the CM/ECF system of the court. I, undersigned counsel, hereby certify the foregoing document will be sent electronically to the registered participants as identified on the NEF (NEF) or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Darryl Li*

Darryl Li
Attorney admitted *Pro Hac Vice* (NY Bar #5047485, IL Bar #6327236)