# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants.* | Case No. 1:25-cv-11048 (ADB) |

## NOTICE OF APPEARANCE ON BEHALF OF PROPOSED *AMICUS CURIAE* FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION

Please enter my appearance in the above-captioned case on behalf of the proposed *amicus curiae* Foundation for Individual Rights and Expression.

Respectfully submitted,

*Dustin F. Hecker*
Dustin F. Hecker (BBO No. 549171)
HECKER ADR LLC
43 Bradford Street
Needham, MA 02492
dustin.heckerADR@outlook.com
*Counsel of record*

Dated: June 9, 2025

1

## **CERTIFICATE OF SERVICE**

I certify that on June 9, 2025, I caused all registered counsel of record to be served through the Court's ECF system with a true and correct copy of my Notice of Appearance.

*Dustin F. Hecker, Esq.*
Dustin F. Hecker, Esq.