Case No. 1:25-cv-11048-ADB

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, *et al*.,

Defendants.

## BRIEF OF AMICUS CURIAE COLUMBIA ALUMNI FOR ACADEMIC FREEDOM
### (Leave to file granted on June 6, 2025)

Jocelyn B. Jones
BBO No. 640958
Segal Roitman, LLP
33 Harrison Ave., 7th Fl.
Boston, MA 02111
(617) 899-1382
jjones@segalroitman.com

Sean H. Donahue
*Pro Hac Vice Application Pending*
Donahue, Goldberg & Herzog
1008 Pennsylvania Ave., SE
Washington, D.C. 20003
(202) 277-7085
sean@donahuegoldberg.com

*Attorneys for Amicus Curiae*

## TABLE OF CONTENTS

Table of Authorities.................................................................................................................ii

Statement of Interest ............................................................................................................ 1

Argument .............................................................................................................................. 3

    I.  The Trump Administration's Actions Against Harvard Are Part of a Lawless
        Campaign that Has Gravely Harmed Columbia and Other Universities ....................... 3

    II.  The Administration's Actions Imperil the Vital Public Benefits that Research
         Universities Provide ................................................................................................... 7

Conclusion ......................................................................................................................... 10

Appendix......................................................................................................................... A-1

Certificate of Service

# TABLE OF AUTHORITIES

Cases:

*Alexander v. Sandoval*, 532 U.S. 275 (2001) .......................................................................3

*Jenner & Block LLP v. Dept. of Justice*, 2025 WL 1482021 (D.D.C. 2025) ..........................5

*Keyishian v. Board of Regents of Univ. of New York,* 385 U.S. 589 (1967)............................8

*NAACP v. Button*, 371 U.S. 415 (1963) ...............................................................................5

*Perkins Coie, LLP. v. Dept. of Justice*, 2025 WL 1276857 (D.D.C. 2025)............................5

*Sweezy v. State of N.H. by Wyman*, 354 U.S. 234 (1957)......................................................8


Statutory and Constitutional Provisions:

42 U.S.C. § 2000d-1 ..............................................................................................................4

Mass. Const., Art. V, s. 2 (1780) ...........................................................................................7


Legislative History:

110 Cong. Rec. 6544 (1964)..................................................................................................4

Other Authorities:

Ruth Ben-Ghiat, STRONGMEN: MUSSOLINI TO THE PRESENT (2021)...................................... 10

*Peter Berger and Richard John Neuhaus Respond*, in TO EMPOWER PEOPLE:
   FROM STATE TO CIVIL SOCIETY (M. Novak ed., 1996)............................................................ 9

Alan Blinder, *Trump Has Targeted These Universities. Why?,* NEW YORK TIMES
   (May 27, 2025)*,* https://www.nytimes.com/article/trump-university-college.html ............. 3

Vannevar Bush, SCIENCE, THE ENDLESS FRONTIER: A REPORT TO THE PRESIDENT (1945)... 7,9

J.H. Cullum Clark, et al., *The Innovation Impact of U.S. Universities* (G.W. Bush
   Inst. 2020) ...................................................................................................................... 8

Columbia Alumni for Academic Freedom, Alumni Statement on Academic Freedom,
   https://www.columbiaalumniforacademicfreedom.org........................................................ 1

J. Oliver Conroy, *US Universities Face Choice to Surrender or Fight Back against
   Trump's 'Takeover'*, THE GUARDIAN (Mar. 20, 2025), *https://www.theguardian.com
   /us-news/2025/mar/20/universities-trump-administration* ................................................... 5

Ronald J. Daniels (with Grant Shreve and Phillip Spector), WHAT UNIVERSITIES
   OWE DEMOCRACY (2021) .................................................................................................. 10

Alan Feuer, *Trump Grants Sweeping Clemency to All Jan. 6 Rioters,* NEW YORK TIMES
(Jan. 20, 2020), https://www.nytimes.com/2025/01/20/us/politics/trump-pardons-
jan-6.html ................................................................................................................ 5

Richard W. Garnett, *The Story of Henry Adams's Soul: Education and the Expression
of Institutions*, 85 Minn. L. Rev. 1841 (2001) ......................................................... 9

Joseph Goldstein, *Medical Research at Columbia Is Imperiled After Trump Terminates
Funding,* NEW YORK TIMES (Mar. 18, 2025), https://www.nytimes.com/2025/03/18/
nyregion/columbia-research-grants-trump.html .................................................... 4

Dan Gooding & Gabe Whisnant, *Linda McMahon Says Colleges Must Be 'In Sync' with
Trump Administration*, NEWSWEEK (May 28, 2025), www.newsweek.com/linda-
mcmahon-says-colleges-must-sync-trump-administration-20780 ...................... 5

Paul Horwitz, FIRST AMENDMENT INSTITUTIONS (2013) ................................................ 9

Michael Ignatieff, *An Authoritarian Came for My University. His Objective Was
Clear*, WASHINGTON POST (June 2, 2025), https://www.washingtonpost.com/opinions/
2025/06/ 02/trump-harvard-attack-viktor-orban-ceu-hungary/ .......................... 5

Jocelyn Kaizer, *After Columbia's "Nightmare," Dozens More Universities Brace for
NIH Cuts,* SCIENCE (Mar. 18, 2025), https://www.science.org/content/article/after-
columbia-s-nightmaredozens-more-universities-brace-trump-nih-cuts .............. 4

Alan Lightman, *The Dark Ages are Back*, THE ATLANTIC (Apr. 30, 2025),
https://www.theatlantic.com/science/archive/2025/04/trump-academic-freedom/
682648/ ............................................................................................................... 8,9

Philip Marcelo, *Researchers in Limbo as Columbia Bows to Trump's Demands in
Bid to Restore $400M Federal Funding*, ASSOCIATED PRESS (March 26, 2025) ......... 3

Walter P. Metzger, ACADEMIC FREEDOM IN THE AGE OF THE UNIVERSITY (1961) .................. 8

Joseph Parilla and Glencora Haskins, *How Research Universities are Evolving to
Strengthen Regional Economies* (Brookings 2023) ............................................... 8

Nobel Prizes by Country, https://worldpopulationreview.com/country-rankings/nobel-
prizes-by-country ................................................................................................. 7

Sharon Otterman, *Trump Escalates Attack on Columbia by Threatening Its Accreditation,*
NEW YORK TIMES (June 4, 2025), https://www.nytimes.com/2025/06/04/nyregion/
columbia-trump-accreditation-civil-rights.html ..................................................... 3

REUTERS*, Columbia University Lays Off Nearly 180 Researchers Due to Trump
Funding Cuts*, (May 6, 2025), https://www.reuters.com/world/us/columbia-
university-lays-off-nearly-180-researchers-due-trump-funding-cuts-2025-05-06/ .............. 4

Andy Rose, *Timeline of the Dispute Between Trump and Harvard*, CNN via KCRA
(May 23, 2025), https://www.kcra.com/article/trump-harvard-antisemitism-campus-
funding/64866157 ................................................................................................. 3

TIMES HIGHER EDUCATION, *World University Rankings* 2025,
https://www.timeshighereducation.com/world-university-rankings/latest/world-
ranking ................................................................................................................ 7

U.S. General Services Admin., *DOJ, HHS, ED, and GSA Announce Initial Cancellation of Grants and Contracts to Columbia University Worth $400 Million* (Mar. 7, 2025), https://perma.cc/72VB-JXLL ........................................................ 3

US News, *Best Global University Rankings*, https://www.usnews.co/education/best-global-universities/rankings ............................................................................ 7

JD Vance, *The Universities Are the Enemy*, https://nationalconservatism.org/natcon-2-2021/presenters/jd-vance/ .................................................................. 3

George Washington, *Farewell Address* (Sept. 19, 1796), https://founders.archives.gov/documents/ Washington/05-20-02-0440-0002 ...................................... 7

Kimmy Yan, *Student Visa Cancellations Have Now Hit Over Half of All States. What's Behind It,* NBC NEWS (April 10, 2025). https://www.nbcnews.com/news/asian-america/international-students-revoked-visas-reasons-why-rcna200313 ............................ 5

Joseph Zuloaga and Harriet Engelke, *'Soul-crushing': A Month After Federal Funding Cuts, Researchers Grapple with Lost Grants,* COLUMBIA DAILY SPECTATOR (Apr. 27, 2025), https://www.columbiaspectator.com/news/2025/04/27/soul-crushing-a-month-after-federal-funding-cuts-researchers-grapple-with-lost-grants ........................................ 4

## STATEMENT OF INTEREST

Amicus Columbia Alumni for Academic Freedom (CAAF) was created in March 2025 in response to the Trump Administration's arbitrary and vindictive actions against our Alma Mater. Those actions—including sudden, massive terminations of funding vital to the University's research mission, as well as attempts to commandeer central parts of the University's administrative and academic life—closely resemble the actions taken against Harvard at issue in this case. As CAAF's inaugural Statement explained, such "extortive" actions "represent a grave threat to … the academic freedom and free inquiry that are the bedrock of universities in free societies."[1] "Rewarding such extortion," the Statement warned, would "only embolden" the Administration to "further encroach on academic freedom."

Founded in 1754, King's College changed its name to Columbia in 1784 to reflect its support for the new republic. Before tackling the Federalist Papers, King's College dropout Alexander Hamilton and alumnus John Jay wrote Columbia's charter. George Washington, honoring alumni who had fought in the Revolutionary War, attended the 1789 commencement. Columbia University alumni include Presidents Teddy Roosevelt, Franklin Delano Roosevelt and Barack Obama; artists Richard Rodgers and Allen Ginsberg; Justices Ruth Bader Ginsburg and Neil Gorsuch; Attorneys General William Barr and Eric Holder; politicians Shirley Chisholm and Pat Buchanan; and authors Isaac Asimov and Jhumpa Lahiri. Columbia has helped educate thousands of teachers, engineers, scientists, social workers, business leaders, nurses, doctors, artists, and lawyers, and others who help society thrive and grow. And like other leading American research universities, Columbia has repaid federal investments many times over by,

---

[1] *Statement on Academic Freedom*, https://www.columbiaalumniforacademicfreedom.org/. Individual members of CAAF who join this brief are listed in the Appendix.

1

among other things, producing fundamental research that supports vital advances in the sciences, technology, and other areas of human understanding. Columbia played a significant role in the Manhattan Project, and also houses the Nation's first dedicated Climate School.

CAAF's members are committed to helping Columbia survive current threats to its independence and institutional integrity. Members have a variety of views on recent (and past) campus protests and on the University's responses, and all agree that the right of every member of the University community to live, study, and work free from discrimination or intimidation is fundamental and enforceable. But CAAF's members are united in the conviction that nothing about recent campus events—ones that reflect real fissures in our world and nation—remotely justifies, nor is the true reason for, the sweeping, indiscriminate, and punitive actions recently visited upon Columbia and Harvard by the Trump Administration. These actions are in no way lawful responses to questions about how university administrators handled campus protests, nor to disagreements with some students', professors', or administrators' political viewpoints.

The preconditions for a free and prosperous society are at stake here. The Trump Administration's disregard of constitutional fundamentals requires the strongest rebuke.

## ARGUMENT

### I.  The Trump Administration's Actions Against Harvard Are Part of a Lawless Campaign that Has Gravely Harmed Columbia and Other Universities

The Administration's actions toward Harvard closely resemble those toward Columbia: suspending or canceling major federal grants, including for medical and scientific research studies already well underway, and issuing a series of intrusive demands that the University change core elements of governance, curricular management, and admissions.

When President Donald Trump canceled $400 million in funding to Columbia University over its handling of student protests against Israel's war in Gaza, much of the financial pain fell on researchers a train ride away from the school's campus, working on things like curing cancer and studying COVID-19's impact on children. The urgency of salvaging ongoing

research projects at the university's labs and world-renowned medical center was one factor in Columbia's decision last week to bow to the Republican administration's unprecedented demands for changes in university policy as a condition of getting funding restored.[2]

As at Harvard, these punitive actions were taken summarily, without compliance with statutory and regulatory procedures, and sanctions such as blocking scientific research grants were wildly unmoored from the asserted wrongs.

The Trump Administration's actions are part of an unprecedented nationwide attack upon research universities, institutions that top officials deem politically adverse—even as "the enemy."[3] At Columbia, that has taken the form of governmental demands and threats, efforts to commandeer management of university functions (including management of academic departments and admissions), peremptory blocking of federal grant funding that supports research at the heart of the University's mission—and, most recently, threats to the University's accreditation.[4] And as at Harvard, the Administration flagrantly disregarded Title VI's "elaborate restrictions" on agency enforcement, *Alexander v. Sandoval*, 532 U.S. 275, 290 (2001); *see* 42

---

[2] Philip Marcelo, *Researchers in Limbo as Columbia Bows to Trump's Demands in Bid to Restore $400M Federal Funding*, ASSOCIATED PRESS (March 26, 2025); U.S. General Services Admin., *DOJ, HHS, ED, and GSA Announce Initial Cancellation of Grants and Contracts to Columbia University Worth $400 Million* (Mar. 7, 2025) (announcing "immediate cancellation of approximately $400 million in federal grants and contracts to Columbia University"), https://perma.cc/72VB-JXLL.

