UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF EDUCATION; LINDA M. MCMAHON, in her official capacity as Secretary of the United States Department of Education; UNITED STATES GENERAL SERVICES ADMINISTRATION; STEPHEN EHIKIAN, in his official capacity as Acting Administrator of the United States General Services Administration; UNITED STATES DEPARTMENT OF ENERGY; CHRISTOPHER A. WRIGHT, in his official capacity as Secretary of the United States Department of Energy; UNITED STATES NATIONAL SCIENCE FOUNDATION; SETHURAMAN PANCHANATHAN, in his official capacity as Director of the United States National Science Foundation; UNITED STATES DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JANET E. PETRO, in her official capacity as Acting Administrator of the National Aeronautics and Space Administration; UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in her official | Civil Action No. 1:25-cv-11048-ADB |

| |
|---|
| capacity as Secretary of Agriculture; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; and SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development, |
| Defendants. |

**ASSENTED-TO MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* 12,041 HARVARD ALUMNI IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7.1(b)(3), proposed *amici curiae* 12,041 Harvard Alumni respectfully request leave to file the attached brief in support of Plaintiff's motion for summary judgment (the "Brief"). In support of this motion, proposed *amici curiae* state as follows:

1. The 12,041 Harvard alumni who have signed onto the Brief are listed in Appendix A by name, degree, and year of graduation. *Amici* are graduates of Harvard's Faculty of Arts and Sciences—including graduates of Radcliffe College before it merged with Harvard—as well as Harvard's schools of Business, Dental Medicine, Design, Divinity, Education, Engineering, Extension, Government, Law, Medicine, and Public Health. Many Harvard alumni remain active members of the Harvard community. Movants span multiple generations and include individuals from the graduating classes of every single year from 1950 to 2025.

2. The Court has discretion to permit the filing of *amicus curiae* briefs. *See Bos. Gas Co. v. Century Indem. Co.*, Civ. Action No. 02–12062–RWZ, 2006 WL 1738312, at *1 n.1 (D. Mass. June 21, 2006) ("[C]ourts have inherent authority and discretion to appoint amici.").

3. The Brief will assist the Court in its consideration of the pending motion because Harvard alumni play a critical role in the university's governance and hold a unique perspective

on the importance of Harvard as an independent academic institution, as well as responsibility for maintaining its commitment to academic freedom, truth, and service to the world.

4.  The proposed Brief, excluding the appendix, does not exceed ten pages in length.

5.  All parties, through conference with counsel, have consented to the relief requested by this motion.

WHEREFORE, 12,041 Harvard Alumni respectfully request that this Court grant leave to file the Brief.[1]

Dated: June 9, 2025                                     Respectfully submitted,

| | |
|---|---|
| Anurima Bhargava* | /s/ Lauren Godles Milgroom |
| Harvard College Class of 1996 | Joel Fleming (BBO No. 685285) |
| Anthem of Us, LLC | Harvard Law School Class of 2011 |
| 30 Bow Street | Lauren Godles Milgroom (BBO No. 698743) |
| Cambridge, MA 02138 | Harvard Law School Class of 2017 |
| (617) 575-9001 | EQUITY LITIGATION GROUP LLP |
| anurima@anthemofus.com | 1 Washington Mall #1307 |
| | Boston, MA, 02108 |
| Marco Simons* | (617) 468-8602 |
| Harvard College Class of 1997 | jfleming@equitylitigation.com |
| Law Office of Marco B. Simons | lmilgroom@equitylitigation.com |
| 6218 Georgia Ave NW Ste 1 #594 | |
| Washington, DC 20011 | *Attorneys for [Proposed] Amici Curiae 12,041* |
| 917-696-3304 | *Harvard Alumni* |
| marcosimonslaw@gmail.com | |

*pro hac vice application forthcoming

---

[1] *Amici* agreed to join the Brief by submitting their information through a dedicated form. With support from volunteers, counsel cross-checked a sampling of submissions against the Harvard alumni database and other sources to verify *amici*'s status as Harvard alumni.

3

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for proposed *amici curiae* have conferred with counsel for the parties. All parties consent to the request for leave to file the Brief.

*/s/ Lauren Godles Milgroom*
Lauren Godles Milgroom (BBO No. 698743)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF) on June 9, 2025.

*/s/ Lauren Godles Milgroom*
Lauren Godles Milgroom (BBO No. 698743)