# Appendix A

Philip Aaberg, A.B. '71

Pamela Aall, A.B. '72

Marjorie Aaron, J.D. '81

Kenneth Isaiah Ibasco Abante, M.P.A. '19

Alice Abarbanel, A.B. '67

Michael Abate, A.B. '00

Celina Abba, M.L.A. '23

Steve Abbey, A.B. '87

Andrew Abbott, A.B. '70

Katherine Abbott, M.P.A. '88

Sheila Abdallah, A.B. '94 M.D. '12

Maha Abdelsalam, M.B.A. '22

Adriana Abdenur, A.B. '97

Roxanne Abder, A.B. '95

Raolat Abdulai, M.M.Sc. '17

Rabiatu Abdullah, M.D. '99

Margaret Abe-Koga, A.B. '92

Suzanne Abel, A.B. '72

J. Lawrence Aber, A.B. '73

David Abernethy, A.B. '59 Ph.D. '66

Gail Ablow, A.B. '84

Alan Abola, A.B. '98

Brooke Abola, A.B. '98 J.D. '03

John Aboud, A.B. '95

Jo Ann Abraham, A.B. '58

John Abraham, A.B. '96 '

Luann Abrahams, CMS '97

Tara Abrahams, A.B. '99 M.B.A. '04

Michael Abram, A.B. '66 J.D. '71

Daniel Abrams, A.B. '90

Lisa Abrams, A.B. '87

Rebecca Abrams, A.B. '86

Arthur Abrantes, A.B. '20

Allan Abravanel, J.D. '71

Karen Abravanel, J.D. '03

David Abromowitz, J.D. '82

Jordan Abshire, J.D. '04

Akua Abu, A.B. '14 J.D. '20

Adan Acevedo, A.B. '13 M.B.A. '23

Sharon Achinstein, A.B. '85

Paul Achitoff, A.B. '77

Ben Achtenberg, A.B. '65

Martha Ackelsberg, A.B. '68

Anne Ackerley, A.B. '84 M.B.A. '88

Margaret Ackerley, A.B. '87

Allan Ackerman, M.Arch. '74

Ashley Ackerman, A.B. '88

Janet Adachi, A.B. '74

Richard Adair, A.B. '64 M.D. '68

Raja Adal, Ph.D. '09

David Adams, A.L.B. '25

Dr. Ann Jensen Adams, A.B. '71 Ph.D. '85

Elizabeth Willard Adams, A.B. '82

George Adams, A.B. '77

Jama Adams, M.P.P. '06

Jane Adams, A.B. '79

Jonathan Adams, A.B. '77

Margery Adams, A.B. '76

Melissa Adams, Ph.D. '14

Michael Adams, A.B. '83

Peter Adams, D.B.A. '68

Thomas Adams, J.D. '69

William Adams, M.B.A. '74

Earl Adams, III, A.B. '75

Lane Addonizio, A.B. '92

Jo Addy, M.P.H. '05

Karen Adelman, A.B. '07

Jacob Adler, A.B. '76 Ph.D. '85

Jax Adler, A.B. '25

Jordan Adler, A.B. '20

Kate Adler, A.B. '91

Lani Adler, A.B. '77

Priscilla Adler, A.B. '76

Stephen Adler, A.B. '61

Stuart Adler, A.B. '75

Warren Adler, A.B. '69

Elaine Adler Bresnick, Ed.M. '79

Jessica Adler Kuznick, A.B. '88 Ed.M. '94

Ronald Aerni, A.M. '75

Jeannie Affelder, A.B. '83

Tiffany Agard, A.B. '15

Winifred Agard, A.B. '91

Valerian Agbaw-Ebai, M.P.A. '06 '

Henry Agbo, A.B. '09

Bryan Agnetta, A.B. '96

Tim Agnew, M.B.A. '92

Peter Agoos, A.B. '75

Anjana Agrawal, S.M. '92

Ashish Agrawal, A.B. '08

Priya Agrawal, M.P.H. '05

Ravin Agrawal, A.B. '91 M.B.A. '95

Smriti Agrawal, LL.M. '16

Carlos Agualimpia, CSS '91

Maria Agui Carter, A.B. '86

Francisco Aguilar, A.B. '05 M.P.P. '12

Sunddip Aguilar, A.L.M. '22 A.L.M. '

Francisco José Aguilar-Urbina, LL.M. '87

James Ahern, A.B. '75

Michele Ahern, M.P.P. '95

Surjeet Ahluwalia, M.P.P. '03

Muneer Ahmad, A.B. '93 J.D. '96

Nayab Ahmad, A.B. '15

Arsal Ahmed, A.L.M. '24

Fauzia Ahmed, A.B. '77 S.M. '82

Sarah Ahn, M.B.A. '92

Amy Ahner, Exec. Ed. '17

Amrita Ahuja, Ph.D. '09 A.M. '06

Marc Aidinoff, A.B. '12

Seth Aidinoff, A.B. '79 M.B.A. '83

Jim Aiello, A.B. '90

Alex-Handrah Aime, A.B. '98

Abimbola Aina, A.B. '93 A.M. '93 M.D. '97

Ranjit Aiyagari, A.B. '96

Chris Ajemian, Ed.M. '19

Olu Ajilore, A.B. '92

Scott Akalis, Ph.D. '07

Kira Akerman, Ed.M. '24

Nathaniel (Nick) Akerman, J.D. '72

Nicklas Akers, J.D. '00 M.P.H. '00

Alexander Akin, A.M. '99 Ph.D. '09

Motolani Akinola, M.P.H. '19

Luma Al-Attar, A.B. '95

Dalia Al-Othman, A.B. '98 J.D. '01

Ayah Al-Zubi, A.B. '23

Sara Al-Zubi, M.D. '24 M.P.P. '24

Elisa Alabaster, A.B. '89

Shahab Albahar, M.L.A. '15

Yevgenia Albats, Ph.D. '04

Sarah Albee, A.B. '85

Richard Alben, A.B. '65 Ph.D. '67

Christina Albers, A.B. '79

Robert Albert, A.B. '70

Ross Albert, A.B. '82

Laurence Alberts, A.B. '84

Patrick Alberts, AMP '22

Carlos Albors, A.B. '18

Oscar Alcantara, A.B. '90

Alex Aldrich, A.B. '80

Keith Aldrich, M.D. '08

Marjorie Aldrich, M.B.A. '82

Cori Aleardi, A.B. '99 MBA '05

Joseph Aleardi, Ed.M. '25

Patricia Alejandro, J.D. '17

Amanda Alexander, A.B. '04

Barton Alexander, A.B. '73 Exec Ed '84

Jeffrey Alexander, A.B. '69

Lillian Alexander, A.B. '13

Nancy Alexander, M.T.S. '83

Sarah Alexander, J.D. '12

Solita Alexander, A.B. '97

Susan Alexander, J.D. '67

Vinita Alexander, A.B. '07

William Alexander, A.B. '75

Gwendolyn Alexis, J.D. '72

Dominique Alfandre, A.B. '79

Ligia Alfonzo, A.L.M. '24

John Alford, M.B.A. '01

Richard Alfred, A.B. '77

Saima Ali, A.L.B. '20

Syed Ali, M.U.P. '19

ZeSean Ali, M.T.S. '22

Mark Alimansky, M.B.A. '68

Véronique Allarousse, LL.M. '90

Alexis Allen, A.B. '19

Brian Allen, A.B. '76

Bruce Allen, A.B. '73

Candace Allen, A.B. '71

Charles Allen, A.B. '70

David Allen, A.B. '63 M.B.A. '69

Debra Allen, A.B. '88

Jacqueline Allen, J.D. '79

Katy Allen, A.B. '05

Kristy Allen, A.B. '04

Rachel Allen, A.B. '91

Sheila Allen Avelin, A.B. '93

Tanene Allison, M.P.P. '06

Amy Allison (nee Richardson), A.B. '88 Ed.M. '95

Dariela Almeda, S.M. '10 Ph.D. '14

Barbara Alonso, M.P.P. '88

Cristina Alonso, Dr.P.H. '21

Benjamin Alpers, A.B. '86

David Alpert, A.B. '00

Fatima AlQubaisi, LL.M. '17

Stacey Alston, A.B. '84

Beto Altamirano, M.P.A. '22

Dean N. Alterman, A.B. '81

John Altman, A.B. '69

Michael Altman, J.D. '68

Stephanie Altman Dominus, A.B. '90

Sarah Altschuller, J.D. '02

Mia Alvar, A.B. '00

Karla Alvarado, A.B. '19

Abraham Alvarez, A.B. '09

Amelia Alvarez, M.P.P. '93

Teresita Alvarez-Bjelland, A.B. '76 M.B.A. '79

Andres Alvarez-Davila, A.B. '17

Ruben Alvero, A.B. '80

Kenneth Alyass, Ph.D. '25 A.M. '21

Franziska Amacher, M.Arch. '77

Takuma Amano, M.B.A. '72

Chinyere Amanze, J.D. '22

Alexandra Amati, Ph.D. '94 A.M. '91

Theresa Amato, A.B. '86

Robert Ambaras, A.B. '78 J.D. '81

Hiroshi Amemiya, M.P.A. '06

Richard America, M.B.A. '65

Steven Amerikaner, A.B. '69 J.D. '73

Andrew Ames, A.B. '95

James Ames, A.B. '95

Jennifer Amico, A.B. '05

David Amory, A.B. '75 M.Arch. '80

Vanessa Ampelas, M.B.A. '16

Cory Amron, J.D. '77

Tangeni Amupadhi, M.P.A. '18

Chimaobi Amutah, A.B. '07

Flora Amwayi, J.D. '13

Dongzhengyang An, M.M.Sc. '20

Eunice An, A.B. '85

Stephen Anable, Ed.M. '98

Photeine Anagnostopoulos, A.B. '81 M.B.A. '85

Malika Anand, M.P.A. '10

John Anas, A.B. '72

Jessica Ancker, A.B. '87

Ellen Andermabn, A.B. '77

Rebecca Anders, A.B. '09

Richard Anders, A.B. '79 J.D. '84

Kathryn Andersen Day, A.B. '07

Caitlin Anderson, A.B. '95

Dale Anderson, A.B. '75

David Anderson, A.B. '78

Elizabeth Anderson, A.B. '04

Ethan Anderson, M.B.A. '03

Grace Anderson, A.B. '96

Jace Anderson, A.B. '90

James Anderson, A.B. '86

John Anderson, A.B. '95

Julie Anderson, A.B. '71

Kenneth Anderson, A.B. '62 J.D. '65

Laurel Anderson, Ph.D. '22 A.M. '17

Nancy Anderson, A.B. '71 J.D. '76

Quintin Anderson, M.B.A. '01

Richard Anderson, A.B. '72

Shakibria Anderson, A.B. '00

Stephen Anderson, A.B. '75

Rozlyn Anderson Flood, A.B. '77 J.D. '80

Roxanne Ando, J.D. '78

Kenneth Andrasko, A.B. '74

Bryan Andrews, M.P.A. '24

Jane Andrews, A.B. '72 M.P.H. '95

Soa Andrian, A.B. '16

Richard Androne, A.B. '68

Philip Angelides, A.B. '74

Claudia Angelos, A.B. '71 J.D. '74

Gina Angiolillo, J.D. '18

Leila Anglade, LL.M. '90

Marcia Angle, A.B. '76

Shawn Anglim, M.T.S. '91

Carolyn Angney, A.B. '72

Michael Ansara, A.B. '68

Nida Ansari, A.B. '18

Ken Ansin, M.P.A. '06

Sharon Antia, Ed.M. '10

Miho Aoki, M.B.A. '87

Susan Apel, J.D. '86

Kalman Applbaum, Ph.D. '92

Michael Appleton, A.B. '69

Jerome Apt, A.B. '71

Emily Apter, A.B. '76

Tomas Aragon, M.D. '88 M.P.H. '88

Gonzalo Arana, M.P.A. '24

Sebastian Arana, A.B. '23

Sandra Arber, A.B. '87

David Arcara, M.B.A. '90

Nina Archabal, A.B. '62 A.M. '63 M.A.T. '63

Noelehua Archambault, Ed.M. '02

Ethan Ard, A.B. '00

Ana Carolina Areias Fernández da Silva, M.P.A. '14

Genoveva Arellano, M.P.P. '90

Adam Arenson, A.B. '01

Dianne Argyris, Ed.D. '89

Angelica Arias, A.L.M. '22

gulnaz aricanli, M.B.A. '92

Moira Ariev, A.B. '85

John Arimond, A.B. '82

Christopher Ariza, A.B. '99

Adelaida Arjona, S.B. '20

J Gordon Arkin, J.D. '70

Kimberly Arkin, A.B. '98

Elizabeth Arkush, A.B. '93

Jennifer Arlen, A.B. '82

Catherine Armer, M.T.S. '02

Tim Armour, M.B.A. '75

Eisha Armstrong, M.B.A. '03

John Armstrong, Ph.D. '77

Shona Armstrong, A.B. '92

Alexandra Arneri, M.P.A. '24

Christine Arnold, M.B.A. '92

David Arnold, A.B. '71

Jack Arnold, A.B. '74

Marie Arnold, J.D. '91

Matthew Arnold, A.B. '83 M.B.A. '88

Thomas Arnold, A.B. '80

Dan Aron, A.B. '60

Elijah Aron, A.B. '93

Zoe Aron, B.A. '97

Judith Aron Rubin, Ed.M. '59

Elissa Arons, M.D. '70

Lorraine Aronson, A.B. '72

Louise Aronson, M.D. '92

Seema Arora, M.P.A. '04

Fabrizio Arossa, LL.M. '87

Meredith Arra, A.B. '15

Robert Arreola, A.B. '95

Sarah Arron, A.B. '96

Vicki Arroyo, M.P.A. '87

Umut Arslan, A.B. '21

Lawrence Artenian, A.B. '75

Lady Andramada Arthur, A.L.M. '25

Sean Arthurs, Ed.L.D. '16

Milci Artiga, A.B. '04

Elana Artson, A.B. '82

Frederic Artwick, A.B. '66

Aaron Arzu, A.B. '94

Afia Asamoah, A.B. '99 J.D. '05 M.P.P '05

Andrea Asaro, A.B. '06

Sipon Asawanuchit, M.P.A. '06

Jacob Ascher, A.B. '19

Michael Ascher, M.D. '68

Scott Asen, A.B. '66

Arlene Ash, A.B. '67

Eric Ash, A.B. '94

Ellie Ashby, A.B. '24

Kenneth Asher, Ed.M. '23

William Asher, A.B. '70 J.D. '74

Jeffrey Ashford, A.B. '77 M.P.P. '82

Ayanna Ashley Doiron, A.B. '93

Sonia Ashok, M.P.H. '09

John Ashworth, A.B. '84

Mary Askew, A.B. '77

Connie Askin, A.L.B. '93

Jonathan Askin, A.B. '86

Aslak Aslaksen, LL.M. '87

Mohammed Asmal, A.B. '95

Yvorn Aswad, M.P.H. '25

Osundolu Atanda, M.P.A. '24

Scott Atherton, A.B. '79

Julie Atkinson, A.B. '99

Susan Atkinson Glenn, M.Arch. '97

Amelia Atlas, A.B. '06

Polly Attwood, M.Div. '88 Ed.D. '08

Raymond Atuguba, S.J.D. '04

Margaret Atwood, A.M. '62

Laurie Au, M.P.P. '14

Sarah Auchincloss MD AB71, A.B. '71

Jens Audenaert, M.B.A. '08

Lewis Auerbach, A.B. '63 A.M. '64

Colette (Coco) Auerswald, A.B. '85

St George Tucker Aufranc, M.D. '68

Jonathan Auger, M.P.A. '15

Kurtis Auguste, A.B. '96

Kathryn Austin, A.B. '09

Lisa G Austin, M.P.P. '84

Tarek Austin, A.B. '12 J.D. '16

Wanyong Austin, A.B. '79

Roy Auty, Ph.D. '05

John Avault, A.B. '70

Alexis Averbuck, A.B. '94

Earl. L. Avery, Ed.M. '71 Ed.D. '77

Niya Avery, A.B. '17

Kamala Avila-Salmon, A.B. '03 M.B.A. '11

Wyndham Ayares, Ed.D. '08

Bank Ayeketi-Daniel, A.B. '25

Anne Aylward, A.B. '69

Lewis Ayre, A.B. '20

Charles Ayres, A.B. '66

Warren Ayres, A.B. '69 J.D. '74

Uyanga Ayurzana, Ed.M. '23

Dale Azaria, A.B. '86

T. Kemi Babagbemi, M.D. '98

Bruce Babbitt, J.D. '65

Eileen Babbitt, M.P.P. '85

Anne Babcock, J.D. '90

Calvin Babcock, M.B.A. '83

Elisabeth Babcock, M.C.R.P. '82 Ph.D. '94

Peter Babej, J.D. '90 Ph.D. '94

Erika Babineau, A.B. '96

Danilo (Donald) Bach, A.B. '65

Margaret Bach, A.B. '66

Jeffrey Bachman, Ed.M. '25

Leigh Bachman, A.B. '94

Gary Bachula, A.B. '68 J.D. '73

Jonathan Backer, A.B. '78 M.D. '87

Patrice Backer, A.B. '88

Constance Backhouse, LL.M. '79

Steven Backman, A.B. '72

Edmund Bacon, A.B. '78

Laura Bacon, A.B. '02 M.P.P. '09

Hilary Bacon Gabrieli, A.B. '82

Catherine Badgley, A.B. '72

Helen Bae, A.B. '16

SoHyun Bae, M.T.S. '97

P. (Peter) Stephen Baenziger, A.B. '72

David Baer, A.B. '82

Jay Baer, A.B. '77

Neal Baer, Ed.M. '79 A.M. '82 M.D. '96

Robert Baer, A.B. '70

Giacomo Bagarella, A.B. '13

Meredith Bagley, A.B. '99

Axelle Bagot, M.P.A. '16

Roy Bahat, A.B. '98

Sofia Bahena, Ed.M. '13 Ed.D. '14

Marie-José Bahnam, M.B.A. '08

Michael Baick, A.B. '22

Trevor Baier, HBAP '24

Adam Bailey, A.B. '81 Ed.M. '88

Brigitte Bailey, Ph.D. '85 A.M. '80

Deborah Bailey, M.P.A. '15

Elizabeth Bailey, A.B. '68

Emily Bailey, A.B. '69

Jacqueline Baillargeon, J.D. '88

Lotte Bailyn, A.M. '53 Ph.D. '56

Alexander Bakal, A.B. '87

James Bakalar, A.B. '64 J.D. '67

Andrew Baker, A.B. '94

Audrey Baker, J.D. '89

Brook Baker, A.B. '69

Dana Baker, A.B. '84

David Baker, A.B. '66

Edward Baker, Ph.D. '81

El Baker, Ed.M. '80

Elizabeth Baker, M.E. '19

Emily Baker, A.B. '65

Harry Scott Baker, A.B. '72 M.B.A. '74

James Baker, A.B. '68 M.B.A. '71

Judith Kauffman Baker, A.B. '70

Katharine Baker, A.B. '84

Kelly Baker, Ed.M. '05

Robert Baker, A.B. '68

Rusti Baker, A.B. '85

Samuel Baker, A.B. '69 Ph.D. '77

Valerie Baker, M.D. '88 M.P.P. '88

Aniko Bakonyi, M.P.A. '20

Vaishali Bakshi, A.B. '90

Yousuf Amiel Bakshi, A.B. '23

Laura Bakst, J.D. '18

Nicholas Bala, LL.M. '80

Sanda Balaban, Ed.M. '98

Devika Balachandran, M.P.A. '21

Rachna Balakrishna, A.B. '91

Kelly Baldrate, A.B. '91

Anna Baldwin, A.B. '00

Annie Baldwin, A.B. '13

John Baldwin, A.B. '71

Keith Baldwin, A.B. '99

Kendall Baldwin, A.B. '17

Peter Baldwin, Ph.D. '86

Sujatha Baliga, A.B. '93

Alexis Ball, M.D. '18 M.P.P. '18

John Ballantine, A.B. '71

Leslie Ballantyne, A.B. '96 J.D. '01

Alice Ballard, A.B. '70 J.D. '73

Anne Ballard, A.B. '88

Julie Baller, A.B. '68 M.D. '72

Margarita Bamba, A.B. '01

Gabrielle Bamford, Ed.M. '90

Carolyn Ban, A.M. '66

Mahzarin Banaji, A.M. '02

William Bancroft, A.B. '63 M.B.A. '66

Jonathan Band, A.B. '81

Douglas Banik, A.B. '69

Susan Bankowski, S.M. '97

Jay Banks, A.B. '75

Kevin Banks, S.J.D. '03

Clarence Banks Jr, A.B. '65

Lesley Bannatyne, A.L.M. '20

Henry Bannister, A.B. '75

Erik Bao, M.D. '21

Amnon Bar-Ilan, A.B. '96

Khandan Baradaran, Ph.D. '95

Carmelo Barbaro, A.B. '02

Cathy Barbash, A.B. '74

Nicole Barbee, A.B. '05

Jamie Barber, Ph.D. '13

Philip Barber, A.B. '75

Robert Barber, A.B. '72 M.C.R.P. '77

Suzanne Barbier Scheele, A.B. '76

jeffrey barbour, J.D. '86

Kristin Barclay, S.B. '14

Alexander Bardey, A.B. '83

Jonathan Bardin, A.B. '06

Kiana Barfield, A.B. '94

Kelly Barge, A.B. '70

Teresa Barger, A.B. '77

Judith Barish, A.B. '88 M.P.A. '23

Judith Barisonzi, A.B. '66

Carol Barker, A.B. '64

Chad Barker, A.B. '93

Deborah Barker, M.B.A. '85

James Barker, A.B. '65 M.B.A. '71

Jim Barker, A.B. '91 Ed.M. '01

Rosina Barker, A.B. '78 M.P.P. '82

Stephen Barker, A.B. '71 Ed.M. '75

Carol Barkin, A.B. '65

David Barlow, A.B. '75

Ryan Barlow, M.B.A. '08

Laura Barnard, A.B. '02

Mason Barnard, A.B. '16 J.D. '26

Austin Barnes, A.B. '10

Ken Barnes, A.B. '70

Nancy Barnes, M.P.A. '87

Joshua Barnes-Livermore, A.B. '95

Barry Barnett, J.D. '84

Clare Barnett, M.P.H. '10

Faith Barnett, A.B. '78 M.D. '90 Ph.D. '90

Hepsi Barnett, M.P.A. '00

Jeanie Barnett, M.P.A. '02

Maria Barnett, A.B. '04

Rosalind Barnett, Ph.D. '63

Anna Barnett-Hart, A.B. '09

Kate Barney, A.B. '03

Jane Baron, A.B. '75 J.D. '78

Richard Baron, A.B. '74

Amy Baron-Evans, A.L.B. '88 J.D. '91

Brooke Barr, A.B. '83

Jane Barr, J.D. '94

Jill Barr, A.B. '68

Silvia Barragan, M.P.A. '94

Joseph Barranco, A.B. '93

Donald Barrett, A.B. '72

Elizabeth Barrett, A.B. '81

Michael Barrett, A.B. '70

Michael Barrett, A.B. '76 J.D. '80

Paul Barrett, A.B. '83 J.D. '87

Peter Barrett, Ph.D. '99 M.M.Sc. '93

Katherine Barrett Wiik, J.D. '05

Joseph Barretto, A.B. '97

Edward Barriball, M.B.A. '12

Maria Barrios, Ed.M. '16

Sam Barritt, Ph.D. '23

Melanie Barron, Ed.D. '83

Penny Barron, A.B. '68

John Barrow, J.D. '79

Anthony Barrows, M.P.A. '13

David Barry, J.D. '69

Lauren Barry, A.B. '05

Lori Barry-Smith, A.B. '88

Anders Barsk, M.B.A. '69

Rita Barsony, LL.M. '00

Alexandra Barstow, A.B. '88

Frederick Bartenstein, A.B. '73

Ellen Barth, A.B. '58

Nils Barth, A.B. '00 A.M. '00

Stella Barth, A.B. '10

Anne Bartlett, A.B. '79

Charles Bartlett, Ph.D. '17 A.M. '15

Desiree Bartlett, A.B. '94

Julie Bartlett, A.B. '94

Roger Bartolotta, A.B. '02

Alice Barton, A.B. '76 A.B. '

John Barton, A.B. '88

Susan Barton Young, A.B. '82

Jordana Barton-Garcia, M.P.A. '05

Pamela Bartter, A.B. '74 M.Arch. '80

Lawrence Barusch, A.B. '71 J.D. '75

Ronald Barusch, A.B. '75 J.D. '77

Terri Basch, A.L.M. '24

Nicholas Basden, A.B. '89 M.B.A. '97

Joseph Basile, J.D. '77

Mary C. (Molly) Baskin, M.B.A. '77

Jana Baslikova, Ed.M. '24

Chandler Bass Evans, A.B. '00

Vinny Basse, M.P.A. '03

Benjamin Basseri, A.L.M. '25 A.L.B. '20

John Bassett, A.B. '60

Mary T Bassett, A.B. '74

Kimberlee Bassford, A.B. '99

Nicole Bassoff, A.B. '16 Ph.D. '25

Florence Basty, M.D. '05

Elizabeth Bates, Ed.M. '78

Emily Bates, Ph.D. '05

Joseph Bates, A.B. '87

Laurence Bates, J.D. '86

Douglas Bateson, A.B. '74

Mueen Batlay, M.P.P. '95

R. Sonia Batra, A.B. '94 M.D. '00 M.P.H. '00

George Batta, D.B.A. '05

Mark Battey, A.B. '81

kemp battle, A.B. '78

Dean Bauer, A.B. '67

Fred Bauer, A.B. '73 J.D. '76

Michael Bauer, M.B.A. '94

Richard Baughman, A.B. '75

Arthur Baum, A.B. '05

Edward Baum, A.B. '60 M.Arch. '64

Rosa Baum, J.D. '21 M.P.P. '21

Karen Baum Gordon, A.B. '78

William Bauman, A.B. '72

Maureen Baur, A.B. '07

Patrick Baur, A.B. '07

Jyot Bawa, M.B.A. '13

Alison Baxter, A.B. '70

Clarke Baxter, A.B. '75

Prudence Baxter, A.B. '75

Whitney Baxter, A.B. '07 M.B.A. '11

Claus Bayer, M.B.A. '83

Christopher Bayley, A.B. '60 J.D. '66

Elizabeth Bayley, A.B. '96

Max Bazerman, Masters Honorary '00

Michael Beach, J.D. '97

Nancy Beall, A.B. '71

Allison Beard, A.B. '21

Peter Bearman, Ph.D. '85

Lee Bearson, A.B. '81

Heather Beasley, A.B. '97

Jerry Beasley, A.B. '66 Ed.M. '69

John Beasley, A.B. '64

Sarah Beasley, A.B. '99 Ed.M. '04

Neal Beaton, A.B. '75 J.D. '78

Barbara Beatty, A.B. '68 Ed.D. '81

Aleza Beauvais, Ed.M. '99

Maggie Beazer, A.B. '20 M.D. '24

Neena Beber, A.B. '84

Camilo Becdach, A.B. '26

Fernando Becerra, Ph.D. '18

Dennis Bechis, A.B. '73

Paul Beck, A.B. '55

Philip Beck, A.B. '90 M.Arch. '95

Sarah Beck, A.B. '90 Ed.D. '02

Valerie Beck, A.B. '90 J.D. '96

Lori Beck Golden, A.B. '80

Anne Becker, A.B. '83 M.D. '90 Ph.D. '90

Carolyn Becker, M.D. '82

Daniel Becker, M.P.H. '78

Eli Becker, A.B. '81

William Becker, J.D. '99

William Beckett, A.B. '73

Sarah Beckjord, A.B. '85

Robert Beckman, A.B. '77 M.D. '83

Steven Beckman, A.B. '72

Terence Bedford, M.B.A. '66

Sitso Bediako, A.B. '00

Perry Bedinger, J.D. '84

Edward Bedrick, A.B. '75

Kelzie Beebe, A.B. '04

Robert Beech, A.B. '86

Kimberly Beeman, A.B. '01

Kitty Beer, A.B. '59

Amy Beeson, A.B. '10

Adam Begley, A.B. '82

Peter Begley, A.L.B. '88

Linda (Liu) Behar, A.B. '68

Philip Behn, M.B.A. '05

David Behr, M.B.A. '04

Eric Behrens, A.B. '70

Jeff Behrens, A.B. '89 S.M. '07

Joy Behrens, A.B. '88

Michelle Behrens, A.B. '06 J.D. '11

Philip Behrens, A.B. '04

Annabel Beichman, A.B. '12

Peter Beilenson, A.B. '81

Valerie Beilenson, A.B. '07 Ed.M. '12

Anne Beitel, M.B.A. '93

Aida Bekele, A.B. '94 J.D. '97

Lilly Bekele Piper, Ed.M. '07

July Belber, A.B. '92

Peter Belenky - Former Economist, Office of the Secretary of Transportationransportation, A.B. '64

Andrea Beleño Harrington, A.B. '98

Bruce Belfiore, A.B. '76 J.D. '85 M.B.A. '85

Grace Belfiore, A.B. '79

Hannah Belitz, J.D. '17

Arthur Belkin, M.B.A. '25

Alison Bell, A.B. '79

Barbara Bell, A.B. '68

Heather Bell, A.B. '92

James Bell, A.B. '92

Karen Bell, A.B. '70

Karyn Bell, A.B. '99

Michael Bell, A.B. '66

Valerie Bell, J.D. '82 M.P.A. '82

Melanie Bell-Mayeda, A.B. '92 M.B.A. '98

Karina Bellavia, S.M. '25

Marie-Claire Belleau, LL.M. '89 S.J.D. '95

Lawrence Beller, A.B. '95

Sarah Beller, A.B. '03

Athelstan Bellerand, M.B.A. '04

Thomas Belli, A.B. '69

Evs Bellin, A.B. '80

Peter Bellin, M.S. '79

Debra Bellon, A.B. '99

Molly Below, M.P.H. '25

Monique Belton, Ph.D., A.B. '75

Glenn Beltz, Ph.D. '92 S.M. '89

Larry Belvin, A.B. '84

Aaron Bembenek, Ph.D. '23 S.M. '18

John G. Bemis, A.B. '68

Ons Ben Abdelkarim, M.P.A. '22

Audrey Bender, A.B. '76

Marc Bender, A.B. '71 A.M. '74

Melissa Bender, A.B. '93 M.D. '00 M.P.H. '09

Kim Bendheim, A.B. '81

Meredith Benedict, M.P.H. '09

Carolyn Benedict-Drew, M.P.A. '02

Geraldina Beneke, M.P.A. '10

Patricia Beneke, J.D. '79

Alyssa Benevente, A.B. '11

Nancy Bennet, A.B. '72 M.D. '79

Alexander Bennett, Ed.M. '22

Christian Bennett, A.B. '17

Earl Bennett, A.B. '73

John Bennett, A.B. '55

Laurie Bennett, J.D. '79

Madeleine Bennett, A.B. '11

Marian c Bennett, A.B. '66

Mary Bennett, A.B. '76

Mary Bennett, A.B. '03 M.Ed. '8 M.B.A. '09

Michael Bennett, M.D. '62

William Bennett, A.B. '62 M.D. '68

Taylor Benninger, A.B. '16

Leo David Benoit, A.B. '95

Olivia Benowitz, A.B. '09

Earle Bensing, A.B. '13

Krisa Benskin, A.B. '04

Grace Benson, Ed.M. '12

Jocelyn Benson, J.D. '04

Timothy Benston, A.B. '89

Mercedes Bent, A.B. '10

Sasha Bentley-Rohret, A.B. '12

Lauren Benton, A.B. '78

Peter Benvenutti, A.B. '71

Judy Berck, A.B. '82

Zoe Bercovitch, A.B. '87

Yakov Berenshteyn, S.B. '10

Barbara Berenson, A.B. '80 J.D. '84 M.P.A. '84

Richard Berenson, A.B. '80 M.B.A. '84 J.D. '84

Douglas Beresford, A.B. '78

Emily Berg, A.B. '66

John Berg, Ph.D. '75 A.M. '73

Jill Berg (previously, Harrison), A.B. '90 Ed.D. '07

Charles Bergen, A.B. '77 J.D. '81

Adam Berger, A.B. '91 A.M. '92

Alan Berger, A.B. '61

Andrea Berger, A.B. '74

Jonah Berger, A.B. '21

Marcy Berger, A.B. '85 Ed.M. '87

Michael Berger, A.B. '65

Noah Berger, A.B. '89 J.D. '93

Rachel Berger, A.B. '92

Steven Berger, A.B. '79 M.B.A. '83

Vivian Berger, A.B. '66

Jean Berggren, A.B. '62

Caitlin Bergin, A.B. '06

Joan Berglund, A.L.B. '08

Keith Bergman, M.C.R.P. '81

Savannah Bergquist, Ph.D. '19

Christina Bergstrom, A.B. '01

Carleigh Beriont, Ph.D. '23 M.T.S. '15

Donald Berk, A.B. '79

Lon Berk, J.D. '85

Phillip Berkaw, M.P.P. '19

Jason Berkenfeld, A.B. '11

James Berkman, A.B. '77 J.D. '82

Richard Berkman, A.B. '68 J.D. '73

Elana Berkowitz, M.B.A. '09 M.P.A. '09

Ethan Berkowitz, A.B. '83

Jessica Berkowitz, A.B. '79

Nathaniel Berkowitz, A.B. '53

H.Neil Berkson, J.D. '71

Mary Berle, A.B. '87 Ed.M. '90

Barbara Berlin, A.B. '90

Jason Berlin, A.B. '94

Jesse Berlin, Sc.D. '88

Pamela Berlin, A.B. '74

Nancy Berliner, A.B. '79 Ph.D. '03

Sara Berliner, A.B. '98

Daniel Berman, A.B. '79 J.D. '83

Elizabeth Berman, M.B.A. '08

Elizabeth Kessin Berman, M.T.S. '81 A.M. '83

Michael Berman, A.B. '74

Sheldon Berman, Ed.D. '93 Ed.M. '93

Cindy Berman Rowe, A.B. '86

Ann Bermingham, Ph.D. '82

Lynne Bernabei, A.B. '72 J.D. '77

Christina Bernard, A.B. '01

Claude Bernard, A.B. '72 Ph.D. '76

Constance Bernard, A.B. '72

Thomas Bernard, A.B. '78

Reena Bernards, M.P.A. '88

Edwin Bernbaum, A.B. '67

Richard Berne, A.B. '70

William Bernet, M.D. '67

Tracey Bernett, M.B.A. '81

Isabel Bernhard, A.B. '20

Jerry Bernhard, Ph.D. '73

Yahn Bernier, A.B. '90

Ann Bernstein, A.B. '80 M.B.A. '87

Boris Bernstein, A.B. '90

Charles Bernstein, A.B. '72

Deena Bernstein, A.B. '88

Elizabeth Bernstein, A.B. '80

Erik Bernstein, A.B. '01

Jamie Bernstein, A.B. '74

John Bernstein, A.B. '76

Melissa Bernstein, J.D. '95

Mira Bernstein, Ph.D. '99

Nina Bernstein, A.B. '70

Roger Bernstein, J.D. '77

Thomas Bernstein, A.B. '59

yussi bernstein, S.M. '90

Robert Berrey, A.B. '62

Jenny Berrien, A.B. '98 M.B.A. '05 M.P.A. '05

Alison Berry, A.B. '70

Lori Berry, M.P.H. '79

Paget Berry Berger, A.B. '75

Victor Bers, Ph.D. '72

Sara Bershtel, Ph.D. '76 A.M. '69

Julie Bertolus, A.B. '02

Thomas Bertone, A.B. '60

Aaron Bertram, A.B. '84

Susan Bertram Eisner, Ed.M. '82 Ed.D. '88

Paraskevi (Vivian) Bertseka, A.B. '05

Daniel Bertwell, A.M. '21

Donald Berwick, A.B. '68 M.D. '72 M.P.P. '72

John Jefferson Besa, M.P.H. '25

James Beslity, A.B. '75

James Bessen, A.B. '72

John Bestty, J.D. '72

Brianna Beswick, A.B. '13 J.D. '18

Nichola Beukes, A.B. '95

Keith Bevans, M.B.A. '02

Vernis Beverly, A.B. '94

Elizabeth Beverly-Whittemore, A.B. '70

Raja Bhadury, A.B. '93

Anurima Bhargava, A.B. '96

Deepak Bhargava, A.B. '90

Neel Bhargava, M.B.A. '13

Vanita Bhargava, M.P.P. '95

Robina Bhasin, Ed.M. '07

Santosh Bhaskarabhatla, A.B. '10

Pooja Bhatia, A.B. '98 J.D. '06

Kartikeya Bhatotia, M.P.P. '24

Anjali Bhatt, A.B. '11

Martha Bhattacharya, A.B. '00

Shilpa Bhongir, Ed.M. '24

Peter Biagetti, A.B. '78 J.D. '81

Hon. Alessandra Biaggi, M.R.P.L. '25

Vincent Biagiotti, J.D. '20

Jimmy Biblarz, A.B. '14 J.D. '21 Ph.D. '23

Judith Bickart, A.B. '63

Daniel Bicknell, A.B. '13 M.P.P. '20

Jeff Biddle, A.B. '07

Michael Biehl, A.B. '73 J.D. '76

Andrew Biemiller, A.B. '62

James Bierman, J.D. '70

Jude Bierman, A.B. '74

Michael Bierman, A.B. '72 J.D. '76

Judith Bigelow, A.B. '81

Shaun Biggers, A.B. '85

Kennetha Bigham-Tsai, A.B. '82

Luba Bigman, A.B. '97

Daniel Bikle, A.B. '65

Aimee Biller, A.B. '81

Alan Biller, M.B.A. '75

Diana Billik, J.D. '98

Nicolás Billikopf, A.B. '78

Richard Binder, A.B. '73

Eric Bing, A.B. '90

Anna Bingham, A.B. '06

Clara Bingham, A.B. '85

Emily Bingham, A.B. '87

Sarah Bingham, A.B. '88

Eryn Bingle, A.B. '95

Robert Binstock, A.B. '80

Natasha Bir, A.B. '96

Charles Birbara, A.B. '58

Lauren Birchfield Kennedy, J.D. '09

Kelly Bird, A.B. '80

Laurence Bird, A.B. '80

Sharon Bird, S.M. '84

Jessamin Birdsall, A.B. '10

Meredith Birdsall, A.B. '78 M.B.A. '82

R Scott Birdsall, A.B. '72

Ruthie Birger, A.B. '06

Laura Birkman, M.P.A. '12

Julian Birnbaum, A.B. '70

Mary Birnbaum, A.B. '07

Nanette Bischoff, A.B. '91

Annie Bishai, A.B. '15

Linda Bishai, A.B. '86

Nadia Bishai, M.B.A. '02

Christine Bishop, A.B. '68 A.M. '70 Ph.D. '74

David Bishop, A.B. '72

Ellen Bishop, A.B. '74

Jennifer Bishop, Sc.D. '09

Larry Bishop, A.B. '71

Lee Bishop, A.B. '72

Molly Bishop Shadel, A.B. '91

Suzanne Bishopric, A.B. '75 M.B.A. '79

Sourav Kumar Biswas, M.L.A. '16

William Bithoney, MD, A.B. '72

David Bjork, A.B. '69

Kristin Bjork, Ext. Sch. '03

Rebekah Bjork, A.L.M. '20

Avi Black, A.B. '78

John H. Black, A.B. '71 A.M. '73 Ph.D. '75

Katharine Cohen Black, A.B. '66

Maile Black, A.B. '87

Peter Black, A.B. '66

Sophie Cabot Black, BI '95

Stanly Black, A.B. '68

Stephen Black, A.B. '70 J.D. '74

Brent Blackaby, A.B. '96

Ken Blacklow, A.B. '87

Peter Blacklow, A.B. '91

Nancy Blackmun, A.B. '65 Ed.M. '67

Roger Blackstock, A.B. '75

Mary Jo Blain Andrews, J.D. '89

Alison Blaine, M.T.S. '05

David Blair, A.B. '70

Everton Blair, A.B. '13 Ed.L.D. '25

Catherine Blair-Dixon, M.T.S. '99

Amy Blakeney, M.E. '11

Sara Blanchard, A.B. '00

Tericke Blanchard, A.B. '91

Jason Bland, Ph.D. '16

Leroy Blankenship, A.B. '68

Kimberly Blanks, Ed.M. '23

Amy Blankson, A.B. '02

Cynthia Blanton, A.B. '71 M.B.A. '75

Nicholas Blatchford, A.B. '72

Joe Blatt, A.B. '70 Ed.M. '78

Francine Blau, Ph.D. '75

Ron Blau, A.B. '63

Jessica Blaustein, A.B. '85 M.B.A. '97

Erik Bleich, Ph.D. '99

Lisa Bleich, M.B.A. '92

Jocelyn Blier, A.B. '13

Chelsea Blink, A.B. '12

Eleanor Bliss, A.B. '73

Judith Bliss, A.B. '85

Steven J. Bloch, A.B. '89

Susan Bloch, A.B. '70

Elizabeth Block, A.B. '65

Ezra Block, A.B. '96 M.Arch. '06

Sarah Block, A.L.M. '07

Dudley Blodget, A.B. '67

April Blodgett, A.L.M. '08

David Blood, M.B.A. '85

Barry Bloom, LL.M. '61

George Blossom, M.B.A. '86

Alma Blount, M.Div. '93

Danitra Blue, A.B. '13

Elizabeth Bluestein, A.B. '90

Jeremy Bluhm, A.B. '73

Lawrence Blum, Ph.D. '74

William Blumberg, A.B. '68 A.M. '73 Ph.D. '79

James Blume, M.B.A. '66

Bob Blumenthal, A.B. '69 J.D. '72

David Blumenthal, A.B. '70 M.D. '75 M.P.P. '75

Denise Blumenthal, Ed.M. '75

Lesley Blumenthal, A.B. '87

Matt Blumenthal, A.B. '08

Richard Blumenthal, A.B. '67

Noah Bly, A.B. '90

Jeremy Boak, A.B. '74 S.M. '80 Ph.D. '83

Adeline Boatin, A.B. '04 M.P.H. '09

Lisa Bob, A.B. '72

Claire Bobrycki, A.B. '75

Candice Bocala, Ed.D. '14

Chelsea Boccagno, Ph.D. '23 A.M. '19

Jane Sujen Bock, A.B. '81

Katalina Bock, M.B.A. '23

Paula Bock, A.B. '86

Elise Boddie, J.D. '96 M.P.P. '96

Anne Bodnar, M.B.A. '85

Gita Bodner, A.B. '91

Alison Boeckmann, A.B. '61

Emily Boehm, A.B. '09

Paul Boepple, A.B. '75

Lisa Boes, Ed.D. '06

Anthony Bogachev, S.B. '19 M.S. '19 M.B.A. '24

Jonathan Bogan, M.D. '92

John Bogdasarian, A.B. '66

Carroll Bogert, A.B. '84 A.M. '86

David Boghossian, A.B. '78 M.P.A. '86

James Bogin, A.B. '79

Gaye Bok, A.B. '83

Priscilla MacKenzie Bok, A.B. '11

Victoria Bok, M.P.P. '87

Laila Bokhari, S.B. '19 M.P.A. '19

Ruth Bolan, A.B. '84

Rachel Bolden-Kramer, A.B. '06

Arlette Bolduc, A.B. '84

Todd Boli, A.B. '68

Lindsay Boller, A.B. '02

Ian Bolliger, S.B. '11

James Bollinger, A.B. '17

Jennifer Bolstad, A.B. '98 M.L.A. '02

Jesse Bolton, A.B. '93

Ken Bolyard, A.B. '73 M.P.H. '80

Ruthven Bonaparte, A.B. '05

John Bond, A.B. '66

James Bone, M.B.A. '12

Jeff Bone, A.B. '74

Jacob Bonen-Clark, M.P.P. '22

Zachary Bongiovanni, M.P.P. '06

Alexander Boni-Saenz, A.B. '01 J.D. '08

Catherine Bonier, A.B. '94

John Bonifaz, J.D. '92

Mike Bonin, A.B. '89

Evan Bonsall, A.B. '19

Mohan Boodram, A.M. '87

Kimberly Booher, J.D. '98

Jeffrey Book, A.B. '81

Ty Book, A.B. '15

Josh Bookin, Ed.M. '08

William Boone, A.B. '92

Walter R. Boone, Jr., A.B. '81 J.D. '85

Emily Boorse, A.B. '25

Adrienne Booth, A.B. '80

David Booth, A.B. '78

Jonathon Booth, Ph.D. '21 J.D. '19

Sharon Booth, Ed.M. '88

Maggie Booz, M.Arch. '88

David Bor, M.D. '75

Kathryn O'Brien Bordonaro, A.B. '76

Stefan Boresch, Ph.D. '97

Andrew Borg, A.B. '76

Christopher Borgen, A.B. '91

Lori Outzs Borgen, A.B. '91

William Borgeson, A.B. '72

John Boris, A.B. '79

George Borkowski, J.D. '87

Richard Born, M.D. '88

Peter Borowitz, A.B. '74 J.D. '78

Mark Borreliz, A.B. '74 J.D. '78

Greg Borton, A.B. '76

Aaron Bos-Lun, Ed.M. '17

Elizabeth Boschee, A.B. '00

Nevena Bosnic, M.P.P. '20

Andrea Bossi, A.B. '21

James Boster, A.B. '73

David Bostwick, A.B. '64 M.B.A. '71

Diane Boteler, A.B. '82

Robert Bothwell, A.M. '67 Ph.D. '72

Naomi Botkin, A.B. '91

Harm Botter, M.B.A. '88

Fran Leslie Bottorff, M.B.A. '85

Mathieu Daniel Scott Bouchard, A.B. '09

Shane Bouchard, A.B. '14 A.M. '14

Jonah Boucher, Ed.M. '23

Josh Boudreau, A.B. '89

Ghislaine Bouillet-votdonnier, LL.M. '90

Suzanne Boulter, M.D. '68

Margaret Bourdeaux, A.B. '97 M.P.H. '09

Constance Bourguignon, A.B. '20

Annie Bourneuf, A.B. '01

Henri Bourneuf, A.B. '69

Francoise Bouyer, AMP '99

Roger Bove, A.B. '60 A.M. '61 Ph.D. '73

Hannah Bowen, M.P.A. '09

Peter Bowen, M.B.A. '07

James Bowers, J.D. '70

John Bowers, A.B. '72

Lawrence Bowers, A.B. '72

Lisa Bowers, A.L.M. '25

Kristen Bowes Burke, A.B. '98

Richard Bowker, A.B. '72

John Bowles, A.B. '79 Ed.M. '88

Mary Bowman, M.B.A. '83

Steve Bowman, A.B. '72

Warigia Bowman, Ph.D. '08

Kathryn Bowser, A.B. '72

Sarah Boxer, A.B. '80

Judith Boyce, CAGS '87

Suzanne Boyce, A.B. '77

Angela Boyd, M.P.P. '10

Frederick Boyd, A.B. '73

Shirley Boyd, J.D. '82

Wyatt Boyer, A.L.M. '24

Ryan Boyko, A.B. '05

Brendan Boyle, M.P.P. '05

Jennifer Boyle Nigro, M.P.A. '10

Gulcan Bozdemir, M.P.A. '09

Alan Bozer, A.B. '75

Gaelle Brachet - Barro, M.P.P. '07

Lavea Brachman, A.B. '84

Shael Brachman, A.B. '90

Ethan Brackett, A.B. '94 M.P.A. '08

Jill Bradford, J.D. '97

Kathleen Bradish, J.D. '05 A.M. '05

Amanda Bradley, A.B. '15 J.D. '20

Elizabeth Bradley, A.B. '95

Juliet Bradley, A.B. '74 M.B.A. '80

Mahlon Bradley, A.B. '79

Margaret Brady, M.B.A. '99

Robert Brady, A.B. '81

Joan Bragar, A.B. '76 Ed.M. '85 Ed.D. '90

David Bragdon, A.B. '82

Stephen Brager, A.B. '85

Amanda Brainerd, A.B. '89

Susan Bramhall, A.B. '68

Deborah Branch, J.D. '85

Petrina Branch, A.B. '85 J.D. '88

Ellen Branco, A.B. '92

Jessica Brand, J.D. '07

Joanna Brand, J.D. '96

Mike Brandeberry, A.B. '72

Peter Brandes, A.B. '66

Tyler Brandon, A.B. '12

Anne Myers Brandt, M.Arch. '90

Laurel Brandt, J.D. '77

Patricia Brannan, J.D. '79

Sarah Brannen, A.B. '81

Carl Braun, A.B. '58

Caroline Braun, Ed.M. '17

Jonathan Braun, Ph.D. '80 M.D. '81

Juan Braun, Ph.D. '93

Katrina Braun, J.D. '18

Linda Braun, A.B. '60

Rebecca Braun, A.B. '92 M.B.A. '97

Rebecca Braun, A.B. '94

William Braun, A.B. '68

Robert Brauns, A.B. '72 M.B.A. '77 M.P.A. 7'8

Catherine Brause, A.B. '81

Karrye Braxton, A.B. '82

Jeff Bray, A.B. '91

Bill Brazell, A.B. '90

Jennifer Breay Morrill, A.B. '91

Howard Brecher, A.B. '75 J.D. '79

Scott Bredall, A.B. '95

Rachel Breinin, A.B. '82

Catherine Brekus, A.B. '85

Katharine Brengle, A.B. '71

Melanie Brennand Hamre, A.B. '01 Ed.M. '10

Amy Brenneman, A.B. '86

Michael Brenner, A.B. '65

Nicholas Brenner, M.P.A. '22

Dan Breslaw, A.B. '59

Faye Bresler, A.B. '81

Joel Bresler, M.B.A. '81

Diana Breslich, A.B. '68

Lynne Breslin, A.B. '74

Tracy Breslin, M.B.A. '04

Michael Breslow, A.B. '72

Annabelle Brett, Ed.D. '92

Joann Green Breuer, A.M. '60

Edward Brewer, A.B. '66

Linda Brewer, A.B. '79

Chloe Breyer, A.B. '92

Angela Bricker, Ph.D. '97

Marie Helene Bricknell, M.P.A. '95

Benjamin Brickner, M.P.P. '10

Margaret Bridge, A.B. '79

John Bridgeland, A.B. '82

Andrea Brier, J.D. '10

Arnold Brier, M.D. '68

Josephine Briggs, A.B. '66 M.D. '70

Richard Briggs, A.B. '65 M.A.T. '66

Megan Briggs Ellingsen MD MPH, A.B. '93

Kathryn Brigham, M.D. '04

Edward Shippen Bright, M.P.A. '92

Craig Brill, A.B. '95

Steven Brint, Ph.D. '82

Jennifer Brinton, A.B. '91

Douglas K. Briody, A.B. '91

Gretchen Brion-Meisels, A.B. '99 Ed.M. '11 Ed.D. '13

Arthur Brisbane, A.B. '72

Alden Briscoe, A.B. '63

Robert Britto, Ed.D. '99 Ed.M. '96

Donald Britton, A.L.B. '92

Joseph Britton, A.B. '82

Karla Britton, Ph.D. '97

Richard Broad, A.B. '75

Pope Brock, A.B. '71

Thomas Brockmeyer, A.B. '74

Charles Brockwell, M.Div. '62

Eric Brodersen, A.B. '88

Amy Brodesky, Ed.M. '85

Deborah Bower Brodheim, A.B. '84

John Brodkin, A.B. '86

Jason Brodsky, A.B. '09

Lela Brodsky, A.B. '07

Richard Brodsky, J.D. '71

Daniel Brody, A.B. '71

Julia Brody, A.B. '71

Mimi Brody, J.D. '88

Peter Brody, J.D. '84

Victor Brogna, A.B. '57 J.D. '60

Dennis Bromley, A.B. '96

Michael Bromwich, A.B. '75 J.D. '80 M.P.P. '80

Kerry Bron, A.B. '88

Eric Brondfield, A.B. '66 M.D. '70

Bennet Bronson, A.B. '60

Susan Bronson, A.B. '68

Julia Brookins, A.B. '98

Bernard Brooks, A.B. '70

Jennifer Brooks, M.L.A. '07

Katherine Brooks, A.B. '76

Kya Brooks, A.B. '25

Lisa Brooks, M.P.P. '04

Michelle Brooks, A.B. '97 M.B.A. '03

Nathaniel Brooks, A.B. '05

Peter Brooks, A.B. '60 Ph.D. '65

Rosa Brooks, A.B. '91

Royce Brooks, J.D. '05

Tony Brooks, A.B. '72 M.B.A. '79

Meg Brooks Swift, A.B. '93

Claire Broome, A.B. '70 M.D. '75

Bernadette Brooten, Ph.D. '82

Aileen Brophy, A.B. '00

Jim Brosnahan, J.D. '59

Sarah Broughel, A.B. '88

Delma Broussard, A.B. '80 M.D. '84

Meredith Broussard, A.B. '95

Alexandra Brown, A.B. '14

Allegra Brown, Ed.M. '11

Arthur Brown, M.P.H. '81

Barbara Brown, A.B. '68

Carole Brown, A.B. '86

Colin Brown, Ph.D. '15

Cornelia Brown, A.B. '71

Dana Brown, A.B. '85

Danelle Brown, A.L.M. '16

Erica Brown, A.B. '95

Glenn Brown, A.B. '75

Jacob Brown, A.B. '23

Lance Jay Brown, M.Arch. '66 M.A.U.D. '67

Lauren Brown, A.M. '02 Ph.D. '08

Lawrence Brown, A.B. '65 Ph.D. '68

Lisa Brown, A.B. '88

Liz Brown, A.B. '91 J.D. '96

Louise Brown, A.B. '65

Lynn Brown, Ed.M. '08

Marshall Brown, A.B. '65

Mary Brown, A.B. '85

Meghan Brown, A.B. '05

Melissa Brown, M.P.A. '02

Michael Brown, A.B. '83 J.D. '88

Michelle Brown, A.B. '00

Nicole Brown, A.B. '07

Olivia Brown, A.B. '08 M.B.A. '17 M.P.P. '17

Peter Brown, A.B. '76

Robert Brown, A.B. '59

Sarah D. Brown, A.B. '73

Scott Brown, A.B. '98

Scott Brown, J.D. '82

Shoshanah Brown, S.M. '00

Stanley Brown, A.B. '60

Steve Brown, A.B. '92

Susan Vogt Brown, A.B. '79

Thomas Brown, J.D. '03

Timothy Brown, Ed.M. '88 Ed.D. '91

Timothy Brown, A.B. '73

Travis Brown, A.B. '77

Trisha Brown, A.B. '87

Troy Brown, J.D. '25

Wesley Brown, A.B. '14

Winsome Brown, A.B. '95

Robin Brown Rodriguez, A.B. '88

Colette Brown-Graham, M.P.H. '89

Charles Browne, A.B. '71 M.Arch. '76

Cristin Browne, M.B.A. '19

Mai Browne, A.B. '79

Ryan Browne, A.B. '04

Sally Browning, A.B. '75

Sarah Browning, A.B. '85

Charlotte Brownlee, A.B. '89

David Brownlee, A.B. '73 A.M. '75 Ph.D. '80

Omar Brownson, M.P.P. '03

Calvin Bruce, A.B. '70 M.D. '75

Judith Bruce, A.B. '68

Eddie Bruce-Jones, A.B. '02

Amy Bruckman, A.B. '87

Carolyn Bruckmann, A.B. '16 M.P.A. '25

Daniel Bruder, S.B. '12

Hilary Hanson Bruel, A.B. '95

Monty Bruell, A.B. '83

Lewis Bruggeman, M.D. '68

Carolyn Bruguera, A.B. '88

Elise Bruhl, A.B. '89

Todd Brun, A.B. '89

Antoinette Bruno, M.B.A. '92

Emily Bryan, A.B. '93

Sophie Bryan, A.B. '96 J.D. '00

Emily Bryant, A.B. '70

Lindsey Bryant, Ed.M. '17

Peter Bryant, A.B. '64

Allison Bryant Mantha, A.B. '94 M.D. '98 M.P.H. '04

Avis Buchanan, J.D. '81

Chantal Buchanan, M.S.H.P.M. '84

Robert Buchanan, A.B. '82 J.D. '85

Lisa Buchberg, A.B. '74

Lisa Bucher, A.B. '88 J.D. '92

Ryan Buchholz, A.B. '96

Peter Buchsbaum, J.D. '70

Brendan Buckley, A.B. '04

Danielle Buckley, A.B. '06

Katie Buckley, Ed.D. '15 M.E. '14

Peter Buckley, M.B.A. '86

Sean Buckley, A.B. '94

Elizabeth Buckley Lewis, A.B. '87 J.D. '91

Philip Bucksbaum, A.B. '75

John Buehrens, A.B. '68 M.Div. '73

Paul Buehrens, A.B. '74

Christian Buehring-Uhle, LL.M. '90

Richard Buery, A.B. '92

Vaughn Buffalo, A.B. '88

Sean Buffington, A.B. '91

Linh Bui, Ph.D. '24 S.M. '24

Helena Buitrago, J.D. '19

Elizabeth Bullitt, A.B. '71

Margaret Bullitt, Ph.D. '84

Steve Bulloch, A.B. '68

Egerton Bullock, M.B.A. '86

John Bullock, M.D. '68 M.P.H. '03

Jesse Bump, M.P.H. '09

Kelvin Buncum, M.B.A. '84

Barbara Bund, A.B. '66 Ph.D. '73

A'Lelia Bundles, A.B. '74

Michael Bundy, A.B. '70

Stephen Bundy, A.B. '73

Pia Bungarten, M.P.A. '87

Greta Bunin, A.B. '77

David Bunker, A.B. '93

Jeneala Imani Bunn, A.B. '16

Judith Bunnell, M.P.P. '84

Jeffrey Burack, A.B. '81 M.D. '88 M.P.P. '88

Rebeca Burciaga, Ed.M. '99

James Burdick, M.D. '68

Joanne Burger, A.B. '81

A. Franklin Burgess, J.D. '71

Breon Burgess, A.B. '95

Heidi Burgiel, Ed.M. '17

Beatrice Burgis, A.L.M. '25

Margaret Burhoe, A.B. '73

Robert Burka, J.D. '70

Alison Burke, A.L.B. '98

Bill Burke, M.B.A. '92

Eleanor Burke, A.L.M. '14

Lynn Burke, A.B. '90

Stephen Burke, S.B. '14

William Burke, A.B. '73 M.B.A. '78

Philip Burling, A.B. '64 J.D. '69

Tracy Burman, M.B.A. '99

Andrew Burnes, A.B. '72

Richard Burnes, A.B. '63

Donald Burnett, A.B. '68

Howard Burnett, A.B. '72

Amanda Burnham, A.B. '01

Rika Burnham, A.B. '72

Ben Burns, A.B. '10 M.B.A. '15

Elizabeth Burns, Ed.M. '96

Joel Burns, M.P.A. '15

Laura Burns, A.B. '75

Mary Burns, Ed.M. '88

Sarah Burns, M.P.A. '86

Mohammed Burny, A.L.B. '19

Barbara Burr, M.D. '69 M.P.H. '71

Winthrop Burr, A.B. '65 M.D. '69

Dr. Melissa D. Burrage, A.L.M. '04

Michael Burstein, A.B. '91

Joshua Burton, A.B. '84

Kelly Burton, M.P.P. '06

Shelley Burtt, A.B. '80 Dr.P.H. '87

Andrew Burwick, A.B. '92

José Buscaglia, A.B. '60

Cimarron Buser, M.B.A. '88

Ava Bush, A.M. '25

Georgia Bush, A.B. '92

Jocelyn Bush, A.B. '97

Nancy Bushkin, A.B. '87

Roberto Busó-García, A.B. '94

Jose Busquets, A.B. '95

David Bussard, A.B. '76

Lynda Bussgang, A.B. '91 Ed.M. '01

Nathalia Bustamante, Ed.M. '22

Jeffrey Buster, A.B. '70

Sara Buswell, A.B. '70

John Buten, A.B. '91

Brian Butler, A.B. '73

Britta Butler, A.B. '96

Craig Butler, A.B. '78

Erik Butler, A.B. '67 Ed.M. '70 Ed.D. '80

John Anthony Butler, A.B. '80

Keith Butler, A.B. '75 M.B.A. '87

Lucas Butler, A.B. '05

Matt Butler, A.B. '04

Nat Butler, A.B. '68 M.B.A. '75

Sarah Butler, A.B. '95

Zoe Butler, M.P.P. '25

Erika Butler-Jones, A.B. '13

Caroline Butler-Rahman, A.B. '96 Ed.M. '99

Adam Button, A.B. '02

Randall Butts, A.B. '88

Malcolm Buxton, A.L.M. '19

Lucas Buyon, Ph.D. '22

Peter Buzzi, M.B.A. '86

George Byars, A.B. '75 M.B.A. '82

Joanna Bybee, A.L.M. '14

Jen Bye, A.B. '92

Julie Byerlein, M.B.A. '85

Caroline W Bynum, Ph.D. '69 LL.D. Honorary '5

Amanda Byrd, A.B. '93

Kahlil (KB) Byrd, M.P.A. '03

Lewis Byrd, A.B. '80 M.B.A. '84

John Byrne, A.L.M. '23

Mark Byrne, J.D. '20

Joan Byron, M.P.A. '12

Vladimir Bystricky, A.B. '00

Dilia Caballero, A.B. '92

Paul Cabana, A.B. '96

Josh Cable, A.B. '05

Ritchard Cable, A.B. '67

Christopher Cabot, A.B. '71

David Cabot, A.B. '82

Elizabeth Cabot, Ed.M. '64

Ellen Cabot, A.B. '64

Meg Cabot, A.B. '87

Stephanie Cabot, A.B. '85

Mark Cackler, M.B.A. '81

Kathryn Cade, A.B. '70

David Cadigan, A.B. '63

Sarah Cadigan-Fried, A.B. '13

Ted Cadwell, A.B. '87

Emily Cahan, A.B. '78

Peter Cahill, A.B. '94

Jonathan Cahn, A.B. '81 J.D. '84

Edward Cahoon, A.B. '80

Connie Cai, A.B. '21

Joe Caiazzo, M.P.A. '23

Miya Cain, M.P.P. '15

Victoria Cain, A.B. '97

Giuseppe Calabi, LL.M. '90

Marcella Calabi, A.B. '78

Michael Calabrese, A.B. '79

Robert Calaff, A.B. '85

Raul Calderon, A.B. '77 J.D. '80

Gillian Caldwell, A.B. '88

Michael Caldwell, A.B. '13 M.B.A. '19

Daniel Calef, Ph.D. '81

Corinne Calfee, A.B. '00

David Calfee, A.B. '68

Roberta Calhoun Morton, A.B. '77

Andrew Calkins, A.B. '79

Benjamin Calkins, A.B. '78

Peter Calkins, M.Arch. '81

Elizabeth Calkins Whisnant, A.B. '84

Linda Callahan, A.B. '80

Megan Callahan, A.B. '95

Clifton Callaway, A.B. '87

Alexandra Callen, Ed.D. '03 Ed.M. '97

Alexis Caloza, A.B. '04 J.D. '08

CeCe Camacho, Ed.M. '99

David Camacho, A.B. '95

Amadou Camara, A.B. '20

Edward Camarena, A.B. '89

Joanne Cameron, A.B. '80

Sharon Cameron, A.B. '86 M.P.A. '02

Peter Camfield, M.D. '70

Daniela Cammack, Ph.D. '13

Jacqueline Camp, J.D. '88

David Campbell, A.B. '66

Gordon Campbell, M.P.A. '85

Meg Campbell, A.B. '74

Piper Campbell, M.P.A. '99

Rev. Dr. Cynthia M. Campbell, M.Div. '74

Scott Campbell, A.B. '84

William Campbell, A.B. '81

James Campen, A.B. '65 Ph.D. '76

Eleanor Campisano, A.B. '08

Carina Campobasso, A.B. '81 J.D. '90

Cheryl Campos, A.B. '15

Nicole Campos, A.B. '01 M.S. '5 Ph.D. '11

Michael Camunez, A.B. '91

Woody Canaday, A.B. '74

Francisco Canales, A.B. '78

Clare Canavan, Ph.D. '25

Lucy Candib, A.B. '68 M.D. '72

Barbara Cane, A.B. '66

Peter Cannavò, A.B. '86 Ph.D. '00

Charles Cannon, A.B. '88

Amina Canter, A.B. '97

Charles Cantor, A.B. '73

Andrew Cantu, M.U.P. '15

Christopher Cantwell, A.B. '23

Katherine Capella, A.B. '06

Jennifer Caplan, M.T.S. '03

Lucy Caplan, A.B. '12

Cynthia Caples, A.M. '64 Ph.D. '71

Catherine Caporusso, J.D. '95

Frank Caprino, A.L.M. '17

Alice Capson, M.A.T. '72 '

Carlo Capua, A.L.M. '22

Maya Capur, M.B.A. '97

Elizabeth Caputo, A.B. '94 M.B.A. '99

Kristin Carden, J.D. '05

Susana Cardenas, M.P.P. '96

Yoshira Cardenas Licea, A.B. '12

Jonathan Cardi, A.B. '91

Shirley Cardona, A.B. '06 M.B.A. '12

Beatriz Cardoso, ALI '13 ALI '23

Mark Careaga, M.Arch. '98

Tim Carens, A.B. '87

Bob Carey, A.B. '77

Helena Carey, A.B. '12

Isabel Carey, A.B. '12

Jennifer Carey, A.B. '78 Ed.M. '79

John Carey, A.B. '78 A.M. '81 Ph.D. 83

Naoka Carey, A.B. '96 Ed.M. '99

Rachel Carey, Ed.M. '97

Richard Adams Carey, A.B. '73

Norman Carleton, A.B. '74

David Carlock, A.B. '94

Myra Carlow (nee Bennett), Ed.M. '65

Colleen Carlston, A.B. '09

Erin G. Carlston, A.B. '84

Louisa Carman, A.B. '16

Rebecca Carman, A.B. '88

Anne Carman May, A.B. '94

Natalie Carnes, A.B. '02

Bernard Carney, A.B. '83

David Carney, A.B. '88

David Carney, A.B. '89 M.B.A. '96

Silvia Carnini Pulino, M.B.A. '88

Rebecca Caro Cohen, A.B. '12

Robert Carolan, M.D. '67

Leslie Carothers, J.D. '67

Brian Carpenter, A.B. '70

Colleen Carpenter, A.B. '88

Kristy Carpenter, A.B. '10

Rebecca Carpenter, A.B. '87

Zachary Carpenter, A.B. '08

Charlene Carper, Ed.M. '85

Chad Carr, J.D. '06

Elizabeth Carr, M.P.A. '04

Rotonya Carr, A.B. '96

Stephen Carr, A.B. '74

Jacob Carrel, A.B. '16 J.D. '21

John Carriero, A.B. '78 A.M. '84 Ph.D. '04

Romina G. Carrillo, Ed.D. '02 Ed.M. '88

Nick Carrington, A.B. '05

Anthony Carroll, A.B. '74 J.D. '79

Dan Carroll, A.B. '82

Jennifer Carroll, A.B. '90

Roland Carroll, A.B. '92

Sarah Carroll, A.B. '99

Ellen Carson, J.D. '80

Kenneth Carson, A.B. '72 J.D. '77

Jamylle Carter, A.B. '92

Katherine Carter, Ed.L.D. '16

Nicholas Carter, A.B. '86

Robyn Carter, A.B. '99

Roger Carter, A.L.M. '06

Sarah Carter, A.B. '04

Trai Carter, A.B. '95

William Carter, A.B. '09 A.L.M. '13

Arthur Carty, A.B. '69

Marcy Carty, A.B. '92

Matthew Carty, A.B. '95

Joseph Caruso, M.B.A. '92

Christian Carvajal, A.B. '15

David Carvalho, A.B. '76 J.D. '80

Edward Casal, M.B.A. '83

Arnel Paciano Casanova, M.P.A. '07

Josep Casas Turu, M.P.A. '20

Hillary Casavant, Ed.M. '20

Sarah Case, Ed.M. '11

Bart Casey, A.B. '70

Michael Casey, A.B. '67 M.B.A. '74

James Cashel, M.D. '91 M.P.P. '91

Elizabeth Cashin, A.B. '75

Sheryll Cashin, J.D. '89

Carol Cashion, A.B. '83

Robert Cashion, A.B. '81

Noelle Caskey, A.B. '70

Candice Cason, A.B. '77

George Cass, A.B. '63 J.D. '66

Marissa Castañeda, M.T.S. '17

Lisa Castaneda Murphy, A.B. '96

Ana Castaner, A.B. '22

Vincent Castellani, Th.M. '95

Thomas Castellano, A.B. '73

Christina Castelli, A.B. '00

Jean-Christophe Castelli, A.B. '85

Molly Castille, A.B. '96

Melissa Castleman, A.B. '93

Cielo Castro, M.P.A. '09

Joaquin Castro, J.D. '00

Luis Castro, A.B. '92

Joanna Cataldo, A.B. '91

Libby Morrow Cater, A.B. '81

Dolita Cathcart, A.B. '81

Susan Catler, A.B. '78 J.D. '82

Keith Catone, Ed.M. '06 Ed.D. '14

Paul Cattaneo, M.Arch. '12

Florent Catu, M.B.A. '08

Gloria Cavallero, Ed.M. '85

Jeannine Cavender-Bares, Ph.D. '00

Megan Reilly Cayten, M.B.A. '04

Marina Cazorla, M.P.P. '97

Edwin Cebrian, A.B. '11

Sinta Cebrian, Ed.M. '24

Laura Cecere, LL.M. '96

Michael Cedrone, A.B. '95

Benjamin Ceja, A.B. '96

Hadewych Cels, M.B.A. '01

Stephen Cenko, A.B. '02

Laura Cepeda, M.P.A. '14

Connie Cervilla, A.B. '74

Eli Ceryak, A.B. '99

Jang-Ho Cha, A.B. '84

Julia Chabrier, M.P.P. '12

Sarah Chace, A.B. '80 M.P.A. '01

George Chaffee, A.B. '64

David Chaffetz, A.B. '76

Amelie Chai, A.B. '93

Gabrielle Chaiban, M.B.A. '92

Albert Chalom, A.B. '19 S.M. '19

Alison Chaltas, A.B. '88

Marque Chambliss, A.B. '83

Alexander Chan, A.B. '24

Amelia Chan, A.B. '10

David Chan, A.B. '83

Edward Chan, A.B. '02

Grace Chan, A.B. '01 M.D. '06

Marcie Chan, A.B. '01

Priscilla Chan, A.B. '01

Sandy Chan, A.B. '15

Stephanie Chan, A.B. '90

Tony Chan, J.D. '03

Kelly Chance, Ph.D. '78 A.M. '72

Anoushka Chander, A.B. '25

Vedra Chandler, A.B. '02

Vasanthi Chandrasekaram, M.B.A. '99

Joi Chaney, J.D. '03

Charles Chang, A.B. '03 A.M. '03

Chen ya Angela Chang, M.B.A. '81

Christopher Chang, A.B. '88

Da Chang, A.B. '06

Diane S. Chang, M.P.P. '13

Eileen Chang, A.B. '04

Ernie Chang, Ph.D. '02

Helen Chang, A.B. '87

Howard Chang, A.B. '82 J.D. '87

James Chang, A.B. '98

Jennifer Chang, A.B. '07

Jennifer Chang, A.B. '11

Jody Chang, A.B. '92

Lynne Chang, A.B. '06

Miranda Chang, A.B. '15

Pang-Mei Natasha Chang, A.B. '87

Philip Chang, A.B. '94

Reni Chang, J.D. '98

Richard Chang, A.B. '98

Robert Chang, A.B. '95

Sandy Chang, Ed.M. '00

Simon Chang, A.B. '06

Sophia Chang, A.B. '01

Stanley Chang, A.B. '04 J.D. '08

Sue Chang, A.B. '04

Tien Shang (Sam) Chang, A.B. '74

Trina Chang Chang, A.B. '94

Yiling Katharine Chang, A.B. '91

Marilee Chang Lin, A.B. '87

Alissa Changala, A.B. '13

Joan Channick, A.B. '78

Maria Chansky, A.B. '89

David Chao, A.B. '89 A.M. '89

Edward Chao, M.P.A. '23

Jessica Chao, A.B. '15

Isabelle Chaon, A.B. '88

Sarah Chapin, Ed.M. '99

Walter Chapin, A.B. '57

Elaine Chapman, A.B. '68

Richard Chapman, A.B. '86 S.M. '96 Ph.D. '01

Tyler Chapman, A.B. '90 Ed.M. '94

Cynthia Char, Ed.M. '79 Ed.D. '85

Daniel Char, J.D. '86

Richard Char, A.B. '81

Danielle Charbonneau, A.B. '03

Russell Charif, A.B. '78

Mia Charifson, A.B. '18

Denetrias Charlemagne, A.B. '11

Grace Charles, A.B. '11

Randolph Charles, M.B.A. '86

Elinore Charlton, M.Arch. '76

Kelly Charlton, CSS '82

Sarah Charlton, A.B. '04

Vickie Charlton, A.B. '72

R. Alta Charo, A.B. '79

Stanley Chartoff, A.B. '82 M.P.H. '90

Sarun Charumilind, A.B. '00 M.D. '07

Howard Chase, A.B. '58 J.D. '61

Mariah Chase, A.B. '99

Melissa Chase, A.M. '76 S.M. '86

Robin Chase, A.B. '76

Shana Chase, A.B. '97

Stephen Chase, A.B. '70

Rebecca Chase-Chen, A.B. '07

Patricia Lindsay Chase-Lansdale, PhD, A.B. '74

Naphat Chatchavalkosol, A.L.M. '23

Jules (Julianne) Chatelain, A.B. '79

Avik Chatterjee, A.B. '02 M.P.H. '15

Richa Chaturvedi, A.B. '18 M.P.A. '25

Disha Chaudhari, LL.M. '20

Mihir Chaudhary, A.B. '12 M.D. '16

Yahya Chaudhry, A.L.M. '17

Samantha Chaudhry-Muffuletto, A.L.M. '18

Linda Chavers, Ph.D. '13 A.M. '09

Manuel Chavez, A.B. '21

Elena Chavez Carey, A.B. '02

Kami Chavis, J.D. '99

Brandon Chawner, A.L.M. '20 A.L.B. '17

Kate Chazin, A.B. '11

Timothy Chelius, M.C.R.P. '79

Erwin Chemerinsky, J.D. '78

Daniel Chemers, J.D. '69

Angela Chen, A.B. '12

Angie Chen, A.B. '02

Chu-Yi Chen, A.B. '99

Cicely Chen, A.B. '08

David Chen, A.B. '90

Dee Dee Chen, S.M. '07

Elaine Chen, A.B. '0

Elsa Chen, M.P.P. '93

Eva Chen, Ed.D. '12 Ed.M. '10

Janice Chen, A.B. '93

Jondou Chen, A.B. '01 Ed.M. '05

Lauren Chen, A.B. '24 A.M. '24

Leian Chen, A.B. '04

Lincoln Chen, M.D. '68

Lisa Chen, A.B. '12

Milton Chen, A.B. '74

Ming Chen, A.B. '00

Mollie Chen, A.B. '05

Paul Chen, M.D. '96

Perry Chen, A.B. '93 J.D. '96

Petty Chen, M.P.H. '20

Selby Chen, A.B. '02

Sidney Chen, A.B. '93

Yu-chin Chen, A.B. '93 M.P.P. '96 MA '02, PhD '02

Mary Faeth Chenery, A.B. '70

Irene Cheng, A.B. '76 M.B.A. '80

Jack Cheng, Ph.D. '01 A.M. '94

Joan Cheng, A.B. '95 M.B.A. '02

Louie Cheng, A.B. '96

Sarah Cheng, LL.M. '03

Theresa Cheng, A.B. '08

William Cheng, A.B. '92

Pilan Chenhansa, J.D. '07

Chelsea Cherenfant, A.B. '17

Miriam Chernoff, M.P.A. '14

Alison Cherry, A.B. '04

Rebecca Cherry, A.B. '95 M.D. '00 M.P.H. '09

Sabrina Cherry, M.D. '87

Celia Chetham, A.B. '85

Eric Cheung, M.B.A. '15

Ming Cheung, A.B. '13 J.D. '17

Stephanie Chevalier, A.B. '07 M.B.A. '15

Davin Chew, A.B. '01

Carlin Chi, A.B. '91 M.D. '98

Emile Chi, A.B. '57

Harmony Chi, A.B. '94

Paul Chiampa, A.B. '71

Jason Chiang, A.B. '04

Farai Chideya, A.B. '90

Chinezi Chijioke, A.B. '00

Michael Chilazi, A.B. '14 M.D. '19

Kurt Chilcott, A.B. '76

Carla Childs, A.B. '70

Dan Chiles, A.B. '75

David Chin, A.B. '71 M.D. '75

Eric Chin, A.B. '19

Janice Chin, A.B. '83

Kathleen Ko Chin, S.M. '84 ALI '23

Margaret Chin, A.B. '84

Pamela Chin, A.B. '81

Zad Chin, A.B. '24 A.M. '24

Cynthia Chin-Lee, A.B. '80

Horacio Chiong-Rivero, Ph.D. '02

Justine Chiou, A.B. '06

Margarita Chiquiza, M.B.A. '22

Daniel Chirot, A.B. '64

Alexandra Chisholm, Ed.M. '89

Leland Chisholm, A.B. '72

Marcia Chithelen, A.B. '82

Pooja Chitneni, M.M.Sc. '25

David Chiu, A.B. '91 J.D. '95 M.P.P. '95

Michelle Chiu, A.B. '10

Eric Chivian, A.B. '64 M.D. '68

Dara Cho, A.B. '00

Deborah Cho, J.D. '15

Theresa Cho, A.B. '90

Yong Jung Cho, M.P.A. '23

Alan Choate, A.B. '61

Julie Chodacki, A.B. '89

Carol Chodroff, Ed.M. '95

Suzie Choe, M.B.A. '03

Flora Choi, Ed.M. '22

Michael Choi, A.B. '91

Phil Choi, A.B. '02

Rana Choi, M.Arch. '02

Robert Choi, M.B.A. '92

Harry Chomsky, A.B. '88

Christine Choo, A.B. '89

Jennifer Choo, A.B. '90 A.M. '91

Renee Chotiner, A.B. '70 J.D. '74

Amy Chou, A.B. '06

Jacki Chou, A.B. '07

Joanna Chou, Ed.M. '25

John Chou, A.B. '78

Margaret Chou, A.B. '95

Peggy Chou, A.B. '87

Wendy Chou, A.B. '99

Eileen Chow, A.B. '90

John Chow, A.B. '79

Liana Chow, A.B. '21

Shakeel Chowdhry, A.B. '00

Aric Christal, A.B. '00

Roger Christenfeld, A.B. '57

Timothy Christenfeld, A.B. '83

John Christensen, A.B. '78

Peter Christensen, Ph.D. '14

Nancy Christian, A.B. '83

Kody Christiansen, A.L.B. '23 '

Mara Christine, A.B. '92

Erik Christoffersen, M.B.A. '94

Nicholas Christopher, A.B. '73

Charleen Chu, A.B. '87

Joan Chu, A.B. '85

Lily Chu, M.B.A. '86 M.A. '91 Dr.P.H. '91

Robert Chu, J.D. '93

Eugen Chua, A.L.M. '19

Deborah Chud, A.B. '72

Dolly Chugh, M.B.A. '94 A.M. '04 Ph.D. '06

Hyung Chun, A.B. '95

Connor Chung, A.B. '23

David Chung, A.B. '93 M.D. '97

Eugene Chung, A.B. '94

Evelyn Chung, A.B. '00

Hye-Young Chung, M.Arch. '07

James Chung, A.B. '82

Jeanhee Chung, A.B. '93

Joann Chung, Ed.M. '24

Jooyong Chung, M.B.A. '04

Luke Chung, A.B. '85 S.M. '85

Marybeth Walsh Chung, A.B. '93

Nina Chung, A.B. '22

Richard Chung, M.B.A. '10

KyungAh Chung-Benedetti, A.L.M. '23

Joyce Chupka, M.P.A. '90

Tom Church, A.B. '94

Allegra Churchill, A.B. '99

Michael Churchill, A.B. '61 J.D. '65

Judith Chused, M.D. '67

Thomas Chused, A.B. '62 M.D. '67

Jonathan Chute, A.B. '82

Thomas Ciantra, J.D. '87

Margaret Russell Ciardi, Ed.D. '94

Barbara Ciccolini, A.L.B. '24

Louis Ciccone, A.B. '94

Patrick Ciccone, A.B. '66

Linda Ruth Ciglen, LL.M. '82

Margaret Cimino, A.B. '87

Susan Cinner, A.B. '75

Hakki Cipa, Ph.D. '07

Gil Citro, A.B. '91

Christopher City, A.B. '94

William Claff, A.B. '75 S.M. '76

Edward Clapp, Ed.D. '14 Ed.M. '07

Alice Clark, A.B. '85

Allison Clark, A.B. '92

Christopher Clark, A.B. '84

Darrah Clark, A.B. '72

Diana Clark, A.B. '80

Duncan Clark, M.D. '85

Elizabeth Clark, A.B. '92 Ph.D. '07

Erin Clark, M.B.A. '04

Gloria Clark, Ed.M. '69

Heather Clark, A.B. '96

Hunter R. Clark, A.B. '76 J.D. '79

Ian Clark, A.B. '95

Johnathan Clark, A.B. '19

Judith Clark, Ed.D. '87 Ed.M. '75

Leo Clark, A.B. '92

Margaret Clark, A.B. '73

Melanca Clark, J.D. '02

Miriam Clark, A.B. '80

Rebecca Clark, M.Div. '99

Robert Clark, A.B. '66

Samuel Clark, A.B. '03

Simon Clark, A.B. '96

Steven Clark, A.B. '81

Thomas Clark, A.B. '82

Vivian Clark, A.B. '76

Devereux Clarke, A.B. '72

James Clarke, A.B. '16

John Paul Clarke, A.B. '67

Len Clarke, A.B. '59

Sherrese Clarke, M.B.A. '04

Zhalisa Clarke, A.B. '02 M.B.A. '08

Daniel Clarke-Pearson, A.B. '70

Mary Claugus, A.B. '72

Sulee Clay, A.B. '92 J.D. '97

Jill Clayton, A.B. '77

Kyle Clayton, A.B. '00

Danielle Cleary, A.B. '98

Paula Cleary, A.B. '83

William J. Cleary Jr, A.B. '56

Elisabeth Clemens, A.B. '80

Michael Clemens, Ph.D. '02

Kristen Clements, M.P.P. '93

Brian Clemow, A.B. '66

Sanford Climan, A.B. '77 M.B.A. '79 S.M. '79

David Clingingsmith, Ph.D. '07

Timothy Clinton, A.B. '00

Robert Clooud, A.B. '58 A.M. '61

Cole Cloyd, M.T.S. '23

Laura Clubok (Harris at graduation), A.B. '94

Lauralee Coady, A.B. '68 J.D. '72

Patrick Coady, M.B.A. '66

James Douglas Coatsworth, A.B. '83

Jay (John F.) Coburn, A.B. '76

Lawrence Coburn, A.B. '65

David Cochran, M.D. '07 Ph.D. '05

David Cochran, A.B. '70 M.D. '79

Lori Cochran, A.B. '00

Nan Cochran, A.B. '75 M.D. '81

Ross Cockrell, A.B. '91

Andrew Coco, M.M.Sc. '82

Franklin Codel, A.B. '86

Penelope Codrington, A.B. '89 J.D. '92

Christie Johnson Coffin, A.B. '65

Linda Coffin, A.B. '73

Stephen Coffin, A.B. '63

Marina Cofield, A.B. '94 J.D. '99

Dan Cogan, A.B. '91

Paige Cognetti, M.B.A. '14

Richard Cohan, A.B. '75

Sean Cohan, A.B. '96

Adam Cohen, A.B. '90

Alison Cohen, A.B. '07

Amy Cohen, Ed.M. '10

Amy Cohen, J.D. '78

Andrea Cohen, A.B. '90

Aren Cohen, A.B. '94

Audrey Cohen, A.B. '68 M.B.A. '70 D.B.A. '75

Benjamin Cohen, A.B. '87

Betty Ann Cohen, M.P.H. '97

Byron Cohen, Ph.D. '24

Carol Cohen, M.B.A. '85

David Cohen, A.B. '74 J.D. '78

David Cohen, A.B. '80

Deborah Cohen, A.B. '90

Elena Cohen, A.B. '79

Eliot Cohen, A.B. '77 Ph.D. '82

Fay Cohen, A.B. '65 Ed.M. '66

Gail Cohen, M.D. '95

Gordon Cohen, Ph.D. '74 A.M. '70

Hope Cohen, A.B. '86

Howard Cohen, A.B. '81

Jake Cohen, A.B. '09

Jennifer Cohen, A.B. '78

Joel Cohen, A.B. '65 A.M. '67 Ph.D. '70, M.P.H. '70, Dr.P.H. '73

Jonathan Cohen, A.B. '80

Jonathan Cohen, A.B. '87 J.D. '92 Ph.D. '93

Judith Cohen, M.Div. '97

Karen Cohen, A.B. '63

Karen Cohen, A.B. '90

Laurence Cohen, A.B. '69

Lawrence Cohen, A.B. '54

Liz Cohen, A.B. '80 '

Louis Cohen, A.B. '62 LL.B. '66

Mark Cohen, A.B. '65

Matthew Cohen, A.B. '88

Michelle Cohen, S.M. '25

Peter Cohen, A.B. '76

Rachel Cohen, A.B. '95

Rena Cohen, A.B. '22

Samuel Cohen, A.B. '00 J.D. '07 M.P.P. '07

Shoshanah Cohen, M.B.A. '92

Sophia Cohen, A.B. '76

Stephen Cohen, A.B. '61

Susan Ginsburg Cohen, A.B. '86

Jamie Cohen-Cole, A.B. '95

Daniel Cohn, A.B. '79

David Cohn, J.D. '71

Debra L.W. Cohn, A.B. '81

Evan Cohn, A.B. '82

Marya Cohn, A.B. '87

Nina Cohn, M.B.A. '83

David Coker, Ed.D. '04 Ed.M. '99

Nicholas Colarossi, A.B. '84 CSS '90

Christine Colbath-Hess, Ed.M. '05

Catherine Cole, M.B.A. '00

Lauren Cole, A.B. '84

Libby Cole, Ed.M. '08

Steven Cole, A.B. '70

Susan G Cole, A.B. '74

Leeland Cole-Chu, A.B. '72

Deborah A Coleman, A.B. '73 J.D. '76

Monica Coleman, A.B. '95

Richard Coleman, A.B. '75

Steven Coleman, M.B.A. '93

William Coleman, A.B. '99

Jenifer Coleman Gorin, A.B. '95 M.B.A. '01

Christopher Coley, M.D. '83

Christopher Colford, A.M. '77

Anaïs Colin, A.B. '25

Catherine Colinvaux, A.B. '86 J.D. '90

Denise Collazo, A.B. '90

Steve Colley, M.P.P. '17

Andrake Collins, B.A. '92

Doreen Collins, M.B.A. '85

Ellen Collins, A.B. '81

Erin Collins, Ed.M. '22

Frank Collins, A.B. '76

Janet Collins, A.B. '71

Janis Collins, PLD '18

Janna Collins, A.B. '65

John Collins, Ph.D. '72

Kimberly Collins, M.D. '94 M.P.H. '94

William Collins, A.B. '63

Zachary Collins, Ph.D. '18

Ashani Collins O'Mard, M.P.P. '04

Mark Colman, A.B. '83 M.B.A. '87

Steven Colome, Sc.D., Sc.D. '81

George Colt, A.B. '76

Laura Coltin Ogden, A.B. '02 J.D. '05

Edward Coltman, A.B. '69 M.C.R.P. '79

Michael Colton, A.B. '97

Mary Colvig, Ed.M. '11

Robert Colvin, M.D. '68

Gifford Combs, A.B. '80

Pat Come, M.D. '72

Andy Comins, A.B. '74

Andrew Compaine, A.B. '81

Carolyn Compton, M.D. '74 Ph.D. '78

James Conant, A.B. '82 Ph.D. '90

Susan Conant, A.B. '68 Ed.D. '78

Jane Condon, Ed.M. '74

Erin Coningsby, A.B. '04

Laura Conkey, A.B. '73

Marijke Conklin, Ed.M. '25

Erin Connearney, A.B. '00

Anne Connell, A.B. '84

Dorothy Connell, Ph.D. '74

Carissa Connelly, M.U.P. '18 M.Des. '18

Maureen Connelly, M.P.H. '95

Harrel Conner, A.B. '02

Jan Connery, A.B. '75

Faith Connolly, A.B. '83

John Connolly, A.B. '84

Julian Connolly, A.B. '72 A.M. '74 Ph.D. '77

David Connor, A.B. '64

James Connor, A.B. '78

Susan Connor, J.D. '67

Brendan Connors, A.B. '04

Ellen Connorton, M.P.A. '02 Sc.D. '10

Ellen Conrad, A.B. '72

John Conrad, A.B. '77

Julia Conrad, M.P.A. '23

Mark Conrad, J.D. '05

Catherine Conroy, A.B. '91

Nicolas Contag, M.B.A. '12

Doina Contescu, A.B. '89

Angelike Contis, A.B. '94

Deborah Contrada, Ph.D. '85

Juan Manuel Contreras, Ph.D. '13 A.M. '11

Madeline Conway, A.B. '16

Richard Conway, A.B. '76

Charlotte Coogan, A.B. '13

Christine Coogan, A.B. '96 J.D. '01

Abbey Cook, A.B. '80

April Cook, Ph.D. '14

Cynthia Cook, A.B. '76

David Cook, A.B. '81

Eleanor Cook, A.B. '68

Ernest Cook, A.B. '76

Jonathan Cook, A.B. '96

Katarina Cook, S.M. '23

Marianne Cook, A.B. '02

Martha Cook, Ed.M. '01

Patricia Cook, A.B. '73 M.D. '77

Robert Cook, A.B. '70

Tim Cook, A.B. '06

Robert Cook-Deegan, A.B. '75

Margaret Cooke, A.B. '58

Tatiana Cooke, M.B.A. '18

Alford Cooley, A.B. '60 LL.B. '64

Sarah Cooleybeck, J.D. '95

Alice Coolidge, A.B. '72

Leslie Coolidge, A.B. '81

Linzee Coolidge, A.B. '59

Miles Coolidge, A.B. '86

Trevor Coombe, Ed.M. '61 Ph.D. '68

Terry Cooney, A.B. '70

Peter Coonradt, A.B. '68

Elizabeth Coons, A.B. '71

Phillip Coop, A.B. '70

C. Scott Cooper, M.P.A. '08

Christian Cooper, A.B. '84

Deborah Cooper, A.B. '75 J.D. '78

Eric Cooper, A.B. '80

Harry Cooper, A.B. '81 Ph.D. '97

Jason Cooper, A.B. '96

Jim Cooper, J.D. '80

John Cooper, A.B. '93

Kate Cooper, A.L.B. '19

Khalilah Cooper, M.B.A. '11

Louis Cooper, A.B. '79

Mary Cooper, A.B. '89 Ph.D. '98

Kristy Cooper Stein, Ed.M. '07 Ed.D. '11

Gemma Cooper-Novack, Ed.M. '10

Pamela Cooper-White, Ph.D. '83 M.Div. '83

Jay Cooperson, A.B. '60

Kenneth Coplan, A.B. '23

Abigail Coplin, A.M. '10

Gina Coplon-Newfield, M.P.A. '08

Koen Coppenholle, LL.M. '90

Sam Coppersmith, A.B. '76

Maximilian Coqui, M.B.A. '03

Ahpaly Coradin, J.D. '92

Jonathan Coraor Fried, M.D. '20 M.P.P. '20

Jane Corbett, A.B. '09

Leo Corbett, A.B. '70 M.B.A. '75

Peter Corbett, J.D. '90

Timothy Corbett, A.B. '89

Eugene (Gene) Corbin, M.P.A. '01

Frederick Corcoran, A.B. '66

Cecily Corcoran Kihn, A.B. '67

Anthony Coretto, A.B. '82

Susan Corey, A.B. '90

Bruce Corker, A.B. '67 J.D. '74

Joseph Corkery, M.D. '05

Linda Corman, A.B. '73 M.P.A. '86

Acacia cormier, A.B. '05

Steven Corning, A.B. '75

David Cornish, A.B. '74

Debi Cornwall, J.D. '00

Eric Cornwell, A.B. '79

Richard Corrado, A.B. '82

Carmen Corrales, J.D. '89

Mark Corrales, A.B. '86 M.P.P. '90

Christian Correa, J.D. '01

Abigail Corrigan, M.B.A. '03

Emily Corrigan, A.B. '19

Hugh Corroon, A.B. '89

Nicholas Corsano, A.B. '69

Cheryl Corson, M.L.A. '94

Janet Corson-Rikert, A.B. '74 M.D. '78

Jonathan Corson-Rikert, A.B. '73

Chris Cosden, A.B. '05

John Cosentino, A.B. '71

Lucy Costa, A.B. '95

Mary Costanza, A.B. '58

Rick Costanza, Ed.M. '95

Darce Costello, Ed.D. '04 MBI '23

Eileen Costello, A.B. '79

Kelli Costello, M.L.A. '12

Caroline Cotter, A.B. '98

Elizabeth Cotter Schlax, A.B. '94

Stephen Couch, A.B. '12

James Coughlan, A.B. '90 Ph.D. '98

Denis Coughlin, A.B. '61

Pam Coukos, J.D. '94

Hope Coulter, A.B. '82

James Coulter, A.B. '54 A.M. '61 Ph.D. '62

Nate Coulter, A.B. '82 J.D. '85

John Countryman, A.B. '72

James Cousar, A.B. '74

Daniel Cousin, A.B. '00

Emily Cousins, A.B. '92

Katherine Cousins, M.B.A. '02

Sarah Cove, A.B. '03

Robert Covington, A.B. '75 J.D. '78

Christina Covino, A.B. '85

Benjamin Cowan, A.B. '02

Caroline Cowan, M.P.A. '15

Cynthia Cowan, Ed.M. '13

Dale Cowan, A.B. '59 M.D. '63

Geoffrey Cowan, A.B. '64

Elizabeth Cowan Neptune, M.P.A. '18

H. Claire Cowart, M.B.A. '85

Susan Cowell, A.M. '75

Abigail Cox, Ed.M. '92

Alexander Cox, A.B. '12

Caroline Cox, A.B. '14 J.D. '18

Edward Cox, S.M. '64 M.B.A. '71

Helen Cox, A.B. '74

Jen Cox, A.B. '95

Robert Cox, A.B. '72

Stephen Cox, M.P.P. '79

Thomas Cox, J.D. '76

Daniel Cozzens, A.B. '03

Elizabeth Crabill, M.B.A. '99

Daniel Craig, A.B. '74

Daniel Craig, A.B. '04 J.D. '11

Gregory Craig, A.B. '67

Jennifer Craig, M.B.A. '80

Tiffany Craig, M.B.A. '10

Burton Craige, A.B. '71

Cathy Cramer, A.B. '82

Dwight Cramer, A.B. '74

Elizabeth Cramer, A.B. '80

John Cramer, A.B. '70 M.D. '74

Sara Cramer, A.B. '69

Sarah Cramer, A.B. '08

Thomas Cramton, A.B. '60

Aisling Helen Crane, A.B. '14

Justin Crane, A.B. '00

Margaret Crane, A.B. '14

Mary Crane, A.B. '79 A.M. '82 Ph.D. '86

Michael Crane, A.B. '75

Molly Crane, J.D. '23 M.P.P. '23

Samantha Crane, J.D. '09

Thomas Crane, A.B. '72

Laura Crary, A.B. '72

William Craumer, A.B. '74

Claire Cravero, M.P.H. '20

Clare Crawford, A.B. '94 Ed.M. '98

Glen Crawford, A.B. '80

Karen Crawford, A.B. '89

Lara Crawford, A.B. '91

Lisa Crawford, A.B. '65 A.M. '69

Rudd Crawford, M.A.T. '65 Ed.D. '74

Joseph Crawford-Kelly, A.B. '84

Edward Creedon, A.B. '00

Michael Crehan, A.B. '81

David Creighton, A.B. '75

Graeme Crews, A.B. '13

Sarah Crichton, A.B. '75

Samuel Crihfield, A.B. '11

Steven Crist, A.B. '78

Theresa Cristofaro, A.L.M. '13

Lauren Crocker, A.B. '85

Melissa Crocker, A.B. '00

Allen Crockett, A.L.B. '01

Teresa Crockett, A.B. '00

Nicholas Croft, M.A.U.D. '12

Caroline Cromwell, A.B. '97

Fran Cronin, M.L.A. '17

Amanda Cross, A.B. '73

June Cross, A.B. '75

Robert Cross, J.D. '14 A.B. '11

Caryn Cross Hawk, A.B. '80

Amy Crosson, Ed.D. '10 Ed.M. '00

Kevin Crotty, J.D. '84

Adam Crouch, A.L.M. '18

Charles (CJ) Crowder, Ed.M. '02

Catherine Crowe, A.B. '03

Jeff Crowe, A.L.M. '23

John Crowley, M.P.A. '08

David Crusoe, Ed.M. '05 Ed.M. '07

Lisa Crutchfield, M.B.A. '90

Victoria Crutchfield, A.B. '10

Ethan Cruvant, A.B. '80

Diane Cruz-Burke, J.D. '91

Jill Crystal, Ph.D. '86

Peter Csathy, J.D. '88

Allen Cubell, M.B.A. '92

Stephen Cuddy, A.B. '75

Sofia Cuenca Butao, M.P.H. '25

Flavia Cuervo, A.B. '18

Selena Cuffe, M.B.A. '03

Mark Cullen, A.B. '71

Timothy Cullen, A.B. '96

Michael Cullinan, M.Arch. '87

Joanne Cullinane, A.B. '91

Perry Culver, A.B. '72 M.D. '81

Ann Cumming, A.B. '76

David Cummings, A.B. '77

Lucy Cummings, A.B. '97 M.B.A. '03

Claudia Cummins, A.B. '88

Keren Cummins, A.B. '84

Jonathan Cunitz, M.B.A. '65 D.B.A. '68

Daniel Cunningham, A.B. '84

DeAndre Cunningham, M.B.A. '22

Jill M Cunningham, A.B. '88

Kevin Cunningham, A.B. '78

Christina Cuomo, Ph.D. '96

Danielle Cupps, A.B. '92

Sarah Curi, M.P.H. '02

Mary Catherine Curley, A.B. '10

Joyce Curll, A.B. '65

Francid Currie, A.B. '72 J.D. '75

Dana Curry Lorway, Ed.M. '84 Ed.D. '99

Peter Curtin, A.B. '75

Catherine Curtis, A.B. '17

Christopher Curtis, A.B. '68

Daniel Curtis, Ph.D. '90

Douglas Curtis, A.B. '84 J.D. '88

Frank R. Curtis, A.B. '68

George Curtis, A.B. '68

John Curtis, A.B. '70 J.D. '76

Michaeline Curtis, A.B. '83

Paulette Curtis, A.B. '92 Ph.D. '03

Peter Curtis, A.B. '13

Rachel Curtis, Ed.M. '94

Carina Curto, A.B. '00

Roxanna Curto, A.B. '01

Priscilla Cushman, A.B. '76

Anne Custer, Th.M. '00

Cristina Custodio, A.B. '94 M.B.A. '99

Gloria Custodio, A.B. '91

Johann Cutiongco, A.B. '06

Julia Cutler, A.B. '91

Joseph Cutmore-Scott, A.B. '10

Ralph Cygan, MD, A.B. '70

Tatiana Cymbalista, M.P.A. '22

Daniel Czajkowski, A.L.M. '10

Frank D'Agnese, A.B. '01

Emmanuel D'Agostino, A.B. '19

Giselle D'Agostino, A.B. '98

Salvatore D'Agostino, A.B. '78

Kelly D'Ambrosio, A.B. '90

Paolo D'Anselmi, M.P.P. '81

Fred Dabney, A.B. '67

Cynthia Dahlin, M.P.P. '79

Julia Dahlin, Ed.M. '15

Krishna Dahya, M.P.A. '23

Katharine Dain, A.B. '04

Daniel Daiss, A.B. '76

Antonio Dajer, A.B. '78

Michael Dake, A.B. '73

Gerry Daley, A.B. '81

Gayle Daley Lang, A.B. '89

Kristina Dalicandro, A.B. '94

Christopher Daly, A.B. '76

Kevin Daly, A.B. '00

Vicki Z. Daly, A.B. '75 M.B.A. '81

Julie Dam, A.B. '93

Ryan Damm, A.B. '01

Adair Dammann, A.B. '79 M.P.A. '00

Nancy Dammann, A.B. '97

Katherine Damon, A.B. '02

Ann Damsgaard, M.B.A. '73

John Dane, A.B. '64

Peter Danelo, A.B. '72 J.D. '75

Sophia Danenberg, A.B. '94

Sandy Dang, M.P.A. '10

Alexandra Daniell, A.B. '84

John Daniels, A.B. '65

Matthew Daniels, A.B. '00

Ross Daniels, A.B. '93

Deborah Daniels-Smith, A.B. '71

David Danner, A.B. '75

Nancy Danoff, A.B. '79

Judith Danovitch, A.B. '00

Aaron Danzig, A.B. '92

Sunaina Danziger, A.B. '19

Tayler Danziger, M.B.A. '20

David Dapaah-Afriyie, J.D. '22

Michael Darby, A.B. '73

Joyce Darkey Hrinya, M.B.A. '88

Will Darman, A.B. '98 M.P.P. '02

Catherine Darnton, A.B. '95

Robert Darnton, A.B. '60

Alina Das, A.B. '01

Éva Borsody Das, A.B. '64

Saumya Das, A.B. '91 M.D. '00

Smitha Das, A.B. '13 M.B.A. '18

Barry Dashefsky, A.B. '69

Thomas Dashiell, A.B. '70 J.D. '74

Matt DaSilva, A.B. '12

Lorraine Daston, A.B. '73 Ph.D. '79

Boris Datskovsky, Ph.D. '84

Jerry Dauderman, A.B. '66 M.B.A. '70

Nils Daulaire, A.B. '70 M.D. '76

Schuyler Daum, A.B. '12 M.B.A. '18 J.D. '18

Elizabeth Davenport, M.P.A. '85

Brian David, M.B.A. '96

Coralie David, M.P.A. '12

Marjorie David, A.B. '71

Stephen David, A.B. '98

Maria Davidis, A.B. '87

Catherine Davidson, A.B. '85

Emily Davidson, A.B. '89 M.P.H. '02

Susan Davidson, Ed.M. '05

Emma Davies, M.P.P. '20

Angela Davis, J.D. '81

Benjamin Davis, A.B. '77 J.D. '83 M.B.A. '95

Caroline Davis, A.B. '14

Clarence W Davis, M.Div. '97 Th.M. '00

Donald Davis, A.B. '64

Eleanor Davis, J.D. '18

Glenn Davis, A.B. '79

Jeffrey Davis, ALI '20

Kayla Davis, Ph.D. '21

Kevin Davis, J.D. '90

Kimberly Davis, A.B. '90

Letitia Davis, Ed.M. '70 Sc.D. '83

Lisa Davis, A.B. '81

Martha Davis, A.B. '79

Martha Davis, A.B. '73

Matthew Davis, A.B. '97

Pete Davis, A.B. '12 J.D. '18

Peter Davis, A.B. '57

Ron Davis, J.D. '12

Seth Davis, J.D. '75

Zach Davis, A.B. '01

Gerald Davison, A.B. '61

Paul Davison, A.B. '80

Jamie Daw, Ph.D. '18

Phillip Dawes, S.B. '94

Nicholas Dawidoff, A.B. '85

Horace Dawson, A.B. '76 J.D. '80 M.B.A. '80

Ashi Day, Ed.M. '12

Dominique Day, A.B. '96

Isaiah Day, A.L.B. '25

Linda Day, A.B. '85

Susan Day, A.B. '73 M.P.H. '81

William Day, M.B.A. '83

Caitlin Day-Lewis, M.P.A. '14

John Day, Jr. '72, A.B. '72

Joan Daya-Daly, A.B. '98

Archana Dayalu, Ph.D. '17

Isaac Dayno, A.B. '15

Alessandro de Alarcon, A.B. '95 M.P.H. '11

Suzanna de Baca, M.B.A. '92

Emilie de Brigard, A.B. '64

Sherry de Carbonnel, A.B. '81

Brent de Chene, A.B. '70

Josephine de Give, A.B. '65

Michael De La Garza, A.B. '82

Sharon De La Garza, A.B. '89

Oscar De la Rosa, A.B. '90

Laura de la Torre Bueno, A.B. '65

Valentine de Lasteyrie, M.P.A. '13

Cecilia de Lima Pessanha, M.P.A. '18

Alexa de los Reyes, A.B. '96

Gastón de los Reyes, A.B. '96

Daphne de Marneffe, A.B. '81

Linda De Melis, A.B. '75

Robert de Neufville, A.B. '92

Leonardo de Nevi, A.L.B. '17

David De Remer, A.B. '03 A.M. '03

Linda De Renzo, J.D. '85

Michael de Saint Hippolyte, A.B. '78

Laurence De Segonzac, A.B. '73

Charles de Segundo, M.B.A. '08 M.P.A. '08

Susana F De Sola, A.B. '76

Marten W. de Vries, A.B. '70

David de Weese, M.B.A. '65

Maggie Deagon, Ed.M. '22

Lucy Deakins, A.B. '94

Catherine Deakins Quayle, A.B. '98

Jonathan Dean, A.B. '67

Nancy Dean, M.Div. '94

Rex Dean, A.B. '84

Natalie Dean (née Exner), Ph.D. '14 A.M. '11

Nicholas Deane, A.B. '66 M.U.P. '72

Jayne Deane-White, S.M. '87

Annie DeAngelo, A.B. '12

Scott DeAngelo, A.B. '19

Andrew Deardorff, A.B. '84

Melanie Deas, A.B. '89

Thomas Deaton, M.P.A. '87

Anindita Deb, A.B. '06

Vanessa Decembre, A.B. '16

Cameron Decker, A.B. '20

Paul Decker, J.D. '99

Emina Dedic, A.L.M. '24

Theresa Deeney, Ed.D. '97

Christopher Deering, M.B.A. '68

Vincent Defalque, M.B.A. '23

Patti DeFazio, M.P.P. '84

Kristyn DeFilipp, J.D. '09

Robert DeFulgentiis, A.B. '75

Anne DeGheest, M.B.A. '79

Elliot DeHaan, A.B. '99

Emily DeHuff, A.B. '68

Kenneth Deitch, A.B. '60 A.M. '67 Ph.D. '67

Janet Deitcher, Ed.M. '84

Francesca Del Frate, A.B. '15

Sara Del Rubin, J.D. '19

Miguel Del Toro, A.B. '94

Lynn DeLacey, A.L.M. '86

Christine DeLallo, A.L.B. '05

Richard DeLaura, A.B. '77

Dawn Delbanco, A.B. '73 Ph.D. '81

Susie DeLellis Petruccelli, A.B. '96

Juan Rafael Delgado Veliz, M.P.A. '18

María Paz Delgado Yábar, LL.M. '23

Denise Delgado-Kerman, A.B. '91

Laurent Delli-Bovi, A.B. '71

Scott Delman, M.B.A. '86

Madeline deLone, A.B. '81 S.M. '84

Michelle DeLong, A.B. '88 J.D. '91

Robert Delsite, A.B. '87

Sam Delson, M.P.A. '00

Paul Demakis, A.B. '75 J.D. '78

Lykourgos Demas, A.B. '16

Carole Dembek, M.S.H.P.M. '93

Susan Dembitz, A.B. '62

Daniel Demetri, A.B. '09

George Demetri, A.B. '78

Iphigenia Demetriades, M.B.A. '89

Madison Deming, A.B. '18 Ed.M. '21

Michael Deming, A.B. '74

Owen Demke, M.P.H. '25

Alison Demos, A.B. '89

Constance Demos, A.B. '61

John DeMott, J.D. '76

Kameka Dempsey, Ed.M. '05

Nathaniel Dempsey, A.B. '20

Kenneth Demsky, A.B. '72

Gerard Denault, A.B. '67

Scott Denenberg, S.B. '07

Scott Denham, Ph.D. '90 A.M. '89

Juliette Denkin, A.B. '69

Connor Denney, A.B. '16

Anna Dennis, A.B. '13

Debbie Dennis, A.B. '85

Jill Denny, A.B. '98

Bruce Denny-Brown, A.B. '60

Robert DeNoble, M.B.A. '72

Laura Dent, A.B. '81

Chad Denton, A.B. '01

Olivia Denton Lucas, A.B. '98

Anna DePalo, A.B. '93

Bella DePaulo, Ph.D. '79

Filiz Derici, M.B.A. '05

Nell Derick Debevoise, A.B. '02

Edward Dering, M.B.A. '77

Nate Dern, A.B. '07

Frank DeRosa, M.P.P. '82

Paula Derrow, A.B. '85

Vyjayanti Desai, M.P.P. '95

Michela DeSantis, A.B. '10

Elizabeth Desfosses, A.B. '00

Marie desJardins, A.B. '85

Andrea Despotes, J.D. '95

Gilbert Desroches Jr, A.B. '07

Ralph (Lawrence) Dessem, J.D. '76

Yoseph Desta, J.D. '19

James Deutsch, A.B. '80

Ginger Devaney, A.B. '09

Antelo Devereux, A.B. '65

Edward Devereux, A.B. '72 Ed.M. '78

Julie Devine, A.B. '84

Timothy Alan Devine, A.B. '85

Allison Devore, M.P.P. '00

Jarius DeWalt, A.B. '76

Heather Dewar, A.B. '78

Brit Dewey, M.B.A. '96

Eliza Dewey, A.B. '10

Lauren Dewey Platt, A.L.B. '88

Linda Dewing, A.B. '65

Abigail DeWitt, A.B. '82

John Dexheimer, M.B.A. '80

Andrew Dey, A.B. '86

Neelendu Dey, A.B. '00

Randall Dey-Toth, A.B. '90

Sonia DeYoung, A.B. '10

Katherine Deyst, A.B. '84

Isabella Di Pietro, A.B. '22

Katherine Di Pietro, A.B. '88

Janet Di Prizio, A.B. '86

Anne Di Rosa, A.B. '85

Sarah Di Troia, M.B.A. '98

Barbara (Edwards) Diamond, A.B. '70 J.D. '73

Megan Diamond, S.M. '15

Richard Diamond, M.D. '67 M.P.A. '97

Stephen Diamond, A.B. '65

Mia Diamond Padwa, A.B. '92

Bronwen DiAntonio, A.B. '87

Kevin Diau, M.P.A. '23

Geraldine Diaz, Ed.M. '15

Marc Diaz, A.B. '99 M.B.A. '06 M.P.A. 06

Dolores Diaz-Gallegos, A.B. '90

Nabil Dib, M.M.Sc. '99

Thomas Dichter, A.B. '08

Lisa Dicker, J.D. '17

Eudoxie (Dunia) Dickey, A.B. '03

Debbie Dickinson, J.D. '95

Laura Dickinson, A.B. '92

Marke Dickinson, M.B.A. '95 M.P.P. '95

Susan Dickler, M.P.A. '95

Ben Dickson, A.B. '02

Matthew Dickstein, M.B.A. '84

Michael Dickstein, A.B. '81 J.D. '85

Jennifer Diebel, A.B. '00

Ronald Dieckmann, A.B. '73

Emily Diehl, A.B. '91

Reta Diekman, A.B. '82

Josh Dieterich, A.B. '93 Ed.M. '07

Jeanne Dietsch, M.P.A. '13

Lee Dietterich, A.B. '10

Kathleen Diffley, M.Ed. '74

Seth Digel, A.M. '87 Ph.D. '91

Karole Dill Barkley, A.B. '82 M.P.A. '95

Sarah Dillard, M.B.A. '11 M.P.P. '11

Paul Dilley, A.B. '00

Henry Gaylord Dillingham, A.B. '70

Julia Dillon, A.B. '86

Laura Dillon, A.B. '91

Peter Dillon, Ed.M. '91

Robert Dilworth, A.B. '63 LL.B. '66

Paul DiMaggio, Ph.D. '79

Stephen DiMarco, M.B.A. '98

Maria DiMartinis, A.B. '22

Maryam DiMauro, M.L.A. '21

Wai Chee Dimock, A.B. '76

Diane Dimond, J.D. '77

Marina Dimova, M.P.A. '09

Amy Dine, A.B. '93

Terry Ding, A.B. '11

Shanya Dingle, A.B. '00 J.D. '04

Nancy Dingman, M.Arch. '02

Tom Dingman, A.B. '67 Ed.M. '73

Phyllis Dininio, A.B. '85

Aaron Dinkin, A.B. '02

Joel Diringer, M.P.H. '91

Kelly DiSantis (Ganon), J.D. '19

Rose DiSanto, Ed.M. '00

Irene Dische, A.B. '75

Jessica DiSilvestro, A.B. '12

Kevin DiSilvestro, A.B. '12

Vilunya Diskin, S.M. '81

Tim Disney, A.B. '83

Jacques Distler, A.B. '82 Ph.D. '87

Jeremy Ditelberg, A.B. '91

Kai Dittmann, M.P.A. '19

David Diuguid, A.B. '75

Colin Diver, J.D. '68

Erica Dixon, A.B. '95

L Quentin Dixon, Ed.M. '01 Ed.D. '04

Michael Dixon, A.B. '84

Rosina Dixon, A.B. '64

Vusumuzi Dlamini, M.B.A. '12

Elizabeth Dobell, A.B. '83 J.D. '88

Evan Dobelle, M.P.A. '84

Patrick Dober, M.P.P. '90

Shasa Dobrow, A.B. '97 A.M. '02 Ph.D. '06

Christina Dobson, A.B. '91

Gabrielle Savage Dockterman, A.B. '83

Mark Doctoroff, A.B. '82

Elizabeth Dodd, A.B. '74

Frederick Dodd, A.B. '78

Richard Dodds, M.B.A. '86

Mark Dodson, A.B. '67

Elle Doerr, A.B. '24

Henry Doerr, A.B. '69

Stacey Dogan, J.D. '92

Elizabeth Doherty, A.B. '96

Leah Doherty, A.B. '19

Susan Doherty, A.B. '87

Christine Dokko, A.B. '92

Katy Dolan, A.B. '18

Nancy Dolberg, A.B. '77

Robert Dole, A.B. '68

Robert Dolgoff, A.B. '64 M.D. '68

Chris Dolin, A.B. '81

Michelle Dolinski, A.B. '03 A.M. '03

Judith Dollenmayer, A.B. '63

Humbulani Dombo, M.B.A. '16

Carol Dominguez, A.M.P. '12

Maria Dominguez Gray, Ed.M. '93

Kenneth Dominguez, MD, MPH, A.B. '83

George Dominiak, M.D. '80

Elvita Dominique, J.D. '06 Ed.M. '07

Frank Domurad, A.M. '70

Paul Donaher, M.B.A. '81

J. Travis Donahoe, Ph.D. '23

Kerry Donahue, A.L.M. '19

Deborah Donahue-Keegan, Ed.D. '05 Ed.M. '90

Abigail Donaldson, A.B. '00

Cary Donaldson, A.B. '96

Emily Donaldson, A.B. '03

Gordon Donaldson, A.B. '67 Ed.M. '70

Magruder Donaldson, A.B. '66 M.D. '71

Miriam Donaldson, M.B.A. '04

Rachel Donaldson, A.B. '91

Sarah Donaldson, M.D. '68

Sue Donaldson, A.B. '75

Susan Donaldson, A.B. '71

Karen Donato, S.M. '77

Karen Donelan, A.B. '82 Ed.M. '85

Christine Donelan-Hubbard, J.D. '81

Zhao Dong, M.S. '05 Sc.D. '10

Seantanu Dongre, A.B. '06

Brett Donham, A.B. '60 B. Arch. '64

Dexter Donham, A.B. '65 M.B.A. '71

Parker Donham, A.B. '69

Wendy Doniger, A.B. '62 A.M. '63

Helen Donis-Keller, Ph.D. '79

Amy Donnella, J.D. '79

Rebecca Donnellan, J.D. '75

Thomas Donnelly, J.D. '88

Jeremiah Donovan, A.B. '70

Mark Donovan, A.B. '90

Thomas Donovan, A.B. '75

Betty Doo, Ed.D. '87

Jon Doolittle, A.B. '97

Devery Doran, A.B. '07

George Doran, A.B. '15

Jonathan Dorf, A.B. '93

Andrew Dorfman, M.D. '87

Cynthia Dorfman, A.B. '73

Gail Dorfman, M.P.A. '83

Robin Dorfman, A.B. '84

Beth Dorfsman, J.D. '85

Angela Dorn, A.B. '87 J.D. '90

Douglas Dorner, M.D. '67

Kathleen McCarthy O'Toole Dorris, A.B. '00

Ryan Dorris, A.B. '00

David Dorsky, M.D. '82 Ph.D. '82

Jakina Dortch, Ed.M. '16

Amit Doshi, A.B. '00 M.B.A. '06 J.D. '08

Elizabeth Doty, M.B.A. '91

Kevin Dougherty, Ph.D. '83

Jim Douglas, M.L.A. '78

John Douglas, M.D. '78

Rick Douglas, A.B. '75

Traci Douglas, J.D. '97

Bernard Douton, A.B. '89

Guy-Serge Douzan, A.L.M. '22

Emmalee Dove (née Brown), A.B. '14

Lois Dow, M.D. '68

Robert Dowd, A.B. '70

Mara Dowdall, A.B. '01 M.Div. '07

Lisa Dowden, J.D. '86

Patricia Keane Dowden, A.B. '90

Frank Dowling, A.B. '85

Michael Dowling, A.B. '88

Patrick Dowling, A.B. '83

Katherine Dowling Cunha, A.B. '91

Thomas Downer, A.B. '70 M.Arch. '76

Lylburn King Downing, Esq., A.B. '75

Margaret Downs, A.B. '79 M.B.A. '85

Ashley Dowse, Ed.M. '07

Jane Doyle, A.B. '76

Kelley Doyle, A.B. '92

Michael Doyle, A.B. '70 Ph.D. '77

Thomas Doyle, A.B. '87

Nicholas Drake, A.M. '16

Robert Drake, A.B. '71

Charlotte Draper, A.B. '64

George Draper, A.B. '64

Sophie Jeannette Draper Cartaya, A.B. '92

Amy Dray, Ed.D. '06 Ed.M. '00

Brian Drayton, A.B. '75 A.M. '78

Martin Draznin, A.B. '70

Tacie Draznin, A.B. '72

Elizabeth Dreesen, M.D. '87

Robert Dreher, A.B. '73

Roland Dreier, A.B. '92

Erika Dreifus, A.B. '91 Ed.M. '93 A.M. '95 Ph.D. '99

Julie Dreizen, M.P.P. '95

Thomas Dreves, J.D. '83

Chsrles Drew, A.B. '72

Jean Drew, A.B. '74

Helen Drew-Meosky, A.B. '85

William Drewery, M.B.A. '12

John Drewry, A.B. '71

Reed Drews, S.M. '79 M.D. '83

Geoffrey Dreyer, Ph.D. '83

Benjamin Dreyfus, A.B. '01

Margaret Drickamer, A.B. '77

Mary Driscoll, Ed.M. '88

Michael Driscoll, A.B. '94

Jeffrey Drogin, A.B. '70

Michael Droller, A.B. '64 M.D. '68

Joan Drucker, A.B. '75

Robert Drucker, A.B. '75

Alan Drummer, A.B. '79

Elizabeth Drummond Ferriter, A.B. '04

Marion Dry, A.B. '73

Sarah Dry, A.B. '95

Nancy Drye, A.B. '71

Ye Du, A.B. '04 M.D. '09

Allen Deh-Joung Duan, A.B. '95 M.B.A. '04

Joseph Duane, A.B. '68 A.M. '69

Prasenjit Duara, Dr.P.H. '83

Fred DuBard, M.P.A. '94

Daf Dubbelman, OPM '10 '

Bharat Dube, A.B. '83

Maya Dubin, A.B. '23

Tobey Duble, A.B. '10

Megan Dubofsky, M.B.A. '07

Alexandra Dubow, A.B. '87

Sandi DuBowski, A.B. '92

Vivian Ducat, A.B. '77

Angela Duckworth, A.B. '92

Janet Dudek, A.B. '65

Carl Duff, Ed.M. '21

George Duffield, A.B. '95

K.E. Duffin, A.B. '76 Ph.D. '87

Courtney Duffy, M.P.A. '20

David Duffy, A.B. '75

Michael Duffy, A.B. '78

Roisin Duffy-Gideon, A.B. '12

Geoffrey Dugan, A.B. '73

Patricia Duggan, A.B. '79

Patrick Duggan, A.B. '80

Theresa Duggan, Ed.M. '96 Ed.D. '02

Annie Duguay, Ed.M. '03

Charles Duhigg, M.B.A. '03

Kathrene Duhon, A.B. '79

Robert Dujarric, A.B. '83

Robert Dulgarian, A.B. '85

Patrick Dumas, A.L.M. '24

Laura Dumbach, A.B. '84

James Dumont, A.B. '75

Mark Dumont, A.B. '72

Carol Dunahoo, J.D. '85

Dean Dunbar, A.B. '82 M.B.A. '88

William Dunbar, A.B. '73

(Robert) Angus Duncan, A.B. '67

Arne Duncan, A.B. '86

Kim Duncan, M.P.A. '80 '

Laval Duncan, Ph.D. '73

Michelle Duncan, A.B. '92

Desmond Duncker, A.B. '99

Yarrow Dunham, Ed.D. '07 Ed.M. '02

William Dunkley, A.B. '83

Brian Dunmore, A.B. '80

Peter Dunn, A.B. '77

Graham Dunning, LL.M. '81

James Dunyak, M.S. '06

Nadine Duplessy Kearns, A.B. '96

Marco Duranti, A.B. '02

Alexandra Durbin, A.B. '97

James Durham, A.B. '77

Viva Durr, A.B. '82

Jaleel Durrani, M.P.H. '17

Toma Dursina, M.P.A. '17

Jill Durso, A.B. '05

Laura Durso, A.B. '03

Michael Durst, LL.M. '85

Cristina Duschek, A.B. '90

Cole Dutcher, A.B. '10

Joseph Dvorkin, J.D. '08

Annette Dwyer, A.B. '87

Mark Dyen, A.B. '72

James Dyett, A.B. '06 M.B.A. '14 M.P.P. '14

Lydia Dyett, A.B. '93

MIchael Dyett, A.B. '68 M.U.P. '72

Daniel Dykes, J.D. '14

Susan Dynarski, A.B. '87 M.P.P. '95

Christopher Dysard, A.B. '95

Allan Dyson, A.B. '64

Hodge Eagleson, A.B. '86

Marion Eakin, A.B. '88 M.D. '95

Martha Eakin, A.B. '70

Michael Eakin, A.B. '58 M.B.A. '60

Franny Eanet, A.B. '86

Andrew Earls, A.B. '96

Juliet Eastland, A.B. '90

Caroline Eastman, A.B. '68

Victoria Eastus, A.B. '83

David Eaton, A.B. '80

Susan Eaton, Ed.D. '99 Ed.M. '94

Nancy Ebb, A.B. '72

Rachel Ebby-Rosin, A.B. '90 Ed.M. '95

Karla Ebenbach, M.U.P. '98

Judith Ebenstein Grose, A.B. '70

Eleanore Ebert, M.P.H. '87

Victoria Ebiana, A.B. '08

Sara Echaniz, A.B. '89

Diana Eck, Ph.D. '77

Sara Eckhouse, A.B. '06

Noelle Eckley Selin, A.B. '00 M.A. '00 Ph.D. '07

Francesca Ecsery, M.B.A. '92

Michael Eddy, M.P.A. '12

Kristen Eddy Campbell, A.B. '97

Daniel Edelman, A.B. '66 J.D. '

Joshua Edelman, A.B. '91

Helen Edmonds, J.D. '94

Jacquelyn Edmonds, M.B.A. '86

Shawn Edmondson, A.B. '94

Martin Edmunds, A.B. '78

April Edrington, A.B. '91 Ed.M. '01

Alexandra Edsall, A.B. '89 J.D. '94

Charles Edson, A.B. '56 J.D. '59

Ann Edwards, A.B. '91

Christopher S. Edwards, J.D. '98

Jeffrey Edwards, A.B. '15

Karen Edwards, M.B.A. '90

Sue Edwards, A.B. '87

Debra Efroymson, A.B. '87 M.M.Sc. '93

Masako Egawa, M.B.A. '86

Derrick Egbert, A.B. '73

Edmond Eger, M.B.A. '88

Holly Hodder Eger, A.B. '82

Julia Eger, A.B. '14

William Eger, A.B. '12

Alexis Eggermont, M.P.A. '14

Elizabeth Eggert, A.B. '75

Petros Egziabher, A.B. '09

Wendy Ehrenkranz Patterson, A.B. '76

Lori Ehrlich, M.P.A. '05

Penny Eickemeyer, M.C.R.P. '80

Lisa Eiland, A.B. '90

Jonathan Eisen, A.B. '90

Norman Eisen, J.D. '91

Mark Eisenberg, M.D. '80

Russ Eisenstat, A.B. '77

Marci Eisenstein, A.B. '76

Alan Eisner, A.B. '64 Ph.D. '71

Amy Eisner, A.B. '94

Eric Eisner, Ph.D. '03

Gilbert EIsner, A.B. '54

Isabel Eisner, A.B. '25

Jason Eisner, A.B. '90

Joe Eisner, M.Arch. '89

Richard Ekman, A.B. '66 A.M. '67 Ph.D. '72

Alexandra Ekpiken, LL.M. '97

Deborah Ekstrom, M.P.P. '79

Kareen El Beyrouty, M.P.A. '09

Amira Eladawi, M.B.A. '03

Suratha Elango, A.B. '06

Karen Elbert, A.B. '79

Nadia Eldeib, A.B. '13

Ann Eldridge, A.B. '57 M.A.T. '59

Donald Elfenbein, A.B. '73 J.D. '76

Hillary Anger Elfenbein, A.B. '94 A.M. '01 Ph.D. '01

Allison Elgart, J.D. '05

Samantha Elghanayan, M.P.A. '22

Joshua Elias, Ph.D. '06

Minna Elias, A.B. '82

Milissa Elizondo, M.B.A. '04

Ethel Elkins, A.B. '53

Paul Elkins, A.B. '79

Tod Elkins, A.B. '81

Jordan Ellenberg, A.B. '93 Ph.D. '98

Nora Ellingsen, J.D. '18

Cameron Elliot, J.D. '96

Autumn Elliott, A.B. '97 J.D. '03

Dorinda Elliott, A.B. '80

Paul Elliott, A.M. '22

Priscilla Elliott, A.L.B. '87

Susan Elliott, A.B. '70

Tom Elliott, A.B. '70

Brittany Ellis, A.B. '19

James Ellis, A.B. '94

Kimberly Ellis, A.B. '15

Thomas Ellis, A.B. '84

Tracy Ellis, A.B. '82

Edward Ellison, M.B.A. '91

Brian Ellner, J.D. '95

Sharif Ellozy, S.B. '92

Gretchen Elmendorf, M.Div. '01

Elizabeth Elmschig, M.P.H. '16

Marco Maximilian Elser, A.B. '81

Teresa Elsey, A.B. '04

Michelle Elsner, J.D. '16

Sarah Elson, A.B. '93

Aaliyah Ely, A.B. '00 M.B.A. '07

Elissa Ely, M.D. '87

Kevin Emancipator, M.B.A. '23

John Emans, A.B. '66 M.D. '70

Sarah Jean Emans, A.B. '66 M.D. '70

Michael Emanuel, A.B. '99 S.M. '20 Ph.D. '25

Scott Emblidge, J.D. '85

Christopher Emerson, M.Div. '74

Ruth Emerson, A.B. '70

Iheanacho Emeruwa, A.B. '09

Carol Emig, M.P.P. '86

Keith Emmons, A.B. '70

Gardner (aka "Garry") Emmons Jr., A.B. '67

Sheila Enamandram, M.B.A. '18 M.D. '19

Jorge Encinas, Ph.D. '24

Matthew Ender, A.B. '93

Anthony Enders, A.B. '59 M.B.A. '62

Eve Endicott, A.B. '70

John Endicott, A.B. '67

Michael Endicott, A.B. '77

Thyra Endicott, A.B. '84

Carrie Endries, Ph.D. '05

Daniel Eng, A.B. '03

Randall Eng, A.B. '94

John Engberg, A.B. '80

Nika Engberg, J.D. '10

Ceci Enge, A.B. '92

Kirsten Engel, M.D. '97

Stephanie Engel, A.B. '75 M.D. '83

Anne Engelhart, A.L.M. '92

James Engell, A.B. '73 Ph.D. '78

William Englund, A.B. '75

Sara Meta Enklaar - Pekelharing, M.B.A. '09

Susan Ennis, A.B. '73

Marcia Enns, J.D. '79

Rodrick Enns, J.D. '79

Elliot Entis, A.B. '68

Andrew Epifanio, Ed.M. '22

Barbara Epler, A.B. '83

Lia Epperson, A.B. '93

Pamela Epps, A.B. '81

Brian Epstein, A.B. '91

David Epstein, A.B. '83 S.M. '87

Don Epstein, M.B.A. '83

Greg Epstein, M.T.S. '07

Jay Epstein, A.B. '69

Jeffrey Mark Epstein, A.B. '12

Jonathan Epstein, M.B.A. '94

Marie Epstein, A.B. '90

Matthew Epstein, A.B. '76 J.D. '82

Michael Epstein, A.B. '67

Michael Epstein, A.B. '85 M.D. '89

Steven Epstein, A.B. '83

Daniel Erck, M.B.A. '04

Abigail Erdmann, M.A.T. '69

Nimet Eren, A.B. '07

Bryan Erickson, A.B. '15

Gail Erickson, J.D. '58

Helen Breslich Erickson, A.B. '65

John Erickson, A.B. '66

Silvanus Erickson, A.B. '71

Robert Erikson, A.B. '18 J.D. '22

Dorothy Erlandson, M.A.T. '64

John Erlick, A.B. '75

Sam Erman, A.B. '00

John Errington, A.B. '05 A.M. '05

Brian Erskine, A.B. '96

Richard Ertel, M.B.A. '73

Maria Escalera, A.B. '76

Rafael Escalera, LL.M. '77

Oscar Escobar, M.P.A. '25

Kenneth Escoe, M.B.A. '04

Paul Escott, A.B. '69

Mariam Eskander, A.B. '05 M.P.H. '16

Sawsan Eskander, Ed.M. '21

Mohammad Eslami, M.D. '91

Chris Esmonde, A.B. '82

Julie Espinosa, A.B. '04

Luis Espinoza, A.B. '16

Andrea Esposito, A.B. '81

Audrey Esposito, M.P.P. '95

Josephine Esquivel, M.B.A. '83

Laura Esserman, A.B. '77

George Esslinger, M.B.A. '86

Judith Esterquest, A.B. '72 Ph.D. '80

Angie Estevez Prada, Ed.M. '22

Greg Estey, A.B. '81 Ed.M. '88

Lisa Estreich, A.B. '89

Dan Esty, A.B. '81

Elizabeth Esty, A.B. '81

Sarah Esty, A.B. '11

Wendy Etheridge Smith, A.B. '92

Heather Ettinger, Ph.D. '01

Jeffrey Eustis, A.B. '70

Aruna Evan, A.B. '12

Raima Evan, A.B. '79

Darren Evanchuk, A.B. '96

Matthew Evangelista, A.B. '80

Andrea Evans, J.D. '94

Christine Evans, Ph.D. '85 A.M. '77

Douglas Evans, A.B. '15

Harold Evans, A.B. '74

Katherine Evans, A.B. '79

Paula Evans, M.A.T. '67

Robert Evans, M.A.T. '67 Ed.D. '74

Sarah Matthay Evans, A.B. '99

Holly Evarts, A.B. '71

Martin Evelyn, A.B. '13

Davis Everett, A.B. '72

Lucinda Everett, MHCM '13

Kelcee Everette, A.B. '18 Ph.D. '24

Frank Evers, A.B. '87

Peter Everts, A.B. '72

Phyllis Ewen, Ed.M. '70 A.M. '68

Esther (Tess) Ewing, A.B. '68 S.M. '71

Hope Ewing, A.B. '67

Lee Eyler, A.B. '66

Arambi Eyong, A.B. '20

Sachiko Ezura, A.B. '08

Darren Fabbri, S.M. '06

Andres Fabris, M.B.A. '04

Stephanie Fabro, Ed.M. '18

Max Factor III, A.B. '66

Emily Fagan, A.B. '86

Byrne Fahey, M.B.A. '25

Karen Fahrner, Ph.D. '95

Katherine Fahs, A.B. '83

Gerald Faich, M.P.H. '79 '

Stephanie Mareva Failloux, A.B. '94

Ellen Fair, A.B. '75

Kelli Fairbrother, M.B.A. '03

Laura Fairchild Brodie, A.B. '86

Henry Fairley, S.J.D. '87

Helen Fairman, A.B. '91

Vera Fajtova, A.B. '80

Ali Fakhari, M.B.A. '07

Yasmeen Fakhro, A.B. '18

Stephen Falbel, A.B. '88 M.P.P. '93

Mathea Falco, A.B. '65

Daphne Faldi, A.B. '97

David Falk, A.B. '58 J.D. '61

Gail Falk, A.B. '66

Glenn Falk, A.B. '82 J.D. '85

Douglas Faller, M.D. '80

Brian Fallon, A.B. '76 Ed.M. '78

Gary Fallon, J.D. '82

Deborah Fallows, A.B. '71

James Fallows, A.B. '70

Thomas Fallows, Ph.D. '81 A.M. '75

Dean Falvy, J.D. '92

Ada Fan, A.B. '75

Christine Fandrich, Ed.M. '16

Sydney Fang, M.P.P. '20 M.U.P. '20

Taylor Fang, A.B. '25

Ton-Ming Fang, A.B. '95

Ellen Faran, A.B. '73 M.B.A. '81

Jay Farbstein, M.Arch. '69

Robert Farina, A.B. '60

Fidelma Farinas-Cobas, A.B. '04

Wendy Faris, Dr.P.H. '75

William Farley, A.B. '77

Hilary Farmer, A.L.M. '95

Sharon Farmer, Ph.D. '83

Susan Farnsworth, M.P.A. '99

Anthony Farrell, A.B. '71 M.B.A. '77

John Farrell, Ph.D. '88

Nancy Farrell, M.P.A. '85

Sarah Farrell, A.B. '92

Susan Farrell, Ph.D. '96

Stephanie Farrior, LL.M. '90

Nizar Farsakh, M.P.A. '10

Nima Farzan, M.B.A. '04

Steven Fassberg, A.B. '78 Ph.D. '84

Alberto Fassinotti, A.B. '00

Carolyn Fast, A.B. '98

Douglas Fastuca, M.B.A. '93

Michael Fath, Ph.D. '93 A.M. '90

Lilian Faulhaber, A.B. '00 J.D. '05

Jonathan Faull, M.P.P. '10

Adele H. Faure, M.P.A. '14

Katherine Fausset, A.B. '97

Tessa Faust, M.T.S. '23

Barbara Fauth, Ed.M. '72 J.D. '83

Gary Fauth, Ph.D. '74

Ainsley Faux, A.B. '13

Nicola Favorito, A.B. '85

Julia Fay, A.B. '17

Tanisha Fazal, A.B. '94

Yousra Fazili, M.T.S. '09

David Fechtor, A.B. '76

Joe Feghali, A.B. '14 M.B.A. '19

Brian Fehlau, A.B. '97

Stephanie Fei, M.B.A. '23

Gabriel Feingold, A.B. '08

Kyndal Feinman, M.P.P. '20

Marc Feinstein, J.D. '91 M.B.A. '91

Katie Feiock, A.B. '96

Andrew Feland, A.B. '95

Greg Feldberg, M.P.P. '91

Michael Feldberg, A.B. '73 J.D. '77

Wanda Felder, Ed.M. '98 A.L.B. '97

Arnold Feldman, A.B. '70

Dan Feldman, A.B. '81

James Feldman, J.D. '83

Lesley Feldman, M.P.P. '12

Natalie Feldman, A.B. '12

Cheryl Feldmann, A.B. '80

Mónica Feliú-Mójer, Ph.D. '13

John Fellas, LL.M. '85 S.J.D. '89

Michael Felsen, A.B. '71

Stanley Fendley, J.D. '91

Yichen Feng, A.B. '10

Robert Fenster, A.B. '03

Anny Fenton, Dr.P.H. '19

John Fenton, A.B. '92

Thomas Feran, A.B. '75

Michael Ferber, Ph.D. '75

Alon Ferency, A.B. '97

Yale Fergang, M.B.A. '92

James Ferguson, A.B. '75

Alyssa Fernandez, A.B. '85

Maricela Fernandez, J.D. '92

Tina Fernandez, A.B. '94

Alisha Fernandez Miranda, A.B. '04

Maria Fernandez Vargas, Ed.M. '98

Audrey Fernandez-Fraser, A.B. '11

Sarath Fernando, A.B. '90

Pia Fernberg, M.P.H. '06

Richard Ferrans, M.H.C.M. '10

Gayle Ferraro, M.P.A. '99

Jessica Ferraro, A.B. '96

Lisa Ferrell, J.D. '90

Andrew Ferren, A.B. '86

Ann Ferren, A.B. '61 M.A.T. '62

John Ferren, A.B. '59 LL.B. '62

Elisabetta Ferrero, M.P.H. '23

Warren Ferris, A.B. '66

Spencer Fertig, M.B.A. '19

Eugene Fidell, LL.B. '68

Barry Fidelman, M.B.A. '64

Peggy Fiedler, A.B. '76

Alexander Field, A.B. '70

Jesse Field, A.B. '02

John Osgood Field, A.B. '62

Laurence Field, J.D. '79

Alison Fields, A.B. '92

Elizabeth Fields, M.B.A. '83

Jo Ann Fields, A.B. '75

Zach Fields, A.B. '15

Emily Fields Karakashian, A.B. '74

Molly Fields Walls, A.B. '83

Noemi Fierro, A.L.B. '22

Melissa Fiffer, Ph.D. '22

Amory Files, A.B. '96

Kirby Files, A.B. '95

Jon Filipek, J.D. '88

Rebecca Filner, A.B. '99

Elizabeth Finch, A.B. '65

Gunilla Fincke, M.P.A. '05

Annie Fine, A.B. '80

Doris Fine, A.B. '54

Jane Fine, A.B. '79

Melinda Fine, Ed.D. '91 Ed.M. '88

Philip Fine, A.B. '71 Ph.D. '87

Anita Fineday, M.P.A. '97

Joe Finegold, M.B.A. '86

Lewis Finfer, A.B. '72

Diane Fingold, M.D. '87

Benjamin Finio, Ph.D. '12

Maryann Finiw, M.B.A. '93

Dale Fink, A.B. '72

Jody Fink, A.B. '90 M.B.A. '95

Adam M Finkel, A.B. '79 M.P.P. '84 Sc.D. '87

Amy Finkel, A.B. '67

Ann Finkel, A.B. '15

Mark Finklestein, A.B. '75

Eliza Finley, J.D. '14

Scott Finn, A.B. '94

Theresa Finn Dever, A.B. '89

Rory Finnegan, M.B.A. '24

Dan Fintel, M.D. '79

Patricia Fiore, A.B. '00

Bruce Fireman, A.B. '70

Ellen Fireman, A.B. '73

Orah Fireman, Ed.M. '96

Daren Firestone, A.B. '96

Thomas Firestone, A.B. '86 J.D. '93

Tanya Fisch, J.D. '03

Kenneth Fischbeck, A.B. '72 A.M. '72

Anne Arbetter Fischell, A.B. '76

Shira Fischer, A.B. '01 M.M.Sc. '14

David Fish, A.B. '72

Hamilton Fish, A.B. '73

Rita Fishburn, Ed.M. '09

Anne Fishel, A.B. '77

Elizabeth Fishel, A.B. '72

Ann Fisher, A.L.B. '16

Caitlin Fisher, A.B. '04

Charles Fisher, A.B. '74

Chip Fisher, A.B. '78

Clinton Fisher, J.D. '83

David Fisher, M.B.A. '80

Elliott Fisher, A.B. '74 M.D. '81

Marina Fisher, A.B. '09

Melissa Fisher, A.B. '94 M.B.A. '98

Peter Fisher, S.B. '72

Peter Fisher, Ph.D. '95

Raven Fisher, A.B. '13

Robert M Fisher, A.B. '60 J.D. '63

Robert W Fisher, A.B. '60 M.B.A. '65

Mitchell Fishman, A.B. '69 J.D. '73

Robert Fishman, A.B. '70 J.D. '73

Sarah Fishman, Ph.D. '87

Alan Fiske, A.B. '68

Anne Dorsey Fiske, A.B. '61

Phineas Fiske, A.B. '62

Carol Fisler, A.B. '77

David Fite, A.B. '85

Nancy Eisen Fitzer, A.B. '92

Desmond FitzGerald, A.B. '74

Fiona Fitzgerald, A.B. '19

Kathleen Fitzgerald, A.B. '73

Laura Fitzgerald, A.B. '94

Lucia Fitzgerald, M.B.A. '83

Peter Michael Fitzgerald, A.B. '73

Dennis Fitzgibbons, A.B. '78

John Fitzpatrick, A.B. '74

Karen Fitzpatrick, A.B. '80 M.D. '85

Mark Fitzpatrick, M.P.P. '79

Martin Fitzpatrick, A.B. '80

Katherine Fiveash, A.B. '69

Drew Fixell, A.B. '78

Francis Flaherty, A.B. '75 J.D. '81

Kathleen Flaherty, J.D. '94

Monica Flaherty, A.B. '92

Patrick Flaherty, A.B. '84

Ryan Flamerich, M.B.A. '21

Dominic Flamiano, A.B. '83

Elizabeth Flanagan, A.B. '97

Robert Flanagan, A.B. '67

Deborah Flandermeyer, A.B. '93

Anthony Flanders, A.B. '75

Tamzen Flanders, A.B. '77

Katharine Flanders Mukherji, A.B. '73

Mary Flannery, M.B.A. '86

Susanna Flaster, A.B. '78

Lucie Flather, M.Arch. '07

Seth Flaxman, M.P.P. '11

Ann Fleck-Henderson, A.B. '64

Ross Fleischman, A.B. '00

Elizabeth Fleming, A.B. '90

Madeleine Fleming, A.B. '12

Bill Fletcher, A.B. '76

Erica Fletcher, Ed.M. '04

Katherine Fletcher, A.B. '71

Sarah Fletcher, A.B. '80

Diorita Cassandra Fletcher, Ph.D., A.B. '73

Christina Fletes-Romo, M.P.A. '16

Daniel Flicker, Ph.D. '18

Eliza Flint, A.B. '15

Lara Flint, J.D. '98

Karen Flood, Ph.D. '01 A.M. '96

Monika Flood, M.B.A. '03

Nicole Florance, A.B. '91

Nona Flores, A.B. '74

Rebecca Flores, M.P.P. '98

Stella Flores, Ed.M. '02 Ed.D. '07

Daniel Florio, M.P.A. '15

Carole Florman, M.P.A. '88

Jennika Flothmeier, M.B.A. '19

Juliet Floyd, Ph.D. '90 A.M. '86

Lynya Floyd, A.B. '97

Holly Flynn, A.B. '15

Rachel Flynn, A.B. '09

Theresa Flynn, A.B. '89

James Fogel, A.B. '72

Janet Fogel, A.B. '75

Jeffrey Fogel, A.B. '04

Miriam Fogel, A.B. '12

Antonia Foias, A.B. '87

Anne Foley, A.B. '05

Thomas Foley, A.B. '75 M.B.A. '79

Timothy Foley, A.B. '21

Heather Folks-Lambert, A.L.M. '25

C. Robert Foltz, A.B. '60 LL.B. '64

Clara Fon-Sing, M.P.P. '92

Andrew Fong, A.B. '07

Fiona Fong, A.B. '08

Peter Fong, A.B. '82

Ayirini Fonseca-Sabune, A.B. '04 J.D. '12

Kathleen Foote, A.B. '66

Nathaniel Foote, A.B. '77 J.D. '82 M.B.A. '92

China Forbes, A.B. '92

Deborah Forbes, Ph.D. '01

Maya Forbes, A.B. '90

Carlo Forcione, A.B. '99 '

Catherine Ford, J.D. '19

John Ford, A.B. '97

Mary Ford, A.B. '96

Stephen Ford, A.B. '69

Thembi Ford, A.B. '01

Peter Fordham, A.B. '80

Christopher Foreman, A.B. '74 Ph.D. '80

Judy Foreman, Ed.M. '70

Katherine Foreman, M.Des. '09

Julie Forestier, M.P.P. '10

Annamarie Forestiere, J.D. '21

Julia Forgie, A.B. '07

David Forman, A.B. '64

Edward Forman, A.B. '75

Johanna Forman, A.B. '82

Keith Forman, ALI '21

Michele Forman, A.B. '93

William Forry, M.P.A. '10

David Forsee, M.B.A. '83

Sarah Forsman, A.B. '76 M.B.A. '80

Frances Forster, A.B. '75 S.M. '79

John Forster, A.B. '69

Susan Forster, A.B. '72

Antonia Forster (nee Ristorcelli), A.B. '71

Matthew Forsyth, A.B. '88

Sabrina Forte, A.B. '08

Hubert Fortmiller, A.B. '56

Page Fortna, Ph.D. '98 A.M. '94

Diana Fortuna, A.B. '78

Marisa Fortunati, A.B. '98

Jaime Fortuño, M.B.A. '88

Roberto Fortuño, M.B.A. '92

Petria Fossel, A.B. '73

Jane Fossum, M.D. '71

Amy Foster, A.B. '82

Kathleen Foster, M.P.A. '85

Kendrick Foster, A.B. '22

Gina Foster-Moumoutjis (Foster), A.B. '00

Mary Ned Fotis, M.A.T. '67

Elizabeth Traynor Fowler, A.B. '84

Emily Fowler, A.B. '88

The Reverend Anne Fowler, A.B. '68

Broderick Fox, A.B. '96

C. Faulkner Fox, A.B. '85

Declan Fox, A.B. '94

Geoffrey Fox, A.B. '63

Jan Woodward Fox, A.B. '72

Judith Fox, A.B. '79

Peter Fox, A.B. '72

Sarah Fox, Ed.D. '79 M.P.H. '77

Viveka Fox, A.B. '84

Howard Foye, A.B. '71

Andrea Fraleigh, J.D. '93

Paul Francisco, AMP '22

Joey Francoeur-Krzyzek, A.L.B. '12

Juny Francois, J.D. '94

Kimberly Francois, A.B. '81

Adam Francois Watkins, J.D. '06

Deborah Frank, A.B. '70 M.D. '76

Edwin Frank, A.B. '83

Emily Frank, Ed.M. '79

Gitta Frank, A.B. '87 M.D. '98

Julia Frank, A.B. '73

Thomas Frank, A.B. '70

Charles Frankel, A.B. '54 M.B.A. '56

David Frankel, A.B. '87

David Frankel, A.B. '81

Rebecca Frankel, A.B. '15

Robert Frankel, A.B. '67

Sara Frankel, A.B. '81

Erica Frankenberg, Ed.M. '02 Ed.D. '08

Constance Franklin, A.B. '72

Diane Franklin, A.B. '66

Jonathan Franklin, A.B. '86

Robert Franklin, A.B. '67

Samantha Franklin, A.B. '05

Sharon Bradford Franklin, A.B. '86

Bernard Franklin, Ph.D., ALI '22

Nathan Franzen, A.B. '88

Sarah Franzen, Ed.M. '17

Anna Fraser, A.B. '03

Dawn Jewel Fraser, M.P.P. '04

Adam Fratto, A.B. '90

Asseret Frausto, J.D. '19

Betsy Frawley, M.P.A. '80

David Fraze, A.B. '88 M.B.A. '93

Rowena Frazer, A.B. '76

Julia Frederick, A.B. '12

Paula Frederick, Ph.D. '02 M.P.A. '92

Sarah Frederick, A.B. '91

Megan Frederickson, A.B. '00

Alisa Freed, A.B. '00

Andy Freed, A.B. '90 M.P.P. '94

Dan Freed, A.B. '81 A.M. '81

Kate Freed, A.L.M. '11

Richard Freed, A.B. '01

Judith Freedberg, Ed.M. '66

Robin Freedberg, A.B. '75

Ann Freedman, A.B. '68

David Freedman, A.B. '74

Edith Freedman, A.B. '77

Edward Freedman, CAS '96

Judith Freedman, A.B. '71

Lucy Freedman, A.B. '70 M.A.T. '71

Maureen Freely, A.B. '74

David Freeman, A.B. '70 J.D. '75

Donald Freeman, A.B. '50 M.Arch. '57

Joseph Reid Freeman, M.Arch. '94

Joshua Freeman, A.B. '70

Mary Freeman, A.B. '79

William Freeman, A.B. '74 J.D. '78

Robert Freeman Jr, Ph.D. '95

Karen Freeman-Wilson, A.B. '82 J.D. '85

Lara Freidenfelds, A.B. '94 Ph.D. '03

Loubna Freih, M.P.A. '99

Sarasue French, A.B. '77

Nancy Fresco, A.B. '94

Daniel Freudenberger, A.B. '67

Nell Freudenberger, A.B. '97

Tom Freudenheim, A.B. '59

Adam Frey, A.B. '78

Robyn Frey, M.B.A. '81

Scott Frey, A.B. '91 J.D. '95

Frederic Freyer, A.B. '15

Ingrid Friberg, A.B. '96

John Friberg, A.B. '02

Terri Frick, A.B. '83

Daniel Fridman, J.D. '99

Emily Friedan, A.B. '77 M.D. '82

Carl Friedberg, A.B. '64

Lisa Frieden, A.B. '87

Jonathan Friedlaender, A.B. '62 Ph.D. '70

David Friedland, A.B. '99

Alissa Friedman, A.B. '83

Amelia Friedman, A.B. '14

Andrew Friedman, J.D. '55

Daniel Friedman, A.B. '20

Daniel Friedman, M.B.A. '83

Daniel Friedman, M.B.A. '96

David Friedman, A.B. '79

Deborah Friedman, A.B. '80

Felice Friedman, A.B. '79

Fredrica Friedman, A.B. '66

Jason Friedman, A.B. '16

Julia Friedman, A.B. '21

Lawrence Friedman, A.B. '79

Noah Friedman, M.B.A. '06

Richard Friedman, A.B. '71

Richard Friedman, A.B. '73 J.D. '76

Ruth Friedman, A.B. '80

Talisa Friedman, A.B. '10

Julia Friend, A.B. '19

Steven Friesen, A.M. '86 Ph.D. '90

Gretchen Friesinger, A.B. '76

Henry Frisch, A.B. '66

Jessica Frisina, A.B. '10 J.D. '14

Savannah Fritz, A.B. '17

Michele Frix, M.P.H. '24

Christine Frost, A.L.M. '08

Ellen Frost, A.B. '66 Dr.P.H. '72

Kim Frost, A.B. '85

Jerry Fruetel, A.B. '72

Stephen Frug, A.B. '93

Howard Frumkin, M.P.H. '82 Dr.P.H. '93

Laura Frustaci, A.B. '21

David Frutkoff, A.B. '79

Shanti Fry, A.B. '73 M.B.A. '85

Angelina Fryer, A.B. '03

Lilly Fu, M.P.P. '95

Nancy Fu, A.B. '00

Ryan Fu, S.M. '14

Vivian Fu, J.D. '94

Yudong Fu, A.L.M. '24

Drew Fudenberg, A.B. '78

Jean Fuglesten Biniek, Ph.D. '18

Akiyo Fujii, A.B. '82

Hideyuki Fujii, M.B.A. '18

Eiko Fukuda, A.B. '78

Joseph Fuller, A.B. '79 M.B.A. '81

David Fung, Ph.D. '95

William Funk, A.B. '67

Jonathan Funke, A.B. '93

Lynda Funke, M.B.A. '89

Robert Furrow, A.B. '07

Ernald Furxhi, Ed.M. '22

Megan Fusco, A.L.B. '10

Dan Futrell, M.P.P. '12

Loren Fykes, A.B. '89

Christopher Gabel, Ph.D. '03

Harrison Gabel, Ph.D. '08

Harold Gabow, A.B. '68

Abigail Gabrielse, A.B. '00

Kathryn Gabrielson, M.D. '98

Catherine Gace Walton, A.B. '91

David Gad-Harf, A.B. '75

John Gaffney, M.B.A. '84

Leah Gaffney, S.B. '15

Mary Gaffney, M.B.A. '94

Megan Gaffney Painter, A.B. '02 J.D. '09

Eleni Gage, A.B. '96

Emily Gage, M.Div. '97

Thomas Gagen, A.B. '68

Martha Gagliano, A.B. '78

Paul Gailiunas, A.B. '92

Kyle Gaines, J.D. '22

Linda Gaines, A.B. '69

Zofia Gajdos, Ph.D. '09

Jonathan Galassi, A.B. '71

Tong Galaxy, M.B.A. '19

Aaron Galaznik, A.B. '98

Alan Galbraith, A.B. '63

Catherine Galbraith, A.B. '63 A.M. '65

Peter Galbraith, A.B. '73

Concepcion Galdón, M.P.A. '09

Charles Gale, Ph.D. '22

Dennis Gale, Ed.M. '69

Mary Ellen Gale, A.B. '62

Alice Galenson, A.B. '70

Jay Galeski, A.B. '72

Nathalie Galindo-Lee, A.B. '07 Ed.M. '11

Rollin Gallagher, A.B. '65

Thomas Gallagher, A.B. '91

Kasey Gallagher-Schmitz, A.B. '17

Benjamin Gallant, A.B. '12

Aimee Gallardo, A.B. '98

Anna Gallardo, A.B. '98

John Andrew Gallery, A.B. '61 M.Arch. '64

Kaitlin Gallo, A.B. '05

Penny Gallo, J.D. '70

Ronald Gallo, Ed.D. '95 Ed.M. '86

Joan Gallos, Ed.M. '76 Ed.D. '85

Sarah Gallup, A.B. '82 M.P.P. '86

Carlos Galvez, M.B.A. '07

Meyling Galvez Contreras, A.B. '19

Jennifer Galvin, Sc.D. '06

Julio Gambuto, A.B. '00

Alison Games, A.B. '85

Montague Gammon III, A.B. '80

Anne Gammons Crocco, A.B. '89 Ed.M. '91

Zelda Gamson, Ph.D. '65

Carol Gander, M.Arch. '81

Anjai Gandhi, M.B.A. '98

Monica Gandhi, M.D. '96

Koma Gandy Fischbein, A.B. '95

Don Ganem, A.B. '72 M.D. '77

Mark Ganem, A.B. '85

Disha Ganjegunte, M.M.Sc. '25

Emily Gann, A.B. '01

Robert Gannett, A.B. '72

Elizabeth Gans, M.B.A. '84

Jerome Gans, A.B. '62

Lisa Gans, A.B. '94

Erika Gantt, M.D. '97

David Gantz, A.B. '64

Julie Gantz, A.B. '90

Bin Gao, A.L.M. '18

Nara Garber, A.B. '91

Liliana Garces, Ed.D. '11 Ed.M. '06

Abigail Garcia, A.B. '03

Antony Garcia, A.B. '93

Celeste Garcia, A.B. '85 M.P.P. '90

Daniel Garcia, A.B. '97

Diego Garcia, A.B. '20

Dominique Garcia, A.B. '98

Ivonne Garcia, A.B. '82 Ed.M. '85

Raul Garcia, A.B. '75 D.M.D. '81

Samuel Garcia, J.D. '19

Diego Garcia Blum, M.P.P. '22

Adrian Garcia Mosqueira, Ph.D. '19

María Emilia García-Padilla, Ed.D. '94

David Gardiner, A.B. '77

Gordon Gardiner, A.B. '79

Joan Gardiner, A.B. '69

Viveca Gardiner, A.B. '88

Emily Gardiner Herzog, A.B. '96

Ann Gardner, A.B. '84

David Gardner, A.B. '20

Elizabeth Gardner, A.B. '94

Greer Gardner, A.B. '15

Kim Gardner, A.B. '90

Laurence Gardner, M.D. '67

Michael Gardner, Ph.D. '71

Nina Gardner, A.B. '82

Thomas Gardner, M.P.A. '85

Alisa Gardner-Todreas, A.B. '88

Paavani Garg, J.D. '18

Sumeet Garg, A.B. '99 M.D. '04

Kristen Garland, A.B. '92

Melina Garland, A.B. '00

Rebecca Garland, Ed.D. '10

Dietrich Garlichs, M.P.A. '75

Andrew Garling, M.D. '72

David Garlock, A.B. '75 J.D. '79

Charlie Garlow, A.B. '74

David Garner, M.B.A. '70

Salomé Garnier, A.B. '22

Anne Garofalo, A.B. '15

Ross Garon, A.B. '93

Katherine Garrett, A.B. '76

Elizabeth Garrigue, A.B. '87

Henry Garrison, M.D. '68

Mary Garrison, A.B. '86

Michi Garrison, A.B. '83

Jeff Garrity, A.B. '75

Pamela Garry, A.B. '71

Claudine Gartenberg, A.B. '96 M.B.A. '06

Kerry Garvin, A.L.B. '17 A.L.M. '20

Laura Garwin, A.B. '77

Iyesatu Gary, A.B. '96

William Gary, M.Div. '86

Laura Gates, M.B.A. '76

John Gates, Jr., A.B. '88

Rich Gatto, A.B. '76

Suzanne Gaudet, Ph.D. '99

Thomas Gaudett, A.B. '14

Jennifer Gaudiani, A.B. '97

Frank Gaudio, A.B. '79 M.D. '83

Bethany Gauthier, Ph.D. '08

Karen Gaviola, A.B. '79

Robert Louis Gavioli, A.B. '73

Atul Gawande, M.D. '95 M.P.H. '99

Judith Gayer, J.D. '80

David Gaylin, A.B. '72 M.B.A. '79

Katherine Gaztambide, M.P.P. '13

Rubén Gaztambide-Fernández, Ed.D. '06 Ed.M. '00

Sally Geaney, M.B.A. '89

Norcross (Nori) Geary, A.B. '69

Gebre Gebre, A.B. '08

David Geddes, A.B. '72

Jasmine Gee, A.B. '00

Amy Geffen, A.M. '71

George Gegeman, A.B. '60

John Gehan, M.P.A. '93

Lawrence Gelb, A.B. '73 M.B.A. '86

Stephen Gelber, A.B. '66 J.D. '69

Lise Gelernter, A.B. '78

Samantha Gelfand, A.B. '08

Peter Gelfman, A.B. '86

Deborah Gelin, A.B. '79 M.B.A. '83

Patricia Geller, Ed.D. '91

Beth Gelles, A.B. '90

David Gellis, A.B. '04 M.D. '10 M.B.A. '10

Susie Gelman, A.B. '76

Adriane Gelpi, A.B. '02 Ph.D. '14

Amy Gelsone, A.B. '00

Kristen Gendron, M.B.A. '18

Daniel Gensler, A.B. '72

Linda Gensler, M.B.A. '78

Fulvio Gentili, A.B. '69

Bradford S Gentry, J.D. '81

Richard Genz, A.B. '74

Laetitia Geoffroy-Dallery, A.L.B. '13

Thomas Geoghegan, A.B. '71 J.D. '75

Ellen George, A.B. '93

Erika George, J.D. '96

Patrick George, A.B. '93 M.B.A. '02

John Bart Gerald, A.B. '62

Cassidy Gerber, M.P.A. '14

Sandra Gerber, M.P.A. '02

Eveline Gerck, CSS '92

John Gerdes, A.B. '66

Abigail Booth Gerdts, A.B. '59

Wynn Gerhard, A.B. '71

Tobin Gerhart, A.B. '71 M.D. '75

Travis Gerke, A.M. '11 Sc.D. '14

David Gerken, M.B.A. '92

Joseph Germano, A.B. '73

Jodi Gernon, M.B.A. '91

Chris Gerolmo, A.B. '77

Greg Geronemus, A.B. '08 M.B.A. '12

Russ Gershon, A.B. '82

Elizabeth (Boo) Gershun, A.B. '80

Martha Gershun, A.B. '78 M.B.A. '83

Elliot Gerson, A.B. '74

Bethany Gerstein, Ph.D. '18

Terri Gerstein, A.B. '90 J.D. '95

Gabriel Gesmer, A.B. '68

Ira Gessel, A.B. '73

Louise Gessel, A.B. '75

John Getsinger, A.B. '73

Ben Gettinger, A.B. '08

Lawrence Gettleman, D.M.D. '66

Marissa Getts, M.U.P. '22

Martin Getzendanner, A.B. '74

Joe Gfaller, A.B. '01

Malick Ghachem, A.B. '93 J.D. '02

Varsha Ghosh, Ed.M. '99

Sharon Gi, A.B. '00

Anthony Giachetti, A.M. '69

Christina Gibbs, A.B. '08 J.D. '13

Jennifer Gibbs, A.B. '92

Ken Gibbs, A.B. '79

Mariha Gibbs, M.B.A. '07

Rose Gibbs, Ed.M. '77

Virginia Gibbs, M.P.P. '79

Julia Gibert, A.B. '79

Rachel Gibian, A.B. '15 M.T.S. '22

Anne Gibson, J.D. '08

James Gibson, A.B. '83

Jonathan Gibson, A.L.B. '15

Josh Gibson, M.P.P. '98

Katherine Gibson, A.B. '85 J.D. '90

Melissa Gibson, A.B. '99

Nathan Gibson, A.B. '82

Theodore Gideonse, A.B. '96

Karin Gielen, A.B. '88

David Gikow, J.D. '77

Elliott Gilberg, A.B. '74

H. Allen Gilbert, A.B. '73

Jeffrey Gilbert, J.D. '76

Kate Gilbert, A.B. '82

Paul Gilbert, M.B.A. '92

Stefanie Gilbert, A.B. '86

Stewart Gilbert, M.D. '74

Elaine Gilde, A.B. '76 M.B.A. '78

Cynthia Giles, M.P.A. '00

Matthew Giles, S.B. '21

Michael Giles, A.B. '19

Adam Gilfix, A.B. '17

Suzanne Gilfix, A.B. '88

Emily Gilison Bradford, M.A.T. '62

Emily Brauer Gill, M.B.A. '15

Malik Gill, A.B. '16

Gary Gill-Austern, M.T.S. '77

Phil Gillen, A.B. '13

William Gillen, D.Des. '59 M.Arch. '62

Elliot Gillerman, M.P.A. '16

Stuart Gillespie, A.B. '04

Walter Gillett, A.B. '81

Barbara Gillette, A.B. '82

Roy Gillette, A.B. '81 Ed.M. '91

Bryan Gilliam, Ph.D. '84

Fatimah Gilliam, M.P.P. '98

Frank Gilliland, A.L.B. '03

Gary Gillis, A.B. '77

John Gillis, A.B. '71

Stephanie Gillis, M.P.P. '95

Mary Gillmor-Kahn, A.B. '64

Caitlin Gillooly, A.B. '07

Hallie Gilman, A.B. '94

Isabel Gilman, A.B. '70

Tamara Gilman, D.B.A. '81 M.B.A. '76

Christin Gilmer, Dr.P.H. '18

David Gilmore, J.D. '77

Dehn Gilmore, A.B. '02

Elizabeth Gilmore, A.B. '79

John Gilmore, A.B. '70 J.D. '74

John Gilpin, A.B. '73

Amy Gilson, Ph.D. '17

Michael Gilson, A.B. '81

Valerie Gilson, A.B. '95

Craig Gilstein, A.B. '75

Jane Giman, J.D. '15

Kari (Kathrina) Ginal, A.B. '01

Lisa Ginet, A.B. '85

Gretchen Gingo, A.B. '99

Daniel Ginns, A.B. '72 M.B.A. '76

Hannah Ginsborg, Ph.D. '89

Harold Ginsburg, A.B. '57 M.D. '61

Matthew Ginsburg, A.B. '86

Amy Ginsburg Rabinowitz, A.B. '82

Evelyn Ginsparg, A.B. '79

Aadil Ginwala, A.B. '00 J.D. '06

Joseph Giovannini, M.Arch. '74

Peter Gips, M.B.A. '23

Michele Girard, A.B. '80

Luis Girón, A.B. '88 M.T.S. '90 Ph.D. '97

George Girton, A.B. '71

Robert Girvin, A.B. '78

David Gische, A.B. '71

Diana Gisolfi, A.B. '62

Elise Gispan, M.Arch. '86

Jean Gispen, A.B. '75

Barry Gittleman, M.B.A. '03

John Giudice, M.B.A. '78

Lisa Giudice, S.M. '82

Hafeez Giwa, M.B.A. '11

Nicholas Gjerde, A.L.M. '25

Ellen Glanz, M.A.T. '71

Lara Glass, A.B. '00

William Glass, A.B. '75 M.B.A. '81

Barbara Glauber, A.B. '72

Kelly Glauberman, A.B. '95

Sarah Glazer, A.B. '70

Sophie Glazer, A.B. '74

Frederick Gleason, M.Des. '77

Maud Gleason, A.B. '75

Sonia Caus Gleason, Ed.M. '90

John Gledhill, M.B.A. '77

Annette Gleiberman, M.M.Sc. '25

Malcom Glenn, A.B. '09

Eli Glezer, Ph.D. '96

Gary Glick, A.B. '67

Norman Glick, A.L.B. '59

Todd Glick, A.B. '84

Monica Glicken, A.B. '99 J.D. '05

Melanie Glickson, A.B. '98

Peter Gloviczki, Ed.M. '24

Steven Glovinsky, A.B. '72

Daniel Gluck, A.B. '82

Daniel Gluck, J.D. '03

Jeffrey Glueck, A.B. '91

Susan Glueck, A.B. '91

Amanda Goad, J.D. '05

Samuel (Terry) Goddard, A.B. '69

Richard Goddeau, A.B. '98

Peter Goeckner, J.D. '25

Dorothy Goehring, M.Div. '16

Rishi Goel, A.B. '15

Mary Goethals, A.B. '69

Michael Goetz, Ed.M. '15

Rob Goetz, J.D. '85

Sietse Goffard, A.B. '15 M.P.P. '21

Willie Goffney, A.B. '78 M.D. '82

Gary Gogel, M.L.A. '08

Bina Gogineni, A.B. '98

Caroline Gogolak, A.B. '08

Jean Goh, A.B. '93

Miriam Gohara, J.D. '97

Lara Goitein, B.A. '91 M.D. '98

Onur Goker, M.B.A. '04

Rick Golberg, A.B. '07 M.B.A. '12

David Gold, M.B.A. '81

David Gold, A.B. '75 J.D. '82 M.P.P. '91

Diane Gold, A.B. '73 M.P.H. '87

Edi Gold, M.P.H. '18

Ethan Gold, A.B. '92

Rick Gold, M.P.A. '93

Jeffrey Goldbarg, A.B. '70

Seth Goldbarg, A.B. '97

Aaron Goldberg, A.B. '01

Aaron Goldberg, A.B. '96

Anne Goldberg, A.B. '73

Daniel Goldberg, M.B.A. '19 M.P.P. '19

David Goldberg, A.B. '87 J.D. '91

David Goldberg, A.B. '59 LL.B. '62

Deborah Goldberg, A.B. '64 M.D. '68

Dorothy Goldberg, A.B. '62

Evan Goldberg, A.B. '87

Joan Goldberg, A.B. '66 M.D. '70

Marc Goldberg, A.B. '79 M.B.A. '82 J.D. '83

Mark Goldberg, A.B. '76 M.D. '81

Marshall Goldberg, A.B. '68

Michael Goldberg, A.B. '63 M.D. '69

Rebecca Goldberg, A.B. '00 Ed.M. '01 J.D. '07

Richard Goldberg, A.B. '75

Steven Goldberg, A.B. '74

Wendy Goldberg, A.B. '75

Nathán Goldberg Crenier, A.B. '18

David Goldbloom, A.B. '75

Susan Goldbloom Restler, A.B. '73

Arthur Golden, A.B. '78

Christopher Golden, A.B. '05

David Golden, A.B. '80 J.D. '83

John Golden, A.B. '80

Michael Golden, M.B.A. '81

Olivia Golden, A.B. '76 M.P.P. '81 Ph.D. '83

Ronald Goldenson, M.D. '68

Gail Goldey, A.B. '62

Michael Goldey, J.D. '62

Gabriela Goldfarb, M.P.P. '89

Gerald Goldin, A.B. '64

Emily Goldknopf, A.B. '78

Greer Goldman, J.D. '69

Joe Goldman, M.P.P. '03

Jon Goldman, A.B. '88

Jonathan Goldman, A.B. '95

Kathryn Goldman, A.B. '78 M.D. '82

Leah Goldman, A.B. '15

Lisa Goldman, A.B. '90

Michal Goldman, A.B. '65

Patricia Goldman, A.B. '91

Robert Goldman, A.B. '58

Zachary Goldman, Ed.M. '16

James Goldmann, A.B. '74

Mari Goldner, A.B. '84 M.D. '89

Barbara Goldsmith, M.C.P. '74

Jennifer Goldsmith, S.M. '93

Suzanne Goldsmith-Hirsch, A.B. '82

Barry Goldstein, A.B. '67

Brian Goldstein, A.B. '04 Ph.D. '13

Don Goldstein, A.B. '73

Lisa Goldstein, A.B. '99

Mark Goldstein, A.B. '83 J.D. '88 M.B.A. '88

Michael Goldstein, A.B. '84

Mitch Goldstein, M.B.A. '86

Rachel Goldstein, A.B. '92 M.P.A. '08

Robert Goldstein, A.B. '53

Rebecca Goldstein Groothuis, M.P.P. '03 M.U.P. '03

Jay Goldstein, MD, M.Arch. '75

David Goldweitz, A.B. '00

Elinor Gollay, A.B. '66

Richard Golob, A.B. '73

Jennifer Goloboy, A.M. '97 Ph.D. '03

Melinda Golub, A.B. '70

Diana Gomberg, M.M.Sc. '96

Richard Gomberg, M.D. '95

Anthea Gomes, Ed.M. '03

Mary Gomes, A.B. '84

Borja Gomez Rojo, M.P.A. '18

Andres Gomez Sanchez, M.B.A. '19

Caroline Gomez-Di Cesare, A.B. '87

Pierre-Matthieu Gompertz, M.B.A. '17

Ricardo Goñi, A.B. '96

Ifigenia Gonis, Ph.D. '20

Raymond Gonzales, Ed.M. '22

Marcela Gonzales Phillips, A.B. '75

Benjamin Gonzalez, M.B.A. '99

Sandra Gonzalez, LL.M. '00

Simone Gonzalez, A.B. '13

Emilia González, M.P.A. '13

Anne Goodale, A.B. '75

Maria Goodall, A.B. '06

Barbara J. Goodchild, A.L.B. '80

Philip Goodhart, M.B.A. '86

Diane Gooding, A.B. '85

Susan Goodkin, A.B. '80 J.D. '85

Thomas Goodkind, A.B. '73

Alyssa Goodman, Ph.D. '89

Bruce Goodman, A.B. '70

Chris Chambers Goodman, A.B. '87

Ellen Goodman, A.B. '63

Jeffrey Goodman, A.B. '85

Jillian Goodman, J.D. '19

Katherine Goodman, A.B. '83

Richard Goodman, A.B. '92 Ph.D. '98

Susan Goodman, Ed.M. '76

Randy Goodman PhD, Ph.D. '08

Steven Goodreau, A.B. '94

Carl Goodwin, A.B. '68

Charles Goodwin, A.B. '72

Jack Goodwin, S.B. '23

Sarah Goodwin, A.B. '75

Michele Goody, M.P.P. '84

Jennifer Gootman, A.B. '98

Patricia Gopaul, A.B. '80

Andrew Gordon, A.B. '74 Ph.D. '81

Barry Gordon, A.B. '70 Ph.D. '77

Daniel Gordon, A.B. '95 J.D. '99

Ellen Gordon, A.B. '76

James Gordon, M.A. '62 M.D. '67

Jeoffry Gordon, A.B. '63

Julia Gordon, A.B. '85 J.D. '92

Laurie Gordon, A.B. '91

Lisa Gordon, A.B. '93

Margaret Gordon, A.B. '70

Patrick Gordon, M.B.A. '92

Phil Gordon, M.P.P. '11

Rachel Gordon, Ed.D. '23

Reena Gordon, A.B. '86

Robert Gordon, A.B. '67

Stacey Gordon, A.B. '98 M.P.P. '02

Adam Gorgoni, A.B. '86

Norman Gorin, A.B. '74

Katherine Gormley, A.B. '77

Michael Goroff, A.B. '82 J.D. '85 M.P.H. '08

Nancy Goroff, A.B. '90

Celina Gorre, M.P.A. '04

Brendon Gory, A.L.M. '25

Renée Gosline, A.B. '96 A.M. '03 D.B.A. '09

Kristin Goss, A.B. '87 Ph.D. '03

Joshua Gotbaum, J.D. '78 M.P.P. '78

Edward Gotgart, A.B. '68 Ed.M. '75

Barry Gottfried, J.D. '76

Daniel Gottlieb, A.B. '80

David Gottlieb, A.B. '76

Mohsen Goudarzi, Ph.D. '18 A.M. '14

Jan Gough, A.B. '70 M.Div. '97

Amy Gould, A.B. '81

Evan Gould, A.L.M. '22

Helen Gould, A.B. '90

Mark Gould, Ph.D. '79

Robert Gould, A.B. '67

Robert Gould, A.B. '72

Dina Gould Halme, A.B. '96

Sean Gouldson, A.B. '95

Andrew Goulet, A.B. '04

Gerard Goulet, A.B. '69

Morgaqn Goulet, A.B. '00

Marc Gourevitch, A.B. '80 M.D. '87

Rebecca Gourevitch, M.S. '16 Ph.D. '22

David Gouverneur, M.A.U.D. '80

Sallie Gouverneur, A.B. '73

George Goverman, A.B. '65 J.D. '70

Anne Gowen, A.B. '91

Arnold S. Graber, A.B. '75

Marianne Grabowski, J.D. '83

David Grace, J.D. '81

Valerie Grace, J.D. '81

Bill Gradison, M.B.A. '51 DCS '54

Wayne Gradman, M.D. '68

Rob Grady, A.B. '86

Joanne Grady Huskey, Ed.M. '78

Ulrich Graebner, M.B.A. '94

Raven Graf, M.P.P. '21

Peter Graf von Hochberg, M.P.A. '87

Daniel Graff, A.B. '74

Rebecca Graff, Sc.D. '14

Samantha Graff, A.B. '94

Alison Graham, A.B. '75

David Graham, M.Arch. '85

Diana Graham, A.B. '93 M.D. '99

Elizabeth Graham, A.B. '91 J.D. '95

Emily Graham, J.D. '18

Helen Graham, A.B. '79

John Graham, A.B. '86

Justin Graham, A.B. '92

Rita Graham, M.P.P. '25

Russell Graham, A.B. '95

Sarah Graham, A.B. '17

Tanya Graham, A.B. '06

Tiffany Graham, A.B. '96

Sarah Grammar Warnberg, A.B. '18

Charlie Grandy, A.B. '97

Melissa Granetz, Ed.M. '05

Jennifer Granholm, J.D. '87

David Granoff, A.B. '77

Matt Granoff, A.B. '07

Phyllis Granoff, A.B. '68 Ph.D. '73

Boris Granovskiy, A.B. '02

Anesha Grant, A.B. '08 Ed.M. '12

Brian Grant, A.B. '91

Catherine Grant, A.B. '93

Derisa Grant, A.B. '03

Gabriel Grant, M.P.P. '01

Gretchen Grant, M.B.A. '85

Julian Grant, A.B. '89

Kenneth Grant, M.P.P. '93

Martin Grant, J.D. '89

Patrick Grant, A.B. '70

Geoffrey Gratwick, A.B. '65

Oscar Grauer, M.A.U.D. '80 D.Des. '91

Jeremy Graveline, A.B. '99

Bonnie Graves, A.B. '94

Genevieve Graves, A.B. '01

Howard Graves, M.D. '72

Sheila Graves, A.L.M. '10

Susannah Graves, A.B. '03

Cheryl Gray, A.B. '99

Darryl Gray, A.B. '74 Sc.D. '92

Dorcas Gray, A.B. '68

Elisha Gray, A.B. '66

Jane Gray, A.B. '95

John Gray, A.B. '64 J.D. '67

Peter Gray, A.B. '91

Susan Gray, A.B. '94

Wendy Gray, A.B. '72 M.P.P. '76

Anna Graybeal, A.B. '87

Jesse Hession Grayman, A.B. '95 Ph.D. '13

Perrin Grayson, A.B. '72

Thomas Grayson, A.B. '87

Trey Grayson, A.B. '94

Alexandra Greco, Ed.M. '18

Peter Greco, A.B. '83 M.D. '87

Samuel Greeley, A.B. '75

Pete Greelish, A.L.B. '00

Alex Green, M.P.A. '15

Arlin Green, A.B. '77 M.B.A. '79

Caroline Green, A.B. '05

Jennie Green, J.D. '91

Joseph Green, A.B. '00

Louise Green, M.Div. '91

Madeleine Green, A.B. '67

Marisa Green, A.B. '04

Rebecca Green, A.B. '73

Richard Green, A.B. '76

Rob Green, A.B. '90

Robert Green, M.D. '77

Samuel Green, A.B. '17

Susan Green, A.B. '80

Victoria Green, M.Arch. '12

Emily Green Caplan, A.B. '83

Solomon Green-Eames, M.U.P. '19

Debra Greenberg, A.B. '76

Frances Greenberg, A.B. '70

Gerald Greenberg, J.D. '76

Jonathan Greenberg, A.B. '90

Mark Greenberg, A.B. '74

Mark Greenberg, A.B. '75 J.D. '78

Melanie Greenberg, A.B. '86

Rosa Greenberg, M.P.P. '18

Sam Greenberg, A.B. '14

Ted Greenberg, A.B. '82

Bryan Greene, A.B. '90

David Greene, A.B. '60

Joshua Greene, A.B. '96

Joshua Greene, A.B. '97 A.M. '97

Michelle Greene, J.D. '94

Paul Greene, A.B. '89

Amanda Greenfield, J.D. '14

Lauren Greenfield, A.B. '87

Patricia Greenfield, A.B. '62 Ph.D. '66

Rachel Greenfield, M.B.A. '81

Shelly Greenfield, M.D. '86

Jane Greengold, A.B. '66

Linda Greenhouse, A.B. '68

Simon Greenman, M.B.A. '99

Henry Greenspan, A.B. '70 Ed.M. '73

Susan Greenspan, M.D. '79

Robert Greenstein, A.B. '67

Ruth Greenstein, A.B. '66

Mark Greenwold, J.D. '69

Daniel Greenwood, A.B. '79

Deborah Greenwood, A.B. '75

Nancy Greep, A.B. '66

Elizabeth Greer, M.P.A. '92

Kate Greer Dickson, A.B. '02

Emily Gregory, A.B. '00

Garth Gregory, M.D. '68

Janice Gregory, A.B. '72 M.P.A. '78

Tallessyn Z. Grenfell-Lee, A.M. '99

Kevin Grennan, A.B. '60

Christy Gressman, J.D. '06

Robert Grew, A.B. '71

Peter Grey, A.B. '65

Linda Greyser, Ed.M. '89 Ed.D. '94

Michael Gribben, A.B. '15

Gretta Gribble, A.B. '69

Benning Grice, A.B. '65

Charles Grice, M.P.P. '85

David Grieder, A.B. '15

Deborah Griesbach, A.B. '81

James Griffeth, M.B.A. '84

Colleen Griffin, M.P.H. '22

David Griffin, A.B. '07

John Griffin, A.B. '16 M.P.P. '22

Leslie F. Griffin, A.B. '70 Ed.M. '74

Robert Griffin, A.B. '09

Jeffrey Griffith, A.B. '66

Loma Kimball Griffith, A.B. '63

Richard Griffith, Ed.M. '94

Suzanne Griffith, A.B. '86

Julia Grigsby, A.B. '98

Ben Grimm, A.B. '18

Jeanie Grimm, Ed.M. '86

James Grimmelmann, A.B. '99

Donald Grinberg, A.B. '68 M.Arch. '73

Sheila Grinell, A.B. '66

John Griner, A.B. '81

Margaret Groarke, A.B. '85

Harrison Grogan, S.M. '21

Clifford Groh, A.B. '76

Renie Yoshida Grohl, A.B. '72

Suzanne Groisser, J.D. '91

Tracey Gronniger, A.B. '00

Scott Groper, A.B. '79

Adrian Gropper, M.D. '78

Doron Grosman, M.B.A. '85

Ariela Gross, A.B. '87

Christopher Gross, M.D. '09

Peter Gross, A.B. '66 M.D. '70

Richard Gross, J.D. '73

Nancy Ann Grosselfinger, M.P.A. '00

Erich Grossman, A.B. '80

Jeffrey Grossman, A.B. '04

Marc Grossman, A.B. '66 A.M. '72

Melissa Grossman, M.B.A. '98

Nienke Grossman, A.B. '99 J.D. '04

Steven Grossman, M.B.A. '69

Susan Grossman, A.B. '04

Tins Grotzer, Ed.D. '93 Ed.M. '85

Daniel Grove, A.B. '72

Anne Groves, A.B. '63

Sarah Groves, A.B. '73

Mark Grozen-Smith, A.B. '15

Theodore Grozier, S.B. '00

Beatrice Grreenwald, A.B. '68

Erica Grubb, A.B. '69 J.D. '73

Theresa (Terry) Gruber, S.B. '80

Frances Grunder, M.P.A. '15

Marissa Grunes, Ph.D. '19

Lisa Grunwald, A.B. '81

Jacqueline Grupe, A.B. '86 Ed.M. '91

Brenda Gruss, A.B. '76 J.D. '81 M.P.P. '81

Beidi Gu, A.B. '05

Kevin Gu, J.D. '20

Peizhen Gu, M.B.A. '22

Carlos Guajardo, M.B.A. '94

Aria Guarino, A.B. '13

Carl Guarino, J.D. '81

Peter Guarnaccia, A.B. '72

Mary Clare Gubbins, Ed.M. '78

David Guberman, A.B. '71 J.D. '75 M.B.A. '75

John Guckenheimer, A.B. '66

Sam Guckenheimer, A.B. '77

Lundie Guerard, A.B. '75 A.M. '78

Magdalena Guernica Castleman, A.B. '76

Judith M Gueron, A.B. '63 Ph.D. '70

Stephanie Guerra, Ph.D. '18

Andre Guerrero, Ed.D. '90

Angela Guerrero, A.B. '06

Michelle Guertin, A.B. '94

Steven Guggenheim, J.D. '87

Ellen Guidera, M.B.A. '86

Esteban M. Guijarro, A.B. '24

Marissa Guijarro, A.B. '87

Donna Guillaume, A.B. '73

Magda Guillen, A.B. '02

Roselia Guillen-Santana, A.B. '98

Sherice Guillory Torres, A.B. '95

Donald Guiney, A.B. '78

Robert Gulick, A.B. '59 J.D. '65

Jan Gullett, M.B.A. '77

David Gullette, A.B. '62

Margaret Morganroth Gullette, A.B. '62 Ph.D. '75

Sean Gullette, A.B. '91

Elizabeth Gummer, A.B. '22

Suvai Gunasekaran, A.B. '13 S.M. '13

Harold Gunn, J.D. '83

Heather Gunn, A.B. '90 M.D. '09

Melissa Gunn, A.B. '94 J.D. '97

Jiahua Guo, Ph.D. '20

Vicky Guo, A.B. '11

Osa Guobadia, M.M.Sc. '25

Geetanjali Gupta, A.B. '01 M.B.A. '06 J.D. '06

Ishu Gupta, M.P.P. '24

Kirin Gupta, A.B. '16 M.A. '19 J.D. '23

Pratima Gupta, A.B. '96

Samantha Gupta, J.D. '15

Samarth Gupta, A.B. '18

Adam Guren, A.B. '08 Ph.D. '14

Julia Guren, A.B. '10

Marc Guren, A.B. '77 J.D. '80

Joel Gurin, A.B. '75

Andrew Gurman, J.D. '01

Kamuron Gurol, M.P.A. '95

Maria Carmel Gurucharri, Ed.D. '83 Ed.M. '78

Kelly Gushue, A.B. '99

Carolyne Guss, A.B. '99

Jonathan Guss, A.B. '68

Kaaryn Gustafson, A.B. '90

Eric Gustavson, A.B. '69

Lila Guterman, A.B. '95

Thomas Gutheil, A.B. '63 M.D. '67

Anthony Gutierrez, A.B. '91

Eric-Steven Gutierrez, A.B. '84 M.Div. '05

Orin Gutlerner, Ed.M. '01

Paul Gutman, A.B. '00

Amy Gutmann, A.B. '71 Ph.D. '76

Jay Gutmann, M.B.A. '83

Joseph Guttentag, LL.M. '53

Lucas Guttentag, J.D. '78

Allison Guttu, A.B. '98

Julian Guy, A.B. '16

Megan Guy, A.B. '03

Kristin Guyot, J.D. '90

John Guzek, M.B.A. '23

Ozge Guzelsu, B.A. '98 M.P.A. '10

Sandra Guzmán, A.B. '01

Paz Guzmán Caso de los Cobos, M.P.A. '07

Jim Gwin, A.B. '65

Perry Ha, M.B.A. '94

Bryce Haac, A.B. '06

Joan Haahr, Ph.D. '70

Marit Haahr, A.B. '96

Erika Haas, A.B. '90

Jennifer Haas, M.D. '86 M.Sc. '91

Katherine Haas, A.B. '00

Mary Haas, Ph.D. '16

Alexandra Haber, A.B. '14

Edythe Haber, A.M. '61 Ph.D. '71

Melissa Haber, A.B. '91

Hon. Stephen Haberfeld (Ret.), J.D. '70

Allan Haberman, Ph.D. '73

Lea Hachigian, A.B. '12

Nadine Hack, M.P.A. '87

Robin Hacke, A.B. '80 M.B.A. '84

Martha Hackett, A.B. '83

Robert Hackett, A.B. '81 M.B.A. '86

Ryan Hackett, A.B. '09

David Hackney, A.B. '76

Elizabeth Hadaway, A.B. '09 J.D. '15

Scott Hadland, S.M. '16

Nortin Hadler, M.D. '68

Stephanie Hadley, A.B. '15

Thanasis Hadzilacos, A.B. '75 M.M.Sc. '76

John Haederle, M.P.A. '00

Erin Hafkenschiel, M.P.P. '11

Leigh Hafrey, A.B. '73

Taieb Hafsi, D.B.A. '81

Bethanne Haft, A.B. '88

Karin Hagaman, A.B. '91

Nancy Hagan, A.B. '05

Rose Hagan, J.D. '92

Charles Hagedorn, A.B. '83

Anna Hagen, A.B. '15

Ute Hagen, M.B.A. '86

Chris Hager, A.B. '66 M.Arch. '69

Douglas Hagerman, J.D. '86

Kelly Hahn, A.M. '08

Carrie Hahnel, Ed.M. '04

Mark Haidar, J.D. '23 M.P.P. '23

Laura Haight, A.B. '84

Winta Haile, A.B. '12

Elisabeth Hailu, A.B. '23

Joshua Haimson, A.B. '78

Leonie Haimson, A.B. '76

Paula Hajar, A.B. '69 Ed.M. '86 Ed.D. '93

Jerome Halberstadt, A.B. '58

Jonathan Hale, A.B. '68

Cameron Half, A.B. '97 J.D. '02

Marc S. Halfon, A.B. '91

Mary Ann Halford, M.B.A. '85

Ann Halkett, A.B. '77

Sylvia Halkin, A.B. '77

Abigail Hall, J.D. '24

Allison Hall, A.B. '77

Antoinette Hall, J.D. '92

Britton Hall, A.B. '73

Carla Hall, A.B. '77

Charlotte Hall, M.P.A. '17

Christopher Hall, A.B. '99

Colby Hall, A.B. '02

Frenesa Hall, A.B. '83

Janis Hall, M.Arch. '81

Jeff Hall, M.B.A. '92

Mia Hall, Ed.M. '06

Sarah Hall, M.P.P. '89

Judith Hall Howard, J.D. '82

Susannah Hall-Justice, A.B. '91

Alice Haller, A.B. '68

Judith Hallett, Ph.D. '71 A.M. '67

Lisa Halliday, A.B. '98

Cece Hallisey, M.P.P. '93

Charles Hallisey, M.Div. '78

Karan Hallon, Ed.M. '22

Edward Hallowell, A.B. '72

James Hallowell, A.B. '69

Bertrand Halperin, A.B. '62

Carla Halpern, J.D. '97

Daniel Halpern, A.B. '95

Gregory Halpern, A.B. '99

Keith Halpern, J.D. '82

George Halsey, A.B. '66

David Halstead, Ph.D. '99 J.D. '02

Nicholas Hambridge, M.P.A. '18

Marcia Hamelin, A.B. '80

Rahem Hamid, A.B. '25

Anne Hamilton, A.B. '61

Bonnie Boswell Hamilton, A.B. '72

Meredith Hamilton, M.B.A. '08

Rebecca Hamilton, J.D. '07 M.P.P. '07

Rod Hamilton, J.D. '75

Stephen Hamilton, J.D. '76

Victoria Hamilton, A.B. '75 M.B.A. '79

Jessica Hammer, A.B. '99

Karen Hammerness, Ed.M. '92

Bill Hammond, A.B. '83

Carrie Hammond, M.B.A. '92

David Hammond, A.B. '70

John Hammond, A.B. '63

Julia Hammond, J.D. '24

Kenneth Hammond, A.B. '12

Mary Hammond, A.B. '75 J.D. '79

William Hammond, A.B. '61

Keith Hammonds, M.B.A. '86

Corinne Hammons, A.B. '97

Joseph Hample, A.B. '78

Christopher Hampson, A.B. '09 J.D. '16 M.T.S. '16

Daniel Hampton, A.B. '92

Angela Han, A.L.M. '21

Bernadine Han, A.B. '02

Boowhan Han, LL.M. '81

Jia Han, A.B. '05

Mervyn Han, A.B. '03

Suk Han, A.B. '91

Tracy Han, A.B. '11 M.B.A. '16

Unae Han, D.M.D. '86 M.P.H. '86

Caroline Hancock, A.B. '77

Randall Hancock, A.B. '87

Amy Handelsman, A.B. '76

David Hands, A.B. '74 S.M. '76

Jan Hangelbroek, M.B.A. '98

John Hanify, A.B. '71

Laura Hankins, J.D. '92

Christopher Hanley, A.B. '07

Seth Hanlon, A.B. '98

Sydney Hanlon, J.D. '75

Amira Hannon, A.B. '18

Julia Hansbrough, A.B. '13

Gregory Hansel, A.B. '82

Sumi Hansen (Furiya), Ph.D. '04

Mark Hanser, Ed.M. '03

Frances Hansford, M.P.A. '96

Julia Hansford, A.B. '11

Heather Hansma, A.B. '95 M.B.A. '00

Jonathan Hanson, A.B. '92

Kathryn Hanson, M.B.A. '79

Kim Hanson, M.B.A. '99

Jeffrey Hantover, A.B. '66

Giselle Hantz, A.B. '84

Mark Hanzel, A.B. '90

Fred Hapgood, A.B. '63

Anna Harbison, A.B. '06

James Harbison, A.B. '73 Ph.D. '77

John Harbison, A.B. '75 M.B.A. '80

Patricia Harbison, J.D. '80

Helen Hardacre, A.M. '92

William Harden, M.P.A. '93

Ralph Harder, A.B. '70

Peter Hardie, A.B. '77

Sarah Hardin, A.B. '04

William Hardison, A.B. '55 M.D. '59

John Hardt, A.B. '75

Spencer Hardwick, A.B. '11

Henry Hardy, A.B. '73

Sean Hardy, A.B. '16

Wendy Harlan, J.D. '96

Catherine Harland, Ph.D. '78 A.M. '70

Christopher Harland, A.B. '78 M.B.A. '84

Danna Harman, A.B. '93

David Harman, A.B. '71 Ed.M. '85

Susan Harmeling, A.B. '87 M.B.A. '91

Gail McGreevy Harmon, A.B. '65

Lucienne Harmon, A.B. '95

Craig Harms, A.B. '84

Michael Harms, PMD '98

Anna Harnick, A.B. '14

Alli Harper, A.B. '01

Louise J. Harpman, A.B. '86

Debbie Weil Harrington, A.B. '74

Mark Harrington, A.B. '83

David Harris, M.B.A. '84

Douglas Harris, A.B. '72 J.D. '75

Ernest Harris, M.Arch. '75

Jennifer Harris, A.B. '90

Jerome Harris, A.B. '73

Justine Harris, A.B. '91

Maria Harris, S.M. '12

Mary Hill Harris, A.B. '60

Michael Harris, Ph.D. '77

Noah Harris, A.B. '22

Pamela Harris, J.D. '98

Rebecca Harris, J.D. '17

Roberta Harris, A.B. '94

Sally Harris, A.B. '85 M.B.A. '93

Victoria Harris, A.B. '00 A.M. '00

Walter Harris, A.B. '72

Cole Harrison, A.B. '75

Giles Harrison, M.B.A. '94

Hope Harrison, A.B. '85

Madaline Harrison, A.B. '73

Philip Harrison, A.B. '68

Jessica Harrison Fullerton, M.P.A. '13

Christopher Harrop, Ed.M. '21

Cary Hart, A.B. '68

Christopher Hart, A.B. '99

David Hart, M.B.A. '91

Susan Hart, A.B. '87

James Hartduck, M.D. '62

Angelica Harter, A.B. '56

Patricia Hartge, A.B. '71 Sc.M. '75 Sc.D. '83

Robert Hartley, A.B. '73 M.D. '77

Arthur Hartman, A.B. '52 M.B.A. '56

Charles Hartman, A.B. '71

Russell Hartman, A.B. '73

Ruth Hartman, A.B. '79

Rebecca Hartman Edwards, A.B. '85

Paul Hartnett, Jr, A.B. '75

Carol Hartwell, A.L.M. '93

Margaret Harty, M.Arch. '07

Kevin Harun, M.P.A. '88

Joan Harvey, A.B. '70

Matthew Harvey, A.B. '15

Tamara Harvey, A.B. '88

Vernon Judson Harward, A.B. '73 Ph.D. '82

Jodut Hashmi, Ed.D. '15 Ed.M. '

Sarah Haskins, A.B. '01

Alison Haskovec, A.B. '01

Josie Haspel, A.B. '06

Jeffrey Hass, A.B. '89

Susan Hass, M.B.A. '75

Steven Hass (Lemieux), A.B. '92 M.B.A. '96

Fatima Hassan Ali, J.D. '14

Eva Hassett, A.B. '82

Joseph Hassett, LL.B. '67

George Henry Hastie, A.B. '91

Laura Hastings, A.B. '82

Stephanie Hastrup, A.B. '07

Lon Hatamiya, A.B. '81

Hiroyu Hatano, A.B. '95

Anyhony Hatch, A.B. '82

Elizabeth Hatch, A.B. '76 A.M. '81 M.S. '81

Francis Hatch, A.B. '77

Morgan Hatch, A.B. '87

Timothy Hatfield, A.B. '67 Ed.M. '69

Ivy Hatsengate, A.B. '93

Sarah Hatton, Ed.M. '17

Laurie Hauber, A.B. '90

Mary Holly Haugh, A.B. '74 J.D. '79

Mariel Haughey, A.B. '17 M.B.A. '22

Sherry Haus, M.P.P. '00

Nicolas David Hauschild, LL.M. '24

Kathleen Balthrop Havener, J.D. '91

Eric Havian, J.D. '81

John Hawes, A.B. '65

John Hawkins, A.B. '75

Steven Hawkins, A.B. '84

Gregory Hawley, A.B. '79

John Hawley, Ph.D. '77

Timothy Hawthorne, A.B. '73

Eric Haxthausen, M.P.P. '95

Samantha Hay, M.P.H. '23

Anne Hayden, A.B. '77

Connor Hayden, A.B. '19

Jon Hayden, A.B. '72

Andrew Hayes, LL.M. '97

Janet Hayes, A.L.M. '15

Leslie Hayes, A.B. '90

Richard Hayes, A.B. '68

Thomas hayes, J.D. '69 A.B. '65

Tyler Hayes, M.D. '20

Don Hayler, A.B. '97

Laurel Hayler, A.B. '65 M.S. '74

Lynette Hayler, M.B.A. '04

Furman Haynes, M.B.A. '23

Michael Haynes, A.B. '70

David Haynor, A.B. '68 M.D. '79

James Hays, A.B. '56

Walter Hays, A.B. '71

Sherri Hays Mancusi, A.B. '80

Zach Hayworth, Ph.D. '21 A.M. '19

Crisanne Hazen, A.B. '96

Brittani Head, A.B. '06

Maura Healey, A.B. '92

Raymond Healey, A.B. '70

Anne Healy, J.D. '12 M.P.A. '12

Michelle Healy, A.B. '81

Tom Healy, A.B. '83

Meghan Healy-Clancy, Ph.D. '11 A.M. '07

Catherine Heaney, A.B. '80

Deborah Hearey, A.B. '96

Timothy Hearn, J.D. '83

Julia Heath, A.B. '09

Melissa Heath, A.B. '80

Gary Heaton, A.B. '83

Anne Heavey Scheinfeldt, A.B. '96

Heather Heavin, LL.M. '03

Joy Hecht, A.B. '80

Kyle Hecht, A.B. '10

Scott Hecht, J.D. '93

Sarah Hechtman, A.B. '87

Jeff Heck, A.B. '03

Andrew Heckerling, A.B. '01

Jurretta Jordan Heckscher, A.B. '79

Bill Hedden, A.B. '73 Ph.D. '76

Andrea Hedin, A.B. '72

Nicole Hedrick, J.D. '03

Thomas Hedrick, M.B.A. '86

Stuart Heebner, Harv. Ext. '07

Charles Hefling, A.B. '71 B.D. '74 Th.D. '81

Matt Hegarty, A.B. '82

Susan Hegeman, A.B. '86

James Heideman, A.B. '87

Jeanne Heifetz, A.B. '81

Sarah Heilbronner, A.B. '07

Margaret Heilbrun, A.B. '79

Elizabeth Heilman, A.B. '91

Heather Heiman, M.D. '98

Jason Heindl, Ph.D. '10

Laurie Heineman, A.B. '70

Melvin Heineman, A.B. '60 J.D. '63

Robert Heineman, M.Arch. '70

Stephen Heinze, J.D. '83

Jessica Heit, A.B. '04

Rachel Heit, A.B. '95

Renata Hejduk, Ph.D. '01

Elizabeth Helgesen, A.B. '91

Kaitlin Heller, A.B. '05

Karen Heller, A.B. '75

Joseph Hellerstein, A.B. '90

Rebecca Hellerstein, A.B. '92

Zena Helman, M.P.A. '92

Jennifer Helmick, A.B. '75

Susan Helmrich, S.M. '80

Deborah Helsing, Ed.D. '03

Jeff Hembrock, ALI '22

David Hembry, A.B. '03

Anne Hemenway, A.B. '79

David Hemenway, A.B. '66 Ph.D. '74

Lisa Hemmer, J.D. '80

Thomas Hemnes, A.B. '70 J.D. '74

Lowry Hemphill, Ed.D. '86

Kathryn Hemsing, M.P.A. '20

R. Paul Henchey, A.B. '78

Celia Henderson, A.B. '80

Gloria Henderson, A.B. '12 J.D. '16

Jessica Henderson, A.B. '11

Lauren Henderson, M.D. '08 M.M.Sc. '14

Nina Henderson Moore, A.B. '85 M.B.A. '91

Douglas Hendren, A.B. '73

Jeremiah Hendren, A.B. '08

Elizabeth Hendricks, M.Div. '83

Martha Hendricks, A.B. '77

Karl Hendrickson, A.B. '71

Robert Hendrickson, A.B. '54 M.B.A. '58

Susan Hendrickson, A.B. '87 J.D. '93 M.P.P. '91

Khati Hendry, A.B. '73

Charles Henebry, A.B. '89

Edward Heneveld, Ed.D. '71

Elizabeth Durfee Hengen, A.B. '74

Mary Henkel, J.D. '79

Amelia Henley, A.B. '20

Juri Henley-Cohn, A.B. '00

Rebecca Henn, M.Des. '06

Lauren Hennenfent, Ed.M. '20

Matthew Hennessy, AMP '08

Joel Henning, A.B. '61 J.D. '64

Justine Henning, A.B. '89

Nora Hennings, A.B. '10 M.B.A. '16

Andrea Henricks, A.B. '13

Elizabeth Henry, A.B. '01

Erin Henry, A.M. '14 Ph.D. '15

James Henry, A.B. '72 J.D. '76 M. Econ. '78

Jane Henry, A.B. '78 Ph.D. '75 M.B.A. '78

Keanne Henry, A.B. '99

Lena Henry, M.B.A. '04

Megan Henry, A.B. '00

Ouzama Henry, A.B. '94 M.D. '99

Patrick Henry, A.B. '60

Kathleen Henschel, A.B. '70

Kathleen Hensley, A.L.M. '16

Karen Kemper Henson, A.M. '71 Ph.D. '79
J.D. '83

Evan Hepler-Smith, A.B. '06

Rosemary Herbert, A.B. '80

T. Walter Herbert, A.B. '60

Elizabeth Herbin, A.B. '99

Ann Herbst, A.B. '87

Irene Herlihy, A.B. '89

Judith Herman, A.B. '64 M.D. '68

Linsey Herman, A.B. '91

Nadia Herman (Colburn), A.B. '95

Sophia Hermann, A.B. '05

Angel G. Hermida, LL.M. '72

Christine Hernandez, A.B. '00

Christopher Hernandez, A.B. '13

Hailey Hernandez, M.P.H. '23

Ramiro Hernandez, Ed.M. '24

Maribel Hernandez Rivera, A.B. '04

Sherill Heron, M.B.A. '90

Luz Herrera, J.D. '99

Margot Herrera, A.B. '84

Hugh James Herring, A.B. '61 S.B. '62

Olivia Herrington, A.B. '18

Michael Herrmann, A.B. '80

Betty Herschman, M.P.A. '08

Misha Herscu, A.B. '13

Louise Hersey, M.B.A. '77

Patricia Hersh, A.B. '95

Brad Hershbein, A.B. '03

Ann Hershfang, A.B. '56

Herbert Hershfang, J.D. '56

Barbara Gevene Hertz, A.B. '66

John Hertz, A.B. '66

Lisa Hertzer Schertler, J.D. '91

Ellen Hertzmark, A.B. '67

Karen Hertzog, A.B. '73

William Herzberg, A.B. '84

David Herzer, J.D. '70

Emily Herzog, A.B. '85

Eve Herzog Robbins, A.B. '93

Susannah Heschel, M.T.S. '76

Diane Hessan, M.B.A. '77

Cara Hesse, M.P.A. '00

Friederike Hesse, M.P.A. '02

Bertil Hessel, A.M. '86

Ann Hession, A.B. '85

David Hessney, A.B. '71

Sharon Hessney, Ed.M. '97

Andrea Hester, A.L.M. '08

Ted Hester, J.D. '69

Benjamin Hett, Ph.D. '01

Charles Hewitt, A.B. '71

Perry Hewitt, A.B. '87

Ashley Wynn Hewlett, A.L.M. '22 '

Maria Isabel Heymach, A.B. '89

Jonathan Hiatt, A.B. '70

Alison Hickey, A.B. '85

James Hickey, A.B. '94

Amanda Hickman, M.B.A. '86

A Cinque Hicks, A.B. '95

Lisa Hicks, M.P.A. '93

Lucile Hicks, M.P.A. '86

Nathan Hicks, Ph.D. '20

Raegan Hicks, A.B. '00

Skyler Hicks, A.B. '14

Timur Hicyilmaz, A.B. '96

Hernan Hidalgo, A.B. '99

Emiko Higashi, M.B.A. '85

Kathryn Higashi Lee, A.B. '94

Alison Higgins, A.B. '99

John Higgins, A.B. '70

Katherine High, A.B. '72

Donald Hight, M.D. '68

Anne Higonnet, A.B. '80

Philip Higonnet, A.B. '83

Bob Hildreth, A.B. '72

Chantel Hile, A.B. '94

Elizabeth Hilgartner, A.B. '79

David Hill, J.D. '91

Frankie Hill, A.B. '19

Jon Hill, A.B. '91

Susan Hill, A.B. '81

William Hill, A.B. '66

Jonathan Hill-Rorie, M.P.H. '19

Constance Hilliard, A.B. '71 Ph.D. '77

Nancy Hilliard, A.B. '77

Paul Hilstad, A.B. '65

Marjorie Hilton, Ed.M. '65

Edwardeen Hilts, A.B. '99

H. Louise Hindal Acer, A.B. '12

Heather Hinds, M.D. '03

James Hinds, J.D. '76

Peter Hinman, A.B. '59

Benjamin Hintzman, A.B. '24 Ed.M. '25

Mitsuhiro Hirai, M.B.A. '24

Marsha Hirano-Nakanishi, Ed.D. '81

Kitt Hirasaki, A.B. '96

Corinne Hirsch, J.D. '86

Frederick Hirsch, A.B. '84

Marga Hirsch, A.B. '68

Thomas Hirschfeld, A.B. '83

Tom Hirschfeld, A.B. '59

Deborah Hirschland Fine, A.B. '75

Charles Hirschler, A.B. '76

Jeremy Hirsh, A.B. '92

Joel Hirsh, Ph.D. '73 A.M. '70

Lynn Hirshfield, RDI '84

Lauren Hirshon, A.B. '03

David Hirzel, M.B.A. '66

Christopher Hitt, A.B. '72 M.P.H. '75

Christina Ho, A.B. '95 J.D. '99 M.P.P. '99

Eva Ho, A.B. '94

Henry Ho, A.B. '95

Shih-Yin Ho, M.B.A. '00

Jessica Hobart, M.P.P. '95

Allyson Hobbs, A.B. '97

Judith Hochberg, A.B. '82

Adam Hochschild, A.B. '63

David Hochschild, M.P.P. '99

Susan Hodara, A.B. '75

Emily Hodge, A.B. '02

Regina Hodge, A.B. '13

Emily Hodges, A.B. '66

Morgan Hodgson, A.B. '69

Jennifer Hoegen, M.P.A. '13

Adeline Hofer, A.B. '82

Laura Hofer, A.B. '69

Leila Hofer, A.B. '15

Timothy Hofer, A.B. '80

Ellen Hoff, A.B. '68

Paul Hoff, A.B. '64

Mark Hoffenberg, A.B. '89 J.D. '92

Anita Hoffer, A.B. '63 M.S. '63 Ph.D. '69

Axel Hoffer, A.B. '61 M.D. '61

Daniel Hoffer, A.B. '00

David Hoffer, A.B. '90 J.D. '96 M.B.A. '96

Deborah Hoffer, A.B. '96 M.D. '96

Shira Hoffer, A.B. '25

Daniel Hoffheimer, A.B. '73

Benjamin Hoffman, J.D. '11

Daniel Hoffman, A.B. '91

David Hoffman, J.D. '84

Eva Hoffman, Ph.D. '82

Jascha Hoffman, A.B. '02

Jenny Hoffman, A.B. '99

Richard B Hoffman, J.D. '71

Michael Hoffmann, A.B. '08

Jennifer Hoffpauir, A.B. '00

Henry Hoffstot, A.B. '79

Hannah Hofheinz, Th.D. '15

Margaret Hogan, A.B. '01

Pamela Hogan, A.B. '77

Lee Hogewood, A.B. '87

Adam Hogue, A.B. '13

Laura Hoguet, A.B. '64

Marie Hoguet, A.B. '69 M.A.T. '72

Robert Hoguet, A.B. '63

Katharyn Hok, A.B. '90

Carol M. Hokana, Ed.M. '94

Eric Hoke, A.B. '06

Megan Holbrook, A.B. '91

Noel Michele Holbrook, A.B. '83

Victoria Rowe Holbrook, A.B. '73

Nathan Holcomb, A.B. '99 J.D. '06

David Holden, M.P.A. '09 M.Div. '24

Nneka Holder, M.D. '97

Michelle Holdt, A.B. '92

John Holena, A.B. '94

Joe Holland, A.B. '95

Louisa Holland, A.B. '80

Nancy Holland, J.D. '75

Isabel Holland-Davis, A.B. '84

William Hollander, A.B. '75

Ann Holleb, A.B. '69

Anthony Hollenberg, A.B. '83

Amor Hollingsworth, A.B. '75

Louis Hollingsworth, Ph.D. '22

Andra Hollis, M.T.S. '92

Georgia Hollister Isman, M.P.A. '15

Steven Hollman, A.B. '80

Graham Holmes, A.B. '75 Ed.M. '82

Michelle D. Holmes, A.B. '77 M.D. '81 M.P.H. '82 Dr.P.H. '97

Robert Holmes, M.D. '67

A Jay Holmgren, Ph.D. '21

Sanford Holo, J.D. '63

Gemma Holt, M.P.P. '23 M.U.P. '23

Katharine Holt, A.B. '02

Holly Holter, A.B. '71

Sara Holtz, J.D. '75

Jodie Holway, A.B. '90

Kathleen Holz, M.B.A. '84

Remy Holzer Kirsch, A.B. '96

Robert Homer, A.B. '79

Marcia Homiak, Ph.D. '77

Christine Hong, D.M.D. '08

Leta Hong Fincher, A.B. '90

Brad Honoroff, A.B. '68 J.D. '73

Pallvi Hooda, LL.M. '24

Cynthia Hooper, A.B. '89

Danielle Hootnick Kaufman, A.B. '99 M.B.A. '04

Zachary Hoover, M.Div. '04

Daniel Hopkins, A.B. '00 Ph.D. '07

Mary Hopkins, A.B. '79

Mary Ann Hopkins, A.B. '85 M.D. '92

Pamela Hopkins, A.M. '93

Sheila Hopkins, A.B. '81

Albert Hopper, M.Arch. '07

Walter Horak, A.B. '70

Thomas Horan, A.B. '96

Atsuko Horiguchi, M.P.P. '90

Ellen Horing, ALI '19

Elizabeth Horn, A.B. '63

Richard Horn, A.B. '72

Kusi Hornberger, M.P.A. '07

Nancy H. Hornberger, A.B. '72

Frederick Horne, A.B. '22

Nancy Horne, A.B. '89

Robert Horne, A.B. '81

Sarah Horne, A.B. '19

Gregory Hornig, A.B. '72 '

Dorothy Horns, A.B. '72

Bethamie Horowitz, A.B. '77

Joy Horowitz, A.B. '75

Mitchell Horowitz, M.P.P. '81

Tony Horowitz, A.B. '76

Arch Horst, M.Arch. '73

Leslie Horst, A.B. '67

Peter Horst, A.B. '83

Laura Horton-Ludwig, A.B. '93

Paul Horvitz, A.B. '72

Alicia Horwitz, Ed.M. '02

Paul Horwitz, A.B. '60

Wendy Horwitz, A.B. '80

Patrick Hosfield, A.B. '05

James Hosking, LL.M. '00

Martijn Hostetler, A.B. '00

Brian Hotchkiss, A.B. '75

Dan Hotchkiss, M.Div. '80

Taylor Hotchkiss, A.B. '00

Judith Hough-Goldstein, A.B. '72

Alvin Hough, Jr., A.B. '06

Robert Houghteling, A.B. '72

Amory Houghton, A.B. '74 M.B.A. '79

Holly House, J.D. '88

Roslyn Houston, M.B.A. '92

Jeremy Hovland, A.B. '74 A.M. '76 J.D. '79

Alfred Ryland Howard, A.B. '67

Courtney Howard, M.P.A. '23

David Howard, Ph.D. '00

Erica Howard, A.B. '87

Jeffrey Howard, A.B. '69 Ph.D. '80

Mark Howard, A.B. '77

Peter Howard, A.B. '65

Rebecca Howard, A.B. '64 M.A.T. '68

Stephen Howard, A.B. '69

Jane Howard-Martin, A.B. '79 J.D. '82

Christopher S Howe, A.B. '89

Larry Howe, M.B.A. '76

Robert Howe, M.P.A. '81

Erik Howell, A.B. '85

Hampton Howell, A.B. '63

Polly Howells, A.B. '66

Bradford Ted Howes, A.B. '87 J.D. '91

Bruce Howie, A.B. '75

Donna Howland, CMS '99

John Howland, A.B. '72

Kevin Howley, M.B.A. '86 M.P.P. '84

Angel Hoyang, A.B. '23

Eliot Hoyt, A.B. '90

Camilla Hrdy, A.B. '05

Katrinka Hrdy, A.B. '00

Mark Hruby, A.B. '78

Tammy Hshieh, A.B. '05 M.P.H. '13

Henry Hsia, A.B. '90

Julia Hsieh, A.B. '95

Richard Hsieh, A.B. '95

Tonia Hsieh, Ph.D. '05 A.M. '02

Benjamin Hsu, A.B. '86

Emily Hsu, A.B. '10

Jeremy Hsu, A.B. '11

Dianna Hu, A.B. '15

Genevieve Hu, A.B. '20

Jia Hu, M.L.A. '17

Chiang-Sheng Huang, Ph.D. '94

David Huang, A.B. '97

Edwin Huang, A.B. '73

Jane Huang, Ph.D. '20

Jean Huang, A.B. '84

Jessica Huang, Dr.P.H. '20

John Huang, A.B. '02 M.P.H. '08

Judy Huang, A.B. '88

Julie Huang, Ph.D. '05

Kristin Huang, A.B. '07 M.D. '12

Lee-Su Huang, M.Arch. '09

Rosa Huang, A.B. '15

Wen Huang, M.E. '99

Yasheng Huang, A.B. '85 Ph.D. '91

Charles Hubbard, A.B. '80

Eleanor Hubbard, A.B. '01 Ph.D. '09

Thomas Hubbard, A.B. '76 M.P.P. '80

Ali Huberlie, M.B.A. '15

Anne Elberfeld Huberman, A.B. '63

Joel Huberman, A.B. '63

Julie Huberman, A.B. '92

Anne Hubert, J.D. '07 M.B.A. '08

Shari Hubert, M.B.A. '00

Allen Hubsch, J.D. '88

Doranne Hudson, M.B.A. '80

Hannah Hudson, A.B. '03

Kathleen Hudson, A.B. '09

Patricia Hudson, A.B. '81

Giselle Huerta, A.B. '12

Nancy Huerta, A.B. '90

Raymond Huessy, A.B. '74

Philippe Huet, M.P.P. '82

Thomas Huf, M.A.U.D. '74

Felix Hufeld, M.P.A. '88

Terry Huffington, M.B.A. '87

Alanna Hughes, M.P.A. '16

Betsey Hughes, M.B.A. '88

Catherine Hughes, A.B. '66

Cynthia Hughes, A.B. '83

David Hughes, A.B. '70

James Hughes, A.B. '79

Judith Hughes, Ph.D. '70 A.M. '63

Kristen Hughes, A.B. '94

Robert Hughes, A.B. '69

Nan Hughes Poole, A.B. '85

Emily Huisman, A.B. '97

Charles Humble, M.S.P.H. '80

Ellen Hume, A.B. '68

Maxwell Hume, A.B. '10

Alison Humes, A.B. '77

Margaret Humpheys, Ph.D. '83 M.D. '87

Kathryn Humphreys, Ed.M. '06

Margaret Humphreys, Ph.D. '83 M.D. '87

Eleanore Humphries, A.B. '04

Jane Humphries Cardoso, A.B. '03 S.M. '07

Jeannette Hung, A.B. '80

John Hunt, A.B. '82

Julie Hunt, A.B. '95

Kathleen Hunt, A.B. '90 M.B.A. '01

Virginia Hunt, A.L.M. '09

Vivian Hunt, A.B. '89 M.B.A. '95

Gabrielle Hunter, A.B. '02

Joseph Hunter, A.B. '74

Lance Hunter, M.B.A. '86

Mark Hunter, A.B. '97

Alex Hurder, A.B. '67

Orest Hurko, A.B. '69 M.D. '74

Dianne Hurley, A.B. '84

Nandi Hurley, M.B.A. '01

Robert Hurley, M.B.A. '24

Thomas Hurley, M.P.A. '99

Debi Hurlock, J.D. '96

Jaime Hurtado, A.B. '96

Maha Husseini, J.D. '25

Sophia Hussen, A.B. '00

Michael Husson, A.B. '77

Sven T. Huster, M.P.A. '86

Janet Huston, M.P.A. '04

Michael Hutchings, A.B. '93 Ph.D. '98

Patricia Hutchinson, A.B. '92

Jen Hutter, M.B.A. '04

G. Thompson Hutton, M.B.A. '86

Joanne Hutton, A.B. '74

Wend Hutton, M.B.A. '86

Mira Huussen, M.B.A. '02

Karen Huyck, M.P.H. '05 '07

Julie Huygen, Col (Ret.), USAF, A.B. '91

Amy Huynh, A.B. '04 M.B.A. '11

Camy Huynh, A.B. '97

David Huyssen, A.B. '02

Joung Hwang, A.B. '97 J.D. '01

Gerald Hwasta, M.B.A. '96

Alison Hwong, M.D. '16 Ph.D. '16

Tracey Hyams, M.P.H. '92

Hugh M Hyde Jr, A.B. '75

Abbas Hyderi, A.B. '96

Kim Hylton, M.B.A. '92

Rachel Hyman, A.B. '95 M.B.A. '00

Toby Hyman, A.B. '71 J.D. '74

Madeleine Hymowitz, M.P.P. '84

Rosemary Hyson, A.B. '91

Michael Iannazzi, M.Div. '88

Laura Ibarra Channell, M.P.A. '86

Onyinye Ibeneche, M.B.A. '11

Toshimitsu Ichiki, M.B.A. '09

Nellie Ide, A.B. '22

Holly Idelson, A.B. '85 J.D. '99

Lynne Ierardi-Curto, M.D. '86 Ph.D. '86

Lisa Iezzoni, S.M. '78 M.D. '84

Michelle Ifill, J.D. '85

Gladys Ignacio, A.B. '95

Michael Ignelzi, Ed.D. '94

Sarah Igo, A.B. '91

Masato Iino, M.B.A. '94

Charlotte Ikels, A.B. '64 M.A.T. '65

Nkechinyerem Iko, A.B. '14

Edidiong Ikpe-Ekpo, A.B. '00

Chukwudi Ilozue, A.B. '25

Peter Im, J.D. '18

Marika Imagawa, Ed.M. '09

Robert Imber, Ed.M. '85

Robert Imberman, A.B. '97

Anne-Valerie Imparato, J.D. '14

Gail Inaba, A.B. '75

Margaret Indingaro, A.B. '68

Burçak Inel, M.P.P. '95

Marjorie Ingall, A.B. '89

Daniel Ingalls, A.B. '66

Rebecca Ingber, J.D. '05

Mark Ingram, A.B. '77

Jennifer Innis, M.Div. '98

Anne Inserra, A.B. '82

Sarah Insley, Ph.D. '11

Stefano Invernizzi, M.B.A. '04

Moana Iose, A.L.B. '15

Ally Ip, M.B.A. '08

Jacy Ippolito, Ed.M. '01 Ed.D. '09

Fernando Irazu, LL.M. '95

Nicole Ireland, M.P.P. '05

Ans Irfan, M.R.P.L. '22

Judy Iriye, A.B. '95

Angelina Irizarry, A.B. '76 J.D. '79

David Irons, A.B. '68

Dianne Irvine, A.B. '70

Leslie Irvine, A.B. '07 M.D. '11

Chetan Irwin, A.B. '04

William Irwin, A.B. '78

Kenneth Isaacs, A.B. '75 M.B.A. '80

Nicholas Isaacson, A.B. '94

Karen Isble, A.B. '90

William Iselin, A.B. '81

William Iselin, A.B. '87

Catherine Isenberg, A.B. '97

Francisco Isenberg, S.B. '06

Susan (Sue) Ishikawa, A.B. '85

Ann Ishimaru, Ed.M. '08 Ed.D. '11

Amy Isikoff Newell, A.B. '97

Shafiq Islam, Ph.D. '80

David Israel, A.B. '65

Susan Israel, A.B. '81 M.Arch. '86

Ellora Israni, J.D. '19

Eric Isselbacher, A.B. '85 M.D. '89

Isabel Isselbacher, A.B. '23

Sharon Itaya, A.B. '71 M.P.H. '75

Carter Ithier, S.B. '15

Isabelle Iversen, A.B. '19

Stephen Ives, A.B. '81

Glenn Ivey, J.D. '86

Mami Iwamoto, A.B. '83

Uzodinma Iweala, A.B. '04

Satish Iyengar, A.B. '78

Shilpa Iyer, M.B.A. '24

Oren Izenberg, A.B. '91

Michelle Jace, A.L.M. '25

Natalie Jacewicz, A.B. '13

Jeffry Jack, A.B. '83

Sam Jack, A.B. '11

Paul Jackel, A.B. '78

Richard Jackmauh, A.B. '73

Steven Jackobs, A.B. '79

Anna Jackson, A.B. '01

Colin Jackson, M.P.A. '93 '

Elizabeth Jackson, A.B. '06 Ed.M. '10

Ira Jackson, A.B. '70 M.P.A. '76

Jessica Jackson, A.L.B. '04

Lynn Jackson, A.B. '82

Marcus Jackson, A.B. '96

Michael S. Jackson, J.D. '82

Shahara Jackson, Ed.L.D. '21

Thomas Jackson, A.B. '08

William Jackson, A.B. '91

Denise Jackson Dean, A.B. '81

Diane Jackson Stafford, A.B. '86

Beth D Jacob, A.B. '74

Brian Jacob, A.B. '92

Stefanie Jacob, A.B. '79

David Jacobi, A.B. '81

Annette Jacobs, M.P.A. '76

Bruce Jacobs, A.B. '77

Diane Jacobs, A.B. '61 Ph.D. '67

Hilary Nelson Jacobs, A.B. '83

James Jacobs, A.B. '72 J.D. '75

Mary Jacobs, A.B. '81

Steven Jacobs, A.B. '05

Joyce Jacobsen, A.B. '82

Kurt Jacobsen, A.B. '75

Cara Jacobson, A.B. '18

Holly Jacobson, A.B. '89

Kate Jacobson, A.B. '80

Kirsten Jacobson, A.B. '12

Larry Jacobson, A.B. '81 M.B.A. '85

Sarah Jacoby, A.B. '99 M.Arch. '07

Steven Jacoby, M.D. '79

Jennifer Jacoby Lauret, M.P.P. '01

Jean-Pierre (JP) Jacquet, A.B. '05

Elizabeth Jaensch, Ph.D. '20

Jamie Jaffe, Ed.M. '80

Kenneth M. Jaffe, M.D. '75

Kathleen Jahn, A.B. '99

Mark Jahnke, A.B. '13

William Jahsman, A.B. '75

Felipe Jain, M.D. '08

Kamala Jain, M.D. '96

Radhika Jain, M.P.P. '14 Ph.D. '19

Shilpa Jain, A.B. '98

Paul Jakubowski, J.D. '88

David Jakus, A.B. '06

Wendy Jamerson, A.B. '84

Amber Ashley James, A.B. '11 J.D. '19 M.B.A. '19

Cara James, A.B. '98 Ph.D. '06

Elaine James, J.D. '82

Erica James, M.T.S. '95 A.M. '03 Ph.D. '03

John James, A.B. '63

Juliene James, A.B. '00

Kamal James, Ed.M. '24

Pamela James, A.B. '80

Terri James, J.D. '92

Alisha James Graham, A.B. '95

Anthony Jameson, A.B. '75

Elizabeth Jameson, A.B. '90

John Jameson, M.B.A. '91

Jared Jamesson, J.D. '10

Boris Jamet-Fournier, M.P.P. '10

Cathy Jamieson, A.B. '91

Thomas Crawford Jamieson, A.B. '83 M.B.A. '89

Catherine Jampel, A.B. '08

Henry Jampel, A.B. '77

Risa Jampel, S.M. '25

Olivia Jampol, A.B. '09

Maryam Janani, A.B. '09

Nga Janosov, M.B.A. '08

Claira Janover, A.B. '20

Marisa Januzzi-Thomas, A.B. '87

Alexander Jaramillo Burgos, Ed.M. '25

Ilene Jaroslaw, A.B. '84

Minna Jarvenpaa, A.B. '93

Paul Jarvie, A.B. '71

Peter Jarvis, A.B. '72

Brian Jaski, M.D. '79

Janine Jason, M.D. '75

Jyoti Jasrasaria, A.B. '12 J.D. '18

Rashmi Jasrasaria, A.B. '10

Joyce Jauer, A.B. '06

Imran Javaid, A.B. '00

Genet Jeanjean, Ed.M. '02

Gish (Lillian) Jen, A.B. '77 BI '87 RI '02

Donald Jenkins, A.B. '72 Ph.D. '78

Kirk Jenkins, A.B. '83 J.D. '86

Ronald Jenkins, Ed.D. '84 Ed.M. '79

Rob Jenks, Ph.D. '07

Frederic Jennings, A.B. '68

Kevin Jennings, A.B. '85

Lauren Jennings, A.B. '79 J.D. '84

Chasity Jennings-Nunez, M.D. '95

Christina Jenq, A.B. '04

Andrea Jensen, A.B. '85

Erik Jensen, A.B. '89

Grace Jeon, A.B. '86

Laura Jeppesen, BI '81

David Jerison, A.B. '75

Jennifer Jetton, A.B. '94

Sandhya Jetty, M.P.P. '25

Joan Jeung, A.B. '93 M.P.H. '16

Thomas Jevon, A.B. '75

Eliza Jewett-Hall, A.B. '96

Susan Jhirad, A.B. '64 Ph.D. '72

Kelly Jiang, M.P.A. '24 M.P.A. '24

Alvina Jiao, M.P.A. '23

Rashan Jibowu, A.B. '06

Maria Sara Jijon Calderon, LL.M. '95

(Jose) Marti Jimenez, M.B.A. '02

Javier Jimenez, A.L.M. '23

Aleja Jimenez Jaramillo, A.B. '15

Alexander Jin, A.B. '18

Elaine Jin, Ph.D. '19

Emily Jin, A.B. '01

Andrew Jing, A.B. '08

Deborah Joa, M.B.A. '04

Soniya Jobanputra, M.B.A. '08

Michael Jobin, A.B. '71

Kristi Jobson, A.B. '06 J.D. '12

Elizabeth Jochnick, Ed.M. '58

Hilary Joel, M.B.A. '89

David Joffe, A.B. '00

Steven Joffe, A.B. '88

Kate Johnsen, A.B. '02 Ed.M. '14

Nancy Johnsen, A.B. '89

Allison Johnson, M.B.A. '97 M.P.A. '92

Amy Johnson, A.B. '67 Ph.D. '80

Anna Johnson, M.B.A. '10

Ayana Johnson, A.B. '02

Bruce Johnson, A.B. '75

Bruce Johnson, A.B. '73

Bruce Johnson, A.B. '63

Carrie Johnson, M.Arch. '93

Cordelia Johnson, Ed.M. '10

Crystal Johnson, A.B. '15

David Johnson, A.B. '91

David Johnson, M.Div. '87

Deborah Johnson, A.B. '71

Diana Johnson, A.B. '62

Elizabeth Johnson, A.B. '82

Eric Johnson, A.B. '75

Florence Johnson, A.B. '78

Frederic S Johnson, A.B. '57 A.M. '58

Jasmin Johnson, M.P.P. '10

Jay Johnson, M.B.A. '82

Joseph Johnson, A.B. '01

Kelsey Johnson, J.D. '25

Kenneth Johnson, A.B. '87

Kevin Johnson, M.B.A. '86

Kimberly Johnson, M.P.P. '89

Marc Johnson, A.B. '78

Marsha Johnson, A.B. '97

Meg Johnson, A.B. '11

Melinda Johnson, J.D. '18

Melissa Johnson, A.B. '01

Michael Johnson, A.B. '92

Mindy Johnson, Ed.M. '25

Orin Johnson, A.B. '96

Rhonda Johnson, A.B. '78

Rita Gail Johnson, A.B. '84 M.B.A. '88

Robb Johnson, M.P.A. '99

Ryan Johnson, M.U.P. '22

Sarah Johnson, M.P.H. '78

Scott Albert Johnson, A.B. '92

Shandi Johnson, A.B. '02 M.B.A. '08

Susan Johnson, Ed.M. '69 Ed.D. '81

Vincent Johnson, A.B. '79

William Evan Johnson, Ph.D. '07 A.M. '06

Alicia Johnson Byrnes, A.B. '13

Polly Johnson LeBuhn, A.B. '89

Cynthia Johnson-Oliver, A.B. '96 M.T.S. '98

Julie Johnson, MD, A.B. '94

Carol Ann Johnston, Ph.D. '92

Elizabeth Johnston, A.B. '93

Gregory Johnston, A.B. '13

Karen Johnston, A.B. '77

Lucy Johnston, A.B. '85

Robin Johnston, M.A.U.D. '67

Susan Johnston, J.D. '79

Thomas Johnston, A.B. '71

Duncan Johnstone, A.B. '90

James Johnstone, M.B.A. '65

John Johntz, A.B. '59

Abigail Jones, J.D. '77 A.B. '74

Adrian Jones, A.B. '16

Alan Jones, A.B. '83 M.B.A. '87

Ann Jones, A.B. '71

Arnelle Jones, Ed.M. '23

Camille Jones, A.B. '78

Chavis Jones, M.Div. '16

Clara Jones, A.B. '77 M.D. '81 M.P.H. '00

Dana Jones, A.B. '93

David Jones, A.B. '71

Deborah Jones, M.P.A. '91

DeWitt Jones, A.B. '79 M.C.R.P. '82

Dominique Jones, S.M. '25

Emily Jones, A.B. '79

George Jones, A.B. '67 M.D. '71

Griffin Jones, Dr.P.H. '22

James Jones, M.B.A. '99

Jonathan Jones, A.B. '78

Kyra Jones, A.B. '20

Marc Jones, A.B. '94 M.P.P. '97

Marian Moser Jones, A.B. '92

Mark Jones, A.L.B. '03

Matthew Jones, A.B. '79

Mohamedu F Jones, LL.M. '90

Patricia Jones, A.B. '64

Patricia Jones, A.B. '72

Peter Lawson Jones, A.B. '75 J.D. '80

Sara Su Jones, A.B. '96 J.D. '01

Victoria Jones, A.B. '17

Zane Jones, A.B. '25

Willene Jones Johnson, A.B. '68

Merrill Jones-Barradale, A.B. '90

Lenore Jones-Peretto, A.B. '91

Xavier Jongen de Wargny, M.B.A. '23

Jan Joosten, LL.M. '92

Daniel Jordan, A.B. '74 J.D. '77

James Jordan, M.P.A. '91

Jenny Jordan, A.B. '08

Kerry Jordan, A.B. '01

Marc Jordan, M.P.A. '03

Ingrid Jordt Applbaum, Ph.D. '01

Giliane Joseph, A.B. '99

Loren Joseph, A.B. '74

Mark Joseph, A.B. '90

Melissa Joseph, A.B. '17

Olugbenga Joseph, Ed.M. '20

Paul Joseph, A.B. '74

Rebecca Joseph, A.B. '85

Char Joslin, A.B. '90 M.B.A. '95

David Jost, A.B. '68 A.M. '70 Ph.D. '75

Justin Jow, A.B. '99

Desiree Juarez, A.L.M. '24

Victoria Judson, A.B. '77 J.D. '81

Jessica Julich, J.D. '17

Robert Julien, A.B. '14

Peter Jun, A.B. '96

Sarah June, A.B. '14 Ed.M. '21

Brian Jung, M.P.H. '97

Veronica Jung, A.B. '97

Julie Jungalwala, Ed.M. '08

Elise Junn, A.B. '82

Kevin Jura, A.L.B. '20 A.L.M. '23

Stan Jurga Jr, S.B. '00

Victoria Justicz, A.B. '14 M.B.A. '22 M.S. '22

Liljana Kaci, A.B. '04

Miriam Kadansky, A.B. '79

Sadakat Kadri, LL.M. '89

Joey Kaempfer, M.B.A. '71

Sarah Kafatou, A.B. '65 A.M. '66

Nicole Kafka, A.B. '83

Jeremy Kagan, A.B. '67

Alexander Kahn, A.B. '89

Eve Kahn, A.B. '84

Henry Kahn, A.B. '64 M.D. '68

James Kahn, A.B. '63 M.D. '67

James Kahn, J.D. '78

Lisa Kahn, A.B. '74

Lisa Kahn, A.M. '05 Ph.D. '08

Michael Kahn, A.B. '79

Robert Kahn, A.B. '74

Virginia Kahn, Ed.M. '99

Jennifer Kahrl, A.B. '81

Anne Kaier, Ph.D. '74

Jon Kaiman, M.P.A. '21

Tim Kaine, J.D. '83

Chris Kaiser, A.B. '80

David Kaiser, Ph.D. '00

Keri Kaiser, M.B.A. '92

Rose Kakoza, A.B. '01 M.D. '08 M.P.H. '14

Jean Kalicki, A.B. '86 J.D. '89

George Kalikman, A.B. '75

Sarah Kalinowski, Ph.D. '24

Daniel Kalish, A.B. '97

Ellen Kalisz, M.P.A. '11

Jonah Kallenbach, A.B. '17 S.M. '17

Catherine Kallin, Ph.D. '84

Peter Kallin, A.B. '72

Andrew Kalloch, A.B. '06 J.D. '09

Sarah Kalloch, A.B. '00

Faye Kalmbach, CAGS '98

Syed Kamal, A.L.M. '23

Kanoko Kamata, M.P.A. '12

Nevin Kamath, J.D. '09

David Kamens, A.B. '60

Douglas Kamerow, A.B. '72

Stephen Kamin, A.B. '75 A.M. '82 M.D. '84

Peggy Kanada, A.B. '75 A.M. '82

Shaan Kandawalla, M.B.A. '04

Debra Kane, A.B. '84

Matthew Kane, A.B. '93

Richard Kane, M.B.A. '68

Jeffrey Kaneb, M.B.A. '92

Kyoko Kaneda Crawford, S.B. '04

Elle Kang, M.P.A. '23

Imseok Kang, A.B. '14

Jane Kang, A.B. '01 Ed.M. '03

Jeffrey Kang, A.B. '77

Jerry Kang, A.B. '90 J.D. '93

Kaffee Kang, A.B. '75

Myungsa Kang, A.B. '91

Thomas Kang, A.B. '85

Sheila Kannappan, A.B. '91 Ph.D. '01

Elena Kanner, M.B.A. '86

Alexander Kanter, A.B. '04

Elizabeth Kanter, A.B. '99

Jodi Kanter, A.B. '91

Emma Rose Kantor, A.B. '17

Benjamin Kao, A.B. '97

Monisha Kapila, M.B.A. '05

Andrew Kaplan, A.B. '91

Arthur Kaplan, J.D. '70

David Kaplan, Ph.D. '85

Gary Kaplan, M.P.A. '16

Lawrence Kaplan, M.P.A. '93

Leigh Kaplan, A.B. '00

Martin Kaplan, A.B. '7-

Richard Kaplan, A.B. '72

Ronald Kaplan, Ph.D. '75

Maria Kaplun, M.T.S. '98

Steven Kapner, A.B. '87 M.B.A. '92

Sumit Kapur, A.B. '97 M.B.A. '04

John Kapusta, A.B. '09

Jerome Karabel, Ph.D. '77

Paul Karafiol, A.B. '92

Kalliopi Karangunis, M.B.A. '03

Paul Karch, A.B. '78 J.D. '82

Ama Karikari, A.B. '02

Angela Karikas, A.B. '74

Mona Karin, A.B. '93

Harriet Kariuki, A.B. '16

Steven Kariya, A.B. '76

Saumya Karki, A.B. '16

Frances Karlen, A.B. '94 Ed.M. '02

Denise Karlin, A.B. '80 J.D. '83

Doug Karmin, M.P.P. '93

Benjamin Karney, A.B. '90

Colleen Karoliszyn, S.M. '11

Lianna Karp, A.B. '10

Alexis Karteron, A.B. '01

Priya Karve, M.B.A. '18 A.B. '12

Nicholas Karvounis, A.B. '05 M.B.A. '11

Kate Kasberger, A.B. '94

Karen Kasch, A.B. '88

Jamie Kass, Ph.D. '00

Carol Kassel, A.B. '92

Marcus Kassick, A.B. '24

Paul Kassner, Ph.D. '94

Alice Kaswan, J.D. '91

Nancy Kates, A.B. '85

Lance Katigbak, A.B. '16

Fumiaki Katsuki, M.B.A. '05

Susan Kattlove, A.B. '85

Candace Katz, A.B. '69 A.M. '70 Ph.D. '77

Ellen Katz, M.P.P. '84

Emma Katz, A.B. '06

Jamie Katz, A.B. '74

Jeff Katz, M.P.A. '00

Jeffrey Katz, A.B. '83

Paul Katz, A.B. '09

Philip Katz, A.B. '87

Solomon Katz, M.T.S. '84 Ed.D. '89

Jonathan Katz "75, A.B. '75

Dana Katzenelson, A.B. '16

Mary Katzenstein, A.B. '66

Peter Katzenstein, Ph.D. '73

Adrian Katzew Corenstein, M.B.A. '04

Stephen Kaufer, A.B. '84

Priscilla Kauff, A.B. '62

Alison Kaufman, A.B. '95

Caroline Kaufman, A.B. '23

Elizabeth Kaufman, M.D. '85

Henry Kaufman, J.D. '71

Kara Kaufman, A.B. '08

Kyra Kaufman, M.P.P. '15 J.D. '18

Michael Kaufman, A.B. '75 J.D. '79

Stephen Kaufman, J.D. '84

Katherine Kaufmann, Ed.D. '87

Mark Kaufmann, A.B. '89

Samantha Kavanagh, J.D. '19

Melvyn Kawakami, M.Div. '74 Th.M. '86

Leila Kawar, A.B. '98

Jacqueline (Jacquie) Kay, Ed.D. '78

Julie F. Kay, A.B. '90

Victor Kazanjian, A.B. '81

Nahal Kazemi, A.B. '02 J.D. '04

Richard Kazis, A.B. '74

Annette Kazmerski, A.B. '95

Brian Keane, A.B. '83 M.B.A. '87

Heather Keane, A.B. '85

Leah Abaya Keane, A.B. '84

Sabrine Keane, A.B. '20

Stacey Keare, M.P.P. '94

Sheila Kearney, Ed.D. '88 Ed.M. '88

Andre Kearns, M.B.A. '99

Rachel Keathley, M.P.A. '25

Amy Keating, A.B. '92

John Keating, A.B. '72

Mary Keating, A.B. '84

Walter Keats, A.B. '67

Wendy Keats, A.B. '70

Edward Keech, A.B. '65

James Keefe, A.B. '75

John Keefe, A.B. '64 M.B.A. '76

Suzanne Keen, Ph.D. '90 A.M. '87

Edward Keenan, A.B. '06 J.D. '10

Edward Keenan, A.B. '85

John Keene, A.B. '87

Regina Keeney, J.D. '80

Barbarann Keffer, A.B. '88

Colin Kegler, A.B. '97

Anthony Kegode, A.L.B. '15 A.L.M. '17

Sharon Keilin, A.M. '68

Philip Keithahn, M.B.A. '83

Roger Keithley, J.D. '73

Hugh Kelleher, A.B. '73

barnes keller, A.B. '59

Miriam Keller, M.U.P. '18 M.P.P. '18

Robert Keller, A.B. '59

Stanley Keller, LL.B. '62

Susan Keller, A.B. '83 J.D. '86

Tobias Keller, A.B. '85

Caiseen Kelley, A.B. '20

Craig Kelley, M.P.A. '15

Harvard 1973 Kelley, A.B. '73

John Kelley, A.B. '83

Palisa Kelley, A.B. '88

Kathleen Kelley-Belluscio, A.B. '82

Mitchell Kelling, A.B. '95

Christopher Kelllogg, A.B. '71

Judith Kellman, A.B. '65

Diane Kellogg, Ed.M. '75 Ed.D. '79

James Kellogg, Ph.D. '04

Thomas Kellogg, J.D. '03

Adrinda Kelly, A.B. '02

Frances Kelly, A.B. '91

Irene Kelly, A.B. '72

John P. Kelly, A.B. '76

Joseph Kelly, A.B. '69

Karen Spencer Kelly, A.B. '80

Lauren Kelly, A.B. '98 M.B.A. '04

Patricia Kelly, M.B.A. '87

Steven Kelly, A.B. '05 J.D. '10

Thomas Kelly, A.B. '86

Ellen Kelman, A.B. '76 J.D. '80 M.P.P. '80

Stephen Kelner, A.B. '84 Ed.M. '86

Cavelle Kelsick Hobson, A.B. '76 M.D. '81

David Kelston, J.D. '82 M.P.A. '79

Steven Kelts, A.B. '94

Amika Kemmler-Ernst, Ed.M. '96 Ed.D. '00

J Hovey Kemp, A.B. '76

Jonathan Kempner, ALI '19

Emily Kendall, M.D. '05

Stephen Kendall, A.B. '74

Susan Kendall, A.B. '81 M.P.A. '99

Brandon Kennedy, A.B. '09 A.M. '09

Fran Kennedy, Ed.M. '21

J. Conor Kennedy, A.B. '18

Jack Kennedy, A.B. '67

Kerry Kennedy, J.D. '97

Kyle Kennedy, Ed.M. '13

Maureen Kennedy, M.P.A. '88

Michael Kennedy, A.B. '81

Rebecca Kennedy, A.B. '72 Ph.D. '93

Samantha Kennedy, A.B. '04

Joseph Kennedy III, J.D. '09

Katherine Kennedy Townsend, M.P.A. '19

Stephanie Kennell, A.L.B. '21

Thomas Kennelly, A.L.M. '92

David Kenney, A.B. '73

Michael Kenney, M.B.A. '83

Sarah Kenney, A.B. '08

David Kenny, M.B.A. '86

Karen Kent, M.M.Sc. '85

Kent Kent, A.B. '66 A.B. '

Jonathan Kenton, A.B. '83

David Kenyon, A.B. '77

Yvon Keranguéven, M.P.A. '84

Keith Kerman, A.B. '93

Adam Kern, A.B. '13

David Kern, A.B. '71 M.S. '81 M.S. '82

Leila Kern, J.D. '84

RD Kern, A.B. '01

Laurie Kerr, M.Arch. '85

Jessica Kerrigan, A.B. '92

Wade Kerrigan, A.B. '91

Cameron Kerry, A.B. '72

Jacob Kersey, A.B. '03

Irene Keskinen, M.B.A. '18

Aaron Kesselheim, A.B. '96 M.P.H. '07

Tami Kesselman, M.P.A. '95

Ilana Kessler, M.P.P. '11

James Kessler, A.B. '72

Steven Ketchpel, A.B. '93

Gerald Keusch, M.D. '63

Ruth Kevess-Cohen, A.B. '78

Peter Keyes, A.B. '78

Alex Keyssar, A.B. '69 Ph.D. '77

Lily Khadjavi, A.B. '90

Emad Khalil, J.D. '90

Mohammed Khan, A.B. '95

Moushumi Khan, M.P.A. '08

Muhammad Khan, A.L.M. '23

Mustapha Khan, A.B. '84

Omar Khan, A.B. '06

Shadab Khan, M.P.H. '25

Lisa Khan-Kapadia, Ed.M. '06

Rund Khayyat, J.D. '21

Alan Khazei, A.B. '83 J.D. '87

Jane Kheel Stanley, A.B. '72

Rashi Khilnani, M.P.A. '19

Madge Kho, M.P.A. '91

Anton Khodakov, A.B. '14

Siew-Ean Khoo, A.B. '72 M.S. '74 Sc.D. 77

Natasha Khouri, M.P.H. '09

Anjali Khurana, A.B. '04

Mechthild Kiegelmann, Ed.D. '97 Th.M. '91

Barbara Kieker, M.B.A. '84

Randall Kikukawa, A.B. '79

Christopher Kilby, A.B. '85

Daniel Kiley, A.B. '81

Timothy Kiley, M.T.S. '95

Thomas Killian, A.B. '91

Sarah Killory, A.B. '78

Nicholas Kilmer, A.M. '65

Stacy Kilroy, A.B. '91

David Keola Kilstein, A.B. '16

Saul Kilstein, M.P.A. '75

Steven Kilston, A.B. '65

Alexander Kim, A.B. '18

Amy Kim, A.B. '89

Ann Kim, A.B. '00

Anna Kim, A.B. '88 M.D. '92 M.P.H. '97

Brianna Kim, M.B.A. '23 M.S. '23

Christine Kim, A.B. '84

Claire Kim, A.B. '12 M.B.A. '23 M.P.P. '23

Danielle Kim, Ed.M. '14

Danielle Kim, A.B. '12

Danielle Kim, M.A.U.D. '02

Edward Kim, A.B. '02

Eugene Kim, A.B. '96

Evelyn Kim, A.B. '95

Francesca Kim, A.B. '82

Heidi Kim, A.B. '09 M.B.A. '14

Isaac Kim, A.B. '04

James Kim, A.L.B. '18

Jane Kim, J.D. '02

Janet Kim, A.B. '04

Johanna Kim, AMDP '18

John Kim, A.B. '95

Kenneth Kim, M.D. '86 A.B. '81

Kristin Kim, A.B. '09

Lauren Kim, A.B. '99

Leslie Kim, A.B. '12

Marie Kim, A.B. '04

Min Kim, A.L.M. '23

Nancy Kim, A.B. '95

Paul Kim, A.B. '88 M.P.P. '90

Susan Kim, A.B. '84

Susie Kim, A.B. '89

YK Kim, A.B. '24

Jennifer Kim Zeller, J.D. '93

Christian Kimball, A.B. '79

Catherine Kimble, M.D. '90

Melinda Kimble, M.P.A. '80

Rachel Kimboko, Ed.M. '96

April Kimmel, Ph.D. '10 S.M. '04

Thomas Kimmell, A.B. '75

Alexander Kimura, A.B. '79

Gregory Kimura, M.Div. '93

George Kincheloe, A.B. '72

Dan King, A.L.M. '18

Donald King, J.D. '76

Ephraim King, A.B. '73

Justin King, A.B. '95

Kimberly King, M.B.A. '94

Laurence King, M.B.A. '83

Lise King, M.P.A. '11

Liwei King, A.B. '04

Robert King, M.D. '68

Stephen King, A.B. '72

Steve King, A.B. '81

W. Michael King, A.B. '66

William King, A.B. '54 LL. B. '59

Alexandria King-Close, A.L.M. '16

Andrew Kingsbury, A.L.B. '21

Karen Kingsbury, M.P.A. '98

Gwen Kinkead, A.B. '73

Maddie Kinker, Ed.M. '20 C.A.S. '21

Carol Kinlan, Ed.M. '06

Janet Kinnane, M.D. '89

Jeanna Kinnebrew, A.B. '01

Rudolf Kinsky, LL.M. '79 M.B.A. '84

Lewis Kinter, Ph.D. '78

Marianthi-Anna Kioumourtzoglou, Sc.D. '13

Beatrice Kiratli, A.B. '78

Justine Kirby, LL.M. '95

Kate Kirby, A.B. '67

Peter Kirby, A.B. '84

James Kirk, A.B. '71

Paul Kirk, Jr., A.B. '60 J.D. '64

Mayra Kirkendall-Rodriguez, A.B. '88

John Kirkham, A.B. '01

Hugh D. Kirkpatrick, A.B. '70

Robert Kirsch, A.M. '78

Svenja Kirsch, M.P.P. '22

Natalie Kirschstein, Ph.D. '07

Andrea Kirsh, A.B. '73

James Kirshenbaum, A.B. '75 M.D. '79

Julia Kirst, Ed.M. '00

Leslie Kirwan, A.B. '79 M.P.P. '84

Helene Kisch-Pniewski, A.B. '71

Susan Kish, A.B. '80

Laurel Kisliuk, M.P.P. '79

Louise Kittredge, A.B. '66

Margaret Kivelson, A.B. '50 Ph.D. '57

Steven Kivelson, A.B. '75 A.M. '77 Ph.D. '79

Valerie Kivelson, A.B. '80

Nadieszda Kizenko, A.B. '82

Katherine Klapper, A.B. '76

Michael Klaus, M.B.A. '80

Mary Ellen Klee, A.B. '61

Alice Kleeman, A.B. '73

David Kleeman, A.B. '79

Katherine Kleeman, A.B. '74 Ed.M. '77

Terry Kleiman, M.B.A. '75

Adam Klein, A.B. '02

Hilary Klein, A.B. '79

James Klein, A.B. '71 J.D. '78

Johanna Klein, A.B. '98

Kenneth Klein, A.B. '70 M.D. '74

Lauren Klein, A.B. '00

Robert Klein, A.B. '98

Robert Klein, M.D. '71

Thomas Klein, M.P.A. '25

Adam Kleinbaum, A.B. '98 D.B.A. '08

Alfred Kleindienst, A.B. '71

Lauren Kleutsch, Ed.M. '11

Linda Klibanow, A.B. '72

Victoria Klimova, Ed.M. '22

Douglas Kline, A.B. '79

Sommers Kline, M.B.A. '23

Elissa Klinger, S.M. '04

John Klopf, A.B. '93

Jacqueline Klopp, A.B. '88

Dennis Klos, Ph.D. '74 M.B.A. '66

Richard Kluft, M.D. '68

Nell Klugman, Ed.M. '17

Robert Knauft, A.B. '64

Geoffrey Knauth, A.B. '83

G. Bruce Knecht, M.B.A. '86

Calvin Knight, A.B. '82

Christina Knight, Ph.D. '13

Tristan Knight, A.L.B. '14 A.L.M. '23

Elizabeth Knighton, A.B. '95

Joanna Knobler, A.B. '72

Christina Knoll, M.P.A. '13

John Knowles, A.B. '79 M.P.H. '02

Peter Knox, A.B. '76 Ph.D. '82

Wally Knox, A.B. '73

Amy Knudsen, Ph.D. '05

Amelia Knudson, A.B. '13

Peter Knudson, A.B. '13

Jimmy Ko, A.B. '95 M.D. '99

Alison Kobban, S.B. '93

Deborah Koch, M.P.A. '88

Erec Koch, A.B. '80

James T. (Tom) Koch, A.B. '78

Philip Koch, A.B. '78

Robin Kochie-Gonzalez, Ed.M. '94

Mary Ann (Zoya) Kocur, A.B. '81

Kevin Koczela, M.Div. '92

Dinah Koehler, Sc.D. '03

Mary Koelbel Engle, A.B. '83

Robin Koeleveld, A.B. '81

Celeste Koeleveld Haskel, A.B. '86

Allison Koenig, A.B. '94

Amy Koenig, Ph.D. '17

Thomas Koetzle, A.B. '64 A.M. '65 Ph.D. '70

Laura Kofoid, M.B.A. '91

Kaitlin Koga, A.B. '11

Yonatan Kogan, A.B. '12

Barbara Koh, A.B. '81

Harold Hongju Koh, A.B. '75 J.D. '80

Melody Koh, M.B.A. '13

Marie Kohler, A.B. '73

Lisa Kohn, A.B. '72

Vail Kohnert-Yount, J.D. '20

Alicia Kolar Prevost, M.P.P. '03

Sandra Kolb, A.B. '68

Kathy Koll (Matsui), A.B. '86

Robert Kolodner, A.B. '70

Michael Kolowich, A.B. '74 M.B.A. '80

Peter Kolsky, A.B. '75

Duane Kolterman, A.B. '75

Charles Komanoff, A.B. '68

Neil Kominsky, A.B. '66

Ramunas Kondratas, A.B. '70 A.M. '71

Peggy Kong, Ed.D. '08 Ed.M. '00

Julia Konrad, A.B. '13

Denise Koo, A.B. '84

Juliana Koo, A.B. '92

Susan Koo, A.B. '00

Glenn Koocher, A.B. '71

Jinu Koola, A.B. '07 M.P.A. '12

Heather Kopelson, A.B. '97

Sandra Kopit Cohen, MD, A.B. '74 M.D. '78

Elizabeth Kopley, A.B. '81

Ann Koplow, A.B. '72

Tiana Koppel, A.B. '08

Brian Kopperl, M.P.A. '06

Season Korchin, A.B. '94

Andrew Kordik, M.P.A. '21 Ed.M. '13

Karen Korellis Reuther, ALI '21

Peter Koretsky, A.B. '75

Nikhilesh Korgaonkar, A.B. '95 M.B.A. '00

Janet Korins, A.B. '88 J.D. '91

Jenny Korn, M.P.P. '98

Karen Kornbluh, M.P.P. '88

Mindy Kornhaber, Ed.M. '88 Ed.M. '90 Ed.D. '97

Gloria Korsman, M.Div. '92

Jules Kortenhorst, M.B.A. '86

Deborah Kory, A.B. '95

David Korzenik, A.B. '72

Patricia Koslowe, A.B. '71

Shannah Koss, M.P.P. '84

Amy Kostishack, M.D. '00

Juliet Kostritsky, A.B. '76

Yuriko Kotani, LL.M. '87

Peter Kotilainen, A.B. '68

Rajesh Kottamasu, A.B. '03

Angelos Kottas, A.B. '99

Michiel Kotting, M.B.A. '99

Victor Koufman, A.B. '80

Ann Koufman-Frederick, A.B. '78

Nik Kovac, A.B. '00

Natasha Kovacs, A.B. '12

Beatrice Kovasznay, A.B. '72

Eleni Kovatsis, A.B. '17

David Kowarsky, A.B. '05

Alexander Kowell, A.B. '03

David Kozloff, A.B. '63

Kristopher "Kris" Kozlowski, M.L.A. '24

Ruth Lurie Kozodoy, A.B. '63

Michael Kozuch, Ed.M. '98

Chinwe Kpaduwa, A.B. '05

Bryna Kra, A.B. '88

James Kracht, A.B. '72 J.D. '75

Ernesta Kraczkiewicz, M.P.A. '72

Thomas Kraczkiewicz, A.B. '63

Frances Kraft, Ed.M. '16

Robert Kraft, A.B. '76

Betsy Kramer, A.B. '87

Bob Kramer, A.B. '71

Christopher Kramer, A.B. '82

David Kramer, M.P.P. '05

Earl Kramer, A.B. '53

Gina Kramer, A.B. '03

Jane Kramer, A.B. '75

Judith Kramer, A.B. '79

Peter Kramer, A.B. '70 M.D. '76

William Kramer, A.B. '74

Kristin Kranias, A.B. '00

William Kransdorf, J.D. '92

Thomas Krantz, A.M. '76

Jessica Krash, A.B. '82

Polina Krass, A.B. '11

Angelika Kratzer, RI '13

Christina Kraus, Ph.D. '88

Anika Krause, Ed.M. '23

Annabelle Krause, A.B. '25

Peter Krause, A.B. '90

Ralph Krause, A.B. '53

Steven Krause, A.B. '93

Jeffrey Krauss, A.B. '97

Ronald Krauss, A.B. '64 M.D. '68

Richard Kravitz, A.B. '74

Justin Krebs, A.B. '00

Sarah Kreckel, Ed.M. '97

Benjamin Krefetz, A.B. '00 S.M. '03

Amanda Kreider, Ph.D. '21

Kathleen Kreiss, A.B. '69 M.D. '75

Kristina Krendl, A.B. '76

Elisabeth Krents, A.B. '72

Matthew Krepps, A.B. '91 Ph.D. '96

James Kresberg, A.B. '91

Robert Kretschmar, A.B. '67 M.B.A. '71

Jason Kreuziger, M.B.A. '08

Evelyn Krieger, Ed.M. '83

Henry Kriegstein, A.B. '71

Madeline Kriger, M.P.A. '23

Michael Krinsky, A.B. '67

Sanjay Krishnaswamy, A.B. '93

Susan Kristol, A.B. '75 Ph.D. '81

William Kristol, A.B. '73 Ph.D. '79

Lea Krivinskas, J.D. '04

Susan Krock Lipka, A.B. '78

Leszek Krol, A.B. '18

Gretchen Krueger, A.B. '09

Susanna Krueger, M.P.A. '02

John Krumins, M.B.A. '92

Michael Krupa, Ed.M. '78 Ed.D. '83

Olivia Krusel, A.B. '15 M.B.A. '19

Elizabeth Kryder-Reid, A.B. '84

Ivy Ku, A.B. '98

Chris Kuang, A.B. '20

Fei Li Kuang, A.B. '01

Michael Kubo, M.Arch. '06

Jeffrey Kuch MD, M.D. '74

Marc Kuchner, A.B. '94

Nuri Erkut Kucukboyaci, A.B. '04

Steven Kudatzky, A.B. '72

Hope Kudo, A.B. '22

Peter Kuechle, M.B.A. '99

Dee Kuehnel, A.B. '75

April Kuehnhoff, J.D. '09

Margaret Kugel, J.D. '75

Bruce Kuhlik, A.B. '78 J.D. '81

Deborah Kuhn, M.P.A. '81

Sally Kuhn, A.B. '59

Sarah Kuhn, A.B. '73

Nicholas Kukrika, M.P.P. '07

Peter Kulik, A.B. '70

Christa Kuljian, A.B. '84

Sri Kulkarni, M.P.A. '17

Anjanay Kumar, M.P.A. '24

Nisha Kumar, A.B. '91 M.B.A. '95

Vinay Kumar, A.L.M. '18

David Kumpe, M.D. '67

Raina Kumra, M.Des. '05

James Kunder, A.B. '70

Patrice Kunesh, M.P.A. '10

Alice Kung, M.B.A. '83

Caroline Kung, A.B. '00 M.B.A. '09

Daniel Kung, A.B. '94 Ph.D. '00

Emily Kung, B.S. '02

Johnny Kung, Ph.D. '14

Matthew Kung, A.B. '23

Ray Kung, M.P.A. '08

Pamela Kunick, M.B.A. '90

Robert Kunzig, A.B. '80 A.M. '80

Cara Kupferman, A.B. '20

Benedek Kurdi, Ph.D. '19 A.M. '19

Litcy Kurisinkal, M.P.P. '13

Vera Kurlantzick, M.M.Sc. '85

Toshiaki Kuroki, ITP '72 '

Katherine Kurs, M.Div. '86

Sarah Kurtin, A.B. '94

Anna Kurtz, J.D. '17

David Kurtz, M.B.A. '93

Geraldine Kurtz (nee Lesieur), Ed.M. '13

Sara Kurtzig, A.B. '95

Meredith Kusch, Ph.D. '73

Margot Kushel, A.B. '89

Raymond Kusisto, M.B.A. '86

Paul Kuttner, Ed.M. '09 Ed.D. '14

John Kutzer, M.B.A. '92

Yumi Kuwana, M.B.A. '92

Patricia Kuwayama, A.B. '62

Laila Kuznezov, M.P.A. '04

Jinna Kwak, A.B. '04

Tae Yang Kwak, Ph.D. '06

Tia KwanBock, A.B. '25

Mei Kwok-Sands, A.B. '91

Ohkyung Kwon, A.B. '08

David Kwong, A.B. '02

Denise Kwong, A.B. '19

Michael Anne Kyle, Ph.D. '21

Katharine LaBanca, Ed.M. '07

Margaret LaBarbera, A.B. '75

Robert LaBarre, A.B. '71

Irene Lacher, A.B. '76

Vincent Lackner, A.B. '72

Christopher Lacoursiere, M.L.A. '20

Catherine LaCroix, A.B. '78

Sara Lacy, A.B. '76

Jessica Ladd, J.D. '89

Richard Laden, A.B. '66

Allison LaFave, A.B. '10

Marcel LaFlamme, A.B. '05

Genevieve Laforet, A.B. '80

Owen LaFreniere, A.B. '99 J.D. '02

Fernando Laguarda, A.B. '88

Sarah Lahey, A.B. '01

Alison Lahnston, A.B. '63

Eric Lai, A.B. '93

Ruby Lai, A.B. '12

Christine Laine, M.P.H. '92

Jennifer Laine, A.B. '00

Craig Laird, A.B. '71

Nan Laird, Ph.D. '75

Pamela Laird, B.S. '69

Valeria Laitinen, A.B. '92

Ellen Lake, A.B. '70 Dr.P.H. '

Amit Lakhanpal, A.B. '06 A.M. '06

Jason Lakin, Ph.D. '08

Sachin Lal, M.B.A. '22

Helen Lally, A.B. '68

James Lally, A.B. '67

Felix Lam, S.M. '11

Hannah Lam, A.B. '15

Dal LaMagna, M.B.A. '71 M.P.A. '11

Margaret Lamb, A.B. '78

Susan Lamb, M.P.A. '99

Robert Lambe, M.D. '80

Craig Lambert, A.B. '69 Ph.D. '78

David Lamberth, Ph.D. '94 A.M. '94

Taylor Lamme, A.B. '07

Juliet Lamont, A.B. '84

Anthony LaMontagne, A.M. '87 Sc.D. '94

Rachel Lamorte, J.D. '14

Rachel Lampert, A.B. '83

Jack Lampl, A.B. '73

Michael Lampson, A.B. '94

Marjorie Landa, A.B. '78

Diane Landau, M.P.A. '85

Yehezkel Landau, A.B. '71 M.T.S. '76

Jennifer Landau-Carter, A.B. '88

Carl Landauer, J.D. '91

Diane Lande, A.B. '77 Ed.M. '87

Chloe Landen, M.T.S. '23

Mary Landles-Cobb, M.B.A. '07

Alicia Landman-Reiner, A.B. '74

Tess Landon, Ed.M. '15

Linda Landres, A.B. '68

Richard Landres, M.D. '70

Jennifer Landry Le, A.B. '99

Carol Landsman, M.P.P. '84

Hal Landy, A.B. '72

Bruce Lane, A.B. '52 J.D. '55

Jim Lane, A.B. '81

Jonathan Lane, M.P.A. '18

Melissa Lane, A.B. '89

Christopher Lang, A.B. '89

Ilene Lang, A.B. '65 M.B.A. '73

Jenna Lang, A.B. '21

Lisa Lang, M.P.P. '80

Sydney Lang, A.B. '24

Margaret Langan, M.B.A. '92

Jon Langbert, M.B.A. '92

Amy Langenberg, A.B. '86

Maureen Langloss, A.B. '93 J.D. '98

Gilah Langner, M.P.P. '79

Frances Langum, M.T.S. '88

Frederick Lanni, Ph.D. '81

Meredith Lanoue, A.B. '08

Hannah Lantos, M.P.A. '11

Joseph Lanzillo, A.B. '16

Leo Lanzillo, A.B. '84

Susan Lanzoni, M.T.S. '94 Ph.D. '01

Athena Lao, A.B. '12

Eugenia Lao, A.B. '96

Jessica Lapenn, A.B. '93

Elizabeth Lara, M.B.A. '06

Maria Elena Lara Lopez, M.D. '88

Jose Larios, A.B. '20

Charles Larmore, A.B. '72

David LaRoche, A.B. '66

Sara LaRoche, A.B. '95

Herb Larsen, A.B. '79

Judith Larsen, A.B. '81

April Larson, A.B. '00

Blaire Larson, A.B. '85

Brond Larson, Ph.D. '87

Daniel Larson, A.B. '98

Jonathan Larson, Ph.D. '21 A.M. '18

Tracy Larson, J.D. '06

Birgit Larsson, A.B. '04

James Larus, A.B. '80

Joseph LaRusso, M.P.A. '00

Lewis Lasher, A.M. '78 J.D. '81

David Laskin, A.B. '75

Elizabeth Laskin, Ph.D. '03

Kristen Lasky, M.P.P. '98

Mary Lassen, A.B. '75

Dina Lassow, A.B. '68

James Latham, A.B. '84

Patricia Latimore, A.B. '76

Ashton Lattimore, A.B. '08 J.D. '13

David Lau, A.B. '79

Emily Lau, M.P.H. '21

Laurence Lau, A.B. '71

Maren Lau, A.B. '96

Sophia Lau, M.B.A. '03

Owen Laub, A.B. '15

Jennifer Lauby, Ph.D. '87

Margaret Lauck, A.B. '79

Marian Laughlin, A.B. '70

Christopher Laumann, A.B. '03

Penelope Laurans Fitzgerald, Ph.D. '75

Jeffrey Laurenti, A.B. '71

Jessie Laurore, A.B. '18

John Lavelle, J.D. '88

Alison Lavin, A.B. '67 S.M. '88

Arthur Lavin, A.B. '76

Richard Lavine, A.B. '69

Garrett Law, A.B. '00

Keith Law, A.B. '94

Ade Lawal, M.B.A. '02

Amy Lawler, J.D. '05

Christina Lawler, A.B. '92

Frank Lawler, A.B. '88

Gregory Lawless, A.B. '76

Laura Lawless, A.B. '00

Thomas Lawless, A.B. '10

Mary Lawlor, M.P.A. '93

Jeffrey Lawrence, A.B. '83

Jennifer Lawrence, A.B. '78

Penelope Lawrence, A.B. '60

Robert Lawrence, A.B. '73

Robert Lawrence, A.B. '60 M.D. '64

Taneka Lawrence, M.B.A. '08

Ruth Lawson-Stopps, M.P.A. '92

Alice Lawton, J.D. '88

John Lawton, A.B. '87

Rebecca Lawton Flatters, A.B. '90

Gerald Lazar, M.D. '67

Vincent Lazaro, Ed.D. '93 Ed.M. '92

Tsvetelina Lazarova, A.B. '90

Robert Lazarsfeld, A.B. '75

Claire LaZebnik, A.B. '85

Ed Lazere, A.B. '86

Khanh Le, A.B. '25

Khoi Le, A.B. '83 M.D. '87

Circe Le Compte, S.M. '14 Sc.D. '20

Bryan Leach, A.B. '00

Susan Leach Madden, A.B. '74 S.M. '84

David Leacock, J.D. '92

Michael Leahy, A.B. '72

Stephen Leahy, A.B. '72

Jared Leake, A.B. '95

Andrew Lear, A.B. '81

Judy Lear, M.P.A. '93

Michael Leavell, A.B. '78

Arthur Leavens, J.D. '76

Jane Leavy, A.B. '68 Ed.M. '73

Miles LeBlanc, J.D. '81

David LeBoeuf, A.B. '13

John LeBoutillier, A.B. '76 M.B.A. '79

Jennifer LeBovidge, A.B. '95

Eli Lebow, A.B. '99

Alan Lebowitz, A.B. '56 Ph.D. '64

Philip Lebowitz, A.B. '70

Antoine Leboyer, M.B.A. '92

Susie Lebryk-Chao, A.B. '86 Ed.M. '90

Eva Lechleitner-Reinelt, M.Sc. '25

Lisa Lederer, A.B. '04

Michèle Ledgerwood, M.P.P. '95

Patrick Ledwith, Ph.D. '25

Adrienne Lee, A.B. '12

Alex Lee, A.B. '06 A.M. '06

Alissa Lee, A.B. '94 J.D. '97

Amanda Lee, A.B. '11 M.P.P. '15

Andy Lee, M.L.A. '20 M.U.P. '20

Annie (Ann Alberts) Lee, A.B. '66

Belle Lee, A.B. '18 Ed.M. '21

Benjamin Lee, A.B. '94

Cheryl Lee, A.B. '02

Cornelius Lee, Ed.M. '15

David Lee, A.B. '88 M.B.A. '92

Dongju Lee, Ph.D. '18 A.M. '11

Edwin Lee, A.B. '03

Ellen Lee, A.B. '04

Eric Lee, A.B. '10

Erica Lee, M.D. '13 M.P.A. '13

Eugene Lee, A.B. '88

Frederick Lee, A.B. '72

Georgia Lee, A.B. '98 M.B.A. '05

Grace Lee, A.B. '93 M.P.H. '02

Hana Lee, A.B. '07

Helen Elaine Lee, A.B. '81 J.D. '85

Irene Lee, A.B. '98

James Lee, A.B. '67 M.Arch. '74

Jennifer Lee, A.B. '90

Jennifer Lee, M.P.A. '24

Jessica Lee, J.D. '07

Jungku Lee, A.B. '82

Justin Lee, S.M. '19

Keun-woo Lee, Ed.M. '23

Leslie Lee, A.B. '09

Linda Lee, A.B. '84

Lois Lee, M.P.H. '03

Marguerite Lee, A.B. '81 M.B.A. '85

Mark Lee, A.B. '86 S.M. '86

Matthew Lee, Ph.D. '24 S.M. '24

Melissa Lee, A.B. '03

Michael Lee, M.B.A. '24 M.M.Sc. '24

Michelle Lee, A.B. '15 M.D. '21

Miyoung Lee, A.B. '87 M.B.A. '92

Peter Lee, A.B. '96

Rebekah Lee, A.B. '95

Richard Lee, S.B. '79

See Lee, A.B. '98 M.B.A. '04

Sena Lee, A.B. '94

Shana Lee, M.B.A. '01

Sidney Lee, A.B. '84

Sumy Lee, A.B. '86

Sunyeop Lee, S.M. '20

Susan Lee, A.B. '96 J.D. '02

Tai Sing Lee, S.B. '86 Ph.D. '93

Thomas Lee, A.B. '75 S.M. '87

Yoon Sun Lee, A.B. '87

Yoon-Young Lee, J.D. '88

Yue Man Lee, M.P.A. '08

Laura Lee McGovern, A.B. '00 M.B.A. '07

Ashley Leeds, A.B. '80

Joan Leegant, A.B. '72

Vicki Leemon, A.B. '77

Ann Lees, M.D. '61

Martha Lees, A.B. '89 J.D. '92

Sarah Lees, A.B. '87

Amanda Lefebvre, A.B. '03

Marc Lefebvre, A.L.M. '12

Mathieu Lefèvre, M.P.A. '03

Michelle Leff, A.B. '83

Larry LeGree, Fellow '14

Marina LeGree, M.P.A. '14

Rafael Lehavi, M.P.A. '93 M.P.A. '93

Stephen Lehmann, Ed.M. '71

Marina Lehner, A.B. '14

Peter Lehner, A.B. '80

Robert Lehrer, J.D. '70

Mark Lehrich, A.B. '90

Leonard J. Lehrman, A.B. '71

Rhoda Leichter, A.B. '76 M.D. '87

Deborah Leiderman, A.B. '76

Myong Leigh, M.P.P. '98

Elizabeth Leimkuhler, A.B. '15

Tobias Leipprand, M.P.P. '07

Wendy Leiserson, LL.M. '99

Daniel Leist, A.B. '84

Chad Leith, A.B. '92 Ed.D. '11

Mary Joan Leith, A.B. '77 Dr.P.H. '90

Royal Leith, A.B. '75 M.T.S. '77

Lisa Leithauser, A.B. '85

David LeLacheur, A.B. '87

Natasha Leland, A.B. '95

David Lelyveld, A.B. '63

Brian Lenane, CAGS '91

Wayne Lencer, Masters Hon. '07

Mark Lenczowski, A.B. '85

Thomas Leness, A.B. '89

Holly Lennihan, A.B. '84 M.Arch. '91

Laura Lennihan, A.B. '74

Mark Lentczner, A.B. '84

Robert Leo, A.B. '67

Santiago Leon, A.B. '66

Arthur Leonard, J.D. '77

Danielle Leonard, A.B. '96 J.D. '01

Ivan Leong, A.B. '00

Deirdre Leopold, M.B.A. '80

Donald Leopold, A.B. '71 M.B.A. '80

Ellen Leopold, A.B. '66

Jeffrey Lepon, A.B. '75 J.D. '78

Peter Lerangis, A.B. '77

Manuel Lerdau, A.B. '86

David Lerman, A.B. '72

Sharon Lerner Golden, A.B. '72

Yolanda LeRoy Wutkiewicz, A.B. '95

Ann Marie Leshkowich, A.B. '89 A.M. '96 Ph.D. '99

John Leshy, A.B. '66 J.D. '69

Ann Lesk, A.B. '68

Michael Lesk, A.B. '64 Ph.D. '69

Cynthia Leslie, A.B. '74

Eric Leslie, M.P.A. '14

Heather Leslie, S.B. '96

James Lessersohn, A.B. '77 M.B.A. '79

Nora Lessersohn, A.B. '09 A.M. '15

Dan Lessin, A.B. '95

Sylvia Lester, A.B. '70

John Leubsdorf, A.B. '63 J.D. '67

Melissa Leung, M.P.A. '23

Lois Leveen, A.B. '90

Judith Levenfeld, A.B. '83

Ellen Levenson, A.B. '82 Ed.M. '86

Eugenia Levenson, A.B. '03

Susan Levenstein, A.B. '68

Fred Leventhal, A.B. '60 Ph.D. '68

Jean Leventhal, A.B. '63 M.A.T. '68 Ph.D. '92

Katherine Leventhal, A.B. '09

Rebecca Leventhal, A.B. '05 J.D. '11

Brandon Levey, J.D. '17

Ben Levi, J.D. '08

Charles Levi, A.B. '72

L. David Levi, A.B. '60

Michael Levi, M.P.A. '04

Shelley Levi, A.B. '61

Alex Levin, A.B. '08

Daniel Levin, A.B. '70

Edward Levin, A.B. '83

Grace Levin, M.U.P. '23

John-Clark Levin, M.P.P. '15

Lora Levin, A.B. '90

Michael Levin, M.B.A. '74

Murray Levin, J.D. '67 MA '68

Ron Levin, M.B.A. '08

Adam Levine, A.B. '05

Annie Levine, A.B. '04

David Levine, M.D. '68

Hallie Levine, A.B. '95

Herbert Levine, A.B. '72

Jeffrey Levine, A.B. '72

Molly Levine, A.B. '64

Rebecca Levine, A.B. '96

Ron Levine, J.D. '81

Steven Levine, A.B. '78 J.D. '81

Susan Levine, A.B. '90

Judd Levingston, A.B. '86

Alex Levinson, A.B. '80

Cynthia Levinson, M.A.T. '68

Harry Levinson, A.L.M. '21

Rani Levinson, A.B. '83

Sharon Levisohn (Stanick), A.B. '62

Burt Levitch, A.B. '76

Samuel Levitt, S.M. '86 Sc.D. '94

Allen Levy, A.B. '74

Andrew Levy, J.D. '69 A.B. '66

Benjamin Levy, A.B. '69 M.A.T. '72

David Levy, A.B. '63 M.D. '68

David Levy, M.P.P. '00

Douglas Levy, Ph.D. '04

Eve Levy, A.B. '80

Jonathan Levy, A.B. '93 Sc.D. '99

Madeline Levy, M.T.S. '21

Mark A Levy, A.B. '61

Ronald Levy, Ph.D. '76

Scott Levy, A.B. '94

Sharon Levy, A.B. '76

William Levy, A.B. '72

Michael Lewine, A.B. '86

Nicolas Lewine, A.B. '10

Richard Lewine, A.B. '69

Andrea LeWinter, M.P.P. '95

Andrew Lewis, A.B. '93

Andrew Lewis, A.B. '67

Bethany Lewis, A.B. '00

Christina Lewis, A.B. '02

Christopher Lewis, S.M. '03 Sc.D. '06

Cynthia Lewis, Ph.D. '80

Don Lewis, A.B. '95 J.D. '00

Eliza Lewis, J.D. '91

Elizabeth Lewis, A.B. '01 M.B.A. '06

Forrest Lewis, A.B. '17

Gregory Lewis, A.B. '78

Gregory Lewis, A.B. '79

Jason Lewis, A.B. '90 M.B.A. '95

Johanna Lewis, A.B. '15

Kern Lewis, M.B.A. '85

Leslie Lewis, A.B. '95

Malia Lewis, A.B. '87

Noah Lewis, J.D. '05

Sara Lewis, A.B. '75

Shay Lewis, A.B. '10

Sherman Lewis, A.B. '62

Susan Kopman Lewis, A.B. '88

Tedford Lewis, Ed.M. '94

Toby Lewis, A.B. '88

Vivian Lewis, A.B. '73

Deirdre Ley, A.B. '93

Andrew Li, A.B. '77 M.Arch. '83

Ellen Li, A.M. '20 A.B. '20

Jackie Li, A.B. '11

Lewyn Li, Ph.D. '02

Lynn Li, M.D. '75

Shipen Li, A.B. '82

Summer Siman Li, M.P.P. '22

Will Li, A.B. '19 Ed.M. '20

Zhe Li, A.B. '06

Lily Liang, M.B.A. '08

Sai Liang, A.B. '88

Ariane Liazos, A.M. '01 Ph.D. '07

Melissa Liazos, A.B. '96

Kent Libbey, A.B. '81

Anne Libbin, A.B. '71 J.D. '75

Nancy Libin, A.B. '89

Sam Liccardo, M.P.P. '96 J.D. '96

Anne Licciardello, A.B. '80

Robert Licht, J.D. '78

Ana Licuanan, A.B. '95

Katharine G Lidz, A.B. '62

Victor Lidz, A.B. '62 Ph.D. '76

Edwina Lieb, A.B. '71

Donna Lieberman, A.B. '70

Hal Lieberman, J.D. '67

Yehudit Lieberman, A.B. '63 A.M. '65

Roberta Liebman, A.B. '55

Sharon Liebowitz, A.B. '88

Irene Liefshitz, Ed.D. '15 Ed.M. '09

Ada Lien, M.B.A. '03

Thomas Lienard, M.B.A. '04

Susan Lieu, A.B. '08

Laura Light, M.P.P. '96

Mary Lightbody, A.B. '74

Jonathan Lightfoot, Ed.M. '95

Johnson Lightfoote, M.D. '76 A.B. '72

Jennifer Lightman, J.D. '95

George Eric Lilja, M.B.A. '98

Vanessa Lilly, A.B. '90

Boon Seong Lim, M.P.A. '24

Diego Lim, M.P.H. '12

Nicholas Lim, A.B. '97

Nicole Lim, A.B. '07

Steve Lim, A.B. '97

Sunghae Anna Lim, A.B. '86

Wendy Lim, M.B.A. '06

Jennifer Lim-Dunham, A.B. '85

Noerena Limon, M.P.P. '12

Amelia Lin, A.B. '11 M.B.A. '16

Chun Chia Lin, D.M.D. '21 M.P.H. '22

Emily Lin, A.B. '02 Ed.M. '08

Eric Lin, D.B.A. '15

George Lin, A.B. '87 A.M. '90

Jennie Lin, A.B. '03 J.D. '07

Jennifer Lin, A.B. '01

Jenny Lin, A.B. '93 M.D. '98

Jessica Lin, M.P.P. '08

Joseph Lin, A.B. '00

Kenneth Lin, A.B. '97

Marena Lin, A.B. '11 A.M. '18

Yuqian Lin, S.M. '24

Maia Linask, A.B. '95

Matthew Lincoln, A.B. '70

Sharon Lincoln, J.D. '02

Loring Lincoln Jr., A.B. '70

Teresa Lind, A.B. '03

Christina (Krysia) Lindan, A.B. '77

Daniel Lindberg, A.B. '97

Albert Lindemann, Ph.D. '68

Barbara Lindemann, M.A.T. '64

Marc Lindemann, J.D. '01

Gloria Linden, A.L.M. '22

Laurie Lindenbaum, A.B. '85

Clyde Lindsay, A.B. '69 M.B.A. '72

Eleanor Lindsay, A.B. '71

Jeffrey Lindsay, M.B.A. '92

Tinker Lindsay, A.B. '74

Lisa Lindvall Aquino, S.M. '00

Cynthia Lingel, A.B. '75

Joseph Linhart, A.B. '03

Michael Linn, A.B. '70 M.B.A. '73

Elizabeth Linos, A.B. '07 Ph.D. '16

Marty Linsky, J.D. '64

Karen Linsley, A.B. '77

Kristin Linsley, A.B. '82 J.D. '88

Sarah Linsley, A.B. '79

Erik Linstrum, Ph.D. '12

Maxine Lipeles, J.D. '79

Jonathan Lipman, A.B. '69

Mark Lipman, A.B. '75

Victor Lipman, A.B. '74

Kate Lipper-Garabedian, J.D. '08

Robert Lippincott, Ed.M. '81

Amy Lippman, A.B. '85

Robert Lipshutz, A.B. '77 A.M. '77

Rachel Lipson, A.B. '12 M.B.A. '18 M.P.P. '18

Scott Lipson, A.B. '98

Marlene Lira, M.P.H. '20

Harris Lirtzman, M.C.R.P. '81

Carl Lisman, J.D. '70

Desta Lissanu, A.B. '13

Joshua Liston, A.B. '95

Phoebe Lithgow, A.B. '04

Erica Litke, Ed.D. '15 Ed.M. '01

Roberet Litt, A.B. '71

Stephen Littell, A.B. '72

Kimberly Little, A.B. '87

Larissa Little, Ph.D. '24

Susan Little, A.B. '75

Susan S.H. Littlefield, A.B. '76

Jody Litvak, M.P.P. '84

Janice Litwin, M.P.A. '85

Allen Liu, A.B. '20

Andrew Liu, A.B. '17

Beatrice Liu, A.B. '81 M.B.A. '87

Cindy Liu, A.B. '09 A.L.M. '16

Colin Liu, Ed.M. '22

David Liu, A.B. '15

Elena Liu, J.D. '25

Hannah Liu, Ed.M. '21

James Liu, A.B. '89

Janet Liu, A.B. '23

Jennifer Liu, A.B. '16

Jonathan Liu, A.B. '99

Leah Liu, Ph.D. '15

Mengyuan Liu, A.B. '11

Patricia Liu, Ed.M. '21

Pei-Hsuan Patty Liu, J.D. '17

Rongxin Liu, A.L.M. '20

Shari Liu, Ph.D. '20 A.M. '16

Shira Liu, A.B. '05 A.M. '05

Shiuan Liu, Ed.M. '96 A.B. '95

Zhen Liu, M.P.A. '12

Frank Livelli, M.D. '76

Barbara Livermore, A.B. '66

Robbin Blaine Livingston, A.B. '65

Robert Livingston, A.B. '72

Armida Lizarraga, Ed.M. '08

Janet Lloyd, M.P.H. '10

Marion Lloyd, A.B. '94

Christopher Lo, A.B. '09

Lydia Lo, A.B. '09 M.P.H. '14

Malinda Lo, A.M. '00

Melissa Lo, A.B. '04 Ph.D. '14

Michelle Lo, A.B. '94

Marci Lobel, A.B. '82

Robert Lobis, M.D. '68

Jonathan Loc, M.P.P. '23

Eliza Lochner, A.B. '02

Connson Locke, A.B. '87

Richard Locke, M.P.A. '16

Suzanne Locke, A.B. '94

Heidi Locke Simon, M.B.A. '93

Thom Lockerby, A.B. '87

Andrew Lockhart, A.B. '70 '

Erin Lockhart, A.B. '19

Shahin Lockman, S.M. '03

Lamont Lockwood, M.B.A. '83

Ronna Lodato, A.B. '80

Henrietta W Lodge, A.B. '73

Benjamin Loeb, A.B. '89

David Loeb, A.B. '72

Ben Loehnen, A.B. '00

Fatima Loeliger, A.B. '11

Helen Loeser, A.B. '69

David Loewi, A.B. '75

George M. Logan, A.M. '63 Ph.D. '67

Jason Logelin, A.L.M. '19

Andrew Loh, M.P.A. '22

Angela Loh, A.B. '92

D. Robert Lohn, A.B. '70

John Loiselle, A.B. '83

John Lomazzi, J.D. '18

Joy-Ann Lomena-Reid, A.B. '91

Jack Londen, A.B. '76

Katharine London, A.B. '84 S.M. '90

Linda London, A.B. '55

Francis Lonergan, A.B. '72 M.D. '77

Chris Loney, A.B. '11

Emily Long, A.B. '12

Judith Long, M.Div. '99

Marissa Long, A.B. '08

Russell Long, A.B. '79

Carolyn Longacre, A.B. '73

Robert Longcor, A.B. '12

D Thomas Longo Jr, A.B. '63

Bevis Longstreth, LL.M. '61

Melanie Loots, A.B. '75

Kim Lopdrup, M.B.A. '84

James Lopes, A.B. '74 J.D. '77

Fernando Lopez, A.B. '88

Summer Lopez, A.B. '99

Benjamin Lopez Barba, A.B. '15

Victoria Alicia López Gold, M.P.A. '08

Luce Lopez-Baralt, Ph.D. '74

John Lorand, Ph.D. '64

Marc Lorashan, A.B. '72

Allegra Lord, Ph.D. '15

Cassandra Lord, A.B. '04

Elizabeth Lord, A.B. '00

Sara Lord, J.D. '84

Trudilyne Lord, Ed.M. '00

Samuel Loren, A.B. '12

Carol Lorente, D.M.D. '80

Stephen Loring, M.D. '71

Olivia Losiewicz, A.B. '18

Margaret Loss, A.B. '67

Phoebe Lostroh, Ph.D. '01

David Loud, A.B. '68

Josephine Louie, A.B. '90 Ed.D. '06

Mynette Louie, A.B. '97

Vivian Louie, A.B. '88

Adanna Love, A.B. '06

Char Love, M.B.A. '07

David Love, A.B. '89

David Love, A.B. '06

Heather Love, A.B. '91

Alyssa Lovegrove, A.B. '81

Charles Lovett, A.B. '15

Maria Emily Lovett, A.B. '17

Philip Lovett, A.B. '83 M.B.A. '87

Caitlin Low, A.B. '12

Elizabeth Hagopian Low, A.B. '70

Jen Mae Low, M.P.H. '22

Graham Lowder, J.D. '23

Michael Lowe, A.B. '71

Jennifer Lowell, A.B. '19

Linda Lowell Feldman, A.B. '70

Fred Lowenfels, A.B. '66 J.D. '68

Jeff Lowenfels, A.B. '71

Elizabeth Lowenhaupt, A.B. '97

Roger Lowenstein, J.D. '68

Janet Lowenthal, A.B. '62

Alexander Lownie, M.P.A. '06

Emily Lowther, A.B. '04

Jonathan Lowy, A.B. '83

Hope Lozano-Bielat, M.P.P. '04

Chris Lu, J.D. '91

Debby Lu, M.P.P. '93

Downing Lu, M.P.H. '08

Lily Lu, A.B. '94

Lisa Lu, A.B. '19

Wendy May Lu, A.B. '00

Charles Luband, J.D. '96 M.P.P. '96

Jane Lubchenco, Ph.D. '75

Ellen Lubell, J.D. '85

Nancy Lubin, A.B. '76

Arthur Lubow, A.B. '73

Christopher Lucero, M.P.A. '15

Adriana Luciano, A.B. '05

G Thomas Luck, A.L.M. '08

Geoff Luck, A.B. '86

Alison Lueders, A.B. '79

Helen Luey, A.B. '64

Ronald Luke, A.B. '70 M.P.P. '72 Ph.D. '75

Shunella Lumas, A.B. '15

Melissa Luna, A.B. '03

Elizabeth Lunbeck, Ph.D. '84

John Lundeen, A.B. '74 M.P.P. '78

Peter Lundell, A.B. '81

Stacy Lundin, A.B. '69

Lange Luntao, A.B. '12

Albert Luo, A.B. '04

Jennifer Luong, A.B. '23

Judith Lurie, J.D. '96

Donald Lurye, A.B. '75

Charles Lutcavage, A.M. '74 Ph.D. '76

Reshma Lutfeali, A.B. '13 J.D. '21 M.B.A. '21

Payal Luthra, M.Arch. '07

Neil Lutsky, Ph.D. '77

Lindsay Lutz, J.D. '07

Henry Luu, A.B. '11

Thi Luu, A.B. '97 M.B.A. '03

Tamera Luzzatto, A.B. '79

Amanda Lydon, A.B. '94

Daniel Lyman, A.B. '73

Katherine Lyman, A.M. '15

Martha Lyman, A.B. '74 M.P.A. '95

R.J. Lyman, A.B. '86

Anita Lynch, M.B.A. '08

Holly Lynch, D.B.A. '97

Kevin Lynch, A.B. '72

Myles Lynk, A.B. '70 J.D. '76

Linda Lyon, M.B.A. '78

Janet Lyons, A.B. '75

Judy Lyons, A.B. '87

Laurence Lyons, A.B. '60

Lisa Lyons, A.B. '69

Richard Lyons, A.B. '66

Thomas Lyons, A.B. '79

James Lytle, J.D. '78 ALI '20

Sonja Lyubomirsky, A.B. '89

Kenneth M Glazier, A.B. '69

Andrew Ma, A.B. '17

Daveena Ma, A.B. '97

Pei Ma, Ed.M. '08

Hunter Maats, A.B. '04

Elisabeth Mabus, A.B. '12 J.D. '19

Mairin Macaluso, M.B.A. '94

Will MacArthur, A.B. '20

Leslie Macaskill, A.B. '81

Lauren MacCarthy, A.L.B. '11

Alison Macdonald, A.B. '02

D. Charles Macdonald, J.D. '83

Ellen Macdonald, A.B. '83

James MacDonald, A.B. '85 M.D. '95

Sarah Macdonald, A.B. '83

Shawn MacDonald, A.B. '88

William MacDonald, A.B. '85

John MacDougall, Ph.D. '75

John MacFarlane, A.B. '91

Larissa MacFarquhar, A.B. '90

John Macgregor, A.B. '72

Peter Machinist, A.B. '66

Joan MacIver, A.B. '75

Alexandra Mack, A.B. '91

Evan MacKay, A.B. '19 A.M. '19

Daniel Rob Mackenzie, MD, A.B. '75

Amy Mackin, A.B. '96

William Mackin, A.B. '97

Nathan Mackinnon, M.P.A. '14

Rebecca MacKinnon, A.B. '91

Patrick Macklem, LL.M. '86

Colin Maclay, M.P.P. '97

Maria Susana MacLean, M.B.A. '90

Odetta MacLeish-White, A.B. '93

Jonathan MacLeod, M.L.A. '16

DArcy MacMahon, M.B.A. '71

Alexandra Macoun, M.B.A. '07

Flora Macquarrie, A.B. '75

Sophia Macris, A.B. '03

Sarah MacVicar, A.B. '13

Enid Madaras, Ed.M. '91 Ed.D. '99

Maria Lucia Madariaga, A.B. '04 M.D. '09

Alicia Madden, S.M. '24

Monique Maddy, M.B.A. '93

Robert Madoff, A.B. '75

Felicia Madrigal, A.B. '89

Arlyn Madsen-Bond, Ed.M. '18

Drew Madson, Ed.M. '20

Hiromi Maeda, Ph.D. '03 M.T.S. '95

Sam Magavern, A.B. '85

Meghan Magee, A.B. '15

Aaron Magezi, M.P.A. '23

Alexandra Maggioni, A.B. '92

AudreyStephannie Maghiro, A.B. '19

Benet Magnuson, A.B. '06 J.D. '09

John Magoun, A.B. '78

Daniel Magraw, A.B. '68

Blue Magruder-Hurwitch, A.B. '70

Derek Maguire, A.B. '94

James Maguire, M.D. '74 M.P.H. '78

Timothy Maguire, A.B. '73

Frank Mahady, A.B. '70

Manjari Mahajan, A.B. '98

Maya Mahajan, J.D. '25

Jacqueline Mahal, A.B. '89

Andisheh Mahdavi, A.B. '95 Dr.P.H. '01

Sally Mahe, Ed.M. '74

Frances Maher, A.B. '64 M.A.T. '66

Amy Mahler, M.P.A. '21

Sofie Mahlkvist, A.L.M. '25

Fariba Mahmud, A.B. '22 J.D. '27

Irfan Mahmud, A.B. '16 J.D. '23

Marion Mahone, A.B. '06

Timothy Mahoney, A.B. '69

Arsalan Mahtafar, M.P.A. '13

Kenneth Mai, A.B. '15

Erica Maier, A.B. '02

Andrea Mainelli, A.B. '85 M.B.A. '90

Merry Maisel, A.B. '62

Neepa Maitra, Ph.D. '98

Shirley Mak, Ed.M. '17

William Makris, Ed.M. '00

Lauren Malan, A.B. '02 A.M. '02 J.D. '07

James Maland, A.B. '59 J.D. '62

Gabriella Rose Malatesta, A.B. '13

Carole McNamara Malcolmson, Ed.D. '07

Alfredo Maldonado Sansores, M.P.A. '18

David Malenka, A.B. '75

Ira Malin, M.B.A. '78

Jennifer Malin, A.B. '88

Yonatan (Jonathan) Malin, A.B. '90

Muchael Malina, A.B. '57 LL.B. '60

Laura Maliszewski, Ph.D. '09

Blaire Malkin, J.D. '06

Eric Maller, A.B. '75 M.D. '80

George Mallory, A.B. '67

Hampton Mallory, A.B. '72

Ian Mallory, A.B. '81

Clare Malone, Ph.D. '15

Jowanna Malone, A.B. '13 S.M. '17

Hon. James H. Maloney, A.B. '72

Natalie Malter, M.Div. '17

Gita Manaktala, A.B. '87

Nitasha Manchanda, Ph.D. '06

Pallavi Mande, Fellow '17

Caroline Mandell, M.B.A. '06

Marc Mander, M.B.A. '03

Peter Mandler, Ph.D. '84 A.M. '80

Dorothy Manevich, A.M. '23

Victor Manfredi, A.B. '78 Ph.D. '91

Susan Mangold, A.B. '82 J.D. '87

Marta Manildi, J.D. '79

Amie Manis, A.B. '89

Barry Mann, A.B. '83

Charlotte Mann, A.B. '91

James Mann, A.B. '68

Lauren Mann, A.B. '10

Lisa Mann, A.B. '85

Jane Manners, A.B. '97 J.D. '09

John Manners, A.B. '68

Ashley Mannetta, A.B. '09

Ryann Manning, M.P.P. '05 M.A. '14 Ph.D. '17

Thomas Manning, A.B. '77 ALI '19

Sandhya Manohar, Ph.D. '20

Anthony Manolas, M.M.Sc. '22

Jane Manopoli, A.B. '70

Kristen Manos, A.B. '80

Patricia Manos, Ph.D. '25

Peter Mansbach, A.B. '65

Annick Mansfield, A.B. '69

Douglas Mansfield, A.B. '68

Frederick Mansfield, A.B. '69 M.D. '76

Matthew Mansfield, A.B. '62

Suzanne Mansour, A.B. '79

Bette Manter, M.T.S. '92 Th.D. '03

Gregory Manuel, M.B.A. '05

Peter Manuelian, A.B. '81

Tamar Manuelyan Atinc, A.B. '79 M.P.P. '81

John Manulis, A.B. '78

Mark Manum, A.B. '88

Beatrice Forbes Manz, A.B. '70 Ph.D. '83

Robert Manz, A.B. '70 A.M. '79

Natalie Manzo, A.B. '87

Anika Manzoor, M.P.P. '18

Douglas Mar, A.M. '89 Ph.D. '94

Jessica Mar, Ph.D. '08 A.M. '06

Manyee Mar, A.B. '88 M.P.P. '93

Laurie Maranian, A.B. '07

Deborah Maranville, J.D. '75

Dylan MarcAurele, A.B. '16

Carla Marceau, A.B. '63

Charlene Marchant, A.B. '73

Barbara Marcin, M.B.A. '86

Paul Marcucilli, Ph.D. '19

Andrew Marcus, A.B. '01

Annette Marcus, A.B. '66

Mitchell Marcus, A.B. '72

Sara Marcus, M.B.A. '19

Henry Marcy, A.B. '60

Shelley Marder, M.D. '78

Laura Marett, A.B. '03 M.L.A. '06

Andrew Maretz, A.B. '86

Michael Margolies, A.B. '58

Richard Margolin, A.B. '74

David Margolis, A.B. '81

Jeanne Margolskee, A.B. '72

Robert Margolskee, A.B. '75

Miranda Margowsky, A.B. '12

Timothy Mariano, S.B. '03

Jennifer Marien, Ed.D. '06 Ed.M. '03

Diana Marin, A.B. '12 M.Div. '22

Olivia Marinaccio, A.B. '25

Neil Marinello, A.B. '65

James J. Marino, A.B. '91

Maura Marino, M.B.A. '08

Michael Marino, A.B. '01

Dan Marion, Ed.M. '15

Stephanie Marioneaux, A.B. '80 M.D. '84

Gideon Mark, M.P.A. '00

Jonathan Mark, A.B. '74

Peter Mark, A.B. '70

Stanley Mark, A.B. '73 M.B.A. '76

Audrey Markowitz, A.B. '89

Miriam Markowitz, M.P.H. '82

Andrew Marks, A.B. '73

Clifford Marks, A.B. '10

Elizabeth Marks, A.B. '74

Nancy Marks, J.D. '83

Richard Marks, A.B. '78

David Markun, A.B. '75

Charles Marlin, A.B. '72

Robert Maron, Ed.M. '82

Chris Maroney, A.B. '90

William Maroni, A.B. '77

Ralph Marott, A.B. '72 M.A.T. '73

Raph Marotta, A.B. '72 M.A.T. '73

Rick Marquardt, M.B.A. '23

Camila Marques, PGME '22

Patrick Marren, A.B. '82

Karen Marrero, M.B.A. '04

Leigh Marriner, M.B.A. '80

Helen Marrow, Ph.D. '07 A.M. '03

Jamie Marsella, Ph.D. '25 A.M. '22

Elizabeth Marsh, A.B. '74

James Marsh, A.B. '70 M.D. '74

Mary Marsh, M.B.A. '86

Sally Marsh, A.B. '18

Susan Marsh, A.B. '71

William Marsh, A.B. '24

Aretha Marshall, A.B. '77

Isabel Marshall, Ph.D. '91 M.P.A. '87

Linda T Marshall, M.P.A. '03

Lydia Marshall, M.B.A. '75

Megan Marshall, A.B. '77

Melissa Marshall, M.L.A. '75

Nancy Marshall, A.B. '81 ALI '25

Penelope Marshall, J.D. '81

Robert Marshall, A.B. '68

Scott Marshall, J.D. '76

Siri Marshall, A.B. '70

Virginia Marshall, A.B. '15

Bradley Marshland, A.B. '86

Susanna Marshland, A.B. '87

William Marston, A.B. '82

Virginia Marston Justicz, A.B. '92

Susan Martel, Ed.M. '73

Kimberly Marten, A.B. '85

Cristina Martija-Harris, M.B.A. '23

Areva Martin, J.D. '87

Benjamin Martin, A.B. '15

Cassia Martin, A.B. '04 S.M. '04

Constance Martin, A.B. '82

Cris Martin, Ed.M. '06

Diana Martin, A.B. '71

Edward Martin, A.B. '82

Grace Martin, M.P.P. '24

Jean Martin, A.B. '70 A.M. '73

Jeffrey Martin, J.D. '97

Jeremy Martin, A.B. '96

Joan Martin, Ed.M. '87

John Jeffries Martin, A.B. '75 Ph.D. '82

Julie Martin, A.B. '60

Kelsey Martin, A.B. '79

Linda Martin, A.B. '70

Malik Martin, J.D. '11

Michelle Martin, A.B. '95

Nancy Martin, A.B. '75

Neil Martin, A.B. '78

Peter Martin, A.B. '82

Ryan Martin, A.M. '07

Steven Martin, A.B. '72

Teri Martin, A.B. '73

Timothy Martin, A.B. '72

Toni Martin, A.B. '73

Joseph Martin Jr, A.B. '73

Abigail Martinez, M.P.A. '23

Alejandro Martinez, A.B. '73

Barbara Martinez, A.B. '00

Daniel Martinez, A.B. '17 Ed.M. '21

Dorene Martinez, M.P.P. '04

Luos Martinez, A.B. '13

Melanie Martinez, A.B. '95

Molly Martinez, A.B. '22

Nayely Martinez, M.B.A. '23

Serena Martinez, A.B. '18

Sarah Marie Martínez Poage, A.B. '05

Justin Martino, A.B. '91

Victoria Martino, A.B. '80

Ellen Martinsek, A.B. '07

Duncan Maru, A.B. '02

Sheela Maru, A.B. '03 M.P.H. '15

Don Maruska, A.B. '72

Bridget Marvinsmith, A.B. '05

Cornelius Marx, A.B. '65 M.B.A. '67

Lucy Marx, A.B. '73

Sarah Marx, A.B. '89

Steve Marx, A.B. '68

Natacha Marzolf, LL.M. '99

Tobey Marzouk, J.D. '77

Stephanie Mashek, M.Arch. '87

Laura Maslow-Armand, J.D. '92 Dr.P.H. '69 J.D. '92

Clyde Mason, A.B. '01

Elisabeth Mason, A.B. '87 Ed.M. '89

Jessica Mason, Ed.M. '10

Julia Mason, A.B. '13

Kelly M Mason, A.B. '92

Kenneth Mason, A.B. '80

Peter Mason, A.B. '68

Phillip Mason, A.B. '72

Rafael Mason, A.B. '01

Ruth Mason, J.D. '01

Paul Massari, A.B. '90 A.L.M. '14

John Massengale, A.B. '74

Pia Massie, A.B. '81

Michael Massing, A.B. '74

Ihab Massoud, M.B.A. '93

Rosemary Masters, J.D. '64

Suzette Masters, J.D. '86

Renee Matalon, A.B. '78 J.D. '81

Melissa Matarazzo, Ed.M. '05 Ed.M. '10 Ed.D. '14

Tim Mathern, M.P.A. '00

Andrew Matheson, M.B.A. '93

James A. Mathew, A.B. '21

Philly Mathew, A.B. '24

Gary Mathews, A.B. '76

Jim Mathews, A.L.B. '22

John Mathews II, J.D. '07

Gary Mathias, A.B. '80

Ilea Mathis, A.B. '96

Alicia Matho, Ed.M. '22

Anita Mathur, A.B. '96

Amina Matlon, J.D. '03

Kay Matschullat, A.B. '77

Barbara Matson, A.B. '75

Akiko Matsumoto, Ed.M. '03

Carolee Matsumoto, Ed.D. '91

Maryam Matta, A.B. '23

Michael Matthay, A.B. '69

Craig Matthews, M.B.A. '17

Lisa Matthews, A.B. '82

Sandra Matthews, A.B. '73

Alice Mattice, A.B. '65 Dr.P.H. '75

Debra Mattina, Ed.M. '91

Pat Mattingly, M.D. '68

Kaia Mattioli, Ph.D. '19

Thomas Mattox, A.B. '83

Jane Matz, Ph.D. '73

Peter Maulik, A.B. '94

Robert Maulitz, A.B. '68

Sumi Maun, M.B.A. '05

Ruth Maurice, A.B. '86

Tim Mauro, S.B. '92 A.L.M. '24

Joanna Mawhinney, Ed.M. '23

Daniel Max, A.B. '84

Robert Maxwell, M.P.P. '79 A.M. '77

Catherine May, A.B. '75

John May, M.B.A. '92

Sarah May, Ed.M. '15

Susan Maya, A.B. '08

Alexis Maybank, A.B. '97 M.B.A. '04

Marilyn Maye, M.A.T. '70

Elisabeth Mayer, A.B. '96

Theodore Mayer, J.D. '77

Matthew Mayers, A.B. '97

John Maynard, A.B. '63 Ph.D. '70

Florence Maynard (nee Michelson), A.B. '66

Benjamin Maynor, A.B. '96

Elizabeth Mayo, J.D. '17

Claire Mays Poumadere, A.B. '81

Michelle Maziar, Ed.M. '13

Michael Mazour, A.B. '82

Matthew Mazur, J.D. '04

Michael Mazzaferro, A.B. '77

Karen Mazze, M.B.A. '89

Carolyn Mazzone, A.B. '85

John Mazzone, A.B. '79

Robert Mazzone, A.B. '85

Nshuti Mbabazi, M.P.P. '10

Martin Mbaya, M.P.P. '08

Peg McAdam, Ed.D. '01

Catherine McAllester, A.B. '06

Jeffery McAnallen, A.B. '78

Ashling McAnaney, A.B. '96

David McArthur, A.B. '69

Jocelyn McArthur, A.B. '85

Clyde McAuley, A.B. '75

Catherine McCabe, J.D. '94

Joseph McCabe, A.B. '70 M.D. '74

Peter McCabe, M.B.A. '75

Edward McCagg, A.B. '93

David McCahill, A.B. '09

Jane McCaleb, A.B. '71

Cynthia McCallister, A.B. '77

Phyra McCandless, A.B. '00

Ross McCandless, A.B. '70

Sandra McCandless, A.B. '70

Carolyn McCandlish, A.B. '07

Thomas McCandlish, A.B. '73

Emily McCann, A.B. '94 M.B.A. '99

Sean McCann, A.B. '94

Sheila McCann, OPM '96 '

Erin McCarthy, A.B. '20

Joseph McCarthy, Ed.D. '91

Marina McCarthy, Ed.D. '90

Michaelyn McCarthy, M.B.A. '08

Timothy McCarthy, A.B. '93

Kathleen McCarty, Sc.D. '05

Rebecca McCaughrin, A.B. '95 A.M. '98

Natalie McCauley, J.D. '19

Kishka McClain, A.B. '97

Julie McCleery, M.Ed. '95

Katherine McClelland, Ph.D. '85

William McClements, M.B.A. '92

Juliette McClendon, A.B. '09

Cynthia McClintock, A.B. '82 M.B.A. '86

Cynthia McClintock, A.B. '67

Amanda McClure, A.B. '88

Mary McClure, M.B.A. '81

Mitchell McClure, A.B. '96

Ethan McCollister, A.B. '20

Peter McConarty, A.B. '69

Stephen McConnell, A.B. '75 M.B.A. '77

Susan McConnell, A.B. '80 Ph.D. '87

William McConnell, J.D. '22

Coline McConville, M.B.A. '94

Andy McCord, A.B. '79

Charles McCormack, A.B. '71

Lindsey McCormack, A.B. '03

Tim McCormack, A.B. '92

Barry McCormick, A.B. '72

David McCormick, A.B. '68

Jason McCoy, A.B. '08

Lon McCroskey, A.B. '73

Howard McCue, J.D. '71

Judith McCue, J.D. '72

James McDaniel, J.D. '78

Julie McDermott, A.B. '91

Mary McDermott, J.D. '80

Melanie McDermott, A.B. '84

William Shaw McDermott, A.B. '71

Robert McDiarmid, J.D. '63

Anna McDonald, M.P.H. '10

Michael McDonald, A.B. '62

Myles McDonnell, A.B. '92 RDI '92

Joseph McDonough, A.B. '81

Patience McDowell, A.B. '82

Robert McDowell, A.B. '70 M.D. '74

Calvin McEachron, A.B. '12

Ann McElroy, M.B.A. '83

Barbara McEvilley, A.B. '93

Martha McFadden, M.D. '74

Susan McFarlane, A.L.M. '19

Jean McGarry, A.B. '70

Metta McGarvey, Ed.D. '10 M.T.S. '99

Bridger McGaw, A.B. '97 M.P.P. '04

Kaitlin McGaw, A.B. '00

Robert McGaw, J.D. '72

Gerard McGeary, A.B. '04

James McGee, M.B.A. '80 D.B.A. '91

Blake McGhghy, A.B. '17

Amy McGill, A.B. '71

Brian McGill, A.B. '88

Elijah McGill, A.B. '24

James McGill, A.B. '72

Dennis McGillicuddy, A.B. '87 A.M. '89 Ph.D. '93

Kathleen McGilvray, M.P.P. '02

Julie McGinnis, M.B.A. '92

Patricia McGinnis, S.B. '74

Patrick McGinnis, M.B.A. '04

Joe McGonegal, A.L.M. '13

Anna McGowan, A.B. '90

Eileen McGowan, Ed.M. '98 Ed.D. '04

Kerry McGowan, Ed.M. '02

David McGrady, J.D. '81

Cassandra McGrath, A.L.M. '17

Margit McGrath, A.B. '91

Marlyn McGrath, A.B. '73 Ph.D. '78

Patricia McGrath, A.B. '73

Sarah McGrath, A.B. '96

Thomas Mcgrath, A.B. '76 M.B.A. '80

David McGregor, A.B. '63

Rachel McGregor, A.B. '00

Jenna McGugan, A.B. '15

Edward McGuire, A.B. '60

Hugh McGuire, A.B. '85

Mark McGurl, A.B. '89

Anne McHugh, A.B. '75 S.M. '80

Kirk McInnis, A.B. '82 LL.M. '94

David McIntosh, A.B. '80 M.B.A. '84

Kenneth McIntosh, A.B. '58 M.D. '62

Adrianna McIntyre, Ph.D. '21

Casandra McIntyre, M.T.S. '92

Charles McJilton, M.P.A. '24

Thomas McKean, A.B. '72

Carolyn McKee, A.B. '93

Kathleen McKee, A.B. '06 M.P.H. '20

Marc McKee, A.B. '72

Patrick McKee, A.B. '07

Zoe McKee, A.B. '01 M.D. '16

Elizabeth McKenna, A.B. '08

Margaret McKenna, A.B. '70

Tjada McKenna, A.B. '96 M.B.A. '02

Naila McKenzie, A.B. '02 J.D. '07

Theo McKenzie, A.B. '15

Liz McKeon, M.P.P. '97

Rebecca McKeown, A.B. '04

Andrew McKey, A.B. '80 M.B.A. '87

Laura McKiernan Boylan, A.B. '08

Megan McKinley, M.B.A. '86

Diarra McKinney, M.B.A. '08

Ashley Fiona McKinnon, A.B. '00

Elizabeth McKinsey, A.B. '70 Ph.D. '76

Kerry Mckittrick, Ed.M. '22

Ginger McKnight-Chavers, J.D. '88

Joel McLafferty, A.B. '75

Maureen McLane, A.B. '89

Alissa McLean, A.B. '93

Corin McLean, A.B. '07

Daniel McLean, A.B. '75

Jack McLean, A.B. '72

John McLean, M.Arch. '74

Megan McLean, A.B. '95 J.D. '03 M.B.A. '03

Gavin McLeod, A.B. '81

Thomas McLeod, A.B. '71

Hollis McLoughlin, A.B. '72

Nancy McLucas, A.B. '72

Eileen McMahon, Ed.M. '90

James McMahon, A.B. '75

Bruce McMeekin, A.B. '83

Douglas McMillan, A.B. '69

Oba McMillan, A.B. '95

Christopher McMillen, A.B. '00

Carina McMillin, J.D. '23

Maria McMorran, A.B. '94

Scott McMullin, A.B. '96

David McMurry, A.B. '95

Laura McMurry, Ph.D. '72

James McMurtry Longo, Ed.D. '94

Stephen McNabb, A.B. '78

Elizabeth McNamara, A.B. '91

Tom McNamara, A.B. '73

Amy McNamer, A.B. '90

Bruce McNamer, A.B. '85

Ian McNeely, A.B. '92 Fellow '98

Jenna McNeill, A.B. '95

Mara McNeill, M.P.P. '95

Timothy McNeill, M.P.P. '79

Annie McNerney, A.B. '10

Katherine McNerney, M.B.A. '04

Edith McNutt, M.D. '68

Mary Sara McPeek, A.B. '88 A.M. '88

Frank McPhillips, A.B. '76

Joan McRobbie, M.P.A. '03

Colin McRoberts, J.D. '04

Kevin McShane, A.B. '88

James McTigue, A.B. '69

Kathleen McVey, A.B. '66 Ph.D. '77

Ann McWhorter, J.D. '88

Roger Mead, A.B. '73

CJ Meadows, D.B.A. '96

Sharon Meager, A.B. '76

Adam Meagher, M.U.P. '07

Cecilia Meagher, A.B. '85

Mary Meagher, A.B. '77

Rich Meagher, A.B. '90

Nancy Meakem, A.B. '99

Andrea Mealey, A.B. '89

Jeffrey Mecaskey, S.M. '90

Elias Mechaber, M.B.A. '23

Kevin Mechenbier, A.B. '12

John Mecklin, M.P.A. '93

Janice Meckstroth, Ed.M. '99

David Mednicoff, J.D. '89 Ph.D. '07

Adam Medros, M.B.A. '04

Elizabeth Meers, A.B. '75

Mary Megliola Franzen, A.B. '88

Mansi Mehan, M.P.A. '08

Rahul Mehendale, M.B.A. '03

Robert Mehler, A.B. '59

Mira Mehta, M.B.A. '14

David Meikle, A.B. '73

Steve Meil, J.D. '18

Michael Meints, PLDA '22

Amir Meiri, M.P.H. '20

Matthew Meisel, A.B. '07

Jake Meiseles, J.D. '19

Deborah Meister, A.B. '90

Isaac Meister, A.B. '09

Kenneth Meister, A.B. '73

Sarah Meister, M.Div. '18

Camilo Mejia, A.B. '04 J.D. '09

Madeleine Mejia, Ed.M. '00

Sushmita Meka, M.P.P. '12

Brian Melendez, A.B. '86 J.D. '91 M.T.S. '91

Catherine Melina, M.L.A. '96

Emily Mellen, Ph.D. '25

Amy Mellencamp, Ed.M. '81

John Mellman, A.B. '66

Jane Melnick, A.B. '72

Cori Meltzer, A.B. '92

Donald Meltzer, A.B. '79

Charlie Melvoin, A.B. '10

Jeffrey Melvoin, A.B. '75

Richard Melvoin, A.B. '73

Jeanne Menary, Ed.D. '87 Ed.M. '82

Richard Mendelson, A.B. '75

Allyson Mendenhall, A.B. '90 M.L.A. '99

Priscilla Mendenhall, A.B. '74

Raymond Mendez, A.B. '76 M.B.A. '79

Stacy Mendez, A.B. '94

Adrienne Mendle, J.D. '15

Surya Mendonca, M.B.A. '04

Ivan Mendoza, LL.M. '23

Kimberly Mendoza, M.P.H. '21

Patricia Mendoza, A.B. '80

Sharie Mendrey, J.D. '00

Adele Menichella, A.B. '82

Marcy Menitove, A.B. '72

Ndidi Menkiti, A.B. '06

Ajita Menon, M.P.P. '09

Evonne Meranus, A.B. '93 M.P.A. '00

Karen Mercado Leyva, A.B. '95

John Mercer, A.B. '68

Caroline Merchel, A.B. '95

Jeanne Merino, A.B. '82

Jillian Meriweather, A.B. '11

Zhenya Merkulova, A.B. '80

Elizabeth Mermin, A.B. '93

John Mernit, A.B. '71

Ann Merrill, A.B. '77

Erich Merrill, J.D. '83

Peter Merrill, A.B. '76 Ph.D. '82 S.M. '77

Toby Merrill, J.D. '11

Deborah Merritt, A.B. '77

Elizabeth Merritt, J.D. '80

Kate Merritt, M.B.A. '79

Paul Merry, A.B. '66

Patrick Mertens, CSS '89

Samantha Merton, A.B. '92

Arthur Mescon, A.L.B. '18

Richard Meserve, J.D. '75

Ine Mesia, M.P.H. '25

Jillian Meskell, A.M. '04

Jacqueline Mesnik, A.B. '01

Frances Messano, A.B. '02 M.B.A. '08

Clare Messerschmidt, M.B.A. '19

Marek-Marsel Mesulam, A.B. '68 M.D. '72

Ben Metcalf, M.P.P. '03

Gilbert E Metcalf, Ph.D. '88

Ken Meter, M.P.A. '00

Jonathan Metzger, A.B. '89

Jamie Metzl, J.D. '97

Elisabeth Meurer, Ed.M. '97

Abigail Meyer, A.B. '63

Alicia Carrasquillo Meyer, A.B. '00

Christian Meyer, A.B. '91

Elisabeth Meyer, A.B. '15

Eve Meyer, A.B. '09

George Meyer, A.B. '15

Jonathan Meyer, A.B. '86

Mallory Meyer, Ed.M. '15

Naomi Meyer, A.B. '91

Robert Meyer, A.B. '62 M.B.A. '64

Peter Meyerdirk, A.B. '00

Deborah Meyers, A.B. '68

Peter Meyers, A.B. '75

Nandini Meyersohn, A.B. '03 M.D. '09

Erick Meza, A.B. '19

Chi Mgbako, J.D. '05

Sabeen Mian, M.B.A. '08

Juliane Miani, A.L.M. '24

Andrew Michaels, A.B. '90

Heather Michaels, A.B. '12

Linda Michaels, A.B. '87

Robert Michalski, A.B. '85

Peter Michaud, A.B. '72

Samuel Michel, A.B. '10

Dave Michels, M.B.A. '99

Wolfgang Michelsen, A.B. '56

Lee Ann Michelson, A.B. '77

Willa Michener, M.P.A. '80

Katherine Miclau, A.B. '20

Richard L. Middaugh, A.B. '60

Christopher Middendorf, A.B. '74

Jeanne Middleton Hairston, Ed.M. '72 Ed.D. '78

Bennett Midlo, A.B. '82

Michael Miele, M.B.A. '92

Marilynn Miguel, A.B. '24

Alexandra Mihalek, A.B. '10

Eugene Mihaly, A.B. '56

Lisa Mihaly, A.B. '83

Kimberly Mihayo, A.B. '15

Jonathan Mijs, Ph.D. '17 A.M. '14

Angela Miklavcic Brandon, A.B. '00

Sarah Milburn, Ed.M. '82

Hannah Milem, A.B. '13

Alan Miles, M.B.A. '92

Tiya Miles, A.B. '92

Brina Milikowsky, A.B. '00

James Milkey, A.B. '78 J.D. '83

James Millar, M.B.A. '92

Amy Miller, A.B. '92

Anthony Miller, A.B. '66

Ari Miller, A.B. '96

Azalea Miller, A.B. '13

Barry Miller, J.D. '78

Benjamin Miller, A.B. '02

Caroline Miller, J.D. '79

Christiopher Miller, A.B. '89

Daniel Miller, A.B. '97

David Miller, A.B. '64

Edward Miller, M.B.A. '72

Edward Miller, A.B. '70

Gregory Miller, A.B. '75

Harry Miller, A.L.B. '99

Haynes Miller, A.B. '70

Jackson Miller, M.P.P. '20

Jasmine Miller, A.B. '13

Jennifer Miller, A.B. '91

Jesse Miller, A.B. '71

John Miller, J.D. '15

Jonathan Miller, A.B. '99

Jonathan Miller, A.B. '72

Jonathan Miller, M.B.A. '14

Jonathan Miller, A.B. '89 J.D. '92

Julian Miller, A.B. '07

Karen L Miller, A.B. '71

Katharine Miller, A.B. '80

Kelsey Miller, Ed.M. '21

Laura Miller, M.D. '93

Marc Miller, J.D. '72

Michelle Miller, A.B. '85

Michelle Miller, M.Arch. '12 M.Arch. '

Montana Miller, A.B. '96

Peggy Miller, J.D. '77

Rachel Miller, A.B. '84

Randy Miller, A.B. '13

Richard Miller, A.B. '81

Rosalia Miller, M.P.A. '12

Sophie Miller, M.P.H. '11

Susan Miller, A.B. '66

Tamar Miller, M.P.A. '93

Alexandra Millet, A.B. '13

Eric Millican, A.B. '03

Melvin Milligan, A.B. '70

Stephen Milliken, A.B. '73

Emily Milliman, M.L.A. '13

Richard Millington, A.B. '75

Holly Million, A.B. '87

J. Travis Millman, A.B. '89

Carol Mills, M.Arch. '76

Charles Mills, A.B. '75

Gregory Mills, A.B. '73 Ph.D. '81

John Mills, A.B. '75 M.P.A. '92

Margaret Ann Mills, A.B. '68 Ph.D. '78

John Millspaugh, M.Div. '01 M.P.A. '01

Sarah Gibb Millspaugh, M.Div. '03

Susan E. Milmoe, A.B. '65 Ph.D. '74

Marie Milnes-Vasquez, J.D. '92

Edgardo Mimica, M.P.P. '87

Gerald Mimno, A.B. '64 M.Des. '71

Chris Min, A.B. '89

Dave Min, J.D. '02

Margot Minardi, A.B. '00 A.M. '03 Ph.D. '07

Shifra Mincer, A.B. '09

Janet Mindes, A.B. '69

Paula Mindes, A.B. '68

Norma Ming, A.B. '94

James Minicozzi, M.P.A. '00

Reva Minkoff, A.B. '08

Owen Minott, A.B. '80

Lisa Minsky-Primus, A.B. '94

Betty Mintz, A.B. '75

Deborah Mintz, Ed.M. '85

Meredith Mira, Ed.D. '13

Bhakti Mirchandani, A.B. '00 M.B.A. '05 M.P.A. '05

Robert Mishev, M.B.A. '04

Anupam Mishra, A.B. '98 M.B.A. '04

Gary Missner, M.B.A. '84

Peggy Halpern Mitchel, J.D. '75

Aaron Mitchell, M.B.A. '11

Adele Mitchell, A.B. '79 M.P.H. '83

Brian Mitchell, A.B. '03

Christopher Mitchell, A.B. '91

Deborah Mitchell, A.B. '95 M.D. '05

Emily Mitchell, A.B. '96

Evangeline Mitchell, Ed.M. '01

Howard Mitchell, A.B. '69

Malcolm Mitchell, A.B. '57

Robert Mitchell, A.B. '62 M.B.A. '67

Stephen Mitchell, A.B. '72

Anna Mitran Brennan, A.B. '13

Tamara Mittman, A.B. '04

Sara Mixter, A.B. '04 M.D. '10 M.P.H. '10

Yasuteru Miyamoto, M.B.A. '94

James Mnookin, A.B. '67

Wendy Mnookin, A.B. '68

Seeyew Mo, M.P.A. '18

Jacob Model, A.B. '07

Elizabeth Moderi, A.B. '04

Alexandra Moellmann, A.B. '88 A.L.M. '21

Tom Moffatt, A.B. '87

Christopher Moffo, A.B. '04

John Mogollon, A.B. '82

Nadia Mohamedi, A.B. '08

Smrithi Mohan, A.L.M. '23

Zahir Mohyuddin, A.B. '86 M.B.A. '92

Thabang Molapo, M.P.A. '25

Peter Molberg, A.B. '69

Carol Moldaw, A.B. '78

Jessy Molina, A.B. '99

Rosalino Molina, M.B.A. '22 M.P.P. '22

Kathleen Molinsky, A.B. '89

Alexandra Molnar, A.B. '96

Elizabeth Molodovsky, A.B. '62

Guy Molyneux, A.B. '83

Laurie Monahan, Ph.D. '97

Priya Bhatia Monahan, A.B. '90

Robert Monahan, A.B. '76

Cesar Monarrez, A.B. '15 M.P.A. '22

Juan Mondragon, M.P.A. '14

Julia Monfrini Peev, M.P.A. '16

Brittany Moniz, Ed.M. '21

Linda Monk, J.D. '83

Tevie Monk Givens, M.B.A. '12

Michael Monovoukas, M.B.A. '17

Sylvester Monroe, A.B. '73

Tracy Monroe, A.B. '86

Christine Monta, A.B. '02 J.D. '07

Kareem Montague, A.B. '95

Jessica Montalvo, A.B. '00

Teresa Monteiro, M.B.A. '08

Carol Monteleoni, A.B. '67

Claire Monteleoni, A.B. '98

Philip Monteleoni, A.B. '65

Anne Montgomery, A.B. '10

Charlie Montgomery, A.B. '85

Jennifer Ross Montgomery, A.B. '85

Linda Montgomery, A.B. '86

Margarita Montoto, A.B. '78 M.B.A. '85

Ana Patricia Montoya, Ed.M. '83

Philip Monu, A.B. '10

Laura Moon, A.B. '88

Kimberly Mooney, A.B. '00

Robert Mooney, A.B. '85 M.T.S. '94

Lynne Mooney Teta, A.B. '90 Ed.M. '95

Allan Moore, A.B. '86 J.D. '90

Barbara Moore, A.B. '71

Caleb Moore, S.B. '23

Christopher Moore, A.B. '86

Dan Moore, A.B. '77

Darren Moore, M.P.H. '24

David Moore, Ed.D. '77 Ed.M. '76

Elizabeth Moore, A.B. '68

Emma Moore, A.B. '07

Erin Moore, A.B. '98

Fadhal Moore, A.B. '15

Gregory Moore, Ph.D. '85

Harrison Moore, A.B. '24

Jessica Moore, A.B. '06

John Moore, A.B. '93

Leona Moore, M.B.A. '75

Luke Moore, A.B. '25

Martha Moore, A.B. '80

Meredith Moore, A.B. '01

Merry Ann Moore, A.B. '84

Molly Moore, A.B. '17 Ph.D. '24

Richard Moore, A.B. '71

Shanequa Moore, M.P.A. '25

Thomas Moore, A.B. '98

Trevena Moore, M.D. '97

Vivian Moore, A.B. '86 M.B.A. '90

William Moore, Ed.M. '02

Tracy Moore II, A.B. '06

Brittany Moorefield, A.B. '06

Olivia Moorehead-Slaughter, A.B. '81

Janet Moos, A.B. '81

James Moose, A.B. '61 Ph.D. '68

William Morain, M.D. '68

Andreina Morales, M.B.A. '07

Angel Morales, A.B. '96 M.B.A. '00

Angie Morales, A.B. '13

Daniel Morales, A.B. '05

Isela Morales, A.B. '98

Anastasia Moran, A.B. '17

Kaitlin Moran, Ed.M. '20

Amy Moran Lowe, A.B. '04 M.P.P. '09

Brittney Moraski, A.B. '09

Madeline Morcelle, M.P.H. '16

Elizabeth More, Ph.D. '12

Timothy Morehouse, A.B. '85 A.M '95

Nicoletta Morel, M.B.A. '92

Alejandro Emmanuel Moreno, J.D. '08

Andrea Moreno, A.B. '12

John Mason Morfit, A.B. '63

Harry Morgan, M.D. '74

Maggie Morgan, A.B. '04 J.D. '11

Miles Morgan, A.B. '65 Ph.D. '80

Philip Morgan, A.B. '70 M.B.A. '74

Stephen Morgan, Ed.M. '72 A.B. '70

Susanna Morgan, M.B.A. '96

Amy Zucker Morgenstern, M.Div. '00

Joshua Morgerman, A.B. '92

Ryohei Mori, Exec Ed '21

Patricia Morison, Ed.M. '75

Robin Moriyama, M.B.A. '03

Martha Morkan Dennison, M.P.A. '98

Franco Mormando, Ph.D. '83 A.M. '79

Alison Morris, A.B. '90

Allston Morris, A.B. '72

Amoretta Morris, M.P.P. '09

I Wistar Morris, M.B.A. '70

Katherine Morris, A.B. '95

Lydia Morris, A.B. '98

Marie Morris, A.B. '85

Priscilla Morris, A.B. '63

Roberta Morris, J.D. '75

Sarah Morris, A.B. '91

Vivien Morris, A.B. '75

Walter Morris Jr, A.B. '73 M.B.A. '75

Alexandra Morrison, A.B. '01

Douglas Morrison, A.B. '84

Hilary Morrison, A.B. '81

Janet Morrison, A.B. '75

Nan Morrison, M.B.A. '87

Robert Morrison, A.B. '93

Sara Morrison, A.B. '03 A.M. '03

Susan Morrison, A.B. '82

Archie Todd Morrison III, A.B. '81

Jennifer Morrissey, A.B. '93

Karen Morrissey, A.B. '85

Lou  Morsberger, A.B. '85 M.B.A. '89

Alan Morse, A.B. '59 M.B.A. '62

Anne Nishimura Morse, A.B. '78 A.M. '80 Ph.D. '09

Cecily Morse, A.B. '62

Lawrence Morse, A.B. '69

Richard Morse, J.D. '74

Ben Morss, A.B. '91

Leila Morsy, Ed.D. '11 Ed.M. '06

Allen Morton, A.B. '76

Allyson Morton, Ph.D. '18

Alyssa Morton, M.B.A. '16

Deborah Morton, A.B. '03

Nick Moschovakis, A.B. '91

Ruth Moscovitch, A.B. '69

Jane Moscowitz, J.D. '77

Norman Moscowitz, J.D. '77

Boaz Moselle, Ph.D. '95

Lauren Moses, M.B.A. '07

Rondo Moses, A.B. '84

Valarie Moses, A.B. '91

Deane Mosher, M.D. '68

Jenna Moskowitz, Ed.M. '96

Victoria Moskowitz, Ed.M. '88

Ben Mosley, Ed.M. '22

Ali Moss, A.B. '05

Glenn Most, A.B. '72

Brooks Mostue, A.B. '69 M.Arch. '76

Philip Mote, A.B. '87

Herbert Motley, A.B. '65

Teri Motley, A.B. '65

Andrew Mott, A.B. '62

Ben Mottau, A.B. '05

Sarah Moug, M.P.H. '22

Matthew Mougalian, A.B. '99

Nicole Moulia, A.B. '21

Sylvie Moulin, M.P.P. '95

Anne Moulton, A.B. '71

Pedro Moura, A.B. '09

Aris Moustakas, Ph.D. '96 A.M. '92

Kiya Movassaghi, M.D. '95 D.M.D. '93

Hal Movius, A.B. '87

Hani Mowafi, M.P.H. '06

Zandile Moyo, A.B. '00

Amanda Mozea, A.B. '17

Jen Mrowka, A.B. '01 M.B.A. '08

Margaret Muckenhoupt, A.B. '88

Jeremy Mudd, A.B. '12

Santiago Mueckay, M.P.P. '19

Philip Muelder, M.B.A. '04

Gretchen Mueller, A.B. '73

Henry Mueller, A.B. '77

Pauline (Pam) Mueller, J.D. '08

Philipp Mueller, M.P.A. '16

Robert Mueller, Ed.D. '84 Ed.M. '80

Sarah Mueller, A.B. '92

Simon Mueller, M.P.A. '15 '

Ada Muellner, A.B. '95

Cora Mukerji, Ph.D. '20

Badsah Mukherji, A.B. '94

Molly Mulcahy, A.L.M. '24

Matthew Mulder, A.B. '05

Patricia Muldowney, A.B. '84 M.P.P. '89

Mark Mulgay, Ed.M. '84

Diane Mullen, A.B. '88

Scott Mullen, OPM '14

Francesca Muller, A.B. '93 J.D. '97

Amy Mullin, A.B. '85

Andrea Mullin, M.P.A. '99

Katie Mulroy, Ed.M. '15

Sascha Mundstein, M.A. '95

Saadia Munir Hammad, Ed.M. '24

Elizabeth Munnell, A.B. '73 J.D. '79

Alfredo Munoz, M.P.A. '24

Carol Munroe, A.B. '70

Erika Munson, A.B. '81

Kitty Munson Cooper, A.B. '72

Jerry Muntz, J.D. '79

Kindra Muntz, A.B. '65

David Muoser, M.B.A. '23

Yumiko Murakami, M.B.A. '94

Sally Murguia, A.B. '80

Maria Victoria Murillo, Ph.D. '97

Sheila Murnaghan, A.B. '73

Hillary Murnighan, A.B. '90

David Murphy, A.B. '75

Elaine Murphy, Ed.M. '78

Erin Murphy, J.D. '99

James Murphy, A.B. '68 J.D. '73

John Murphy, A.B. '75

Kathleen Murphy, A.B. '86

Kevin Murphy, A.B. '97

Kevin Murphy, A.B. '80

Laura Murphy, Ph.D. '08

Sarah Murphy, A.B. '17

Scott Murphy, A.B. '92

Clifford Murray, A.B. '10

Ethan Murray, A.B. '05

Kathleen Murray, AMP '93

Kathleen Murray, J.D. '83

Lyndsay Murray, A.B. '04

Margaret Murray, A.L.M. '86

Michael Murray, M.B.A. '92

Patricia Murray, A.B. '62

Peter Murray, A.B. '64 J.D. '67

Tara Murray, J.D. '06

Denise Murray Edwards, M.T.S. '87

James Murrett, A.B. '06

Danielle Murstein, MD, A.B. '78

Kevin Murt, A.B. '14

Sharmila Murthy, J.D. '03 M.P.A. '03

Hina Musa, M.P.A. '22

Sarah Muscat, A.B. '80

Lissa Muscatine, A.B. '76

David Mushatt, M.D. '86

Charlene Music, A.B. '04

Shannon Music, A.B. '03 M.B.A. '07 M.P.A. '08

Sammy Mustafa, M.M.Sc. '25

Paul Muther, A.B. '67

Hisayoshi Muto, Ed.M. '06

Ben Mutschler, A.B. '87

Angela Tsang Myers, A.B. '06

Dayne Myers, J.D. '88

Emily Myers, M.P.A. '11

Lisa Myers, A.B. '86

Mary Myers, Ed.M. '90

Stephen Myers, A.B. '66

Debra Myers, MD, PsyD, M.D. '77

Roger Myerson, A.B. '73 Ph.D. '76

Ian Myjer, A.B. '14

Jamil Myrie, A.B. '97

Barbara Nabrit-Stephens, A.B. '72

Matthias Nachtnebel, M.P.H. '09

Andrew Nadler, A.B. '70

Scott Nadler, A.B. '75

Calvin Nafziger, M.D. '68 M.P.H. '75

Hiromu Nagahara, Ph.D. '11

Zoe Nagasawa, A.B. '25

John Nagurney, A.B. '66 M.P.H. '77

Stephanie Nahas-Geiger, A.B. '96

Cameron Naimi, A.B. '91

Timothy Naimi, A.B. '86 M.P.H. '91

W. Robert Naito, A.B. '75

Nichole Najera, Ed.M. '23

Patricia Nakache, A.B. '86

Hiroya Nakakubo, LL.M. '90

Hani Nakhoul, A.B. '07

Teresa Nakra, A.B. '92

Deipanjan Nandi, A.B. '04

Nancy Nanka-Bruce, A.B. '99

Frank Napolitano, A.B. '05

Katherine Nappi, A.B. '91

Melissa Naranjo-Barrientos, M.L.A. '19

Anand Narasimhan, AMP '22 A.L.M. '25

Allen Narcisse, M.B.A. '05

Jennifer Nash, A.B. '01 J.D. '04 Ph.D. '09

Richard Nash, A.B. '92

Ethan Nasr, A.B. '96

Hasan Nasrallah, M.Div. '82

Edward Nasser, J.D. '18

Edward Nathan, A.M. '78 Ph.D. '82

Linda Nathan, Ed.D. '95

Samuel Nathan, A.B. '77

Elizabeth Nathan Saunders, A.B. '00

Alberto Navarro - Castex, LL.M. '89

Chetan Nayak, A.B. '92

Mary (Polly) Nayak, A.B. '68

Zehra Naz, A.B. '15

Samantha Neakrase, M.P.A. '12

Adam Neaman, A.B. '91

Lauren Neches, A.B. '99 J.D. '02

Nataliya Nedzhvetskaya, A.B. '14

Jesse Needleman, A.B. '00

Taylor Neff, A.B. '77

Margaret Neff Singleton, A.B. '62

Jason Neidleman, Ph.D. '99

Erika Neil, A.B. '88

Susan Neiman, A.B. '77 Ph.D. '86

Ken Neisser, J.D. '79

Winifred Neisser, A.B. '74

Ross Neisuler, M.D. '66 A.B. '62

Andreas Nelle, M.P.A. '91

Candace Nelson, Sc.D. '11

Christianna Nelson, A.B. '95

Connie Nelson, Ed.M. '93 Ed.D. '02

Eliot Nelson, A.B. '74

Kristin Nelson, A.B. '73

Luella Nelson, J.D. '76

Marianne Nelson, Ed.D. '01

Marion Nelson, A.B. '66

Philip Nelson, Ph.D. '84

Richard Nelson, A.B. '74 M.D. '80

Seth Nelson, M.P.P. '18

Valerie Nelson, A.B. '69

Guenevere Nelson-melby, Ed.M. '98

Seymour Martin Nemirow, A.B. '60

Louise Nemschoff, A.B. '72

Lionel Neptune, M.B.A. '86

Lewis Nerman, OPM '98 '

Julie Nero, A.B. '87

Meghana Nerurkar, Ed.M. '23

Lois Nesbitt, A.B. '81

Laura Nesbitt Lowe, A.B. '73

Rita Nethersole, A.B. '74

Jenny Netzer, A.B. '76 M.P.P. '82

Burt Neuborne, J.D. '64

Bryn Neuenschwander, A.B. '02

Amy Neuhardt, A.B. '90

Ben Neumann, Ed.M. '06

Jeanne Neumann, Ph.D. '94 A.M. '89

David Neuville, J.D. '85

Sarah Newberry, A.B. '85

Ariana Newcomer, A.B. '77

Cornelia Newell, A.B. '79

Susan Newell, A.B. '84

William Newkirk, A.B. '72

Nick Newlin, A.B. '81

Dan Newman, M.P.A. '93

Fredric Newman, A.B. '67

Jody Newman, A.B. '66

Martha Newman, A.B. '80

Nancy Newman, M.D. '84

Paul Newman KC, LL.M. '90

Kristin Newton, Ed.M. '95

Lesley Newton, B.S.

Christopher Newton-Cheh, M.P.H. '04

Daniel Nexon, A.B. '95

David Nexon, A.B. '66

Norman Nexon, A.B. '70

Mallory Nezam, M.Des. '18

Judy Ng, A.B. '95

Lillian Ng, A.B. '92

Monica Ng, Ed.M. '08 Ed.D. '17

Sarah Ng, A.B. '95

Paul Nghiem, A.B. '86

Tony Ngo, M.B.A. '08

Natharoun Ngo Son, M.P.A. '15

Kevin Nguenkam, M.B.A. '22

Ben Nguyen, A.B. '88 M.D. '92

Christina Nguyen, A.B. '16

Hoang Nguyen, A.B. '95

Hoang-Oanh Nguyen, A.B. '05

Hung Nguyen, A.B. '04

Kim Nguyen, A.B. '02

Lan-Huong Nguyen, A.B. '84

Phuong-Vien Nguyen, A.B. '86

Thomas Nguyen, A.B. '95

Diep Nguyen-van Houtte, A.B. '95 M.P.P. '98

Brenna Nicely, Ed.M. '23

Sara Nicholas, A.B. '81

Andrea Nichols, M.B.A. '19

Alexandra Nicholson, A.B. '84

Jamie Nicholson, M.B.A. '86

Laura Nicholson, A.B. '09 M.D. '18

Susan Nicholson, J.D. '84

Andrew Nickerson, A.B. '24

John Nickerson, A.B. '89

Mary Nicodemus, A.L.M. '17

Deborah Niedermeyer, A.B. '76

Kyle Niedzwiecki, A.B. '98

Arthur Nielsen, A.B. '68

Maria Nielsen, Ext. Sch. '16

Mark Nielsen, A.B. '86 J.D. '89

Roberta Nielsen, A.B. '88

Annika Nielsen-Kim, A.B. '15

David Niemiec, A.B. '72 M.B.A. '74

Elizabeth Niemiec, A.B. '04

Melanie Niemiec, A.B. '71 M.B.A. '75

Eliot Nierman, A.B. '71 M.D. '76

Margaret Nietfeld, A.B. '15

Danny Nieves-Kim, S.B. '10

Stephen Nightingale, A.B. '67

Lise Nigrovic, M.D. '97 M.P.H. '05

Peter Nigrovic, M.D. '95

Malini Nijagal, M.P.H. '16

Sonja Nikkila, A.B. '02

Bijan Niknam, Ph.D. '23

Evangelos-Marios Nikolados, A.L.B. '16

Peter Niles, M.Arch. '07

Ashok Nimgade, A.B. '80 S.M. '83

Rekha Nimgade Doraiswamy, A.B. '77

Grace Nimmons, A.B. '00

Novisi Nirschl, A.B. '99

Koichiro Nishikawa, M.B.A. '75

Jane Nishimura, A.B. '82

Nozomi Nishimura, A.B. '98

Paul Nisson, A.B. '75

Yiqiao Niu, M.E. '23

Nava Niv-Vogel, M.P.H. '00

Claire Nivola, A.B. '69

Morgan Nixon, Ed.M. '20

Jane Nober, A.B. '86 J.D. '90

Cyrus Noble, A.B. '89

Elise Noble, A.B. '69

John Noble, A.B. '75

Kesaya E Noda, M.Div. '87

Alva Noe, Ph.D. '95

Felipe Noguera, A.B. '77 '

Daniel Noh, Ed.M. '22

Patricia Nolan, A.B. '80

Sarah Nolan, Ph.D. '94 M.P.A. '09

Brandon Nolasco, M.R.E. '24

Trevor Noon, A.B. '19

James Noonan, Ed.D. '16 Ed.M. '10

Sehreen Noor Ali, Ed.M. '06

John Noran, A.B. '73

Charles Norchi, A.B. '79

Erik Nordbye, Th.D. '24 M.Div. '14

Laura Norman, A.B. '72

Emma Normoyle, M.P.P. '25

Lorrie Norrington, M.B.A. '89

Suzanne Norris, A.B. '98 M.B.A. '03

Troy Norris, A.B. '88 M.B.A. '92

Judith Norsigian, A.B. '70

Danny North, A.B. '85

Dylan Norton, A.B. '93

Emily Norton, M.P.P. '95

Scott Norton, M.B.A. '92

Albert Norweb, M.B.A. '10 M.P.A. '10

Suzanne Nossel, A.B. '91 J.D. '96

Edward Notis-McConarty, A.B. '73

Robert Noto, J.D. '77

Amanda Nottke, Ph.D. '11

Jehane Noujaim, A.B. '96 A.B. '96

Valerie Novales, A.B. '04

Mariel Novas, Ed.L.D. '20

Sam Novey, A.B. '11

Olivia Novick, A.B. '17 M.P.P. '24

John Nowaczyk, A.B. '92

Kelsey Nowell, A.B. '13

Pendred Noyce, A.B. '77

Dan Noyes, A.B. '72

Jean Philbert Nsengimana, M.P.A. '20

Marcia Nuffer, M.B.A. '92

Thomas Nunan, A.B. '15

Julia Nunan-Saah, A.B. '11

Anne-Marie Nunez, A.B. '93

Antonio Nunez, LL.M. '90

Charles Nunez, A.B. '61

Dorien Nunez, A.B. '80 M.B.A. '84

Felix Nunez, M.D. '95

Robert Nunn, M.B.A. '86

Nadia Nurhussein, A.B. '96

Jean Nusbaum, A.B. '82

Jennifer Nuzzo, S.M. '01

Chike Nwankwo, A.B. '95

Chukwuemeka Nwanze, A.B. '00 M.M.Sc. '13

Alozie Nwosu, A.B. '95

Kate Nyhan, A.B. '06

Licha Nyiendo, A.B. '97

Wendy Nylen, A.B. '84

Amanda O'Bannon, A.B. '78

Conan O'Brien, A.B. '85

John O'Brien, A.B. '01

Katharine O'Brien, A.B. '04

Kevin O'Brien, A.B. '74 J.D. '79

Lucy O'Brien, A.B. '92

Matthew O'Brien, A.B. '07

John O'Brien, A.B. '72

Matthew O'Brien, A.L.M. '24

Robert O'Brien, A.B. '75

Tim O'Bryhim, A.L.M. '23

James O'Connell, B.A. '75

Jim O'Connell, M.D. '82

Kristin O'Connell, A.B. '65

Ryan O'Connell, A.B. '73

Cailin O'Connor, A.B. '06

David O'Connor, A.B. '77

Delia O'Connor, A.B. '70

Kathleen O'Connor, A.B. '79

Kevin O'Connor, A.B. '13

Peter O'Connor, A.B. '98

William O'Connor, A.B. '71

Jenny O'Donnell, M.M.Sc. '11 Sc.D. '17

Deborah O'Driscoll, M.D. '83

Fiachra O'Driscoll, M.B.A. '92

Deirdre O'Dwyer, A.B. '00

Emer O'Dwyer, A.B. '97 Ph.D. '07

Harry T O'Hare Jr, A.B. '71 M.B.A. '75

Stephanie O'Keefe, Ed.M. '20

Joanna O'Leary, A.B. '03

Rachel O'Leary, M.P.P. '11

Nicole O'Loughlin, A.B. '12

Doug O'Malley, A.B. '01

Ryan O'Meara, A.B. '18

Ruth O'Meara-Costello, A.B. '02 J.D. '06

Paul O'Moore, A.B. '79

Sean O'Neill, J.D. '15

Ellen O'Neill, A.B. '85

Timothy O'Neill, A.B. '72

Edward O'Rourke, A.B. '72

Jennifer O'Shea, A.B. '90

Katherine O'Sullivan, A.B. '93

Rachel Oakes, A.B. '93

Paul Oakley, A.B. '70

Stephanie Oana, A.B. '87

Danielle Oberbeck, A.B. '02 Ed.M. '09

Lukas Oberhuber, A.B. '90

Michael Oberst, A.B. '12

Adrian Obleton, M.B.A. '23

Arthur Marc OBrien, M.B.A. '67

Francella Ochillo, M.P.A. '23

Sabrina Ochoa, J.D. '24

Howard Ockman, A.B. '73

Arden OConnor, A.B. '00 M.B.A. '08

Peter Oconnor, M.B.A. '69

Robert Oden, A.B. '69 Ph.D. '75 Th.M. '75

Michael Odza, A.B. '73

Stephen Oesterle, A.B. '73

Pat Oey, Ed.M. '87

Timothy Oey, A.B. '84

Liliane Offredo-Zreik, M.B.A. '00

Pierce Ogden, Ph.D. '19

Melina OGrady, Ed.M. '02

Yemi Ogunleye, S.M. '09

Barbara Ogur, A.B. '69

Adam Oh, A.B. '17

Brian Oh, A.B. '15

Seong-Mi Oh, A.B. '92

Clara Ohr, A.B. '93

Nami Ohtomo, A.B. '91

Oluwalani Oisaghie, A.B. '19

Lenna Ojure (Peters), A.B. '70

Megumi Oka, A.B. '81

Saisuke Okabayashi, A.B. '99

Etsuko May Okajima, M.B.A. '00

Emily Oken, M.D. '96 M.P.H. '03

William Okerman, A.B. '76

Mark Okerstrom, M.B.A. '04

Susan Okie, A.B. '73 M.D. '78

Nnamdi Okike, A.B. '02 J.D. '09 M.B.A. '09

Osaremen Okolo, A.B. '17

Sonja Okun, A.B. '93 M.B.A. '02

Anne Olcott, A.B. '85

Jacqueline Old Coyote, Ed.M. '04

Chad Oldfather, A.B. '90

Jacqueline Olds, A.B. '67

Vincent Oletu, S.B. '09

Ellen Oliensis, Ph.D. '91

Jane Oliensis, A.B. '79

Reuben Olinsky, A.B. '04

Jaqueline Oliveira-Cella, Exec. Ed. '24

James Oliver, M.D. '94

Kristina Oliver, J.D. '07

Ryan Oliver, A.B. '98

Pilar Olivo, A.B. '88

Victor Olofin, J.D. '24

Sulayman Oloritun, A.B. '25

Peter Olrich, A.B. '90

Gavin Olsen, A.B. '21

Rachelle Olsen, Ph.D. '11

Robert Olsen, A.B. '66

Sara Olsen, M.B.A. '99

Regina Olshan, A.B. '85

Andrew Olson, A.B. '84

Bradley Olson, A.B. '03 M.B.A. '08

Catherine Olson, A.B. '90

Conlan Olson, A.B. '22 Ed.M. '23

David Olson, A.B. '72

John Olson, A.B. '71

Peter Olson, A.B. '72 M.B.A. '76 J.D. '76

Shelbi Olson, A.B. '14

Thomas Olson, J.D. '82

Winston Olson-Duvall, A.B. '98

Daniel Olszewski, M.B.A. '92

Rodney Omachi, M.D. '68

Christine Omodi-Engola, A.B. '94

Jasmine Omorogbe, Ed.M. '13

James Ondaatje, A.B. '14

Pascal Onillon, M.B.A. '95

Lauren Onofrey, A.B. '12

Aung Oo, M.P.A. '00

Amandla Ooko-Ombaka, M.B.A. '16 M.P.A. '16

Andrew Opel, A.B. '86

David Oppenheimer, J.D. '78

Deborah Opperman Levine, M.B.A. '76

John Oppermann, J.D. '10

Linda Ordogh, A.M. '95

Susan Ordway, A.B. '86

Liliana Orellana, Ph.D. '07

Aaron Orenstein, M.Arch. '12

Katie Orenstein, A.B. '90

Ling Orgel, A.B. '90

Nancy Oriol, M.D. '79

Fredrick Orkin, M.D. '68 S.M. '01

Karen J. Orlin, J.D. '72

Ann Orloff, A.B. '75

Xabier Ormazabal, A.B. '96

Kim Ornelas, J.D. '82

Alia Ornstein, A.B. '02

Genevieve Orr, A.B. '08

Lawrence Orr, A.B. '78

Aileen Ortega, J.D. '92

Veronica Ortega, M.T.S. '07

Jessica Orthman-Queen, A.B. '04

Andrea Ortiz, A.B. '16

Ronald Ortiz, A.B. '80

Victor Ortiz de Montellano, A.B. '93

Camila Ortiz de Zevallos, M.B.A. '22

Robin Orttung, A.B. '84

Bohdan Oryshkevich, M.P.H. '83

Emilie Osborn, A.B. '69

Elizabeth Osborne, A.B. '80

Kerrington Osborne, J.D. '87

Robert Osborne, A.B. '76 J.D. '79

Thomas Osborne, A.B. '08

Raymond Osbun, A.B. '75

Sara Oseasohn, A.B. '74 M.Arch. '77

Ted Osius, A.B. '84

Lori Osmundsen, J.D. '92

Diego Osorio, M.P.A. '09 Fellow '24

Henry Oster, M.D. '71

Thomas Osteraas, A.B. '88

Emily Ostermeyer, M.E. '18

Grey Osterud, A.B. '71

Eze Osuagwu, A.L.B. '15

David Otero, A.B. '99

David Othmer, A.B. '63 M.B.A. '66

Andrew Ott, A.B. '92 M.P.A. '03

Stanley Otto, A.B. '71

Teresa Ou, A.B. '96 J.D. '99

Chelsie Ouellette, M.P.A. '24

Sally Ourieff, M.D. '86

Bettye Outlaw, A.B. '84

The Rev. Martha Overall, A.B. '69

Paul Overby, M.B.A. '88

Catherine Overholt, S.M. '83

Catherine Overholt, Dr.P.H. '80 Dr.P.H. '83

Andre Owens, J.D. '88

Christopher Owens, A.B. '83

Ivy Owens, A.B. '03

Miriam Owens, A.B. '08

Richard Owens, J.D. '88

Ross Owens, A.B. '69

Cheryl Owens-Howard, D.B.A. '83 M.B.A. '75

Uzoma Owunna, A.B. '96

Jackie Owusu-McKenzie, M.D. '99

Sharon Owyang, A.B. '91

David Oxtoby, A.B. '72

Kenneth Oye, Ph.D. '83

Oyinda Oyelaran, A.M. '01 Ph.D. '05

Deborah Oyer, M.D. '87

Elaine Pace, M.P.A. '00

Adam Pachter, A.B. '92

Lauren Packard, A.B. '11

Alex Packer, A.B. '72 Ed.M. '73

Claire Packer, A.B. '10

William Packer, M.P.A. '20

Angela Padilla, A.B. '87

Nelia Padilla, A.B. '00

Jeff Padnos, A.B. '70 M.B.A. '74

Margaret Mais Padnos, A.B. '70

Mercedes Padrino, A.B. '75

Dominique Padurano, A.B. '93

Mariela Paez, Ed.D. '01 Ed.M. '96

Stefan Pagacik, A.B. '79

Julia Page, Ph.D. '22 M.D. '24

Rodney Page, J.D. '71

Shippen Page, A.B. '69

Tovis Page, M.T.S. '98 Ph.D. '08

Charlotte Page Crane, M.D. '16

Lucas Paglia, A.B. '93

Lisa Paige, A.B. '80

Sue Paik, A.B. '02

Susan Paikin Abravanel, Ed.M. '82

Thomas Paine, A.B. '70 M.L.A. '74

Richard Paisner, A.B. '70 J.D. '74

Alejandro Paiuk, M.B.A. '07

Mary Clements Pajak, A.L.B. '89

Koushik Pal, M.P.A. '05

Doris Palc, A.B. '47

Sonali Palchaudhuri, A.B. '07

Mary Palermo Stone, A.B. '77

Ginette Pales, A.B. '95

Patricia Paley, Ed.M. '69

John Palfrey, A.B. '67

Judith Palfrey, A.B. '67

Thomas Pallo, Ed.M. '82

Grace Palmer, M.P.P. '19

Helena Palmer, A.B. '85 Ed.M. '90

Ilana Palmer, A.L.B. '07

Meredith Palmer, A.B. '73

Nicholas Palmer, A.B. '79

Ailin Katherine Palmera Amaya, M.Div. '23

Ian Palmquist, M.P.A. '12

Maren Palmquist Armour, A.B. '82

Rossana Palomino, M.D. '95

Shalini Pammal, A.B. '13

Deborah Pan, A.B. '93

Grace Pan, Ph.D. '24

Helen Panarites, A.B. '84

Dylan Pancoast, A.B. '23

Reena Pande, A.B. '96 M.D. '01 M.Sc. '12

Neelima Pania, A.B. '96

Judith Panitch, A.B. '89

Saul Pannell, A.B. '72 M.B.A. '74

Orabhund Panuspatthna, LL.M. '90

Victoria Pao, A.B. '90

William Pao, A.B. '90

Samantha Papadakis, A.B. '08

Jeff Papier, A.B. '83

Liza Pappas, Ed.M. '06

Judith Paprin, A.B. '79 M.Arch. '85

Olivia Paquette, A.B. '10

Ayala Parag, M.P.A. '94 M.P.A. '94

Nikesh Parekh, A.B. '95 M.B.A. '00

Sohil Parekh, M.B.A. '08

Timothy Parent, A.B. '09

Ara Parikh, A.B. '15

Rajiv Parikh, M.B.A. '97

Alberto Parisi, Ph.D. '23 A.M. '19

Alyssa Park, A.B. '91

Hamish Park, A.L.M. '20

Hannah Park, A.B. '13

Jonathan Park, A.B. '13

Julie Park, A.B. '97 Ed.M. '99

Karen Park, A.B. '84

Katharine Park, A.B. '68 Ph.D. '81

Maria Park, A.B. '19

Pearl Park, A.L.M. '23

Rebecca Park, A.B. '16 Ed.M. '17

Sharon Park, A.B. '15

Alison Park Douglas, A.B. '96

Dennis Parker, J.D. '80

Gwendolyn Parker, A.B. '72

John Parker, A.B. '80

Judith Parker, A.B. '66 M.E. '67

Kimberly Parker, J.D. '92

Shayla Parker, M.P.H. '25

Stephen Parker, A.B. '78

Theodora Parker Colburn, A.B. '71

Laura Parkin, A.B. '86 M.P.A. '13

Kirk Parks, A.B. '93

Robert Parlin, A.B. '85 Ed.M. '87

Wendy Parmet, J.D. '82

Diana Parno, A.B. '04

Deanna Parrish, J.D. '16

Darryl Parson, A.B. '87

Julie Parsonnet, A.B. '79

Jessica Parsons, Ed.M. '11

Polly Parsons, A.B. '75

Anthony Partridge, A.B. '50 J.D. '57

Usha Pasi, Ed.M. '85

J. Justin Pasquariello, A.B. '01 M.B.A. '10 M.P.A. '10

Veronica Passalacqua, BLA '94

Michael Passante, A.B. '99 J.D. '03 M.P.P. '03

Jonathan Passaro, J.D. '10

Oliver Passavant, M.P.A. '87

Agata Passent, A.B. '95

Clifford Pastel, A.B. '70

Derick Pasternak, A.B. '63 M.D. '67

Ken Pasternak, A.B. '93

Sarah Pasternak, A.B. '98

John Patek, A.B. '65

Viola Patek, M.A.T. '67

Emily Patek Higgins, A.B. '97 Ed.M. '99

Anna Patel, A.B. '13

Cauvery Patel, M.B.A. '16

Jill Patel, A.B. '70 Ed.M. '72 M.B.A. '79

Avni Patel Thompson, M.B.A. '08

Megna Patel Yajnik, J.D. '17

Neha Pathak, A.B. '02

Deval Patrick, A.B. '78 J.D. '82

Kathryn Patrikis, A.B. '68 M.A.T. '70

Peter Patrikis, A.B. '68 Ph.D. '73

Stefan Patrikis, A.B. '06

Marguerite Patterson, A.B. '78

Kimberley Pattillo, A.B. '96

Alex Patton, A.B. '67

Geoffrey Patton, M.S.H.P.M. '86

Deborah Patz, A.B. '88

Norman Patz, A.B. '59

Sheridan Pauker, A.B. '96

J Thomas Paul, A.B. '72

Kateri Paul, A.M. '97 Ph.D. '01

Lindsay Belew Paul, M.B.A. '85

Richard Paul, A.B. '57

Dina Paul-Parks, A.B. '93

Daina Paulikas, M.B.A. '13

Merlyn Paulson, M.L.A. '75

Joyce Maguire Pavao, Ed.M. '85 Ed.D. '89

Dean Pavlakis, A.B. '80

Rumiana Pavlova, M.P.A. '23

Laura Pavlovic, J.D. '00

Joanne Pawlowski, M.P.A. '90 CSS '86

Michael Payne, A.B. '77 M.D. '81 M.P.H. '82

Will Payne, A.B. '07

Allen Peacock, A.B. '76

Paola Peacock-Villada, M.M.Sc. '06 Ed.L.D. '14

Deborah Pearce, M.B.A. '82

Karla Pearce, A.B. '57

Marion Pearce, Ed.D. '65

Sharrona Pearl, Ph.D. '05

David Pearle, M.D. '68

Ronald Pearlman, Ph.D. '66 M.M.Sc. '66

Jori Pearsall, A.B. '07

Alex Pearson, A.B. '82

Lucy Sperber Pease, M.A.T. '68

Elise Pechter, M.A.T. '70

Sabrina Peck, A.B. '84

Susan Peck, A.B. '79 S.M. '87 Sc.D. '91

Ann Pedersen, A.B. '71

Annelisa Pedersen, A.B. '06

Bill Pedersen, A.B. '65 J.D. '68

Natalie Pedersen, J.D. '04

Julia Pederson, A.B. '07

Susan Pedicini, A.B. '08

Thomas Pedulla, A.B. '75

Matthew Peed, A.B. '00

Adam Peek, A.B. '98

Ellen Peel, A.B. '73

Ralph Peeler, A.B. '76

Ashton Peery, A.B. '74 M.B.A. '91

Chip Peinado, A.B. '12

Sandra Peinado, A.B. '79

Daniel C Peirce, S.B. '78

Alice Peisch, M.P.A. '09

Elsa Pekmez Atan, M.B.A. '04

Susan Peligian, Ed.D. '04

Gary Pelissier, A.B. '11

Bonney Pelley, A.B. '96

Alessandra Pelliccia, M.B.A. '17

Mark Pelofsky, A.B. '84 M.B.A. '89

Gayle Pemberton, A.M. '71 Ph.D. '81

Walter Pence, A.M. '62

Christiane Pendarvis, A.B. '92

Mark Pendergrast, A.B. '70

Elizabeth Pendery, Ed.M. '77

Christine Pendry, A.B. '74

Amy Penn, J.D. '06

Ward Pennebaker, A.B. '75

Greg Pennington, A.B. '75

Daniel Penrice, Ph.D. '84 A.M. '78

Álida Pepper, A.B. '00

Mark Peppercorn, A.B. '64 M.D. '68

David Peprah, A.B. '11

Carlos Peralta, HBAP '23

Garrett Perchetti, A.B. '18

Carla Pereira Colton, A.B. '96

Debra Perez, Ph.D. '05

Melissa Perez, A.B. '13

Allyson Pérez, A.B. '17

Patricia Perez-Jenkins, A.B. '98

Jessica Perillo, A.B. '14

Jennifer Perini, A.B. '85

David Perkel, A.B. '84

Alexandra Perkins, A.B. '10

Charles Perkins, A.B. '74

David Perkins, A.B. '63 M.D. '68

George H Perkins, A.B. '80

Hilary Perkins, M.P.A. '91

John Perkins, A.B. '71

John Perkins, A.B. '85

Maria Perkins, A.B. '85

paul perkins, A.B. '71

Robert Perkins, A.B. '89

Thomas Perkins, B.A. '67

Tom Perkins, M.Arch. '95

Warren Perkins, A.B. '79

Winthrop Perkins, A.B. '74

Shanti Perkins, MD, A.B. '94

Robert Perkowitz, OPM '88

Linda Perle, J.D. '72

brett perlman, M.P.A. '93 ALI '16

Amy Perlmutter, M.P.A. '93

Katherine Perls, A.B. '66

Jonathan Perrin, A.B. '11

Marshall Perrin, A.B. '00

James Perrine, A.B. '77

Alice Perry, M.A.T. '71

Daniel Perry, A.B. '95

David Perry, A.B. '70

Duane Perry, M.C.R.P. '80

Elizabeth Perry, A.B. '70

Gerald Stephen Perry, A.B. '80

Nancy Perry, A.B. '64

Pamela Perry, A.B. '87 J.D. '90

Rachel Tamsen Perry, A.B. '97

Samuel Perry, A.B. '81

Ruby Perry-Mize, A.B. '25

Stephen Pershing, A.B. '79

Seth Persily, J.D. '99

Joseph Persky, A.B. '66 Ph.D. '71

Kate Persons, A.B. '92

Tomas Persson, M.B.A. '04

Joel Perwin, A.B. '70 J.D. '74

Sam Perwin, A.B. '04

Anthony Pescosolido, A.B. '91

Peter Pesic, A.B. '69

Barbara Peskin, A.B. '75

Stuart Peskoe, A.B. '76 S.M. '77

John Pestle, A.B. '70

Penelope Mendenhall Pestle, A.B. '70

Dan Peter, M.B.A. '83

Shanon Peter, A.B. '05

Steven Peterman, A.B. '72

Erica Peters, A.B. '91

Michael Peters, M.B.A. '17

Cole Petersen, A.B. '23

Rodney Petersen, A.B. '71 M.Div. '74 Th.M. '76

Charles Peterson, A.B. '97

Dale Peterson, A.B. '63

Elisabeth Peterson, A.B. '60 Ed.M. '66

Eric Peterson, A.B. '61

James Peterson, A.B. '72

Kathleen Peterson, Ph.D. '06

Leni Peterson, M.B.A. '23 M.M.Sc. '23

Mark Peterson, A.B. '83 Ph.D. '93 A.M. '95

Sally Peterson, Ed.M. '99

Thomas Peterson, A.B. '18

Peter Petri, A.B. '68 Ph.D. '76

William Petricone, A.B. '80

Karen Petrone, A.B. '87

Steven Petrow, M.B.A. '92

Jeff Petrucelly, J.D. '72

Susan Pettee, A.B. '62

Tammy Pettinato Oltz, J.D. '05

Monique Pettit, A.B. '84 A.M. '84

Jan Petzel, M.B.A. '03

Daniel Pfau, S.M. '75 M.E. '77

Nancy Pfeffer, A.B. '81

Harry Pfeifer, A.M. '75 J.D. '78

Mather Pfeiffenberger, A.B. '79

Gregory Pflugfelder, A.B. '81

Andy Pforzheimer, A.B. '84

Ann Pforzheimer, A.B. '86

Earl Phalen, J.D. '93

Huyen Pham, A.B. '92 J.D. '96

Kiemanh Pham, A.B. '00

Phuong Pham, A.B. '84

Thu Pham, A.B. '23

Tung Pham, M. Sc. '24 Ph.D. '24

Vivian Pham, M.P.A. '24

Rachel Phan, A.B. '21

Jennifer Phend Nock, A.M. '01

Robert Philbrick, M.Arch. '75

Bianca Philippi, Ed.M. '00

Cynthia Phillips, A.B. '95

Emma Phillips, A.B. '00

Georgette Phillips, J.D. '85

Gregory Phillips, Ph.D. '76 M.A. '73

Heather Phillips, A.B. '97

Kim Phillips, M.B.A. '99

Lawrence Phillips, M.D. '67

Tom Phillips, A.B. '77

Christine Phillpotts, M.B.A. '09

Ben Phinney, A.B. '70

Kathryn Picanso, A.B. '95

Matthew Picard, A.B. '85

Phillip Picardi, M.R.P.L. '22

Heather Pickerell, A.B. '15 J.D. '20

Susan Pieper, M.B.A. '92

Shanthi Pierce, M.P.A. '14

Jules Pieri, M.B.A. '86

Geoff Pierson, Ed.D. '73 M.A.T. '66

Barbara Piette, M.B.A. '86

Caroline Piggott, A.B. '03

Tricia Pil, A.B. '92

Brian Pilchik, J.D. '17

Kevin Pilkiewicz, A.B. '05 A.M. '05

Clara Piloto, Ed.M. '22

Gil Pimentel, A.B. '84

Peter Pinch, A.B. '94 Ed.M. '96

Elizabeth Bradham Pinckney, M.B.A. '86

Stephanie Pincus, M.D. '68

159

Claudia Pineda Mendoza, Ed.M. '99 Ed.D. '07

Dan Pingree, M.B.A. '00 A.M. '00

Michon Pinnix Wilson, M.B.A. '08

Diana Pinto, A.B. '70 Ph.D. '77

Emily Pipes, Ed.M. '20

Maggie Pisacane, A.B. '98

Alexandra Pistey, Ed.M. '17

Juan Pitarque, A.B. '77 M.P.A. '00

Amy Pitelka, J.D. '08

Annabella Pitkin, A.B. '90

Hannah Pitt, M.P.A. '14

Alicia Pittard, A.B. '01 M.P.H. '24

Christine Pittel, A.B. '73

Marvin Pittman, A.B. '02

Brenda Pitts, A.B. '90

Fernando Pizarro, A.B. '96

Tracy Pizzo Frey, A.B. '96

Eric Plaks, A.B. '96

Anna-Lisa Plant, A.B. '98

Gordon Platt, J.D. '88

Nicholas Plaut, A.B. '21

Dennis Playdon, M.Arch. '69

Mary Ellen Player, A.B. '04

John Pleasants, M.B.A. '93

Martha Pleasure, A.B. '67

Sonja Plesset, Ph.D. '02

Ashley Pletz, A.B. '08 M.P.P. '14

Maritess Plewnarz, A.B. '02

Jack (John F.) Plimpton, A.B. '78

David Plotke, A.B. '71

Katherine Plotnick, A.B. '07

Bernard Plovnick, M.S.P.H. '80

Douglas Plummer, M.B.A. '92

William Plummer, M.B.A. '05

James Plunkett, A.B. '71

Marcia Plunkett, A.B. '71

Annabel Po, M.B.A. '86

Kimberly Po, A.L.M. '24

Michael Pocalyko, M.P.A. '85

Elizabeth Podlach, A.B. '86

John Polanin, A.B. '80

Sadie Polen, Ed.M. '17

Florencia Greer Polite, S.B. '97

Scott Pollack, A.B. '85

Stephen Pollack, A.B. '77 M.B.A. '79

Susan First Pollack, A.B. '64 J.D. '67

Thomas Pollard, M.D. '68

Bruce Pollock, M.B.A. '86 M.C.R.P. '78

Harry Pollock, A.B. '64

Mica Pollock, A.B. '93

Sheldon Pollock, A.B. '71 A.M. '73 Ph.D. '75

Sudheer Poluru, A.B. '15 J.D. '23

Daniel Pomerantz, M.D. '90

Dina Pomeranz, Dr.P.H. '10 Dr.P.H. '10

Elaine J. Pommells, M.B.A. '92

Perry Pong, A.B. '83

Ann Pongracz, A.B. '75

Jody Ann Pongratz, A.B. '82

Anna Ponting, M.B.A. '19 M.P.P. '19

Priya Pookkulam, J.D. '25

Daniel Pool, A.B. '70

Eugene Pool, A.B. '64

Jeremy Pool, A.B. '67

Sanford Pooler, M.P.A. '98

Jefferson Pooley, A.B. '98

Jennifer Poon, A.B. '05 Ed.M. '06

Bjorn Poonen, A.B. '89

Alfred Poor, A.B. '73

Bancroft Poor, A.B. '78

Daniel Poor, A.B. '67

James Pope, A.B. '74 J.D. '83

Elianne Popell, A.B. '90

Anne Popkin, A.B. '87

Arlene Popkin, A.B. '68

RK Popkin, A.B. '08

Ade Popoola, A.B. '15 M.B.A. '21

Zarka Popovic, M.P.A. '99

Suzanne Poppema, M.D. '74

Virginia Popper, A.B. '76

Janine Poreba, A.B. '94

Peter Poriss, A.B. '70

Ann Porter, A.B. '62

David Porter, A.B. '76 M.B.A. '82

Edward Porter, A.B. '70

Kathryn Porter, A.B. '72 M.P.A. '82

Kylie Porter, A.B. '12

Spence Porter, A.B. '70

Margaret Poser, A.B. '76

Jonathan Posin, A.B. '75

Harriet Posner, A.B. '81

Peter Post, A.B. '82

Stephen Post, M.C.R.P. '81

Charles Poster, A.B. '69 M.Arch. '73

Janet Potash, A.B. '72

Anna Potter, A.B. '97

Carol Potter, A.B. '70

Daniel Potter, A.B. '68 M.Arch. '75

Elizabeth Potter, A.B. '90

John Potter, A.B. '68

Michael Potter, A.B. '84 M.D. '90

Patricia Potter, A.B. '73

Paul Pottinger, A.B. '90

Daniel Potts, A.B. '75 Ph.D. '80

Daniel Potts, A.B. '09

Hildreth Potts, A.B. '77

Caroline Pougnier, M.B.A. '14

Jill Poulsen, A.L.M. '25

Lucy Poulson, A.B. '23

Susan Povich, J.D. '88

Cameron Powell, J.D. '92

Eleanor Powell, Ph.D. '09

Kathryn Powell, A.B. '04

Kenneth E Powell, A.B. '63 M.P.H. '70

Patricia Powell, A.B. '80

Stephen Powelson, M.D. '77

Eleanor Powers, A.B. '81

Liz Powers, A.B. '10

Rosemary Powers, M.P.A. '00

Scott Powers, A.B. '82

Naia Poyer, M.T.S. '18

Anoop Prakash, M.B.A. '01

Sujith Kumar Prankumar, M.T.S. '15

Bridget Pranzatelli, J.D. '24

Megan Prasad, A.B. '15

Rohil Prasad, A.B. '18 A.M. '18

Sesha Pratap, A.B. '84

Harold I. Pratt, A.B. '59 LLB '63

Laurence Pratt, A.B. '88

Stephen Pratt, Ed.M. '89

Jennie Preece, Ed.M. '11

Drazen Prelec, A.B. '78 Ph.D. '83

Niall Prendergast, A.B. '09

Brenda Prescott, A.B. '81

Claire Presler, A.M. '17

Marc Presler, Ph.D. '18

Jon Press, A.B. '72

Adele Pressman, A.B. '68

Roberta Pressman, Ed.M. '64

Claire Prestel, A.B. '98 J.D. '02

Michael Preston, A.B. '96

Anusorn Preugpaibul, M.B.A. '16

David Pribnow, Ph.D. '75

Andrea Price, Ed.M. '89

Charles Price, J.D. '69

David Price, M.Arch. '76

Evander Price, Ph.D. '19

Glenn Price, A.B. '69

Jeremy Price, Ed.M. '03

John Price, A.B. '62 Ph.D. '68

Richard Price, M.L.A. '13

Richard Price, A.B. '63 Ph.D. '70

Gregory Priebe, A.B. '89 M.D. '93

Margarita Prieto, J.D. '91

Beth Feller Printz, A.B. '85

Kristin Priscella, A.B. '00

Cornelius Prittwitz, M.P.A. '85

Diane Proctor, Ed.M. '80

Monja Proctor, A.B. '87

Shemin Proctor, A.B. '87 J.D. '90

Vernon Proctor, A.B. '76 J.D. '79

Casey Protti, M.P.A. '04

Carranza Pryor, A.B. '91

Lauren Pue, M.B.A. '23 M.S. '23

Allison Pugh, A.B. '88

James Pugh, A.M. '78

Catherine Puglisi, A.B. '75

Michael Pulitzer, Jr., A.B. '75

Micki Pulleyking, M.Div. '88

Sally Pullman-Mooar, A.B. '76

Shilpa Punatar, M.B.A. '04

Pongpon Punyaneramitdee, M.Des. '20

Scott Puopolo, A.B. '85

Anne Purcell, A.B. '78

Kelley Purcell, A.B. '02

Julie Orsinger Purrington, A.B. '93

Erika Putnam, Ed.M. '77

Keri Putnam, A.B. '87

Lara Putnam, A.B. '90

Marvin Putnam, A.B. '86

Michael Putnam, M.P.A. '04

Dr, Don Putnoi, M.D. '67

Mary Putt, Sc.D. '99

Lisa Putukian, M.B.A. '88

Kathryn Puzzanghera, M.T.S. '25

Paul Puzzanghera, A.B. '77

Rosemary Pye, M.A.T. '70

Robert Pyle, A.B. '57 A.M. '58

Michelle Qin, A.B. '23

Wilson Qin, A.B. '16 S.M. '21

Jing Qiu, A.B. '16 Ed.M. '17

Jimmy Quach, A.B. '98

Erika Quade, A.L.M. '23

Hayley Quant, A.B. '00

John S. Quarterman, A.B. '77

Qaren Quartey, A.B. '15

Deborah Quazzo, M.B.A. '87

Caroline Quazzo-Elnick, A.B. '12 M.B.A. '17

Jerome-Oliver Quella, Exec Ed '24

Brian Questad, A.B. '01

Leticia Quezada, A.B. '15

Anne Quick, A.B. '71

Polly Quick, A.B. '68 Ph.D. '76

Caroline Quillian Stubbs, A.B. '80 A.M. '86

David Quilter, A.B. '80 M.P.A. '87

Brendan Quinn, A.B. '12

James Quinn, S.B. '75

Keith Quinn, A.B. '92

Eduardo Quintanilla, LL.M. '90

John Quirk, A.B. '73

Herman Quirmbach, A.B. '72

Beth Quitslund, A.B. '91

Rana Quraishi, M.S. '79

James Rabb, A.B. '66 M.D. '70

Amy Rabb-Liu, A.B. '89

Allison Rabe, A.B. '19

Anne Rabin, M.P.A. '99

Daniel Rabinowitz, A.B. '72

Henry Rabinowitz, A.B. '72

John Rabinowitz, A.B. '84

David Rabkin, A.B. '83

Douglas Rabuzzi, A.B. '86

Jani Rachelson, J.D. '78

Daniel Radcliffe, M.P.A. '07

Allison Rader, A.B. '86

Mala Radhakrishnan, A.B. '00

Madina Radjabova, A.B. '19

Yasmin Radjy, M.P.P. '17

Joan Radner, A.B. '65 Ph.D. '71

Slobodan Radoman, A.B. '07

Seth David Radwell, M.P.P. '89

Marjan Rafat, Ph.D. '12 S.M. '07

Corey Raffel, A.B. '74

Stephen Raffel, A.B. '60

Riki Rafner, A.B. '75

Annette Raggette, M.P.P. '94

Grier Raggio, A.B. '64

Divya Raghavan, A.B. '11

Sridevi Raghavan, M.B.A. '08

Deborah Fiah Ragin, A.M. '84 Ph.D. '85

Luther Ragin Jr, A.B. '77 M.P.P. '80

Anna Raginskaya, A.B. '11 M.B.A. '16

Michelle Rago, A.B. '84

Jamed Ragsdale, M.B.A. '93

Nilab Rahyar Tolton, J.D. '10

Arti Rai, J.D. '91 A.B. '87

Julia Raifman, M.S. '11 Sc.D. '15

Matthew Raifman, M.P.P. '11

Ritvik Raina, S.M. '25

Chris Raine, M.P.A. '24

William Rainey, A.B. '68

Laura Raisty, A.B. '93

Anant Rajan, A.B. '24

Reema Rajbanshi, A.B. '03

Tazmeen Rajwani, A.B. '79 M.P.A. '08

Edmond Raker, A.B. '70 M.D. '74

Valli Rallis, J.D. '80

Kesha Ram Hinsdale, M.P.A. '18

Komala Ramachandra, J.D. '10

Jyoti Ramakrishna, M.P.H. '15

Sharad Ramanathan, Ph.D. '97 A.M. '94

Marylee Rambaud, Ed.M. '89 Ed.M. '91 Ed.D. '96

René M. Rambo-Rodgers, M.P.A. '90

Tara Ramchandani, J.D. '08

Drucilla Ramey, A.B. '68

Aviva Ramirez, A.B. '23

Caroline Mae Ramirez, M.M.Sc. '22

Mariana Ramirez de Arellano, A.B. '13

Marlène Ramírez-Cancio, A.B. '94

Alisha Ramos, A.B. '12

Soraya Ramos, Ed.M. '18

Victot Ramos, M.P.A. '93

Skylar Rampersaud, A.B. '00

Aziz Rana, A.B. '00 Ph.D. '07

Brent Ranalli, A.B. '97

Timothy Ranallo-Benavidez, M.T.S. '16

Kenneth Rand, A.B. '64

Dana Randall, A.B. '88

Laura Randall, M.Div. '08

MacLaren Randall, A.L.B. '98

Maurice Randall, A.B. '76

Richard Randall, A.B. '74

William Randall, A.B. '72

Paula Randolph, A.B. '79

Russell Keith Raney, A.B. '60

Soumya Rangarajan, M.P.P. '08

San Juanita Rangel, A.B. '90

Dejana Rankovic, M.P.A. '18

Paul Ransohoff, A.B. '70

Matthew Ranson, A.B. '02 Ph.D. '12

Arathi Rao, M.P.A. '12

Jahnavi Rao, A.B. '23

Donella Rapier, M.B.A. '92

Julieann Rapoport, A.B. '84

Jerome Rappaport, A.B. '79 M.C.R.P. '81

Kelly Rappuchi, Ed.M. '02

Vassilios Raptopoulos, M.A. Honorary '99

Anusha Rasalingam, J.D. '99

Cinzia Rascazzo, M.B.A. '02

Leonida Rasenas, A.B. '77

Jamie Raskin, A.B. '83 J.D. '87

Larry Raskin, Ed.M. '73

Thomas Raskin, A.B. '72

Mark Rasmuson, A.B. '70

Will Rasmussen, A.B. '04

Karen Rasmussen Stone, A.B. '71

Mitchell Rasor, M.L.A. '94

Neda Ratanawongsa, A.B. '96 M.D. '00

Boyd Ratchye, A.B. '60 J.D. '63

Steve Ratchye, A.B. '89

Ernestine Rathborne, A.B. '73

Margaret Ratiner, M.P.A. '03

David Ratner, Ph.D. '75

Jonathan Ratner, A.B. '70

Carmen Rau, A.B. '84

Genevieve Raushenbush, A.B. '24

Richard Raushenbush, A.B. '81

Cornelia Ravenal, A.B. '79

Donald Ravenelle, A.B. '82

Judith Ray, A.B. '68

Madhury Ray, M.P.H. '15

Tarlin Ray, A.B. '96 M.B.A. '00

Kunal Raygor, A.B. '10

Eric Rayman, A.B. '73

Chantal Raymond, J.D. '10

Katarzyna Razynska, Ed.M. '05

Charles Read, A.B. '71

James Read, Ph.D. '88

John Read, A.B. '69 M.B.A. '71

Carole Reading, A.B. '74

Dan Rearick, J.D. '04

Abigail Record, A.B. '66

George Record, M.D. '78 A.B. '71

Katherine Record, M.P.H. '12

Mina Reddy, M.A.T. '73 M.P.A. '99

Sanjay Reddy, A.B. '91 A.M. '95 Ph.D. '00

Swapna Reddy, A.B. '09

Suzanne Redfern-Campbell (formerly Spencer), M.Div. '85

Anne Redman, A.B. '70 J.D. '74

Katharine Redmond, A.B. '65 Ed.M. '66

Alice Redmond-Neal, A.B. '72

John Redwood III, A.B. '68

Richard Ree, A.M. '98 Ph.D. '01

Jack Reed, J.D. '82 M.P.P. '73

Laura Reed, A.B. '82

Nathaniel Reed, A.B. '67

Russell Reed, A.B. '20

Sarah Reed, J.D. '91 A.B. '87

Thomas Reed, J.D. '91

Warren Reed, A.B. '71

William Reed, A.B. '64 M.D. '68

Laura Rees, A.B. '05

Pauline Reeve, A.B. '82

Sam Reeve, M.Div. '25

Matthew Regan, J.D. '88

Josna Rege, A.B. '75

Ezekiel Reich, A.B. '04 J.D. '10

Kenneth Reich, J.D. '72

John Reichenbach, M.B.A. '86

Andrea Reid, M.D. '88 M.P.H. '01

Jazmyne Reid, A.B. '15

Jeanne Reid, A.B. '84 M.P.A. '91

John Reid, M.P.P. '93

Al Reiff, A.B. '85

Eric Reiff, A.B. '87

David Reiffel, A.B. '79

Katherine Reilly, A.B. '10

Richard Reilly, A.B. '59 J.D. '62

Carole Rein, A.L.M. '05

Melissa Reinberg, J.D. '91

Robert L. Reiner, M.C.R.P. '81

Amy Reinhard, A.B. '96 M.B.A. '02

Leslie Reinhardt, A.B. '83

Ya Reinier, A.B. '92

Judson Reis, M.B.A. '66

Skylah Reis, A.B. '21

Alan Reische, A.B. '62

Kristin Reische, S.M. '25

Ann Reisen, A.B. '66 Ed.M. '78

David Reisen, A.B. '64

Samantha Reiser, A.B. '11

Gena Reisig, A.B. '04

David Reiss, A.B. '58 M.D. '62

Sara Reistad-Long, A.B. '00

Keramet Reiter, A.B. '03

Dyisha Reliford, A.B. '01

Lewis Remele, A.B. '70

Lewis Remele, A.B. '06

Matthieu Remy, M.B.A. '12

Kelly Ren, A.B. '15

Mónica Renta, A.B. '08

Jennifer Rentas, A.B. '03 M.P.P. '11 M.B.A. '11

Patricia Rentas, A.B. '68

Edward Renwick, J.D. '95 M.P.P. '95

A. Reovan, M.U.P. '11

Jonathan Reovan, A.B. '12

Robert Repetto, A.B. '59 Ph.D. '67

Gustavo Resendiz, A.B. '14 M.B.A. '19

Michael Resler, A.M. '74 Ph.D. '76

Romney Resney, A.B. '90 M.P.P. '94

Mike Rest, A.B. '00

Catalina Restrepo, A.L.M. '11

Amy Retzinger, A.B. '95

Christine Reuther, A.B. '83

Dieter Reuther, Exec. Ed. '21

Kevin Reuther, J.D. '96

Alan Revering, Th.D. '01

Norma Rey-Alicea, A.B. '97 M.P.P. '05

Jesse Reyes, M.P.P. '02

Amy Reynolds, A.B. '99

Jane Reynolds, A.B. '97

Margaret Reynolds, A.B. '75

Jeffrey Reynoso, Dr.P.H. '17

Juan Reynoso, M.P.H. '20 M.U.P. '20

Abigail Rezneck, A.B. '98

Doris Rezza, A.B. '81

Dylan Rhee, A.B. '25

Richard Rhoads, A.B. '94

Daniel Rhodes, A.B. '01

Edward Rhodes, A.B. '80

James A. Rhodes, A.B. '77 Ph.D. '86

Travers Rhodes, A.B. '12

Denise Rhrissorrakrai, A.B. '00

Elisabeth Rhyne, M.P.P. '80 Ph.D. '85

Carol Rice, S.M. '75

David Rice, A.B. '67

Kathryn Rice, A.B. '79

Natosha Reid Rice, A.B. '93

Thomas Rice, A.B. '85

Jonathan Rich, M.Arch. '89

Sharon Rich, Ed.D. '86

Janet Rich-Edwards, A.B. '84 Sc.D. '95

Hillary Richard, J.D. '88

Adam Richards, A.B. '96

Alan Richards, A.B. '68 A.M. '70

Francis Richards, Ed.M. '74

Joan Richards, A.B. '71 A.M. '79 Ph.D. '81

Toni Richards-Rowley, A.B. '93

Endria Richardson, A.B. '08

Henry Richardson, A.B. '77 J.D. '81 M.P.P. '81

James Richardson, A.B. '72

John Richardson, A.B. '87

Lila Richardson, A.B. '74

Martha K Richardson, A.B. '70

Nisha Atre Richardson, A.B. '95

Sabrina Richert, A.B. '20

Andrwe Richman, A.B. '90

David Richman, A.B. '72

Rebecca Richman Cohen, J.D. '07

Marisa Richmond, A.B. '80

Martha Richmond, M.P.H. '88

Michael W. Richter, MD, A.B. '59

Ariana Rickard, A.B. '00

Jennifer Ricketts (formerly Rivera), M.P.A. '02

Marc Ricks, M.B.A. '03

Abby Riddell, A.B. '74

Victoria Rideout, A.B. '80

Robin Ridesic, M.B.A. '07

Laura Jean Ridge, A.B. '06

Timothy Ridge, A.B. '68

Augusta Ridley, A.B. '98

Gerard Riedel, A.B. '72 M.A.T. '73 Ph.D. '80

Christine Riehl, M.P.A. '02

Frank Riemann, M.P.A. '04

David Riemer, A.B. '70 J.D. '75

Louise Riemer, A.B. '75

Lukas Rieppel, Ph.D. '13 A.M. '13

John Ries, A.B. '86

Erik Rieselbach, A.B. '80

Jeff Riesenmy, A.B. '08

Leonard Rieser, A.B. '70

Juan Riestra Guiance, A.L.M. '11

K. Daniel Riew, A.B. '80

Scott Rifkin, A.B. '97

Elmore Rigamer, M.P.A. '93

Jessica Righthand, A.B. '09

Jenny Riley, A.B. '98

Santiago Rincon-Gallardo, Ed.D. '13 Ed.M. '07

Susan Ringler, A.B. '74

Edward Ringness, A.B. '81

Linda Rink, A.B. '73

Charles Riordan, A.B. '01

Robert Riordan, M.A.T. '69 Ed.D. '77

C. David Ríos, A.B. '84

Diane Rippa, A.B. '78

James Rippe, A.B. '69 M.D. '79

Laura Rippy, M.B.A. '93

Louise Ritchie, A.B. '73

Martha Ritter, A.B. '70

Rachel Rittman, A.B. '01

Harriet Ritvo, A.B. '68 Ph.D. '75

Rachel Ritvo, A.B. '72

Charlotte Ritz-Jack, A.B. '25

Marta Rivas, A.B. '96

Francisco Rivera, A.B. '95

Nicole Rivera, A.B. '09

Veronica Rivera, A.B. '03

Robert Riviello, A.B. '95 M.P.H. '01

Rise Riyo, A.L.M. '11

Sung Rno, A.B. '88

Brendan Roach, M.P.P. '18

Pamela Roach, A.B. '75

Marilyn Robb, J.D. '18

L. Celeste Robb-Nicholson, A.B. '72

Adam Robbins, A.B. '02

Cynthia Robbins, A.B. '80

Deborah Robbins, A.B. '72

Joshua Robbins, A.B. '99 J.D. '04

Scott Roben, A.B. '12

Arthur Roberts, A.B. '62

Carl Roberts, A.B. '70

Christina Roberts, A.B. '05

Christopher Roberts, A.B. '15

Elizabeth Roberts, A.B. '87

James Roberts, A.B. '80

Jerry (Gerald J.) Roberts, A.B. '70

Jessica Roberts, A.M. '10

Kathleen Roberts, A.B. '85

Kim Roberts, A.B. '78

Laura Roberts, A.B. '74

Rodriguez Roberts, A.B. '15

Susanne Roberts, A.M. '67 Dr.P.H. '73

Tracey Roberts, A.B. '88

Angie Roberts-Dixon, A.B. '94

Amy Robertson, M.T.S. '03

Cara Robertson, A.B. '90

H Thomas Robertson, M.D. '68

Laura Robertson, M.D. '00

Sandra Robertson, A.B. '67

Virginia Robertson, A.B. '84

Anna Macgregor Robin, A.B. '91

Kate Robin, A.B. '88

Michael Robin, A.B. '08

Thomas Robins, A.B. '72

Aliceson Robinson, M.B.A. '04

Charlotte Robinson, J.D. '18

Christopher Robinson, A.B. '77

Craig Robinson, M.B.A. '02

Erika Robinson, A.B. '80

Jeffrey Robinson, A.B. '64

John Robinson, A.B. '91

Lawrence Robinson, A.B. '77

Margaret Robinson, A.B. '63

Michael Robinson, A.B. '72

Rachel Robinson, A.B. '96 Fellow '14

Renee Robinson, A.L.M. '97

Sarah P. Robinson, A.B. '78 S.J.D. '00

Stephanie Robinson, J.D. '94

Susan Robinson, A.B. '82

Claire Robinson May, A.B. '93

Francisco Robles, A.B. '05 M.B.A. '10

Joseph Rocchio, Ph.D. '67

Martin Rocek, A.B. '75 A.M. '75 Ph.D. '79

Mary Esther Rocha, A.B. '95

Brendan Roche, A.B. '12

Nimmi Roche, M.B.A. '09

David Rochelson, A.B. '05

David Rochlin, A.B. '74

Jason Rock, A.B. '03

Jason Rock, A.B. '97

David Rockwell, M.C.R.P. '80

Hallie Rockwell, Ed.M. '22

Mary Rodeheffer Tatarsky, A.B. '75

Julie Roden, A.B. '00

Emma Rodgers, A.L.M. '24

Melissa Rodgers, A.B. '91 Ed.M. '95 J.D. '98

Richard Rodgers, A.B. '72

Diana Rodriguez, A.B. '89 M.D. '94 M.P.H. '94

Hector Rodriguez, Ph.D. '07

Heidi Rodriguez, A.B. '89

Javier Rodriguez, OPM '16 '

Juliana Rodriguez, A.B. '19

Karl Rodriguez, A.B. '92

Pascual Rodriguez, M.D. '79

Samantha Rodriguez, J.D. '20

Hanna Rodriguez-Farrar, Ed.M. '05 Ed.D. '13

KiYun Roe, A.B. '84

Marie Roehm, A.B. '75

Janet Roen, A.B. '73

Joshua Roffman, M.M.Sc. '10

Maria Rogahn, A.B. '95

Deborah Rogal, M.P.P. '84

Diane Rogell, A.B. '66

Gerald Rogell, A.B. '63 M.D. '67

Allison Rogers, A.B. '04 Ed.M. '08

Amy Rogers, M.M.Sc. '25

Arthur Rogers, J.D. '70

Beatrice Rogers, A.B. '68

Christine Rogers, A.B. '77

Cynthia Rogers, A.B. '98

David Rogers, A.B. '77

Deborah Rogers, J.D. '94

Elizabeth Rogers, A.B. '79

Elizabeth Rogers, A.B. '98

John Rogers, A.B. '65

Julia Rogers, Ph.D. '17

Maggie Rogers, M.R.P.L. '22

Selwyn Rogers, A.B. '87 M.D. '91

Steve Rogers, M.B.A. '83

William Rogers, A.B. '60

Barbara Rogoff, Ph.D. '77

David Roh, Ed.M. '03

Richard Rohan, A.B. '82 J.D. '84

Karl Rohlich, A.B. '70

Melissa Rohrbach, A.B. '95

Jim Rohrer, M.B.A. '00

Lisa Rohrer, A.M. '01 Ph.D. '04

Katie Roiphe, A.B. '90

Steven Roiphe, A.B. '92

Alexandra Rojek, A.B. '15

Neil Roland, M.P.P. '79

Danielle Rolfes, J.D. '02

Alexandra Rollins, M.P.A. '85

William Rollinson, Ed.M. '05

Zachary Rolnik, M.P.P. '84

Adina Rom, M.P.A. '14

Dan Roman, A.B. '18

Henry Roman, A.B. '92 S.M. '97

Miles Roman, M.P.P. '19

Pamela Romani, A.B. '63

Kim Romano, A.B. '77

Oscar Romano, A.B. '09

Raquel Romano, A.B. '92

Gabriela Romanow, M.P.A. '85

Angela Romans, S.B. '92 Ed.M. '94

David Rome, A.B. '72

Erica Romero, M.P.P. '05

Shaylyn Romney Garrett, A.B. '02

Jehnna Ronan, A.B. '07

Stephen Ronan, A.B. '72

Joe Ronayne, A.B. '92

Sabine Ronc, A.B. '07

David Roncarolo de Vries, A.B. '11

Dharmishta Rood, Ed.M. '09

Catherine Roos, A.B. '79

Gary Roos, A.B. '79

Phil Roos, M.B.A. '83

Margot Roosevelt, A.B. '71

Priscilla Roosevelt, A.B. '63

Toby Roper, A.B. '17

Victoria Roper, A.B. '72

Annelys Roque, A.B. '09

Christopher Rosado, A.B. '85 J.D. '88

Sylvia Rosales-Fike, M.P.A. '92

Amor Rosario, A.B. '98

Felicia Rosario, A.B. '04

Patricia Rosbrow, A.B. '73

Alexander Rose, A.B. '13

Antoinette Rose, A.B. '83

Daniel Rose, A.B. '84

Evan Rose, A.B. '09

Jason Rose, A.B. '20

Mark Rose, Ph.D. '67

Nancy Rose, A.B. '80

Richard Rose, M.D. '74

Jens Rosebrock, M.P.A. '94

Brian Rosen, M.B.A. '08

Carolyn Rosen, A.B. '86

David Rosen, M.L.A. '86

Joel Rosen, A.B. '79 M.B.A. '84

Monica Rosen, M.B.A. '04

Pamela Rosen, A.B. '88

Richard Rosen, A.B. '71

Carla Rosen-Vacher, A.B. '82

Janet Rosenbaum, A.M. '7 A.B. '8 Ph.D. '08

Stanley Rosenbaum, A.M. '69

Charles Rosenberg, M.P.A. '93

David Rosenberg, A.B. '75 M.P.A. '86

Jonathan Rosenberg, A.B. '72

Paul Rosenberg, A.B. '75 J.D. '79 M.B.A. '79

Robert Rosenberg, A.B. '72

William Rosenberg, A.B. '71

Lois Rosenberg Kugler, A.B. '77

Irene Rosenberg Natow, A.B. '78

Rand Rosenblatt, A.B. '66

Roger Rosenblatt, Ph.D. '68 A.M. '64

David Rosenbloom, A.B. '71

H David Rosenbloom, J.D. '66

Eric Rosenblum, A.B. '92

Jason Rosencranz, A.B. '89

Eric Rosenfeld, A.B. '53

Margaret Rosenfeld, M.D. '88

Dale Rosengarten, A.B. '69 Ph.D. '97

Kurt Rosenkrantz, A.B. '94

James Rosenstein, A.B. '61 J.D. '68

Samuel Rosenstein, A.B. '88

Lawrence Rosensweig, A.B. '73

Beth Rosenthal, A.B. '78 M.P.P. '82

Brian Rosenthal, A.B. '00 S.M. '00

David Rosenthal, A.B. '59

Donald Rosenthal, A.B. '75 S.M. '76

Emily Rosenthal, A.B. '03

Eugenie Rosenthal, A.B. '00

Jean Rosenthal, A.B. '66

Jill Rosenthal, A.B. '80 M.D. '85

Kathleen Connors Rosenthal, A.B. '07

Kenneth Rosenthal, A.B. '65

Seth Rosenthal, J.D. '93

Victoria Rosenwald, A.B. '71

Todd Roshak, A.B. '91

Sam Rosin, A.B. '15

David Rosnow, A.B. '92

Armando Rosquete, J.D. '03

Herbert Ross, A.B. '72

Jessica Ross, Ed.M. '08 A.B. '03

Margaret Ross, Ed.M. '74

Michael Ross, A.B. '86

Molly Ross, A.B. '72

Peter Ross, A.B. '69 M.D. '73

Robert Ross, A.B. '09

Susannah Ross, A.B. '93 M.L.A. '03

Peter Rossbach, A.B. '80 M.P.P. '85

William Rossi, M.B.A. '89

Annette Rossignol, S.M. '77 Dr.P.H. '81

Peter Rossow, Ph.D. '75

Arthur Rotch, A.B. '88

Jonathan Rotenberg, M.B.A. '92

Marc Rotenberg, A.B. '82

Michael Rotenberg, A.B. '56

Allan Roth, J.D. '56

Annette Roth, M.D. '83

Frank Roth, J.D. '83

Frederick Roth, Ph.D. '98

Jerome Roth, A.B. '79 J.D. '83

Joan Adrienne Roth, Ed.M. '72

Joan Adrienne Roth, Ed.M. '73

Elliot Rothenberg, J.D. '64

Michael Rothenberg, A.B. '80

Caroline Rothert Boch, A.B. '00 J.D. '08 M.P.P. '08

Robert Rothery, A.B. '81

Emily Rothrock, A.B. '80

Dan Rothstein, A.B. '77 Ed.D. '85

Richard Rothstein, A.B. '63

Anthony Rotio, A.B. '11

Alan Rottenberg, J.D. '69

Dwight Rouse, A.B. '84

Katie Rouse, M.B.A. '08

Wade Roush, A.B. '89

Arthur Rousmaniere, A.B. '80

Nicole Roussos, A.L.M. '11

Dana Rowan, M.P.P. '84

David Rowat, M.B.A. '86

Leanne Rowe, A.B. '07 Ed.M. '12 J.D. '15

Rachel Rowe, M.S.H.P.M. '82

Richard Rowe, M.D. '79 M.P.H. '81

Winfield Rowell, A.B. '59

Diana Rowell MD, A.B. '84

Walter Rowland, A.B. '61

Walter Rowland, A.B. '94

Brigid Rowlings, A.B. '99

Annalise Roy, A.B. '98

Carrie Roy, A.B. '02

Erika Royal, J.D. '98

Sarah Royce, A.B. '79

Alan Rozet, A.B. '16

Adam Ruben, A.B. '92

Melinda Ruben, A.B. '78

Leonard Rubenstein, M.A. '71 J.D. '75

Paul Rubenstein, J.D. '70

Richard Rubenstein, A.B. '59 J.D. '63

A Louis Rubin, Ed.M. '77

David Rubin, A.B. '80

David Rubin, A.B. '65

Fred Rubin, A.B. '71

Joan Shelley Rubin, A.B. '69

Julia Sass Rubin, A.B. '84 M.B.A. '90 M.A. '97 Ph.D. 2002

Laurie Rubin, J.D. '93 M.C.R.P. '80

Merrill Rubin, A.B. '75

Shelley Rubin, A.B. '76

Tyler Rubin, A.B. '04

Jessica Rubin-Wills, A.B. '06

Louisa Rubinfien, Dr.P.H. '96

Lee Rubinstein, A.B. '87

Jane Rubio, A.B. '98

Melissa Rudd, M.Div. '15

Mary Rude, A.B. '01

Eric Ruder, M. Env. Health '88

Susan Ruderman, A.B. '84 Ed.M. '96

Ken Rudin, A.B. '87

Rachel Rudlaff, Ph.D. '20

Barbara Rudolph, A.B. '77

Creston (Dan) Rudolph, S.B. '92

Jenny Rudolph, A.B. '84

Vivek Rudrapatna, A.B. '06

Andrew Rueb, A.B. '95 M.T.S. '04

Cristina Rueda, M.P.P. '97

Sarah Rugheimer, A.M. '10 Ph.D. '15

Alejandro Ruiz, A.B. '05

Rafael Antonio Ruiz-Ayala, A.B. '85

Edward Rulon-Miller, A.B. '66

Wheeler Ruml, A.B. '93 Ph.D. '02

Robert Runcie, A.B. '84 A.B. '

Mark Alan Ruof, A.B. '80

Jacques Rupnik, A.M. '75

Thomas Ruppel, M.B.A. '82

Naomi Rush, A.B. '80

Savannah Rush, M.B.A. '23

Angela Rushing Place, A.B. '92

Matthew Rusk, A.B. '87

Natalie Rusk, A.B. '95

Cindy Ruskin, A.B. '79

Emma Russell, M.B.A. '18

George Russell, A.B. '75

Jackie Russell, M.B.A. '92

Joel Russell, A.B. '72

Katherine Russell, A.B. '85

Marcia Russell, Ed.D. '14 Ed.M. '09

Robert Russell, J.D. '82

Robin Russin, A.B. '79

Amy Russo, A.B. '79 PMD '91

Cynthia Russo, J.D. '79

Langbourne Rust, A.B. '65

Marion Rust, A.B. '85

Danielle Rutherford, A.B. '08

Ronnye Rutledge, A.B. '12

Joan Ruttenberg, J.D. '82

Patricia Ruvalcaba, A.B. '03

Paul Ryack, A.B. '63 M.P.H. '74

Amy Ryan, A.L.M. '20

Amy Ryan, A.B. '99

Betty Ryan, A.B. '80

Charles Ryan, M.D. '77

Charlotte Ryan, A.B. '71

Christian Ryan, A.B. '91

Colleen Ryan, A.B. '95

Erin Ryan, A.B. '91 J.D. '01

Jean Ryan, A.B. '74

Jean Ryan, M.D. '79

John Ryan, A.B. '80

Kathleen Ryan, A.B. '00

Kelley Ryan, M.B.A. '99

Naomi Ryan, M.P.A. '14

Patrick Ryan, M.B.A. '12

Paul Ryan, A.B. '87

Philip Ryan, M.B.A. '70

Thomas Ryan, M.L.A. '79

Vincent Ryan, A.L.M. '10

Cheryl Ryder, A.L.M. '89

Madeline Ryerson, A.B. '14

Janice Ryu, A.B. '83

Adam Rzepka, A.B. '99

Marjorie Anne Sa'adah, A.B. '76 Ph.D. '82

Fouad Saad, M.P.P. '00

Joseph Saah, A.B. '71

Mark Sabath, J.D. '03

Frank Sabatini, J.D. '12

Charles Sabel, A.B. '69 Ph.D. '78

Janet Sabel, A.B. '77

Martin Sabelli, A.B. '85

Neha Sabharwal, J.D. '18

Paul Sabin, A.B. '91

Andrew Sabl, A.B. '90 Ph.D. '97

Emily Sabo, A.B. '06

Mary Sabolsi, A.B. '86 M.D. '96 M.P.H. '97

Adam Sabra, A.B. '90

Michele Sacconaghi, M.P.P. '92

David Sachar, A.B. '59 M.D. '63

David Sachs, A.B. '63 M.D. '68

Joel Sachs, A.B. '61

Margaret V Sachs, J.D. '77 A.B. '73

Rusty Sachs, A.B. '72

Dana Sack, A.B. '75

David Sack, A.B. '74

Graham Sack, A.B. '03

Jonah Sacks, A.B. '95

Lynne Sacks, Ed.D. '14 Ed.M. '90

Steve Sacks, A.B. '75

John Tobias Sackton, A.B. '68

Mary Sadanaga, A.B. '96

John Sadoff, Ed.M. '06

Michael Sadowski, Ed.D. '05 Ed.M. '95

Marc Sadowsky, A.B. '78

Elizabeth Saft, A.B. '82

Miriam Sagan, A.B. '75

Anthony Sager, J.D. '71

Somava Saha, A.B. '93 A.M. '93

Sheida Sahandy, M.P.A. '04

Illika Sahu, M.U.P. '17

Elizabeth Saich, A.B. '94

Zahr Said, Ph.D. '03

Justin Saif, A.B. '99

James Sailer, M.P.P. '95

Amanda Saillant, Ed.M. '23

Soleil Saint-Cyr, A.B. '25

Kanako Sakai, M.B.A. '21

Julie Sakellariadis, A.B. '78

Julie Saker Schlegel, A.B. '94

Jung Sakong, A.B. '10

Toshi Sakuma, OPM '04

Shelley Salamensky, Dr.P.H. '98 A.M. '93

Linda Salamon, A.B. '63

Michelle Salazar-Martinez, A.B. '90

Dustin Saldarriaga, A.B. '06 J.D. '11

Mary Sales, M.P.H. '86

Tati Salinas, A.L.M. '24

Kent Salisbury, M.D. '68

Jessica Salley, A.B. '14

Hilary Sallick, A.B. '85 Ed.M. '91

Sarah Salter, A.B. '62

William Saltonstall, A.B. '79

Charles Saltzman, A.B. '59 M.A.T. '62

Cynthia Saltzman, A.B. '71

Rob Saltzman, J.D. '79

Edward Salvato, A.B. '84

Jacqueline Salwa, J.D. '22

Hollis Salway (maiden name: Van Inwagen), A.B. '04

Toby Sambol Edelman, Ed.M. '69

Sammy Sambu, S.B. '08

Clare Sammells, A.B. '95

Laura Sampson, A.B. '12

Ann Elisabeth Samson, A.B. '97

Camille Samuels, M.B.A. '98

Sam Samuels, A.B. '82

David Samuelsson, M.P.A. '14

Donna San Antonio, Ed.D. '01 Ed.M. '96

Kira Sanbonmatsu, Ph.D. '98

Enrique Sanchez, A.B. '23

Francisco Sanchez, M.P.A. '93

George Sanchez, A.B. '81

Joseph Sanchez, S.B. '21

Juana Sanchez, M.P.P. '15

Michelle Sanchez, M.Div. '09 Ph.D. '14

Stacy Sanchez, A.B. '00

Rodrigo Sánchez Gavito Portilla, M.P.A. '14

Melina Sánchez Montañés, M.P.A. '20

Jocelyn Sand, A.B. '87

Rachel Sandalow-Ash, A.B. '15 J.D. '20

Andrea (Pip) Sanders, A.B. '90

Cheryl Sanders, M.Div. '81 Th.D. '85

Lee Sanders, A.B. '90

Alison Sanders-Fleming, Ed.M. '87

Tatiana Sandino, D.B.A. '04

Alexandra Sandler, A.B. '75 J.D. '80

Joseph Sandler, A.B. '75 J.D. '78

Marideth Sandler, M.P.A. '95

Emma Sandoe, Ph.D. '19

Carlos Sandoval, A.B. '74

Carol Sandstrom, A.B. '83

Martha Sandwriss, A.B. '75

Dianne Hall Kelly Sanford, J.D. '76

Wendy Sanford, A.B. '66 M.T.S. '80

Funke Sangodeyi, A.B. '97 Ph.D. '14

Todd Sangster, A.B. '00

John Sansone, A.B. '68 J.D. '73

Sandy Santana, A.B. '97

Veronica Santana, A.B. '21 Ed.M. '22

Laura Santel, M.B.A. '19

Lekshmi Santhosh, M.D. '11

Marlene Santiago, A.B. '95

Nicholas Santiago, A.B. '19

Warner Santiago, Ed.M. '21

Livia Santiago-Rosado, A.B. '95

Claudia Santillan-Lensink, A.B. '00

John Santos, A.B. '75

Laurie Santos, A.B. '97 Ph.D. '03

Maricel Santos, Ed.D. '02

Francis Santry, A.B. '98

Heena Santry, A.B. '95

John Santry, A.B. '90

Cinthya Sanz, A.L.B. '25

Robert Saper, M.D. '88 M.P.H. '23

Shira Saperstein, A.B. '82

Everett Sapp, A.B. '23

Maile Sapp, A.B. '17

Nunzi Sapuppo, A.B. '77

Ingrid Sarapuu, A.B. '75

Barbara Sard, A.B. '68 J.D. '74

Mona Sarfaty, A.B. '71

Lloyd Sargeant, A.B. '74

Anne Sargent, Ed.M. '13

Ozge Saritosun Kurtoglu, A.B. '99 '

Nathan Sarkisian, M.B.A. '92

Ajay Sarma, A.B. '23

Joan Sarnat, A.B. '70

Clifford Saron, A.B. '76

Annie J Sasco, M.P.H. '79 S.M. '80 Dr.P.H. '86

Katherine Sass, J.D. '18

David Sassoon, A.B. '79

Harrison Satcher, A.B. '19

Sutha Satkunarajah, A.B. '05

Andrew Satlin, M.D. '79

Nancy Sato, A.B. '75

Nobuo Sato, M.B.A. '82

Suzanne Sato, A.B. '71

Daniel Satran, A.B. '95

Erum Sattar, S.J.D. '17

Jane Satter, A.B. '78

Frederick Satterstrom, A.B. '04 Ph.D. '15

Patricia Satterstrom, A.B. '04 D.B.A. '16

Ian Saum, A.B. '20 Ed.M. '21

Jeremy Saum, A.B. '95

Laura Saum, A.B. '95

Catherine Saunders, A.B. '86

Julien Saur, M.P.A. '13

Christine Savage, J.D. '95

Christopher Savage, A.B. '77 J.D. '80

John Savage, M.B.A. '72

Megan Savage, A.B. '10

Moitri Savard, A.B. '93

Molly Savard, M.B.A. '81

William Savedoff, A.B. '82

Robert Savignol, M.B.A. '04

Neil Sawhney, A.B. '08

Constance Sawyer, A.B. '80

Eric Sawyer, A.B. '84

Ethan Sawyer, J.D. '02

Carolyn Sax, M.D. '87 A.B. '83

Joan Sax, A.B. '63 Dr.P.H. '83

William Saxbe, M.D. '67 M.P.H. '71

Judith Saxe, A.B. '84

Samir Saxena, M.B.A. '23

Steven Saxon, A.B. '77

Pantho Sayed, J.D. '25

Nathan Scales, A.B. '98

Polly Scannell, A.B. '80

Giulia Scarantino, A.B. '95

Helen Scarborough, A.B. '25

Kimberly Scearce-Levie, A.B. '91

Robert Schaaf, A.B. '11

Peter Schabert, A.B. '61 M.B.A. '63

Beth Schachter, A.B. '79

Betsy Schaefer Vourlekis, A.B. '64

Daniel Schaeffer, A.B. '84

Kristi Schaeffer Dalling, A.B. '00

Eve Schaenen, A.B. '85

Joanna Schaenman, A.B. '92

Benjamin Schafer, A.B. '19

Laura Schafer, A.B. '73

Trudy Schafer, M.P.A. '94

Frederick Schaffer, A.B. '68 J.D. '73

Susan Schaller, A.B. '78

Suzanne Schalow, A.L.B. '00

Laura Schanberg, A.B. '80

David Schanzer, A.B. '85 J.D. '89

Ken Schapiro, J.D. '88

Karen Scharff, A.B. '79

Benjamin Schatz, A.B. '81 J.D. '85

Jennifer Schauffler, Ed.M. '95

Tom Schaumberg, L.L.B. '63

Steven Schaus, J.D. '18

Carlota Schechter, Ed.D. '85

Michael Schechtman, A.B. '73

Peter Scheer, J.D. '78

Bill Scheft, A.B. '79

Jamie Schein, A.B. '85

David Scheinberg, A.B. '80

G Craig Schelter, M.Arch. '68

Naomi Scheman, Ph.D. '78

Rebecca Schendel, Ed.M. '05

Marc Schenker, M.P.H. '80

Yael Schenker, A.B. '95

Elissa Scherer, M.P.H. '24

John-Michael Schert, M.P.A. '18

Barbara Schiappa, A.L.B. '95

Theodore Schick, A.B. '74

Karen Schiele, A.B. '95

Lois Schiffer, A.B. '66 J.D. '69

Thomas Schilling, A.L.M. '92

Erika Schillinger, A.B. '86

Joanne Schindler, A.B. '72

Susan Schiro, A.B. '68

Jean Schiro-Zavela, A.B. '85

John Schivell, A.B. '63 Ph.D. '68

Abby Schlatter, A.B. '02

David Schlesinger, A.M. '86

Jacob Schlesinger, A.B. '84

Stephen Schlesinger, A.B. '64 J.D. '68

Jasmine Schlichting, A.B. '19

Warren Schlichting, A.B. '83

Paul Schlichtman, Ed.M. '90 CAS '07

Carolynne Schloeder, M.B.A. '92

Esther Schlorholtz, A.B. '76

Irving Schloss, A.B. '66

Alan Schlosser, J.D. '67

Mario Schlosser, M.B.A. '07

Julia Schlozman, A.B. '09 J.D. '13

Eric Schluessel, Ph.D. '16

Robert Schmidt, A.B. '76

Ruth Schmidt, Ph.D. '96

Armin Schmiedeberg, M.P.A. '90

Emily Schmitt, A.B. '04 M.P.P. '08

Elisabeth Schmitz Lucas, A.B. '86

Beth Schneider, A.B. '74

Bruce Schneider, A.B. '64 M.D. '68

Cynthia Schneider, A.B. '75 Ph.D. '84

Deborah Schneider, A.B. '65 Ph.D. '74

Elena Schneider, A.B. '99

Michelle Schneider, S.M. '75

Thomas Schneider, A.B. '73 J.D. '80

Tim Schneider, A.B. '03

Cynthia Schneider Bogorad, J.D. '77

Mary Schneider Enriquez, A.B. '81 Ph.D. '14

Eric Schneiderman, J.D. '82

Jeanette Schnierle, A.B. '13 M.P.H. '19

George Schober, A.B. '71

Connor Schoen, A.B. '20

Naomi Schoenbaum, J.D. '05

Eric Schoenberg, A.B. '84

Martha Schoenemann, A.B. '66

Jill Schoenfeld, A.B. '13

Mirjam Schoening, M.P.A. '00

Douglas Schofield, M.B.A. '69 D.B.A. '72

Janet Schofield, A.B. '68 Ph.D. '72

Greg Scholl, A.B. '91

John Scholz, A.B. '67

Michael Schooler, A.B. '69

Katherine Schoonover, A.B. '75

Jonathan Schorr, A.B. '85 J.D. '88

Keith Schorsch, A.B. '86 M.B.A. '92

Minna Schrag, A.B. '62 M.A.T. '63

Peter Schrag, M.D. '64 A.B. '59

Philip Schrag, A.B. '64

Carol Schrager, J.D. '79

Daniel Schrager, A.B. '75

Ellen Schrecker, A.B. '60 Ph.D. '74

Caroline Schreiber, A.B. '95

Jordan Schreiber, A.B. '95 J.D. '01

Max Schubert, Ph.D. '20

Herbert Schulberg, M.S. '63

Michelle Schulberg, A.B. '84

David Schulenberg, A.B. '76

Frances Yvonne Schulman, A.B. '83

Hadassah Schulman, A.B. '68

Joanne Schulze, A.L.B. '00

Mark Schumacher, A.B. '78

Brett Schuman, J.D. '96

Christian Schumann, A.B. '69 J.D. '72

Sarah-Anne Schumann, A.B. '91 M.D. '99

Charles Schumer, A.B. '71 J.D. '74

Jonathan Schur, A.B. '75 J.D. '78

Steven Schuster, A.B. '76

Timothy Schuster, A.B. '58

Kristen Schutjer, M.T.S. '92

David Schutte, M.B.A. '90

Steven Schuyler, Ph.D. '84

Les Schwab, A.B. '70

ninA Schwalbe, A.B. '88

Aaron Schwartz, Ph.D. '15 M.D. '17

Alexandra Schwartz, A.B. '94

Anton Schwartz, A.B. '89

Joshua Schwartz, A.B. '73

Lloyd Schwartz, M.A. '63 Ph.D. '76

Michael Schwartz, A.B. '87

Michael Schwartz, J.D. '72

Richard Schwartz, A.B. '70 M.D. '74

Robert Schwartz, A.B. '59

Sally Schwartz, A.B. '66

Sheila Schwartz, M.P.A. '80

Steven Schwartzberg, A.B. '01

Liese Schwarz, A.B. '85

Peter Schwarz, A.B. '91

Susan Schwarzenberger Lentz, A.B. '66

Nina Schwarzschild, A.B. '81 M.B.A. '90

John Schweig, M.B.A. '83

Alexandra Schweitzer, M.P.P. '80

Edward Schwenk, A.B. '76

Rebecca Schwietz, A.B. '99

Martha Schwope, A.B. '70

Jack Schylling, A.B. '72

George Scialabba, A.B. '69

Joseph Scipione, A.B. '81

Allan Scott, M.B.A. '92

Cintra Scott, A.B. '93

Drew Scott, A.B. '15

Fred Scott, A.B. '95

Jacqueline Scott, M.B.A. '86

Jan Scott, M.P.A. '15

Janet Scott, A.B. '78

Jason Scott, A.L.M. '10

Joy Scott, Ed.M. '20

Keviin Scott, M.B.A. '84 M.P.P. '84

Maurice Scott, A.B. '77

Patricia Scott, J.D. '92

Randolph Scott, A.B. '83

Robert Scott, A.B. '70

Theodore Scott, A.B. '69 Ed.M. '75

Paige Scott Reed, A.B. '92 J.D. '97

Erica Scott-Adjei, A.B. '06

Shannon Scott-Vernaglia, A.B. '94

Alice Scovell, A.B. '80

Edward Scovell, A.B. '84

Anneka Scranton, A.B. '73

Ralph Scronce, A.L.M. '21

James Seale-Collazo, Ed.D. '06

Alison Seanor, A.B. '98

Christopher Searcy, A.B. '05

Douglas Sears, A.B. '69 M.Div. '76

Anna Seaton, A.B. '86

Elizabeth Seaton, A.B. '89

Margaret Seaver, A.B. '86

Robert Seaver, A.B. '88

Sally Seaver, A.B. '64 A.M. '64

Anne Sebestyen, A.B. '78 Ed.M. '91

Judith Sebestyen, A.B. '73

Francisco Secada, M.B.A. '08

Laura Secor, A.B. '90

Ellery Sedgwick, A.B. '64

Rob Sedgwick, A.B. '73 M.P.P. '78 J.D. '78

Tod Sedgwick, A.B. '71

Walter Sedgwick, D.B.A. '69

Quentin Sedlacek, A.B. '08

Jared Seeger, A.B. '05

Alicia Seeley, M.U.P. '23

Richard Seesel, A.B. '76

Elizabeth Segal, A.B. '84

Jonathan Segal, A.B. '76

Mark Segar, A.B. '70

Irene Sege, Ed.M. '77

Jeffrey Seglin, M.T.S. '81

Steven Seidel, Ed.D. '95

David Seidman, A.B. '64

Dominika Seidman, A.B. '03 M.D. '09

Ellen Seidman, A.B. '69

Gay Seidman, A.B. '78

Abigail Sekar, A.B. '12

Deborah Seligsohn, A.B. '84

Therese Sellers, A.B. '83

Andrew Sellon, A.B. '81

Richard Seltzer, A.B. '65

Wendy Seltzer, A.B. '96 J.D. '99

Tanya Selvaratnam, A.B. '92 A.M. '96

William Selvidge, A.B. '73 Ed.M. '78

Nita Sembrowich, A.B. '79

Ronald Sen, A.B. '77

Niroshi Senaratne, A.B. '09 Ph.D. '16

Kathryn Sencabaugh, A.B. '68

Laurence Senelick, A.M. '65 Ph.D. '72

Patricia Seo-Mayer, A.B. '96

Geza Serenyi, A.B. '66

Margaret Serenyi, A.B. '66

Gregory Sergienko, A.B. '80 J.D. '85

Peter Sergienko, A.B. '82

Edward Serotta, A.B. '73

Veronica Serrato, A.B. '84

Rocco Servedio, A.B. '93 Ph.D. '01

Carol Sessions, A.B. '86

Jennifer Sessions, A.B. '96

Uma Sethi, M.B.A. '05

Sarah Seton-Rogers, Ph.D. '04

Ann-Marie Sevcsik, A.B. '97 '

Martin Severance, A.B. '66

Teresa Sevilla, M.B.A. '88

Deb Sewall, A.B. '72

Sydney Sewall, A.B. '71 M.P.H. '97

James Seward, A.B. '71

Paul Seward, M.D. '68

Craig Sewell, A.B. '73

Jessica Sewell, A.B. '87

Rachel Sexton, A.B. '00

Robert Seyfarth, A.B. '70

N. Andrew Sfeir, A.B. '05

Stephen Shackelford, A.B. '99 J.D. '05

Nicole Shadeed, A.B. '04 Ed.M. '08

Audrey Shafer, A.B. '78

Kimberly Shafer, M.L.A. '09

Michael Shafer, J.D. '19

Reed Shafer-Ray, A.B. '18

Benjamin Shaffer, M.P.A. '15

Martha Shaffer, A.B. '83 LL.M. '90

Barry Shafrin, A.B. '09

Traci Shafroth, J.D. '07

Amol Shah, M.B.A. '13

Himani Shah, A.B. '99

Suchita Shah, M.P.H. '13

Tascha Shahriari-Parsa, J.D. '24 M.P.P. '24

Angela Shaiman, A.B. '00

Todd Shaiman, A.B. '94

Rabbi Talya Weisbard Shalem, A.B. '00

Ann Shalleck, J.D. '78

Terry Shaller, A.B. '72 Ph.D. '79

Ann Shalof, A.B. '84 J.D. '90

Steven Shama, M.P.H. '74

Alefiyah Shambhoora, M.P.H. '11

David Shambroom, A.B. '71 A.M. '71 Ph.D. 80

Shauna Shames, A.B. '01 Ph.D. '14

Lauree Shampine, S.M. '96

Kieran Shanahan, A.B. '07

Sara Shanahan, J.D. '94

Peter Shane, A.B. '74

Jessica Shang, A.B. '08

Craig Shank, A.B. '82

Raji Shankar, Ph.D. '13

Rajiv Shankar, A.L.B. '04 A.L.M. '17

Carl Shannon, A.B. '87 M.B.A. '92

Cynthia Shannon, A.B. '82

Diane Shannon, M.B.A. '92

Donald Shannon, M.B.A. '59 M.B.A. '61

Julie Shannon, M.P.P. '86

Katie Shannon, Ph.D. '00

Ling Shao, M.B.A. '05

Matthew Shapanka, J.D. '14

Adrienne Shapiro, A.B. '02

Ann Shapiro, A.B. '58 A.M. '60

Edward Shapiro, M.D. '68

Jonathan Shapiro, A.B. '85 A.M. '85

Kathy Shapiro, A.B. '91

Laura Shapiro, A.B. '68

Lily Shapiro, A.B. '93

Michael Shapiro, Ph.D. '76 S.M. '72

Roger Shapiro, M.P.H. '03

Sasha Shapiro, J.D. '08

Alice Shapley, A.B. '97

Deborah Shapley, A.B. '67

Nina Shapley, A.B. '93

Robert Shapley, A.B. '65

Mark Shappee, M.B.A. '68

Laurisa Shappell Schutt, A.B. '92

Nour Sharara, M.P.H. '15

Daniel Sharfstein, A.B. '94

Christina Sharkey, M.P.A. '17

Deepak Sharma, A.B. '97

Upasna Sharma, A.B. '15

Becca Sharp, A.B. '08

Marcia Sharp, A.B. '68

Nicola Sharp, S.M. '24

Adrian Shatku, Ph.D. '14 '

Jessica Shattuck, A.B. '94

Sarah Shaughnessy, A.B. '07

Ari Shaw, A.B. '04

John Shaw, M.B.A. '86

Justin Shaw, A.B. '91 M.B.A. '97

Marjorie Shaw, A.B. '74

Ellen Shea, Ed.M. '08

Janet Shea, M.L.A. '88

Katherine Shea, A.B. '74

KEVIN SHEA, M.Arch. '75

William Shea, M.B.A. '75

Alexandra Shear, A.B. '93

Margaret Shearer, A.B. '68 J.D. '72

Billy Shebar, A.B. '79

Geralyn Sheehan, M.P.A. '95

Jessica Sheehan, A.L.B. '22

C V Sheets, M.B.A. '83

Travis Sheets, J.D. '05

Hesed Shek, A.B. '05

Bryan Shelby, A.B. '74

Philip Sheldon, A.B. '77

Erin Sheley, A.B. '02 J.D. '06

Lisa Shelkrot, J.D. '91

John Shelley, A.B. '65 J.D. '68

Christopher Shen, J.D. '96

Evelyn Shen, A.B. '87

Judy Shen, A.B. '94

Linda Shen, A.B. '70

Theodore Shen, M.B.A. '68

Dillon Shen-Cruz, A.B. '16

Jay Shendure, M.D. '07 Ph.D. '07

Rahul Shendure, M.B.A. '01

Stephen Shenker, A.B. '75

Vivek Shenoy, A.B. '06

Jennifer Shephard, A.B. '95

Barbara Shepherd, M.C.R.P. '82

James Sheppe, A.B. '82

Deborah Sheren, M.B.A. '83

Kathryn Sherer, A.B. '85

John Sheridan, A.B. '90

Rebecca Sheridan Malone, A.B. '86

Fred Sherman, A.B. '71

John Sherman, J.D. '72

Kate Sherman, A.B. '88

Susannah Sherry, A.B. '80

Emily Sherwood, M.P.A. '14

Laurel Sherwood, A.B. '89

Bobby Sheth, M.B.A. '04

Aran Shetterly, A.B. '93

John Shetterly, A.B. '66 J.D. '73

Carol Shetty, M.P.H. '25

Shravan Shetty, M.B.A. '25

David Sheynberg, A.B. '16

Jennifer Shi, A.B. '15

Richard Shibley, A.B. '81

Lili Shidlovski, A.B. '70

Katherine Shields, A.B. '94 Ed.M. '02

Sara Shields, A.B. '84

Judy Shih, A.B. '92

June Shih, A.B. '94

Margaret Shih, Ph.D. '00 M.S. '97 '

Maria Shih, Ed.M. '97

Michelle Shih, A.B. '93

Robert Shih, A.B. '98

Tina Shih, A.B. '92

Kaile Shilling, S.B. '94

Janet Shim, M.P.P. '93

Stephanie Shimada, Ph.D. '05

Daniel Shin, A.B. '22

Hannah Shin, Ed.M. '03

Susanna Juyoung Shin, A.B. '88

Michael Shinagel, Ph.D. '64

Marybeth Shinn, A.B. '73

Rina Shinn, A.B. '86

Yayoi Shionoiri, A.B. '00

Allison Shipley Bender, A.B. '01

James Shirey, A.B. '11

Rosemary Shirey, A.B. '12

Lillian Shirley, M.P.A. '99

Anis Shivani, A.B. '92

Sachin Shivaram, A.B. '03

Terry Shlimbaum, A.B. '75

Carol Shloss, Ed.M. '70 '

Robert Shoemaker, A.B. '73 J.D. '80

Diane Shohet, Ed.M. '90

Grace Shohet, A.B. '81 J.D. '86

Lara Shohet, M.B.A. '03

Merav Shohet, A.B. '98

Kenichi Shoji, M.B.A. '92

Robert Sholiton, A.B. '58 A.M. '60

Thomas Shook, A.B. '71

John Shoptaw, Ph.D. '87

Alexander Shor, A.B. '73

Barbara Shore, A.B. '68 J.D. '71

David Shore, Ph.D. '12

Richard Shore, A.B. '86

Clyde Shorey, M.B.A. '77

Linda Shortliffe, A.B. '71

Judith Shotwell, A.B. '71

Alexander Shoumatoff, A.B. '68

Sarai Shoup, A.B. '88

Amelia Showalter, A.B. '05 M.P.P. '08

Marilyn Showalter, A.B. '72 J.D. '75

Leo Shpiz, PMD '77

Gene Shreve, J.D. '68 LL.M. '75

Robert Shreve, A.B. '77

Ryan Shrime, A.B. '00

Anil Shrivastava, A.B. '90 M.B.A. '96

David Shryock, A.B. '80

Barbara Shubinski, A.B. '81

Amy Shuffelton, A.B. '92

David Shum, Ph.D. '89 S.M. '86

Matthew Shuman, Ed.M. '17

Emmalynne Shumard, S.M. '25

Susan Shurin (Blakely), A.B. '65

Benjamin Shute Jr., A.B. '59 M.A.T. '62

John Shutkin, A.B. '71

Tor Shwayder MD, A.B. '75

Kevin Shyne, A.B. '72

Richard Sia, A.B. '75

Veena Siddharth, M.P.P. '89

Jacob Sider Jost, Ph.D. '11

David Sidman, A.B. '78

Melissa Sieffert, A.B. '14

Arthur Siegel, M.D. '67

Bettina Siegel, J.D. '91

Jeffrey Siegel, Ed.M. '13

Laurie Siegel, M.B.A. '86 M.R.P.L. '79

Marjorie Siegel, A.M. '68

Naomi Siegel, A.B. '79 M.T.S. '84

Rachel Siegel, A.B. '96

Madelyn Sierra, M.B.A. '84

Erin Sietstra, A.B. '11

James Sietstra, A.B. '08

Ted Siff, A.B. '70

Rabsa Sikder, A.B. '25

Caroline Silber, A.B. '17

Denise Silber, M.B.A. '79

Mark Silber, A.B. '84

Ryan Silber, M.P.A. '24

David Silberstein, A.B. '67

Marc Silbert, J.D. '69

Hugh Silk, A.B. '91 M.P.H. '12

Laura Silk, A.B. '94

Margaret Wendy Kuhn Silk, A.B. '68

Jael Silliman, Ed.D. '80

Jane Sillman, A.B. '64

Marion Sills, A.B. '87

Valéria Silva, LL.M. '14

Claudia Silver, A.B. '85

Daniel Silver, A.B. '81

Hilary Silver, M.P.P. '84

Jonathan Silver, A.B. '68 M.D. '74

Michael Silver, A.B. '77

Michael Silver, A.B. '80

Elizabeth Silverman, M.D. '62

Hannah Silverman, A.B. '87

Jane Silverman, A.B. '67

Damon Silvers, A.B. '86 J.D. '96 M.B.A. '96

Dara Silverstein, A.B. '00

Jed Silverstein, A.B. '97

Mark Silverstein, J.D. '83

Steven Silverstein, A.B. '76

Murray Silverstone, A.B. '91

Rob Silverstone, A.B. '84

Adele Simmons, A.B. '63

Barry Simmons, A.B. '61

Christina Simmons, A.B. '70

Erica Simmons, A.B. '99 M.P.P. '05

Hildy Simmons, M.P.A. '76

Ian Simmons, A.B. '00

Lauren Simmons, Ed.M. '23

Nina Simmons, A.B. '92 J.D. '95

Quincey Simmons, A.B. '92

Edward Simnett, M.B.A. '95

Amy Simon, A.B. '85

Anne Simon, A.B. '72

Bennett Simon, A.B. '55

Brett Simon, A.B. '79

Clea Simon, A.B. '83

Donald Simon, A.B. '75 J.D. '78

Jeffrey Simon, M.C.R.P. '75

Katherine Simon, A.B. '85

Lisa Simon, M.D. '20 D.M.D. '14

Richard Simon, Ed.M. '78

Steven Simon, Ph.D. '95

Sara Noonan Simonds, A.B. '96

Renata Simone, Ed.M. '87

Emily Simonoff, A.B. '77 M.D. '83

Emmanuel Simons, A.B. '04 M.B.A. '12

Marco Simons, A.B. '97

Steven Simons, A.B. '69 J.D. '72

Caroline Simons (née Koo), A.B. '04

Karen Simonson, A.B. '76

Deborah Simonson Coatsworth, A.B. '82

John Simpkins, A.B. '93

Pamela Simpkins, M.P.A. '88

George Simpson, M.P.P. '17

Jennifer Simpson, A.B. '11

Kara Simpson, S.M. '24

Lian Katrin Simpson, A.B. '96

Chris Sims, A.B. '98

Britta Singer, A.B. '62

Emily Singer, A.B. '79

Janet Singer, A.B. '84

Karl Singer, A.B. '63 M.D. '67

Margot Singer, A.B. '84

Paul Singer, LL.M. '70

Ashish Singh, A.B. '87 M.B.A. '93

Avjeet Singh, M.P.A. '07

Emily Singh, A.B. '74 J.D. '79

Nikhil Singh, A.B. '87

Rachel Singh, A.B. '10

Ravi Singh, A.B. '95

Sanjiv Singh, A.B. '92

Sejal Singh, J.D. '20

Silvija Singh, A.B. '80

Michel Singher, A.B. '62

David Singleton, J.D. '91

Francis Seth Singleton, A.B. '62

Sid Sinha, A.B. '97

Sylvana Sinha, M.P.A. '03

Shirin Sinnar, A.B. '98

M. Faye Sinnott, M.B.A. '74

Nancy Sinsabaugh, A.B. '76 M.B.A. '78

Xiang Siow, J.D. '16

Connie Sipe, J.D. '75

Judith Siporin, A.B. '73

Freida Siregar, M.P.P. '20

Caitlin Sirkin, A.L.M. '24

Michelle Sirois, A.B. '12

Suzanne Siskel, A.B. '74

Roxane Sismanidis, A.B. '77 A.M. '79

Elizabeth Sisson, M.P.A. '24

Philip Sisson, A.B. '80

Swan Sit, A.B. '99

Colleen Sitlani, A.B. '00

Virginia Siu, Ed.M. '03

Sindhu Sivakumaren, Dr.P.H. '19

James Siwy, A.B. '73

Stefan Skalbania, A.B. '15

Cassandra Skapek, M.P.H. '22

Virginia Skartvedt, A.B. '85

Theodora Skeadas, A.B. '12 M.P.P. '16

Kevin Skelly, A.B. '83

Abigail Zoba Skidmore, A.B. '00

William Skinner, A.B. '81

Theda Skocpol, Ph.D. '75

Elizabeth Skudzienski, Ext. Sch. '22

Mario Skunca, M.P.A. '12

Shannon Slade, M.Des. '22

Bridgette Slater, A.B. '15 J.D. '22 M.B.A '22

Jay Slater, A.B. '75 M.D. '79

Sandra Slater, Ed.M. '80

Laura Slatkin, A.B. '68 Ph.D. '79

Cristina Slattery, A.B. '97

John Slaven, M.B.A. '92

Barbara Slavin, A.B. '72

Jeri Slavin, M.B.A. '94

Rick Slettenhaar, A.B. '04

Paul Sleven, J.D. '81

Anne Slichter, A.B. '71

Alexander Sloan, A.B. '06

William Sloane, A.B. '67

Annie Sloniker, A.B. '06

Daniella Slowik, M.L.A. '24

Alex Slusky, A.B. '89 M.B.A. '92

Arthur Small, A.B. '69

Christopher Small, M.S. '95 Sc.D. '98

Michael Small, A.B. '79

Ashley Smallwood, Ed.M. '15

Christopher Smallwood, A.B. '05

Joseph Smallwood, A.B. '86

Jamie Smarr, M.P.P. '97

Donald Smart, A.B. '75 J.D. '78 M.B.A. '80

Siri Smedvig, A.B. '81

Geoffrey Smereck, A.B. '75

Adam Smith, J.D. '20

Alan Smith, A.B. '65

Alexis Smith, A.B. '15

Amanda Smith, A.B. '89 A.M. '92

Catie Smith, A.B. '02 M.B.A. '10

Christopher Smith, A.B. '80

Dale Smith, A.B. '80

David Smith, A.B. '95

David Smith, M.B.A. '74

David Smith, A.B. '65

Duane Smith, Ph.D. '94 Th.M. '86

Geoffrey Smith, A.B. '10

Gonzalo Smith, LL.M. '00

Gregory Smith, Ph.D. '83

James E. (Jay) Smith, A.B. '80

Janna Smith, A.B. '73

Jeffrey Smith, A.L.B. '90

Jennifer Smith, A.B. '96

Jessica Smith, M.B.A. '10

Jillian Smith, A.B. '94

Joanna Handlin Smith, A.B. '63

Johnathan Smith, A.B. '03 Ed.M. '04

Jonathan Smith, A.B. '69

Jonathan Smith, M.B.A. '77

Joseph Smith, M.D. '87 Ph.D. '85

Judith Smith, A.B. '70

Julia Smith, A.B. '84

Karen Smith, A.B. '05 J.D. '09

Kathryn Smith, A.B. '95

Kendall Smith, A.B. '11

Kenneth Smith, A.B. '66

Lauren Smith, A.B. '87

Lisa Smith, M.B.A. '04

Lori Smith, A.B. '94

Marilyn Smith, A.B. '70 J.D. '76

Mark Smith, A.B. '79

Melissa Smith, A.L.M. '02

Michael Smith, A.B. '73 Ph.D. '82

Michael Smith, M.A.U.D. '76

Michael Smith, A.B. '97

Nicholas Smith, A.B. '09

Pam Smith, A.B. '80 M.B.A. '84

Patty Smith, A.B. '11 M.B.A. '16

Randy Smith, A.B. '70 M.P.P. '76 Ph.D. '81

Sandy Smith, A.B. '87

Sarah Smith, A.B. '19

Sarah Smith, A.B. '68 Ph.D. '75

Sheria Smith, A.B. '05

Stephanie Smith, A.B. '68

Stephen Smith, M.B.A. '72

Stephen Smith, A.B. '79 Ed.M. '88

Virginia Smith, M.B.A. '82

Wendy Smith, M.A. '04 Ph.D. '6

Kristen Smith Dayley, J.D. '96

Dane F Smith Jr, A.B. '62

Robin Smith Melvin, A.B. '84 M.B.A. '88

Jodie Smith-Bennett, A.B. '84 A.L.M. '22

Rachel Smith-Bolton, A.B. '96

Karen Smith-Janssen, A.B. '93

Nicole Smith-Massie, A.B. '92

Traver Smith, Jr., A.B. '68

Stuart Smither Wulsin, A.B. '06

Michael Smitka, A.B. '75

Samantha Smoot, A.B. '87

Patrick Smulders, A.B. '88 M.B.A. '92

Ruth Smullin, A.B. '65

Deborah Smullyan, A.B. '72

Clio Smurro, A.B. '12

Thomas Smurzynski, LL.B. '66

Bertrand Smyers, A.B. '91 M.B.A. '96

Aaron Snead, A.B. '02

Daniel Sneider, M.P.A. '85

Diane Snelling, A.B. '74

Haden Sniley, A.B. '19

Helen Snively, A.B. '71 Ed.M. '91

Axel Snow, A.B. '15

Wynter Snow, A.B. '67

Zachary Snow, J.D. '75

Allen Snyder, J.D. '71

Clarise Snyder, Ed.M. '80

Jennifer Snyder, J.D. '02

Lauren Snyder, A.B. '08

Simon Snyder, A.B. '77

Sophia Snyder, A.B. '07

Theodore Snyder, J.D. '88

Stephanie Snyder Ricci, A.B. '96

Jonathan Sobel, A.B. '84

Jennifer Sobers, A.B. '02

Mia Sobin, A.B. '16

Joan S Soble, A.B. '77

Julia Sobol, A.B. '98

Karen Lee Sobol, A.B. '70 M.Arch. '74

Susan Soboroff, B.S. '67

David Sobotta, A.B. '71

James Socas, M.B.A. '92

Deborah Socolar, A.B. '76

Marguerite SoetemanReijnen, AMP '16

Cynthia Soghikian Wolfe, A.B. '76

Joseph Soh, A.L.M. '19

Vikaas Sohal, A.B. '97 S.M. '97

William Sohier, A.B. '74

Gail Sokoloff, A.B. '82

Rafael Solari, A.B. '75

Eric Solberg, A.B. '90 CDC '19

Jo Solet, Ed.M. '85

maxwell Solet, A.B. '70 J.D. '74

Martha Solís-Turner, M.B.A. '86

Tova Solo, A.B. '69

Sharon Soloff, A.B. '77

Burt Solomon, A.B. '70

Caren Solomon, A.B. '84 M.D. '88 M.P.H. '94

David Solomon, A.B. '81

David Solomon, M.Arch. '75

Jason Solomon, A.B. '93

Joshua Solomon, A.B. '91 M.B.A. '99

Miriam Solomon, Ph.D. '86

Stacie Somers, A.B. '97 J.D. '01

Jed Somit, A.B. '71

Henry Sommer, A.B. '71 J.D. '74

Alison Sommers, A.B. '71

Charles Sonenclar, J.D. '24

Jennie Song, M.T.S. '96 Ph.D. '02

Lauren D. Song, J.D. '97

Megan Song, A.B. '98 Ed.M. '04

Sarah Song, A.B. '96

Shirlene Song, M.B.A. '08

Soyoun Song, A.B. '98 M.B.A. '06

Katherine Sonnefeldt, M.P.H. '23

Stephan Sonnenberg, J.D. '06

Richard Sontgerath, A.B. '72

Frederick Soo, A.B. '96 A.M. '96

Oliver Soong, A.B. '04

Teresa Sordé Martí, Ed.M. '01 Ed.D. '07

Robert Sorensen, A.B. '70

Jeannette Soriano, A.B. '01 M.P.P. '18

Gregory Sorkin, A.B. '83

Rafael Sorkin, A.B. '66

Mari Sosa, A.B. '12

Pepe Sosa, A.B. '95

Carlos Sosa Franco, M.P.A. '85

Lorraine Sostowski (formerly Blair), J.D. '77

Mercedes Soto, A.B. '90

Rachel Southern, Ed.M. '00

Christine Soutter, A.B. '72 A.M. '05 Ph.D. '08

Lucy Soutter, A.B. '90

Diane Souvaine, A.B. '75

Linda Sowell, A.B. '73 M.S.P.H. '76

Betsy Sowers, M.Div. '81

Jeannie Sowers, A.B. '89

Rebecca Spang, A.B. '83

John Sparks, A.B. '91

Jordy Sparks, Ed.L.D. '18

Andrea Spatz, M.B.A. '83

Christina Spaulding, A.B. '84

Douglas Spaulding, A.L.B. '99

Stephen Spaulding Spaulding, A.B. '66

Jon Spayde, A.B. '73

Gerry Speca, M.A.T. '73

Paula Speck, A.B. '72

Elizabeth Specter, A.B. '94

Elizabeth Spelke, A.B. '71

Stephanie Spellers, M.T.S. '96

Duncan Spelman, Ed.M. '73

Alison Spence, A.B. '65 A.M. '67 Ph.D. '79

David Spencer, A.B. '63 J.D. '68

Elizabeth Kay Spencer, A.B. '73

Frederick Spencer, A.B. '75 A.M. '76

Jana Spencer, A.B. '08

Louisa Spencer, A.B. '76

Samuel Spencer, A.B. '96 M.B.A. '03

Elisa Speranza, M.P.A. '88

Vito Sperduto, A.B. '91

April Sperry, A.B. '13

James Speyer, A.B. '70

Paul Spickard, A.B. '73

Emily Spieler, A.B. '69

Lucie Spieler, A.B. '76

Katie Spies, M.B.A. '19

Juliet Spies-Gans, A.B. '15

David Spiller, A.B. '74

Nathaniel Spiller, A.B. '70 J.D. '75

Michael Spinelle, M.B.A. '83

Lionel Spiro, A.B. '60 M.Arch. '63

Mark Spitz, A.B. '81

Mona Spitz, A.B. '81

Susan Spitz, A.B. '78

Jay Spitzen, A.B. '70 S.M. '71 Ph.D. '74 J.D. '88

Emily Spitzer, A.B. '76

William Spitzer, A.B. '83

Sarah Margaret Spivey-Faulkner, A.B. '08 Fellow '20

Lesleyann Splagounias, A.B. '89

Cori Splain, Ed.M. '22

Andrew Spofford, A.B. '05 M.U.P. '08

Sarah Spofford, A.B. '08

Stephanie Spong, M.B.A. '92

Noemie Sportiche, Ph.D. '23 S.M. '13

Jonathan Sprague, A.B. '73 S.M. '76

Susan Spratt, M.D. '95

Paul Sprecher, A.B. '72

Catherine Springer, M.Arch. '95

Sandra Springer, A.B. '90

Shauna Springer, A.B. '97

Glenn Sproul, A.B. '65

Marga Sproul, A.B. '68

Michael Sproule, A.B. '88

Elena Squarrell, A.B. '07

Elizabeth Squires, A.B. '95

Nancy Squires, Ph.D. '04 A.M. '98

Todd Squires, Ph.D. '02

Upali Sraman, M.Div. '16

Vikram Srinivas, M.P.A. '19

Bhargav Srinivasan, J.D. '19 M.B.A. '19

Preeti Srinivasan, A.B. '16

Marilyn Sticklor, J.D. '72

Anne St Goar, M.D. '79

Miichael St John, A.B. '62

Michael St Louis, A.B. '76 M.D. '81

Janet (Jinny) St. Goar, A.B. '77

Paul St. John, A.B. '72 Ph.D. '80

Joshua St. Louis, MD, MPH, A.B. '09

Christopher St.John, A.B. '67

Elisabeth Staal, Ed.M. '22

Cassidy Stachowicz, J.D. '06

Anne Stack, M.D. '88

Lucy Stackpool-Moore, A.B. '02

John Stadler, A.B. '75 M.P.P. '79

Eleanor Staebler, A.B. '91

Michael Staebler, A.B. '66

Jon Staff, A.B. '10 M.B.A. '16

Eleanor Stafford, A.B. '92

Jennifer Stagnaro, A.B. '83

Harry Stahl, A.B. '84

Wendy Stahl, M.B.A. '81

Harold Stahler, A.B. '69 J.D. '72

John Staines, A.B. '93

Charles Staley, A.B. '60

Martha Stampfer, A.B. '68

Caroline Stanculescu, A.B. '01

Burns Stanfield, M.Div. '88

David Stang, A.B. '73 A.M. '80

Maren Stange, A.B. '68

Joseph Stanislaw, A.B. '71

Gregory Stankiewicz, A.B. '84 A.M. '84

Illana Stanley, Ph.D. '14

Anna Stansbury, Ph.D. '21 M.P.P. '15

Peter Stansky, Ph.D. '61

James Stanton, A.B. '67 M.B.A. '73

Jordan Stanzler, A.B. '67

Justin Stark, A.B. '02

Melinda Starmer, A.L.M. '10

Christina Starobin, A.B. '71

Alta Starr, A.B. '75

Enid Starr, A.B. '85 M.B.A. '91

John Starr, A.B. '64

Michael Starr, A.B. '68

Philip Starr, M.D. '89 Ph.D. '89

Glynis Startz, M.P.P. '17

Jocelyn Startz, A.B. '85

Peter Stavrianos, A.B. '66

Maria Christina Stavridou, M.P.H. '23

Andreas Stavropoulos, A.B. '92 M.B.A. '97

Ian Steaman, A.B. '91

Sarah M Stearns, A.B. '73

Leslie Stebbins, Ed.M. '10

Jan Steckel, A.B. '83

Richard Steel, OPM '14 Escalate

Cherie Steele, A.B. '85

Craig Steele, A.B. '74

Joe Steele, A.B. '79 M.B.A. '83

Polly Steele, Ed.D. '99

Thomas Steenburg, A.B. '71

Julia Steets, M.P.A. '02

Rianna Stefanakis, A.B. '03

Robbin Steif, A.B. '79 M.B.A. '84

Jessica Steigerwald, A.B. '90

Darlene Steil, M.P.P. '90

Jennifer Stein, A.B. '02

John Stein, A.B. '66

Jonathan Stein, A.B. '05

Jonathan Stein, A.B. '01

Kara Stein, M.P.A. '05

Kate Stein, A.B. '06

Laura Stein, J.D. '85

Peter Stein, M.P.P. '21

Phyllis Stein, A.B. '63 Ed.M. '71

Deborah Steinbaum, A.B. '90

Brian David Steinberg, A.B. '78

Caroline Rossi Steinberg, A.B. '86

Earl Steinberg, A.B. '74 M.D. '79 M.P.P. '79

Victoria Steinberg, A.B. '77

Catherine Steindler, A.B. '98

John Steiner, A.B. '65

Therese Steiner, A.B. '73

Adam Steinert, A.B. '01

Edward Steinfeld, A.B. '88 Ph.D. '96

Sandra Steingard, A.B. '77

Elizabeth Steinglass, A.B. '89 Ed.D. '99

Isabel Steinhaus, A.B. '18

Meredith Steinhaus, A.B. '73

Victoria Steinitz, Ph.D. '66

Derek Steketee, A.B. '98

Gail Steketee, A.B. '71

Martha Steketee, A.B. '80

Richard Steketee, A.B. '72 M.P.H. '83

Kellogg Stelle, A.B. '70

Meredith Stelling, A.B. '82

Joe Stenger, M.B.A. '22 M.P.P. '22

John Stengrevics, D.B.A. '81

Julia Stenzel, M.B.A. '92

Steven Stepanian, A.B. '95

Anne Stephens, M.A.T. '67

Bradford Stephens, A.B. '64

Britton Stephens, A.B. '93

Jordan Stephens, S.B. '07

Melanie Stephens, A.B. '87

Alisa Stephens Shields, Ph.D. '12 A.M. '09

Nia Stephens-Metcalfe, A.B. '01

Fiona Stephenson, A.B. '90

Tleytmas Stephenson, A.B. '93

Wen Stephenson, A.B. '90

Marianna Stepniak, Ed.M. '20

Sylvester Sterioff, A.B. '59

Kathleen Sterling, A.B. '94

Leslie Sterling, A.B. '79

Alissa Stern, J.D. '91

Claudia Stern, M.B.A. '85

David Stern, A.B. '66

Elizabeth Stern, A.B. '72

Eve Stern, A.B. '84

Ian Stern, A.B. '94

Lillis Stern, A.B. '85

Lisa Stern, A.B. '02

Mark stern, J.D. '69

Noah Stern, M.B.A. '18 M.P.P. '18

Robert L Stern Jr, A.B. '81

Marna Sternbach, A.B. '71

Jenny Sternbach Brody, J.D. '81

Ali Sternburg, A.B. '09

Carol Sternhell, A.B. '71

Annick Steta, M.P.A. '21

Jennifer Stetzer Goldberg, A.B. '99

Alana Stevens, M.B.A. '02

Erin Stevens, A.B. '04

L. Nye Stevens, A.B. '62

Margaret Noether Stevens, A.B. '66

Susan Stevens, M.D. '87

Tom Stevenson, M.B.A. '94 M.P.P. '94

Walker Stevenson, A.B. '82

Shelly Steward, A.B. '08

Colin Stewart, A.B. '92

Columba Andrew Stewart, A.B. '79

Doug Stewart, A.B. '71

Gillian Stewart, A.B. '97

James Stewart, A.B. '00

Julie Stewart, Ed.D. '00

Lorelee Stewart, A.B. '86

Olivia Stewart, A.B. '93

Peter Stewart, A.B. '82

Ronald Stewart, A.B. '80

Thomas Stewart, A.B. '70

Rene Stewart O'Neal, A.B. '82 M.P.P. '87

Samuel Steyer, A.B. '11

Beverly Stickles, A.B. '92

Nancy Stieber, A.B. '71

Ellen Stiefvater, M.P.P. '02

Robert Stier, A.B. '75 J.D. '80

Douglas Stiffler, A.B. '89

Susan Stiles, A.B. '88 Ph.D. '95

Erin Stiling, Ed.M. '08

Michelle Still Mehta, M.P.P. '93

Lucy Stille, A.B. '73

Larissa Stillman, A.B. '90

John Stimpson, A.B. '58

Craig Stirrat, A.B. '70

Margaret Stock, A.B. '85 J.D. '92 M.P.A. '01

Eric Stockel, A.B. '84 J.D. '88

William Stocker, A.B. '66

Rebecca Stocking, A.B. '83

John Stoddard, M.B.A. '98

Jim Stodder, A.B. '71

Colin Stokes, A.B. '96

Kimberly Stokes, M.P.A. '90

M. Elizabeth Stokes, A.B. '77

Daniel Stolar, A.B. '89

Nina Stoller-Lindsey, A.B. '10

Douglas Stollery, LL.M. '80

Matthew Stolper, A.B. '65

Robert Stolper, A.B. '00

Nomi Stolzenberg, J.D. '87

Zach Stolzenberg, M.B.A. '19

Abraham Stone, A.B. '89 Ph.D. '00

Alan Stone, A.B. '61

Alice Stone, A.B. '85

Annie Stone, A.B. '10

Brewer Stone, Ph.D. '94

Corey Stone, A.B. '79

Diana Stone, A.B. '81 J.D. '85

Greg Stone, A.B. '75

Katherine Stone, A.B. '70 J.D. '79

Kaya Stone, A.B. '00

Phoebe Stone, A.B. '10

R. Gregg Stone, A.B. '75 J.D. '79

Randi Stone, M.Ed. '17

Rebecca Stone, A.B. '81

Richard Stone, A.B. '70

Richard Stone, A.B. '77 M.D. '81

Stacy Stone, A.B. '81

Alison Stonefield, A.B. '72

Sam Stonefield, J.D. '71

Dorothy Stoneman, A.B. '63

Henry Stonr, A.B. '65

Peter Storer, A.B. '76

Eileen Storey, A.B. '15

Peter Storment, A.B. '85

cosimo storniolo, A.B. '86

Michael Stortz, J.D. '88

Hanna Stotland, A.B. '99 J.D. '02

Susan Stout, A.B. '72

Erin Stover, Exec Ed '19

Meryl Stowbridge, A.B. '71

Robert Stowe, A.B. '81

Anthony Straceski, A.B. '81

Mathew Strack, A.B. '96

Richard Stracqualursi, A.B. '74

Helen Strahinich, Ed.M. '77

Dorothy Straight, A.B. '81

Jefferson Strait, A.B. '75

David Strand, A.B. '65

Jennifer Strassfeld, A.B. '95

Marc Strassman, A.B. '69

Richard Stratton, A.B. '68 J.D. '72

Lindsey Straus, A.B. '73

Phil Straus, A.B. '73

Walter Straus, A.B. '77

Gordon Strause, A.B. '89

Carolyn strauss, A.B. '85

Eric Street, A.B. '66

Sharon Street, Ph.D. '03

Ruth Streeter, A.B. '72

Lukas Streiff, M.P.P. '10

Cathy Stricklin Krendl, J.D. '70

Sloan Strike, A.B. '09

Charles Stringer, M.P.A. '99

Nanette Stringer, A.B. '74

Diana Stroble, A.B. '95

Katharine Strobos, A.B. '92

Barbara Strom, A.B. '99

Michael Stromeyer, M.B.A. '19

Edward Strong, A.B. '70

Ned Strong, M.P.A. '82

Lucy Stroock, A.B. '63

Nadine Strossen, A.B. '72 J.D. '75

Emma Strother, M.P.P. '23

Jean Strouse, A.B. '67

Douglas Struck, A.L.M. '15

Gabriel Struck, A.B. 'O1

Melissa Struck, A.B. '04

Kevin Struhl, A.M. '89

Regina Stuart, A.B. '81 M.D. '85

Linda Stubblefield, M.A.T. '64

Phillip Stubblefield, A.B. '62 M.D. '66

John Stubbs, A.B. '80 A.M. '86 Ph.D '92

Jill Stucker, Ed.M. '01

John Stuckey, Ph.D. '81

Elizabeth Stucky, M.P.P. '05

Lisa Stulberg, A.B. '92

Neal Stulberg, A.B. '76

Kelly Stupple, A.B. '91

Elizabeth Sturges Corbitt, A.B. '06 A.M. '10

Gerda Stutaite, A.B. '18

Byron Stutzman, A.L.M. '88 A.L.M. '94

Charles Styron, A.B. '65

Kerrien Suarez, A.B. '98

Ricardo Suarez, A.B. '95 M.B.A. '02

Claudia Suaznabar, M.P.A. '03

Rebecca Subar, M.P.A. '04

Diana Suber, J.D. '97

Karen Suber, J.D. '06

Zachary Subin, A.B. '03

Cheryl Suchors, M.B.A. '77

Diane Suda, D.M.D. '84 M.M.Sc. '86

Lewis Sudarsky, A.B. '70 M.D. '74

Melissa Sueling, A.B. '00

Sandy Suh, A.B. '18

Ulrike Sujansky, A.B. '90

Mike Sukal, A.B. '91

Jamshaid Sulahry, M.B.A. '24

Joel Suldan, A.B. '82 J.D. '85

Miriam Suldan, M.P.H. '85

Alison Sulentic, A.B. '84 J.D. '89

Francis Sulger, J.D. '67

Ben Sullivan, M.B.A. '20

Catherine Sullivan, A.B. '75 J.D. '83

Christine Sullivan, A.B. '12

Daniel Sullivan, A.B. '01

David Sullivan, J.D. '77

Ellen Sullivan, Ed.M. '94

Gail Sullivan, A.B. '73

Kelly Sullivan, A.B. '14

Meredith Sullivan, J.D. '25

Nicholas Sullivan, A.B. '72

Rory Michelle Sullivan, A.B. '09 Ed.M. '10

Ryan Sullivan, J.D. '24

Sally Sullivan, A.B. '65

Tim Sullivan, J.D. '69

Timothy Sullivan, J.D. '69

Patricia Sullivan Poling, A.B. '91

Stewart Sulloway, A.B. '78

Tim Summers, A.B. '95

Paul Summit, A.B. '71

Richard Sumpter, M.P.A. '80

Hao Sun, A.B. '10

Jin Sun, M.P.P. '14

Limeng Sun, J.D. '21

Sivakumar Sundaram, A.B. '13 M.D. '19

Madhavi Sunder, A.B. '92

Trey Sunderland, A.B. '73

Nivi Sunil, M.B.A. '19

Sharmi Surianarain, A.B. '01 Ed.M. '05

Brianna Suslovic, A.B. '16

Gary Susman, A.B. '89

Andrew Susskind, A.B. '76

Rachel Sussman, S.M. '25

Brooke Suter, M.P.A. '17

John Sutherland, M.B.A. '86

Faith Sutter, M.L.A. '10

John Sutter, A.B. '83

Trevor Sutton, A.B. '86

Misasha Suzuki Graham, A.B. '99

Scott Svenson, A.B. '88

Laura Svetkey, M.D. '79

Gitanjali Swamy, M.B.A. '06

Judith Swan, A.B. '78

James Swank, A.B. '69 J.D. '74

David Swanson, A.B. '79

Richard Swanson, A.B. '72

Helena Swanson-Nystrom, J.D. '19

Holly Swartz, A.B. '84

Julian Swearengin, M.B.A. '03

Jacquelyn Swearingen, A.B. '73

Erin Sweatman, A.B. '03

Jane Sweeney Ghosh, A.B. '90

Ann Sweet, A.B. '57

Karen Sweet, A.B. '72

Robert Sweet, A.B. '72

Roger Sweet, A.B. '56

Charles Swenson, A.B. '71

Martha Swetzoff, A.B. '80

David Swickard, A.M. '69 Ph.D. '75

Isabel Swift, A.B. '77

Patricia SWIFT, A.B. '64

Chris Swift Perez, J.D. '12

Timothy Swords, M.B.A. '86

Helal Syed, A.B. '11

Rebecca Sykes, A.B. '73

Susan Sylligardos, M.Arch. '86

Serena Syme Hildenbrand, M.P.P. '00

Piotr Szamel, A.B. '10 J.D. '15

Nathan Szanton, A.B. '83

Andrew Szasz, A.B. '69

Brian Sze, A.B. '24

David Sze, A.B. '75

Jesse J.K. Szeto, A.B. '94

Adam Szubin, A.B. '95 J.D. '99

Christina Ta, A.B. '15

Daniel Tabak, A.B. '92

Michael Tabak, A.B. '68

Emily Tabak Epstein, A.B. '00

Kelley Taber, A.B. '88

Esin Taboğlu, LL.M. '90

Emily Tabuteau, A.B. '64 A.M. '66 Ph.D. '75

David Tachau, A.B. '78

Millie Tadewaldt, J.D. '08

Hwilliam Taeusch, A.B. '61

Elizabeth Tafe, A.B. '86

William Taffel, A.B. '73

S. Tucker Taft, A.B. '75

Lisa Taggart, A.B. '91

Taslim Tagore, M.B.A. '01

Lauri Tähtinen, M.T.S. '06

Tammy Tai, A.B. '98

Carl Tait, A.B. '84

Renee Tajima-Peña, A.B. '80

Abdullah Tajwar, Ed.M. '20

Wako Takayama, A.B. '88

Toshihiko Taketomo, M.Arch. '75

Katherin Takvorian, A.B. '07

Scott Talan, M.P.A. '02

Madeline Talbott, A.B. '75

Maria Talbott, A.B. '74

Pier Carlo Talenti, A.B. '90

Nancy Talner, J.D. '80

Jennine Tambio, A.B. '01

Tsega Tamene, A.B. '15

Hidekazu Tamiya, M.B.A. '78

Kathleen Tammaro, A.L.B. '07

Joelle Tamraz, A.B. '95

Melody Tan, A.B. '96 M.B.A. '01

Seek Ling Tan, Ed.M. '22

Yvette Tan, Ed.M. '00

Chelsey Tanaka, A.B. '04

Diana Tanaka, A.B. '75 J.D. '79

Jessica Tang, A.B. '04 Ed.M. '06

Joyce Tang, A.B. '86

Lu (Lucy) Tang, J.D. '20

Tianyu Tang, S.M. '16

David Tang-Quan, A.B. '15

Timothy Tangherlini, A.B. '85

Kathryn Tanis-Greff, A.L.M. '07

Amelia Tankersley, A.B. '14

Jonathan Tannen, A.B. '07

Martin Tannenbaum, A.B. '75

Joe Tanner, A.B. '73

Mathilde Tans, S.M. '24

Michael Tansey, A.B. '72

Michael Tansey, A.B. '70

Gabriela Tantillo, A.B. '09 M.P.H. '16

Joanna Tao, A.B. '19

Katherine Tarca, Ed.M. '08

Richard Tarnas, A.B. '72

Benjamin Tarnoff, A.B. '07

Audrey Tashjian, A.B. '84

Eugen Taso, A.B. '06

Carl Taswell, A.B. '78

Anne Tate, M.Arch. '83

John Tatlock, A.B. '70

Nancy Taubenslag, M.B.A. '82

Ana Tavares, Ed.M. '99 Ed.M. '04

John Tavares, A.B. '77

Paula Tavrow, A.B. '81

Letha Tawney, M.P.A. '08

Allan Taylor, A.B. '70 J.D. '75 M.P.P. '75

Amanda Taylor, Ed.D. '13 Ed.M. '13

Amy Taylor, A.B. '70 Ph.D. '75

Anne Taylor, A.B. '11

Brenda Taylor, A.B. '01

Chris Taylor, A.B. '12

Elizabeth Taylor, M.P.H. '16

Jennifer Taylor, M.P.H. '12

Jennifer Taylor, A.L.B. '89

Joseph Taylor, A.B. '71

Lauren Taylor, Ph.D. '20 M.Div. '15

Marcy Taylor, A.B. '84

MD Taylor, A.B. '94

Rachel Taylor, A.B. '03

Scott Taylor, A.B. '99

Stuart Taylor, J.D. '77

Tammy Taylor, Ed.M. '91

Victoria Taylor, A.B. '82

William Taylor, A.B. '68

Jennah Taylor (Hiari), A.B. '12 M.B.A. '19

Reeana Tazreean, S.M. '25

Guillermo Tearney, S.B. '88 M.D. '98

Melissa Tearney, A.B. '88 J.D. '91

Mark Tecca, A.B. '85

Martha Boyd Tecca, A.B. '87

Jordan Teel, A.L.B. '21

John Teeter, J.D. '85

Kelly Teevan, A.B. '73

Lara Teich, A.B. '21

Mary Teichert, A.B. '93 M.B.A. '98

Lee Teitel, A.B. '74 Ed.D. '88

Jeremy Teitelbaum, Ph.D. '86

Samantha Tejada, A.B. '09

Jose Tello, A.B. '95

Robert Telson, A.B. '70

Rasmus Tenbergen, M.P.A. '01

Jessie Tenenbaum, A.B. '96

Ellen Teninty, A.B. '76

Alexander Tennant, A.B. '08 '

Amanda Teo, J.D. '05 A.M. '01

Gaille Teo, A.B. '15

Marc Teren, M.B.A. '92

Michael Terris, A.B. '84

Lawrence Terry, A.B. '68

Caroline Tervo, A.B. '18

Diana Tesdell, A.B. '89

Kerwin Tesdell, A.B. '80

Adiam Tesfalul, A.B. '15

Alexander Tesfamicael, A.B. '15

Pauline Tesler, A.B. '64

John Tessitore, A.B. '96

Kelly Tessitore, A.B. '96

John Teton, A.B. '70

Suzanne Tetreault, A.B. '81 J.D. '84

Lauren Teukolsky, A.B. '97

David Teutsch, A.B. '72

Steven Teutsch, A.B. '70

Robyn Tevah, A.B. '81

Jane Ellen Tewksbuty, A.B. '74

Elizabeth Texeira, A.B. '09 Ed.M. '14

Lyman Thai, A.B. '08

Denise Thal, A.B. '77

Janet Thal, A.B. '70

Richard Thal, A.B. '74

Gabrielle Thal-Pruzan, Ed.M. '11

Mamie Thant, A.B. '04

Natthapat Thawiwannabun, LL.M. '15

Elizabeth Thayer, Ed.M. '74

Harvey Thayer, A.B. '82

Susan Theil, A.B. '81

David Theobald, A.B. '85 M.B.A. '9`

Todd Theringer, M.P.A. '09

Kris Thiessen, A.B. '98

Adam Thomas, Ph.D. '07

Adriana Thomas, Ed.M. '18

Andrea Thomas, S.B. '96

Ann F. Thomas, A.B. '73 BI '92

Christopher Thomas, A.B. '75

Marian Thomas, M.B.A. '10

Melinda Thomas, M.B.A. '92

Renu Thomas, ALI '19

Rogelio Thomas, A.B. '78 M.D. '83 M.P.P. '83

Kimberly Thomas Benjamin, A.B. '03

T Thomas New, A.B. '73 M.P.P. '84

Andrea Thome, A.B. '93

Amelia Thompson, Ed.M. '21

David Thompson, A.B. '83

Don Thompson, J.D. '81

Eleanor Thompson, A.B. '05

Elizabeth Thompson, A.B. '81

Elizabeth Thompson, A.B. '12

Elizabeth Barnes Thompson, A.B. '64

Elsie Thompson, A.B. '72

Emily Thompson, S.M. '24

Eric Thompson, A.B. '87

Heather Dawn Thompson, J.D. '00

J Phillip Thompson, A.B. '77

Jennifer Thompson, A.B. '02

Jill Thompson, J.D. '94

Louis Thompson, M.B.A. '65

Margaret Louise Thompson, A.B. '67

Mona Thompson, Ed.M. '19

Simon Thompson, A.B. '14

Sue Thompson, A.B. '72

Vinton Thompson, A.B. '69

William Thompson, A.B. '13

Lailah Thompson-Woode, M.B.A. '21

Robert Thoms, J.D. '76

Meredith Thomson, A.B. '94

Patricia Thomson, M.P.P. '93

Beth Thoren, M.B.A. '92

Kate Thoreson, J.D. '19

Ryan Thoreson, A.B. '07

Alexander Thorndike, A.B. '88

Anne Thorndike, A.B. '88 M.P.H. '98

Camila Thorndike, M.P.A. '20

Jomo Thorne, A.B. '97

Jeremy Thorner, A.B. '67 Ph.D. '72

Alexandra Thornton, A.B. '15

Barbara Thornton, M.B.A. '95

Margaret Thornton, M.B.A. '86

Michael Thornton, Ph.D. '18 A.M. '13

Rachel Thornton, A.B. '08

Theodore Thornton, A.B. '70 M.B.A. '75

Tamara Thorp, Fellow '14

Suzanne Thorpe, A.B. '63

Rachel Thorsett, A.B. '78

Mark Thorsrud, A.B. '72

Arun Thottumkara, A.B. '08

Elizabeth Thrall, A.B. '05 A.M. '05

Christopher Thurber, A.B. '91

Danilo Thurber, A.B. '25 A.B. '25

Andrea Thurm, A.B. '77

Victor Thuronyi, J.D. '80

Baratunde Thurston, A.B. '99

Dylan Thurston, A.B. '95

Grace Tiao, A.B. '08

Felisa Tibbitts, A.B. '81 M.P.P. '86 M.Ed. '96

Lauren Tiedemann, A.B. '13

Mara Tieken, Ed.D. '11 Ed.M. '06

Susan Tien, A.B. '93

Stephen Tifft, A.B. '75

Edmund Tijerina, A.B. '87

Kathryn Harris Tijerina, A.B. '72

Susan Tillman, A.B. '62

Rebecca Tilney, A.B. '82

Dana Tilson, M.M.Sc. '97

Susan Tilson, J.D. '93

Eric Timmerman, A.B. '19

Michelle Timmerman, A.B. '13

Stephen Timmerman, M.B.A. '85

William Timpson, A.B. '68

Cynthie Tin-Oo, M.P.A. '99

Jennifer Ting, A.B. '90

Yvonne Ting, A.B. '93

Donald Tingle, A.B. '59

Marcia Tingley, A.B. '68

Tyler Tingley, A.B. '68 Ed.M. '76 Ed.D. '82

Pantelis Ellis Tinios, A.B. '69

Marshall Tinkle, A.B. '79

Jacquelyn Tinsley, Ed.M. '22

Sharon Tirona-Obias, A.B. '95

Ruth Tisdale, M.P.H. '24

Sharon Tisher, A.B. '73 J.D. '77

Jordan Tishler, A.B. '88 M.D. '94

Lori Tishler, A.B. '88 M.D. '94 M.P.H. '94

Sigrid Tishler, A.B. '60

Ernest Titanji Duga, M.P.A. '15

William Titus, A.B. '81

Gerald Tiu, A.B. '10

Rachel B. Tiven, A.B. '96

Jeremy Tobacman, A.B. '99 Ph.D. '07

Joanne Tobacman, A.B. '72

Ruth Tobar, Ed.M. '96

Daryna Tobey, A.B. '96

Andrew Tobias, A.B. '68 M.B.A. '72

Lisa Tobias, A.B. '01

Margaret Tobin Segall, A.B. '70

Ryan Tobler, A.M. '20 Ph.D. '22

Karen Todd, A.B. '95

Kensuke Tojima, M.B.A. '00

Leslie Tolbert, A.B. '73 Ph.D. '78

Mary Kathryn Tolbert, A.B. '69 Ph.D. '78

Allison Toledo, A.B. '19

Athanassios Tolis, A.B. '91

Josh Tolkoff, A.B. '70

Nina Tolkoff Rubin, M.D. '68

Irina Tolkova, Ph.D. '23

Elizabeth Toll, A.B. '77

Marin Tollefson Almeida, J.D. '17

Luis Tollinche, A.B. '96

Willard Tom, A.B. '74 J.D. '79

Jason Tomarken, A.B. '91

Timothy Tomasik, Ph.D. '03 A.M. '98

Jennifer Tombaugh, A.B. '90 M.B.A. '95

Betsy Tomic, A.B. '79

Rachel Tompkins, A.B. '72

Gerald Toner, A.B. '72

Chong Heong Tong, PMD '85

Frank Tong, Dr.P.H. '99

Xiao Tong, Ph.D. '95

Maggie Topkis, A.B. '83

Preston Torbert, J.D. '74

Elisabeth Torg, A.B. '84

Paul Toribio, A.B. '13

Richard Torkelson, A.B. '67

Jessica Tornek, M.B.A. '04

Todd Torr, A.B. '94

Dennis Torreggiani, A.B. '72

Jesse Torrence, M.P.A. '08

Angelica Torres, A.B. '19

Antonio Torres, M.P.A. '96

Cynthia Torres, A.B. '80 M.B.A. '84

Ellen Torres, A.B. '94

Paul Torres, A.B. '98

Shanna Torres, S.B. '14

Vanessa Torres, A.B. '08

Juan Francisco Torres Landa Ruffo, LL.M. '90

Christopher Torto, M.B.A. '92

Elizabeth Tossell, J.D. '07

Julia Tossell, A.B. '69

Cynthia Totten, J.D. '97

Meg Touborg Jebsen, A.B. '85

Michael Touff, A.B. '66

Charles Toulmin, A.B. '84 Ed.M. '01

Macani Toungara, A.B. '02

Jalem Towler, A.B. '15

Alison Townley, A.B. '87

Brianna Townsend, A.B. '22

Jacinda Townsend Gides, A.B. '92

Kentaro Toyama, A.B. '91

Meghan Joyce Tozer, A.B. '08

Shannon Tracey, A.B. '00

Susan Tracy, M.P.A. '88

Paula Traktman Duncan, A.B. '74

Alvin Tran, Sc.D. '18

Sylvie Tran, M.B.A. '04

Linh Tran-Phuong, A.B. '15

Christina Tranfaglia, A.B. '84

Edward Trapido w, Sc.D. '81 S.M. '78

Crista Trapp, S.M. '02

Kathleen Trapp, A.B. '86

Suzanne Traub-Metlay, A.B. '86

Victoria Traube, A.B. '68

Thomas Trauger, J.D. '77

David Traum, A.B. '85

Judith Traum, A.B. '62

Michael Travaglini, A.B. '85

Danielle Travers, A.B. '05

Karin Travers, Sc.D. '99

Roberto Travieso, A.B. '08

Michael Traynor, M.P.H. '20

Barbara Treacy, A.B. '74 Ed.M. '99

Mary Treacy, M.P.P. '25

Sarah Treco, A.B. '77 M.B.A. '82

John Treece, A.B. '75

Gabriela Treess, M.P.A. '97

Spela Trefalt, D.B.A. '08

Matthew Trent, A.B. '00

Anna Trepekli, M.B.A. '23

Stephen Trevor, M.B.A. '92

Bill Triant, A.B. '99

Laurence Tribe, J.D. '62 J.D. '66

Helen Trilling, A.B. '73 J.D. '76

Meredith Trim, A.B. '84 J.D. '88

John Trinidad, A.B. '98

Andrew Tripp, A.B. '93

Elise Tripp, A.B. '65

Jack Tripp, M.T.S. '25

Mary Tripsas, M.B.A. '87

Bruce Troen, A.B. '76 M.D. '80

Mark Troen, A.B. '76

Jay Troger, A.B. '77

Rebecca Troisi, Sc.D. '94

Peter Trooboff, L.L.B. '67

Rhoda Trooboff, M.A.T. '69

Stevan Trooboff, M.B.A. '68 D.B.A. '72

Toni Troop, M.P.P. '93

Jonathan Tropp, A.B. '88 J.D. '91

Lauren Tropp, A.B. '89

Evangeline Tross, J.D. '78

Scott Tross, J.D. '81

Nina Trowbridge, A.B. '89

Andrea Troxel, Sc.D. '95

Brigitta Troy, A.B. '61

Martha Trudeau, M.P.A. '92

Sam Trumbull, A.B. '95

Katie Trumpener, A.M. '83

Kim Truong, Ed.M. '04

MaryAnn Tsai, M.B.A. '89

Vicky Tsai, M.B.A. '06

Anne Tsai Bennett, A.B. '00

Sarah Tsang, A.B. '03

Ourania Tserotas, A.B. '00

Tina Tsiakalis, A.B. '92

Panayiotis Tsokas, A.B. '94

Bonnie Tsui, A.B. '99

R. Mayo Tsuzuki, A.B. '84

Loring Tu, Ph.D. '78

Samson Tu, A.B. '77

Rocio Tua, M.P.A. '18

Liliane Tuck, A.B. '60

Diane Tucker, A.M. '05

Judith Tucker, A.B. '69 Ph.D. '81

Maggie Tucker, A.B. '93

Grant Tudor, M.B.A. '19 M.P.P. '19

Inger Tudor, A.B. '87 J.D. '92

Jonathan Tull, A.B. '91

Amihope Tully, M.B.A. '92

Amy Tully, A.B. '96 J.D. '99

Dean Tully, A.B. '71

Nina Tumarkin, Ph.D. '75

Alexis Tumolo, A.B. '06

Angela Tung, J.D. '91

Arthur Tung, A.B. '75

Ko-Yung Tung, A.B. '70 J.D. '73

Rosann Tung, Ph.D. '97

Christopher Tunnard, A.B. '71

Edsel Tupaz, LL.M. '08

Mindy Turbov, M.P.A. '93

Alfred Turco, Dr.P.H. '69

John Turco, A.B. '70

Mary Turco, Ed.D. '94

Daniel Turk, A.B. '72

Michaele Turnage Young, J.D. '06

Brianna Turner, A.B. '23

Elizabeth Turner, A.B. '91

Heather Turner, M.B.A. '00

Kelly Turner, A.B. '01

Mary Turner, M.P.P. '83

Steven Turner, A.B. '98

Weslie Turner, A.B. '10

Michael Tuteur, A.B. '80 J.D. '84

Leslie Tuttle, A.B. '72

Benjamin Twining, A.B. '97

Christine Twining, A.B. '97

Kate Twist, M.B.A. '08

Nana Amma Twum-Danso, A.B. '94 M.D. '98

Grace Tye, A.B. '99 M.D. '04

Jennifer Tye, A.B. '97

Cecily Tyler, M.P.A. '16

Kelsey Tyssowski, Ph.D. '19

Laura Ucros Tellez, M.B.A. '22

Victor Udoewa, S.B. '99

Takemi Ueno, A.B. '87 J.D. '93

Carole Uhlaner, Ph.D. '78 A.B. '71

Stephanie Uhlarik, J.D. '83

Linda Ujifusa, A.B. '80

Jennifer Ulin, M.B.A. '92

Claire Ullman, A.B. '84

Lindsay Ullman, M.B.A. '15

Michael Ullman, A.B. '88

Robert Ullmann, A.B. '77 J.D. '81

Stefan Ullrich, M.L.A. '21

Lisa Ulrich, A.B. '84 M.P.A. '89

Elizabeth Umlas, A.B. '87

Dehlia Umunna, M.P.A. '10

Susan Underwood, A.B. '72

Jon Unger, A.B. '92 J.D. '95

R. Craig Unger, A.B. '71

Roger Craig Unger, A.B. '71

Gaurav Upadhyay, A.B. '00

Jennifer Uphoff Gray, A.B. '93

Geoffrey Upton, A.B. '99 J.D. '03

Yoshiteru Uramoto, M.P.A. '93

Raymond Urban, A.B. '73 M.Arch. '78

Marilyn Urban Germano, A.B. '74

Barbara Urbanczyk, A.B. '04

Saúl Urbina-Johanson, A.B. '19 M.P.H. '22

Elizabeth Useem, Ed.D. '71

Robert Uva, A.B. '78

Angela Uwase Rangira, A.B. '20

Erika Uyterhoeven, M.B.A. '19

Anisha Vachani, M.B.A. '19 M.P.P. '19

Victor Vadaneaux, M.B.A. '91

Bettina Vaello, M.D. '87

Emma Vaggo, Ed.D. '15

Karen Vagts, A.B. '79

Nadeem Vaidya, A.B. '99

Amanda Vaill Stewart, A.B. '70

Ana Valazza, M.P.A. '05

Pam Valdes, A.L.M. '22

Hannah Valencia, A.B. '22

Conevery Bolton Valencius, Ph.D. '98 RI '17

Matthew Valencius, S.B. '97

norah valentine, Ed.M. '81

Ralph Valentine, A.B. '66

Deborah Valenze, A.B. '75

Xinying Valerian, A.B. '03

Austin Valido, A.B. '18

Karim Valji, A.B. '78 M.D. '82

Cristina Valverde, A.B. '06

Marco van Aggele, M.B.A. '19

Bill Van Arsdall, A.B. '70

Suzanne Van Arsdall, J.D. '23

Shar Van Boskirk, A.B. '97

Alice van Buren, A.B. '74

Philip van Buren, A.B. '79

Olga van de Sande, A.B. '95

elisabeth van der Velden, Exec. Ed. '23

Cornelia van der Ziel, A.B. '68

Bart van Dissel, A.B. '75

Alex Van Dyke, J.D. '21

Henry van Dyke, M.B.A. '86

Stephanie Van Dyke, A.B. '79

Johannes van Esch, M.D. '06

Willem van Heeckeren, Ph.D. '95

Chris Van Hollen, M.P.P. '85

Martine Van Ittersum, A.M. '93 Ph.D. '02

Debbie Van Ryn, A.B. '80

Elizabeth van Schilfgaarde, LL.M. '90

Curtis Van Sickle, M.B.A. '85

Valerie Van Sickle, M.B.A. '85

David Van Taylor, A.B. '83

Mary Van Valkenburg, M.B.A. '81

Remke van Zadelhoff, A.L.M. '18

George Vana, A.B. '04 A.M. '04

Paul VanDeCarr, M.T.S. '99 M.P.A. '00

Taylor Vandick, A.B. '16

Sarah Vantrease, A.B. '02

Paul VanWagenen, A.B. '97

Julio Ricardo Varela, A.B. '90

Christina Vargas-Kornfeld, A.B. '04

Susan Varisco, A.B. '84

Alyssa Varley, A.B. '02

Janet Varon, A.B. '78 J.D. '83

Carlos Varon Gonzalez, Ph.D. '15

George Varughese, A.B. '77

Hector Vasconcelos, A.B. '68

Ian Vasicka, Exec Ed '22 Exec Ed '24

Russell Vasile, M.D. '74

Camille Vasquez, A.B. '10

Phillip Vasquez, Ed.M. '12

Samuel Vasquez Martinez, A.B. '18

Katherin Vasquez Sanchez, A.B. '25

Itzel Vasquez-Rodriguez, A.B. '17

Jonathan Vatner, A.B. '01

June Vayo, A.B. '78 A.M. '90

Monica Vazirani, A.B. '93

Steve Vazquez, A.B. '93

Lisa Vedder, M.P.A. '00

Priya Veeraraghavan, Ph.D. '23

Edward Velasco, S.M. '06

Sergio Velasquez-Rose, M.B.A. '19

Sofia Velazquez, A.B. '14

Jozzie Velesig, A.L.M. '23

Mira Velimirovic, A.B. '81

Joanna Veltri, A.B. '97 M.P.P. '01

William Stephen Venable, Jr., A.B. '98

Arvind Venkat, A.B. '96 A.M. '96

Ravi Venkatesan, M.B.A. '92

Tamsin Venn, A.B. '73

Sandra Venning, A.B. '66

Martina Verba, A.B. '89 M.P.H. '01

Gary Verdon, A.B. '77 M.B.A. '81

Jerome Vered, A.B. '79

Raf Verheij, M.B.A. '04

John Vering, A.B. '73

David Vernal, A.B. '95

Patric M. Verrone, A.B. '81

Suzanne Veta, A.B. '91

Stan Veuger, A.M. '09 Ph.D. '12

Jill Vialet, A.B. '86

Joyce Vialet, A.B. '59 Ed.M. '60

Martha Vibbert, Ed.M. '79

Kathleen Vickland, M.P.P. '84

David Vickrey, Ph.D. '80

Jonathan Victor, A.B. '73

Stephen Victor, Ph.D. '73 A.M. '64

Gordon Vidaver, A.B. '91

Catherine Vigil, A.B. '22

Tanika Vigil, J.D. '14

Paul Viita, A.B. '70

Scott Vila, M.B.A. '92

Thomas Viles, A.B. '80

Debra Vilinsky, A.B. '77

Ben Villa, A.B. '01

Alejandro Villacis, A.B. '11

Allison Villafane, A.B. '98

Soledad Villagra de Biedermann, LL.M. '92

James Villanueva, A.B. '84

Peeter Vilms, A.B. '66

Lawrence Vincent, A.B. '73

Matthew Vincent, A.B. '13

Amy Vinturella, S.M. '00 S.D. '03

Jacob Viramontes, A.B. '12

Dan Visel, A.B. '00

Alexandra Visher, M.P.A. '15

Anastasia Vishnevetsky, M.P.H. '23

Uma Viswanathan, A.B. '01 A.M. '04

Neal Vitale, M.B.A. '79

Richard Vitale, A.B. '66

Paul Vlachos, A.B. '82

Ariana Dalia Vlad, A.B. '24 A.M. '24

Dieu-Huong "Teri" Vo, A.B. '83

Michael Voevodsky, M.B.A. '92

E Vogdes, A.B. '73 M.Arch. '78

Lelaina Vogel, A.B. '15

Deborah Vogel Cornwell, A.B. '80

Michael Vogler, A.B. '78

Evon Vogt, A.B. '68

Mary Vogt, A.B. '68

Kevin Volkan, M.P.H. '98

Thomas Vollbrecht, J.D. '86

Susan Volman, A.B. '69

rodolphe von Berg, M.B.A. '92

Amélie von Briesen, A.B. '95 J.D. '01

Christina Von der Ahe Rayburn, J.D. '07

Eric von Eckartsberg, M.P.A. '92

Jutta von Falkenhausen, M.P.A. '90

Amanda Klekowski von Koppenfels, A.B. '93

Michael Von Korff, A.B. '07

Loraine von Moltke, M.B.A. '92

Nina von Moltke, M.P.A. '02

Richard von Rueden, A.B. '73 M.D. '77

Christian von Rumohr, A.B. '93

Katherine von Stackelberg, A.B. '88 S.M. '98 Sc.D. '06

John Vooper, Ed.D. '95

Carl Voss, A.B. '94

Mary Voss, A.B. '91

Ulrich Voss, M.P.A. '95

Thao Vu, M.P.H. '23

Diep Vuong, A.B. '87

Nikhil Vytla, S.M. '25

Michael Wachtel, Ph.D. '90

David Wadsworth, A.B. '84

Kate Wadsworth, A.B. '02

Susan Wadsworth, Ed.D. '86

Ellen Waggoner, J.D. '95

Pooja Wagh Yardley, M.P.P. '12

Lawrence Wagman, J.D. '76

Carol Wagner, A.B. '70

Gregory Wagner, A.B. '69

Henry Wagner, A.B. '70

Jennifer Wagner, A.B. '01

Jessica Wagner, Ed.M. '12

Maria Wagner, M.B.A. '04

Kemeyawi Wahpepah, A.B. '09

Lee Waite, M.P.A. '99

Kathleen Waits, J.D. '75

Carol Davis Waitzkin, A.B. '76

Cassandra Walcott, M.D. '97

Charles Walcott, A.B. '56

William Walderman, A.B. '68

Jane Waldfogel, A.B. '76 Ed.M. '79

Robert Waldinger, A.B. '73 M.D. '78

Bart Waldman, A.B. '70

Cydni Waldner, A.B. '93

John Waldstein, A.B. '75

Paul Wales, A.B. '69

Corey Walker, M.T.S. '99

Elizabeth Walker, A.B. '93

Elizabeth Walker, Ed.M. '82

Katrina M. Walker, A.B. '92

Lanier Walker, A.B. '14

Lloyd Walker, A.B. '81

michael walker, M.T.S. '83

Mike Walker, M.P.A. '95

Nancy Walker, A.B. '80

Nancy Walker, M.B.A. '86

Nona Walker, A.B. '66

Pamela (Polly) Walker, A.B. '63 M.D. '67

Timothy Walker, A.B. '73

William Walker, A.B. '70

Jaime Wall, M.B.A. '06

Wendy Wall, A.B. '83

Christina Wallace, M.B.A. '10

Heidi Wallace, Ed.M. '17

Michael Wallace, A.B. '71 M.P.P. '76 Ph.D. '81

Sondra Wallace, J.D. '75

Andrew Wallace Kosztyó, M.B.A. '95

Mark Wallach, J.D. '74

David Walley, A.B. '87

Jessica Walling Stokes, A.B. '94

Victor Wallis, A.B. '60

Tristanne Walliser, A.B. '95

Gary Walls, A.B. '76

Nancy Walser, Ed.M. '10

Alexis Walsh, A.B. '00

Camille Walsh, J.D. '04

Conor Walsh, A.B. '12 M.B.A. '18

Eric Walsh, A.B. '72

James Walsh, J.D. '99

Jill Walsh, A.B. '00

Lucy Walsh, A.B. '15

Michael Walsh, A.B. '83 M.B.A. '87

William Walsh, A.B. '80

Alan Walter, A.B. '75

Natasha Walter, Fellow '89

Rossi Walter, A.B. '14

Rossi Walter, A.B. '88

Bradford Walters, A.B. '73 M.D. '79

Jonathan Walters, A.B. '71 J.D. '75

K. Michele Walters, A.B. '88

Christopher Walton, M.Div. '00

David Walton, A.B. '78

Jennifer Waltzer, M.B.A. '86

Ken Waltzer, A.B. '80 M.P.H. '85

Martha Walz, M.P.A. '00

Alan Wang, A.B. '24 S.M. '24

Alice Wang, A.B. '14 J.D. '18

Charlotte Wang, Ph.D. '12

Chloe Wang, J.D. '17

Deane Wang, A.B. '73

Eunice Wang, A.B. '91

Fangyi Wang, A.B. '21

Jennifer Wang, M.B.A. '97

Julius Wang, M.B.A. '91

Katie Wang, A.B. '20 MBE '21

Ke Wang, A.B. '07 Ed.M. '10

Keven Wang, M.B.A. '22

Nelson Wang, A.B. '93

Taylor Wang, S.M. '25

Xi Wang, A.B. '06 M.P.A. '14

Yueh-Ming Wang, A.B. '67

Zhifong Wang, A.B. '04

Christopher Wankel, A.B. '13

James Emmanuel Wanki , M.P.A. '20

Grace Wankiiri Orsatti, MBE '25

Frank Ward, A.B. '72 M.D. '78

Jared Ward, A.B. '78

Kate Ward, A.B. '05

Kevin Ward, A.B. '75

Michael Ward, A.B. '83

Michelle Ward, Ed.M. '18

Sarah Ward, A.B. '16 Ed.M. '18

Ruth Wardle Scott, A.B. '61

Ciji (Corlis Jane) Ware, A.B. '64

Susan Ware, A.B. '86

Roger Wareham, A.B. '72

Cameron Warner, M.T.S. '01 Ph.D. '08

Clark Warner, A.B. '85

David Warner, A.B. '74

Margaret D Warner, CMS '93

Mark Warner, J.D. '80

Stephen Warnke, A.B. '81

Jennifer Warr Parker, M.L.A. '94

Alvin Warren, M.P.A. '13

April Warren, S.M. '11

Charlotte Warren, A.B. '91

Deborah Warren, A.B. '68

Edus Warren, A.B. '82 Ph.D. '88 M.D. '91

Heather Warren, M.B.A. '00

Henry Warren, A.B. '72

Linda Warren, M.D. '87

Mary Warren, A.B. '85

Previn Warren, A.B. '04 J.D. '11

Richard Warren, A.B. '83

Sheila Warren, A.B. '98 J.D. '02

Nicholas Warren,, M.A.T. '67

David Warsh, A.B. '66

Meira (Maxine) Warshauer, A.B. '70

Scott Wartel, A.B. '77

Michael Wartofsky, A.B. '90

William Washauer, A.B. '71

Deborah Washburn, A.B. '63

Jaxon Washburn, M.T.S. '23

Eugene Washington, M.M.Sc. '78

Zuhairah Washington, J.D. '05 M.B.A. '05

Brad Waskewich, A.B. '98

Stephen Wasko, M.B.A. '86

Judith Wasserheit, M.D. '78

Hal Wasserman, A.B. '86

Robin Wasserman, A.B. '00

Pam Wasserstein, A.B. '00 J.D. '04

Rachel Watanabe-Batton, A.B. '89

Sarah Waterfield, A.B. '97

G. Scott Waterman, A.B. '78

Chris Waters, A.M. '79 Ph.D. '85

Jennifer Waters, A.B. '72 J.D. '76

Callie Watkins, A.B. '05

Angelica Watson, A.L.M. '06

Robert Watson, A.B. '09 Ed.M. '18 M.P.A. '21

Linda Watson Macari, A.B. '72

Ashley Watts, A.B. '23

Caitlin Watts-FitzGerald, A.B. '06

Peter Wattson, A.B. '66

Katie Waugh, M.B.A. '24 M.P.P. '24

Stephen Wawrose, A.B. '82

Susan Waxenberg, A.B. '78

Lucan Way, A.B. '90

Catherine Weary, A.B. '79

Helen Weary, A.B. '83

Taylor Weary, A.B. '16

Eric Weaver, A.B. '86

Aileen Webb, M.P.A. '89

Cornelia (Nina) Webb, A.B. '79

Heidi-Rachel Webb, Ed.M. '80

Kate Webb, M.Arch. '89

Melody Webb, A.B. '90 J.D. '93

Michelle Webb, A.B. '89

Christine Webber, A.B. '88

Thomas Webber, A.B. '69

Austin Weber, A.B. '19

Charles Weber, A.B. '17 Ed.M. '18

Cynthia Weber, A.B. '88 M.B.A. '93

Tom Weber, Ed.M. '13

Charlie Webster, M.P.A. '91

Joseph Webster, A.B. '86

Lauren Wechsler, M.P.P. '10

David Claflin Weeks, A.B. '73

Hal Weeks, A.B. '77

Thomas Weeks, M.P.P. '83 Ph.D. '88

Vicki Weeks, Ed.M. '85

Noah Weeth-Feinstein, A.B. '98

Sarah Wehle, A.B. '75 Ed.M. '90

Changhao Wei, J.D. '20

Nancy Wei, A.B. '02 M.D. '06 M.M.Sc. '12

George Weiblen, Ph.D. '99 A.M. '97

Alexander Weickhardt, A.B. '16

Jerry Weidler, A.B. '60

Linda Weidman, A.B. '80

Lynn Weigel, A.B. '70

Wendy Weiger, A.B. '84 M.D. '97 Ph.D. '97

Amanda Weil, A.B. '83

Peggy Weil, A.B. '76

Susan Weil, A.B. '79

Claudia Weill, A.B. '69

Elizabeth Weinberg, A.B. '86

Jonathan Weinberg, J.D. '17

Jennifer Weinberg-Wolf, A.B. '95

Didi Weinblatt, A.B. '65

Daniel Weiner, J.D. '05

Evan Weiner, A.B. '16 Ed.M. '18

Harte Weiner, A.B. '79

Joanna Weiner, A.B. '95

Monica Weiner, A.B. '90

Peter Weiner, A.B. '66

Kaethe Weingarten, Ph.D. '74

Laurie Weingarten, M.B.A. '93

Melissa Weininger, A.B. '95

Michael Weinrich, A.B. '72 M.D. '76

Allison Weins, A.B. '15

Alan Weinstein, A.B. '78 Ph.D. '83

Phyllis Weinstock, A.B. '75

Ellen Weintraub, J.D. '84

Levi Weintraub, A.L.M. '25

Rachel Weintraub, A.B. '12

Edward Weis, A.B. '67

Thomas Weiser, M.P.H. '06

Thomas Weiser, A.B. '82

Deborah Weisgall, A.B. '68

Heidi Weiskel, A.B. '97

Benjamin Weisman, M.B.A. '18 M.P.P. '18

Andrea Weiss, A.B. '74

Ben Weiss, A.B. '03

Charles Weiss, A.B. '70

David Weiss, A.B. '80

Elizabeth Weiss, A.B. '72

Fred Weiss, A.B. '75 M.B.A. '79

Martha Weiss, A.B. '79

Peter Weiss, Ed.M. '16

Roger Weiss, A.B. '72

Samuel Weiss, A.B. '76

Thomas G. Weiss, A.B. '68

Walter Weiss, A.B. '72 M.D. '78

Daniel Weissman, A.B. '05

Michael Weissman, A.B. '70

Lisa Weissmann, A.B. '77

Jonathan Weker, A.B. '76

Elizabeth Welburn, A.B. '99 Ed.M. '16

Dylan Welch, M.P.P. '22

John Welch, J.D. '82

David Weld, A.B. '98

William N. Weld, A.B. '66

Heather Welfare (nee Chegwidden), A.B. '95

Alison Weller, A.B. '92

Janet Weller, A.B. '75

Barbara Wellnitz, CSS '96

Andrea Wells, Ed.M. '10

David Wells, A.B. '68

John Wells, A.B. '70

Thomas Wells, A.B. '73

Nancy Welsh, J.D. '82

Whitney Welshimer, A.B. '03

Alon Wendel, A.L.M. '23

Bill Wendel, A.B. '77

Edward Wendell, A.B. '63

Melissa Wender, A.B. '89

Ssu Weng, A.B. '66 M.D. '71

Evelyn Wenger, A.B. '11

Mia Wenjen, A.B. '87

Jessica Wenning, A.B. '70

Stanley Wenocur, A.B. '59

David Wenzel, M.B.A. '93

Tiana Werber, A.B. '09

Elisabeth Werby, A.B. '72

Marion Werkheiser, J.D. '03

Rob Werner, Exec Ed '17

Elizabeth Werthan, A.B. '60

Michael Wertheim, A.B. '95

Marchell Wesaw, A.B. '89

clay wescott, A.B. '68

James Wessler, A.B. '77

Ann West, A.B. '73

Cole West, M.B.A. '25

Cornel West, A.B. '73

George West, A.B. '72

Margaret West, M.Arch. '73

Marisa West, A.B. '10

Mary M West, Ed.D. '81

Matthew West, S.M. '21

Kelvin Westbrook, J.D. '82

Lauren Westbrook-McIntosh, A.B. '07

Hans Westerbeek, AMP '17

Windsor Western, A.B. '10

Diana Westgate, A.B. '64

George Weston, M.B.A. '92

Jonathan Westphal, A.B. '73

James Westra, A.B. '73

Merin Wexler, A.B. '83

Natalie Wexler, A.B. '76

Jane Wey, A.B. '94

Robert Whalen, A.B. '75

Shannan Whalen, A.B. '02

Emily Wharton, A.B. '14

Laura Wharton, A.B. '83

Philippa Wharton, A.B. '82

Joe Whatley, A.B. '75

Lowell McKay Whatley, A.B. '77

Alynda Wheat, A.B. '96

Katherine Wheatley, A.B. '76 J.D. '79

Benjamin Wheeler, Ed.M. '22

Candace Wheeler, A.B. '72 M.C.R.P. '74

James Wheeler, A.B. '70

Juliet Wheeler, A.B. '73

Rachel Wheeler, A.B. '73 M.D. '77

Mariam Wheeler Gates, M.E. '98

Christopher Whelan, A.B. '97

David Whitcomb, A.B. '72

Anita White, A.B. '75

Arthur White, A.B. '94

Barry White, A.B. '64 J.D. '67

Benjamin White, A.B. '67

Carl White, M.M.Sc. '02

Claire White, Ed.D. '05 Ed.M. '99

Colin White, A.B. '90

Craig White, Ph.D. '17

Dan White, A.M. '63 Ph.D. '67

Deborah White, A.B. '85

Dennis White, A.B. '69

Emily White, M.A.T. '71

Eric White, M.D. '67

Heather White, J.D. '95

James White, A.B. '70

June White, A.B. '61

Lucie White, A.B. '72 J.D. '81

Merry White, A.B. '63 A.M. '68 Ph.D. '80

Ned White, A.B. '86

Richard B. White, A.B. '75

Sarah White, Dr.P.H. '77

Thomas White, A.B. '75

Wilda White, M.B.A. '90

William White, A.B. '66

Thomas Carey White III, M.B.A. '92

Gloria White-Hammond, M.Div. '97

Anne Whitehouse, A.B. '76

Christopher Whiteman, M.Div. '16 A.L.B. '13

Luke Whitesell, A.B. '79

James Whiting, A.B. '81

Michael Whitlock, M.P.P. '98

Susan Whitlock, A.B. '84

Cynthia Whitman, M.D. '88

Gordon Whitman, J.D. '90

Cathy Whitmire, M.Div. '87

Michael Whitmire, A.B. '89

Wanda Whitmore, A.B. '81

Annie Whitney, J.D. '24

Donna Whitney, M.D. '79

Grace Whitney, A.B. '20

Thomas Whittaker, Ph.D. '22 A.M. '17

Robert Whittemore, A.B. '69

Anne Whittington, A.B. '75

Betsy Wice, A.B. '63 M.E. '64

Alan Wichlei, M.P.A. '85

Jeffrey Wicker, J.D. '88

Alonzo Wickers, A.B. '89

Lisa Wickham, A.B. '91

Lizzie Widdicombe, A.B. '06

Gina Wideroff, A.B. '11

Danielle Widmann Abraham, Th.D. '13

Lissa Widoff, M.P.A. '93

Harden Wiedemann, A.B. '75

Andrew Wiegand, A.B. '73

Jeffrey Wiegand, A.B. '76

Sharon Wienbar, A.B. '84 S.M. '84

Elizabeth Wiener, A.B. '17

Jonathan Wiener, A.B. '84 J.D. '87

Amary Wiggin, A.B. '09

Charles Wiggin, J.D. '72 M.B.A. '72

Ashley Wigod, A.B. '00

James Wigton, A.B. '70

Christie Wilbur, A.B. '70

Christopher Wilbur, A.B. '70

Fred Wilcon, A.B. '61

Alexandra Wilcox, A.B. '11

Andrew Wilcox, A.B. '18

Bruce Wilcox, A.B. '69

David Wilcox, A.B. '70

Karen Wilcox, A.B. '76

Kathryn Wilcox, A.B. '11

Russell Wilcox, A.B. '89 M.B.A. '95

Harris Wilder, A.B. '71

Keven Wilder, A.B. '70

Nick Wilder, A.B. '70

Robb Wilentz, A.B. '92

Dennis Wiley, A.B. '72

Kate Wiley, A.B. '85

Meredith Wiley, M.P.A. '93

Eric Wilfrid, A.B. '94

Betsy Wilhelm, A.B. '63 Ph.D. '69

Phyllis Bloom Wilker, M.A.T. '73

Joshua Wilkes, A.B. '91

Andrew Wilking, A.B. '72

Douglas Wilkins, A.B. '75 J.D. '78

Susan Wilkins, A.B. '86

Alexis Wilkinson, A.B. '15

Daniel Wilkinson, A.B. '93

Eleanor Wilkinson, A.B. '15

James Wilkinson, A.B. '65 A.M. '70

Lawrence Wilkinson, M.B.A. '76

Robert Wilkis, A.B. '71

Roy Willey IV, Esq., A.B. '09

Alethia Williams, A.B. '11 M.T.S. '14

ANDRE Williams, M.B.A. '81

Andrea Williams, A.B. '78

Brooke Williams, A.B. '88

Bruce Williams, A.B. '83

Carine Williams, A.B. '00

Christopher Williams, M.B.A. '02

Claudia Williams, S.M. '91

Deborah Williams, J.D. '78

Dians Williams, A.B. '95 Ph.D. '07 M.A. '20

Ellen Williams, A.B. '75 M.D. '80 Ed.M. '10

Eugene Williams, A.B. '82 M.B.A. '87

James Williams, A.B. '10

Jamie Williams, A.B. '14

Jeffrey Williams, A.B. '78 M.B.A. '82

Jessica Williams, A.B. '20 Ed.M. '21

John Williams, A.B. '63

John Williams, A.B. '74

Juliet Williams, A.B. '90

Karen Williams, M.B.A. '91

Katherine Williams, M.P.P. '20

Lauralyn Williams, Ed.M. '94

Marla Williams, J.D. '80

Michael Williams, A.B. '81

Natalie Williams, A.B. '85

Peggy Williams, Ed.D. '83

Persis Oneeka Williams, M.D. '93 M.P.H. '93

Rhys Williams, A.B. '87

Stacey Williams, M.P.P. '10

Tara Williams, A.B. '01

Verna Williams, J.D. '88

Margaret Williams Verrone, A.B. '84

Portia Williams Weiskel, A.B. '65

Sally Williams-Allen, M.A.T. '65

Robin Williamson, Ph.D. '05

Sasha Willimann, J.D. '08

Franklin Willis, A.B. '69

Jama Willis, A.B. '25

Roxanne Willis, A.B. '97 '

Judith Willner, A.B. '67

Lawrence Wills, A.B. '76 M.T.S. '80

Alexa Willson, A.B. '79

Lee Anne Willson, A.B. '68

Phyllis Sogg Wilner, A.B. '63

Alexandra Wilson, A.B. '99 M.B.A. '04

Bradley Wilson, A.B. '75

Cara Wilson, A.B. '85

Danny Wilson, A.B. '14 M.B.A. '22

Elizabeth Janney Wilson, M.B.A. '92

Evan Wilson, A.B. '06

Ira Wilson, A.B. '79 M.D. '87 M.P.H. '93

Jennifer Wilson, M.P.A. '98

John Wilson, M.B.A. '83

Lynne Wilson, M.B.A. '83

Matthew Wilson, M.P.A. '08

Nan Wilson, A.B. '81

Orme Wilson, A.B. '75

Rachel Wilson, A.B. '96

Rachel Wilson, Ed.M. '20

Richard Wilson, A.B. '71

Steven Wilson, A.B. '89

Suzanne Wilson, J.D. '90

Timothy Wilson, A.B. '78

Melissa Wilson (Bates Wilder), A.L.M. '19

Jean Wilson nee Sitko, A.B. '79

Shannon Winakur, A.B. '92

George Winborn, A.B. '95

Daniel Windham, A.B. '16

Richard Winefield, Ed.D. '81

Catherine Winer, A.B. '68

Patricia Winer, A.B. '59

David Winickoff, J.D. '02

Richard Winickoff, A.B. '63

Heidi Winig, A.B. '92 Ed.M. '95

John Winkelman, A.B. '64

Jeffrey Winkler, A.B. '77

Ellen Winner, A.B. '69 Ph.D. '78

Phoebe Winslow, A.B. '61

Richard Winslow, A.B. '64

Fernanda Winthrop, A.B. '04

Hope Winthrop, A.B. '71

Jonathan Wintrode, A.B. '00

Theodore Wiprud, A.B. '80

Kelsey Wirth, A.B. '92

Margaret Wirth, A.B. '91

Timothy Wirth, A.B. '61 M.E. '65

Arthur Wise, A.B. '63

Jane Wishner, A.B. '77

P Tucker Withington, A.B. '75

Mary Witkowski, A.B. '96 M.B.A. '01 M.D. '16

Rhonda Wittels, A.B. '79

Eve Wittenberg, Ph.D. '00 M.P.P. '87

Molly Wittenberg, A.B. '80

Janet Wittes, A.B. '64 A.M. '65 Ph.D. '70

Robert Wittes, A.B. '64 M.D. '68

Robert Wittie, J.D. '70

Jenny Wittner, A.B. '84

David Witzel, M.P.P. '91

Kyle Witzigman, M.P.P. '21

Peter Witzler, M.P.A. '10

Edward Wobber, A.B. '75

Peter Woit, A.B. '79 A.M. '79

Lauren Wolchok, A.B. '07

Olivia Wold, M.P.A. '23

Grace Wolf, J.D. '64

Sally Wolf, A.B. '97

Lisa Wolfe, A.B. '95

Rebecca Wolfe, Ph.D. '02

Wendy Wolfenson, A.B. '77

Colette Wolff, J.D. '97

Marshall Wolff, A.B. '70

Mayhew Wolff, A.B. '90

MIchael Wolfram, A.B. '67

Alexandra Wolfson, J.D. '21

Amy Wolfson, A.B. '82

Evan Wolfson, J.D. '83

Sarah Wolinski, A.B. '92

Jeffrey Wolk, A.B. '88 M.B.A. '92

Richard Wolk, A.B. '59

David Wollard, A.B. '59

Jennifer Wollock, A.B. '74 M.L.A. '77

Carol. Wolman, A.B. '62 M.D. '67

elisa wolper, A.B. '78

James Wolper, A.B. '76

Caroline Wolverton, A.B. '91 J.D. '95

Birgit Wolz, M.P.A. '93

Chris Wolz, M.P.P. '91

John Womack, A.B. '59 Ph.D. '66

Kelly Womack, J.D. '06

Cara Wong, A.B. '92

David Wong, A.B. '85

Emily Wong, A.B. '14

Griffin Wong, A.B. '24

Irene Wong, Ph.D. '24

Jason Wong, A.B. '10

Joseph Wong, S.M. '74

Lana Wong, A.B. '91

Lance Wong, A.B. '77

Lisa Wong, A.B. '79

Samuel Wong, M.D. '88 A.B. '84

Sarah Wong, Ed.M. '03

Stephen Wong, A.B. '85 M.B.A. '85

Barbara Woo, M.D. '85

Beverly Woo, A.B. '70

Kimberly Woo, A.B. '22

Nicole Woo, A.B. '93

Carolyn Wood, A.L.M. '94

Clem Wood, A.B. '08

Clement Wood, A.B. '74

James Wood, A.B. '73

Keith Wood, A.B. '96

Lynn Wood, M.B.A. '05

Martha Wood, A.B. '84

Stephen Wood, A.B. '78

Susannah Wood, B.A. '68

Elizabeth Wood-Hull, A.B. '89

Cara Woodard, A.B. '06

Katie Woodbury, A.B. '14

Mark WoodburyIII, A.B. '62

Elizabeth Woodford, A.B. '63

John Woodford, A.B. '64 A.M. '68

Douglas Woodhouse, A.L.B. '11 A.L.M. '18

Edward Woodhouse, A.B. '75

Susan Woodin, Ed.M. '97

Kelsey Hanson Woodruff, Ph.D. '25

Elizabeth Woods, M.D. '79 M.P.H. '84

Chris Woodward, A.B. '91

Gordon Woodward, A.B. '92

Walter Woodward, A.B. '99

Paul Woody, M.B.A. '08

Laurie Woog, A.B. '82

Brock Wooldridge, Ph.D. '22

Michelle Woollen Ordway, J.D. '97

Mary Woolsey, J.D. '84

Robert Woolway, A.B. '81

Amy Wooten, Ed.D. '14 Ed.M. '07

Tom Wooten, A.B. '08 Ph.D. '22

David Worley, A.B. '80

Julie Wormser, M.P.A. '08

Anne Woronecki, J.D. '23

Mark Worrell, A.B. '80

Joseph Worth, A.B. '71 M.B.A. '79

Hilary Worthen, A.B. '69

Miranda Worthen, A.B. '02

Alison Worthington, M.B.A. '93

Peter Wortsman, M.P.A. '03

Anson Wright, A.B. '80 S.M. '84

Elizabeth Wright, A.B. '00

James Wright, A.B. '73

Latonya Wright, A.B. '00

Marcia Wright, A.B. '68

Sarah Wright, Ed.M. '80

Tanya Wright, Ed.M. '22

Thomas Wright, A.B. '76

Tracy Wright, A.B. '02

Amy Wu, A.B. '96

Angela Wu, A.B. '06

Charles Wu, M.B.A. '83

Chi Chi Wu, J.D. '91

Curtis Wu, A.B. '18 Ed.M. '19

David Wu, M.B.A. '92

Jennifer Wu, J.D. '19

Jennifer WU, A.B. '98

Julie Wu, A.B. '88

June Wu, M.B.A. '23

Maggie Wu, A.B. '17

Stephanie Wu, A.B. '06

Stephanie Wu, Ph.D. '25 A.M. '21

Timothy Wu, A.B. '79

Victor Wu, A.B. '16

Vivian Wu, Ph.D. '05 S.M. '96

Xiao Wu, Ph.D. '21 S.M. '17

Yuhsien Wu, Ed.D. '15

Lawson Wulsin, A.B. '74

Victoria Wulsin, A.B. '75 M.P.H. '82 D.P.H. '85

Hannah Wunsch, A.B. '97

Jacqueline Wyant, CAS '89

Charles Wyatt, M.T.S. '90

Oswald Wyatt, A.B. '76

Denise Wydra, A.B. '85

John Wylie, A.B. '95 M.D. '00

Pegeen Wylie Eslami, M.D. '91

Monica Lynn Dodds Wyly, M.B.A. '00

Peter Wyman, A.B. '72

Samantha Wyman Bilow, M.B.A. '17

Aileen Wyse, A.B. '78

Michael Wysolmerski, J.D. '16

Jack Wyss, A.B. '25

Nick Wyville, A.B. '20

Charles Wyzanski, A.B. '66

Mandy Xu, M.B.A. '23

Mandy Xu, A.B. '09

Sheila Xu, M.P.P. '24

Hao Xue, S.M. '21

Katherine Y, A.B. '65 Ph.D. '77

Lawrence Y, A.B. '70

Corrie Yackulic, J.D. '85

Poonam Yadav, HMS '17

Inci Yalman, A.B. '90

Morihiko Yamada, M.B.A. '09

Cora Yamamoto, A.B. '75

Jeremy Yan, M.B.A. '18

Nina Yancy, A.B. '13

Allen Yang, A.B. '11 M.B.A. '16

Catherine Yang, A.B. '12 A.M. '12

Jeff Yang, A.B. '89

Lin Yang, M.P.P. '09

Lynn Yang, A.B. '89

Mike Yang, A.B. '93 S.M. '94 Ph.D. '98

Naomi Yang, A.B. '86

Ruth Yang, A.B. '91

Stephanie Yang, A.B. '08

Steven Yang, A.B. '97

Victor Yang, A.B. '12

Yankang Yang, A.B. '18

Yvonne Yang, A.B. '11

Zhiye Yang, A.B. '21

Elena Yannakakis, A.M. '74

Paloma Yannakakis, A.B. '05

Caryl Yanow, A.B. '80

Jess Yao, A.B. '15

Takanori Yaotome, Exec. Ed. '10 '

Jeff Yarbro, A.B. '99

Adela Yarbro Collins, Ph.D. '75 '

Mira Nakashima Yarnall, A.B. '63

Mary Yarwood, A.B. '65

Khalid Yasin, A.B. '07 M.B.A. '14 M.P.A. '14

Rashid Yasin, S.B. '12

Mohammad Saleh Yassin, A.B. '93

Walid Yassir, M.H.C.M. '11

Yoriko Yasukawa, A.B. '79

Nancy Yates, J.D. '78

Valerie Yates, A.B. '90 J.D. '93

Eric Yau, A.M. '97 M.B.A. '03

Richard Ybarra, M.P.A. '81

Lei Ye, A.B. '03

Siqin Ye, A.B. '01

George Yeadon, A.B. '75

Ahmed Yearwood, A.B. '95

Sarah Yedinsky, A.B. '83

Jymdey Yeffimo, M.P.A. '09

Albert Yeh, A.B. '07 M.D. '13

Eric Yeh, A.B. '98 S.M. '98

Jennifer Yeh, A.B. '93

Chloe Yellin, A.B. '07

Mitchell Yeoh, A.L.M. '19 A.L.M. '22

Peter Yeomans, A.B. '91

Manson Yew, A.B. '90

Sally Yi, A.B. '18

Maame Yaa (Maya) Yiadom, M.P.H. '07

Sarah Ying, A.B. '91

June Yip, A.B. '85

Iris Yob, Ed.D. '90

William Yoder, A.B. '72

Hannah Yohalem, A.B. '10

Keiichi Yokobori, M.B.A. '68

Mark Yokoyama, A.B. '96

Jeanie Yoon, M.D. '07 A.B. '02

Young-Ho Yoon, A.B. '96

Youngsub Yoon, A.B. '10

Saraa Yoosuf, M.M.Sc. '24

Craig Yorke, A.B. '70 M.D. '74

Sara Yorke, A.B. '63 M.A.T. '64

Marci Yoss, A.B. '76 M.D. '80

Beth Young, A.B. '19

Carolyn Young, A.B. '76

Christopher Young, M.P.H. '07

Connie Young, S.M. '98

Cynthia Young, A.B. '78

Jessica Young, A.L.B. '22

John Young, Ed.M. '80

Jordan Young, A.B. '94

Karen Young, A.B. '95

Lisa Young, A.B. '86

Lissa Young, Ed.D. '13 Ed.M. '09

Matthew Young, A.B. '12 J.D. '18 M.D. '19

Nicole Young, Ed.M. '23

Oran Young, A.B. '63

Rebecca Young, A.B. '88

Roberto Young, M.B.A. '07

Steven Young, A.B. '87

Virginia Young, A.B. '84 M.P.A. '90

Carl M. Youngman, M.B.A. '67

Diana Yousef, A.B. '94

Michelle Yu, A.B. '03 '

Phelan Yu, A.B. '19

Scarlett Yu, A.M. '21

YiDing Yu, A.B. '07

Robin Yuan, A.B. '74 M.D. '78

Leonid Yuditsky, A.B. '99

Kira Yugay, M.B.A. '14

Kathryn (Kassi) Yukevich, J.D. '17

Sun-Ui Yum, A.B. '18

Christine Yun, A.B. '83

Rex C Yung, A.B. '80

Harvey Yunis, Ph.D. '87

Katherine Zacarian, A.B. '04

José Marcelo Zacchi, M.P.A. '15

Peter Zacharia, A.B. '83

Joaquina Zacharias, A.B. '70

Jerome Zacks, A.B. '65

Greg Zaff, M.P.P. '93

Jarret Zafran, A.B. '09

Eric Zagrans, J.D. '77

Daniel Zahler, A.B. '00 J.D. '05

Shelia Zahm (née Hoar), M.S. '77 Sc.D. '80

Maria Paula Zaiken, A.B. '77

Alan Zakon, A.B. '57

Rob Zamacona, A.B. '95

Diana Zamora, M.P.A. '14

Phillip Zamore, A.B. '85 Ph.D. '91

Virginia Vogel Zanger, A.B. '72

Gia Zapattini, GMP '25

Sofia Zapiola Madden, Ed.M. '23

Nikki Zapol, J.D. '77 Ed.M. '72

Alisa Zaref, A.B. '97

Ellen Zaslaw, A.B. '63

Sarah Zaslaw, A.B. '88

Jonathan Zasloff, Ph.D. '02

Deval Zaveri, M.P.A. '14

Artur Zawadowski, LL.M. '99

Roberto Zayas MD, A.B. '92

Kathryn Zealand, M.P.A. '18

Malka Zeefe, A.B. '00

Brian Zeger, A.B. '78

Matthew Zeidenberg, A.B. '83

Karim Zein, LL.M. '22

Walker Zeiser, A.B. '74 M.Div. '81

Froma Zeitlin, A.B. '54

Marc Zelanko, A.B. '95 M.B.A. '03

Aaron Zelman, A.B. '95

Younes Zemmouri, M.B.A. '04

Stanley Zemon, A.B. '52

Wendy Zenker, A.B. '74

Susan Zerad Garau, A.B. '67

Will Zerhouni, A.B. '98 J.D. '03

Wendy Zerin, A.B. '72

Lisa Zerkel, A.B. '05

Annie Zeybekoglu, M.A.T. '68

Lena Zezulin, A.B. '76 J.D. '79

Alice Zhang, M.P.A. '24

Amy Zhang, A.M. '19

Aurora Zhang, Ph.D. '20

Hao Zhang, A.B. '07

Hubert Zhang, LL.M. '08

Jessica Zhang, J.D. '19

Jingjing Zhang, M.P.A. '13

Lily Zhang, A.L.M. '24

Melissa Zhang, M.P.A. '23

Minhua Zhang, A.B. '05

Qichen Zhang, A.B. '12

Sophia Zhang, A.B. '24 A.B. '24

Joyce Zhang Gray, A.B. '09

Mark Zheng, J.D. '12

Stanley Zheng, A.B. '12

Wei Zheng, M.L.A. '23

Angela Zhong, A.B. '24

Jenny Zhou, M.B.A. '22

Justine Zhou, M.B.A. '08

Lan Zhou, A.B. '08 M.B.A. '13

Fanney Zhu, A.B. '17

Shan (Susan) Zhu, A.B. '11 J.D. '16

Darya Zhuk, A.B. '02

Melanie Zibit, M.B.A. '82

Julie Zickefoose, A.B. '80

Richard Zigmond, A.B. '66

Betty Zimmerberg, A.B. '71

Frances O'Neill Zimmerman, A.B. '60

Naupaka Zimmerman, A.B. '05

Pamela Zimmerman, M.Arch. '91

Andrew Zimmermann, A.B. '75

Kristin Zimmermann, A.B. '71 M.B.A. '76

Thomas Ziobrowski, A.B. '70

David Zipser, Ph.D. '64

Marjory Zoet Bankson, A.B. '61

Emily Zoffer, A.B. '17

Gayle Zoffer, A.B. '83

William Zoffer, A.B. '84 J.D. '88

Kathryn Zoglin, A.B. '80 J.D. '85

Ami Zota, S.M. '03 Sc.D. '07

Jamil Zouaoui, LL.M. '91

Ezra Zubrow, A.B. '66

Andrew Zucker, A.B. '67 Ed.D. '78

William Zucker, J.D. '72

Rebecca Zug, A.B. '93 Ed.M. '98

Martin Zukerman, A.B. '66

Morris Zukerman, A.B. '66 M.B.A. '70

Mark Zupan, A.B. '81

Ben Zurier, A.B. '83

David Zuroff, A.B. '71

John Zussman, A.B. '72

Alix Peterson Zwane, Ph.D. '02

Steven Zweig, A.B. '75

Nancy Zweng, A.B. '76 M.P.P. '78

David Zwerdling, A.B. '65

Rob Zwiebach, A.B. '93