UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; NATIONAL INSTITUTES OF HEALTH; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in her official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF EDUCATION; LINDA M. MCMAHON, in her official capacity as Secretary of the United States Department of Education; UNITED STATES GENERAL SERVICES ADMINISTRATION; STEPHEN EHIKIAN, in his official capacity as Acting Administrator of the United States General Services Administration; UNITED STATES DEPARTMENT OF ENERGY; CHRISTOPHER A. WRIGHT, in his official capacity as Secretary of the United States Department of Energy; UNITED STATES NATIONAL SCIENCE FOUNDATION; SETHURAMAN PANCHANATHAN, in his official capacity as Director of the United States National Science Foundation; UNITED STATES DEPARTMENT OF DEFENSE; PETER B. HEGSETH, in his official capacity as Secretary of the United States Department of Defense; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JANET E. PETRO, in her official capacity as Acting Administrator of the National Aeronautics and Space Administration; UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE L. ROLLINS, in her official | Civil Action No. 1:25-cv-11048-ADB |

capacity as Secretary of Agriculture; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; and SCOTT TURNER, in his official capacity as Secretary of Housing and Urban Development,

Defendants.

## NOTICE OF APPEARANCE

Please enter the appearance of Joel Fleming of Equity Litigation Group LLP, 1 Washington Mall #1307, Boston, MA, 02108, on behalf of proposed *amici curiae* 12,041 Harvard Alumni in the above-captioned action. Mr. Fleming certifies that he is admitted to practice in this Court.

Dated: June 9, 2025

Respectfully submitted,

*/s/ Joel Fleming*
Joel Fleming (BBO No. 685285)
EQUITY LITIGATION GROUP LLP
1 Washington Mall #1307
Boston, MA, 02108
(617) 468-8602
jfleming@equitylitigation.com

*Attorney for [Proposed] Amici Curiae 12,041 Harvard Alumni*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF) on June 9, 2025.

*/s/ Joel Fleming*
Joel Fleming (BBO No. 685285)