**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>   Defendants. | Case No. 1:25-cv-11048 |

**NOTICE OF APPEARANCE OF DYLAN SABA**

  Pursuant to Local Rules 83.5.2(a) and 83.5.3(e)(2) of the Rules of this Court, please enter the appearance of Dylan Saba as local counsel for *amicus curiae* Harvard Undergraduate Palestine Solidarity Committee in the above-captioned matter.

Dated: June 9, 2025

                  Respectfully submitted,

                  */s/ Dylan Saba*
                  Dylan Saba*
                  PALESTINE LEGAL
                  55 Exchange Pl, Suite 402
                  New York, NY 10005
                  (312) 964-2667
                  dsaba@palestinelegal.org

                  *\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 9, 2025.

                                               */s/ Dylan Saba*
                                               Dylan Saba