# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

          Plaintiff,

      v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.

          Defendants.

Case No. 1:25-cv-11048

## NOTICE OF APPEARANCE OF RADHIKA SAINATH

Pursuant to Local Rules 83.5.2(a) and 83.5.3(e)(2) of the Rules of this Court, please enter

the appearance of Radhika Sainath as local counsel for *amicus curiae* Harvard Undergraduate

Palestine Solidarity Committee in the above-captioned matter.

Dated: June 9, 2025

Respectfully submitted,


/s/ *Radhika Sainath*
Radhika Sainath*
PALESTINE LEGAL
55 Exchange Pl, Suite 402
New York, NY 10005
(312) 964-2667
radhika@palestinelegal.org

*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

       I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 9, 2025.

                                          */s/ Radhika Sainath*

                                          Radhika Sainath