UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

Defendants.

Case No.: 1:25-cv-11048-ADB

**MOTION FOR LEAVE TO FILE A BRIEF OF *AMICUS CURIAE*
ON BEHALF OF A JEWISH VOICE FOR PEACE**

In accordance with Local Rule 7.1(b)(3), proposed *amicus curiae*, A Jewish Voice for Peace ("JVP"), respectfully requests leave to file the attached amicus brief in support of Plaintiff's Motion for Summary Judgment, Doc. 69, in the above captioned matter. In support of this motion, JVP states as follows:

1. District courts have the "inherent authority and discretion" to accept and consider amicus briefs. *Bos. Gas Co. v. Century Indem. Co.,* No. CIVA 02.12062-RWZ, 2006 WL 1738312, at *1 (D. Mass June 21, 2006). Amicus briefs may "assist the court in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass). Courts generally welcome "additional arguments from able amici that will help the court toward the right answers." *Mass. Food Ass'n v. Mass. Alcoholic Beverages Control Comm'n*, 197 F.3d 560, 567 (1st Cir. 1999).

2. JVP submits the attached proposed amicus brief in this case to address two issues: (1) Defendants' position that criticism of Israel or Zionism is antisemitic, and (2) that universities must remediate antizionism by adopting the International Holocaust Remembrance Alliance's ("IHRA") equivalence of antizionism and criticizing Israel with antisemitism.

-1-

3. JVP is one of the largest progressive Jewish organizations in the world. Made up of 720,000 members and supporters with chapters in nearly every state, JVP represents an important, sizeable and vocal minority Jewish viewpoint. JVP has worked for over 25 years to mobilize Jewish communities to advocate for a just society in Palestine and Israel rooted in human rights rather than oppression, equality rather than supremacy, dignity rather than domination, democracy rather than dispossession.

4. JVP's proposed brief is necessary, relevant and important in this case because the Zionist movement and Israel purport to speak for and act on behalf of all Jews. As antizionist Jews who criticize Israel's policies, JVP has a unique perspective and specific experience that can assist the Court beyond what the parties can provide.

5. JVP has grave concerns that the Court will accept Defendants' position that criticizing Israel and opposing Zionism are antisemitic. JVP is further concerned the Court will find that antizionism should properly be remediated by adopting the IHRA's newly manufactured definition of antisemitism to include antizionism or criticizing Israel. Should this Court accept Defendants' position and the IHRA's redefinition of antisemitism, the Court would be redefining the Jewish faith, who is a Jew and what Jews must believe. This would force Jews to adopt Zionism as part of their religious beliefs and prohibit criticizing Israel as a foundational Jewish religious principle. Such a ruling would equate criticism of a political ideology and nation-state with hatred towards a religious group. This would render antizionist Jews such as those in JVP as not being Jews at all and dilute the protected classes that decades of precedent and lawmaking have defined.

6. The proposed brief, excluding the Table of Contents, Table of Authorities, Certification, and Certificate, does not exceed ten pages in length.

7. Defendants do not object, and Plaintiffs take no position on the filing of this amicus brief.

Wherefore, A Jewish Voice for Peace respectfully requests that this Court grant leave to file the attached amicus brief, along with attached declaration from its Executive Director, Stefanie Fox.

Dated: June 9, 2025

Respectfully submitted,

/s/ Bina Ahmad
Bina Ahmad*
Dan Stormer
Hanna Chandoo
Attorneys for A Jewish Voice for Peace
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails:  bahmad@hadsellstormer.com
          dstormer@hadsellstormer.com
          hchandoo@hadsellstormer.com

*Pro Hac Vice Pending

Rachel Weber
BBO# 674057
Law Office of Rachel Weber
P.O. Box 1565
Northampton, MA  01061
413-325-5431
rweber@rweberlaw.com

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that counsel for proposed amicus curiae has conferred with counsel for the parties. No parties oppose the request for leave to file.

Dated: June 9, 2025

Respectfully submitted,
/s/ Bina Ahmad
Bina Ahmad*
*Pro Hac Vice Pending*

_____
Rachel Weber
BBO# 674057

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the within document via the ECF system on this day of June 9, 2025 and that it is available for viewing and downloading to all counsel of record.

Dated: June 9, 2025

Respectfully submitted,
/s/ Bina Ahmad
Bina Ahmad*
*Pro Hac Vice Pending*

_____
Rachel Weber
BBO# 674057