AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| President and Fellows of Harvard College | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:25-cv-11048-ADB |
| U.S. Dept. of Health and Human Services, et al. | ) | | |
| *Defendant* | ) | | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

27 Jewish Scholars of Jewish Studies                                                                                       .

Date:    06/09/2025

/s/ Rachel Weber
*Attorney's signature*

Rachel Weber [BBO# 674057]
*Printed name and bar number*

P.O. Box 1565
Northampton MA  01061

*Address*

rweber@rweberlaw.com
*E-mail address*

(413) 325-5431
*Telephone number*

*FAX number*

Print    Save As...    Reset