# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-11048-ADB<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Local Rule 83.5.3 of the Rules of this Court, I, Rachel Weber, a member in good standing of the bar of this Court, hereby request that Yaman Salahi be admitted *pro hac vice* to appear and practice in this case as co-counsel for the prospective amici curiae Jewish Scholars of Jewish Studies. The following statements are in support of this motion:

1. Mr. Salahi is a partner at Salahi PC and is located in San Francisco, California. He is a member in good standing of the bars of the State of California, the District of Columbia, the United States District Courts of the Northern, Central, and Southern Districts of California, the District of Colorado, the Northern District of Illinois, the Eastern District of Michigan, and the District of the District of Columbia, and the United States Court of Appeals for the Third, Fourth, Fifth, Sixth, Seventh, Ninth, Tenth, and Eleventh Circuits and the Federal Circuit.

6. Mr. Salahi submits a declaration in support of this motion setting forth the information required under Local Rule 83.5.3. His declaration is attached to this motion as Exhibit A.

7. The undersigned, an attorney admitted to practice and in good standing before this Court, has appeared in this action.

Respectfully submitted,

Dated: June 9, 2025

/s/ Rachel Weber

Rachel Weber
BBO #674057
Law Office of Rachel Weber
PO Box 1565
Northampton, MA 01061
Telephone: 413-325-5431
Email: rweber@rweberlaw.com

*Local Counsel for proposed Amici*

## CERTIFICATE OF SERVICE

      In accordance with Local Rule 5.2(b), I, Rebeca Weber, hereby certify that this document and its attached Exhibit A filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                           */s/ Rachel Weber*
                                           Rachel Weber, BBO #674057