# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-11048-ADB |

## DECLARATION OF YAMAN SALAHI
## IN SUPPORT OF MOTION FOR ADMISION *PRO HAC VICE*

I, Yaman Salahi, make the following declaration in support of the motion for admission *pro hac vice* filed on my behalf.

1. I am a partner at Salahi PC, and I am located in San Francisco, California.

2. I am a member in good standing of the bars of the State of California, the District of Columbia, the United States District Courts of the Northern, Central, and Southern Districts of California, the District of Colorado, the Northern District of Illinois, the Eastern District of Michigan, and the District of the District of Columbia, and the United States Court of Appeals for the Third, Fourth, Fifth, Sixth, Seventh, Ninth, Tenth, and Eleventh Circuits and the Federal Circuit.

3. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I have never been denied admission *pro hac vice* in this jurisdiction, nor have I ever had admission *pro hac* vice revoked in this jurisdiction or been subject to disciplinary proceedings in this jurisdiction.

5.  I am familiar with the Local Rules of the District Court for the District of Massachusetts and agree to comply with them.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2025                              /s/ Yaman Salahi

Yaman Salahi (*pro hac vice* forthcoming)
yaman@salahilaw.com
**SALAHI PC**
505 Montgomery St., 11th Floor
San Francisco, California 94111
Tel: (415) 236-2352