UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Case No.: 1:25-cv-11048-ADB |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney and counsel of record for *Amicus Curiae* A Jewish Voice for Peace ("JVP") in support of the Plaintiff in the above-captioned case.

Dated: June 9, 2025

Respectfully submitted
*/s/ Bina Ahmad*
Bina Ahmad
Attorney admitted *Pro Hac Vice* (CA Bar 329387, NY Bar 4419180, D.C. Bar 502839)
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103
T (626) 585-9600
F (626) 577-7079
bahmad@hadsellstormer.com

*Attorney for Amicus Curiae, A Jewish Voice for Peace*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the undersigned submitted the foregoing document with the clerk of court for the District of Massachusetts, using the CM/ECF support system of the court. I, undersigned counsel, hereby certify the foregoing document will be sent electronically to the registered participants as identified on the NEF or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Bina Ahmad*
Bina Ahmad
Attorney admitted *Pro Hac Vice* (CA Bar 329387,
NY Bar 4419180, D.C. Bar 502839)