UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　　　　　　　　*Defendants*. | Case No. 1:25-cv-11048 |

**NOTICE OF APPEARANCE**

Please enter the appearance of Jessie J. Rossman as Counsel for *amici curiae* American Civil Liberties Union Foundation, American Civil Liberties Union Foundation of Massachusetts, Inc., Cato Institute, Electronic Frontier Foundation, National Coalition Against Censorship, Knight First Amendment Institute at Columbia University, Reporters Committee for Freedom of the Press, and the Rutherford Institute, in the above-captioned matter.

Dated: June 9, 2025　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Jessie J. Rossman*
　　　　　　　　　　　　　　　　　　　　　Jessie J. Rossman (No. 670685)
　　　　　　　　　　　　　　　　　　　　　American Civil Liberties Union
　　　　　　　　　　　　　　　　　　　　　　Foundation of Massachusetts, Inc.
　　　　　　　　　　　　　　　　　　　　　One Center Plaza, Suite 850
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　　　(617) 482-3170
　　　　　　　　　　　　　　　　　　　　　jrossman@aclum.org

2

## CERTIFICATE OF SERVICE

I hereby certify that I filed the within document via the ECF system on this day of June 9, 2025, and that it is available for viewing and downloading to all counsel of record.

Dated: June 9, 2025                           By: */s/ Jessie J. Rossman*
                                              Jessie J. Rossman (No. 670685)
                                              AMERICAN CIVIL LIBERTIES UNION
                                              FOUNDATION OF MASSACHUSETTS, INC.
                                              One Center Plaza, Suite 850
                                              Boston, MA 02108
                                              (617) 482-3170
                                              jrossman@aclum.org