UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-11048 |

## NOTICE OF APPEARANCE

Please enter the appearance of Rachel E. Davidson as Counsel for *amici curiae* American Civil Liberties Union Foundation, American Civil Liberties Union Foundation of Massachusetts, Inc., Cato Institute, Electronic Frontier Foundation, National Coalition Against Censorship, Knight First Amendment Institute at Columbia University, Reporters Committee for Freedom of the Press, and the Rutherford Institute, in the above-captioned matter.

Dated: June 9, 2025

Respectfully submitted,

*/s/ Rachel E. Davidson*
Rachel E. Davidson (No. 707084)
American Civil Liberties Union
  Foundation of Massachusetts, Inc.
One Center Plaza, Suite 850
Boston, MA 02108
(617) 482-3170
rdavidson@aclum.org

1

## CERTIFICATE OF SERVICE

I hereby certify that I filed the within document via the ECF system on this day of June 9, 2025, and that it is available for viewing and downloading to all counsel of record.

Dated: June 9, 2025                    By: */s/ Rachel E. Davidson*
                                           Rachel E. Davidson (No. 707084)
                                           AMERICAN CIVIL LIBERTIES UNION
                                           FOUNDATION OF MASSACHUSETTS, INC.
                                           One Center Plaza, Suite 850
                                           Boston, MA 02108
                                           (617) 482-3170
                                           rdavidson@aclum.org