UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>*Plaintiff*,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants*. | No. 1:25-cv-11048-ADB |

**MOTION TO ADMIT ATTORNEY
CHRISTINA A. JUMP PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3**

I, Mark D. Stern, a member of the bar of this Court hereby moves for the admission *pro hac vice* of Christina A. Jump, to appear and practice in this case as counsel for the prospective *amicus curiae* the Legal Division of the Muslim Legal Fund of America ("MLFA"). In support of this motion, undersigned counsel states as follows:

1.  I am an attorney admitted to practice and in good standing before this Court, and have appeared in this action.

2.  I move for the admission *pro hac vice* of Ms. Jump, of the Legal Division of the Muslim Legal Fund of America, a non-profit organization, to appear before this Court.

3.  As set forth in the accompanying certification, Ms. Jump is a member in good standing of the bar of Texas; there are no disciplinary proceedings against her as a member of the bar in any jurisdiction; and she has read and agrees to comply with the local rules of this Court.

4.  Ms. Jump has not previously had a *pro hac vice* admission to this Court (or other admission for limited purpose under Rule 83.5.3) revoked for misconduct.

WHEREFORE, undersigned counsel respectfully requests that this Court grant leave pursuant to Local Rule 83.5.3 for Christina A. Jump to appear before the Court in this matter *pro hac vice*.

Dated: June 9, 2025                                                              Respectfully submitted,

/s/ Mark D. Stern
Mark D. Stern
BBO #479500
Mark D. Stern P.C.
34 Liberty Avenue
Somerville, MA 02144
Phone: 617-776-4020
Fax: 617-776-9250
markdsternpc@comcast.net
www.attorneymarkdstern.com