UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>*Plaintiff,*<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants.* | No. 1:25-cv-11048-ADB |

## CERTIFICATE OF CHRISTINA JUMP

I, Christina A. Jump, make the following declaration in support of the motion for admission *pro hac vice* filed on my behalf:

1. I am the Civil Litigation Department Head for the Legal Division of the non-profit organization Muslim Legal Fund of America ("MLFA"). My office is located at 100 N. Central Expy., Suite 1010, Richardson, TX 75080.

2. I am a member in good standing of the bar of the State of Texas.

3. I am not under suspension or disbarment by any court, nor the subject of any pending disciplinary proceeding.

4. I have not previously had *pro hac vice* admission to the U.S. District Court for the District of Massachusetts (or other admission for limited purpose under Rule 83.5.3) revoked for misconduct.

5. I have read, am familiar with, and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

1

Date: June 9, 2025                                                                                          Respectfully submitted,

                                                                                                            **/s/Christina Jump**
                                                                                                            Christina A. Jump
                                                                                                            D.C. ID No. TX151
                                                                                                            Constitutional Law Center
                                                                                                            for Muslims in America*
                                                                                                            *Legal Division of Muslim Legal Fund of America
                                                                                                            100 North Central Expy, Ste. 1010
                                                                                                            Richardson, TX 75080
                                                                                                            Tel: (972) 914-2507
                                                                                                            Fax: (972) 692-7454
                                                                                                            cjump@clcma.org

                                                                                                            *Attorney for Amicus Curiae*