# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | No. 1:25-cv-11048-ADB |

## NOTICE OF APPEARANCE OF TARA RAMCHANDANI

Please enter the appearance of Tara Ramchandani as counsel for *Amici Curiae* former United States agency officials responsible for enforcing Title VI, 42 U.S.C. § 2000d *et seq.*, in the above-captioned action.

Dated: June 9, 2025

                     Respectfully submitted,

                     */s/ Tara Ramchandani*
                     Tara Ramchandani (BBO No. 672351)
                     RELMAN COLFAX PLLC
                     1225 19th Street NW, Suite 600
                     Washington, DC 20036
                     202-728-1888
                     tramchandani@relmanlaw.com

                     *Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Notice of Appearance was filed through the Court's CM/ECF system on June 9, 2025 and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

                                          */s/ Tara Ramchandani*
                                          Tara Ramchandani