IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | No. 1:25-cv-11048-ADB |

### MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF ON BEHALF OF FORMER UNITED STATES AGENCY OFFICIALS

Movants, former United States agency officials charged with enforcing Title VI, 42 U.S.C. § 2000d *et seq.*, respectfully move for leave of Court to file an *amicus* brief in this matter in support of Plaintiff's motion for summary judgment, as directed by the Court's order entered on April 29, 2025. Dkt. 47.

*Amici* are former officials of United States agencies who were responsible for enforcing Title VI, 42 U.S.C. § 2000d *et seq.*, Collectively, they have served in career and noncareer positions in Republican and Democratic administrations from the 1970s through January of this year, and they have enforced Title VI's protections through thousands of investigations, including investigations into antisemitism on university campuses. *Amici* believe their unique perspective on the procedures attendant to enforcing Title VI, including the termination of federal financial assistance under the statute, may be of assistance to the Court.

*Amici* are:

**Samuel Bagenstos**, who served as General Counsel for the United States Department of

Health and Human Services from 2022 to 2024 and as General Counsel to the Office of Management and Budget from 2021 to 2022.

**Richard Campanelli**, who served as Director of the Office for Civil Rights at the United States Department of Health and Human Services from 2002 to 2005 and as counselor to the Secretary of Health and Human Services from 2005 to 2009.

**Miguel Cardona**, who served as United States Secretary of Education from 2021 to 2025.

**Kristen Clarke**, who served as Assistant Attorney General for Civil Rights and head of the Civil Rights Division of the United States Department of Justice from 2021 to 2025.

**Arne Duncan**, who served as United States Secretary of Education from 2009 to 2016.

**Kathryn A. Ellis**, who served as Principal Deputy Director for the Office for Civil Rights at the Department of Health and Human Services from 2000 to 2001, as an attorney in the Office of the General Counsel for the United States Department of Education from 2001 to 2011, and as Assistant General Counsel for the Division of Educational Equity at the United States Department of Education from 2011 to 2023.

**Vanita Gupta**, who served as Acting Assistant Attorney General for Civil Rights and head of the Civil Rights Division of the United States Department of Justice from 2014 to 2017. and as United States Associate Attorney General from 2021 to 2024.

**Wan J. Kim**, who served as Assistant Attorney General for Civil Rights and head of the Civil Rights Division of the United States Department of Justice from 2005 to 2007.

**Adina Kole**, who served as an attorney in the Office of the General Counsel for the United States Department of Education from 1983 to 2022.

**Catherine E. Lhamon**, who served as Assistant Secretary of Education for Civil Rights from 2013 to 2017 and from 2021 to 2025.

**Seema Nanda**, who served as United States Solicitor of Labor from 2021 to 2025.

**Deval Patrick**, who served as Assistant Attorney General for Civil Rights and head of the Civil Rights Division of the United States Department of Justice from 1994 to 1997.

**León Rodríguez**, who served as Director of the Office for Civil Rights at the United States Department of Health and Human Services from 2011 to 2014. He served as Deputy Assistant Attorney General and Chief of Staff for the United States Department of Justice Civil Rights Division from 2010 to 2011. He served as First Assistant United States Attorney in Pittsburgh, Pennsylvania from 1999 to 2001.

**Jocelyn Samuels**, who served as Director of the Office for Civil Rights in the United States Department of Education from 2014 to 2017 and a Commissioner with the Equal Employment Opportunity Commission from October 2020 until 2025.

**Donna Shalala**, who served as United States Secretary of Health and Human Services from 1993 to 2001. She also served as the Assistant Secretary of Housing and Urban Development for Policy Development and Research from 1977 to 1980.

**David Tatel**, who served as a judge on the United States Court of Appeals for the District of Columbia Circuit from 1994 to 2024. He served as Director of the Office for Civil Rights at the United States Department of Health, Education, and Welfare from 1977 to 1979.

**Judith A. Winston**, who served as General Counsel for the United States Department of Education from 1993 to 2001 and concurrently as Undersecretary of the Department from 1999 to 2001. She also served as Assistant General Counsel for Educational Equity and Research for the United States Department of Education from 1980 to 1986.

**Jenny Yang**, who served as Commissioner on the Equal Employment Opportunity Commission from 2013-2018 and Chair of the Commission from 2014 to 2017.

For the foregoing reasons, *Amici* respectfully request leave to file a brief in support of Plaintiff's motion for summary judgment.

Dated: June 9, 2025

Respectfully submitted,

<u>*/s/ Tara Ramchandani*</u>
Tara Ramchandani (BBO No. 672351)
Rebecca Livengood*
Glenn Schlactus*
John P. Relman*
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
202-728-1888
tramchandani@relmanlaw.com
rlivengood@relmanlaw.com
gschlactus@relmanlaw.com
jrelman@relmanlaw.com

*Pro hac vice application submitted*

*Counsel for Amici Curiae*

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that counsel for *Amici Curiae* conferred with counsel for the Parties, who do not oppose this motion.

*/s/ Tara Ramchandani*
Tara Ramchandani

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion was filed through the Court's CM/ECF system on June 9, 2025 and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

*/s/ Tara Ramchandani*
Tara Ramchandani