IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | No. 1:25-cv-11048-ADB |

## CERTIFICATION OF GLENN SCHLACTUS

Pursuant to Local Rule 83.5.3(e) of the United States District Court for the District of Massachusetts, I, Glenn Schlactus, certify the following:

1. I am a partner at the law firm Relman Colfax PLLC, located at 1225 19th Street NW, Suite 600, Washington, DC 20036, with telephone number (202) 728-1888;

2. I am a member in good standing of the California State Bar and the District of Columbia Bar.

3. I have not been disciplined by and am not the subject of disciplinary proceedings pending in any jurisdiction in which I have been admitted generally, *pro hac vice*, or in any other way.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: June 9, 2025

Respectfully submitted,

*/s/ Glenn Schlactus*
Glenn Schlactus
RELMAN COLFAX PLLC
1225 19th Street NW, Suite 600
Washington, DC 20036
202-728-1888
gschlactus@relmanlaw.com