**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | No. 1:25-cv-11048-ADB |

**CERTIFICATION OF JOHN P. RELMAN**

Pursuant to Local Rule 83.5.3(e) of the United States District Court for the District of Massachusetts, I, John P. Relman, certify the following:

1. I am the Founding Partner at the law firm Relman Colfax PLLC, located at 1225 19th Street NW, Suite 600, Washington, DC 20036, with telephone number (202) 728-1888;

2. I am a member in good standing of the Maryland State Bar and the District of Columbia Bar.

3. I have not been disciplined by and am not the subject of disciplinary proceedings pending in any jurisdiction in which I have been admitted generally, *pro hac vice*, or in any other way.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District

   Court for the District of Massachusetts.


Dated: June 9, 2025                                  Respectfully submitted,

                                                     */s/ John P. Relman*
                                                     John P. Relman
                                                     RELMAN COLFAX PLLC
                                                     1225 19th Street NW, Suite 600
                                                     Washington, DC 20036
                                                     202-728-1888
                                                     jrelman@relmanlaw.com