UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-11048-ADB |

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*
OF DONALD B. VERRILLI, JR.**

The undersigned counsel for amici curiae American University; Boston University; Brown University; California Institute of Technology; Colorado State University; Dartmouth College; Georgetown University; Johns Hopkins University; Massachusetts Institute of Technology; Michigan State University; Oregon State University; Princeton University; Rice University; Rutgers University; Stanford University; Tufts University; University of Delaware; University of Denver; University of Maryland, Baltimore; University of Maryland, College Park; University of Oregon; University of Pennsylvania; and University of Pittsburgh and a member of the bar of this Court hereby requests, pursuant to Local Rule 83.5.3, that Donald B. Verrilli, Jr., of Munger, Tolles & Olson LLP, be permitted to practice before this Court *pro hac vice* as counsel for amici curiae. The undersigned submits as follows

1. Mr. Verrilli's business address is 601 Massachusetts Avenue NW, Suite 500E, Washington, DC 20001; his telephone number is (202) 220-1100; and his email address is donald.verrilli@mto.com.

2. As stated in his declaration submitted pursuant to Local Rule 83.5.3, attached hereto as Exhibit 1, Mr. Verrilli is a member in good standing of the bar of the District of Columbia and The State Bar of New York and has been admitted to practice in the United States Courts of Appeal for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, DC, and Federal Circuits; The United States District Court for the District of Columbia; The United States District Court for the Southern District of New York. There are no disciplinary proceedings pending against him.

3. Mr. Verrilli is familiar with the factual and legal issues involved in this case, as well as the Local Rules of the United States District Court for the District of Massachusetts.

4. My appearance as counsel for amici curiae is on record.

5. Counsel for Plaintiff and counsel for Defendants assent to this motion.

Accordingly, the undersigned respectfully requests that the Court grant leave to Mr. Verrilli to appear and practice before this Court *pro hac vice* on behalf of amici curiae in all proceedings in this action.

Respectfully submitted,

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty (BBO #565772)
Victoria L. Steinberg (BBO #666482)
Alexandra Arnold (BBO #706208)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160
dcloherty@clohertysteinberg.com
vsteinberg@clohertysteinberg.com
aarnold@clohertysteinberg.com

Dated: June 9, 2025

## **LOCAL RULE 7.1 CERTIFICATION**

      I hereby certify that in accordance with Local Rule 7.1(a)(2), on June 9, 2025, counsel for amici curiae conferred with counsel for Plaintiff and counsel for Defendants, who assented to the relief requested herein.

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the Court's CM/ECF system on June 9, 2025 and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

*/s/ Daniel J. Cloherty*
Daniel J. Cloherty
