UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | Civil Action No. 1:25-cv-11048-ADB |

## **DECLARATION OF DONALD B. VERRILLI, JR.**

I, Donald B. Verrilli, Jr., pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1. I am counsel at the law firm of Munger, Tolles & Olson LLP, 601 Massachusetts Avenue NW, Suite 500E, Washington, DC 20001, and my office phone number is (202) 220-1100.

2. I am admitted to practice law in the District of Columbia (Bar Number 420434); and New York (Bar Number 214825).

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice law including the District of Columbia Bar; The State Bar of New York; the United States Courts of Appeal for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, D.C., and Federal Circuits; The United States District Court for the District of Columbia; and The United States District Court for the Southern District of New York.

2

4.  I am not, nor have I ever been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law. I am not under suspension or disbarment by any court.

5.  I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

6.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2025

/s/ *Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr.