UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-11048-ADB<br><br>**NOTICE OF APPEARANCE OF YAMAN SALAHI ON BEHALF OF *AMICI CURIAE* JEWISH SCHOLARS OF JEWISH STUDIES** |

Please enter my appearance as counsel in the above-captioned case on behalf of the *amici curiae* Jewish Scholars of Jewish Studies.[1]

Dated: June 9, 2025

Respectfully submitted,

*/s/ Yaman Salahi*

Yaman Salahi (*pro hac vice*)
yaman@salahilaw.com
SALAHI PC
505 Montgomery St., 11th Floor
San Francisco, CA 94111
Tel: (415) 236-2352

*Counsel for Amici*

---

[1] They include Rebecca T. Alpert, Joel Beinin, Daniel Boyarin, Judith Butler, Hasia R. Diner, Marjorie Feld, Maura Finkelstein, Emmaia Gelman, Maxwell Greenberg, Eli Jany, Brett Ashley Kaplan, Deeanna Klepper, Aaron Kreuter, Tsiona Lida, Atalia Omer, Penny Rosenwasser, Michael Rothberg, Alice Rothchild, Daniel A. Segal, Raz Segal, Victor Silverman, Jessie Stoolman, Barry Trachtenberg, Johanna Ray Vollhardt, Melissa Weininger, Orian Zakai, and Michael Zank.

## CERTIFICATE OF SERVICE

  In accordance with Local Rule 5.2(b), I, Yaman Salahi, hereby certify that this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                     _/s/ Yaman Salahi_
                     Yaman Salahi