UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | Civil Action No. 1:25-cv-11048-ADB |

## DECLARATION OF HELEN WHITE

I, Helen White, pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1. I am counsel at the law firm of Munger, Tolles & Olson LLP, 601 Massachusetts Avenue NW, Suite 500E, Washington, DC 20001, and my office phone number is (202) 220-1100.

2. I am admitted to practice law in the District of Columbia (Bar Number 174368) and in Massachusetts (Bar Number 704329).

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice law including the Massachusetts Bar; the District of Columbia Bar; the United States Courts of Appeal for the Fourth, Sixth, Eighth, Ninth, Tenth, and D.C. Circuits; The United States District Court for the District of Columbia; and the United States District Court of Colorado.

4. I was briefly administratively suspended from the D.C. Bar for a total of 7 business days in November 2022 for failure to timely complete a mandatory course for newly

admitted lawyers. Five of those business days were due to ordinary processing times for reinstatement request. No disciplinary or suspension proceedings were initiated by the Bar in this matter.

5.      I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

6.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2025

/s/ *Helen White*
Helen White