**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>*Plaintiff,*<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants.* | No. 1:25-cv-11048-ADB |

**MOTION TO ADMIT ATTORNEY**
**CHRISTINA A. JUMP PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3**

I, Mark D. Stern, a member of the bar of this Court hereby moves for the admission *pro hac vice* of Christina A. Jump, to appear and practice in this case as counsel for the prospective *amicus curiae* the Legal Division of the Muslim Legal Fund of America ("MLFA"). In support of this motion, undersigned counsel states as follows:

1.    I am an attorney admitted to practice and in good standing before this Court, and have appeared in this action.

2.    I move for the admission *pro hac vice* of Ms. Jump, of the Legal Division of the Muslim Legal Fund of America, a non-profit organization, to appear before this Court.

3.    As set forth in the accompanying certification, Ms. Jump is a member in good standing of the bar of Texas; there are no disciplinary proceedings against her as a member of the bar in any jurisdiction; and she has read and agrees to comply with the local rules of this Court.

4.    Ms. Jump has not previously had a *pro hac vice* admission to this Court (or other admission for limited purpose under Rule 83.5.3) revoked for misconduct.

1