# EXHIBIT A

*Amici Curiae* are former United States agency officials who were responsible for enforcing Title VI, 42 U.S.C. § 2000d *et seq*. *Amici* are:

**Samuel Bagenstos**, who served as General Counsel for the United States Department of Health and Human Services from 2022 to 2024 and as General Counsel to the Office of Management and Budget from 2021 to 2022.

**Richard Campanelli**, who served as Director of the Office for Civil Rights at the United States Department of Health and Human Services from 2002 to 2005 and as counselor to the Secretary of Health and Human Services from 2005 to 2009.

**Miguel Cardona**, who served as United States Secretary of Education from 2021 to 2025.

**Kristen Clarke**, who served as Assistant Attorney General for Civil Rights and head of the Civil Rights Division of the United States Department of Justice from 2021 to 2025.

**Arne Duncan**, who served as United States Secretary of Education from 2009 to 2016.

**Kathryn A. Ellis**, who served as Principal Deputy Director for the Office for Civil Rights at the Department of Health and Human Services from 2000 to 2001, as an attorney in the Office of the General Counsel for the United States Department of Education from 2001 to 2011, and as Assistant General Counsel for the Division of Educational Equity at the United States Department of Education from 2011 to 2023.

**Vanita Gupta**, who served as Acting Assistant Attorney General for Civil Rights and head of the Civil Rights Division of the United States Department of Justice from 2014 to 2017. and as United States Associate Attorney General from 2021 to 2024.

**Wan J. Kim**, who served as Assistant Attorney General for Civil Rights and head of the Civil Rights Division of the United States Department of Justice from 2005 to 2007.

**Adina Kole**, who served as an attorney in the Office of the General Counsel for the United States Department of Education from 1983 to 2022.

**Catherine E. Lhamon**, who served as Assistant Secretary of Education for Civil Rights from 2013 to 2017 and from 2021 to 2025.

**Seema Nanda**, who served as United States Solicitor of Labor from 2021 to 2025.

**Deval Patrick**, who served as Assistant Attorney General for Civil Rights and head of the Civil Rights Division of the United States Department of Justice from 1994 to 1997.

**León Rodríguez**, who served as Director of the Office for Civil Rights at the United States Department of Health and Human Services from 2011 to 2014. He served as Deputy Assistant Attorney General and Chief of Staff for the United States Department of Justice Civil Rights Division from 2010 to 2011. He served as First Assistant United States Attorney in Pittsburgh, Pennsylvania from 1999 to 2001.

**Jocelyn Samuels**, who served as Director of the Office for Civil Rights in the United States Department of Health and Human Services[1] from 2014 to 2017 and a Commissioner with the Equal Employment Opportunity Commission from October 2020 until 2025.

**Donna Shalala**, who served as United States Secretary of Health and Human Services from 1993 to 2001. She also served as the Assistant Secretary of Housing and Urban Development for Policy Development and Research from 1977 to 1980.

**David Tatel**, who served as a judge on the United States Court of Appeals for the District of Columbia Circuit from 1994 to 2024. He served as Director of the Office for Civil Rights at the United States Department of Health, Education, and Welfare from 1977 to 1979.

---

[1] A previous version of this filing incorrectly listed the Department of Education as the Department in which Commissioner Samuels served.

**Judith A. Winston**, who served as General Counsel for the United States Department of Education from 1993 to 2001 and concurrently as Undersecretary of the Department from 1999 to 2001. She also served as Assistant General Counsel for Educational Equity and Research for the United States Department of Education from 1980 to 1986.

**Jenny Yang**, who served as Commissioner on the Equal Employment Opportunity Commission from 2013-2018 and Chair of the Commission from 2014 to 2017.