IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>       Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:25-cv-11048-ADB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE OF REEDY C. SWANSON**

  Please enter the appearance of Reedy C. Swanson as counsel for Amicus Curiae American Council on Education and 27 other amici listed in the addendum to the amicus brief in the above-captioned action.  Counsel was admitted to appear in this matter *pro hac vice* by this Court's order dated June 5, 2025.  Dkt. 83.

Dated: June 10, 2025        Respectfully submitted,

                 AMERICAN COUNCIL ON EDUCATION

                 By its attorney,

                 */s/ Reedy C. Swanson*
                 Reedy C. Swanson (admitted *pro hac vice*)
                 HOGAN LOVELLS US LLP
                 555 Thirteenth Street, N.W.
                 Washington, D.C. 20004
                 (202) 637-5764
                 reedy.swanson@hoganlovells.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that this document was filed through the Court's CM/ECF system on June 10, 2025 and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

                                      */s/ Reedy C. Swanson*
                                      Reedy C. Swanson