AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| President and Fellows of Harvard College )<br>*Plaintiff* )<br>v. )<br>U.S. Department of Health & Human Servs., et al. )<br>*Defendant* ) | Case No. 1:25-cv-11048-ADB |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Columbia Alumni for Academic Freedom (amicus curiae).

Date: 06/11/2025

/s/ Sean H. Donahue
*Attorney's signature*

Sean H. Donahue (DC Bar. 450940) (admitted pro hac)
*Printed name and bar number*

Donahue, Goldberg & Herzog
1008 Pennsylvandia Ave., SE
Washington, DC 20003
*Address*

sean@donahuegoldberg.com
*E-mail address*

(202) 277-7085
*Telephone number*

(202) 315-3582
*FAX number*