IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>                      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>                      Defendants. | No. 1:25-cv-11048-ADB |

## NOTICE OF APPEARANCE OF STEPHANIE J. GOLD

      Please enter the appearance of Stephanie J. Gold as counsel for Amicus Curiae American Council on Education and 27 other amici listed in the addendum to the amicus brief in the above-captioned action. Counsel was admitted to appear in this matter *pro hac vice* by this Court's order dated June 5, 2025. Dkt. 81.

Dated: June 11, 2025

Respectfully submitted,

AMERICAN COUNCIL ON EDUCATION

By its attorney,

*/s/ Stephanie J. Gold*
Stephanie J. Gold (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5496
stephanie.gold@hoganlovells.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the Court's CM/ECF system on June 11, 2025 and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

*/s/ Stephanie J. Gold*
Stephanie J. Gold