# APPENDIX

1 - Book, Looking For Rights At Harvard

2 - Boston Globe/Herald Write-ups

3 - Announcement in Globe

4 - Article in Harvard Theological Review

# Scholar enlists Mike Wallace in lawsuit against Harvard

**By ALEXIS CHIU**
*Associated Press*

> "I think he is an honorable man.... And I think he's innocent enough to believe he'll prevail against the resources of Harvard University."
> *Mike Wallace*

BOSTON – Kaveh Afrasiabi has waged a tireless battle against Harvard University, starting leaflet campaigns, taking out ads in major newspapers and even taking the school to federal court to settle his grievances.

In the process, many have dismissed the Iranian-American scholar as eccentric, obsessive or downright crazy.

Yesterday, Afrasiabi quieted even his harshest critics by bringing out his biggest weapon yet: "60 Minutes" reporter Mike Wallace, who testified for nearly two hours on Afrasiabi's behalf in his civil rights lawsuit against the Ivy League school.

"I think he is an honorable man," Wallace, who employed Afrasiabi as a consultant for pieces on Iran, told the jury.

"I think he's gone through a hard time," Wallace said. "And I think he's innocent enough to believe he'll prevail against the resources of Harvard University."

Indeed, Afrasiabi sees himself as a crusader in a David-and-Goliath struggle against the school where he held a post-doctoral fellowship in the Center for Middle Eastern Studies from 1989 to 1990.

He is suing Harvard police Detective Richard Mederos, Harvard researcher Reza Alavi and Alavi's former secretary, Shobhana Rana, alleging they falsely accused him of extortion because of a long-running feud between Afrasiabi and the center's former director.

Afrasiabi contends his civil rights were violated by his arrest and subsequent eight days in police custody.

Afrasiabi was arrested Jan. 17, 1996, more than two months after Rana and Alavi reported that a man had stolen $500 while threatening to hurt Alavi. later failed to identify him, leading authorities to drop the case.

Afrasiabi contends the arrest was part of a conspiracy by his political enemies at Harvard to smear his reputation. He had a long-running feud with the Middle Eastern center's staff over beliefs on Iran and Islam.

In an effort to rehabilitate his image, Afrasiabi launched a campaign that included writing pieces about the perceived conspiracy, even selling a compilation of related legal filings and news clippings – called "A Fight For tice" – for $10. Then he sued vard.



## Joyce Jillson

**ARIES (March 21-April 19):** Hold on to hope in love relationships. Payments must be made in cash.

**TAURUS (April 20-May 20):** Friends may confess what you shouldn't hear. Screen your calls. A new love interest finds a sense of humor most attractive.

**GEMINI (May 21-June 21):** You can predict a loved one's response to your questioning, so why start? Take a risk in romance.

**CANCER (June 22-July 22):** Problems are solved with a bit of logical deduction. Keep a tight rein on your purse strings.

**LEO (July 23-Aug. 22):** You are improving your communication skills slowly but surely each day. Aggressive moves are sexy; just don't stick with any one approach for too long.

**VIRGO (Aug. 23-Sept. 22):** Dig into the past to discover important information. An adversary proves worthy of respect.

**LIBRA (Sept. 23-Oct. 23):** Draw on intuition or the past for resolution. Your partner's demands may feel claustrophobic to you.

**SCORPIO (Oct. 24-Nov. 21):** You are finding new people who complement your way of thinking and doing things. Your health or workload may be stressing you out.

**SAGITTARIUS (Nov. 22-Dec. 21):** The lure of foreign shores is strong now, and you're inclined to rather impulsive, impractical ideas. Don't be too gullible. Beware of self-centered people.

**CAPRICORN (Dec. 22-Jan. 19):** Making a deeper connection to feelings helps you hurdle obstacles that kept you from the love you deserve. A romance teaches you about your powers of influence.

**AQUARIUS (Jan. 20-Feb. 18):** A mentor is willing to hold your hand through a special passage. Share information with a loved one.

**PISCES (Feb. 19-March 20):** You are profoundly touched by events this morning. Your charm is powerful today, and others see the potential of your ideas.

**BIRTHDAY TODAY:** What you've worked for comes to fruition! In the next three weeks, make

# Celebrity

Yesterday's question: ...first gained fame with what '60s group?
Yesterday's answer: Dorothy McGuire, left, played Gregory Peck's wife in 'Gentleman's Agreement.'

