IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

President and Fellows of Harvard College        *

**Plaintiff,**
                                                *
                                                            1-25-cv-11048-ADB
**v.**                                          Case No. _____

US Dep't of Health and Human Serv.s, *et al.*   *

**Defendant.**                                  *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Amicus Curiae Muslim Legal Fund of America. I certify that I am admitted to practice in this Court *pro hac vice*.

__6-12-25__
Date

_____
Signature

Christina A. Jump, TX 00795828
Printed name and bar number

100 N. Central Expressway, Suite 1010
Richardson Texas 75080
Address

cjump@clcma.org
Email address

972-914-2507
Telephone number

972-6927454
Fax number

EntryofAppearanceCivil (08/2015)