IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No. 1:25-cv-11048 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants hereby move for summary judgment pursuant to Federal Rule of Civil Procedure 56(a). Accompanying this motion is a memorandum of points and authorities in support of the motion as well as Defendants' Response to Plaintiffs' Statement of Material Facts Not in Dispute as required by local rule 56.1. Defendants respectfully requests that the Court grant the motion for the reasons described in the memorandum.

Dated: June 16, 2025

Respectfully submitted,

CHAD MIZELLE
Acting Associate Attorney General

ABHISHEK KAMBLI
Deputy Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Director, Federal Programs Branch

/s/ *Eitan R. Sirkovich*
EITAN R. SIRKOVICH
RYAN M. UNDERWOOD
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-5525
E-mail:  eitan.r.sirkovich@usdoj.gov

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

Counsel for Defendants certify that they have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Plaintiff hereby certify that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

> */s/ Eitan R. Sirkovich*
> EITAN R. SIRKOVICH
> Trial Attorney

## LOCAL RULE 7.1 CERTIFICATION

In accordance with the requirements of Local Rule 7.1(a)(2), I hereby certify that counsel for Defendants conferred with Plaintiff's counsel regarding this motion but were not able to reach any agreement on this motion.

> */s/ Eitan R. Sirkovich*
> EITAN R. SIRKOVICH
> Trial Attorney