IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>    Defendants. | Case No. 1:25-cv-11048-ADB |

## CERTIFICATION OF REBECCA L. HARRIS

  Pursuant to Local Rule 83.5.3(e) of the United States District Court for the District of Massachusetts, I, Rebecca L. Harris certify the following:

  1.  I am an attorney at The Louis D. Brandeis Center for Human Rights Under Law, a nonprofit, non-partisan legal advocacy organization, which is located at 1717 Pennsylvania Avenue NW, Suite 1025, Washington, D.C. 20006, and my telephone number is (201) 328-4953.

  2.  I am a member in good standing in every jurisdiction to which I have been admitted to practice, including the bar of the State of New York and the U.S. District Court for the Southern District of New York.

  3.  I have not been disciplined by, and there currently are no pending disciplinary proceedings against me in, any jurisdiction to which I have been admitted generally, *pro hac vice*, or in any other way.

  4.  I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5.     I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: June 21, 2025

                                      Respectfully submitted,

                                      */s/ Rebecca L. Harris*
Rebecca L. Harris
The Louis D. Brandeis Center for Human Rights Under Law
1717 Pennsylvania Avenue NW
Suite 1025
Washington, D.C. 20006
(201) 328-4953
rharris@brandeiscenter.com