IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>  Defendants. | Case No. 1:25-cv-11048-ADB |

**CERTIFICATION OF JEFFREY I. LANG**

Pursuant to Local Rule 83.5.3(e) of the United States District Court for the District of Massachusetts, I, Jeffrey I. Lang, certify the following:

1. I am an attorney at The Louis D. Brandeis Center for Human Rights Under Law, a nonprofit, non-partisan legal advocacy organization, which is located at 1717 Pennsylvania Avenue NW, Suite 1025, Washington, D.C. 20006, and my telephone number is (917) 885-3707.

2. I am a member in good standing in every jurisdiction to which I have been admitted to practice, including the bars of the State of New York, the United States Court of Appeals for the District of Columbia, the United States Court of Appeals for the Seventh Circuit, the United States District Court for the Southern District of New York, the United States District Court for the Western District of New York, and the United States Tax Court.

3. I have not been disciplined by, and there currently are no pending disciplinary proceedings against me in, any jurisdiction to which I have been admitted generally, *pro hac vice*, or in any other way.

4. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: June 21, 2025

                            Respectfully submitted,

                            */s/ Jeffrey I. Lang*
                            Jeffrey I. Lang
                            The Louis D. Brandeis Center for Human Rights Under Law
                            1717 Pennsylvania Avenue NW
                            Suite 1025
                            Washington, D.C. 20006
                            (917) 885-3707
                            jlang@brandeiscenter.com