IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No. 1:25-cv-11048-ADB |

### CERTIFICATION OF L. RACHEL LERMAN

Pursuant to Local Rule 83.5.3(e) of the United States District Court for the District of Massachusetts, I, L. Rachel Lerman, certify the following:

1. I am an attorney at the Brandeis Center, a nonprofit, non-partisan legal advocacy organization, which is located at 1717 Pennsylvania Avenue NW, Suite 1025, Washington, D.C. 20006, and my telephone number is (310) 498-3414.

2. I am a member in good standing in every jurisdiction to which I have been admitted to practice, including the bars of the State of California, the United States Supreme Court, and the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh and D.C. Circuits.

3. I have not been disciplined by, and there currently are no pending disciplinary proceedings against me in, any jurisdiction to which I have been admitted generally, *pro hac vice*, or in any other way.

4.   I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

5.   I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: June 21, 2025

Respectfully submitted,

*/s/ L. Rachel Lerman*
L. Rachel Lerman
The Louis D. Brandeis Center for Human Rights Under Law
1717 Pennsylvania Avenue NW
Suite 1025
Washington, D.C. 20006
(310) 498-3414
rlerman@brandeiscenter.com