AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

PRESIDENT AND FELLOWS OF HARVARD, *et al.*,

*Plaintiff*

v.   Case No.   1:25-cv-11048

HHS, *et al.*,

*Defendant*

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Iowa and 15 other States (as Amicus Curiae)                                      .

Date:   06/22/2025

/s/ Nathaniel M. Lindzen

*Attorney's signature*

Nathaniel M. Lindzen, BBO #689999

*Printed name and bar number*

The Law Office of Nathaniel M. Lindzen
57 School Street
Wayland, MA 01778

*Address*

nlindzen@corpfraudlaw.com

*E-mail address*

(212) 810-7627

*Telephone number*

*FAX number*