AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| President & Fellows of Harvard College )<br>*Plaintiff* )<br>v. )<br>U.S. Department of Health & Human Services, et al. )<br>*Defendant* ) | Case No. 1:25-cv-11048 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Louis D. Brandeis Center for Human Rights Under Law

Date: 06/23/2025

*Attorney's signature*

2246684
*Printed name and bar number*

The Louis D. Brandeis Center for Human Rights Under Law
1717 Pennsylvania Avenue, NW
Washington, DC 20006
*Address*

jlang@brandeiscenter.com
*E-mail address*

(917) 885-3707
*Telephone number*

*FAX number*