AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| President & Fellows of Harvard College <br> *Plaintiff* <br> v. <br> U.S. Department of Health & Human Services, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 1:25-cv-11048 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Louis D. Brandeis Center for Human Rights Under Law.

Date: 06/23/2025

*Attorney's signature*

Rebecca L. Harris (NY Bar No. 5607080)
*Printed name and bar number*

The Louis D. Brandeis Center
1717 Pennsylvania Avenue NW
Suite 1025
Washington, DC 20006
*Address*

rharris@brandeiscenter.com
*E-mail address*

(201) 328-4953
*Telephone number*

*FAX number*