AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| President & Fellows of Harvard College | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-11048 |
| U.S. Department of Health & Human Services, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Louis D. Brandeis Center for Human Rights Under Law

Date:   06/23/2025

*Attorney's signature*

L. Rachel Lerman (CA Bar No. 193080)
*Printed name and bar number*

The Louis D. Brandeis Center
1717 Pennsylvania Avenue NW
Suite 1025
Washington, DC 20006
*Address*

rlerman@brandeiscenter.com
*E-mail address*

(310) 498-3414
*Telephone number*

*FAX number*