UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-11048 |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF ERIC H. WESSAN**

The undersigned counsel for amici curiae Iowa and fifteen other States and a member of the bar of this Court hereby requests, pursuant to Local Rule 83.5.3, that Eric H. Wessan, of Iowa Attorney General's Office, be permitted to practice before this Court *pro hac vice* as counsel for amici curiae. The undersigned submits as follows

    1.    Mr. Wessan's business address is 1305 E. Walnut Street, Des Moines, Iowa 50319; his telephone number is 515-823-9117; and his email address is eric.wessan@ag.iowa.gov.

    2.    As stated in his declaration submitted pursuant to Local Rule 83.5.3, attached hereto as Exhibit 1, Mr. Wessan is a member in good standing of the bar of the Supreme Court of the United States (No. 318053); the State Bars of Iowa (No. AT0014313), Illinois (No. 633353), and the District of Columbia (No. 90013933); the United States Court of Appeals for the First, Second, Fourth, Fifth, Eighth, Ninth, Tenth, and Eleventh Circuits; and the United States District Courts for the Eastern District of Missouri, Northern District of Illinois, District of North Dakota, Northern District of Texas, Eastern District of Texas,

Southern District of Iowa, Northern District of Iowa, and Eastern District of Arkansas. There are no disciplinary proceedings pending against him.

    3.    Mr. Wessan is familiar with the factual and legal issues involved in this case, as well as the Local Rules of the United States District Court for the District of Massachusetts.

    4.    My appearance as counsel for amici curiae is on record.

    5.    Counsel for Plaintiff and counsel for Defendants assent to this motion.

Accordingly, the undersigned respectfully requests that the Court grant leave to Mr. Wessan to appear and practice before this Court *pro hac vice* on behalf of amici curiae in all proceedings in this action.

    Respectfully submitted,

    */s/ Nathaniel M. Lindzen*
    Nathanial M. Lindzen

Dated: June 24, 2025

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that in accordance with Local Rule 7.1(a)(2), on June 24, 2025, counsel for amici curiae conferred with counsel for Plaintiff and counsel for Defendants, who assented to the relief requested herein.

    */s/ Nathaniel M. Lindzen*
    Nathanial M. Lindzen

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the Court's CM/ECF system on June 24, 2025 and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

    */s/ Nathaniel M. Lindzen*
    Nathanial M. Lindzen