UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-11048 |

**DECLARATION OF ERIC WESSAN**

I, Eric Wessan pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1. I am the Solicitor General in the Iowa Attorney General's Office. My address is 1305 E. Walnut St., Des Moines, Iowa 50319. My work phone number is (515) 823-9117.

2. I am admitted to practice law in in Iowa (No. AT0014313), Illinois (No. 633353), and the District of Columbia (No. 90013933).

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice law including the Supreme Court of the United States (No. 318053) ; the State Bars of Iowa (No. AT0014313), Illinois (No. 633353), and DC (No. 90013933); the United States Court of Appeals for the First, Second, Fourth, Fifth, Eighth, Ninth, Tenth, and Eleventh Districts; and the United States District Courts for the Eastern District of Missouri, Northern District of Illinois, District of North Dakota, Northern District of Texas, Eastern District of Texas, Southern District of Iowa, Northern District of Iowa, and Eastern District of Arkansas.

4. I am not, nor have I ever been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law. I am not under suspension or disbarment by any court.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2025

/s/ *Eric H. Wessan*
Eric H. Wessan