AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| President and Fellows of Harvard College ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-11048-ADB |
| U.S. Department of Health and Human Services et al ) | |
| *Defendant* ) | |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici curiae listed in Appendix A .

Date: 06/24/2025

/s/ Helen E. White
*Attorney's signature*

Helen E. White (MA Bar No. 704329)
*Printed name and bar number*

601 Massachusetts Avenue, NW
Suite 500E
Washington, DC 20001
*Address*

helen.white@mto.com
*E-mail address*

(202) 220-1100
*Telephone number*

*FAX number*

Appendix A

- American University
- Boston University
- Brown University
- California Institute of Technology
- Colorado State University
- Dartmouth College
- Georgetown University
- Johns Hopkins University
- Massachusetts Institute of Technology
- Michigan State University
- Oregon State University
- Princeton University
- Rice University
- Rutgers University
- Stanford University
- Tufts University
- University of Delaware
- University of Denver
- University of Maryland, Baltimore
- University of Maryland, College Park
- University of Oregon
- University of Pennsylvania
- University of Pittsburgh