**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

        Plaintiff,

    -vs.-

        Case No. 25-cv-11048-ADB

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

        Defendants.

## NOTICE OF APPEARANCE

Please enter my appearance as counsel on behalf of *Amicus Curiae* National Jewish

Advocacy Center, Inc. in the above-captioned matter.


Dated: June 25, 2025        Respectfully submitted,


        */s/ George W. Vien*
        George W. Vien (BBO No. 547411)
        DONNELLY, CONROY & GELHAAR, LLP
        260 Franklin Street, Suite 1600
        Boston, Massachusetts 02110
        T: (617)-720-2880
        F: (617)-720-3554
        gwv@dcglaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on June 25, 2025.

*/s/ George W. Vien*

George W. Vien