UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>        Plaintiff,<br><br>-vs.-<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>        Defendants. | Case No. 25-cv-11048-ADB |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel on behalf of *Amicus Curiae* National Jewish Advocacy Center, Inc. in the above-captioned matter.

Dated: June 25, 2025

Respectfully submitted,

*/s/ Pietro A. Conte*
Pietro A. Conte (BBO No. 707055)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
T: (617)-720-2880
F: (617)-720-3554
pac@dcglaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on June 25, 2025.

                                                   */s/ Pietro A. Conte*
                                                   Pietro A. Conte