UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

        Plaintiff,

-vs.-

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

        Defendants.

Case No. 25-cv-11048-ADB

## MOTION FOR EXTENSION OF TIME TO JUNE 26, 2025 TO FILE AMICUS BRIEF

*Amicus Curiae* National Jewish Advocacy Center, Inc. ("NJAC") moves to extend the deadline to June 26, 2025 to file an amicus brief in opposition to the Plaintiff's motion for summary judgment, and in support of the Defendants' cross-motion for summary judgment. In furtherance of this motion, *Amicus* states:

1. *Amicus* NJAC is a nonprofit organization committed to combating antisemitism, with a particular expertise in the application of the First Amendment on college campuses.

2. *Amicus* NJAC would like to file an amicus brief to assist the Court with the issues raised in the Plaintiff's motion for summary judgment, and in the Defendants' cross-motion for summary judgment.

3. The deadline set by the Court to file amicus briefs in support of the Defendants was June 23, 2025. ECF 47.

4. NJAC was unable to secure local counsel in this matter until June 23, 2025. After securing local counsel, however, NJAC worked diligently to finalize its amicus brief and

coordinate with local counsel on the necessary motions for the filing of the amicus brief. Despite its best efforts, NJAC was unable to file its amicus brief by the June 23, 2025 deadline, in part due to NJAC's personal and professional scheduling conflicts.

5. No party will be prejudiced by the late filing of NJAC's amicus brief.

6. Accordingly, good cause exists for this Court to extend the deadline to file an amicus brief in support of the Defendants in this matter to June 26, 2025.

7. Counsel for *Amicus* have conferred with counsel for the Plaintiff and the Defendants. Plaintiff takes no position on this motion. Defendants assent to this motion.

Accordingly, for the foregoing reasons, *Amicus* NJAC respectfully requests that this Court grant this motion to extend the deadline to file an amicus brief to June 26, 2025.

Dated: June 25, 2025                                         Respectfully submitted,

/s/ George W. Vien
George W. Vien (BBO No. 547411)
Pietro A. Conte (BBO No. 707055)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
T: (617)-720-2880
F: (617)-720-3554
gwv@dcglaw.com
pac@dcglaw.com

/s/ Mark Goldfeder
Mark Goldfeder (*pro hac vice* forthcoming)
Tel: (917)-301-8746
mark@njaclaw.org
Anat Beck (*pro hac vice* forthcoming)
Tel: (518)-258-0560
Anat@njaclaw.org
Lauren Israelovitch (*pro hac vice* forthcoming)
Tel: (914)-222-3828
Lauren@njaclaw.org
Ben Schlager (*pro hac vice* forthcoming)
Tel: (917)-495-5790
ben@njaclaw.org
National Jewish Advocacy Center, Inc.
3 Times Square
New York, NY 10036

*Attorneys for Amicus Curiae National Jewish Advocacy Center, Inc.*

**CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(a)(2)**

    I hereby certify that I conferred with counsel for all parties and attempted in good faith to resolve or narrow the issues presented in this motion.  The Plaintiff takes no position on this motion.  The Defendants assent to this motion.

    */s/ George W. Vien*
    George W. Vien

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on June 25, 2025.

    */s/ Pietro A. Conte*
    Pietro A. Conte