IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>       *Plaintiff*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>       *Defendants*. | Case No. 1:25-cv-11048-ADB |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' RULE 56.1
STATEMENT OF UNDISPUTED MATERIAL FACTS**

  Pursuant to Rule 56.1 of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff President and Fellows of Harvard College ("Harvard") respectfully submits this Response to Defendants' Rule 56.1 Statement of Undisputed Material Facts in Support of their Motion for Summary Judgment (Dkt. 186-1).

  1. The Government's comprehensive review of federal contacts [sic] and grants to Harvard was officially announced and began on March 31, 2025. GSAHarv_00000001.

  **Response:** Disputed. Harvard does not dispute that the General Services Administration sent Harvard the March 31, 2025 memorandum (GSAHarv_00000001) but disputes the Government's characterization of the memorandum and its effect.

  2. The Government's review of federal grants and contracts was conducted pursuant to Executive Order 14188, signed on January 29, 2025, directing federal agencies to "us[e] all available and appropriate legal tools to prosecute, remove, or otherwise hold to account the perpetrators of unlawful anti-Semitic harassment and violence." *Id.*; *see also* Exec. Order. No. 14,188 (Jan. 29, 2025).

1

**Response:** Disputed. Harvard does not dispute that Executive Order 14188 contains the quoted text, but Harvard disputes the Government's characterization of the Executive Order and its review for federal grants and contracts to Harvard, especially if its characterization is intended to suggest that the Government's actions to freeze and terminate Harvard's current and future funding were not rooted in alleged Title VI violations. In fact, Executive Order 14188 "reaffirm[ed]" Executive Order 13,899, which stated that "[d]iscrimination against Jews may give rise to a Title VI violation when the discrimination is based on an individual's race, color, or national origin," and separately references Title VI expressly. *See* Exec. Order. No. 14,188 (Jan. 29, 2025); Exec. Order No. 13,899 (Dec. 11, 2019).

| | |
|---|---|
| Dated: June 30, 2025 | Respectfully submitted, |
| | |
| | /s/ Steven P. Lehotsky |
| William A. Burck* | Steven P. Lehotsky (BBO # 655908) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | Scott A. Keller* |
| | Jonathan F. Cohn* |
| 1300 I Street NW, Suite 900 | Mary Elizabeth Miller* (BBO # 696864) |
| Washington, DC 20005 | Shannon G. Denmark* |
| williamburck@quinnemanuel.com | Jacob B. Richards (BBO # 712103) |
| | LEHOTSKY KELLER COHN LLP |
| Robert K. Hur* | 200 Massachusetts Ave. NW, Suite 700 |
| KING & SPALDING LLP | Washington, DC 20001 |
| 1700 Pennsylvania Ave. NW, Suite 900 | T: (512) 693-8350 |
| Washington, DC 20006 | F: (512) 727-4755 |
| rhur@kslaw.com | steve@lkcfirm.com |
| | scott@lkcfirm.com |
| Joshua S. Levy (BBO #563017) | jon@lkcfirm.com |
| Mark Barnes (BBO #568529)* | mary@lkcfirm.com |
| John P. Bueker (BBO #636435) | shannon@lkcfirm.com |
| Elena W. Davis (BBO #695956) | jacob@lkcfirm.com |
| ROPES & GRAY LLP | |
| Prudential Tower | Katherine C. Yarger* |
| 800 Boylston Street | LEHOTSKY KELLER COHN LLP |
| Boston, MA 02199 | 700 Colorado Blvd., #407 |
| Joshua.Levy@ropesgray.com | Denver, CO 80206 |
| Mark.Barnes@ropesgray.com | katie@lkcfirm.com |
| John.Bueker@ropesgray.com | |
| Elena.Davis@ropesgray.com | Joshua P. Morrow* |
| | LEHOTSKY KELLER COHN LLP |
| Douglas Hallward-Driemeier (BBO #627643) | 408 W. 11th Street, 5th Floor |
| Stephen D. Sencer* | Austin, TX 78701 |
| ROPES & GRAY LLP | josh@lkcfirm.com |
| 2009 Pennsylvania Avenue, NW | |
| Washington, DC 20006 | Danielle K. Goldstein* |
| Douglas.Hallward-Driemeier@ropesgray.com | LEHOTSKY KELLER COHN LLP |
| Stephen.Sencer@ropesgray.com | 3280 Peachtree Road NE |
| | Atlanta, GA 30305 |
| | danielle@lkcfirm.com |
| | |
| | *Admitted Pro Hac Vice |

## CERTIFICATE OF SERVICE

Counsel for Plaintiff certify that they have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Plaintiff hereby certify that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

/s/ *Steven P. Lehotsky*
Steven P. Lehotsky