UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

    Plaintiff,

-vs.-

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

    Defendants.

Case No. 25-cv-11048-ADB

**UNOPPOSED MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

Pursuant to L.R. 83.5.3(e), George W. Vien, Esq., a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves that Mark Goldfeder be granted leave to appear *pro hac vice* in the above-captioned action as counsel for *Amicus Curiae* National Jewish Advocacy Center, Inc. ("NJAC"). In support of this Motion, and based on the representations set forth in the attached Declaration of Mark Goldfeder (attached as Exhibit A), Mr. Vien states as follows:

1. I am a partner of the law firm Donnelly, Conroy & Gelhaar, LLP, located at 260 Franklin Street, Suite 1600, Boston, Massachusetts 02110. My telephone number is (617)-720-2880, and my email address is gwv@dcglaw.com.

2. Mr. Goldfeder is an attorney for NJAC. His address is 3 Times Square, New York, NY 10036. His telephone number is (917)-301-8746, and his email address is mark@njaclaw.org.

3. Mr. Goldfeder is a member in good standing of the bar of the State of New York.

4. Mr. Goldfeder is not the subject of disciplinary proceedings pending in any jurisdiction in which he is a member of the bar.

5. Mr. Goldfeder is a member in good standing in every jurisdiction in which he has been admitted to practice.

6. Mr. Goldfeder has not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. Mr. Goldfeder has read, and agrees to comply with, the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts.

8. The Plaintiff does not oppose this motion. The Defendants assent to this motion.

Accordingly, it is respectfully requested that the motion to admit Mark Goldfeder *pro hac vice* be allowed.

Dated: July 3, 2025

Respectfully submitted,

/s/ George W. Vien
George W. Vien (BBO No. 547411)
Pietro A. Conte (BBO No. 707055)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
T: (617)-720-2880
F: (617)-720-3554
gwv@dcglaw.com
pac@dcglaw.com

*Attorneys for Amicus Curiae National Jewish Advocacy Center, Inc.*

## CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(a)(2)

I hereby certify that I conferred with counsel for all parties and attempted in good faith to resolve or narrow the issues presented in this motion. The Plaintiff does not oppose this motion. The Defendants assent to this motion.

/s/ George W. Vien
George W. Vien

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on July 3, 2025.

/s/ Pietro A. Conte
Pietro A. Conte