A. Seth
107 India Hill
Carlisle, MA 01741

To: Clerk
US District Court
1 Courthouse Way
Boston, MA 02210