IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>*Defendants.* | Case No. 1:25-cv-11048-ADB |
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS—HARVARD FACULTY CHAPTER, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>*Defendants.* | Case No. 1:25-CV-10910-ADB |

**JOINT STATUS REPORT**

Plaintiffs and Defendants submit this joint status report pursuant to this Court's September 11, 2025, order directing the parties to file "a status report by September 19, 2025 indicating whether any additional issues need to be resolved before a final judgment issues." ECF 239. The parties agree that at this time the Court does not need to resolve any additional issues. The parties also agree that this Court should reserve jurisdiction over the issue of attorneys' fees and costs.

The parties have been working to implement this Court's order of September 3, 2025, and they believe that they would benefit from additional time to work through implementation issues before a final judgment is entered. Accordingly, they ask the Court to require the parties to file another status report by Friday, October 3, 2025, regarding the timing for the parties to file a

1

Motion to Enter Final Judgment and an accompanying Proposed Order. If the Court desires an earlier date for the next status report, then the parties will accommodate that directive.

Dated: September 19, 2025

CHAD MIZELLE
Acting Associate Attorney General

ABHISHEK KAMBLI
Deputy Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Director, Federal Programs Branch

/s/ *Eitan R. Sirkovich*
EITAN R. SIRKOVICH
RYAN M. UNDERWOOD
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 353-5525
E-mail: eitan.r.sirkovich@usdoj.gov

JAY CLAYTON
Attorney for the Defendants
Acting Under Authority Conferred
by 28 U.S.C. § 515

/s/ *Jeremy Liss*
JEREMY LISS
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, New York 10007
Telephone: (212) 637-2795
Jeremy.Liss@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

/s/ *Steven P. Lehotsky*
Steven P. Lehotsky (BBO # 655908)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
steve@lkcfirm.com

Joshua S. Levy (BBO #563017)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Joshua.Levy@ropesgray.com

Robert K. Hur*
KING & SPALDING LLP
1700 Pennsylvania Ave. NW, Suite 900
Washington, DC 20006
rhur@kslaw.com

Katherine C. Yarger*
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
katie@lkcfirm.com

*Counsel for Plaintiff President and Fellows of Harvard College*

**Admitted Pro Hac Vice*

/s/ *Corey Stoughton*
Philippe Z. Selendy*
Sean P. Baldwin*
Corey Stoughton*

Julie Singer*
Drake Reed*
SELENDY GAY PLLC
1290 Avenue of the Americas 20th Floor
New York, NY 10104
Tel: 212-390-9000
pselendy@selendygay.com
sbaldwin@selendygay.com
cstoughton@selendygay.com
jsinger@selendygay.com
dreed@selendygay.com

Joseph M. Sellers*
Benjamin D. Brown*
Phoebe M. Wolfe*
Margaret (Emmy) Wydman*
Sabrina Merold*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave NW, 8th Floor
Washington, DC 20005
(202) 408-4600
jsellers@cohenmilstein.com
bbrown@cohenmilstein.com
pwolfe@cohenmilstein.com
ewydman@cohenmilstein.com
smerold@cohenmilstein.com

Daniel H. Silverman (BBO# 704387)
COHEN MILSTEIN SELLERS & TOLL PLLC
769 Centre Street, Suite 207
Boston, MA 02130
(617) 858-1990
dsilverman@cohenmilstein.com

*Counsel for Plaintiffs American Association of University Professors–Harvard Faculty Chapter, American Association of University Professors, and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America*

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

Counsel for Plaintiffs certify that they have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Plaintiffs hereby certify that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

/s/ *Steven P. Lehotsky*
Steven P. Lehotsky
