**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br>                      *Plaintiff,* <br><br>     v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br>                    *Defendants.* | Case No. 1:25-cv-11048-ADB |

**PLAINTIFF'S UNOPPOSED MOTION FOR STAY OF DEADLINE TO FILE**
**MOTION FOR ATTORNEY'S FEES AND COSTS PENDING APPEAL**

Plaintiff President and Fellows of Harvard College ("Harvard") submits this motion for a stay of the deadline to file any motion for attorney's fees and costs pending final resolution of any appeal (including any proceedings in both the U.S. Court of Appeals for the First Circuit and the Supreme Court of the United States). Counsel for Harvard have conferred with counsel for Defendants (the "Government"), and the Government has consented to this motion.

This Court entered final judgment on October 20, 2025. *See* ECF 247. Pursuant to Federal Rule of Civil Procedure 54(d)(2)(B), any motion for attorney's fees "must … be filed no later than 14 days after the entry of judgment" unless "a statute or a court order provides otherwise."

Harvard respectfully requests—and the Government consents to—a stay of the deadline to file any motion for attorney's fees and costs pending final resolution of any appeal. This Court has discretion to modify the deadline for motions for attorney's fees and costs. *See* Fed. R. Civ. P. 54(d)(2)(B) (providing that the 14-day deadline for attorney's fees motions can be modified by "a court order"); *see also* Fed. R. Civ. P. 58 advisory committee's note to 1993 amendment ("Particularly if the claim for fees involves substantial issues or is likely to be affected by the appellate decision, the district court may prefer to defer consideration of the claim for fees until

1

after the appeal is resolved."). Staying the deadline to file any motion for attorney's fees and costs pending final resolution of any appeal would spare both the parties and the Court the substantial time and expense of litigating fees and costs until appeals are finally resolved.

Harvard respectfully requests that the Court enter an order (1) staying the deadline to file any motion for attorney's fees and costs pending final resolution of any appeal (including any proceedings in both the U.S. Court of Appeals for the First Circuit and the Supreme Court) and (2) directing the parties to file a joint status report regarding the schedule for any motion for attorney's fees and costs within 14 days of (A) expiration of the time to file a petition for a writ of certiorari in the Supreme Court if none is filed, (B) denial of a petition for a writ of certiorari in the Supreme Court if certiorari is denied, or (C) issuance of an opinion by the Supreme Court if certiorari is granted. If no notice of appeal is filed by December 19, 2025, then the parties shall file a joint status report with the Court no later than January 5, 2026.

Dated: October 29, 2025

William A. Burck*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
williamburck@quinnemanuel.com

Robert K. Hur*
KING & SPALDING LLP
1700 Pennsylvania Ave. NW, Suite 900
Washington, DC 20006
rhur@kslaw.com

Joshua S. Levy (BBO #563017)
Mark Barnes (BBO #568529)*
John P. Bueker (BBO #636435)
Elena W. Davis (BBO #695956)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Joshua.Levy@ropesgray.com
Mark.Barnes@ropesgray.com
John.Bueker@ropesgray.com
Elena.Davis@ropesgray.com

Douglas Hallward-Driemeier
(BBO #627643)
Stephen D. Sencer*
ROPES & GRAY LLP
2009 Pennsylvania Avenue, NW
Washington, DC 20006
Douglas.Hallward-Driemeier@ropesgray.com
Stephen.Sencer@ropesgray.com

Respectfully submitted,

*/s/ Steven P. Lehotsky*
Steven P. Lehotsky (BBO # 655908)
Scott A. Keller*
Jonathan F. Cohn*
Mary Elizabeth Miller* (BBO # 696864)
Shannon G. Denmark*
Jacob B. Richards (BBO # 712103)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
steve@lkcfirm.com
scott@lkcfirm.com
jon@lkcfirm.com
mary@lkcfirm.com
shannon@lkcfirm.com
jacob@lkcfirm.com

Katherine C. Yarger*
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206
katie@lkcfirm.com

Joshua P. Morrow*
LEHOTSKY KELLER COHN LLP
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
josh@lkcfirm.com

Danielle K. Goldstein*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road NE
Atlanta, GA 30305
danielle@lkcfirm.com

*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

Counsel for Plaintiff certify that they have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Plaintiff hereby certify that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

*/s/ Steven P. Lehotsky*
Steven P. Lehotsky

## LOCAL RULE 7.1 CERTIFICATION

In accordance with the requirements of Local Rule 7.1(a)(2), I hereby certify that counsel for Plaintiff conferred with Defendants' counsel regarding this motion. Defendants' counsel indicated that Defendants consent to this motion.

*/s/ Steven P. Lehotsky*
Steven P. Lehotsky