IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | Case No. 1:25-cv-11048-ADB |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR STAY OF DEADLINE TO FILE
MOTION FOR ATTORNEY'S FEES AND COSTS PENDING APPEAL**

The Court hereby grants Plaintiff's Unopposed Motion for Stay of Deadline to File Motion for Attorney's Fees and Costs Pending Appeal. The deadline to file any motion for attorney's fees and costs is stayed pending final resolution of any appeal (including any proceedings in both the U.S. Court of Appeals for the First Circuit and the Supreme Court of the United States). The parties are directed to file a joint status report within 14 days of (1) expiration of the time to file a petition for a writ of certiorari in the Supreme Court if none is filed, (2) denial of a petition for a writ of certiorari in the Supreme Court if certiorari is denied, or (3) issuance of an opinion by the Supreme Court if certiorari is granted. If no notice of appeal is filed by December 19, 2025, then the parties shall file a joint status report with the Court no later than January 5, 2026.

**SO ORDERED.**

_____
Allison D. Burroughs
United States District Judge

Date _____