**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE,

          *Plaintiff,*

    v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, et al.,

          *Defendants*.

Case No. 1:25-cv-11048-ADB

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.5.2(c)(1), I, Jacob B. Richards, respectfully request that the Court grant leave to withdraw my appearance as counsel for Plaintiff in the above-captioned matter. My employment with Lehotsky Keller Cohn LLP will be ending on April 24, 2026. Attorneys Lehotsky, Keller, Cohn, Miller, Denmark, Yarger, Morrow, and Goldstein from Lehotsky Keller Cohn LLP have all previously entered appearances in this case and will remain as Plaintiff's counsel.

Dated: April 24, 2026

Respectfully submitted,

/s/ *Jacob B. Richards*
Jacob B. Richards (BBO # 712103)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
jacob@lkcfirm.com

2

**CERTIFICATE OF SERVICE**

I, Jacob Richards, hereby certify that I have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court. I hereby certify that I have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

/s/ *Jacob B. Richards*