**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>        Defendants. | Civil Action No. 25-cv-11048-ADB |

**NOTICE OF APPEARANCE**

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Defendants.

Filing of this notice does not waive any defects in service.

                                        Respectfully submitted,

                                        LEAH B. FOLEY
                                        United States Attorney

Dated: June 22, 2026                By:    */s/ Michael Sady*
                                        Michael Sady
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        617-748-3362
                                        Email: Michael.Sady@usdoj.gov

1

## <u>CERTIFICATE OF SERVICE</u>

I, Michael Sady, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated: June 22, 2026                    By:     */s/ Michael Sady*
                                                Michael Sady
                                                Assistant United States Attorney