IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

PRESIDENT AND FELLOWS OF HARVARD COLLEGE

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.

Defendants.

Case No. 1:25-cv-11048

**NOTICE OF WITHDRAWAL**

In accordance with Local Rule 83.5.2(c)(1), counsel for Defendants, Ryan M. Underwood, files this notice of withdrawal of appearance as his employment with the U.S. Department of Justice will conclude on September 4, 2026. Defendants will continue to be represented by previously appearing counsel of record.

Dated: September 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH BORSON
Assistant Director, Federal Programs Branch

/s/ *Ryan M. Underwood*
RYAN M. UNDERWOOD (D.C. 1656505)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-1952
E-mail: ryan.m.underwood2@usdoj.gov
*Counsel for Defendants*