[3] JD Vance, *The Universities Are the Enemy*, https://nationalconservatism.org/natcon-2-2021/presenters/jd-vance/. Leo Terrell, head of the multi-agency task force leading the Administration's campaign, has said: "We're going to bankrupt these universities." *Quoted in* Andy Rose, *Timeline of the Dispute between Trump and Harvard*, CNN via KCRA (May 23, 2025), https://www.kcra.com/article/trump-harvard-antisemitism-campus-funding/64866157; Alan Blinder, *Trump Has Targeted These Universities. Why?,* NEW YORK TIMES (May 27, 2025), https://www.nytimes.com/article/trump-university-college.html.

[4] *See also* Sharon Otterman, *Trump Escalates Attack on Columbia by Threatening Its Accreditation,* NEW YORK TIMES (June 4, 2025), https://www.nytimes.com/2025/06/04/nyregion/columbia-trump-accreditation-civil-rights.html.

3

U.S.C. § 2000d-1; *see also* 110 Cong. Rec. 6544 (1964) ("The purpose of Title VI is not to cut off funds but to end discrimination.") (Sen. Hubert Humphrey).

The amount of federal funding immediately suspended at Columbia is so large as to devastate important research and graduate student education programs, to require terminations of research staff, and to endanger or terminate long-term research projects with large stakes for human welfare.[5] The peremptory suspensions and terminations of grants that Columbia researchers had been awarded after competitive processes, based upon the qualifications of its researchers and the quality of its facilities, have already caused enormous harm to Columbia, serious disruption to thousands of members of the University community, and untold losses to the public from interference with the research activities.[6] These sorts of actions, as well as graphic examples of the federal government's directing its power against the University community (including wholesale blocking of student visas and detentions of students for political activity) have, predictably, created a climate of fear at Columbia, as similar efforts have on other

---

[5] REUTERS, *Columbia University Lays Off Nearly 180 Researchers Due to Trump Funding Cuts*, (May 6, 2025), https://www.reuters.com/world/us/columbia-university-lays-off-nearly-180-researchers-due-trump-funding-cuts-2025-05-06/; Joseph Goldstein, *Medical Research at Columbia Is Imperiled After Trump Terminates Funding,* NEW YORK TIMES (Mar. 18, 2025), https://www.nytimes.com/2025/03/18/nyregion/columbia-research-grants-trump.html; Jocelyn Kaizer, *After Columbia's "Nightmare," Dozens More Universities Brace for NIH Cuts,* Science (Mar. 18, 2025), https://www.science.org/content/article/after-columbia-s-nightmaredozens-more-universities-brace-trump-nih-cuts; J. Zuloaga and H. Engelke, *'Soul-crushing': A month after federal funding cuts, researchers grapple with lost grants,* COLUMBIA DAILY SPECTATOR (Apr. 27, 2025), https://www.columbiaspectator.com/news/ 2025/04/27/soul-crushing-a-month-after-federal-funding-cuts-researchers-grapple-with-lost-grants.

[6] The affected research studies and projects, numbering in the hundreds, include research on improving public health and medical care, and multi-decade health studies conducted in coordination with other universities. *E.g.*, Joseph Goldstein, *Medical Research at Columbia Is Imperiled After Trump Terminates Funding*, NEW YORK TIMES (March 18, 2025).

campuses. *See NAACP v. Button*, 371 U.S. 415, 433 (1963) (noting that First Amendment freedoms are "delicate and vulnerable," and "need breathing space to survive").[7]

      The federal government's campaign against American universities threatens to degrade the vibrancy and openness that are among the universities' defining characteristics. It is "the most serious assault on academic freedom in American history."[8] These actions also constitute naked viewpoint-based abridgements of the right to free speech, in service of a "government-imposed orthodoxy." *Jenner & Block LLP v. Dept. of Justice*, 2025 WL 1482021 at *1 (D.D.C. 2025).[9] Coming from a Chief Executive who has forgiven even violent protest when it espoused a congenial viewpoint,[10] the lesson is plain: Only congruence with the President's viewpoint determines whether activity is tolerated or subjected to harsh punishment.

      As the legal profession has also recently witnessed, an Administration willing to deploy the federal government's vast powers ruthlessly and without regard to constitutional restraints can bring even well-resourced institutions to heel. *See Perkins Coie, LLP. v. Dept. of Justice*,

---

[7] J. Oliver Conroy, *US Universities Face Choice to Surrender or Fight Back against Trump's 'Takeover'*, THE GUARDIAN (Mar. 20, 2025),*https://www.theguardian.com/us-news/ 2025/ mar/20/universities-trump-administration* ("'There is extraordinary fear across university campuses at the very top level'") (quoting AAUP general counsel Veena Dubal); Kimmy Yan, *Student Visa Cancellations Have Now Hit Over Half of All States. What's Behind It,* NBC NEWS (April 10, 2025). https://www.nbcnews.com/news/asian-america/international-students-revoked-visas-reasons-why-rcna200313.

[8] Michael Ignatieff, *An Authoritarian Came for My University. His Objective was Clear*. WASHINGTON POST (June 2, 2025)**,** https://www.washingtonpost.com/opinions/2025/ 06/ 02/trump-harvard-attack-viktor-orban-ceu-hungary/; *see also id*. ("Nothing compares to it[.]").

[9] The Secretary of Education has said: "Universities should continue to be able to do research as long as they're abiding by the laws and in sync, I think, with the administration and what the administration is trying to accomplish," Dan Gooding & Gabe Whisnant, *Linda McMahon Says Colleges Must Be 'In Sync' with Trump Administration*, NEWSWEEK (May 28, 2025), www.newsweek.com/linda-mcmahon-says-colleges-must-sync-trump-administration-20780.

[10] Alan Feuer, *Trump Grants Sweeping Clemency to All Jan. 6 Rioters,* NEW YORK TIMES (Jan. 20, 2020), https://www.nytimes.com/2025/01/20/us/politics/trump-pardons-jan-6.html

2025 WL 1276857, at *30–31 (D.D.C. 2025) (discussing reactions of Paul Weiss and other major law firms to threats from the Trump Administration as evidence that threats operated to chill protected speech). Just as a legal profession in thrall to the President cannot properly perform its role in promoting the rule of law, intimidated and censored research universities cannot function as pillars of a free society.

The campaigns against Harvard, Columbia, and other institutions are not bona fide civil rights investigations. If they were, the Government would not be attempting to destroy their targets with massive funding cuts and to disqualify large portions of their student bodies; it would instead be following Title VI's modulated, procedurally rigorous, remedially-oriented provisions, so that the opportunities afforded by the target universities are preserved for all. Instead, this is a declared war for power and control, seeking to make universities (like big law firms before them) supplicants to an all-powerful Executive.

## II. The Administration's Actions Imperil the Vital Public Benefits that Research Universities Provide

Under our Constitution, neither universities nor other private actors must justify their civic value to the sovereign in order to secure legal protection. This is a free country—universities can teach and say what they want, and the Government may not use its regulatory powers or its purse-strings to censor, punish and terrorize perceived political opponents. But it is nonetheless true that universities like Harvard and Columbia, and the dozens of others now under attack, contribute enormously to the Nation and the public welfare. They spur national and regional economic growth, generate war-winning and disease-curing technologies, and nurture many forms of human creativity. The Administration's vindictive campaign puts all that at risk.

Since this country's earliest days, universities have been vital to the American experiment: The Massachusetts Constitution of 1780, primarily authored by John Adams, stated

that in order to diffuse "[w]isdom and knowledge … among the body of the people," as "necessary for the preservation of their rights and liberties,"  "it shall be the duty of legislatures and magistrates, in all future periods of this commonwealth, to cherish the interests of literature and the sciences, and all seminaries of them; especially the university at Cambridge." Mass. Const., Art. V, s. 2 (1780). George Washington urged Congress to "[p]romote..., as an object of primary importance, institutions for the general diffusion of knowledge." *Farewell Address* (Sept. 19, 1796), https://founders.archives.gov/documents/ Washington/05-20-02-0440-0002.

Today, universities are among the United States' greatest national assets. The United States dominates rankings of the world's greatest universities,[11] and American universities have drawn talent from all over the world.  The United States' count of Nobel Prizes—most of them faculty at American universities—exceeds that of the next five countries combined.[12]

No mere gratuity, the federal government's support for university research has since World War II reflected a strategic judgment—proven correct by experience—that well-supported university research programs would deliver massive benefits for the United States. *See* Vannevar Bush, Science, the Endless Frontier: A Report to the President (1945). Columbia, Harvard, and other research universities have competed for and earned federal support by assembling expertise and infrastructure capable of supporting cutting-edge research. Universities provide fundamental research that is not provided at scale by any other institutions, including private businesses. And indeed, the federal government's investment has paid off massively for

---

[11]  *E.g.*, Times Higher Education, *World University Rankings* 2025 (16 of top 25 universities located in the U.S.), https://www.timeshighereducation.com/world-university-rankings/latest/world-ranking; US News, *Best Global University Rankings* (17 of top 25), https://www.usnews.com/education/best-global-universities/rankings.

[12] *See* https://worldpopulationreview.com/country-rankings/nobel-prizes-by-country.

the country. Since World War II, government-sponsored research has made the United States the world's leader in myriad areas of physical sciences, medicine, technological innovation, and many other domains. Today, "American universities play a pivotal role in fueling innovation, which in turn drives economic growth and raises living standards in the United States." J.H. Cullum Clark, et al., *The Innovation Impact of U.S. Universities* (G.W. Bush Inst. 2020). "America's network of research universities is one of its greatest sources of talent, entrepreneurship, and research and development—three inputs that in combination can fuel prosperity in the regions that surround those universities." Joseph Parilla and Glencora Haskins, *How Research Universities are Evolving to Strengthen Regional Economies* (Brookings 2023).

A central reason for American universities' dynamism is America's tradition of academic freedom. Distinguished American physicist Alan Lightman recently described this "freedom to express and debate ideas without fear of censorship or reprisal," as "the greatest engine of invention, innovation, and economic prosperity in our nation," and explained:

> To name just a few examples: The internet, in the form of the ARPANET, was developed by researchers at UCLA, Stanford, and MIT under the Defense Advanced Research Projects Agency in the late 1960s and '70s. Key concepts and materials for lithium-ion batteries were developed at the University of Texas and the University of Oxford. The first artificial heart was developed by Robert Jarvik and colleagues at the University of Utah. Google originated as a research project by Larry Page and Sergey Brin at Stanford. Natural-language processing, neural networks, and deep learning—all fundamental parts of AI—came out of research at MIT, Stanford, Carnegie Mellon, and the University of Toronto. Pivotal work in CRISPR gene editing was done by Jennifer Doudna at UC Berkeley.[13]

---

[13] Alan Lightman, *The Dark Ages are Back*, THE ATLANTIC (Apr. 30, 2025), https://www.theatlantic.com/science/archive/2025/04/trump-academic-freedom/682648/. *See Keyishian v. Board of Regents of University of New York,* 385 U.S. 589, 603 (1967) (referring to academic freedom as "of transcendent value to all of us"); *Sweezy v. State of N.H. by Wyman*, 354 U.S. 234, 261–62 (1957) (Frankfurter, concurring); *see also* Walter P. Metzger, ACADEMIC FREEDOM IN THE AGE OF THE UNIVERSITY (1961).

And from the social sciences to the creative arts, "intellectual and creative freedom in America

has enabled great productivity far beyond the precincts of science and technology." *Id*. As

Lightman puts it, "[a]cademic freedom is what has made America great." *Id*; *see also* V. Bush,

THE ENDLESS FRONTIER 54 ("The universities are the chief contributors to pure science, for

research thrives best in an atmosphere of academic freedom.").

       Universities promote individual freedom and community. They are dedicated fora for

people to trade ideas and form new connections—and can protect against threats from an

encroaching state. *See Peter Berger and Richard John Neuhaus Respond*, in TO EMPOWER

PEOPLE: FROM STATE TO CIVIL SOCIETY 145, 148 (M. Novak ed., 1996) (discussing "mediating

institutions" that "stand between the private world of individuals and the large,

impersonal structures of modern society"). Universities are "a central part of the infrastructure of

free expression." Paul Horwitz, FIRST AMENDMENT INSTITUTIONS 3 (2013), forming "the

scaffolding around which civil society is constructed, in which personal freedoms are exercised,

in which loyalties are formed and transformed, and in which individuals flourish." Richard W.

Garnett, *The Story of Henry Adams's Soul: Education and the Expression of Institutions*, 85

Minn. L. Rev. 1841, 1854 (2001).