## Wallace testifies at Hub scholar's trial

By RALPH RANALLI

Veteran CBS "60 Minutes" newsman Mike Wallace wasn't firing the questions yesterday but fielding them after taking the witness stand in Boston federal court during an Iranian-American scholar's lawsuit against three people affiliated with Harvard University.

Wallace, in his trademark sonorous vocal tones, told a federal civil jury he admires Kaveh Afrasiabi as an "Islamic scholar of considerable repute" but also said he was "naive" and "sometimes over-candid when he's mad."

Afrasiabi called Wallace as a character witness in his lawsuit against a Harvard University Police sergeant, and two former employees of Harvard University's Center for Middle Eastern Studies.

Afrasiabi claims his 1996 arrest for an alleged $500 extortion — in which the charges were later dropped — was part of a conspiracy among his rivals at Harvard to destroy his reputation. Defense lawyers scoff at the conspiracy claims and allege Afrasiabi repeatedly exaggerated his affiliation with Harvard.

Wallace did not testify about the 1996 incident, but instead said he was "brought up short" by a 1990 letter from center director Roy Mottahedeh that accused Afrasiabi of misstating his true ties to Harvard.

"I said to myself, 'Why is he trying to palm himself off as a post-doctoral fellow if he is not one?'" the Brookline native said. He said his confidence in Afrasiabi's scholarship has since been fully restored.

Wallace said he originally contacted Afrasiabi when working on two "60 Minutes" segments involving Iran — including an attempt to interview "Satanic Verses" author Salman Rushdie, who was in hiding after the Iranian government put a death decree on his head. He also joked about Afrasiabi's habit of repeatedly sending voluminous packages of materials about the case to media outlets, law enforcement officials and anyone else who will listen.

"We're pen pals," Wallace said.

At the end of Wallace's testimony yesterday, Afrasiabi read the jury a letter he had written Wallace thanking him ... Hollywood about ... story, particularly as journalistic ... end of the letter, Afrasiabi also asked Wallace for an introduction to actor Kirk Douglas.



STAFF PHOTO BY LAURIE SWOPE
IN HUB: Brookline native and '60 Minutes' newsman Mike Wallace is greeted by Alex Afrasiabi as he arrives at federal court yesterday. Wallace testified as a character witness for Afrasiabi's brother, Kaveh Afrasiabi.



GLOBE STAFF PHOTO / MICHAEL ROBINSON-CHAVEZ

Kaveh Afrasiabi has enlisted Mike Wallace and David Mamet, among others, in his suit against three Harvard employees.

## Scholar calling cast of luminaries in his defense

This time, **Mike Wallace** will be answering the questions, not asking them. The cohost of "60 Minutes" is scheduled to appear in US District Court in Boston Thursday on behalf of **Kaveh Afrasiabi** of Needham. Afrasiabi, an academic and writer, is suing two former staff members of the Harvard Center for Middle Eastern Studies, as well as a Harvard police officer, over his 1996 arrest on charges of threatening a Harvard researcher and extorting $500 from the researcher's assistant, charges that were later dropped due to lack of evidence.

If Afrasiabi, who is representing himself, has his way, playwright **David Mamet** will attest to his literary talents, while Harvard president **Neil Rudenstine** and Boston University chancellor **John Silber** will testify on the inner workings of Harvard. Wallace, whom Afrasiabi served as an unpaid consultant, calls himself an eager backer of the Iranian-born scholar. For his part, Afrasiabi terms Wallace "a cultural icon" whose appearance "will be a moment of redemption for me."

NATHAN COBB

### Open wide and say Koch; Peppering his speech

Dentists must like big mouths. When the Yankee Dental Conference comes to Boston Thursday, former New York mayor turned TV judge **Ed Koch** will give the opening address. And the 20,000-plus dental types will also hear former hometown comic **Jay Leno**, who

Fifth Beatle" for his work as a producer, will give an address – "The Making of Sgt. Pepper" – at the Berklee Performance Center on Feb. 20. (Tickets available through Ticketmaster.) Martin will be inducted into the Rock and Roll Hall of Fame as a nonperforming member at a ceremony in New York City in March.

### Spiderman's web widens

Incredible Hulk, and the world's best-known web-crawler, Spiderman, is at work creating cyberheroes for his Web site, www.stanlee.n – slated to launch in late spring. "I want the Web site to be a place where everyone can gather and share the fantasies and wonderment that comics provide," Lee told the New York Post.