    As sources of knowledge-based critiques of the powerful, universities provide a

counterweight against overbearing governments. The association between universities and

political liberty is suggested by the ways politicians seeking to suppress freedom and democracy

often turn on universities:

> Attacking universities is a time-worn page in the authoritarian's playbook, from Benito
> Mussolini's extraction of loyalty oaths from university faculty and expulsion of Jews from
> campuses in the 1920s and '30s, to Adolf Hitler's shuttering of Czechoslovakian universities
> and his execution of nine students, to the Communist government of Poland's crackdown on
> academic freedom in the 1970s that gave rise to a nomadic, underground "flying university"

whose faculty and students held clandestine classes in private homes to escape arrest by the secret police.

Ronald J. Daniels, WHAT UNIVERSITIES OWE DEMOCRACY 4-5 (2021). *See id.* at 5 (a "similar pattern is playing out today," and discussing Hungary, Turkey, Russia and Brazil); Ruth Ben-Ghiat, STRONGMEN: MUSSOLINI TO THE PRESENT 75-76, 88, 182-83 (2021) (discussing attacks on universities in Pinochet's Chile, Erdogen's Turkey, and Gaddafi's Libya). Indeed,

> Everything that universities embody is inimical to the autocrat's interest in the untrammeled exercise of arbitrary public power. They are institutions committed to freedom of inquiry, to the contestation of ideas through conversation and debate, to the formation of communities that gather and celebrate a diverse array of experiences and thought, and to individual flourishing achieved through diligent study. They rest upon a foundation of reliable knowledge and facts, which are antidotes to the uncertainty and dissimulation peddled by authoritarian regimes. They are, to quote William Rainey Harper, the first president of the University of Chicago, an "institution born of the democratic spirit."

Daniels, WHAT UNIVERSITIES OWE DEMOCRACY at 8-9.

The Administration's actions against Harvard are part of a nationwide pattern. They are anathema to American constitutional law and tradition, and pose grave dangers to institutions and practices central to this Nation's flourishing. Allowing such actions to stand would cause enormous further harm to institutions and principles across the country that are integral to American freedom, prosperity, and democracy.

## CONCLUSION

Harvard's motion for summary judgment should be granted.

Respectfully submitted,

*/s/ Jocelyn Jones*
Jocelyn B. Jones, BBO No. 640958
Segal Roitman, LLP
33 Harrison Ave., 7th Fl.
Boston, MA 02111
jjones@segalroitman.com
(617) 899-1382

*/s/ Sean H. Donahue*
Sean H. Donahue
*Pro Hac Vice Application Pending*
Donahue, Goldberg & Herzog
1008 Pennsylvania Ave., SE
Washington, D.C. 20003
sean@donahuegoldberg.com
(202) 277-7085

**APPENDIX: CAAF MEMBERS JOINING AMICUS BRIEF**
(school abbreviations listed on page A28)

Aaronson, Stuart  MSSW (SW 1989)
Abbadi, Claire  JD (LAW 2021)
Abdelfattah, Ziyad  BA (CC 2015)
Abramsky, Sasha  MS (JRN 1994)
Acha, Patricia  JD (LAW 1993)
Acholonu, Tomachukwu  BA (CC 1998)
Acworth, Edward  BS (SEAS 1990), MS (SEAS 1992)
Adams, Paul Edward MS (JRN 1986)
Adler, Alexis  BA (BC 1978)
Agee, Phil  BA (CC 1986)
Ahrens, William  BS (SEAS 1978)
Aita, Judith  MS (JRN 1979)
Akcan, Esra  PhD (GSAPP 2005)
Alam, Afreen  MIA (SIPA 2005)
Alamarie, Kaled Ahmed MS (SPS 2015)
Alba, Samantha  MA (TC 2020)
Alekseyeva, Julia  BA (CC 2010)
Allen, David  JD (LAW 1991)
Allen, Lloyd Hugh BA (CC 1998)
Altman, Dara  JD (LAW 1983)
Alvarez-Ugarte, Ramiro  LLM (LAW 2009)
Alvarez, Daniel  MPA (SIPA 2009)
Aman, Catherine  MS (JRN 1998)
Ambaras, David Richard BA (CC 1984)
Amgott, Margo  BA (BC 1979)
Amirian, Carol C BA (CC 1986)
Anastasi, Joel Dennis BS (JRN 1963)
Anderson, David Edward BA (CC 2002)
Anemone, Anthony  BA (CC 1976)
Apitz, Annette  MFA (SOA 1998)
Aradeon, Lisa  BA (CC 2000)
Arana, Yordy  MArch (GSAPP 1990)
Arango, Luis Felipe MA (SIPA 2005)
Arnold, Phyllis Lynn JD (LAW 1981)
Artinian, Emily  BA (CC 1992)
Asakawa, Kiyoshi  MA (TC 1989)
Astone, Jennifer  BA (BC 1984)
Avrick, Judith (Judy) Factor MA (GSAS 1982)
Ayers, William  EdD (TC 1987)
Bacha, Celine  BA (CC 2020)
Bacha, Christelle  BA (CC 2015)
Bachner, Wayne  BA (CC 1980)
Bagnetto, Laura-Angela  MS (JRN 2001)

Baisley (née Kambic), Amelia Sophia BA (CC 1995)
Baisley, David Michael BS (SEAS 1994)
Baker, Dan  BA (CC 1976)
Baker, Kevin  BA (CC 1980)
Baldelli, Alexandra  BA (BC 2023), MS (SEAS 2024)
Ball, Patrick D BA (CC 1988)
Ballenger, Cindy  BA (BC 1970)
Banner, Jr., James M. MA (GSAS 1961), PhD (GSAS 1968)
Barar, Rana  MPH (PH 2006)
Barasch, Amy  JD (LAW 1996)
Barcan, Adam  MIA (SIPA 2007)
Barcan, Rafael  BS (SEAS 2021), MS (SEAS 2022)
Barcan, Stephen Emanuel BA (CC 1963)
Barilec, Arlene  MIA (SIPA 1984)
Barker, Christine Visel BA (BC 1980)
Barker, Robert Edward MS (JRN 1984)
Barnsley, Margaret  BA (BC 2024)
Barrett, Dennis Timlin JD (LAW 1967)
Barrett, Thomas Shane BA (CC 1970)
Baruchin, Aliyah  MS (JRN 1997)
Baum, Josie Leah Rennie MS (GSAPP 2012)
BautisS-Adler, Esther  DPT (VPS 2019)
Bayer, Barbara  BA (BC 1976)
Beagle, Daniel S BA (CC 1964)
Beall, Natalie  MFA (SOA 2009)
Beamish, Rita C. MS (JRN 1976)
Bearmsn, Joseph Lawrence BA (CC 1959)
Bedell, Julia  JD (LAW 2016)
Bell, Jordy  PhD (GSAS 1973)
Bellow, Juliet  BA (CC 1995)
Beloff, Zoe  MFA (SOA 1983)
Benioff-White, Talia  BA (BC 2024)
Benjamin, Martin  BA (CC 1990)
Benjamin, Peter  JD (LAW 1975)
Benton, Kenneth David BA (CC 1976)
Berger, Dov Ari BS (GS 2000)
Berger, Lynn  MA (GSAS 2008), PhD (JRN 2015)
Berkin, Carol Ruth BA (BC 1964), PhD (GSAS 1972)
Berman, Jaime  JD (LAW 2017)
Bernstein, Anya  BA (CC 1996)
Bernstein, Christina Meg BA (CC 1990)
Bernstein, Matthew Evan BA (CC 1991)
Bert, Nancy  BA (BC 1981), MPH (PH 1987)
Bertaccini, Donna M MS (JRN 2016)
Bertini, June Perkins BA (BC 1970)
Besserman, Perle Sherry PhD (GSAS 1967)

A2

Bhargava, Anurima  JD (LAW 2002)
Biberman, Nancy E BA (BC 1969)
Bigioni, Fabrizio  MBA (BUS 2003)
Bing, Jennifer  BA (BC 1990)
Binkoff, Richard Neal MArch (GSAPP 1982)
Blacher, Mark  BA (CC 1991)
Black, Sheila Fiona BA (BC 1983)
Blake, Wendy  BA (BC 1989)
Blau, Justine Hope MFA (SOA 1991)
Bleecker-Adams, David Joseph BA (CC 1981)
Bliss, Sarah  BA (BC 1988)
Bloch, Joshua  BS (SEAS 1982)
Block, Fred L. BA (CC 1968)
Bloom, Janice  MA (TC 1994)
Bloomfield, David C. JD (LAW 1984)
Boenigk, Lili  BS (SEAS 2024)
Bohn, Isabelle Victoria BS (GS 2023)
Bohrenkämper, Dr. Jan  LLM (LAW 2011)
Bolger lazzari, Sarah  BA (BC 2004)
Bomer, Robert Randall MA (TC 1986), MPhil (GSAS 1995), PhD (GSAS 1996)
Bomersbach, Robert  BA (CC 1991)
Boni, Irene  MBA (BUS 2008)
Bonner, Chad Thomas BA (CC 2002)
Bookspan, Emeline  BA (BC 2020)
Borden, Sarah E. MPH (PH 2009)
Borgia, Victoria Marie BA (CC 1992)
Bose, Amitabha  BS (SEAS 1989)
Botshon, Lisa  PhD (GSAS 1997)
Bouris, Alida Magdaline MSSW (SW 2004), MPhil (SW 2008), PhD (SW 2009)
Boutel, Adrian Edward Trevor LLM (LAW 1997)
Bowman, Warigia Margaret BA (CC 1990)
Boylan, Michael Joseph BA (CC 1975)
Bradburd, Ralph  BA (CC 1970), PhD (GSAS 1976)
Brainerd, Georgina Cannon BA (CC 2025)
Brauer, Annika  MPH (PH 2022)
Bremer, Francis J PhD (GSAS 1972)
Bridenthal, Renate  PhD (GSAS 1970)
Britt, Kelly  PhD (GSAS 2009)
Brock, Jeffrey Miller MArch (GSAPP 1991)
Brodey, Denise E BA (BC 1985)
Brody, Elizabeth  JD (LAW 2017)
Brody, Ruth  BA (BC 1987)
Broido, Ellen M. BA (CC 1987)
Broido, Peter W BA (CC 1963)
Bronson, Adam Paul MPhil (GSAS 2006), PhD (GSAS 2012)
Brooks, Kelly  MIA (SIPA 2005)

Brown, Allegra  BA (CC 2011)
Bryer, Jackson Robert MA (GSAS 1960)
Bua, Paul Francis BA (CC 1993)
Buchman, Jeremy  BA (CC 1991)
Buchsbaum, Herbert R MS (JRN 1983)
Bullen, Christine Valerie BA (BC 1967)
Bunch, Greg  MFA (SOA 2022)
Burgin, Karen Black BA (BC 1964), EdM (TC 1978)
Burk, Rachel  BA (CC 1996), MA (GSAS 2000)
Buylaert, Frederik  MA (GSAS 2004)
Byfield, Judith  PhD (GSAS 1993)
Bylander, Kim  MPH (PH 2004)
Cagan, Eve  BA (BC 1979), MPH (PH 1986)
Cahill, Caedmon Magboo BA (BC 2000)
Calhoon, Claudia M. MPH (PH 2000)
Callaghan, Blair  DPT (VPS 2016)
Camacho, Michael  BA (CC 2005)
Candano, Gerardo  MBA (BUS 1994)
Cane, Jacob  BA (CC 1996)
Canedo, Eduardo  BA (CC 1999), MA (GSAS 2002) ,PhD (GSAS 2008)
Canossa, Lee  BA (BC 1971)
Cantwell, Rebecca Dirkje MS (JRN 1979)
Capeci, Jenna  MA (SIPA 2005)
Carbone, Erin  BA (BC 2005)
Cardona, Sophie  BA (BC 1994)
Carlton, Susan Kaplan MS (JRN 1983)
Carmona, Jennifer  BA (CC 1991), MPH (PH 1995)
Carter, Nadia  BA (CC 2000)
Carty, Meghan  BA (BC 2016)
Carty, Stephen  BA (CC 1985)
Casertano, Lorenzo  BA (CC 2009), DPT (VPS 2012) ,EdD (TC 2024)
Casey, Sara  DrPH (PH 2016), MIA (SIPA 2002) ,MPH (PH 2002)
Casolari, Samantha  MIA (SIPA 2005)
Cass, Amy  BA (CC 2007)
Cassuto, Leonard  BA (CC 1981)
Castedo, Juliana  BA (CC 2005)
Castellini, Lorenzo S MBA (BUS 1975)
Chadbourne, Elizabeth  MPH (PH 2020)
Chai, Tina  BA (CC 1993)
Chajet, Lori  MA (TC 1995)
Chamberlain, Jill  BA (CC 1989)
Chamberlain, Lisa C MS (JRN 2003)
Chang, Sophia  MS (JRN 2006)
Chavez, Lorraine Pedersen BA (GS 1983)
Chavkin, Wendy  MPH (PH 1981)
Chenoweth, Eric  BA (CC 1985)