### Leo loves nature

In the face of mounting protest over the

have gone on for more than a decade. But only in the last few    "I believe this 'entity' has the right focus," Sullivan said, "I don't    though they belong to the group specifically designated by the state

ADVERTISEMENT

# Global Interfaith Peace Calls For A Peace Brigade To Iraq

*Communique* No. 1 From the Director, Dr. Kaveh L. Afrasiabi:

In the Name of God, the Guardian of Peace in the World,

**Global Interfaith Peace (GIP)** is a new non-governmental organization committed to the ideal of peaceful resolution of global conflicts. GIP calls on the world community to create a great chain of beings around Baghdad to shield millions of its innocent, long-suffering inhabitants from the impending harms of militarism.

Earlier this year, a small buffer of peace activists around the Palestinian chairman Arafat prevented his destruction, which would have harmed the cause of Middle East peace indefinitely. GIP believes that a Western military invasion of Iraq will most likely yield a horrific toll on civilians as well as a serious set back in the fight against global terrorism.

This will also harm the long-term interests of the United Nations by weakening its image as a smokescreen for global militarism, and the present and future generations will suffer as a result of a new round of global chaos caused by the weakening of world community. GIP calls into question the impaired rationality that pursues these unsavory consequences, namely, mass destruction in the name of combating the weapons of mass destruction, under the banner of United Nations.

We direct our call first and foremost to the religious peace activists around the world who need to undertake a systematic effort to counter the present momentum for war in the Middle East by creating a peace brigade aimed at providing a human shield in and around the Capital City of Baghdad, the principal target for the imminent invasion.

By placing themselves in the harm's way in the interest of humanity, the interfaith peace activists will likely prove a deterrent and the degree of their effectiveness can only be proven on the ground. Building on a rich global tradition that includes names such as Martin Luther King and Gandhi, the GIP strongly believes that the crisis in Iraq is also a crisis of opportunity for the world's religions to play a direct role in concert toward the lofty objective of peaceful resolution of this crisis. We call this **the King-Gandhi Peace Brigade**.

In this historical campaign for the sake of world peace, volunteers from the United States carry the additional torch of proving to the outside word the other, more humane face of America, which has been marred by such hate theories as the "clashing civilizations" recently manufactured in America's venerable institution, Harvard.

The GIP challenges the proponents of interfaith dialogue to spread this message in their communities as soon as possible, and thus accomplish a giant leap forward in this important dialogue.

For more information, please contact the GIP at:
**Global Interfaith Peace
P.O. Box 456
Newton, MA 02459
Telephone/Fax: 617-964-0659**

# HTR

# Harvard Theological Review

**91:1**
JANUARY 1998
ISSN 0017-8160

# Communicative Theory and Theology: A Reconsideration

K. L. Afrasiabi
*Andover Newton Theological School*

Judging by the proliferation of a new body of theological works that have encouraged a deliberate rethinking of the intellectual premises of Christian theology,[1] scholarly discussion appears to have come to the juncture of an exciting though unpredictable stage in theology. Perhaps this is nowhere clearer than in the realm of the ongoing dialogue on the theological relevance of communication theory associated with the German philosopher, Jürgen Habermas. Contrary to what has become an article of faith in recent theological forays into social theory, I contend: (a) that Habermasian theory has little to contribute to theological thought and is more valuable as an indirect aid in critiquing various deficient theological discourses; (b) that the current Habermas-sympathetic attempts at a communicative theology are, by and large, open to criticism for the same shortcomings and problems found in Habermas's own works; and (c) that the need to address these problems necessarily points us toward an alternative postcommunication theology.

---

[1] See, for example, Mark C. Taylor, *Deconstructing Theology* (New York: Crossroad, 1982); Elizabeth A. Johnson, *She Who Is* (New York: Crossroad, 1993); Brian D. Ingraffia, *Postmodern Theory and Biblical Theology* (Cambridge: Cambridge University Press, 1995); Rosemary Radford Ruether, *Gaia and God: An Ecofeminist Theology of Earth Healing* (San Francisco: Harper & Row, 1992); Jürgen Moltmann, *The Coming of God* (Minneapolis: Fortress, 1996); John Milbank, *Theology and Social Theory* (Oxford: Blackwell, 1991). Milbank's claim that "theology is social science" and his exclusivist Christianity as a "metanarrative realism" leave a great deal to be desired. He collapses the distinction between idealism and realism by adopting a perverse notion of (meta-) narrative that obviates any and all standards of evaluation external to it.

HTR 91: 1 (1998) 75–87