Chesler, Ellen J. MA (GSAS 1972), PhD (GSAS 1990)
Chin, Daryl  BA (CC 1974)
Chipman, Andrea  BA (CC 1989)
Chitnis, Anand  BA (CC 2025)
Choi, Woo Ri Joanne JD (LAW 2021)
Chow, Rosalind  BA (CC 2002)
Christie, Donna  BA (CC 1986)
Chritton, Phillip William JD (LAW 1991)
Chu, Vivian  BA (BC 1992), MA (SIPA 1997)
Chuang, Elizabeth  MPH (PH 2012)
Chzaszcz, Laura  MA (TC 2017)
Ciannella, Kathleen Annette BA (BC 1973)
Clapp, Peter  BA (CC 1969)
Clark, Katharine T MA (GSAS 2011)
Clause, Bonnie Tocher BA (BC 1964)
Clyne Cundberg, Sarah  BA (GS 2006), MS (JRN 2008)
Coda-Nunziante, Carlo  MBA (BUS 1999)
Cody, Melinda  BA (BC 1986)
Cohen-Laurie, Jeffrey S. BA (CC 1998)
Cohen, Jessica  BA (BC 2013)
Cohen, Julie Ruth MS (JRN 1989)
Cohen, Kira Joan MA (TC 2018)
Cohen, Mardge Hillary BA (BC 1972)
Cohen, Martin Gilbert BA (CC 1957)
Cohen, Pamela Schwartz JD (LAW 1987)
Cohen, Rachel Val BA (BC 1970), MA (TC 1974)
Cohen, Roberta J BA (BC 1960)
Cohen, Steven Martin BA (CC 1970), PhD (GSAS 1974)
Colard, Sandrine  PhD (GSAS 2016)
Cole, Avanthi  JD (LAW 2021)
Collier, Mark David BA (CC 1992)
Collins, Kelly  BA (CC 1995)
Collins, Nina Lorez BA (BC 1990), MS (GS 2013)
Collins, Sarah  MS (JRN 2020)
Collins, Sheila Suzanne MA (GSAS 1967)
Conklin, Marijke  BA (BC 2001), MA (TC 2009)
Connell, Frances G BA (BC 1971), EdD (GSAS 1982)
Conner-Sax, Adam  BA (CC 1993)
Conquest, Jessica  BA (BC 2006)
Contiguglia, Francesca  BA (CC 1994), MA (JRN 1997)
Cooke, Siobhan B. BA (BC 2002)
Cooper-Kahn (nee: Cooper), Joyce Anne BA (BC 1976)
Cooper, Georgia  BA (BC 1989)
Cooper, Richard Allen BA (CC 1976)
Cordell, Rob  JD (LAW 1995)
Corrales, Lia  PhD (GSAS 2014)

Corsini, Gerard Andrew JD (LAW 1972)
Costa, Kevin R BA (CC 1981), MS (GSAPP 2023)
Craddock, Shannon Ashley BA (CC 1990)
Crawford, Rebekah Felice BA (BC 1993)
Crawford, Thomas  PhD (TC 1997)
Crawford, Thomas N PhD (TC 1997)
Crock, Stanley Miles BA (CC 1972), JD (LAW 1977)
Cross, Sally Jeannette BA (BC 1981)
Cruz, M. Luisa  BA (CC 1997)
Curtis, F Lowelll  BA (CC 1963), MA (TC 1965)
Cuyler, Elaine Ann BA (BC 1984)
Danyal, Syed  MS (BUS 2014)
Das, Jason  BA (CC 1999)
Dastin-Van Rijn, Michele J MIA (SIPA 1992)
Davalos, Liliana M PhD (GSAS 2004)
Davenport, Luke  MBA (BUS 2009), MIA (SIPA 2009)
Davenport, Nancy  PhD (GSAS 2009), MPhil (GSAS 2006)
Daverne, Isabelle Paule MBA (BUS 1977)
Davis, Ann Elizabeth BA (BC 1967)
Davis, Emory  BA (BC 2007)
Davis, Hank  BA (CC 1963)
Davis, Lennard J BA (CC 1970), PhD (GSAS 1976)
Davisson, John  BA (CC 2008)
De Bruin, Carolien  MA (BUS 2008)
De Castro Rubio Poli, Fernando  MBA (BUS 2016)
De Chant, Katherine  BA (CC 2016)
De Santis, Solange  BA (BC 1975), BS (JRN 1976)
De Silva, Gretchen Elizabeth MPH (PH 2010)
Deal, John Russell BA (CC 1993)
Dearborn, Mary V. PhD (GSAS 1986)
Della Cava, Ralph S. PhD (GSAS 1968)
Demarco, Elizabeth  BA (BC 2009)
Demas, John Peter BA (CC 1976)
Dennison, Gabrielle Porter BA (BC 1978)
Descoteaux, Steven  BA (CC 1990)
Devaney, Hilary  MFA (SOA 2022)
Devlin, Michael James MD (VPS 1982)
Dias, Wesley  JD (LAW 1978)
Dickstein, Max Joseph BA (CC 2001), MS (JRN 2006)
Dicomo, Devon  MS (JRN 2022)
Dinovelli-Lang, Danielle  PhD (GSAS 2010)
Dinsmore, Christine  MS (JRN 1997)
Dogbevi, Emmanuel K MS (JRN 2014)
Doherty, Thomas  BA (CC 1987)
Dolan, Marlene Christie MA (TC 1984)
Doll, Amanda Willoughby MA (TC 2002), EdM (TC 2008)

Dominique, Elvita  BA (BC 2003)
Donahue, Joseph  MFA (SOA 1979), PhD (GSAS 1993)
Dordai, Philippe Charles MArch (GSAPP 1982)
Dordick, Gwendolyn Ann PhD (GSAS 1994)
Dottin, Randall Ivan MFA (SOA 2003)
Dreyfuss, Nancy Matis BA (BC 1976), MS (TC 1978)
Dreyfuss, Robert Carmen BA (CC 1970)
Dubin, Donald  MD (VPS 1956)
Dubin, Louise  BA (CC 1992)
Dubnau, Eugenie J BA (BC 1960), MA (CC 1961)
Dubnau, Jenny  BA (BC 1985)
Duncan, Nancy Jane Guri BS (JRN 1968)
Dunham, Jennifer  BA (CC 1995)
Dunn, Malinda Kathryn MS (VPS 1980)
Dutton, Geoffrey H BA (CC 1966)
Dynan, Linds Marie MA (GSAS 1991), MPhil (GSAS 1991), PhD (GSAS 1994)
Dzik, Eileen  MS (JRN 1987)
Edelman, Robert Simon PhD (GSAS 1974)
Edgar, Adrienne Lynn MIA (SIPA 1987)
Edwards, Ethan  BA (CC 2015), MFA (GSAS 2018)
Eggert, Trip  BA (BC 2016)
Ehrhardt, George  MPA (SIPA 2012)
Ehrlich, Robert  BA (CC 1962)
Einhorn, Richard L BA (CC 1975)
Elder, Christina  BA (BC 2006)
Eldredge, Robert Niles BA (CC 1965), PhD (GSAS 1969)
Eliel, Ruth L MIA (SIPA 1976)
Elkin, Noah  BA (CC 1991)
Elmer, Hannah  BA (BC 2006), PhD (GSAS 2019)
Elzorkany, Omar  LLM (LAW 2011)
Emery, Charles Fiske BA (CC 1980)
Emigh, Rebecca Jean BA (BC 1984), MA (GSAS 1985)
Eng, David L BA (CC 1990)
Engel, Barbara Alpern PhD (GSAS 1974)
Engel, Dana Ruth BA (BC 1965), MA (TC 1966) ,MA (BUS 1991)
Engels, Karen  BA (CC 1996)
Englund, John Henry BA (CC 1970)
Englund, William  MS (JRN 1976)
Enrico, Maria Letizia BA (BC 1972)
Enzminger, Lena  BA (BC 2012)
Erickson, Alexander  MSSW (SW 2018)
Erickson, Amanda  BA (CC 2008)
Erlich, Mark  BA (CC 1970)
Ernst, Frederick  BA (CC 1988)
Erwin, Kevin  MPhil (GSAS 2006)
Esquire, Noelle  MPH (PH 2014)

Essomé, Michelle Kathryn MBA (BUS 1999)
Fahy, Sandra  BA (CC 1993), MA (TC 2004)
Fairclough, Pamela  BA (BC 1981)
Farber, Andrew  BA (CC 1975), MBA (BUS 1981)
Farber, Martin  BA (CC 1971)
Farrington, Darren  MFA (SOA 1993)
Feege, Christina  BA (BC 1989)
Feigenberg, Alan  MArch (GSAPP 1969)
Feldman, Diane Sue BS (BC 1964)
Feldman, Stephanie  BA (BC 2005)
Felsman, Colin Lee BA (CC 2009)
Fenley, Sally  BA (BC 1976)
Fenley, William Greene BA (CC 1973)
Ferguson, Robert Brent JD (LAW 2010)
Ferry, Elizabeth  BA (CC 1990)
Fettig, Amy  MIA (SIPA 1996)
Feuerstein, Andrew  BA (CC 1960)
Feuerstein, Harvey Saul BA (CC 1958)
Fichter, Margaret Dolid BA (BC 1968)
Fierman, Eugene J BA (CC 1966)
Finan, Christopher Michael PhD (GSAS 1992)
Fine, Anne Gabrielson BA (BC 1981)
Fine, Michelle  PhD (TC 1981)
Fisher, Elizabeth L. BA (CC 2012)
Fitzgerald, Paul Vincent BA (CC 1972)
Fleet, Katherine Anne BA (CC 1995)
Fleming, Alison Sarah BA (GS 1967)
Fleming, John Thomas BA (CC 1980)
Flint, Margaret Mitchell BA (BC 1974), JD (LAW 1983)
Flynn Gameng, Mary Ann  BA (BC 1989)
Flynn, Leah  BA (BC 2013)
Foley, Joe  MFA (SOA 2009)
Foner, Naomi  BA (BC 1966), MA (TC 1967)
Foretia, Crystal  BA (CC 2023)
Fornara, Charles William BA (CC 1986)
Fousek, John  BA (CC 1981)
Fox, Ann  BA (CC 1993)
Frampton, Megan  BA (BC 1986)
Frangos, Judith Malkin BA (BC 1964)
Frank, Carrie  BA (CC 1997), MA (TC 2000)
Frank, Laura Margolis BA (CC 1995)
Franklin, Allan  BA (CC 1959)
Franks, Becca  PhD (GSAS 2012)
Freedman, Mark  BA (CC 1979), MIA (SIPA 1980)
Freedson, Julia  MIA (SIPA 2001)
French, Lorien  MA (SIPA 1988)

Fried, Ronald K BA (CC 1977)
Friedberg, Andreas  MA (GSAS 1984)
Friedhoff, Richard Mark BA (CC 1976)
Friedl, Harald  MS (GS 2004)
Friedman, Gerald Carl BA (CC 1977)
Friedman, James Samuel BA (CC 2001)
Friedman, Michael Belais BA (CC 1964), MA (GSAS 1971)
Friedman, Michael Jon BA (CC 1965)
Fromhart, Stephen  MIA (SIPA 1998)
Fuentes, Elizabeth  MPH (PH 2007)
Gallay, Paul  JD (LAW 1984)
Gallo, Eliza  BA (CC 1993)
Gálvez (née Clawson), Alyshia  BA (CC 1995)
Galvin, Katherine Marie BA (BC 1971)
Gantrish, Kurt  BA (CC 1987)
Garberg, Gary Wayne BA (CC 1984)
Garberg, Mollie  BA (BC 1984)
Garcia, Magda T. BA (BC 1981)
Garrett, Frances Mary BA (CC 1989)
Gehr, Theodore  MIA (SIPA 1990)
Geist, Sheila  MA (GSAS 1957)
Gelber, Mitchell Evan BA (CC 1997)
Gendreau, Emelia  DPT (VPS 2024)
Geneslaw, Andrew  MS (PH 2022)
Geneslaw, Charles Howard BA (CC 1978)
Geoffrey, Russell  BA (CC 1975)
Gerrard, Megan  MA (SIPA 2011)
Gerson, Risa Beth BA (BC 1979)
Gibson, Mark  BA (CC 1986)
Gilson Wara, Rebecca  BA (CC 1994)
Ginestra, Jennifer Claire MD (VPS 2015)
Gittelson, Ben  BA (CC 2015)
Glassgold, Peter  BA (CC 1960)
Glassheim, Eagle  PhD (GSAS 2000)
Gogineni, Bina Suzanne MA (GSAS 2002), MPhil (GSAS 2005), PhD (GSAS 2011)
Gold, James Stuart BA (CC 1979)
Gold, Marthe R. MPH (PH 1986)
Goldberg, Elana Daniels BA (GS 1983)
Goldberg, Gertrude Schaffner MSSW (SW 1961), PhD (SW 1976)
Goldenberg, Rachel  BA (CC 1997)
Goldhor, Susan  BA (BC 1960)
Goldman, Alvin L. BA (CC 1959)
Goldman, Karen S BA (BC 1980), PhD (GSAS 1990)
Goldstein, James A BA (CC 1959)
Goldstein, Katherine Whitney BA (CC 2005)
Golick, Toby  BA (BC 1966), JD (LAW 1969)

Gombach, Barbara Claire PhD (GSAS 2000), MPhil (GSAS ) ,MA (GSAS )
Gonzalez Ambia, Juan Pablo  MBA (BUS 2008)
Gooch, Brad  BA (CC 1973), PhD (GSAS 1986)
Goodman, Emily Jane BS (JRN 1980)
Goodstein, Richard Alan BA (CC 1986)
Gordon, Jamie Beck MA (SIPA 1978)
Gordon, Nicole  BA (BC 1974), JD (LAW 1977)
Goshin, Lorie  PhD (NRS 2010)
Gosse, Van  BA (CC 1983)
Gottlieb, Barbara Rose BA (BC 1971)
Graebner, Alan Niehaus PhD (GSAS 1965)
Graf, Gerald  BS (PHRM 1960)
Grajnert, Paul  MFA (SOA 2005)
Granvillw, Michael Edwin BA (CC 1983), MArch (GSAPP 1992)
Gray, Jacquelyn Charisse MS (JRN 1986)
Graziussi, Graziano  MPA (SIPA 2001)
Green, Ethan  BA (CC 2022)
Greenbaum, Jessica  BA (BC 1979)
Greenberg, Cheryl  PhD (GSAS 1988), MA (GSAS 1981) ,MPhil (GSAS 1983)
Greenberg, Jessica  BA (CC 1997)
Greiff, Peter R. BA (CC 1979)
Griffith, Mathia  MA (GSAS 2021)
Gross, Marc Ian BA (CC 1969)
Groves, Jacq  MFA (SOA 2022)
Grumbach, Adam  MA (TC 1993)
Grunschlag, Dov M. BA (CC 1963), JD (LAW 1966)
Guay, Robert Edward BA (CC 1992)
Guerlac, Suzanne  BA (BC 1971)
Gunsur, Sedef  MIA (SIPA 2005)
Gurbach, Lauren  BA (CC 2020)
Gurbach, Sarah  BA (CC 2017)
Gurnis, Musa  PhD (GSAS 2004), PhD (GSAS 2011)
Gutman, Daphna  BA (CC 1997)
Guttmacher, Sally J PhD (PH 1975)
Guttmann, Dina R BA (CC 1994)
Hagemann, Eric  BA (CC 2003), MBA (BUS 2011)
Haggerty, Rebecca  BA (CC 1988), MS (JRN 2005)
Halasz, Thomas  BA (CC 1988)
Haleem, Deen  JD (LAW 2024)
Hall-Moran, Alicia  BA (BC 1995)
Hall, Anne Kelly BA (CC 1989), MA (GSAS 1993)
Hall, Clover  MBA (BUS 1972)
Hall, Jamila Marjani JD (LAW 2003)
Hall, Sara  BA (CC 1992)
Hamilton, James Jay PhD (GSAS 1978)
Hammond, Kenneth  MS (SEAS 2014), PhD (GSAS 2017)

Han, Alvina  BA (CC 2020)
Han, Darow  BA (CC 1991)
Hancock, Lynnell  MA (GSAS 1980), MS (JRN 1981)
Hand, Susanne  BA (BC 1972), MS (GSAPP 1977)
Handal, Diane Patricia MS (JRN 1999)
Hannon, James  BA (CC 1980)
Hans, Gautam  BA (CC 2006)
Hariharan, Krishnan  MIA (SIPA 2005)
Harrison, Juli Wells BA (BC 1981)
Hartman, Berl Mendelson BA (BC 1960)
Hartman, Karen Sue BA (BC 1969), MA (GSAS 1972)
Hartman, Thomas Victor MA (GSAS 1996)
Hartmann, Jenny  PhD (SW 2023)
Haskel, Paul B. JD (LAW 1988)
Hassman, J  JD (LAW 2006), MIA (SIPA 2006)
Hattemer-Higgins, Ida  BA (BC 2001)
Hatton, Yvette Marie BA (BC 1997)
Hawn, Michael Aaron MFA (SOA 2004), PhD (TC 2019)
Haxthausen, Charles Werner PhD (GSAS 1976)
Haxthausen, Christa Louise BA (BC 1995)
Haxthausen, Eric M. BA (CC 1990)
Hechtman, Sarah  JD (LAW 1993)
Hegeman, Elizabeth  MA (GSAS 1965)
Heitel, Jennifer  MPH (PH 2014)
Hekkala, Evon  PhD (GSAS 2004), MS (GSAS 2000)
Hellauer, Susan  MPhil (GSAS 1983)
Heller, Christine  BA (CC 1996)
Henderson, Samantha Jean BA (CC 2014)
Heningway, Emily  BA (BC 2006)
Hennawi, Lindsey  MSSW (SW 2017), MPH (PH 2017)
Hernandez, Aileen  BA (CC 2024)
Herrington, Elizabeth Dixon BA (BC 1986)
Herrlich, William Morgan BA (CC 1959)
Herzog, Antonia  MS (SEAS 1989)
Heyman, Jessica  BA (BC 1993)
Heymsfeld, Joel  BA (CC 1965)
Hiegel, Adrienne  JD (LAW 1994)
Hill, Alex  BA (GS 2024)
Hinzen, Parul Kapur MFA (SOA 1989)
Hirsch, Alan - MPhil (GSAS 1989)
Hirsch, Ellen Gay MSSW (SW 1965)
Hirsch, Paul Frederick BA (CC 1966)
Hock McCalley, Peggy  BS (GS 1970), PhD (GSAS 1976)
Hoffman, Anne  BA (BC 1970)
Holleman, Grace  BA (BC 2021)
Holt, Alan Bruce MArch (GSAPP 1985)

A11

Holzer, Madeleine  EdD (TC 1977)
Hood, Clifton Dodds PhD (GSAS 1986)
Hood, Whitney  JD (LAW 2016)
Horesh, Cindy  JD (LAW 1999)
Horowitz, Jason H BA (CC 1986)
Howe, William  BA (CC 2010)
Howell, Martha Congleton PhD (GSAS 1979)
Huang, Helena Y MPA (SIPA 1992)
Huang, Mab  PhD (GSAS 1969)
Huq, Chaumtoli  BA (CC 1993)
Iliev-Piselli, Marquina Marie MA (TC 2012)
Ilves, Toomas Hendrik BA (CC 1976)
Imas, Alex  JD (LAW 2013)
Injac, Sarah  BA (CC 2000)
Ireland, Gary  BA (GS 1986)
Irvine, Matthew  BA (CC 1989)
Irving, Jennifer  MS (JRN 2022)
Isola, Isabella  MBA (BUS 1986), BA (BC 1981)
Itzkowitz, Steven  BS (CC 1975)
Jachimczyk, Dacid Caesar BA (CC 1978)
Jackson, Nancy Beth MS (JRN 1963)
Jacob, Sneha  MS (PH 2010)
Jacobs MD, Troy  MPH (PH 1988)
Jacobs, Brian  BA (CC 2003)
Jacobs, Gregory A. JD (LAW 1977)
Jacoby, Stephen M. JD (LAW 1965)
Jain, Anurag  BA (CC 1998)
Jain, Navita  MPH (PH 2012)
Jawanda, Satinder  BA (BC 1989), MA (TC 1991)
Jech, Pavel  BA (CC 1990), MFA (SOA 1996)
Jeffrey, Michael Von Richthofen MIA (SIPA 1992)
Jeffrey, Sophia  BA (BC 1991)
Jenkin, Leonard  BA (CC 1962), PhD (GSAS 1973)
Jenkins, Emily Lockhart PhD (GSAS 1998)
Johnson, Jennifer  MS (NRS 2016)
Johnson, Lyman Hope BS (SEAS 2007)
Johnson, Sharon Dorothy BA (BC 1985)
Johnston, Victoria  BA (CC 2006)
Jolivet, Rachel Repetto BA (CC 1987)
Jonas, Steven BA (CC 1958)
Jordan, David  BA (CC 1990)
Jordan, Judith S MS (LS 1964), MA (GSAS 1984)
Jordan, Rob  MS (JRN 2002)
Jorgensen, Ellen Dias MA (GSAS 1979), MPhil (GSAS 1980)
Joseph, Regina Waynes MA (TC 1980)
Joslyn, Lorel Marie MA (GSAS 1977), MPhil (GSAS 1984)

Joyner, Will  MS (JRN 1979)
Juillard, Florence  BA (CC 2002)
Jung, Hyun-Tae  PhD (GSAS 2011)
Jung, Michelle  BA (BC 1991)
Kahn-Kirby, Amanda H BA (CC 1995)
Kalicki, Jan H BA (CC 1968)
Kaller, Shelly  MPH (PH 2005)
Kamal, Sauleha  BA (BC 2015)
Kane, Margaret Ann MS (SW 1972)
Kang, Changduk  PhD (GSAS 2020)
Kantor, Julie  BA (GS 2002), MFA (SOA 2013)
Kaplan (nee Resnik), Ronnie Jane BS (BC 1971)
Kaplan, Kenneth Lancet MArch (GSAPP 1984)
Kaplan, Marion  PhD (GSAS 1978)
Kappaz, Christine Marie MBA (BUS 2000), MIA (SIPA 2000)
Katz, James C. BA (CC 1975), MBA (BUS 1980)
Kausch, Eve Marie Towler BA (BC 2018)
Kayen, Jacob Silverman BA (CC 2015)
Kazarian, Katherine S. BA (BC 2012)
Kazarian, Michele Halberian BA (BC 1977)
Keck, Margaret E PhD (GSAS 1986)
Keller, Stanley  BA (CC 1962)
Kelly, Louise Price MBA (BUS 1999)
Kenney, Catherine Taft MPA (SIPA 1996)
Kenney, Sara Katherine BA (BC 1986)
Kennington, Annie  BA (BC 2010)
Kerber, Linda K BA (BC 1960), PhD (GSAS 1968)
Kerr, Gabriel  BA (CC 2012)
Ketchoyian, Edward  BS (SEAS 1982)
Khan, Shireen  MBA (BUS 2002), MIA (SIPA 2002)
Khandwala, Gopa Girin BA (BC 1985)
Khurana, Swati  BA (CC 1997)
Kidambi, Amirtha  MA (GSAS 2018)
Kidwell, Karen G. BA (BC 1976), MBA (BUS 1983)
Kilian, Crawford  BA (CC 1962)
Kim, Linda  BA (BC 1995)
King, Bessie  MA (JRN 2010)
King, David Livingston BA (CC 1981), MArch (GSAPP 1985)
King, Donald West BA (CC 1977)
Kingra, Mahinder Singh BA (CC 1989)
Kissner, Dana Gleicher BA (BC 1967)
Kizenko, Nadieszda  PhD (GSAS 1995)
Klaiber, Susan  PhD (GSAS 1993)
Klapkin, Susan Ellen BA (BC 1976)
Klass, Keren  MA (GSAS 2010)
Kleiman, Terry Sur BA (BC 1967)

Klein-Pejsova, Rebekah  PhD (GSAS 2007)
Klein, Jason Gary BA (CC 1997)
Klein, John Richard PhD (GSAS 1990)
Kline, Jennie Katherine MS (PH 1974), PhD (GSAS 1977)
Knaus, Fleta Holley BA (BC 1990)
Knipp, Donna  MS (JRN 1997)
Koblitz, Donald Jeremy BA (CC 1974)
Kobylarz, Thaddeus  BS (SEAS 1985), PhD (GSAS 1997)
Kolbert, Karen Ann MA (TC 1994)
Kolodny, Randy  MA (TC 1986)
Kopperman, Leah  BA (BC 1989)
Koral, Edward  BA (CC 1983)
Koretz, Richard  BA (CC 1975)
Korink, Saskia  MBA (BUS 1995)
Koroneos, Christopher BS (SEAS 1976), MS (SEAS 1978), EngScD (SEAS 1987)
Koss, Elaine  BA (BC 1964)
Kouretsos, Antonia  BA (BC 1976)
Kraham, Susan  BA (CC 1987), JD (LAW 1992)
Kranowitz, Carol Stock BA (BC 1967)
Krantz Evans, Gretchen Elizabeth JD (LAW 1999)
Kristiansen, Kristjana Evelyn BS (VPS 1970), MS (VPS 1972)
Kritz, Jennifer  BA (CC 1998), MA (GSAS 2000)
Krovoza, Janet D MS (JRN 1983)
Kunen, James Simon BA (CC 1970)
Kung, Chien-wen  PhD (GSAS 2018)
Kunian, David  BA (CC 1992)
Kurtzman, Laura  MS (JRN 1988)
Kutasz, Barbara Lynn BA (BC 1980), MA (TC 1983)
Kwon, Ellen Yongjoo BA (CC 1990)
Lacoss, Richard Thaddee BA (CC 1959), BS (SEAS 1960)
Lahiri, Jhumpa  BA (BC 1989)
Lahiri, Mythili  BA (BC 1994), MIA (SIPA 1995)
Lamarche, Gara  BA (CC 1976)
Landau, Barry Jay BA (CC 1963)
Langan, Elizabeth Birch PhD (GSAS 1987)
Langer, Elizabeth  BA (BC 1969)
Lanoue, Nancy  MIA (SIPA 1976)
Laplaca, Caroline  BA (CC 2021)
Lasinski, Barbara Forman BA (BC 1962)
Lattarulo, Nicolina  MS (SW 2002)
Launay, Robert  BA (CC 1970)
Lax, Timothy Emile MFA (SOA 2021)
Leban, Janet BA (BC 1956)
Lederman, Michelle  MBA (BUS 1999)
Lee, Donald  MA (TC 1988), EdD (TC 2002)
Lee, Elizabeth  BA (CC 2012)

A14

Lee, Eugenia Wu MBA (BUS 2008)
Lee, Jeannie  BA (BC 1988)
Lee, Joann  MPA (SIPA 2005), MSSW (SW 2005)
Lee, Sunhee  BA (CC 1990)
Leeper, Nicolas  BA (CC 2014)
Lefebvre, Dominique  MFA (SOA 2013)
Legardeur, Armand  MArch (GSAPP 1984)
Leibowitz, Michael Jonathan BA (CC 1966)
Leighton, Taigen Dan BA (CC 1977)
Lemberger, Michal  BA (BC 1994)
Lennon, Mary Clare  PhD (GSAS 1980), MS (PH 1984)
Lenssen, Nathan  MA (GSAS 2017), PhD (GSAS 2022)
Lerma, Judith Cashin BA (BC 1967)
Lerner, Judith Ann MA (GSAS 1966)
Lessoff, Alan  BA (CC 1981)
Levathes, Louise  MA (JRN 1971), BA (BC 1970)
Leventet, Margaret  BA (BC 1963)
Levert, William John BA (CC 1968)
Levin, John Freeman BA (CC 1966)
Levine, Judith  MS (JRN 1979)
Levy, Elizabeth  BA (CC 1991)
Levy, Karen  BA (CC 1992)
Lewis, Robin Jared PhD (GSAS 1977)
Lidofsky, Steven  BA (CC 1975), PhD (GSAS 1980) ,MD (VPS 1982)
Liebman, Jonathan  BA (CC 1981)
Liebowitz, Sharon  MArch (GSAPP 1991)
Liggio, Jeanne Marie BA (BC 1993)
Linden, Jacqueline Patricia BA (BC 1978)
Lipman, Amy  BA (BUS 1980), MA (GSAS 1990)
Lipman, Marvin Matthew BA (CC 1949), MD (VPS 1954)
Lipton, William  BA (CC 1990), MA (GSAS 2002)
Liu, Karen  BA (CC 1994)
Lloyd, Holly Prenzler MArch (GSAPP 1982)
Loader, Gordon Bruce MS (GSAPP 1985)
Long, Sean T JD (LAW 1993)
Long, Shepard  BA (CC 1992)
Lopez Martinez, Rosalaura  MBA (BUS 2018)
Lopez, Ana  BS (BC 1977), MBA (BUS 1990)
Lora, Francis  BA (CC 2003), MS (SW 2009)
Lord, Victoria Marie MA (GSAS 1991)
Lorr, Ben A BA (CC 2001)
Loughman, Siobhan Kate BA (CC 1989), MA (TC 1996)
Lovett, Margot  MIA (SIPA 1984), PhD (GSAS 1996)
Lubell, Michael S. BA (CC 1963)
Luckett, Oscar Paley BA (CC 2025)
Lund, Jakob Silas  MIA (SIPA 2009)

Lynch, James  BA (CC 1985)
Mack, Charlotte Yvonne BA (BC 1979)
Macri, Linda C. BA (CC 1987)
Maher, Sarah Elizabeth BA (BC 1991)
Makleff, Shelly  MPH (PH 2005)
Malinsky, Daniel Simon BA (CC 2011)
Malpede, Karen  MFA (SOA 1972)
Manchester, Laurie MA (GSAS 1990), MPhil (GSAS 1991), PhD (GSAS 1995)
Manktelow, Anne Eileen BA (BC 1988)
Mann, Marcy  MA (TC 1987)
Mannheimer, Michael J.Z. JD (LAW 1994)
Manning, Jeremy F. BA (CC 1990)
Manning, Steven  MS (JRN 1983)
Manos, Pauline  MIA (SIPA 1988)
Mao, Howard  BS (SEAS 2014)
Marcus, Jed S. JD (LAW 1976)
Margolis, Maxine L. PhD (GSAS 1970)
Markey, Eileen Marie BS (JRN 2000)
Markowitz, John Caleb BA (CC 1976), MA (GSAS 1978) ,MD (VPS 1982)
Marks, Laura  BA (CC 1990), MIA (SIPA 1996)
Maroon, Paul Charles BA (CC 2000)
Martin, Devon  BA (CC 1990)
Marx, Terry  MPH (PH 1989)
Marzola, Michele  MBA (BUS 1984)
Mashinic, Elisabeth  BA (BC 1980)
Mason, Stephany  PhD (GSAS 2000)
Masur, Joshua  BA (CC 1990), JD (LAW 1999)
Masur, Sandra Kazahn MA (GSAS 1962), PhD (GSAS 1967)
Mathieu, Alexandra  PhD (GSAS 2025), MA (GSAS 2019) ,MPhil (GSAS 2021)
Mawad, Dalal  MA (JRN 2012)
Maxwell, William J. BA (CC 1984)
Mays, Susan  PhD (GSAS 2013)
Mccabe, Alec D.B. MIA (SIPA 1993)
McCaffery, Regina  BA (BC 1975), MSSW (SW 1977)
McCarthy, Margaret Elanor BA (CC 1986), JD (LAW 1989)
McCarty, David Matthew BA (CC 1986)
McCarville, Michael  MPA (SIPA 2022)
McCorry, Eileen Mary BA (BC 1970), MBA (BUS 1980)
McCullough, Madison Zara MSSW (SW 2014)
McGahan, Amy Gewirtz BA (BC 1978)
McKay, Heather S BA (CC 1992)
McKeon, Michael  PhD (GSAS 1972)
McKinley, Stephen  MS (JRN 1999)
McNally, Richard John BA (CC 1980), MA (TC 1984)
McNamara, Eileen  BA (BC 1974), MS (JRN 1976)

McNeil, Emily K BA (BC 1999)
McNerney, Clare Elizabeth MPH (PH 2023)
McPherson, Samuel John BA (CC 1980)
Mead, Julia Charlotte BA (GS 2004), MA (JRN 2007)
Mechanick, Chase Henry JD (LAW 2015)
Mehta, Rohan  BA (CC 2025)
Mejia, Susana E MPH (PH 2017)
Meksin, Anya  MFA (SOA 2011)
Meltz, Daniel  BA (CC 1978)
Meltzer, Cori Flam JD (LAW 1995)
Mernin, Brendan  BA (CC 1988)
Messick, Kit  BA (BC 1996)
Metalios, Joy Kim BS (SEAS 1990)
Metalios, Marina  BA (BC 1985), MA (SIPA 1992)
Metsopoulos, Peter  BA (CC 1989)
Meyerson, Michael  MSSW (SW 1995)
Michaels, David  MPH (PH 1981), PhD (GSAS 1987)
Michaels, Sarah  BA (BC 1975)
Michelson, Melissa  BA (CC 1990)
Micheo, Francisco  BA (CC 2015)
Micir, Melanie  BA (CC 2003)
Mickey, Georgia Abigail MBA (BUS 1977), PhD (GSAS 2004)
Miller, Ashley  BA (CC 1999)
Miller, Edward  BA (CC 1998)
Miller, Karina  MFA (GSAS 2004)
Millien, Raymond  BS (SEAS 1992)
Mills, Soledad  MIA (SIPA 2005)
Minhas, Mandeep S MA (SIPA 2016)
Minnich, Richard Wayne BA (CC 1990)
Minter, James F BA (CC 1973), MA (GSAS 1974)
Miranda-Ramirez, Elisha Maria MFA (SOA 2003)
Mirza, Usama Javed EdM (TC 2017)
Mitchneck, Beth  PhD (GSAS 1990)
Mittel, Joseph  BA (CC 1959), BS (SEAS 1960) ,MS (SEAS 1961)
Mlambo, S.T.  BA (BC 2016)
Moccia, Patricia  BS (JRN 1998)
Moerman, D. Max  BA (CC 1986)
Momoni, Valerio  MBA (BUS 2007)
Moneo Feduchi, Belén  MArch (GSAPP 1991)
Monk, Daniel Bertrand BA (CC 1981), MArch (GSAPP 1984)
Montalbano, Kathryn A PhD (GSAS 2016), PhD (JRN 2016)
Monzo, Alejandro  MBA (BUS 2006)
Moody, Harry R. PhD (GSAS 1973)
Moore, Colleen Grogan MS (GSAPP 1983)
Moorsmith (née Moorthy), Elizabeth BA (CC 1991), MIA (SIPA 2002)
Moreno Jr., Richard Frank MS (JRN 1980)

Morera, Devon  MPH (PH 2017)
Morey, Alice  BA (BC 1970)
Morris, Maria Viette BA (BC 1990), MIA (SIPA 1998)
Morrison, Richard  MFA (SOA 1991)
Morton, Paul  BA (CC 2003)
Moshfegh, Ottessa  BA (BC 2002)
Mostoller, George  BA (CC 1982)
Muehlbauer, Evan  BA (CC 2007)
Muirhead, Marilyn Savarese EdD (TC 2006), MIA (TC 1983)
Mullaney, Timothy Joseph MS (JRN 1987)
Mullenix, Linda Susan MPhil (GSAS 1974), PhD (GSAS 1977)
Mummery, Alexandra Brooke BA (CC 1995)
Murphy, Jarrett Thomas MSN (NRS 2022)
Mushett, Lindsay  BA (BC 2012)
Mushett, Travis Michael PhD (GSAS 2016), MPhil (GSAS 2012)
Myers Atac, Margaret  MS (TC 2018)
Myers, Philip C. BA (CC 1966)
Nadler, Esq., Charles H BA (CC 1962)
Nagel, Frederick  MPH (PH 2014)
Nathanson, Alynn  BA (BC 1967)
Nebreda-Bello, Julian Armando BA (CC 2017)
Nelson, Laura C MA (GSAS 1987)
Nelson., William.  JD (LAW 1969)
Neugarten, Rachel  BA (CC 2004)
Neugeboren, Jay  BA (CC 1959)
Neuscheler, Philip  MBA (BUS 1974)
Neustein, Mia  BA (BC 2011)
Newman, Lisa A MS (JRN 1987)
Newton, Robert  PhD (GSAS 2001)
Nguonly, Austin  MS (PH 2022)
Nguyen, Tara  MBA (BUS 2016)
Nichols, Jeffrey Norman BA (CC 1968)
Nobert, Craig  BA (CC 1990)
Nolan, Nina Catubig BA (BC 1994)
Nollet, Christopher J BA (CC 1984)
Nolte, Claire Elaine PhD (GSAS 1990), MA (GSAS 1972)
Norich, Samuel  BA (CC 1968)
Novick, Emily R BA (BC 1984)
Nsabimana, Maurice  MIA (SIPA 2005)
O'berry, Kelly Rennick MSSW (SW 2004)
O'malley, Robert Emmet MS (JRN 1979)
O'sullivan, Patricia Ann BA (BC 1981)
O'Brien, David  BA (CC 2010)
O'Loughlin, Emma  PhD (GSAS 2016), MA (GSAS 2011) ,MPhil (GSAS )
O'Shea, Anthony Martin BA (CC 1987)
Obenzinger, Hilton Manfred BA (CC 1969)

Oberman, Jonathan Hillel BA (CC 1974), MPhil (GSAS 1979)
Ojeda Vidal, Claudia  MBA (BUS 2013)
Oko, Jennifer  MS (JRN 1994)
Okome, Mojubaolu Olufunke PhD (GSAS 1996), MPhil (GSAS 1995)
Olive, George  BA (CC 2008)
Olson, Elizabeth  BA (BC 1981)
Ortiz, Karen M BA (CC 1994)
Ortiz, Victoria  BA (BC 1964)
Paces, Cynthia  PhD (GSAS 1998)
Paget, Daniel J. BA (CC 1964), MA (GSAS 1966)
Paget, Katherine Frome BA (BC 1967)
Paine, Tim  BA (CC 2015), BS (SEAS 2015) ,MS (SEAS 2015)
Paller, Michael  MFA (SOA 1994)
Pantsios, Joan Louise BA (BC 1970)
Papiasvili, David Alexander BA (CC 2008)
Parker, Scott  BA (CC 1964), MA (GSAS 1967) ,PhD (GSAS 1974)
Parmett, Karen  BA (CC 1990)
Patel, Justine  DPT (VPS 2015)
Pearcy, Lee Theron BA (CC 1969), MA (GSAS 1971)
Pearson, Nathan  MBA (BUS 1982)
Peck-Suzuki, Miyo  BA (GS 2020)
Peligal, Rona  PhD (GSAS 1999)
Perkins, Alexis  MFA (SOA 2011)
Perko, Cheryl  MArch (GSAPP 1989)
Perlmutt, Bent-Jorgen  MFA (SOA 2007)
Perryman, Amira  JD (LAW 2021)
Perseu, Giuliano  MA (SIPA 2005)
Pesso, Lauren  MSSW (SW 2010), MPA (SIPA 2010)
Peters, Thomas David PhD (GSAS 2010)
Peterson, David Leslie BA (CC 1982), MS (JRN 1984)
Petri, Andrea  PhD (GSAS 2017)
Petry, Susan Jane PhD (GSAS 1974)
Pfeffer, Helen  BA (BC 1987), MFA (SOA 1992)
Pfitzer, Anne Cecile BA (CC 1988)
Philipson, Daphne  MBA (BUS 1974), BA (BC 1969)
Phillips, Joshua  BA (CC 1991)
Piazza, Christine Marie BA (CC 2023)
Pickford-Murray, Breedeen  MA (TC 2023)
Pierson, Melissa Holbrook MA (GSAS 1985)
Pike, Helen-Chantal  MS (JRN 1983)
Pilowsky, July  BA (CC 2012)
Pines, Alexander  BA (CC 2016)
Pini, Robert C. BA (CC 1980)
Pinkowski, Jennifer  MS (JRN 2001)
Pinsky, Laura  BA (BC 1968)
Pirani, Sylvia J BA (BC 1980), MS (GSAPP 1986) ,MPH (PH 1986)

Pirozzi, Stephen Francis MPA (SIPA 1993)
Pitkin, Mirja Iris BA (BC 1991)
Pittman, Sara  MPH (PH 2017)
Pivnick, Susan  BA (BC 1978)
Planalp, Ronnie  MBA (BUS 1986)
Plax, Irene  MFA (SOA 2018)
Plotz, Thomas J. BA (CC 1975)
Plunkett chappell, Johnna  MS (SPS 2023)
Polen, Sarah  MBA (BUS 2000), MIA (SIPA 2000)
Pollack, Noah Singer BA (CC 1996)
Popow, Michael  MBA (BUS 1994)
Porter, Laura  BA (CC 1986)
Poss, Jane  BA (CC 2020)
Postema, Thomas  MA (GSAS 1983)
Potter, Anna  MPH (PH 2011)
Powers, Martha Ann MSSW (SW 1992)
Prairie, Beth  BA (CC 1993)
Press, Alexander  BA (CC 1989)
Prime, Rebecca  BA (CC 1996)
Prins, Seth J MPH (PH 2010), PhD (GSAS 2016)
Protopapas, Alexander  BA (CC 1990)
Prudden, James Nelson BA (CC 1980)
Prudden, Nina Obolensky BA (BC 1983)
Prussin, Stephanie  MFA (SOA 2011)
Puga, Mariela Gladys LLM (LAW 2005)
Pumphrey, Madeline  MPH (PH 2023)
Qian, Zilan  BA (BC 2024)
Rabinovich, Maria  BA (CC 1990)
Rabinowitz, Alana Jane BA (BC 2024)
Rabinowitz, Mikaela  BA (CC 2002)
Radfar, Pedram  MA (GSAS 2015)
Ramos-Zayas, Ana  PhD (GSAS 1997)
Ramsey, Kate  PhD (GSAS 2002)
Rana, Marina  MPA (SIPA 2011)
Randazzo, Michael Andrew BA (GS 1988), MArch (GSAPP 1992)
Rao, Ashwini Kumar EdD (TC 1999)
Rashid, Hussein  BA (CC 1996)
Raskin, Erika  BA (BC 1980)
Rauch, Marc S. BA (CC 1969)
Reagan, John  MArch (GSAPP 1982)
Reardon, Leigh  MPH (PH 2012)
Reichman, Henry  BA (CC 1969)
Reinhard, Rachel  BA (BC 1996)
Reinmuth, Jared Dana BA (CC 1989)
Remes, Naomi  BA (BC 1976)
Remole, Kelley  BA (CC 2004), PhD (GSAS 2012) ,MS (SPS 2017)

Renard, Florence  LLM (LAW 2008)
Reuter, Grace  BA (BC 1978)
Reuter, Thomas  BA (CC 1978), BS (SEAS 1979)
Revkin, Andrew C MS (JRN 1982)
Reynolds, Drew  MA (TC 2024)
Rhee, Chae young  MS (GSAPP 2011), PhD (GSAPP 2018)
Ricci, Maria L BA (CC 1993)
Richardson, Seth  PhD (GSAS 2002)
Ridgely, Julia  BA (BC 1985), MS (JRN 1986)
Riehle, Noelani  MFA (SOA 2002)
Rigney, Mark D MFA (SOA 1992)
Riley, Brien Patrick BA (CC 1986)
Rissman, Paul  MBA (BUS 1991)
Ritz, Alison  BA (CC 1996)
Rivkin Häsler, Amanda  MS (JRN 2007)
Rizzardo, Alice  PhD (GSAS 2012)
Robins, Steven Robins Lance PhD (GSAS 1995)
Robinson, Jennifer B BA (BC 1990)
Robison, Margaret  BA (CC 1990)
Roche, Alex  MIA (SIPA 2012)
Rochelson, Meri-Jane Rochelson and Joel BA (BC 1971), MA (TC 1973)
Rock, Christa Lee BA (CC 1998)
Rodgers, Elizabeth Kate BA (CC 1990)
Rodrigues-Kfouri, Tracy  BA (BC 2011)
Rodriguez, Juana Maria MA (GSAS 1991)
Roebuck, Kristin  BA (BC 2004), PhD (GSAS 2015)
Rojas, Hestia  MPH (PH 2017)
Romine, David  BA (CC 1986)
Rona, Gabor  LLM (LAW 1996)
Rooney, Rian  BA (CC 2012)
Rosario, Nelly  MFA (SOA 1998)
Rose, Adam  MFA (SOA 2017)
Rosen, Andrea Penkower BA (BC 1960), PhD (GSAS 1970)
Rosen, Gideon  BA (CC 1984)
Rosenberg, James Bruce BA (CC 1966)
Rosenberg, Sari Beth BA (CC 1997), MA (TC 2002)
Rosenblum-Sellers, Hazel  BA (CC 2019)
Rosenfeld, Anne  BA (BC 1965)
Rosenshine, Allen Gilbert BA (CC 1961)
Rosenthal, Clifford Neal BA (CC 1966), MA (GSAS 1970)
Rosenthal, Frank S BA (CC 1965), MS (GSAS 1967) ,PhD (GSAS 1971)
Ross, Skye  MSSW (SW 2015), MPH (PH 2015)
Roth, Katalin Eve BA (BC 1970)
Roth, Monica J BA (BC 1978)
Rotstein, Andrew David BA (CC 1973), JD (LAW 1994)
Rubin, Conrad Philip JD (LAW 1992)

A21

Rubinfien, Louisa  BA (BC 1983)
Rudnick, Lena  MFA (SOA 2014)
Rudy, Sayres  PhD (GSAS 2013)
Rueda, Luis Francisco BA (CC 1983), MArch (GSAPP 1993)
Ruiz-esquide, Andrea  PhD (GSAS 2000)
Russell, Juanita Walker MBA (BUS 2009)
Russell, Richard  BA (CC 1987)
Saba, Joseph  BA (CC 1993)
Sachs, Joel  MA (GSAS 1965), PhD (GSAS 1968)
Sacks, Jared  MA (GSAS 2018), PhD (GSAS 2024)
Sadat, Leila Nadya LLM (LAW 1987)
Sagner, Stan  BA (CC 1988), MBA (BUS 1994)
Salanon, Deborah Horowitz BA (CC 1990)
Salem, Munier  PhD (GSAS 2015)
Salus-Singh, Carolyn  BS (BC 1979)
Sanborn, Keith John MA (GSAS 1975)
Sanborn, Patricia Sanborn F. PhD (GSAS 1965)
Sandberg, Larry Steven BA (CC 1979)
Santa-Wood, Beatrice  MIA (SIPA 2016)
Santiago, Emely  MSSW (SW 2017), MPH (PH 2017)
Sanz-Gould, Nicholas Julien BA (CC 2011)
Saona, Maria Margarita MPhil (GSAS 1993), PhD (GSAS 1998)
Sarkar, Sahotra  BA (CC 1981)
Saunders, Ellen O'Brien BA (BC 1963)
Sauter, Stephanie  BA (BC 1987)
Sayre, Robert Woods MA (GSAS 1966), PhD (GSAS 1972)
Scannicchio, Matthew  BS (SEAS 2024)
Scarlott, Jennifer  MIA (SIPA 1986)
Schaetzl, Christine  MSSW (SW 2005)
Schanoes, Veronica  BA (BC 1998)
Schechter, Clyde B BA (CC 1967), MA (GSAS 1969), MD (VPS 1976)
Scheffler, Kenneth J MBA (BUS 2009), MIA (SIPA 2009)
Schein, Aviva  BA (CC 1990)
Schieder, Chelsea Szendi MA (GSAS 2010), PhD (GSAS 2014)
Schlitt, Martha  BA (BC 1984)
Schnaidt, Patricia  BA (CC 1987)
Schneider, Joseph H MBA (BUS 1977)
Schneider, Michael R JD (LAW 1983)
Schneider, Peter D BA (CC 1977), JD (LAW 1983)
Schneier, Harvey A BA (CC 1963), MD (VPS 1967)
Schnitzer, Edward  JD (LAW 1997)
Schoenknecht, Marcus  LLM (LAW 2011)
Schorn, Elizabeth  BA (GS 2009)
Schrader, Abby M BA (CC 1987)
Schuchman, Ellie Moses MS (SW 1992)
Schuster, Elise  BA (BC 2004), MPH (PH 2009)

Schwartz, David  BA (CC 1988)
Schwartz, Frederic J. BA (CC 1985), MA (GSAS 1987) ,PhD (GSAS 1994)
Schwartz, Harry  BA (CC 1956)
Schwartz, Jonathan  BA (CC 1997), MS (SPS 2011)
Schwartz, Joseph Arthur BA (CC 1992)
Schwartz, Patricia Brick BA (BC 1962), MA (GSAS 1963) ,EdD (TC 1986)
Schweitzer, Frederick Max PhD (GSAS 1972)
Seal, Kathy R. BA (BC 1969)
Sector, Agathe  MA (SIPA 2005)
Sedlis, Daniel  BA (CC 1978), MBA (BUS 1983)
Seferian, Sue  BA (BC 1984)
Seigel, Jessica  MS (JRN 1987)
Sellers, Catherine  BA (CC 1991)
Selvin, Barbara  MS (JRN 1983)
Selwyn, Peter  MPH (PH 1989)
Sen, Khyber  BA (CC 2023)
Shah, Monica  JD (LAW 2005)
Shampanier, Judy  BA (CC 1990), JD (LAW 1993)
Shane, Penny  BA (BC 1985)
Shaneyfelt, Paul Henry BA (CC 1990)
Shanske, Darien  BA (CC 1995)
Shapiro, Amber  MBA (BUS 2013)
Shapiro, Terry Colen BA (BC 1967)
Shaw, Robert Dutton MS (JRN 1966)
Sheer Lipschitz, Melissa S BA (BC 1995)
Sheikholeslami, Cynthia May BA (BC 1963)
Shenefelt, Michael Baird PhD (GSAS 1990)
Shimmel, Martin Philip MBA (BUS 1975)
Shneyderman, Yuliya  BA (CC 2001), MA (TC 2004)
Shube, Sam  BA (GS 1985)
Shulman Agüeros, Robin  BA (CC 1996)
Shulman, Seth David PhD (GSAS 1970)
Sicherman, Barbara  MA (GSAS 1957), PhD (GSAS 1967)
Siegal McIntyre, Erin Elizabeth MS (JRN 2009)
Siegel, Gabrielle  BA (BC 2014)
Siegel, James E. BA (CC 1965), MBA (BUS 1968)
Sifakis, Michael  MFA (SOA 1993)
Silberman, Pamela  BA (CC 1987)
Silva-leander, Katja  MIA (SIPA 2004)
Simmons III, Daniel Paul MS (JRN 1998)
Simpson, Christine  PhD (GSAS 2014)
Singal, Daniel Joseph PhD (GSAS 1976)
Singh, Kimberly Ann BS (SEAS 1999)
Sinodinos, James  DPT (VPS 2019)
Sitko, Austen Anne PhD (GSAS 2017)
Skolnick, Katharine  JD (LAW 2009)

Slaughter, Amy  MA (GSAS 2006)
Slesar, Kristen  MS (GS 2011)
Slotnick, Susan A MA (GSAS 1973), MPhil (GSAS 1975) ,PhD (GSAS 1978)
Slovic, Anne Dorothée  MIA (SIPA 2005)
Smith, Edward Herbert BA (CC 1956)
Smith, Gavin Corey BA (CC 1982)
Smith, Jennie Erin BA (CC 1995)
Smith, Leonard Vinsom MIA (SIPA 1982) GSAS 1990
Smith, Tyler  MArch (GSAPP 1969)
Sobel, Matthew J. BA (CC 1959), BS (SEAS 1960) ,MA (GSAS 1964)
Sobolowski, Stefan  PhD (SEAS 2010)
Sok, Chivy  MIA (SIPA 1995)
Solomon, Dan  BA (CC 1980)
Solomon, Nancy  BA (BC 1983)
Solomon, Tess  BA (BC 2015), MPH (PH 2019)
Solow, Barbara  MS (JRN 1987)
Somom, Stu  MIA (SIPA 1978)
Southey, Safia  BA (GS 2021)
Spaulding, Roger Barry MIA (SIPA 1976)
Spencer, Barbara Brandi EdD (TC 1979), MA (TC 1977)
Spiridon, Barbara  MS (JRN 1983)
Spishak-Thomas, Mandi  MSSW (SW 2013), PhD (SW 2023)
Springer, Carolyn Mae BA (BC 1981), MA (TC 1983) ,PhD (GSAS 1992)
Squire, Clayton Russell MA (TC 1995)
Staley, Oliver  BA (CC 1993), MS (JRN 2003)
Stamm, Eric Gregory MSSW (SW 1984), MPH (PH 1986)
Stein, Sally Ann BA (BC 1972)
Sterling, Carol  BA (BC 1958), MA (TC 1974)
Stern, Joyce Duran BA (BC 1960)
Stern, Michael  BA (CC 1970)
Stern, Neil Zachary BA (CC 1986)
Stern, Sarah  BA (CC 2016)
Stewart, Jalina  BA (CC 1992)
Stewart, Mahlon  DPT (VPS 2008)
Stone, Wendy  BA (BC 1970)
Strader, John Kelly MIA (SIPA 1978)
Striebel Maclean, Jessica  MA (GSAS 2005)
Stroschein, Sherrill  MIA (SIPA 1994), PhD (GSAS 2000)
Strouf, Kendra  MA (TC 2016)
Sturlis, Ina  BA (GS 2014)
Sturtevant, Elliott  PhD (GSAPP 2024)
Styron, Claire Alexandra BA (BC 1987), MFA (SOA 1999)
Suggs, Trisha  BS (CC 1990)
Sulka, Jill BA (BC 1992)
Sullivan, Anne Cammer BA (BC 1967)
Sullivan, Janet  BA (BC 1966), MA (TC 1968)

Summers, Megan  MA (TC 2014)
Summit, Aleza  MPH (PH 2012)
Sun, Joyce  BA (CC 1988)
Sund, Newman  BA (CC 1995)
Sund, Vivian  BA (CC 1995)
Surtshin, Julia  BA (BC 1975)
Susman-Peña, Tara  MA (GSAS 1997)
Sussman, Ruth Pearl BA (BC 1960), PhD (GSAS 1981)
Sussman, Susan  MFA (SOA 1977)
Sveen, Sarah  MFA (SOA 2014)
Swan, Anne  MFA (SOA 2009)
Swan, Claudia  BA (BC 1985), PhD (GSAS 1997)
Swann, Victoria (Fike) BA (CC 1995)
Swanson, David  BA (CC 2018)
Swanson, Joan Linnea MSSW (SW 1987)
Swerdlowe, Allen  MArch (GSAPP 1984)
Swindells, Geoffrey David MS (LS 1994)
Tabac-Sheridan, Lara  BA (CC 1991)
Takeuchi, Akiko  PhD (GSAS 2008)
Talbott, James  BA (CC 1999)
Tambor, Molly  PhD (GSAS 2007)
Tan, Joshua Paul PhD (GSAS 2014)
Tassi, Anthony  MIA (SIPA 1993)
Tatum, Rebecca  MA (TC 2001)
Taub, Steve  BS (SEAS 1991)
Tavernier, Latoya Asantelle BA (CC 2005)
Tayebaly, Imran  MBA (BUS 1976)
Taylor, Delphine  BA (CC 1987), MD (VPS 1997)
Taylor, Signe Marguerite BA (BC 1987)
Tedeschi, Robert Francis MS (JRN 1990)
Tegeler, Philip  JD (LAW 1982)
Teitelbaum, Benjamin  BA (CC 2008), MS (JRN 2012)
Teitelbaum, Lawrence Paul BA (CC 1971)
Terepka, Jean Ballard MA (GSAS 1975)
Tewary, Akshat  BA (CC 2000), MA (GSAS 2007)
Tharp, Martin  MA (GSAS 1997)
Thomas, Jeffrey E. BA (CC 1983), MD (VPS 1988)
Tiensuu, Tuomas Mikael LLM (LAW 2018)
Tkach, Andrew  BA (CC 1979), MS (JRN 1983)
Toffoli, Julia Ritz MIA (SIPA 2012)
Tolan, Brian Keith BS (SEAS 1981)
Tolkin, Samuel Morton MArch (GSAPP 1962)
Townsley, Susan Kopp MBA (BUS 1993), MSSW (SW 1993)
Tranter, Joel  BA (CC 1990)
Trebat, Gabrielle  MA (SIPA 1999)
Trenam, Tracey Lynn PhD (GSAS 1994)

Trinchieri, Camilla Maria BA (BC 1963), MFA (GSAS 1996)
Tse, Claire Lisa BA (BC 1978)
Tua, Benjamin  BA (CC 1964)
Tuluenga, Karra  MPA (SIPA 2020)
Tuohy, Fergus  MS (JRN 2018)
Ullmann, Michal  MIA (SIPA 2005), MPH (PH 2006)
Umansky, Ellen M PhD (GSAS 1981)
Ungar, Mark Daniel MIA (SIPA 1991), PhD (GSAS 1997)
Upadhyay, Ushma  MPH (PH 1998)
Urdang, MD, Elliott Burt BA (CC 1956)
Van Bodegraven, Wouter  MA (GSAS 2024)
Van Haaften, Julia  BA (BC 1968), MS (LS 1970)
Van Hezewijk, Jeroen Koos LLM (LAW 2008)
Van hove, Corey  MD (VPS 1999)
Vassallo, John A BA (CC 1959)
Vegas, Maria Corina LLM (LAW 1993)
Velasco, Alberto Rafael MBA (BUS 1970)
Ventura, Marissa  BA (BC 1991), MS (JRN 1994)
Verdi, Kristen  MBA (BUS 1996)
Vigeland, Peter Kristian JD (LAW 1980)
Vogel, Michael  JD (LAW 1991)
Volpp, Leti  JD (LAW 1993)
Von Stein, Stephanie  MIA (SIPA 1993)
Vosk, Arno D. BA (CC 1967)
Voss, Carl  DMA (GSAS 2004)
Wagner, Amy Goodfellow MFA (SOA 1978)
Wald, Priscilla  PhD (GSAS 1989)
Walker, Brian Paul MArch (GSAPP 2005)
Wallace, Hank  JD (LAW 1970)
Wallace, Robert Kimball PhD (GSAS 1972)
Wallach, Alan  BA (CC 1963), MA (GSAS 1965) ,PhD (GSAS 1973)
Walsh, Judith E BA (BC 1965), PhD (GSAS 1976)
Wang, Geraldine  MS (GSAPP 1982)
Wansbrough, Gwyn  MIA (SIPA 1998)
Warren, Constancia  PhD (TC 1983)
Wasserman, Joyce  BS (CC 1975)
Watanabe, Myrna  BA (BC 1970)
Watson, Susan  MFA (SOA 2001)
Watson, Timothy  PhD (GSAS 1998)
Wattenberg, Ruth  BA (BC 1981)
Weber, Sandra S MPH (PH 1989)
Wegsman, Ron Dov BA (CC 1982)
Weichbrodt, Hannah  JD (LAW 2017)
Weil, Gordon L PhD (GSAS 1961)
Weinbaum, Laura  BA (CC 1992)
Weinberg, Sharon J JD (LAW 1984)

Weisberg, Anna  BA (GS 1995)
Weisberg, Jennifer  BA (CC 1990), MA (GSAS 1993) ,MPhil (GSAS 1995)
Weisman, Judith  BA (BC 1975)
Welber, Susan Elizabeth BA (CC 1992)
Welch, Cheryl Brown PhD (GSAS 1979)
Wells, Hallie  BA (BC 2005)
Wells, Mary Paul MS (JRN 1983)
Werth, Tiffany Jo PhD (CC 2006)
Wessel, Rebecca Rhea MIA (SIPA 1998)
West, Martha Ullman BA (BC 1960)
Wetzel, Jeffrey Thomas BS (SEAS 1978), MS (SEAS 1980), EngScD (SEAS 1983)
Wetzell, Richard F MA (GSAS 1985)
Whalen, Aili  BA (CC 1994)
Wheeler, Benjamin  BA (CC 2002)
White, Patricia  BA (CC 1992)
Whitford, Ellen Louise MA (JRN 1983)
Wickland, David Geller MIA (SIPA 2019)
Wiener, Bruce H. BA (CC 1972)
Wilentz, James Robert BA (CC 1972)
Wilgoren, Rachel  JD (LAW 2002), MSSW (SW 2002)
Willdorf, Bonnie Ann BA (BC 1970)
Williams, Anne  BA (CC 1989)
Williams, Gratia Cassandra PhD (GSAS 2006)
Williams, Maureen Patricia BA (BC 1986)
Williams, Tommy  BA (CC 1989)
Willis, Meredith Sue  BA (BC 1969), MFA (SOA 1972)
Wilson, David Leigh BA (CC 1968), MA (GSAS 1970)
Wilson, Frank R BA (CC 1959)
Winters, Matthew S BA (CC 2001), PhD (GSAS 2009)
Wolf, Morton Frederick MBA (BUS 1979)
Wolfe, Deborah Sue PhD (GSAS 1994)
Womack, Ryan  BA (CC 1989)
Wong, Peiyi Amelia BA (CC 2006)
Woodward, Brenda  BA (BC 1964)
Worrall, Kathleen Sun BA (BC 2012), DPT (VPS 2019)
Wright, Kami R BA (BC 1996)
Wright, Marian Frazer Harris BA (CC 1990)
Wulach, Sandra Hicks BS (NRS 1969)
Wulach, Suzanne  BA (BC 2008)
Wurman, Leonard Howard BA (CC 1963)
Yanish, Casimir J MArch (GSAPP 1984)
Yarmosky, Elyse Joelle MSSW (SW 2016)
Yewaisis, Christine Marie MS (GSAPP 1995)
Yick, Paulina  MBA (BUS 1994)
Young, Christopher  MFA (SOA 1998)
Young, Peter Wesley MPH (PH 2006)

A27

Yuan, Erhmei  BA (CC 1990), MArch (GSAPP 1994)
Zamani, Majid  MPA (SIPA 2006)
Zaphiropoulos, Lela  MSSW (SW 1966)
Zecker, Robert Michael BA (CC 1984), MA (GSAS 1985)
Zimbabwe, Jess  BA (CC 1999)
Zimmerman, Jonathan  BA (CC 1983)
Zinoman, Amanda B BA (BC 1984)
Ziv, Barbara  BA (BC 1972)
Zive, Joel Lawrence MPH (PH 2020)
Zucker, Susan Michael BA (BC 1978)
Zuckerman, Andrea Stone MS (JRN 1981)
Zuckerman, Arleen Phyllis BA (BC 1967), MA (TC 1969), MBA (BUS 1981)
Zwicker, Joseph Helden BA (CC 1983)

***School Abbreviations***:
BC (Barnard College)
BUS (Graduate School of Business)
CC (Columbia College)
GS (School of General Studies)
GSAPP (Graduate School of Architecture, Planning and Preservation)
GSAS (Graduate School of Arts and Sciences)
JRN (Graduate School of Journalism)
LAW (School of Law)
LS (School of Library Service)
NRS (School of Nursing)
PH (Mailman School of Public Health)
PHRM (College of Pharmaceutical Sciences)
SEAS (Fu Foundation School of Engineering and Applied Science)
SIPA (School of International and Public Affairs)
SOA (School of the Arts)
SPS (School of Professional Studies)
SW (School of Social Work)
TC (Teachers College)
VPS (Vagelos College of Physicians and Surgeons)

**CERTIFICATE OF SERVICE**

I, Jocelyn B. Jones, hereby certify that on June 9, 2025, I filed a true copy of the foregoing Brief of Amicus Curiae Columbia Alumni for Academic Freedom through the ECF system which will provide copies electronically to all registered counsel.

/s/ *Jocelyn B. Jones*